UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN DOE #1-#14 and JANE DOE #1-#2,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, U.S. Department of Defense<br><br>XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>FRANK KENDALL, in his official capacity as Secretary of the Air Force, Department of the Air Force,<br><br>CARLOS DEL TORO, in his official capacity as Secretary of the Navy, Department of the Navy,<br><br>JANET WOODCOCK, in her official capacity as Acting Commissioner of the U.S. Food and Drug Administration, and<br><br>CHRISTINE WORMUTH, in her official capacity as Secretary of the Army, Department of the Army,<br><br>　　　　Defendants. | **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br>**JURY TRIAL DEMANDED** |

**EX. 1: LIST OF EXHIBITS**

**LIST OF EXHIBITS**

EXHIBIT 1:  List of Exhibits

EXHIBIT 2: "Memorandum for Senior Pentagon Leadership, Mandatory Coronavirus Disease 2019 Vaccination of Department of Defense Service Members" (Aug. 24, 2021) ("DOD Mandate").

EXHIBIT 3: FDA, BL 125742/0, Comirnaty Vaccine BLA Approval (Aug. 23, 2021) ("Comirnaty Approval Letter").

EXHIBIT 4: FDA, *Summary Basis of Regulatory Action*, BLA 125742/0 at 27 (Aug. 23, 2021) ("Comirnaty SBRA").

EXHIBIT 5: FDA, Pfizer-BioNTech EUA Letter (Aug. 23, 2021) ("BioNTech EUA Expansion Letter").

EXHIBIT 6: Dept. of the Air Force, Deputy Director of Staff for COVID-19, "COVID-19 Mandatory Vaccination Implementation Guidance for Service Members" (Sept. 3, 2021) ("Air Force Guidance").

EXHIBIT 7: Army Public Affairs, *Army Announces Implementation of Mandatory Vaccines for Soldiers* (Sept. 14, 2021) ("Army Guidance").

EXHIBIT 8: MARADMIN, "Mandatory COVID-19 Vaccination of Marine Corps Active and Reserve Components" (Sept. 1, 2021) ("Marine Corps Guidance").

EXHIBIT 9: Secretary of the Navy, "2021-2022 Department of Navy Mandatory COVID-19 Vaccination Policy," ALNAV 062/21 (Aug. 30, 2021) ("Navy Guidance").

EXHIBIT 10:  FDA, HHS & CBER, *Development and Licensure of Vaccines to Prevent COVID-19: Guidance for Industry* (June 2020) ("June 2020 Industry Guidance").

EXHIBIT 11: Coalition Advocating for Adequately Licensed Medicines, Citizen Petition (July 5, 2021), FDA Docket No. FDA-2021-P-0786 ("Citizen Petition").

EXHIBIT 12: FDA, Response Letter to Coalition Advocating for Adequately Licensed Medicines, Citizen Petition (Aug. 23, 2021), FDA Docket No. FDA-2021-P-0786 ("FDA CP Response").

EXHIBIT 13: FDA, "Fact Sheet for Health Care Providers Administering Vaccine (Vaccination Providers)," (Aug. 23, 2021) ("BioNTech/Comirnaty Vaccine Fact Sheet").

EXHIBIT 14: Israel Ministry of Health Presentation (July 23, 2021).

EXHIBIT 15: Sara Oliver MD, MSPH, *Updates to COVID-19 Epidemiology and COVID-19 Vaccines*, Presentation to September 17, 2021 VRBPAC Meeting (Sept. 17, 2021).

EXHIBIT 16: *The FDA COVID-19 Drug Approval Process Remdesivir vs Ivermectin*.

EXHIBIT 17: Expert Witness Affidavit of Jane Ruby, PhD, EdD, MS, NP

EXHIBIT 18: Plaintiff Declarations (Signatures Redacted)

EXHIBIT 19: VAERS Drug Adverse Event Comparison Chart