# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN DOE #1-#14 and JANE DOE #1-#2, <br><br>    Plaintiffs, <br><br>  vs. <br><br> LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, U.S. Department of Defense <br><br> XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services, <br><br> FRANK KENDALL, in his official capacity as Secretary of the Air Force, Department of the Air Force, <br><br> CARLOS DEL TORO, in his official capacity as Secretary of the Navy, Department of the Navy, <br><br> JANET WOODCOCK, in her official capacity as Acting Commissioner of the U.S. Food and Drug Administration, and <br><br> CHRISTINE WORMUTH, in her official capacity as Secretary of the Army, Department of the Army, <br><br>    Defendants. | **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** <br><br> **JURY TRIAL DEMANDED** |

**EX. 9:  NAVY GUIDANCE ALN21062 (AUG. 30, 2021)**

```
UNCLASSIFIED//
ROUTINE
R 302126Z AUG 21 MID200001087789U
FM SECNAV WASHINGTON DC
TO ALNAV
INFO SECNAV WASHINGTON DC
CNO WASHINGTON DC
CMC WASHINGTON DC
BT
UNCLAS

ALNAV 062/21

MSGID/GENADMIN/SECNAV WASHINGTON DC/-/AUG//

SUBJ/2021-2022 DEPARTMENT OF NAVY MANDATORY COVID-19 VACCINATION POLICY//

REF/A/DOC/SECDEF/24AUG21//

AMPN/REF A IS THE OFFICE OF THE SECRETARY OF DEFENSE MEMO MANDATING
CORONAVIRUS DISEASE 2019 VACCINATION FOR DEPARTMENT OF DEFENSE SERVICE
MEMBERS//

RMKS/1.  Protecting the health of the force and warfighting readiness is of
paramount importance.  I thank and applaud all of you who have become fully
vaccinated.  Your action helps to ensure the health and safety of you, your
family, your shipmates, and your mission.

2.  Coronavirus disease 2019 (COVID-19) adversely impacts Department of the
Navy (DON) force readiness and mission execution.  Disease models indicate
that Severe Acute Respiratory Syndrome Coronavirus 2 (SARS-CoV-2), the virus
that causes COVID-19, will continue to spread throughout 2021.

3.  Vaccination is the most effective tool we have to prevent widespread
manifestation of COVID-19 in our force.  Within the last year, millions of
Americans have received approved COVID-19 vaccines in response to this
emergency.  One of the approved vaccines has received full licensure from the
Food and Drug Administration (FDA).  This licensure approval provides
additional confidence and comfort in the safety of the most effective tool we
have in our arsenal against this threat.  Considering this threat to the
health and readiness of Service Members, vaccination against COVID-19 using a
vaccine that has received full licensure from the FDA is now a mandatory
requirement in accordance with reference (a).  Additional implementation
guidance will be issued via Navy and Marine Corps administrative message.

4.  As the faithful maritime protectors of our country in peacetime and war,
each of us must take ownership of our readiness to preserve and protect the
force, and ensure the success of our mission.  Effective immediately, all DON
active duty Service Members, who are not already vaccinated or exempted, are
required to be fully vaccinated within 90 days and all Reserve Component
Service Members are required to be fully vaccinated within 120 days of this
issuance with an FDA approved vaccination against COVID-19.  Service Members
voluntarily immunized with a COVID-19 vaccine under FDA Emergency Use
Authorization or World Health Organization Emergency Use Listing in
accordance with applicable dose requirements prior to, or after, the
establishment of this policy are considered fully vaccinated.  Service
Members who are actively participating in COVID-19 clinical trials are
exempted from mandatory vaccination against COVID-19 until the trial is
complete in order to avoid invalidating such clinical trial results.

5.  The order to obtain full vaccination is a lawful order, and failure to
comply is punishable as a violation of a lawful order under Article 92,
Uniform Code of Military Justice, and may result in punitive or adverse
administrative action or both.  The Chief of Naval Operations and Commandant
```

```
of the Marine Corps have authority to exercise the full range of
administrative and disciplinary actions to hold non-exempt Service Members
appropriately accountable.  This may include, but is not limited to, removal
of qualification for advancement, promotions, reenlistment, or continuation,
consistent with existing regulations, or otherwise considering vaccination
status in personnel actions as appropriate.

6.  Additional guidance will be provided with regard to reporting
requirements of vaccination numbers on a weekly basis to Assistant Secretary
of the Navy (Manpower & Reserve Affairs).

7.  Released by the Honorable Carlos Del Toro Secretary of the Navy.//

BT
#0001
NNNN
UNCLASSIFIED//
```