# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **JOHN DOE #1-#14 and JANE DOE #1-#2,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| **vs.** ) | |
| ) | |
| **LLOYD AUSTIN, III, in his official** ) | |
| **capacity as Secretary of Defense, U.S.** ) | |
| **Department of Defense** ) | |
| ) | |
| **XAVIER BECERRA, in his official** ) | |
| **capacity as Secretary of the U.S.** ) | |
| **Department of Health and Human** ) | |
| **Services,** ) | |
| ) | **COMPLAINT FOR** |
| **FRANK KENDALL, in his official** ) | **DECLARATORY AND** |
| **capacity as Secretary of the Air Force,** ) | **INJUNCTIVE RELIEF** |
| **Department of the Air Force,** ) | |
| ) | **JURY TRIAL DEMANDED** |
| **CARLOS DEL TORO, in his official** ) | |
| **capacity as Secretary of the Navy,** ) | |
| **Department of the Navy,** ) | |
| ) | |
| **JANET WOODCOCK, in her official** ) | |
| **capacity as Acting Commissioner of the** ) | |
| **U.S. Food and Drug Administration, and** ) | |
| ) | |
| **CHRISTINE WORMUTH, in her official** ) | |
| **capacity as Secretary of the Army,** ) | |
| **Department of the Army,** ) | |
| ) | |
| **Defendants.** ) | |

## EX. 11: CAALM CITIZEN PETITION (JULY 23, 2021)

July 23, 2021

_Electronic Submission_

Division of Dockets Management
Food and Drug Administration
Department of Health and Human Services
5630 Fishers Lane, Room 1061
Rockville, MD 20852

## CITIZEN PETITION

This petition for administrative action is submitted on behalf of CAALM, the Coalition Advocating for Adequately Licensed Medicines ("Petitioner") pursuant to 21 C.F.R. § 10.30 and related relevant provisions of the Federal Food, Drug, and Cosmetic Act or the Public Health Service Act to request that the Commissioner of Food and Drugs (the "Commissioner") require that the vaccine manufacturers provide the FDA with the data outlined in the "Actions Requested" section below before approval of any COVID-19 vaccine.

The Food and Drug Administration (FDA) has granted Emergency Use Authorizations (EUAs) to three COVID-19 vaccines, enabling rapid, and widespread vaccine rollout across the United States. These EUAs do not have any built-in expiration date, and therefore vaccines can continue to be lawfully distributed under EUA even after a future date when a public health emergency no longer exists.

Approximately seven months have passed since the first EUAs were granted, and two vaccine manufacturers now seek licensure (approval) and have submitted Biologics License Applications (BLAs). Other manufacturers have indicated similar intentions, as well as intentions for EUAs for additional pediatric populations.

We believe the FDA should not prematurely grant a license to any COVID-19 vaccine until all necessary efficacy and safety studies are completed and substantial evidence demonstrates the benefits of an individual COVID-19 vaccine product outweigh the harms for the indicated, recipient population. We are concerned that the premature licensure of a COVID-19 vaccine can seriously undermine public confidence in regulatory authorities, particularly if long-term safety issues were to emerge following licensure.

In this petition, we outline **efficacy and safety measures that must be met before serious consideration is given to granting a BLA of any COVID-19 vaccine**. These measures include:

1. **Completing at least 2 years of follow-up** of participants originally enrolled in pivotal clinical trials, even if the trials were unblinded and now lack a placebo control. All vaccine manufacturer phase 3 trials were already designed with this planned duration.

2. Ensuring, prior to including in the list of populations for which a vaccine is approved, that there is **substantial evidence of clinical effectiveness that outweighs harms in special populations** such as: infants, children, and adolescents; those with past SARS-CoV-2 infection; immunocompromised; pregnant women; nursing women; frail older adults; and individuals with cancer, autoimmune disorders, and hematological conditions.

3. Requiring thorough **safety assessment of spike proteins** being produced in-situ by the body tissues following vaccine administration, and spike proteins' full biodistribution, pharmacokinetics, and tissue specific toxicity.

4. Completion of **vaccine biodistribution studies** from administration site and safety implications of mRNA translation in distant tissues.

5. **Thorough investigation of all severe adverse reactions reported following COVID-19 vaccination**, such as deaths, reported in the United States and global pharmacovigilance systems.

6. Assessment of **safety in individuals receiving more than two doses.**

7. **Inclusion of gene delivery and therapy experts in the Vaccines and Related Biological Products Advisory Committee (VRBPAC)**, in recognition of the fact that the novel COVID vaccines work on the premise of gene delivery, in contrast to conventional vaccines.

8. **Enforcing stringent conflict of interest requirements** to ensure individuals involved in data analysis and BLA-related decision making processes have no conflict of interests with vaccine manufacturers.

A COVID-19 vaccine BLA should be approved when—and only when—substantial evidence demonstrates the benefits of a specific product outweigh the harms for the indicated, recipient population.

This means that the following are **invalid reasons** to approve a COVID-19 vaccine:

- **To ensure vaccines are accessible after the public health emergency has ended.** COVID-19 vaccines granted an emergency use authorization (EUA) can be lawfully used after the expiry of the SARS-CoV-2 public health emergency declaration.  (This is made clear by the many products for Ebola and Zika viruses which still have active EUAs.[1])

- **To ensure adequate access to vaccines across the population.** A BLA is not necessary to assure access to COVID-19 vaccines.  Unlike normal licensing, in which widespread use of a drug or vaccine follows approval, EUAs for COVID-19 vaccines have enabled, and continue to enable, their widespread use.  Ensuring access to vaccines is irrelevant to the considerations for issuance of a BLA because broad access to COVID-19 vaccines has already been accomplished.

- **To enable vaccine mandates.** Consideration of vaccine mandates is outside of FDA's purview. Furthermore, a mandate should only be considered once the evidentiary conditions are met for a BLA (demonstrating that benefits outweigh harms).

- **To bolster public confidence.**  Like mandates, approving a medical product in order to bolster public confidence is backward logic and is outside the FDA's purview. Approving before substantial evidence that population-based evidence of clinical effectiveness is superior to harms may contribute to public wariness and hesitancy, not only about COVID-19 vaccines, but other vaccines and public health authorities more broadly. An approval may bolster public confidence, but it is not a valid reason to approve.

Regardless of any legitimacy of each of the above reasons, none provides grounds to approve a COVID-19 vaccine.

The widespread use of a COVID-19 vaccine under EUA, particularly for a limited amount of time, also is not a valid reason to approve a product. Even if vaccine recipients are followed up within observational studies, such studies may have important design biases and flaws, and their conclusions, especially concerning clinical effectiveness outcomes, may not be reliable.

Premature FDA approval of any COVID-19 vaccine could negatively impact the health and safety of US residents, with global ramifications considering the international importance of FDA decisions.  It also could set a precedent of lowered standards for future vaccine approvals.  For these reasons and due to the compelling need to ensure the safety and efficacy of any COVID-19 vaccine licensed by the FDA and to allow Petitioner the opportunity to seek emergency judicial relief should the instant Petition be denied, it is respectfully requested that FDA act on the instant Amended Petition by July 30, 2021.

## I. ACTIONS REQUESTED

Petitioner request that the FDA, prior to granting any license for a COVID-19 vaccine:

1. Confirm, in revised Guidance, that the FDA expects a minimum of 2 years of follow-up of participants enrolled in pivotal clinical trials, even if trials are unblinded and lack a placebo control.

2. Require data demonstrating substantial evidence of clinical effectiveness that outweighs harms, in all special populations, as a condition of consideration of including these populations among the indicated populations. Special populations include: infants, children, and adolescents; those with past SARS-CoV-2 infection; immunosuppressed individuals; those with history of or current cancer; individuals with hematological disorders or autoimmune diseases; pregnant or nursing women; and frail older adults.

3. Require data on the safety and pharmacokinetic profiles of the spike protein.

4. Require data from biodistribution studies investigating the actual COVID-19 vaccines.

5. Require data from pharmacovigilance systems in the US and globally documenting a thorough investigation of serious adverse events, carried out by independent, impartial individuals.

6. Clarify in revised Guidance that safety data from individuals receiving more than 2 vaccine doses must be submitted.

7. Ensure the inclusion of experts in gene therapy in the VRBPAC.

8. Ensure that the analysis of data and decisions regarding any COVID-19 vaccine BLA application are informed by experts with no financial or research relationships with any vaccine manufacturers within the last 36 months, both within FDA and amongst the composition of the VRBPAC.


