UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN DOE #1-#14 and JANE DOE #1-#2,<br><br>    Plaintiffs,<br>  vs.<br><br>LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, U.S. Department of Defense<br><br>XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>FRANK KENDALL, in his official capacity as Secretary of the Air Force, Department of the Air Force,<br><br>CARLOS DEL TORO, in his official capacity as Secretary of the Navy, Department of the Navy,<br><br>JANET WOODCOCK, in her official capacity as Acting Commissioner of the U.S. Food and Drug Administration, and<br><br>CHRISTINE WORMUTH, in her official capacity as Secretary of the Army, Department of the Army,<br><br>    Defendants. | **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br>**JURY TRIAL DEMANDED** |

**EX. 14: ISRAEL MOH VACCINE EFFICACY STUDY (JULY 23, 2021)**



## דוח יד, נתוני התחלואה והמאומתים
## נכון להיום לאחר עדכוני המערכות

- 1,848,568 אנשים סה"כ נבדקו ב-2 חודש עד 31/01/2021

**מ-02/07 עד 07/10:**

- בבדיקות PCR מאובחנים 1,152,914 מתוך זו (המספר משקף +1,181) לנגיף ומתוך 5,770
- מחוסנים
- 495 אושפזו (59+)
- 334 במצב קשה או ונטילציה (39+)
- 123 נפטרו (6+)



# 31/01/2021 תחלואה בשבר מיום 31/01/2021 בדיקות PCR ונמצאו











Updated to 18/7/2021 8:00












# חיסון לפי מצאה - 20.6.21-17.7.21

| Outcome | 20/06-17/07 | | |
|---|---|---|---|
| | VE | Lower CI | Upper CI |
| SARS-CoV-2 cases | 39.0% | 9.0 | 59.0 |
| Symptomatic COVID-19* | 40.5% | 8.7 | 61.2 |
| COVID-19 hospitalization | 88.0% | 78.9 | 93.2 |
| Severe COVID-19** | 91.4% | 82.5 | 95.7 |

\* Fever and/or respiratory symptoms on epidemiologic investigation

\*\* Including severe, critical and deceased COVID-19 (Severe – respiratory rate > 30/minute, oxygen saturation < 94%, and/or $PaO_2/FiO_2 < 300$; Critical – invasive mechanical ventilation, shock or major organ failure)

NOTE: Follow-up period shifted to weeks when delta variant dominated sequenced strains in Israel

For methods details: Haas, EJ et al. Impact and effectiveness of mRNA BNT162b2 vaccine against SARS-CoV-2 infections and COVID-19 cases, hospitalisations, and deaths following a nationwide vaccination campaign in Israel: an observational study using nationwide surveillance data. Lancet, 15 May 2021. 397:1819-29.

