# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **JOHN DOE #1-#14 and JANE DOE #1-#2,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | |
| | ) | |
| **LLOYD AUSTIN, III, in his official** | ) | |
| **capacity as Secretary of Defense, U.S.** | ) | |
| **Department of Defense** | ) | |
| | ) | |
| **XAVIER BECERRA, in his official** | ) | |
| **capacity as Secretary of the U.S.** | ) | |
| **Department of Health and Human** | ) | |
| **Services,** | ) | |
| | ) | **COMPLAINT FOR** |
| **FRANK KENDALL, in his official** | ) | **DECLARATORY AND** |
| **capacity as Secretary of the Air Force,** | ) | **INJUNCTIVE RELIEF** |
| **Department of the Air Force,** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **CARLOS DEL TORO, in his official** | ) | |
| **capacity as Secretary of the Navy,** | ) | |
| **Department of the Navy,** | ) | |
| | ) | |
| **JANET WOODCOCK, in her official** | ) | |
| **capacity as Acting Commissioner of the** | ) | |
| **U.S. Food and Drug Administration, and** | ) | |
| | ) | |
| **CHRISTINE WORMUTH, in her official** | ) | |
| **capacity as Secretary of the Army,** | ) | |
| **Department of the Army,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# EX. 15: SARA OLIVER PRESENTATONI TO THE FDA ADVISORY
# COMMITTEE (VRBPAC) MEETING (SEPT. 17, 2021)

# Vaccines and Related Biological Products Advisory Committee September 17, 2021 Meeting Presentation

Individuals using assistive technology may not be able to fully access the information contained in this file. For assistance, please send an e-mail to: ocod@fda.hhs.gov and include 508 Accommodation and the title of the document in the subject line of your e-mail.

# Updates to COVID-19 Epidemiology and COVID-19 Vaccines

Sara Oliver MD, MSPH
VRBPAC Meeting
September 17, 2021





**cdc.gov/coronavirus**

# COVID-19 Epidemiology and COVID-19 Vaccines

- COVID-19 cases and hospitalizations

- COVID-19 vaccines administered

- COVID-19 vaccine effectiveness (VE)
  - VE over time
  - VE for Delta variant
  - VE for older adults

# COVID-19 Epidemiology and COVID-19 Vaccines

- COVID-19 cases and hospitalizations

- COVID-19 vaccines administered

- COVID-19 vaccine effectiveness (VE)

  - VE over time

  - VE for Delta variant

  - VE for older adults

3

# Daily Trends in Number of COVID-19 Cases in the U.S.



January 23, 2020 – Sept 13, 2021
**Cases** Total    **41,262,574**

# Daily Trends in Number of COVID-19 Deaths in the U.S.

January 23, 2020 – Sept 13, 2021
**Deaths** Total    **660,380**



# Weekly Trends in COVID-19 Associated Hospitalization Rates in the U.S.



March 7, 2020 – Sept 4, 2021

https://gis.cdc.gov/grasp/covidnet/covid19_3.html

# Age-adjusted weekly COVID-19-associated hospitalization rates among adults by week of admission and age group*—COVID-NET, January 24–July 17, 2021



*Data are preliminary and case counts and rates for recent hospital admissions are subject to lag. As data are received each week, prior case counts and rates are updated accordingly.
†Cumulative rate ratio from January 24 – July 17, 2021. Shaded area indicates preliminary July data that does not include one site.
Havers et al. https://medrxiv.org/cgi/content/short/2021.08.27.21262356v1. COVID-19-associated hospitalizations among vaccinated and unvaccinated adults ≥18 years - COVID-NET, 13 states, January 1-July 24, 2021

# Delta Is the dominant circulating SARS-CoV-2 variant



- Delta represents **99%** of recently sequenced lineages

- Delta is more than 2x as contagious than previous variants


Delta, B.1.617.2
Alpha, B.1.1.7

8

# COVID-19 Epidemiology and COVID-19 Vaccines

- COVID-19 cases and hospitalizations

- **COVID-19 vaccines administered**

- COVID-19 vaccine effectiveness (VE)

