# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN DOE #1-#14 and JANE DOE #1-#2,<br><br>        Plaintiffs,<br>  vs.<br><br>LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, U.S. Department of Defense<br><br>XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>FRANK KENDALL, in his official capacity as Secretary of the Air Force, Department of the Air Force,<br><br>CARLOS DEL TORO, in his official capacity as Secretary of the Navy, Department of the Navy,<br><br>JANET WOODCOCK, in her official capacity as Acting Commissioner of the U.S. Food and Drug Administration, and<br><br>CHRISTINE WORMUTH, in her official capacity as Secretary of the Army, Department of the Army,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br>**JURY TRIAL DEMANDED** |

**EX. 19: VAERS Drug Adverse Event Comparison Chart**

# Drug Adverse Event Comparison
## Deaths/year

| Drug | Deaths/year | Period |
|---|---|---|
| Ivermectin | 2 | 1/1/1996–3/31/2021 |
| HCQ | 23 | 1/1/1996–3/31/2021 |
| Flu vaccine | 38 | 1/1/1996–3/31/2021 |
| Tylenol | 730 | 1/1/1996–3/31/2021 |
| COVID Vaccines | 14,925 | 2020–2021 |

Source: FDA FAERS system, CDC VAERS system