**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | | |
|---|---|---|
| **JOHN DOE #1, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | **Case No. 3:21-cv-01211-TKW-HTC** |
| | ) | |
| **LLOYD AUSTIN, III, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION FOR PRO HAC VICE ADMISSION OF BRANDON JOHNSON

Pursuant to Local Rule 11.1(C), Brandon Johnson with Defending the Republic hereby makes application to this Court for admission pro hac vice in the above-captioned action on behalf of Plaintiffs John Doe #1, et al., and states the following:

1.     Brandon Johnson is an active member in good standing of the bar of Washington, DC. (*See* Certificate of Good Standing from Washington, DC Bar).

2.     Mr. Johnson does not maintain a regular practice of law in the State of Florida.

3.     Mr. Johnson represents that he has completed the Local Rules Tutorial, received his confirmation number FLND16327594165028, is familiar

with the Local Rules of the Northern District of Florida, and that he shall comply with them.

4.      Mr. Johnson represents that, to his knowledge, there are no disciplinary or suspension proceedings pending against him in any court of the United States, or of any State, Territory, or Possession of the United States.

DATED: October 6, 2021

Respectfully submitted,

*/s/ Brandon Johnson*
Brandon Johnson
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219
Tel. 214-707-1775
Email: bcj@defendingtherepublic.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2021, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, and that I have delivered the filing to the Defendants by email and FedEx at the following addresses:

This 6th day of October, 2021.

*/s/ Brandon Johnson*
Brandon Johnson

| | |
|---|---|
| Lloyd J. Austin III<br>Secretary of Defense<br>1000 Defense Pentagon<br>Washington, DC 20301-1000 | Carlos Del Toro<br>Secretary of the Navy<br>1000 Navy Pentagon<br>Washington, DC 20350-1000 |
| Xavier Becerra<br>Secretary<br>Department of Health & Human<br>Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201 | Janet Woodcock<br>Commissioner<br>Food and Drug Administration<br>10903 New Hampshire Ave<br>Silver Spring, MD 20993-0002 |
| Frank Kendall<br>Secretary of the Air Force<br>1670 Air Force Pentagon<br>Washington, DC 20330-1670 | Christine E. Wormuth<br>Secretary of the Army<br>101 Army Pentagon<br>Washington, DC 20310-0101 |