# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**JOHN DOE #1,** et al.

    **Plaintiffs**,

v.                                            Case No. 3:21cv1211-TKW-HTC

**LLOYD AUSTIN III**, in his official
capacity as Secretary of Defense, U.S.
Department of Defense, et al.

    **Defendants**.

_____/

## **ORDER OF RECUSAL**

This case is before me based upon a review of the complaint, which reflects that a significant component of the relief sought by Plaintiffs is a declaration that the FDA approval of Pfizer's COVID-19 vaccine was unlawful and is ineffective. Although Pfizer is not currently a party to the case, it seems likely that it will become a party since its interests would be directly impacted by the invalidation of the FDA approval. That, in turn, would require my recusal because my wife and I own Pfizer stock. And, even if Pfizer does not become a party to this case, my impartiality still might reasonably be questioned because of this stock ownership since I would be adjudicating an issue (the FDA approval) that could have a direct and material impact the price of the stock. *See* https://fortune.com/2021/08/23/pfizer-stock-rises-full-fda-approval-covid-vaccine/

(reporting that Pfizer's stock price rose 2% after FDA approval of its COVID-19 vaccine).

Accordingly, in the interests of justice and pursuant to Canon 3(C)(1)(c) of the Code of Conduct for United States Judges and 28 U.S.C. §455(a) and (b)(4), I recuse myself from this case. The Clerk shall promptly assign the case to another active district judge due to the pending emergency motions.

**DONE and ORDERED** this 7th day of October, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**