UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN DOE, I, et al.,

    Plaintiffs,

v.                     CASE NO. 3:21cv1211-MCR/HTC

SECRETARY OF DEFENSE
LLOYD AUSTIN, III, et al.,

    Defendants.
_____/

## ORDER OF RECUSAL

I hereby recuse myself from presiding over this matter.

**SO ORDERED** this 7th day of October, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**