UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| JOHN DOE #1-#14 and JANE DOE #1-#2,<br>   Plaintiffs,<br> vs.<br><br>LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, U.S. Department of Defense<br><br>XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>FRANK KENDALL, in his official capacity as Secretary of the Air Force, Department of the Air Force,<br><br>CARLOS DEL TORO, in his official capacity as Secretary of the Navy, Department of the Navy, and<br><br>JANET WOODCOCK, in her official capacity as Acting Commissioner of the U.S. Food and Drug Administration, and<br><br>CHRISTINE WORMUTH, in her official capacity as Secretary of the Army, Department of the Army,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>) 3:21-cv-01211-TKW-HTC<br>)<br>)<br>) (ORAL ARGUMENT<br>) REQUESTED)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION FOR STAY, DECLARATORY ORDER,
PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

COME NOW Plaintiffs, John Doe #1-#14 and Jane Doe #1 and #2, pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, Plaintiffs moves for an Administrative Stay, Preliminary Injunction and Temporary Restraining Order ("TRO") against the following Defendants: Lloyd Austin, III, Secretary of Defense ("SECDEF"), Department of Defense ("DOD"), Frank Kendall, Secretary of the Air Force, Department of the Air Force ("Air Force"), Carlos Del Toro, Secretary of the Navy, Department of the Navy ("Navy"), and Christine Wormuth, Secretary of the Army, Department of the Army ("Army").

Plaintiff asks this Court to stay and preliminarily enjoin Defendants from implementing the DOD's vaccine mandate requiring Plaintiffs, to be injected with an experimental vaccine, or face disciplinary action, separation, dishonorable discharge, and deprivation of other civil and constitutional rights and privileges.

As explained more thoroughly in Plaintiffs' complaint, *see* ECF No. 1, and the brief in support of this Motion, time is of the essence and Plaintiffs and others like them are likely to suffer irreparable harm without injunctive relief from this Court. Plaintiffs respectfully request oral argument because of the complexities and importance of the issues in this case.

Plaintiffs' statutory claims were addressed in the October 6, 2021 motion for injunctive and declaratory relief. *See* ECF No. 3.

In the instant motion, Plaintiffs' request that this Court address the larger

questions raised by federal vaccine mandates, in particular: whether federal administrative agencies, acting without any clear grant of congressional authority, can unilaterally mandate medical treatment for essentially all U.S. citizens; whether federal agencies can deprive citizens of their freedom, livelihoods, and fundamental rights for refusal; and whether the federal government can assert emergency power to displace the States' inherent "police power" and to make 100 million or more Americans second-class citizens.

WHEREFORE, Plaintiffs respectfully request that the Court grant the foregoing Motion, and enter the Proposed Order immediately granting the administrative stay and TRO.

Dated this 8th day of October, 2021.

Respectfully Submitted,

/s/ Ibrahim Reyes
Ibrahim Reyes, Esq.
Florida Bar No. 581798
REYES LA WYERS, P.A.
236 Valencia Avenue
Coral Gables, FL 33134
Tel. 305-445-0011
Fax.305-445-1181
Email: ireyes@reyeslawyers.com

/s/ Brandon Johnson
Brandon Johnson
DC Bar No. 491370
/s/ Travis Miller
Travis Miller
TX Bar No. 24072952
Defending the Republic
2911 Turtle Creek Blvd., Suite 300