**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**JOHN DOE #1-#14 and JANE DOE
#1-#2,**

> **Plaintiffs,**

**v.**                                                              **Case No. 3:21-cv-1211-AW-HTC**

**LLOYD AUSTIN, III, in his official
capacity as Secretary of Defense, et al.,**

> **Defendants.**

_____/

## ORDER SETTING HEARING

Plaintiffs, active-duty service members, have sued the Secretary of the United States Department of Defense, the Secretary of the United States Department of Health and Human Services, and others. ECF No. 1. Plaintiffs challenge the Department of Defense COVID-19 vaccine mandate, issued August 24, 2021. *Id.*

Late yesterday, the case was assigned to me. This morning, Plaintiffs have filed a motion for a temporary restraining order, a preliminary injunction, and other relief. ECF No. 11.

The clerk will set a telephonic hearing for 4:30 p.m. (eastern) today. The purpose of the hearing is to address scheduling, not to address the merits of Plaintiffs' claims. The clerk will distribute call-in information.

1

2

Plaintiffs must immediately serve a copy of this order on all defendants. Plaintiffs must also immediately provide all defendants with the call-in information after the clerk posts it on the docket.

SO ORDERED on October 8, 2021.

s/ *Allen Winsor*
United States District Judge