# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| JOHN DOE #1-#14 and JANE DOE #1-#2,<br>　　　Plaintiffs,<br><br>vs.<br><br>LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, U.S. Department of Defense<br><br>XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>FRANK KENDALL, in his official capacity as Secretary of the Air Force, Department of the Air Force,<br><br>CARLOS DEL TORO, in his official capacity as Secretary of the Navy, Department of the Navy, and<br><br>JANET WOODCOCK, in her official capacity as Acting Commissioner of the U.S. Food and Drug Administration, and<br><br>CHRISTINE WORMUTH, in her official capacity as Secretary of the Army, Department of the Army,<br><br>　　　Defendants. | CIVIL ACTION NO.<br>3:21-cv-01211-TKW-HTC |

## AFFIDAVIT OF SERVICE

I, J. C. Elso, being duly sworn, depose and state as follows:

1. My name is J. C. Elso. I am over 18 years of age and of sound mind, and I am capable of making this affidavit.

2. In accordance with Federal Rule of Civil Procedure 4(i), on October 8, 2021, I delivered a copy of the summons, complaint and Plaintiffs' Motion for Stay, Declaratory Order, Preliminary Injunction and Temporary Restraining Order, and the brief in support thereof, via United States Postal Service to the United States Attorney's Office for the Northern District of Florida and to the Attorney General of the United States at Washington, D.C.

FURTHER AFFIANT SAYETH NOT.

_____
J. C. Elso

STATE OF FLORIDA           )
                           ) SS:
COUNTY OF MIAMI DADE       )

The foregoing instrument was acknowledged before me this 8th day of October, 2021, by J. C. Elso, who is personally known to me or who has produced_____ as identification and who did take an oath.

_____
NOTARY PUBLIC
Print Name: Mayra Romera
My Commission Expires:



MAYRA ROMERA
MY COMMISSION # GG 179507
EXPIRES: January 25, 2022
Bonded Thru Notary Public Underwriters

2