UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| JOHN DOE #1, *et al.* <br>       **Plaintiffs,** <br> vs. <br> <br> LLOYD AUSTIN, III, *et al.*, <br>       **Defendants.** | ) <br> ) <br> ) <br> ) **CIVIL ACTION NO.** <br> ) **3:21-cv-01211-AW-HTC** <br> ) <br> ) |

## PLAINTIFFS' STATUS REPORT

Following the October 8, 2021 Scheduling Conference held in the above-captioned proceeding, counsel for Plaintiffs and Defendants conferred by phone and by email and reached agreement on certain procedural matters and on a proposed briefing schedule.

Counsel agreed that the Defendants' response be due in fourteen (14) days, on October 26, 2021, with a word limit of 16,000, subject to reaching an agreement on the stay of disciplinary proceedings (see below). Plaintiffs' reply brief would be due within seven (7) days thereafter, on November 2, 2021.

Counsel agreed that Plaintiffs' counsel would disclose the identity of certain Plaintiffs ("Disclosed Plaintiffs") pursuant to the terms of a draft protective order that the parties are in the process of finalizing, and that the names or personally identifying information regarding Disclosed Plaintiffs would not be made public.

Plaintiffs disclosed the name of eight of the 16 Plaintiffs on Tuesday, October 12, 2021.

Defendants' counsel indicated that the following Plaintiffs' requests were acceptable, although Defendants' counsel were not able to obtain approval from Defendants prior to today's scheduling conference.

First, subject to verification by Defendants' counsel, Plaintiffs' requested that Defendants stay any pending punitive disciplinary proceedings against Disclosed Plaintiffs and not to institute any new punitive disciplinary proceedings against Disclosed Plaintiffs while the pending motions for injunctive relief, *see* ECF Nos. 3 and 10, are before this court.

Second, Plaintiffs requested they be permitted to add to this proceeding up until Friday, October 15, provided that such Plaintiffs are disclosed under the final protective order and subject to the above conditions regarding disciplinary proceedings. Defendants' counsel appeared to agree that new Disclosed Plaintiffs under the final protective order.

                                                    Respectfully submitted,

                                                    *s/ Brandon Johnson*
                                                    DC Bar No. 491370
                                                    Defending the Republic
                                                    2911 Turtle Creek Blvd., Suite 300
                                                    Dallas, TX 75219
                                                    Tel. 214-707-1775
                                                    Email: bcj@defendingtherepublic.org