IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN DOE #1-#14 and JANE DOE
#1-#2,

    Plaintiffs,

v.                                        Case No. 3:21-cv-1211-AW-HTC

LLOYD AUSTIN, III, in his official
capacity as Secretary of Defense, et al.,

Defendants.

_____/

## JOINT MOTION FOR PROTECTIVE ORDER

    Plaintiffs, John Doe #1-#14 and Jane Doe #1-#2, and Defendants, Lloyd Austin, III, in his official capacity as Secretary of Defense, et al., pursuant to Federal Rule of Civil Procedure 26(c), and in accordance with the Northern District of Florida Local Rules, request that this Court enter the attached Protective Order.[1]

                                        Respectfully submitted,

                                        */s/ Ibrahim Reyes*
                                        Ibrahim Reyes, Esq.
                                        Florida Bar No. 581798
                                        REYES LAWYERS, P.A.
                                        236 Valencia Avenue

---

[1] Defendants reserve the right to oppose Plaintiffs' *Ex Parte* Motion for Leave for Plaintiffs to Proceed Anonymously. *See* ECF No. 4.

Coral Gables, FL 33134
Tel. 305-445-0011
Fax. 305-445-1181
Email: ireyes@reyeslawyers.com
*/s/ Brandon Johnson*
Brandon Johnson, Esq.
DC Bar No. 491370
*/s/ Travis Miller*
Travis Miller, Esq.
TX Bar No. 24072952
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219
Tel. 214-707-1775
Email: bcj@defendingtherepublic.org
Email: traviswmiller@gmail.com
**Attorneys For Plaintiffs**


BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

*/s/Courtney D. Enlow*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
ZACHARY A. AVALLONE
COURTNEY D. ENLOW
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.

Washington, DC 20005
Tel: (202) 616-8467
Fax: (202) 616-8470
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendants*