UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN DOE 1, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense, *et al.*,<br><br>    Defendants. | Case No. 3:21-cv-01211-AW-HTC |

### **[PROPOSED] PROTECTIVE ORDER**

Upon the request of the parties in the above-captioned matter, and pursuant to Federal Rule of Civil Procedure 26(c), the Court hereby enters the following protective order to provide a mechanism for those plaintiffs who are proceeding in this action through pseudonyms (collectively "the Pseudonym Plaintiffs") to provide their identities to defendants.

1.  <u>Provision of the Pseudonym Plaintiffs' Identities and Under Seal Filings to Defendants.</u>  Upon entry of this protective order, plaintiffs, through their counsel, will provide the identities and addresses of the Pseudonym Plaintiffs along with documents that have been filed under seal in this matter to undersigned defense counsel of record.

1

2. <u>Limited Dissemination of the Pseudonym Plaintiffs' Identities.</u>  The following persons may receive notice of the Pseudonym Plaintiffs' identities: (a) counsel for defendants, including supervisory officials at the Department of Justice and agency counsel for defendants; (b) persons regularly in the employ of counsel for defendants who have a need to know the Pseudonym Plaintiffs' identities in the performance of their duties related to this action; (c) persons regularly in the employ of defendants who have a need to know the Pseudonym Plaintiffs' identities in the performance of their duties in conjunction with this action, provided that such persons agree to and sign the attached undertaking (Appendix A); and (d) potential witnesses for this action, provided that such persons agree to and sign the attached undertaking (Appendix A).  Counsel for defendants shall maintain copies of all signed undertakings.

3.     <u>Permissible Uses of the Pseudonym Plaintiffs' Identities.</u>  Any person learning the Pseudonym Plaintiffs' identities pursuant to this Protective Order ("Recipient") shall use that information only for purposes of this litigation and shall not disclose the Pseudonym Plaintiffs' identities to anyone except persons identified in Paragraph 2, absent court order.

4.     <u>Scope of the Protective Order.</u>  This protective order does not alter the requirements of Northern District of Florida Local Rule 5.5.  If any party wishes to use any document containing the Pseudonym Plaintiffs' identities, or other personally identifying information that would lead to the discovery of the Pseudonym Plaintiffs' identities, in a court filing or proceeding in this action, they shall either (i) redact the Pseudonym Plaintiffs' names and other personally identifying information or (ii) shall file a motion to seal pursuant to Northern District of Florida Local Rule 5.5.

5.     <u>Modifications.</u>  Each party reserves the right to seek to modify the terms of this protective order and Plaintiffs' pseudonym status at any time.  If a party seeks to modify the protective order, the counsel for the party seeking to modify this protective order shall confer with counsel for all other parties to this action.

IT SO ORDERED, this _____ day of _____, 2021.

_____

**UNITED STATES DISTRICT JUDGE**