IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN DOE #1-#14 and JANE DOE
#1-#2,

    Plaintiffs,

v.                      Case No. 3:21-cv-1211-AW-HTC

LLOYD AUSTIN, III, in his official
capacity as Secretary of Defense, et al.,

    Defendants.

_____/

## ORDER SETTING DEADLINES

This order confirms the deadlines imposed during the recent telephonic hearing. The Defendants' deadline to respond to both pending preliminary injunction motions is October 21. Plaintiffs' deadline to file a reply is October 24.

SO ORDERED on October 18, 2021.

                                    s/ *Allen Winsor*
                                    United States District Judge