# Exhibit 15

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN DOE #1-#14 and JANE DOE #1-2, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )   Civil Action No. 3:21-cv-01211 |
| | ) |
| LLOYD AUSTIN, *et. al,* | ) |
| | ) |
| Respondents. | ) |
| | ) |

## <u>DECLARATION OF MAJOR SCOTT STANLEY</u>

I, Major Scott Stanley, hereby state and declare as follows:

1.      I am an Army Preventive Medicine Officer.  I hold a PhD in genetics and have over

10 years of experience working in novel drug and vaccine development prior to joining the Army.

I am currently employed by the U.S. Army as the Joint Force Health Protection Officer.  I have

held this position since June of 2021.  I previously served as the Medical Advisor to the Assistant

Secretary of State for the Bureau of Population, Refugees, and Migration, Department of State.

My responsibilities as the Joint Force Health Protection Officer include: coordinating with the

Office of the Secretary of Defense, the Combatant Commands, and the Services on health service

support and preventive medicine; providing expert analyses and medical recommendations

impacting the Joint Force; providing Military medical advice to the Chairman of the Joint Chiefs

of Staff through the Joint Staff Surgeon on all matters related to force health protection, including:

Public Health, comprehensive health surveillance and risk management, laboratory services, and

veterinary services; and providing expertise across the continuum of force health protection

activities including medical intelligence, health threat analysis, infectious disease prevention, industrial hygiene, chemical, biological and toxic materials and medical countermeasures.

2.    I am generally aware of the allegations set forth in the pleadings filed in this matter. This declaration is based on my personal knowledge, as well as knowledge made available to me during the routine execution of my official duties.  Attached to this declaration are authentic copies of relevant military regulations, instructions, and directives, and materials referenced throughout.

## COVID-19 IMPACTS ON THE FORCE

3.    As of October 15, 2021, there have been 247,583 cases of Coronavirus Disease 2019 (COVID-19) in Service members across the DoD, of which 2,252 have required hospitalizations and led to 70 deaths.  Of the 70 COVID-19 related deaths in Service members referenced above, none were fully vaccinated.  In a preprint study looking at COVID-19 vaccine breakthrough infections, the U.S. Department of Veterans Affairs found that among 3,032,561 fully vaccinated veterans, only 0.37% had breakthrough infections and <0.1% were hospitalized (https://www.medrxiv.org/content/10.1101/2021.09.23.21263864v1).

4. COVID-19 impacted all elements of the Department of Defense (DoD) simultaneously, and required significant operational oversight by the Secretary of Defense, the Chairman of the Joint Chiefs of Staff, Secretaries of the Military Departments, the Under Secretaries of Defense, and all geographic and functional combatant commands (CCMD) (i.e. military commands that carry out broad missions and are composed of forces from the military departments) to execute their statutory responsibilities.

5. On March, 25, 2020, then-Secretary of Defense Mark Esper enacted a 60-day stop movement order for all DoD uniformed and civilian personnel and their sponsored family members overseas.  This measure was taken to aid in further prevention of the spread of COVID-19, to protect U.S. personnel and preserve the operational readiness of our global force.

2

6. Building upon previously enacted movement restrictions governing foreign travel, permanent change of station moves, temporary duty and personal leave, this stop movement order also impacted exercises, deployments, redeployments, and other global force management activities. Approximately 90,000 Service Members slated to deploy or redeploy within 60 days of its issuance were impacted by this stop movement order.

7. Specific examples of cancelled or curtailed training resulting from the dangers posed by the SARS-CoV-2 virus, which causes COVID-19, include the following. In March of 2020, 63 Fort Jackson recruits in a class of 940 had tested positive for the virus and caused a rescheduling of basic training activities. Also in March 2020, the United States Military Academy at West Point was on spring break when the seriousness of the pandemic came to light, forcing a pause in the academic year until a plan could be developed to bring the cadets back to campus safely. In early April 2020, Secretary Esper authorized the Secretaries of the Military Departments to pause accessions training (i.e., training for new recruits) for two weeks. In May 2020, the Defender Europe 2020 exercise was originally supposed to deploy the largest force (20,000 service members) from the United States to Europe in over 20 years, but the event was modified to about 6,000 service members to limit troop movement. Reserve and National Guard units suspended monthly battle assemblies and drill as early as March and April 2020, and moved to virtual training. For instance, the Army Reserve announced on March 18, 2020, that it was suspending monthly battle assemblies. The Navy Reserve announced about the same time the suspension of drill weekends, and then on April 16 it announced that suspension would be extended. In Korea, United States Forces Korea (the command responsible for military operations in the country) was forced to limit travel outside of the country and travel to and from Daegu was limited to mission-essential personnel only. In addition, the spread of the virus caused the DoD Education Activity (DoDEA)

3

to cancel school for children in all of the schools in Daegu, and military commanders were forced to cancel all meetings, formations, and training events greater than 20 people, which severely impacted unit training which routinely requires Service members to practice maneuvers and operations in large group settings.

8. Perhaps one of the more well-known examples of how the spread of COVID-19 could impact military operations is that of the U.S.S. Theodore Roosevelt, a nuclear-powered aircraft carrier with 4,779 personnel onboard.  While conducting operations in the Pacific Ocean, the U.S.S. Theodore Roosevelt had to be diverted to the U.S. Naval Base Guam after an outbreak of SARS-CoV-2 occurred in an estimated 1,331 crew members, killing one, and resulting in the ship becoming non-operational.[1] This example not only highlights the operational impact unmitigated spread of SARS-CoV-2 could have on the military's ability to carry out operations, but also the increased risk of transmission to those who must carry out their duties in close-quarters environments, such as Service members who must work in close contact with others, sleep in open bays with tightly packed bunks, or, as here, must work in the confined areas of a ship where it is believed that such close, confined working environments contributed to higher exposure to the virus and a higher risk of infection.

