# Exhibit 23

# 0IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **JOHN DOE #1–14 and JANE DOE #1–2,**<br><br>Plaintiffs,<br><br>v.<br><br>**LLOYD AUSTIN**, in his official capacity as Secretary of Defense; **XAVIER BECERRA**, in his official capacity as Secretary of Health and Human Services; **FRANK KENDALL**, in his official capacity as Secretary of the Air Force; **CARLOS DEL TORO**, in his official capacity as Secretary of the Navy; **JANET WOODCOCK**, in her official capacity as Acting Commissioner of the U.S. Food and Drug Administration; and **CHRISTINE WORMUTH**, in her official capacity as Secretary of the Army,<br><br>Defendants. | Case No. 1:21-cv-01221-AW-HTC |

## DECLARATION OF WILLIAM J. MCWATERS

### [with regard to John Doe #1]

I, William J. McWaters, hereby state and declare as follows:

1. I am a federal employee of the United States Marine Corps (USMC), currently assigned as policy analyst, both located at Quantico, VA. I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

1

2.     I have been assigned to my current position since June 2010. Prior to my current assignment, I served as the head of officer promotions, operations officer MTACS-28, executive officer of MWSS-274. As part of my current duties, I am the lead policy analyst for religious accommodations, transgender service, and leave/liberty. I also am the alternate Military Advisory Panel (MAP) member for travel and transportation allowances.

3.     Plaintiff John Doe 1 is an officer on active duty in the Marine Corps and assigned to 1st Maintenance Battalion (1st Maint Bn).

4.     Pursuant to Marine Corps Order 1730.9 (Accommodation of Religious Practices in the Marine Corps), John Doe 1 submitted a request for a religious accommodation (RA) exempting him from the requirement to receive the COVID-19 vaccination. The following describes the administrative processing and current status of that request:

    a.     John Doe submitted his RA request on August 22, 2021. His request was submitted to the decision authority, Deputy Commandant for Manpower and Reserve Affairs (DC M&RA) via Commanding Officer (CO), 1st Maint Bn and Commanding General (CG), 1st Marine Logistics Group (1st MLG).

    b.     In accordance with MCO 1730.9, DC M&RA considered John Doe 1's request; CO, 1st Maint Bn endorsement; CG, 1st MLG endorsement;

2

the advice of Director, Health Services, Headquarters, U.S. Marine Corps; the recommendation of the Religious Accommodation Review Board and other factors such as John Doe 1's right to observe sincerely held religious beliefs, the government's compelling interests, whether the vaccination requirement is the least restrictive means to satisfy the compelling government interest and the advice of legal counsel. DC M&RA denied John Doe 1's RA request on September 21, 2021 and informed him of his right to appeal his decision to the Commandant of the Marine Corps (CMC).

e. On October 6, 2021, John Doe 1 submitted his appeal[1] to CMC via his chain of command. CO, 1st Maint Bn forwarded John Doe 1's appeal to CG, 1st MLG on October 7, 2021. CG, 1st MLG forwarded John Doe 1's appeal to CMC on October 13, 2021.

f. CMC received John Doe's appeal on October 14, 2021. The appeal is currently pending. The appeal package received by CMC consists of 98 pages.

5. As of October 21, 2021, the Marine Corps has 36 religious accommodation appeals pending.

---

[1] Because the appeal is still being adjudicated it is not appropriate to discuss the specific substance or merits of the initial request, endorsements or the appeal. Of note and relevant in the matter before the court, in his appeal John Doe 1 acknowledges receiving "every vaccination required" and provided a copy of his vaccination record.

3

6. To the best of my knowledge John Doe 1 has not been subject to any form of discipline or disparate treatment, nor any form of maltreatment, either as a result of his reluctance to take the vaccine or as a result of this lawsuit.

7. To the best of my knowledge, John Doe 1's superior officers in his chain of command have not initiated any adverse administrative or disciplinary action against him. I am also not aware of any previous adverse administrative action or disciplinary action being taken against John Doe 1 related to his unvaccinated status.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of October, 2021.

*W J McW*
William J. McWaters

4