# Exhibit 25

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

JOHN DOE #1–14 and JANE DOE #1–2,

    Plaintiffs,

v.

LLOYD AUSTIN, in his official capacity as Secretary of Defense; **XAVIER BECERRA**, in his official capacity as Secretary of Health and Human Services; **FRANK KENDALL**, in his official capacity as Secretary of the Air Force; **CARLOS DEL TORO**, in his official capacity as Secretary of the Navy; **JANET WOODCOCK**, in her official capacity as Acting Commissioner of the U.S. Food and Drug Administration; and **CHRISTINE WORMUTH**, in her official capacity as Secretary of the Army,

    Defendants.

Case No. 1:21-cv-01221-AW-HTC

## DECLARATION OF JASON L. MORRIS

### [with regard to John Doe #11]

I, Jason L. Morris, hereby state and declare as follows:

1. I am a Brigadier General in the United States Marine Corps (USMC), currently assigned as both Commanding General (CG), Marine Corps Recruit

1

Depot ("MCRD') San Diego and Commanding General, Western Recruiting Region (WRR), both located in San Diego, California. I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

2. I have been assigned to my current position since June 18, 2021. Prior to my current assignment, I served as the CG of Training Command. As part of my current duties, I am the senior officer responsible for the administration and oversight of all Marines, Sailors, and civilian personnel under my Command.

3. Plaintiff John Doe 11 is an officer on active duty in the Marine Corps and assigned to Eighth Marine Corps District Headquarters (8MCD) located aboard Naval Air Station Joint Reserve Base Fort Worth, Texas. 8MCD is led by Commanding Officer, Colonel Dennis A. Sanchez. As the CG, WRR, I am the immediate superior officer in command (ISIC) over 8MCD. In addition to 8MCD, in my capacity as CG WRR, I am the ISIC to two other Marine Corps Recruiting District Headquarters, the 9MCD located aboard Naval Training Center Great Lakes in North Chicago, Ill and 12MCD located aboard Marine Corps Recruit Depot, San Diego, CA.

4. Potential exposure to COVID-19 can have a significant impact on the

operations of the WRR and the Marine Corps District Headquarters in my area of responsibility. My mission as CG, WRR is to tirelessly seek out the next generation of Marines. To that end, our recruiters are located across the Western United States and are expected to constantly travel throughout their areas of responsibility, attend large gatherings, be involved in community activities, and interact on a daily basis with young men and women of our nation who are interested in joining the Marine Corps. The Marines assigned to all MCDs, whether working the streets as recruiters or supporting the efforts from the headquarters buildings, are expected to be ready at any time to interact with the citizens of our country. This is a strategic mission for the United States as recruiting is the lifeblood of the all-volunteer force. If Marines contract COVID-19, an illness could take them away from their mission for a significant amount of time. It would also put the general public at risk of contracting COVID-19 from our service personnel who may inadvertently pass-along this dangerous disease. Therefore, it is critical that the WRR uphold the Department of Defense mandate for all personnel to receive the COVID-19 vaccination.

5. On October 9, 2021, John Doe 11 received a page 11 entry notifying him of the requirement to become fully vaccinated against COVID-19 no later than November 28, 2021. This administrative entry into his service record book

also notified him of administrative exemptions. A page 11 is neither punitive nor considered an adverse action in a Marine's personnel record. It serves as a notification of associated timelines and mandated requirements.

6. As CG, MCRD San Diego and GC, WRR, I have endorsed and forwarded approximately 82 religious accommodation requests that seek exemption from the COVID vaccine to the Deputy Commandant of the Marine Corps for Manpower and Reserve Affairs as of October 15, 2021. Because members seeking an exemption must consult with a chaplain as part of the formal request package, chaplains are available to all personnel within my command seeking consultation with a chaplain for this purpose. Captain M. E. Foskett, U.S. Navy, the senior Chaplain of MCRD SD and WRR has ensured that Lieutenant M. T. Fischer, U.S. Navy, Chaplain for the 8MCD has made himself available telephonically and/or in person to assist Marines at 8MCD with this process. Extraordinary efforts have been made to facilitate Marines' submission of these accommodation requests. John Doe 11 submitted a religious accommodation request via Lieutenant Fischer and his chain of command on September 30, 2021. I am informed that John Doe 11 is also in the process of seeking a medical exemption.

4

7. John Doe 11 has not been subject to any form of discipline or disparate treatment, nor any form of maltreatment, either as a result of his reluctance to take the vaccine or as a result of this lawsuit. John Doe 11 continues to perform his duties in a professional and proficient manner.

8. John Doe 11 will be marked as in receipt of a temporary administrative exemption in the Medical Readiness and Reporting System and will remain so during the pendency of his religious accommodation request and any medical exemption request that he may submit. At this time, I have not initiated any adverse administrative or disciplinary action in the case of John Doe 11. I am also not aware of any previous adverse administrative action or disciplinary action being taken against John Doe 11 related to his unvaccinated status. I have also confirmed with the 8MCD CO that the command has not initiated any adverse administrative action or disciplinary action.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of October, 2021.

BGen USMC
J. L. MORRIS