# Exhibit 27

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JANE DOE #1, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:21-cv-01211 |
| | ) |
| LLOYD AUSTIN, III, in his official | ) |
| capacity as Secretary of Defense, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DECLARATION OF Lt Col JOSEPH D. LANGAN**
**[with regard to John Doe #2]**

I, Joseph D. Langan, hereby state and declare as follows:

1.  I am a Lieutenant Colonel in the United States Air Force currently assigned as the Commander of the 354th Aircraft Maintenance Squadron at Eielson Air Force Base, Alaska. I have been in this position since June 1, 2021.

2.  I make this declaration in my official capacity as the Commander of 354th Aircraft Maintenance Squadron and based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

3.  I know the identity of John Doe #2. He is a Staff Sergeant in the 354th Aircraft Maintenance Squadron, and I can provide John Doe #2's name if required, consistent with the protective order in place in this case. I am John Doe #2's Squadron Commander. John Doe #2 is an F-35 Avionics Craftsman. He normally works an eight-hour shift from Monday through Friday, though these hours can increase during exercises or off-station missions. His duties

during a normal shift involve working in close proximity to aircraft and other maintenance personnel multiple times per day, if not continuously.  In his current position, he is part of a combat-coded unit that is subject to worldwide contingency taskings, and is required to maintain personal medical readiness for any potential deployment.

4.      On August 24, 2021, the Secretary of Defense issued a mandate for all members of the Armed Forces under DoD authority on active duty or in the Ready Reserve, including the National Guard, to receive the COVID-19 vaccine.  Subsequently, on September 3, 2021, the Department of the Air Force issued additional guidance requiring all uniformed Airmen and Guardians to be fully vaccinated by November 2, 2021.

5.      On September 4, 2021, Colonel David Berkland, 354th Fighter Wing Commander, directed the 354th Medical Group to establish a vaccination line to administer COVID-19 vaccinations at the Eielson Air Force Base (EAFB) Baker Field House on September 7, 2021, to active duty members assigned to EAFB, Alaska, with a clear expectation that all Airmen accomplish vaccination unless submitting a request for exemption.

6.      On September 6, 2021, I gave John Doe #2 a verbal order to report to the Eielson Air Force Base Baker Field House on September 7, 2021 to receive the Pfizer COVID-19 vaccine offered by 354th Medical Group during the mandatory mass vaccination event.  John Doe #2 refused the vaccine on September 7, 2021 and was counseled by 354th Medical Group personnel.

7.      On September 8, 2021, I issued a written lawful order to John Doe #2 to either receive an initial dose of the mandatory COVID-19 vaccine that received full licensure from the Food and Drug Administration (FDA), to submit to me a completed request for a religious accommodation addressed to the Commander, Pacific Air Forces (PACAF), or to submit to me proof of a medical exemption approved by a military medical provider.  John Doe #2 was required to provide proof

of compliance no later than 1630 (4:30 PM) on September 10, 2021.  On September 8, 2021, John Doe #2 acknowledged receipt of the order and understanding of the required deadlines.

8.      By 1630, on September 10, 2021, John Doe #2 had not provided documentation to comply with my command.   On September 10, 2021, I conducted a one-on-one counseling session with John Doe #2 to discuss why he was refusing to receive the COVID-19 vaccine.[1] John Doe #2 delivered to me, in writing, his personal reasons for refusing the vaccine, none of which included religious objections.

9.      On September 15, 2021, Colonel Berkland served John Doe #2 with an offer of Nonjudicial Punishment (NJP) pursuant to Article 15, Uniform Code of Military Justice (UCMJ), for violation of Article 90, UCMJ, willfully disobeying a superior commissioned officer.  On September 17, 2021 John Doe #2 responded to the NJP.  In his response, John Doe #2 alleged he had his request for religious accommodation with him on September 10, 2021, but did not submit it to me.  He alleged that I "made it clear there was no way forward except for pending administrative action[,]" and that he "[has] since realized that this was always an option and. . . [has] submitted [his] religious accommodation request and [is] awaiting decision."  John Doe #2 attached his Request for Religious Accommodation, dated September 9, 2021, to his response to the Article 15.  John Doe #2 also requested a personal appearance with the Commander.

10.     On September 23, 2021, John Doe #2 met with me in his personal appearance as part of his response to the NJP.  I provided a written summary of that appearance to Colonel Berkland.

11.     On September 29, 2021, the 354th Fighter Wing Staff Judge Advocate, Lt Col Benjamin Henley, reached out to 354th Fighter Wing Chaplain, Lt Col Erik Harp, to verify whether John Doe #2 inquired about the religious accommodation process.  Lt Col Harp verified that John Doe

---

[1] This was done in accordance with the Department of the Air Force, "COVID-19 Mandatory Vaccination Implementation Guidance for Service Members," 3 September 2021, paragraph 5.3.

3

#2 had started the waiver process "several days back" but wanted to withdraw his request. Lt Col Harp further elaborated that John Doe #2 returned on September 28, 2021 wanting to reinitiate his religious accommodation request.

12. On September 29, 2021, John Doe #2 was provided an additional opportunity to respond to the additional evidence provided to him. On October 4, 2021, John Doe #2, through counsel, declined to provide any supplemental response.

13. On October 12, 2021, Colonel Berkland determined the Article 15 was not appropriate and terminated the proceedings. I administered to John Doe #2 a letter of reprimand for failing to obey my command on October 19, 2021. John Doe #2 has three duty days to respond and submit matters for my consideration. At that point, I will make a decision whether to uphold the letter of reprimand or withdraw it.

14. As of October 14, 2021, John Doe #2's request for religious accommodation is pending review by the Religious Resolution Team. John Doe #2 is temporarily exempt from the immunization requirement while the religious accommodation request is pending. John Doe #2 previously received all other mandatory vaccines.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of October 2021.

LANGAN.JOSEPH.D.1270109620
Digitally signed by LANGAN.JOSEPH.D.1270109620
Date: 2021.10.20 18:02:29 -08'00'

JOSEPH D. LANGAN, Lt Col, USAF
Commander
354th Aircraft Maintenance Squadron