**II. STATEMENT OF GROUNDS**

Here, in the order as above, we set out the rationale for each requested action.

1. **Confirm, in revised Guidance, that the FDA expects a minimum of 2 years of follow-up of participants enrolled in pivotal clinical trials, even if trials are unblinded and lack a placebo control. Rationale:**
   a. Requiring at least 2 years is consistent with the 2 year follow-up duration prospectively proposed by the manufacturers when they registered their ongoing phase 3 trials of COVID-19 vaccines (Moderna: NCT04470427, Pfizer: NCT04368728, Janssen: NCT04505722) and consistent with the June 2020 FDA guidance on COVID-19 vaccines which stated participants should be followed for COVID-19 outcomes for "as long as feasible, ideally at least one to two years."[2]
   b. Important adverse event signals can be detected in clinical trials. This is true despite enrolling tens of thousands of participants, which is still too few to assess rare adverse events. For example, a serious blood clot occurring in the phase 3 Janssen clinical trial led to an initial trial pause in October 2020.[3]
   c. Two year follow-up from trials allows the detection of commonly experienced longer-term adverse effects that may not manifest until many months following vaccination.
   d. Two year follow-up from trials would also allow for more detailed assessment of infection, re-infection, infectiousness, and the monitoring of immune response over time, among all vaccinated participants.
   e. The quality of data collection in clinical trials can be expected to be superior to passive data collection systems like the Vaccine Adverse Event Reporting System (VAERS). Therefore, trials of at least 2 years duration provide a valuable chance to develop a more complete understanding of the adverse event profile in the general population as well as in specific groups, such as individuals of

reproductive age, immunocompromised individuals, and different age groups, including adolescents and young children.

f. The quality of data on adverse events during an ongoing trial can be improved while the trial is ongoing (e.g., improving the range of types of adverse events that are systematically assessed), as and when evidence from other data sources (e.g., pre-clinical or pharmacovigilance) show any trends or indicate specific types of adverse events of special interest.

g. Finally, the expectation of at least 2 years of follow-up prior to BLA also carries the advantage of longer-term data collection from other available sources (e.g., MedWatch/VAERS, V-safe, Vaccine Safety Datalink, FDA-CMS, BEST & PRISM, VA Electronic Health Records & data warehouse, Department of Defense DMSS, and Genesis HealthCare (Brown University & NIH-National Institute of Aging), as well as other medical claims databases).

**2. Require data demonstrating substantial evidence of clinical effectiveness that outweighs harms, in all special populations, as a condition of consideration of including these populations among the indicated populations. Special populations include: infants, children, and adolescents; those with past SARS-CoV-2 infection; immunosuppressed individuals; those with history of or current cancer; individuals with hematological disorders or autoimmune diseases; pregnant or nursing women; and frail older adults. Rationale:**

a. The efficacy and safety of medicines often differs amongst populations such as healthy young adults vs. older adults, men vs. women, or SARS-CoV-2 survivors vs. never-exposed individuals.

b. For example, the relative risks of SARS-CoV-2 infection, hospitalization, and death are considerably lower in infants, children, and adolescents in comparison to adults.[4,5]

c. For example, individuals who experienced past SARS-CoV-2 infection (which are now believed to be a significant minority of many subpopulations[6]) are likely to have immunity to subsequent infections for as long or longer than immunity conferred by vaccine,[7–10] and may also be at heightened risk for adverse effects.[11–14]

d. The ongoing phase 3 trials of COVID-19 vaccines (Moderna: NCT04470427, Pfizer: NCT04368728, Janssen: NCT04505722) largely (or wholly) excluded the following important populations in which there is reason to believe the effects of the product may differ from the populations enrolled in the trial:

    i. Infants, children, and adolescents

    ii. Those with past SARS-CoV-2 infection

    iii. Those who are immunosuppressed

    iv. Those with history of or current cancer

    v. Those with hematological disorders

    vi. Those with autoimmune diseases

    vii. Those who are pregnant or nursing

    viii. Frail older adults (including those living in nursing homes)

e. The question is not simply whether there is efficacy, but how much efficacy exists in these populations, what kind of efficacy (e.g. reduction in risk of symptomatic COVID-19 vs. reduction in risk of hospitalization or death), and do efficacy advantages outweigh potential harms in these populations.

f. Before these special populations can be considered for inclusion amongst the approved indicated populations, data demonstrating substantial evidence of clinical effectiveness that outweighs harms in these specific populations, are needed.

3. **Require data on the safety and pharmacokinetic profiles of the spike protein.**
   **Rationale:**

   a. In-situ production of SARS-CoV-2 spike protein is the target mechanism of action of all COVID-19 vaccines with an EUA at present. Therefore, the safety profile of spike protein itself (i.e., in the absence of virus) must be thoroughly understood in the range of populations on the indications list.

   b. Recently, evidence of systemic circulation of spike protein or its components in subjects post-immunization was reported.[15] All studies we are aware of to date raise concerns about the safety of spike protein,[16–28] and the concentration of circulatory spikes was correlated to the disease severity in COVID-19 patients.[29]

   c. Required studies must, at a minimum, address these concerns:

      i. Coagulopathy issues, including blood clots, hemorrhage, thrombocytopenia, heart attack, and strokes. According to the VAERS, as of May 21, 2021, there have been a total of 1,222 reports of thrombocytopenia/low platelets; and 6,494 (112 in 0-24 year-olds) reports of blood clots/strokes.

      ii. Reproductive issues, including menstrual irregularities, reduced fertility, miscarriages, and preterm births. According to VAERS, as of May 21, 2021, there were 511 reports of miscarriage and 522 reports of uterine hemorrhage (including 88 in women older than 50 years). The vaccines induce the generation of antibodies to attack spike protein, which are genetically similar to proteins produced by the placenta.[30] To date, no vaccine sponsors have conducted immunologic studies of spike protein involvement with proteins involved in placental development.

      iii. Carcinogenesis. There is preliminary and theoretical evidence that the spike protein may promote cancer.[31,32] Considering the potential for annual booster vaccinations, COVID-19 vaccines should be treated similarly to medication taken for chronic conditions on a long term basis. Carcinogenic potential is important to characterize.

      iv. Transmission of spike protein (or its fragments) from vaccinated individuals, such as through breast milk and associated risk in neonates and infants. According to the UK Medicines & Healthcare products Regulatory Agency, there are 921 reports of exposure via breast milk following AstraZeneca's vaccine and 215 reports following Pfizer's vaccine.

v. Neurological disorders, including Guillain-Barré syndrome, acute disseminated encephalomyelitis, transverse myelitis, encephalitis, myelitis, encephalomyelitis, meningoencephalitis, meningitis, encephalopathy, demyelinating diseases, and multiple sclerosis.

vi. Cardiac issues, including myocardial infarction, myocarditis and pericarditis, among others. According to the VAERS, as of May 21, 2021, there have been a total of 1,598 reports of heart attacks (24 reported in 0-24 year-olds; 501 resulted in death).

vii. Autoimmune diseases, including thyroiditis and diabetes mellitus, immune thrombocytopenia, autoimmune hepatitis, primary biliary cholangitis, systemic sclerosis, autoimmune disease for skeletal muscles (myasthenia gravis, myositis such as polymyositis, dermatomyositis, or other inflammatory myopathies)

viii. Studies should be conducted in individuals of both sexes[33] and all ages. We cannot assume that the effects of spike protein are the same across populations of all ages, sex, and across pre-existing conditions.