  - VE over time

  - VE for Delta variant

  - VE for older adults

9

# COVID-19 vaccines administered

## Total Vaccine Doses Administered:
## 380,831,725

## % of Population Fully Vaccinated:



**Number of People Fully Vaccinated in the U.S. by COVID-19 Vaccine Series Type**

Vaccine Series Type

- **Pfizer-BioNTech 2-dose** 97,482,734
- **Moderna 2-dose** 66,926,007
- **J&J/Janssen single dose** 14,471,756
- **Unknown 2-dose** 102,453

**Total Number of People Fully Vaccinated**

 ≥**12** years of age:
**63.1%**

 ≥**18** years of age:
**65.0%**

 ≥**65** years of age:
**82.5%**

# Daily Trends in Doses of COVID-19 Vaccine Administered
## December 23, 2020 – Sept 13, 2021



https://covid.cdc.gov/covid-data-tracker/#vaccination-trends

# COVID-19 Vaccination Coverage by Age



**Percent Receiving ≥1 dose**

| Age group | Percent |
|---|---|
| 65-74 years | 95% |
| ≥75 years | 90% |
| 50-64 years | 82% |
| 40-49 years | 74% |
| 25-39 years | 65% |
| 18-24 years | 62% |
| 16-17 years | 60% |
| 12-15 years | 52% |

https://covid.cdc.gov/covid-data-tracker/#vaccination-demographic    As of Sept 14, 2021

10

# COVID-19 Epidemiology and COVID-19 Vaccines

- COVID-19 cases and hospitalizations

- COVID-19 vaccines administered

- COVID-19 vaccine effectiveness (VE)

  – VE over time

  – VE for Delta variant

  – VE for older adults

13

# Recent U.S. publications evaluating VE after primary series

| Author | Publication | Population | Outcomes | Time Assessed |
|---|---|---|---|---|
| Puranik et al. | Preprint (8/9/21) | Adults within the Mayo Clinic health system | Documented infection Hospitalization | February – July 2021 |
| Tenforde et al. | MMWR (8/18/21) | Multi-state network of hospitalized adults | Hospitalization | March – July 2021 |
| Rosenberg et al. | MMWR (8/18/21) | Adult residents of NY | Documented infection Hospitalization | May – July 2021 |
| Nanduri et al. | MMWR (8/18/21) | Nursing home residents | Documented infection | March – July 2021 |
| Fowlkes et al. | MMWR (8/25/21) | Healthcare workers and first responders in six states | Documented infection | Dec 2020 – July 2021 |
| Keehner et al. | NEJM (9/1/21) | UCSDH Healthcare workers | Documented infection | March – July 2020 |
| Puranik et al. | Preprint (9/7/21) | Adults within the Mayo Clinic health system | Documented infection Hospitalization | Feb- August 2021 |
| Thompson et al. | NEJM (9/8/21) | Ambulatory and hospitalized adults 50+ | Hospitalization ICU admission | January – June 2021 |
| Bruxvoort al. | Preprint (9/8/21) | Adults 18+ in Kaiser Permanente health system | Documented infection Hospitalization/Death | Dec 2020 – June 2021 |
| Bajema et al. | MMWR (9/10/21) | Adults 65+ in VA system | Hospitalization | Feb – August 2021 |
| Grannis et al. | MMWR (9/10/21) | Ambulatory and hospitalized adults 18+ | Hospitalization Urgent care/ED visits | June – August 2021 |
| Scobie et al. | MMWR (9/10/21) | Adults 18+ | Documented infection Hospitalization, Death | April – July 2021 |

14

# Vaccine effectiveness against **hospitalization** over time
# Adults ≥18 years of age



Tenforde MW, Self WH, Naioti EA, et al. Sustained Effectiveness of Pfizer-BioNTech and Moderna Vaccines Against COVID-19 Associated Hospitalizations Among Adults — United States, March–July 2021. MMWR Morb Mortal Wkly Rep. ePub: 18 August 2021.