9. Over the past twenty months, approximately 19 major training events, many of which involved preparedness and readiness training with our foreign partners, had to be canceled as a result of COVID-19. These included major training events involving tens of thousands of personnel that focus on readiness and response to events spanning a wide range of national security and international objectives, including: responses to catastrophic natural disasters, multi-national exercises with international partners to defend against military aggression, training symposiums

---

[1] The New England Journal of Medicine, An Outbreak of Covid-19 on an Aircraft Carrier, https://www.nejm.org/doi/full/10.1056/NEJMoa2019375.

and exercises to enhance defenses to information infrastructures, and partner capacity training for security and stability operations.

10. Further, unvaccinated individuals were unable to participate in some international training events since some partner nations had COVID-19 vaccination requirements or additional testing and quarantine requirements for country entry that degraded training value and involvement for unvaccinated individuals. There are still countries with vaccine requirements or quarantine requirements for unvaccinated individuals which would preclude an unvaccinated individual from participating in a military-to-military engagement with partner nations.

11. The loss of these training opportunities not only inhibited the development and sustainment of intra and international relationship development that would otherwise allow for increased cooperation and understanding, but it prevented invaluable training opportunities that allow our forces, and our foreign partners, to practice interoperability and to strengthen their abilities to plan and execute combat, humanitarian, and security operations that are vital to the preservation of national security and the protection of our foreign interests.

12. As in the civilian health care system, in the early weeks and months of the pandemic, the DoD cancelled all non-essential medical procedures and surgeries and was further limited in its ability to provide medical appointments due to access restrictions to military treatment facilities (MTFs), the lack of available beds in the MTFs, and the burden on the military health system associated with caring for COVID-19 patients. This had the effect of reducing readiness as Service members were, in some cases, unable to receive the care they needed to address non-emergency conditions and undergo routine medical and health assessments that are required under military directives to maintain medical readiness.

5

13. The military health system was also called on to support the COVID-19 response in the United States. In April of 2020, the Department of Defense converted the Jacob K. Javits Center in New York into an alternate care facility for more than 2,000 COVID-19 patients. The United States Naval Ship (USNS) Comfort arrived in New York Harbor March 30, 2020, while the USNS Mercy arrived in Los Angeles March 27, 2020, to relieve pressure on local hospital systems so they could focus on life-saving COVID-19 related care. These and other examples of DoD support to civil authorities served as a resource drain on the military health system and obviously directly exposed DoD personnel to the SARS-CoV-2 virus.

14. Vaccinations for COVID-19 enabled the return to higher levels of occupancy in DoD facilities, hold in-person training, meetings, conferences, and other events. It also reduced the testing burden on the DoD since in most instances individuals who are fully vaccinated are not required to submit to COVID-19 testing.

15. On May 26, 2020, the Secretary of Defense issued conditions based guidance that enabled the resumption of some unrestricted official DoD travel based on the White House's Opening Up America Guidelines. On April 12, 2021, the Under Secretary of Defense for Personnel and Readiness published guidance removing some travel restrictions for fully vaccinated individuals and on 24 September, the Deputy Secretary of Defense lifted travel restrictions for fully vaccinated DoD personnel.

16. Since July 2021, non-fully-vaccinated active-duty service members had a 14.6-fold increased risk of being hospitalized when compared to fully vaccinated active-duty Service members. Comparing the risk of hospitalization among those who are partially vaccinated to those who are unvaccinated shows the impact of even partial vaccination. Since July 2021, unvaccinated

6

active-duty Service members had an average 6.6-fold increased risk of being hospitalized when compared to active-duty service members with at least one vaccine dose.

17. This demonstrates that COVID-19 vaccines are effective in preventing infections and hospitalizations in Service members. Being fully vaccinated offers better protection than being partially vaccinated, but any vaccination decreases risk of hospitalization. Breakthrough cases are rare after full vaccination; a recent CDC report found that they may occur in just 0.01% of all fully vaccinated people.

18. While some have pointed to the increase in the number of breakthrough cases as a reason to question the effectiveness of the vaccines, it is important to keep in mind that as vaccination rates increase in Service members, vaccinated individuals make up a larger percentage of infections and hospitalized individuals. In other words, if every Serve member were vaccinated, only vaccinated individuals would have infections or be hospitalized. So it is important to view the number of breakthrough infections in this light and not as a reflection of vaccine effectiveness.

19. Given the tangible protection the vaccines afford Service members against infection, hospitalization, and death, it is clear that COVID-19 vaccines improve readiness and preserve the DoD's ability to accomplish its mission. If an individual tests positive for COVID-19, they are required to isolate and are unavailable to perform their duties, even if they are asymptomatic or have mild symptoms. They also put their fellow Service members at risk of infection and hospitalization and further degrade the readiness of their units, their service, and the DoD.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

7

Executed on October 21, 2021, in Washington, DC.

STANLEY.SCOT
T.E.1169637659

Digitally signed by
STANLEY.SCOTT.E.1169637659
Date: 2021.10.21 10:43:38
-04'00'

Scott Stanley, PhD
Major, United States Army
Joint Staff Force Health Protection Officer
Office of the Joint Staff Surgeon

8