4. **Require data from biodistribution studies investigating the actual COVID-19 vaccines. Rationale:**

   a. Data from the biodistribution studies submitted by Moderna and Pfizer suggests that the vaccines distribute widely in the body, including to the liver, brain, heart, lung, adrenals, ovaries, and testes, among many other tissues.[34,35] (**See Tables 1a, 1b, and 2 below for studies R-[?]-0072 and 185350 submitted by Pfizer and study 5002121 submitted by Moderna.**)

   b. However these were not studies of the currently authorized products: Pfizer's BNT162b2, Moderna's mRNA-1273, or Janssen's Ad26.COV2.S.[34–36]

   c. Instead of presenting novel biodistribution studies of the COVID-19 vaccine formulations, sponsors presented substitute studies to FDA for an EUA during the pandemic.[34–36]

   d. Therefore, novel biodistribution studies investigating the actual COVID-19 vaccines are necessary.

   e. Biodistribution studies would be required for any small molecule pharmaceutical drug submitted for approval (i.e. New Drug Application), and should be conducted on the COVID-19 vaccines as well as these novel vaccines which work on the premise of gene delivery--very different to conventional vaccines.

   f. Biodistribution studies help inform an understanding of vaccine transfection to various tissues (away from injection site) spurring various distant tissues to produce spike proteins and consequent autoimmune response against the body's cells. These studies will therefore help enhance our understanding of the nature of potential short and long term adverse events. At this point in time, in which other data sources exist to characterize short term harms of COVID-19 vaccines with an EUA, the utility of biodistribution studies to characterize long term adverse effects and better understand potential mechanism(s) of action of short and long term harms, remains critically important.

g. Necessary studies must, at a minimum, address these concerns related to biodistribution, as well as the effects of vaccines in the body:

    i. The need to know basic pharmacokinetic parameters, including absorption, distribution, metabolism, and excretion (ADME).

    ii. Effects of multiple doses. ADME may change depending on dose and cumulative dose and should be investigated. This is more important than usual as the whole purpose of all COVID-19 vaccines with an EUA at present is to change the body's way of processing spike protein, and therefore repeated injections should result in different rates of clearance of spike protein from the blood, and different rates of immune attack on spike protein producing cells.

    iii. The impact of body mass index (size of deltoid muscle) and vaccine distribution away from injection site, implications for dose estimation for lean or younger age groups or frail older adults.

    iv. The duration of the studies must be sufficient to fully understand the complete distribution and elimination of the injected vaccine and its carrier and other constituents. For example, data from the substitute study submitted for Pfizer's vaccine (**see Tables 1a, 1b, and 2 below for studies R-[?]-0072 and 185350 submitted by Pfizer and study 5002121 submitted by Moderna**) showed levels of drug product increasing at the 48 hour mark, but it is unknown what occurred after 48 hours as this was apparently the study cut off.[37]

    v. Potential side effects (safety review) in those organs/tissues with a detectable proportion of injected vaccine (antigen or novel excipients) from the circulatory system.

5. **Require data from pharmacovigilance systems in the US and globally documenting a thorough investigation of serious adverse events, carried out by independent, impartial individuals. Rationale:**

a. A major testament to the overall short-term safety of a medical product is the absence of serious adverse events (SAEs) when administered to millions. COVID-19 vaccines have now been administered to hundreds of millions of individuals, and it is vital that all reports of SAEs are thoroughly investigated to determine whether the vaccine played any role in the SAE.

b. The most serious of all SAEs is death, and a CDC webpage on VAERS discusses 4,863 reports of death after COVID-19 vaccination reported between December 14, 2020 and May 24, 2021.[38] CDC states that:

    i. "CDC follows up on any report of death to request additional information to learn more about what occurred and to determine whether the death was a result of the vaccine or was unrelated."

    ii. "CDC and FDA physicians review each case report of death as soon as notified and CDC requests medical records to further assess reports."

  iii. "A review of available clinical information, including death certificates, autopsy, and medical records has not established a causal link to COVID-19 vaccines."[38]

c. However, the FDA has stated that VAERS staff do not contact family members to learn more about the deaths. It stated: "Because the VAERS system is not designed to determine causality of adverse events, there is not a mechanism to follow-up with families for additional details. The determination of the cause of death is done by the certifying official who completes the death certificate or the pathologist who conducts the autopsy."[39]

d. Regulators in other countries have conducted detailed case investigations (e.g. Norway's investigation of 100 deaths amongst frail elderly following COVID-19 vaccination[40,41]).

e. FDA must require evidence of a thorough investigation into deaths and other SAEs—investigations that include contacting families to obtain a full medical history and personal accounts (in the case of deaths) and those who experienced the adverse event (in the case of other SAEs).  Event adjudication, as done on data safety monitoring boards, must be in place in order to carry out detailed case investigations, and must be carried out by independent, impartial individuals.

6. **Clarify in revised Guidance that safety data from individuals receiving more than 2 vaccine doses must be submitted by vaccine manufacturers.  Rationale:**

a. There is wide speculation that COVID-19 vaccines may become offered as annual vaccines, much like influenza vaccines, and regulators have already released guidance to this effect.[42]

b. Some manufacturers, such as Pfizer and Moderna, have indicated that a third dose may be necessary within the first 12 months.  Other manufacturers may present similar claims in the future.[43]

c. The safety profile of multiple doses, possibly more than 70 doses across an average lifetime, must be considered at the time of licensure. Phase 3 trial data make clear that the safety profile differs by dose (e.g. dose 2 of the Pfizer and Moderna vaccines induce more severe systemic adverse events than dose 1).[44,45]

d. Information on the types and severity of adverse events that emerge following the administration of additional doses is necessary to better characterize long term safety.

7. **Ensure the inclusion of experts in gene therapy in the VRBPAC.** Rationale:

a. The COVID-19 vaccines produced by Pfizer, Moderna, and Janssen (as well as AstraZeneca, CanSinoBio (China) and Gamaleya Research Institute (Russia)) are gene based vaccines. Their mechanism of action differs substantially from all other vaccines that have been used on populations globally, as these novel vaccines work on the premise of gene delivery, and may therefore be considered a type of gene therapy. These gene based vaccines involve entering the cell, where the overwhelming majority of critical body activities occur, and utilizing

the host's cells to produce spike protein. This is an entirely different mechanism than that utilized by traditional vaccines such as inactivated, attenuated, subunit or protein-based (that are not intended to invade cells). Therefore, there is a need to consider safety with the informed perspectives of those with expertise in gene therapies.

8. **Ensure that the analysis of data and decisions regarding any COVID-19 vaccine BLA application are informed by experts with no financial or research relationships with any vaccine manufacturers within the last 36 months, both within FDA and amongst the composition of the VRBPAC. Rationale:**

    a. The public interest weighs strongly in favor of the evaluation of data and all decision making to be performed by competent individuals with independence from vaccine manufacturers (institutions that stand to gain or lose from a BLA decision on a COVID-19 vaccine).  Disclosure requirements should be at least as stringent, if not more, than what is expected for writing a manuscript in a medical journal—namely, disclosure of relationships within the last 36 months, as requested by the International Committee of Medical Journal Editors (ICMJE). Insisting on this level of disclosure, and transparency of the disclosures, can publicly demonstrate the independence of the FDA's decision making process.[46]

---

**Table 1a.** Pfizer study report R-[?]-0072, biodistribution study submitted by Pfizer to Japanese regulator (PMDA).

| 2.6.5.5A.  PHARMACOKINETICS: ORGAN DISTRIBUTION | | Test Article: modRNA encoding luciferase in LNP Report Number: R-▇-0072 |
|---|---|---|
| Species (Strain): | Mice (BALB/c) | |
| Sex/Number of Animals: | Female/3 per group | |
| Feeding Condition: | Fed ad libitum | |
| Vehicle/Formulation: | Phosphate-buffered saline | |
| Method of Administration: | Intramuscular injection | |
| Dose (mg/kg): | 1 µg/hind leg in gastrocnemius muscle (2 µg total) | |
| Number of Doses: | 1 | |
| Detection: | Bioluminescence measurement | |
| Sampling Time (hour): | 6, 24, 48, 72 hours; 6 and 9 days post-injection | |

| Time point | Total Mean Bioluminescence signal (photons/second) | | Mean Bioluminescence signal in the liver (photons/second) |
|---|---|---|---|
| | Buffer control | modRNALuciferase in LNP | modRNALuciferase in LNP |
| 6 hours | $1.28 \times 10^5$ | $1.26 \times 10^9$ | $4.94 \times 10^7$ |
| 24 hours | $2.28 \times 10^5$ | $7.31 \times 10^8$ | $2.4 \times 10^6$ |
| 48 hours | $1.40 \times 10^5$ | $2.10 \times 10^8$ | Below detection[a] |
| 72 hours | $1.33 \times 10^5$ | $7.87 \times 10^7$ | Below detection[a] |
| 6 days | $1.62 \times 10^5$ | $2.92 \times 10^6$ | Below detection[a] |
| 9 days | $7.66 \times 10^4$ | $5.09 \times 10^5$ | Below detection[a] |

LNP = Lipid nanoparticle; modRNA = Nucleoside modified messenger RNA.
a.  At or below the background level of the buffer control.