Tenforde MW, Olson SM, Self WH, et al. Effectiveness of Pfizer-BioNTech and Moderna Vaccines Against COVID-19 Among Hospitalized Adults Aged ≥65 Years — United States, January–March 2021. MMWR Morb Mortal Wkly Rep 2021;70:674–679.

Rosenberg ES, Holtgrave DR, Dorabawila V, et al. New COVID-19 Cases and Hospitalizations Among Adults, by Vaccination Status — New York, May 3–July 25, 2021. MMWR Morb Mortal Wkly Rep. ePub: 18 August 2021.

Puranik A, Lenehan PJ, Silvert E, et al. Comparison of two highly-effective mRNA vaccines for COVID-19 during periods of Alpha and Delta variant prevalence. medRxiv 2021.08.06.21261707.

Bajema KL, Dahl RM, Prill MM, et al. Effectiveness of COVID-19 mRNA Vaccines Against COVID-19–Associated Hospitalization — Five Veterans Affairs Medical Centers, United States, February 1–August 6, 2021. MMWR Morb Mortal Wkly Rep.

15

# Vaccine effectiveness against **infection** over time
# Adults ≥18 years of age



Rosenberg ES, Holtgrave DR, Dorabawila V, et al. New COVID-19 Cases and Hospitalizations Among Adults, by Vaccination Status — New York, May 3–July 25, 2021. MMWR Morb Mortal Wkly Rep. ePub: 18 August 2021.
Nanduri S. Effectiveness of Pfizer-BioNTech and Moderna Vaccines in Preventing SARS-CoV-2 Infection Among Nursing Home Residents Before and During Widespread Circulation of the SARS-CoV-2 B.1.617.2 (Delta) Variant — National Healthcare Safety Network, March 1–August 1, 2021. MMWR Morbidity and Mortality Weekly Report. 2021 2021;70.
Fowlkes A, Gaglani M, Groover K, et al. Effectiveness of COVID-19 Vaccines in Preventing SARS-CoV-2 Infection Among Frontline Workers Before and During B.1.617.2 (Delta) Variant Predominance — Eight U.S. Locations, December 2020–August 2021. MMWR Morb Mortal Wkly Rep. ePub: 24 August 2021.
Puranik A, Lenehan PJ, Silvert E, et al. Comparison of two highly-effective mRNA vaccines for COVID-19 during periods of Alpha and Delta variant prevalence. medRxiv 2021.08.06.21261707.
Keehner J, Horton LE, Binkin NJ et al. Resurgence of SARS-CoV-2 Infection in a Highly Vaccinated Health System Workforce. NEJM, September 1, 2021. DOI: 10.1056/NEJMc2112981

16

# Vaccine effectiveness against **infection** over time
# Adults ≥18 years of age



Rosenberg ES, Holtgrave DR, Dorabawila V, et al. New COVID-19 Cases and Hospitalizations Among Adults, by Vaccination Status — New York, May 3–July 25, 2021. MMWR Morb Mortal Wkly Rep. ePub: 18 August 2021.
Nanduri S. Effectiveness of Pfizer-BioNTech and Moderna Vaccines in Preventing SARS-CoV-2 Infection Among Nursing Home Residents Before and During Widespread Circulation of the SARS-CoV-2 B.1.617.2 (Delta) Variant — National Healthcare Safety Network, March 1–August 1, 2021. MMWR Morbidity and Mortality Weekly Report. 2021 2021;70.
Fowlkes A, Gaglani M, Groover K, et al. Effectiveness of COVID-19 Vaccines in Preventing SARS-CoV-2 Infection Among Frontline Workers Before and During B.1.617.2 (Delta) Variant Predominance — Eight U.S. Locations, December 2020–August 2021. MMWR Morb Mortal Wkly Rep. ePub: 24 August 2021.
Puranik A, Lenehan PJ, Silvert E, et al. Comparison of two highly-effective mRNA vaccines for COVID-19 during periods of Alpha and Delta variant prevalence. medRxiv 2021.08.06.21261707.
Keehner J, Horton LE, Binkin NJ et al. Resurgence of SARS-CoV-2 Infection in a Highly Vaccinated Health System Workforce. NEJM, September 1, 2021. DOI: 10.1056/NEJMc2112981