Source: Japan PMDA (PDF page 15).[37]

**Table 1b.** Pfizer study report 185350, biodistribution study submitted by Pfizer to Japanese regulator (PMDA).

**2.6.5.5B. PHARMACOKINETICS: ORGAN DISTRIBUTION CONTINUED**

Test Article: [3H]-Labelled LNP-mRNA formulation containing ALC-0315 and ALC-0159
Report Number: 185350

| | |
|---|---|
| Species (Strain): | Rat (Wistar Han) |
| Sex/Number of Animals: | Male and female/3 animals/sex/timepoint (21 animals/sex total for the 50 μg dose) |
| Feeding Condition: | Fed ad libitum |
| Method of Administration: | Intramuscular injection |
| Dose: | 50 μg [3H]-08-A01-C0 (lot # NC-0552-1) |
| Number of Doses: | 1 |
| Detection: | Radioactivity quantitation using liquid scintillation counting |
| Sampling Time (hour): | 0.25, 1, 2, 4, 8, 24, and 48 hours post-injection |

| Sample | Mean total lipid concentration (μg lipid equivalent/g (or mL)) (males and females combined) | | | | | | | % of administered dose (males and females combined) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0.25 h | 1 h | 2 h | 4 h | 8 h | 24 h | 48 h | 0.25 h | 1 h | 2 h | 4 h | 8 h | 24 h | 48 h |
| Adipose tissue | 0.057 | 0.100 | 0.126 | 0.128 | 0.093 | 0.084 | 0.181 | -- | -- | -- | -- | -- | -- | -- |
| Adrenal glands | 0.271 | 1.48 | 2.72 | 2.89 | 6.80 | 13.8 | 18.2 | 0.001 | 0.007 | 0.010 | 0.015 | 0.035 | 0.066 | 0.106 |
| Bladder | 0.041 | 0.130 | 0.146 | 0.167 | 0.148 | 0.247 | 0.365 | 0.000 | 0.001 | 0.001 | 0.001 | 0.001 | 0.002 | 0.002 |
| Bone (femur) | 0.091 | 0.195 | 0.266 | 0.276 | 0.340 | 0.342 | 0.687 | -- | -- | -- | -- | -- | -- | -- |
| Bone marrow (femur) | 0.479 | 0.960 | 1.24 | 1.24 | 1.84 | 2.49 | 3.77 | -- | -- | -- | -- | -- | -- | -- |
| Brain | 0.045 | 0.100 | 0.138 | 0.115 | 0.073 | 0.069 | 0.068 | 0.007 | 0.013 | 0.020 | 0.016 | 0.011 | 0.010 | 0.009 |
| Eyes | 0.010 | 0.035 | 0.052 | 0.067 | 0.059 | 0.091 | 0.112 | 0.000 | 0.001 | 0.001 | 0.002 | 0.002 | 0.002 | 0.003 |
| Heart | 0.282 | 1.03 | 1.40 | 0.987 | 0.790 | 0.451 | 0.546 | 0.018 | 0.056 | 0.084 | 0.060 | 0.042 | 0.027 | 0.030 |
| Injection site | 128 | 394 | 311 | 338 | 213 | 195 | 165 | 19.9 | 52.6 | 31.6 | 28.4 | 21.9 | 29.1 | 24.6 |
| Kidneys | 0.391 | 1.16 | 2.05 | 0.924 | 0.590 | 0.426 | 0.425 | 0.050 | 0.124 | 0.211 | 0.109 | 0.075 | 0.054 | 0.057 |
| Large intestine | 0.013 | 0.048 | 0.093 | 0.287 | 0.649 | 1.10 | 1.34 | 0.008 | 0.025 | 0.065 | 0.192 | 0.405 | 0.692 | 0.762 |
| Liver | 0.737 | 4.63 | 11.0 | 16.5 | 26.5 | 19.2 | 24.3 | 0.602 | 2.87 | 7.33 | 11.9 | 18.1 | 15.4 | 16.2 |
| Lung | 0.492 | 1.21 | 1.83 | 1.50 | 1.15 | 1.04 | 1.09 | 0.052 | 0.101 | 0.178 | 0.169 | 0.122 | 0.101 | 0.101 |
| Sample | Total Lipid concentration (μg lipid equivalent/g [or mL]) (males and females combined) | | | | | | | % of Administered Dose (males and females combined) | | | | | | |
| | 0.25 h | 1 h | 2 h | 4 h | 8 h | 24 h | 48 h | 0.25 h | 1 h | 2 h | 4 h | 8 h | 24 h | 48 h |
| Lymph node (mandibular) | 0.064 | 0.189 | 0.290 | 0.408 | 0.534 | 0.554 | 0.727 | -- | -- | -- | -- | -- | -- | -- |
| Lymph node (mesenteric) | 0.050 | 0.146 | 0.530 | 0.489 | 0.689 | 0.985 | 1.37 | -- | -- | -- | -- | -- | -- | -- |
| Muscle | 0.021 | 0.061 | 0.084 | 0.103 | 0.096 | 0.095 | 0.192 | -- | -- | -- | -- | -- | -- | -- |
| Ovaries (females) | 0.104 | 1.34 | 1.64 | 2.34 | 3.09 | 5.24 | 12.3 | 0.001 | 0.009 | 0.008 | 0.016 | 0.025 | 0.037 | 0.095 |
| Pancreas | 0.081 | 0.207 | 0.414 | 0.380 | 0.294 | 0.358 | 0.599 | 0.003 | 0.007 | 0.014 | 0.015 | 0.015 | 0.011 | 0.019 |
| Pituitary gland | 0.339 | 0.645 | 0.868 | 0.854 | 0.405 | 0.478 | 0.694 | 0.000 | 0.001 | 0.001 | 0.001 | 0.000 | 0.000 | 0.001 |
| Prostate (males) | 0.061 | 0.091 | 0.128 | 0.157 | 0.150 | 0.183 | 0.170 | 0.001 | 0.001 | 0.002 | 0.003 | 0.003 | 0.004 | 0.003 |
| Salivary glands | 0.084 | 0.193 | 0.255 | 0.220 | 0.135 | 0.170 | 0.264 | 0.003 | 0.007 | 0.008 | 0.008 | 0.005 | 0.006 | 0.009 |
| Skin | 0.013 | 0.208 | 0.159 | 0.145 | 0.119 | 0.157 | 0.253 | -- | -- | -- | -- | -- | -- | -- |
| Small intestine | 0.030 | 0.221 | 0.476 | 0.879 | 1.28 | 1.30 | 1.47 | 0.024 | 0.130 | 0.319 | 0.543 | 0.776 | 0.906 | 0.835 |
| Spinal cord | 0.043 | 0.097 | 0.169 | 0.250 | 0.106 | 0.085 | 0.112 | 0.001 | 0.002 | 0.002 | 0.003 | 0.001 | 0.001 | 0.001 |
| Spleen | 0.334 | 2.47 | 7.73 | 10.3 | 22.1 | 20.1 | 23.4 | 0.013 | 0.093 | 0.325 | 0.385 | 0.982 | 0.821 | 1.03 |
| Stomach | 0.017 | 0.065 | 0.115 | 0.144 | 0.268 | 0.152 | 0.215 | 0.006 | 0.019 | 0.034 | 0.030 | 0.040 | 0.037 | 0.039 |
| Testes (males) | 0.031 | 0.042 | 0.079 | 0.129 | 0.146 | 0.304 | 0.320 | 0.007 | 0.010 | 0.017 | 0.030 | 0.034 | 0.074 | 0.074 |
| Thymus | 0.088 | 0.243 | 0.340 | 0.335 | 0.196 | 0.207 | 0.331 | 0.004 | 0.007 | 0.010 | 0.012 | 0.008 | 0.007 | 0.008 |
| Thyroid | 0.155 | 0.536 | 0.842 | 0.851 | 0.544 | 0.578 | 1.00 | 0.000 | 0.001 | 0.001 | 0.001 | 0.001 | 0.001 | 0.001 |
| Uterus (females) | 0.043 | 0.203 | 0.305 | 0.140 | 0.287 | 0.289 | 0.456 | 0.002 | 0.011 | 0.015 | 0.008 | 0.016 | 0.018 | 0.022 |
| Whole blood | 1.97 | 4.37 | 5.40 | 3.05 | 1.31 | 0.909 | 0.420 | -- | -- | -- | -- | -- | -- | -- |
| Plasma | 3.97 | 8.13 | 8.90 | 6.50 | 2.36 | 1.78 | 0.805 | -- | -- | -- | -- | -- | -- | -- |
| Blood:Plasma ratio[a] | 0.815 | 0.515 | 0.550 | 0.510 | 0.555 | 0.530 | 0.540 | -- | -- | -- | -- | -- | -- | -- |

Source: Japan PMDA (PDF page 16).[37]