17

# COVID-19 Epidemiology and COVID-19 Vaccines

- COVID-19 cases and hospitalizations

- COVID-19 vaccines administered

- COVID-19 vaccine effectiveness (VE)

  – VE over time

  – VE for Delta variant

  – VE for older adults

18

# Vaccine effectiveness, comparing **pre-Delta** to **Delta** time points Adults ≥18 years of age



In studies comparing the <u>pre-Delta</u> and <u>Delta</u> periods:

- Pre-Delta estimates **high**
  - VE against **infection** ranges from **72–97%**
  - VE against **hospitalization** ranges from **84–97%**

- Since the introduction of the Delta variant (varies by region)
  - VE against **infection** ranges from **39–84%**
  - VE against **hospitalization** ranges from **75–95%**

<u>References</u>: 1. Israel Ministry of Health (committee/he/files_publications_corona_two-dose-vaccination-data.pdf) 2. Haas et al. (Israel) https://doi.org/10.1016/S0140-6736(21)00947-8
3. Pouwels et al. (UK) survey/finalfinalcombinedve20210816.pdf   4. Puranik https://www.medrxiv.org/content/10.1101/2021.08.06.21261707v2
5. Rosenberg (US)  https://www.cdc.gov/mmwr/volumes/70/wr/mm7034e1.htm  6. Tenforde (US) https://www.cdc.gov/mmwr/volumes/70/wr/mm7034e2.htm
7. Bajema (US) https://www.cdc.gov/mmwr/volumes/70/wr/mm7037e3.htm. 8. Nanduri (US) https://www.cdc.gov/mmwr/volumes/70/wr/mm7034e3.htm
9. Keehner (US) https://www.nejm.org/doi/full/10.1056/NEJMc2112981 10. Thompson(US) https://www.nejm.org/doi/full/10.1056
11. Grannis (US) https://www.cdc.gov/mmwr/volumes/70/wr/mm7037e2.htm

# Vaccine effectiveness, comparing **pre-Delta** to **Delta** time points
## Adults ≥18 years of age, Pfizer-BioNTech COVID-19 vaccine



- Globally, among studies assessing infections with Alpha vs Delta: mild decrease in Delta VE[1-7]
- Other factors may include study methods, **interval** between doses, and **timing** with vaccination and variant increases

References: 1. Tartof et al. https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3909743   2. Sheikh A, et al. https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(21)01358-1/fulltext
3. Tang et al. https://www.medrxiv.org/content/10.1101/2021.08.11.21261885v1 4. Abu-Raddad et al. https://www.nejm.org/doi/full/10.1056/NEJMc2104974 5. Nasreen S, et al.
https://www.medrxiv.org/content/10.1101/2021.06.28.21259420v2 6. Bernal Lopez et al. https://www.medrxiv.org/content/10.1101/2021.05.22.21257658v1  7. Stowe et al. https://khub.net/web/phe-national/public-library/-/document_library/v2WsRK3ZlEig/view/479607266  *Included other variants
Severe COVID-19 disease defined per WHO classification

# Summary of **VE estimates** since introduction of the Delta variant Adults ≥18 years of age



- Vaccines remain effective in preventing **hospitalization** and **severe disease** but might be less effective in preventing **infection** or milder symptomatic illness
- Reasons for lower effectiveness likely include both **waning over time** and **Delta variant**