**Table 2.** Modern study report 5002121, biodistribution study submitted by Moderna to Japanese regulator (PMDA).

表 2.6.4.4-3   雄性 Sprague Dawley ラットに mRNA-1647 100 μg を単回筋肉内接種したときの各組織における薬物動態パラメータ

| Matrix | mRNA Construct | $T_{max}$ (h)[a] | $C_{max}$ (ng/mL)[a] | $AUC_{(0-t)}$ (ng × h/mL)[a,b] | $T_{1/2}$ (h)[a,c] | $AUC_{(0-t)}$ Ratio (Tissue/Plasma)[d] | $AUC_{(0-t)}$ Ratio (Tissue/Plasma) Average |
|---|---|---|---|---|---|---|---|
| Bone marrow | gB | NC | NC | NC | NC | NC | NR |
| | gH | 8.0 | 0.254 ± 0.0871 | 7.85 ± 2.03 | NC | 0.316 | |
| | gL | 8.0 | 0.224 ± 0.0920 | 2.78 ± 1.03 | NC | 0.119 | |
| | UL128 | 8.0 | 0.292 ± 0.120 | 3.53 ± 1.33 | NC | 0.147 | |
| | UL130 | NC | NC | NC | NC | NC | |
| | UL131A | 8.0 | 0.186 ± 0.0829 | 2.05 ± 0.912 | NC | 0.0825 | |
| Brain | gB | NC | NC | NC | NC | NC | NR |
| | gH | 24.0 | 0.0800 ± 0.0491 | 2.19 ± 1.08 | NC | 0.0880 | |
| | gL | 2.0 | 0.0360 ± 0.0360 | 0.144 ± 0.144 | NC | 0.00615 | |
| | UL128 | 2.0 | 0.0340 ± 0.0340 | 0.136 ± 0.136 | NC | 0.00564 | |
| | UL130 | NC | NC | NC | NC | NC | |
| | UL131A | NC | NC | NC | NC | NC | |
| Distal lymph node | gB | 8.0 | 108 ± 101 | 1,460 ± 1,110 | 31.6 | 64.1 | 62.8 |
| | gH | 8.0 | 110 ± 102 | 1,490 ± 1,130 | 36.2 | 59.8 | |
| | gL | 8.0 | 117 ± 109 | 1,460 ± 1,200 | 30.6 | 62.6 | |
| | UL128 | 8.0 | 125 ± 117 | 1,620 ± 1,290 | 32.1 | 67.1 | |
| | UL130 | 8.0 | 129 ± 121 | 1,630 ± 1,330 | 27.9 | 64 | |
| | UL131A | 8.0 | 114 ± 108 | 1,470 ± 1,190 | 28.5 | 59.2 | |
| Eye | gB | 2.0 | 4.72 ± 2.77 | 26.7 ± 13.6 | NC | 1.18 | 1.24 |
| | gH | 2.0 | 3.92 ± 2.19 | 37.6 ± 11.0 | NC | 1.51 | |
| | gL | 2.0 | 3.23 ± 1.84 | 29.2 ± 9.75 | NC | 1.25 | |
| | UL128 | 2.0 | 3.91 ± 2.19 | 34.5 ± 12.2 | NC | 1.43 | |
| | UL130 | 2.0 | 3.61 ± 2.14 | 21.3 ± 11.0 | NC | 0.838 | |
| | UL131A | 2.0 | 3.43 ± 1.96 | 31.1 ± 10.2 | NC | 1.26 | |
| Heart | gB | NC | NC | NC | NC | NC | NR |
| | gH | 8.0 | 0.548 ± 0.107 | 9.94 ± 1.85 | NC | 0.400 | |
| | gL | 8.0 | 0.220 ± 0.0907 | 2.96 ± 1.05 | NC | 0.127 | |
| | UL128 | 8.0 | 0.276 ± 0.113 | 4.49 ± 1.51 | NC | 0.186 | |
| | UL130 | NC | NC | NC | NC | NC | |
| | UL131A | 8.0 | 0.312 ± 0.0896 | 3.71 ± 1.02 | NC | 0.150 | |
| Injection site, muscle | gB | 2.0 | 1,770 ± 803 | 27,100 ± 4,880 | 13.5 | 1190 | 939 |
| | gH | 2.0 | 1,720 ± 828 | 26,100 ± 4,700 | 17.1 | 1050 | |
| | gL | 2.0 | 1,310 ± 638 | 20,900 ± 3,720 | 15.2 | 893 | |
| | UL128 | 2.0 | 1,620 ± 720 | 25,300 ± 4,090 | 14.9 | 1050 | |
| | UL130 | 2.0 | 1,630 ± 777 | 24,500 ± 4,240 | 13.8 | 961 | |
| | UL131A | 8.0 | 427 ± 210 | 12,100 ± 2,830 | 15.0 | 487 | |
| Jejunum | gB | NC | NC | NC | NC | NC | NR |
| | gH | 8.0 | 0.0800 ± 0.0490 | 2.06 ± 1.04 | NC | 0.0827 | |
| | gL | 2.0 | 0.0700 ± 0.0429 | 0.728 ± 0.472 | NC | 0.0308 | |
| | UL128 | NC | NC | NC | NC | NC | |
| | UL130 | NC | NC | NC | NC | NC | |
| | UL131A | NC | NC | NC | NC | NC | |
| Kidney | gB | NC | NC | NC | NC | NC | NR |
| | gH | NC | NC | NC | NC | NC | |
| | gL | NC | NC | NC | NC | NC | |
| | UL128 | NC | NC | NC | NC | NC | |
| | UL130 | NC | NC | NC | NC | NC | |
| | UL131A | NC | NC | NC | NC | NC | |
| Liver | gB | 2.0 | 2.16 ± 1.21 | 8.65 ± 4.83 | NC | 0.381 | 0.499 |
| | gH | 2.0 | 2.12 ± 0.982 | 16.8 ± 4.15 | NC | 0.674 | |
| | gL | 2.0 | 1.30 ± 0.432 | 11.0 ± 2.37 | NC | 0.470 | |
| | UL128 | 2.0 | 2.00 ± 0.814 | 13.7 ± 3.72 | NC | 0.570 | |
| | UL130 | 2.0 | 1.87 ± 1.01 | 7.46 ± 4.04 | NC | 0.293 | |
| | UL131A | 2.0 | 1.99 ± 0.928 | 13.9 ± 4.04 | NC | 0.562 | |
| Lung | gB | NC | NC | NC | NC | NC | NR |
| | gH | 8.0 | 0.442 ± 0.130 | 8.04 ± 1.96 | NC | 0.323 | |
| | gL | 8.0 | 0.274 ± 0.0984 | 3.45 ± 1.12 | NC | 0.148 | |
| | UL128 | 8.0 | 0.340 ± 0.129 | 5.40 ± 1.74 | NC | 0.224 | |
| | UL130 | 8.0 | 0.188 ± 0.188 | 2.07 ± 2.07 | NC | 0.0812 | |
| | UL131A | 8.0 | 0.310 ± 0.111 | 4.86 ± 1.49 | NC | 0.196 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Proximal lymph nodes | gB | 2.0 | 260 ± 121 | 5,850 ± 949 | 33.5 | 257 | 201 |
| | gH | 8.0 | 206 ± 51.6 | 4,860 ± 722 | 38.2 | 195 | |
| | gL | 2.0 | 175 ± 81.9 | 3,460 ± 538 | 36.3 | 148 | |
| | UL128 | 8.0 | 246 ± 66.6 | 5,190 ± 875 | 32.8 | 215 | |
| | UL130 | 8.0 | 252 ± 67.2 | 5,240 ± 881 | 35.7 | 206 | |
| | UL131A | 2.0 | 225 ± 106 | 4,600 ± 719 | 32.2 | 185 | |
| Spleen | gB | 2.0 | 7.36 ± 3.81 | 460 ± 52.9 | 46.9 | 20.2 | 13.4 |
| | gH | 24.0 | 5.63 ± 1.28 | 371 ± 39.5 | 83.0 | 14.9 | |
| | gL | 8.0 | 3.83 ± 1.04 | 196 ± 21.0 | 68.2 | 8.36 | |
| | UL128 | 24.0 | 4.87 ± 1.22 | 297 ± 34.8 | 68.8 | 12.3 | |
| | UL130 | 8.0 | 5.03 ± 1.41 | 288 ± 33.0 | 64.9 | 11.3 | |
| | UL131A | 2.0 | 5.10 ± 2.64 | 277 ± 33.1 | 46.2 | 11.2 | |
| Stomach | gB | NC | NC | NC | NC | NC | NR |
| | gH | 8.0 | 0.110 ± 0.0696 | 3.49 ± 1.59 | NC | 0.140 | |
| | gL | 8.0 | 0.0800 ± 0.0499 | 2.07 ± 1.19 | NC | 0.0886 | |
| | UL128 | 24.0 | 0.102 ± 0.0648 | 2.85 ± 1.47 | NC | 0.118 | |
| | UL130 | NC | NC | NC | NC | NC | |
| | UL131A | 24.0 | 0.0980 ± 0.0634 | 2.53 ± 1.39 | NC | 0.102 | |
| Testes | gB | 2.0 | 1.16 ± 0.719 | 4.64 ± 2.88 | NC | 0.204 | 0.209 |
| | gH | 2.0 | 1.11 ± 0.480 | 5.52 ± 2.20 | NC | 0.222 | |
| | gL | 8.0 | 0.420 ± 0.335 | 6.08 ± 3.73 | NC | 0.260 | |
| | UL128 | 2.0 | 0.946 ± 0.397 | 4.73 ± 1.85 | NC | 0.196 | |
| | UL130 | 2.0 | 0.682 ± 0.442 | 2.73 ± 1.77 | NC | 0.107 | |
| | UL131A | 2.0 | 0.872 ± 0.380 | 4.54 ± 1.85 | NC | 0.183 | |