See reference list in later slides

21

# COVID-19 Epidemiology and COVID-19 Vaccines

- COVID-19 cases and hospitalizations

- COVID-19 vaccines administered

- COVID-19 vaccine effectiveness (VE)

  – VE over time

  – VE for Delta variant

  – VE for older adults

22

# Vaccine effectiveness against **hospitalization**, by month and age Adults ≥18 years, U.S. (COVID-NET)



Updated COVID-NET data suggest VE against **hospitalization** in adults ≥75 years of age remains >88%

Among **fully vaccinated patients**, defined as receipt of both doses of Moderna or Pfizer-BioNTech vaccine, with second dose received ≥14 days before hospitalization, or a single dose of Janssen (Johnson & Johnson) vaccine ≥14 days before hospitalization

Source: Unpublished COVID-NET data

23

# Vaccine effectiveness against **hospitalization** by time since vaccination Adults ≥50 years, U.S.



VE against both **hospitalization** and **urgent care/ED visits** remained consistently high (≥**82**%) through at least 16 weeks after the second dose

Hospitalizations occurred from January 1 to June 22, 2021

ED= Emergency Department

Thompson et al. Effectiveness of Covid-19 Vaccines in Ambulatory and Inpatient Care Settings. N Engl J Med. DOI: 10.1056/NEJMoa2110362.

# Vaccine effectiveness against **symptomatic infection**, by VoC and age Adults ≥18 years, Canada



VE against **symptomatic infection** in adults ≥60 years of age is high, but some decreases noted against VoC
- Differences were not significantly different: small numbers and wide confidence intervals

Time period: December 14, 2020 to May 30, 2021

≥7 days after dose 2, Pfizer-BioNTech vaccine        VoC= Variants of Concern

Nasreen et al. https://www.medrxiv.org/content/10.1101/2021.06.28.21259420v2.supplementary-material

25

# Vaccine effectiveness by **age** and **time since vaccination**
## Adults ≥18 years, Qatar



Effectiveness against **infection** peaked in the first five weeks with a gradual decline. Protection against **severe disease** remained **stable**, with a decline noted in those ≥60 years after 25 weeks. Beta and Delta were the dominant variants during study period (January 1 to August 15, 2021).

Chemaitelly et al. Waning of BNT162b2 vaccine protection against SARS-CoV-2 infection in Qatar. medRxiv preprint. August 27, 2021. doi: https://doi.org/10.1101/2021.08.25.21262584

26

# Vaccine effectiveness against **hospitalization** by time since vaccination Adults ≥65 years, U.S.



VE against **hospitalization** in adults ≥65 years of age decreased over time but remained high
— Differences by interval since vaccination were not significantly different

Time period: March 11 to July 14, 2021

Tenforde et al. https://www.cdc.gov/mmwr/volumes/70/wr/mm7034e2.htm

27

# Vaccine effectiveness against **infection** by time period Long-term care facility residents, U.S.

▪ Initially, VE against **infection** among long-term care facility residents was high



Data from National Healthcare Safety Network (NHSN)    Time period: March 1 to August 1, 2021

Adapted from: Nanduri S. Effectiveness of Pfizer-BioNTech and Moderna Vaccines in Preventing SARS-CoV-2 Infection Among Nursing Home Residents Before and During Widespread Circulation of the SARS-CoV-2 B.1.617.2 (Delta) Variant — National Healthcare Safety Network, March 1–August 1, 2021. MMWR Morbidity and Mortality Weekly Report. 2021 2021;70. Slide courtesy of Ian Plumb.

# Vaccine effectiveness against **infection** by time period Long-term care facility residents, U.S.

- VE against **infection** among long-term care facility residents differed significantly from pre-Delta period to Delta period



Data from National Healthcare Safety Network (NHSN)   Time period: March 1 to August 1, 2021

Adapted from: Nanduri S. Effectiveness of Pfizer-BioNTech and Moderna Vaccines in Preventing SARS-CoV-2 Infection Among Nursing Home Residents Before and During Widespread Circulation of the SARS-CoV-2 B.1.617.2 (Delta) Variant — National Healthcare Safety Network, March 1–August 1, 2021. MMWR Morbidity and Mortality Weekly Report. 2021 2021;70. Slide courtesy of Ian Plumb.