Abbreviations: gB = glycoprotein B; gH = glycoprotein H; gL = glycoprotein L; IM = intramuscular; NC = not calculable (insufficient data points above the lower limit of quantitation); NR = not reported (some constructs measured all samples as below limit of quantitation).

a T$_{max}$ and T$_{1/2}$ data reported as the mean; C$_{max}$ and AUC$_{0-q}$ data reported as the mean ± standard error.

b For the bone marrow, brain, jejunum, heart, liver, lung, stomach, and testes, AUC$_{0-q}$ was calculated using less than 3 quantifiable mean concentrations and therefore is an estimate.

c Due to the lack of a distinct elimination phase in plasma, the T$_{1/2}$ of the mRNA constructs could not be calculated; however, the T$_{1/2}$ was estimated to range from 2.7 to 3.8 hours.

d For AUC$_{0-q}$ Ratio, samples listed as NC were not calculable because all samples were below limit of quantitation.

Source: Report 5002121 Amendment 1 (Appendix 8, Table 2 and Table 3)

Source: Japan PMDA (PDF page 7).[47]

## III. ENVIRONMENT IMPACT

The petitioner hereby states that the relief requested in this petition will have no environmental impact and therefore an environmental assessment is not required under 21 C.F.R. Sections 25.30 and 25.31.

## IV. ECONOMIC IMPACT

Economic impact information will be submitted upon request of the commissioner.

## V. CERTIFICATION

The undersigned certifies that, to the best knowledge and belief of the undersigned, this petition includes all information and views on which the petition relies, and that it includes representative data and information known to the petitioner which are unfavorable to the petition.

Respectfully submitted,

*Linda Wastila*

**Linda Wastila, BSPharm, MSPH, PhD**
Representative
Coalition Advocating for Adequately Licensed Medicines (CAALM)

**Coalition Advocating for Adequately Licensed Medicines (CAALM), current members as of July 23, 2021:**

**Peter Aaby, MSc, DMSc[†]**
Head of Bandim Health Project, Guinea-Bissau
University of Southern Denmark
Copenhagen, Denmark
*[†] Dr. Aaby's organizational affiliation is included for identification purposes only.*

**Christine Stabell Benn, MD, PhD, DMSc[†]**
Professor of Global Health
University of Southern Denmark
Copenhagen, Denmark
*[†] Dr. Benn's organizational affiliation is included for identification purposes only.*

**Aditi Bhargava, PhD[†]**
Professor
University of California, San Francisco
San Francisco, California, U.S.A.
*[†] Dr. Bhargava's organizational affiliation is included for identification purposes only.*

**Dick Bijl, PhD, MD, MSc[†]**
Pharmacoepidemiologist, former GP
Utrecht, the Netherlands
*[†] President, International Society of Drug Bulletins*

**Florence T. Bourgeois MD, MPH[†]**
Associate Professor of Pediatrics
Harvard Medical School
Boston, Massachusetts, U.S.A.
*[†] Dr. Bourgeois's organizational affiliation is included for identification purposes only.*

**Anthony J Brookes, PhD[†]**
Professor of Genetics
University of Leicester
Leicester, United Kingdom
*[†] Dr. Brookes's organizational affiliation is included for identification purposes only.*

**Byram W. Bridle, PhD[†]**
Associate Professor of Viral Immunology
University of Guelph
Ontario, Canada
*[†] Dr. Bridle's organizational affiliation is included for identification purposes only.*

**Peter Collignon AM, MB, BS(Hons), BSc(Med), FRACP, FRCPA, FASM[†]**
Professor
Australian National University Medical School
Canberra, Australia
*[†] Dr. Collignon's organizational affiliation is included for identification purposes only.*

**Peter Doshi, PhD[†]**
Associate Prof., Pharmaceutical Health Services Research
University of Maryland School of Pharmacy
Baltimore, Maryland, U.S.A.
*[†] Dr. Doshi's organizational affiliation is included for identification purposes only.*

**Juan Erviti, PharmD, PhD[†]**
Unit of Innovation and Organization
Navarre Health Service, Spain
Pamplona, Spain
*[†] Dr. Erviti's organizational affiliation is included for identification purposes only.*

**Peter C. Gøtzsche, Professor, DrMedSci, MD, MSc**
Director
Institute for Scientific Freedom
Copenhagen, Denmark

**Janice E. Graham, PhD, FCAHS, FRSC[†]**
University Research Professor
Dalhousie University
Halifax, Canada
*[†] Dr. Graham's organizational affiliation is included for identification purposes only*

**David Healy, MD FRCPsych[†]**
Professor of Psychiatry
McMaster University
Ontario, Canada
*[†] Dr. Healy's organizational affiliation is included for identification purposes only.*

**Iona Heath, CBE FRCGP[†]**
Past president of the Royal College of General Practitioners
London, United Kingdom
*[†] Dr. Heath's former affiliation is included for identification purposes only.*

**Matthew Herder, JSM LLM[†]**
Director, Health Law Institute
Dalhousie University
Nova Scotia, Canada
*† Prof. Herder's organizational affiliation is included for identification purposes only.*


**Tom Jefferson, MD MRCGP FFPHM[†]**
Senior Associate Tutor
University of Oxford
*† Dr. Jefferson's organizational affiliation is included for identification purposes only.*


**Mark Jones, PhD[†]**
Associate Professor of Biostatistics
Bond University
Gold Coast, Queensland, Australia
*† Dr. Jones's organizational affiliation is included for identification purposes only.*


**Robert M. Kaplan, PhD[†]**
Distinguished Research Professor
UCLA Fielding School of Public Health
Los Angeles, California, U.S.A.
*† Dr. Kaplan's organizational affiliation is included for identification purposes only.*


**Ulrich Keil, MD, PhD, FRCP (London)[†]**
Professor Emeritus
University of Muenster
Muenster, Germany
*† Dr. Keil's organizational affiliation is included for identification purposes only.*


**Joseph A. Ladapo, MD, PhD[†]**
Associate Prof. of Medicine
David Geffen School of Medicine at UCLA
Los Angeles, California, U.S.A.
*† Dr. Ladapo's organizational affiliation is included for identification purposes only.*


**Trudo Lemmens, LicJur, LLM bioethics, DCL[†]**
Professor and Scholl Chair in Health Law and Policy
University of Toronto
Toronto, Canada
*† Dr. Lemmens' organizational affiliation is included for identification purposes only*


**Tianjing Li, MD, MHS, PhD[†]**
Associate Professor
University of Colorado
Anschutz Medical Campus
Aurora, Colorado, U.S.A.
*† Dr. Li's organizational affiliation is included for identification purposes only.*


**Donald W. Light, PhD[†]**
Professor of Comparative Health Policy and Psychiatry
Rowan University School of Osteopathic Medicine
Glassboro, New Jersey, U.S.A.
*† Dr. Light's organizational affiliation is included for identification purposes only.*


**Peter A. McCullough, MD, MPH[†]**
Professor of Medicine
Texas A & M College of Medicine
Dallas, Texas, U.S.A.
*† Dr. McCullough's organizational affiliation is included for identification purposes only.*


**Hamid A. Merchant, BPharm, MPharm, PhD, RPh, CQP, PGCertHE, FHEA, SRPharmS[†]**
Subject Leader in Pharmacy
University of Huddersfield
Huddersfield, United Kingdom
*† Dr. Merchant's organizational affiliation is included for identification purposes only.*