29

# Summary of **VE estimates** since introduction of the Delta variant Adults ≥60 years of age



- Vaccine effectiveness of Pfizer-BioNTech COVID-19 vaccine against symptomatic illness with Delta is similar among those aged ≥60 years compared with younger age groups
- Persistence of vaccine effectiveness against hospitalization remains high

See reference list in later slides

30

# Vaccine Effectiveness of COVID-19 vaccines
## Summary

- COVID-19 vaccines continue to maintain **high protection** against severe disease, hospitalization, and death

- Protection against infection (including asymptomatic or mild infections) lower in recent months
  - Difficult to distinguish effects of increased **time** since primary series versus **Delta variant**

- Important to monitor **trends** of effectiveness by severity of disease over time

31

# Acknowledgements

- Heidi Moline
- Jefferson Jones
- Kathleen Dooling

- ACIP Team
- COVID-NET Team
- Vaccine Effectiveness Team
- Vaccine Task Force
- Epi Task Force
- Respiratory Viruses Branch

32

# Reference list for recent estimates of vaccine effectiveness against the Delta variant

1. Fowlkes A, Gaglani M, Groover K, et al. Effectiveness of COVID-19 Vaccines in Preventing SARS-CoV-2 Infection Among Frontline Workers Before and During B.1.617.2 (Delta) Variant Predominance — Eight U.S. Locations, December 2020–August 2021. MMWR Morb Mortal Wkly Rep 2021;70:1167-1169.

2. Bernal JL, Andrews N, Gower C, Gallagher E, Simmons R, Thelwall S, et al. Effectiveness of COVID-19 vaccines against the B.1.617.2 variant. medRxiv. 2021:2021.05.22.21257658

3. Israel Ministry of Health. COVID-19 Weekly Data (8/11/21). https://www.gov.il/BlobFolder/reports/vaccine-efficacy-safety-follow-up-committee/he/files_publications_corona_two-dose-vaccination-data.pdf

4. Lopez Bernal J, Andrews N, Gower C, Gallagher E, Simmons R, Thelwall S, et al. Effectiveness of Covid-19 Vaccines against the B.1.617.2 (Delta) Variant. New England Journal of Medicine. 2021 2021/08/12;385(7):585-94.

5. Nanduri S, Pilishvili T, Derado G, et al. Effectiveness of Pfizer-BioNTech and Moderna Vaccines in Preventing SARS-CoV-2 Infection Among Nursing Home Residents Before and During Widespread Circulation of the SARS-CoV-2 B.1.617.2 (Delta) Variant — National Healthcare Safety Network, March 1–August 1, 2021. MMWR Morb Mortal Wkly Rep 2021;70:1163-1166.

6. Nasreen S, Chung H, He S, Brown KA, Gubbay JB, Buchan SA, et al. Effectiveness of COVID-19 vaccines against variants of concern in Ontario, Canada. medRxiv. 2021:2021.06.28.21259420.

7. Pouwels KB, Pritchard E, Matthews P, Stoesser N, Eyre D, Vihta K-D, et al. Impact of Delta on viral burden and vaccine effectiveness against new SARS-CoV-2 infections in the UK. Preprint. 2021. https://www.ndm.ox.ac.uk/files/coronavirus/covid-19-infection-survey/finalfinalcombinedve20210816.pdf

8. Puranik A, Lenehan PJ, Silvert E, Niesen MJM, Corchado-Garcia J, O'Horo JC, et al. Comparison of two highly-effective mRNA vaccines for COVID-19 during periods of Alpha and Delta variant prevalence. medRxiv. 2021:2021.08.06.21261707.