**Barbara Mintzes, BA, MSc, PhD[†]**
Associate Professor, School of Pharmacy
The University of Sydney
Sydney, Australia
*† Dr. Mintzes' organizational affiliation is included for identification purposes only.*


**Huseyin Naci, MHS, PhD[†]**
Associate Professor of Health Policy
London School of Economics and Political Science
London, United Kingdom
*† Dr. Naci's organizational affiliation is included for identification purposes only.*


**Allyson M Pollock, MBChB, FRCPH, FRCP (Ed) FRCGP[†]**
Clinical Professor of Public Health
Institute of Health and Society, Newcastle University
Newcastle upon Tyne, United Kingdom
*† Dr. Pollock's organizational affiliation is included for identification purposes only.*

**Angela Spelsberg, MD, SM[†]**
Comprehensive Cancer Center
Aachen
Aachen, Germany
[†] *Dr. Spelsberg's organizational affiliation is included for identification purposes only.*


**Erick Turner, MD[†]**
Associate Professor of
Psychiatry
Oregon Health & Science
University
Portland, Oregon, U.S.A.
[†] *Dr. Turner's organizational affiliation is included for identification purposes only.*

**Linda Wastila, BSPharm, MSPH, PhD[*†]**
Professor, Pharmaceutical
Health Services Research
University of Maryland School
of Pharmacy
220 Arch Street, Baltimore,
Maryland 21201, U.S.A.
[*] *Dr. Wastila is serving as the Representative of CAALM*
[†] *Dr. Wastila's organizational affiliation is included for identification purposes only.*

**Patrick Whelan, MD PhD[†]**
Associate Clinical Professor of
Pediatrics
David Geffen School of
Medicine at UCLA
Los Angeles, California, U.S.A.
[†] *Dr. Whelan's organizational affiliation is included for identification purposes only.*


**Kim Witczak**
President/Co-Founder
Woodymatters
Minneapolis, Minnesota, U.S.A.

## References

1. Zuckerman DM. Emergency Use Authorizations (EUAs) Versus FDA Approval: Implications for COVID-19 and Public Health. Am J Public Health [Internet]. 2021 Jun;111(6):1065–9. Available from: http://dx.doi.org/10.2105/AJPH.2021.306273

2. Food and Drug Administration. Development and Licensure of Vaccines to Prevent COVID-19: Guidance for Industry [Internet]. 2020 [cited 2020 Oct 6]. Available from: https://www.fda.gov/media/139638/download

3. Food and Drug Administration. FDA Briefing Document. Janssen Ad26.COV2.S Vaccine for the Prevention of COVID-19 [Internet]. 2021 [cited 2021 May 28]. Available from: https://www.fda.gov/media/146217/download

4. CDC. Risk for COVID-19 infection, hospitalization, and death by age group [Internet]. 2021 [cited 2021 May 28]. Available from: https://www.cdc.gov/coronavirus/2019-ncov/covid-data/investigations-discovery/hospitalization-death-by-age.html

5. CDC. COVID-19 Pandemic Planning Scenarios [Internet]. 2021 [cited 2021 May 28]. Available from: https://www.cdc.gov/coronavirus/2019-ncov/hcp/planning-scenarios.html

6. CDC. Estimated disease burden of COVID-19 [Internet]. 2021 [cited 2021 May 28]. Available from: https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/burden.html

7. Dan JM, Mateus J, Kato Y, Hastie KM, Yu ED, Faliti CE, et al. Immunological memory to SARS-CoV-2 assessed for up to 8 months after infection. Science [Internet]. 2021 Feb 5;371(6529). Available from: http://dx.doi.org/10.1126/science.abf4063

8. Turner JS, Kim W, Kalaidina E, Goss CW, Rauseo AM, Schmitz AJ, et al. SARS-CoV-2 infection induces

long-lived bone marrow plasma cells in humans. Nature [Internet]. 2021 May 24; Available from: http://dx.doi.org/10.1038/s41586-021-03647-4

9.  Breton G, Mendoza P, Hagglof T, Oliveira TY, Schaefer-Babajew D, Gaebler C, et al. Persistent Cellular Immunity to SARS-CoV-2 Infection. bioRxiv [Internet]. 2020 Dec 9; Available from: http://dx.doi.org/10.1101/2020.12.08.416636

10. Hall VJ, Foulkes S, Charlett A, Atti A, Monk EJM, Simmons R, et al. SARS-CoV-2 infection rates of antibody-positive compared with antibody-negative health-care workers in England: a large, multicentre, prospective cohort study (SIREN). Lancet [Internet]. 2021 Apr 17;397(10283):1459–69. Available from: http://dx.doi.org/10.1016/S0140-6736(21)00675-9

11. Krammer F, Srivastava K, Simon V, the PARIS team. Robust spike antibody responses and increased reactogenicity in seropositive individuals after a single dose of SARS-CoV-2 mRNA vaccine [Internet]. bioRxiv. medRxiv; 2021. Available from: http://medrxiv.org/lookup/doi/10.1101/2021.01.29.21250653

12. Samanovic MI, Cornelius AR, Wilson JP, Karmacharya T, Gray-Gaillard SL, Allen JR, et al. Poor antigen-specific responses to the second BNT162b2 mRNA vaccine dose in SARS-CoV-2-experienced individuals. medRxiv [Internet]. 2021 Feb 9; Available from: http://dx.doi.org/10.1101/2021.02.07.21251311

13. Camara C, Lozano-Ojalvo D, Lopez-Granados E, Paz-Artal E, Pion M, Correa-Rocha R, et al. Differential effects of the second SARS-CoV-2 mRNA vaccine dose on T cell immunity in naïve and COVID-19 recovered individuals [Internet]. bioRxiv. 2021 [cited 2021 May 28]. p. 2021.03.22.436441. Available from: https://www.biorxiv.org/content/10.1101/2021.03.22.436441v1

14. Levi R, Azzolini E, Pozzi C, Ubaldi L, Lagioia M, Mantovani A, et al. A cautionary note on recall vaccination in ex-COVID-19 subjects [Internet]. bioRxiv. medRxiv; 2021. Available from: http://medrxiv.org/lookup/doi/10.1101/2021.02.01.21250923

15. Ogata AF, Cheng C-A, Desjardins M, Senussi Y, Sherman AC, Powell M, et al. Circulating SARS-CoV-2 Vaccine Antigen Detected in the Plasma of mRNA-1273 Vaccine Recipients. Clin Infect Dis [Internet]. 2021 May 20; Available from: http://dx.doi.org/10.1093/cid/ciab465

16. Kuba K, Imai Y, Rao S, Gao H, Guo F, Guan B, et al. A crucial role of angiotensin converting enzyme 2 (ACE2) in SARS coronavirus-induced lung injury. Nat Med [Internet]. 2005 Aug;11(8):875–9. Available from: http://dx.doi.org/10.1038/nm1267

17. Chen I-Y, Chang SC, Wu H-Y, Yu T-C, Wei W-C, Lin S, et al. Upregulation of the chemokine (C-C motif) ligand 2 via a severe acute respiratory syndrome coronavirus spike-ACE2 signaling pathway. J Virol [Internet]. 2010 Aug;84(15):7703–12. Available from: http://dx.doi.org/10.1128/JVI.02560-09

18. Patra T, Meyer K, Geerling L, Isbell TS, Hoft DF, Brien J, et al. SARS-CoV-2 spike protein promotes IL-6 trans-signaling by activation of angiotensin II receptor signaling in epithelial cells. PLoS Pathog [Internet]. 2020 Dec;16(12):e1009128. Available from: http://dx.doi.org/10.1371/journal.ppat.1009128

19. Zhang S, Liu Y, Wang X, Yang L, Li H, Wang Y, et al. SARS-CoV-2 binds platelet ACE2 to enhance

thrombosis in COVID-19. J Hematol Oncol [Internet]. 2020 Sep 4;13(1):120. Available from: http://dx.doi.org/10.1186/s13045-020-00954-7

20. Suresh SJ, Suzuki YJ. SARS-CoV-2 Spike Protein and Lung Vascular Cells. Journal of Respiration [Internet]. 2020 Dec 31 [cited 2021 May 25];1(1):40–8. Available from: https://www.mdpi.com/2673-527X/1/1/4

21. Angeli F, Spanevello A, Reboldi G, Visca D, Verdecchia P. SARS-CoV-2 vaccines: Lights and shadows. Eur J Intern Med [Internet]. 2021 Apr 30; Available from: http://dx.doi.org/10.1016/j.ejim.2021.04.019