9. Rosenberg ES, Holtgrave DR, Dorabawila V, et al. New COVID-19 Cases and Hospitalizations Among Adults, by Vaccination Status — New York, May 3–July 25, 2021. MMWR Morb Mortal Wkly Rep 2021;70:1150-1155.

10. Sheikh A, McMenamin J, Taylor B, Robertson C. SARS-CoV-2 Delta VOC in Scotland: demographics, risk of hospital admission, and vaccine effectiveness. The Lancet. 2021 2021/06/26/;397(10293):2461-2.

11. Stowe J, Andrews N, Gower C, Gallagher E, Utsi L, Simmons R, et al. Effectiveness of COVID-19 vaccines against hospital admission with the Delta (B.1.617.2) variant. 2021. https://khub.net/web/phe-national/public-library/-/document_library/v2WsRK3ZlEig/view/479607266

12. Tang P, Hasan MR, Chemaitelly H, Yassine HM, Benslimane FM, Khatib HAA, et al. BNT162b2 and mRNA-1273 COVID-19 vaccine effectiveness against the Delta (B.1.617.2) variant in Qatar. medRxiv. 2021:2021.08.11.21261885.

13. Tartof SY, Slezak JM, Fischer H, Hong V, Ackerson BK, Ranasinghe ON, et al. Six-month effectiveness of BNT162b2 mRNA COVID-19 vaccine in a large US integrated health system: a retrospective cohort study. https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3909743

14. Tenforde MW, Self WH, Naioti EA, et al. Sustained Effectiveness of Pfizer-BioNTech and Moderna Vaccines Against COVID-19 Associated Hospitalizations Among Adults — United States, March–July 2021. MMWR Morb Mortal Wkly Rep 2021;70:1156-1162.

# Reference list for recent estimates of vaccine effectiveness against the Delta variant (cont'd)

14. Thompson MG, Burgess JL, Naleway AL, et al. Prevention and attenuation of Covid-19 with the BNT162b2 and mRNA-1273 vaccines. N Engl J Med 2021;385:320–9.

15. Scobie HM, Johnson AG, Suthar AB, et al. Monitoring Incidence of COVID-19 Cases, Hospitalizations, and Deaths, by Vaccination Status — 13 U.S. Jurisdictions, April 4–July 17, 2021. MMWR Morb Mortal Wkly Rep.

16. Grannis SJ, Rowley EA, Ong TC, et al. Interim Estimates of COVID-19 Vaccine Effectiveness Against COVID-19–Associated Emergency Department or Urgent Care Clinic Encounters and Hospitalizations Among Adults During SARS-CoV-2 B.1.617.2 (Delta) Variant Predominance — Nine States, June–August 2021. MMWR Morb Mortal Wkly Rep. ePub: 10 September 2021.

17. Bajema KL, Dahl RM, Prill MM, et al. Effectiveness of COVID-19 mRNA Vaccines Against COVID-19–Associated Hospitalization — Five Veterans Affairs Medical Centers, United States, February 1–August 6, 2021. MMWR Morb Mortal Wkly Rep.

18. Keehner et al. Resurgence of SARS-CoV-2 Infection in a Highly Vaccinated Health System Workforce. N Engl J Med 2021;385(2):e8.

19. Nunes et al. mRNA vaccines effectiveness against COVID-19 hospitalizations and deaths in older adults: a cohort study based on data-linkage of national health registries in Portugal

20. Chemaitelly et al. Waning of BNT162b2 vaccine protection against SARS-CoV-2 infection in Qatar. medRxiv preprint. August 27, 2021. doi: https://doi.org/10.1101/2021.08.25.21262584



For more information, contact CDC
1-800-CDC-INFO (232-4636)
TTY:  1-888-232-6348    www.cdc.gov

The findings and conclusions in this report are those of the authors and do not necessarily represent the
official position of the Centers for Disease Control and Prevention.