22. Han M, Pandey D. ZMPSTE24 Regulates SARS-CoV-2 Spike Protein-enhanced Expression of Endothelial Plasminogen Activator Inhibitor-1. Am J Respir Cell Mol Biol [Internet]. 2021 May 18; Available from: http://dx.doi.org/10.1165/rcmb.2020-0544OC

23. Rhea EM, Logsdon AF, Hansen KM, Williams LM, Reed MJ, Baumann KK, et al. The S1 protein of SARS-CoV-2 crosses the blood-brain barrier in mice. Nat Neurosci [Internet]. 2021 Mar;24(3):368–78. Available from: http://dx.doi.org/10.1038/s41593-020-00771-8

24. Idrees D, Kumar V. SARS-CoV-2 spike protein interactions with amyloidogenic proteins: Potential clues to neurodegeneration. Biochem Biophys Res Commun [Internet]. 2021 May 21;554:94–8. Available from: http://dx.doi.org/10.1016/j.bbrc.2021.03.100

25. Lei Y, Zhang J, Schiavon CR, He M, Chen L, Shen H, et al. SARS-CoV-2 Spike Protein Impairs Endothelial Function via Downregulation of ACE 2. Circ Res [Internet]. 2021 Apr 30;128(9):1323–6. Available from: http://dx.doi.org/10.1161/CIRCRESAHA.121.318902

26. Zhang L, Richards A, Barrasa MI, Hughes SH, Young RA, Jaenisch R. Reverse-transcribed SARS-CoV-2 RNA can integrate into the genome of cultured human cells and can be expressed in patient-derived tissues. Proc Natl Acad Sci U S A [Internet]. 2021 May 25;118(21). Available from: http://dx.doi.org/10.1073/pnas.2105968118

27. Suzuki YJ, Nikolaienko SI, Dibrova VA, Dibrova YV, Vasylyk VM, Novikov MY, et al. SARS-CoV-2 spike protein-mediated cell signaling in lung vascular cells. Vascul Pharmacol [Internet]. 2021 Apr;137:106823. Available from: http://dx.doi.org/10.1016/j.vph.2020.106823

28. Suzuki YJ, Gychka SG. SARS-CoV-2 Spike Protein Elicits Cell Signaling in Human Host Cells: Implications for Possible Consequences of COVID-19 Vaccines. Vaccines (Basel) [Internet]. 2021 Jan 11;9(1). Available from: http://dx.doi.org/10.3390/vaccines9010036

29. Ogata AF, Maley AM, Wu C, Gilboa T, Norman M, Lazarovits R, et al. Ultra-sensitive Serial Profiling of SARS-CoV-2 Antigens and Antibodies in Plasma to Understand Disease Progression in COVID-19 Patients with Severe Disease. Clin Chem [Internet]. 2020 Sep 8; Available from: http://dx.doi.org/10.1093/clinchem/hvaa213

30. Kloc M, Uosef A, Kubiak JZ, Ghobrial RM. Exaptation of Retroviral Syncytin for Development of Syncytialized Placenta, Its Limited Homology to the SARS-CoV-2 Spike Protein and Arguments against Disturbing Narrative in the Context of COVID-19 Vaccination. Biology [Internet]. 2021 Mar 19;10(3). Available from: http://dx.doi.org/10.3390/biology10030238

31. Khan I, Hatiboglu MA. Can COVID-19 induce glioma tumorogenesis through binding cell receptors? Med Hypotheses [Internet]. 2020 Nov;144:110009. Available from: http://dx.doi.org/10.1016/j.mehy.2020.110009

32. Singh N, Bharara Singh A. S2 subunit of SARS-nCoV-2 interacts with tumor suppressor protein p53 and BRCA: an in silico study. Transl Oncol [Internet]. 2020 Oct;13(10):100814. Available from: http://dx.doi.org/10.1016/j.tranon.2020.100814

33. Madla CM, Gavins FKH, Merchant H, Orlu M, Murdan S, Basit AW. Let's Talk About Sex: Differences in Drug Therapy in Males and Females. Adv Drug Deliv Rev [Internet]. 2021 May 17; Available from: http://dx.doi.org/10.1016/j.addr.2021.05.014

34. European Medicines Agency. Assessment Report. Comirnaty (COVID-19 mRNA vaccine (nucleoside-modified)), EMA/707383/2020 Corr.1 [Internet]. 2021 Feb [cited 2021 Apr 13]. Available from: https://www.ema.europa.eu/en/documents/assessment-report/comirnaty-epar-public-assessment-report_en.pdf#page=45

35. European Medicines Agency. Assessment Report. COVID-19 Vaccine Moderna (COVID-19 mRNA Vaccine (nucleoside-modified)), EMA/15689/2021 Corr.1 [Internet]. 2021 Mar [cited 2021 Apr 13]. Available from: https://www.ema.europa.eu/en/documents/assessment-report/covid-19-vaccine-moderna-epar-public-assessment-report_en.pdf#page=47

36. European Medicines Agency. Assessment Report. COVID-19 Vaccine Janssen, EMA/158424/2021 [Internet]. 2021 Mar [cited 2021 Apr 13]. Available from: https://www.ema.europa.eu/en/documents/assessment-report/covid-19-vaccine-janssen-epar-public-assessment-report_en.pdf#page=50

37. Pfizer. SARS-CoV- 2 mRNA Vaccine (BNT162, PF-07302048) 2.6.4 Yakubutsu dōtai shiken no gaiyō bun [summary of pharmacokinetic studies] [Internet]. 2021 [cited 2021 May 28]. Available from: https://www.pmda.go.jp/drugs/2021/P20210212001/672212000_30300AMX00231_I100_1.pdf#page=16

38. CDC. Selected adverse events reported after COVID-19 vaccination [Internet]. 2021 [cited 2021 May 28]. Available from: https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/adverse-events.html

39. Doshi P. FDA response to BMJ on reports of death after covid-19 vaccination [Internet]. 2021 [cited 2021 May 28]. Available from: https://www.bmj.com/content/372/bmj.n149/rr-25

40. Wyller TB, Kittang BR, Ranhoff AH, Harg P, Myrstad M. Nursing home deaths after COVID-19 vaccination. Tidsskr Nor Laegeforen [Internet]. 2021 May 20;141. Available from: http://dx.doi.org/10.4045/tidsskr.21.0383

41. Torjesen I. Covid-19: Pfizer-BioNTech vaccine is "likely" responsible for deaths of some elderly patients, Norwegian review finds. BMJ [Internet]. 2021 May 27 [cited 2021 May 28];373. Available from: https://www.bmj.com/content/373/bmj.n1372

42. Food and Drug Administration. Coronavirus (COVID-19) update: FDA Issues Policies to guide medical product developers addressing virus variants [Internet]. 2021 [cited 2021 May 28]. Available from: https://www.fda.gov/news-events/press-announcements/coronavirus-covid-19-

update-fda-issues-policies-guide-medical-product-developers-addressing-virus

43. Owens C. Vaccine boosters could be necessary as soon as September [Internet]. Axios. 2021 [cited 2021 May 28]. Available from: https://www.axios.com/coronavirus-vaccines-boosters-pfizer-moderna-e8d6bed6-8238-4e52-9959-ca4c6a6e0d5a.html

44. Polack FP, Thomas SJ, Kitchin N, Absalon J, Gurtman A, Lockhart S, et al. Safety and Efficacy of the BNT162b2 mRNA Covid-19 Vaccine. N Engl J Med [Internet]. 2020 Dec 31;383(27):2603–15. Available from: http://dx.doi.org/10.1056/NEJMoa2034577

45. Baden LR, El Sahly HM, Essink B, Kotloff K, Frey S, Novak R, et al. Efficacy and Safety of the mRNA-1273 SARS-CoV-2 Vaccine. N Engl J Med [Internet]. 2021 Feb 4;384(5):403–16. Available from: http://dx.doi.org/10.1056/NEJMoa2035389

46. Thacker PD. Covid-19: How independent were the US and British vaccine advisory committees? BMJ [Internet]. 2021 May 26;373:n1283. Available from: http://dx.doi.org/10.1136/bmj.n1283

47. Moderna. SARS-CoV- 2 mRNA Vaccine (Moderna) 2.6.4 Yakubutsu dōtai shiken no gaiyō bun [summary of pharmacokinetic studies] [Internet]. 2021 [cited 2021 May 29]. Available from: https://www.pmda.go.jp/drugs/2021/P20210519003/400256000_30300AMX00266_I100_1.pdf#page=7