# Exhibit 29

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA

**JOHN DOE #1–14 and JANE DOE #1–2,**

　　　　　　　Plaintiffs,

　　v.

**LLOYD AUSTIN**, *et al.*,

　　　　　　　Defendants.

Case No. 1:21-cv-02228-AW-HTC

## DEFENDANTS' EXHIBIT 29
## SUMMARIZING EACH PLAINTIFFS' STANDING AND RIPENESS

| | |
|---|---|
| Jane Doe #1<br>Air Force | ▪ Willing to take Comirnaty.  Jane Doe #1 Decl. ¶¶ 6 & 7.<br>▪ No medical exemption request.<br>▪ Identity not disclosed to Defendants. |
| Jane Doe #2<br>Marine Corps | ▪ Pending religious exemption.  Jane Doe #2 Decl. ¶ 6.<br>▪ Claims her new position does "not require me to have the COVID-19 vaccination." *Id.* ¶ 8.<br>▪ Identity not disclosed to Defendants. |
| John Doe #1<br>Marine Corps | ▪ Pending religious exemption. John Doe #1 Decl. ¶ 6.<br>▪ No medical exemption request. |
| John Doe #2<br>Air Force | ▪ Willing to receive Comirnaty.  John Doe #2 Decl. ¶ 5.<br>▪ Pending religious exemption.  *Id.*, ¶ 8.<br>▪ No medical exemption request.<br>▪ John Doe #2 failed to request an exemption by the deadline. The Air Force initiated disciplinary proceedings, but terminated the proceedings after John Doe #2 submitted a religious exemption request. Langan Decl., Ex. 27, ¶ 13.  Officer issued a letter of reprimand for missing the deadline to request an exemption (which may be withdrawn).  *Id.* |

| | |
|---|---|
| John Doe #3<br>Air Force | ▪ Pending religious exemption.  John Doe #3 Decl. ¶ 5.<br>▪ Pending medical exemption. *Id.* ¶ 6.<br>▪ Identity not disclosed to Defendants. |
| John Doe #4<br>Air Force | ▪ Already received a vaccine.  John Doe #4 Decl. ¶ 7. |
| John Doe #5<br>Air Force | ▪ No request for religious or medical exemptions.  John Doe #5 Decl. ¶ 8. |
| John Doe #6<br>Marine Corps | ▪ Pending religious exemption.  John Doe #6 Decl. ¶ 7.<br>▪ No medical exemption request.<br>▪ Identity not disclosed to Defendants. |
| John Doe #7<br>Army | ▪ Plaintiff submitted an Article 138 (grievance) challenging the order and waiting on a response.  John Doe #7 Decl. ¶ 8.<br>▪ No request for medical or religious exemption.<br>▪ Identity not disclosed to Defendants. |
| John Doe #8<br>Navy | ▪ Pending religious exemption.  John Doe #8 Decl. ¶ 7.<br>▪ A "page 13 sanction" is not injury because it is an administrative remark in a personnel record, can be revised in the future, and no evidence of any actual injury arising from the remark. *Id.*<br>▪ Identity not disclosed to Defendants. |
| John Doe #9<br>Air Force | ▪ Pending religious exemption.  John Doe #9 Decl. ¶¶ 8 & 9.<br>▪ No medical exemption request. *Id.* ¶ 7. |
| John Doe #10<br>Air Force | ▪ Pending medical exemption. John Doe #10 Decl. ¶ 7.<br>▪ Pending religious exemption. *Id.* |
| John Doe #11<br>Marine Corps | ▪ No request for religious exemption.  John Doe #11 Decl. ¶ 6.<br>▪ No request for medical exemption. |
| John Doe #12<br>Marine Corps | ▪ Pending religious exemption.  John Doe #12 Decl. ¶ 6.<br>▪ No request for medical exemption. |

| | |
|---|---|
| | <ul><li>Page 11 mark on record is not harm since it notified service member of vaccine requirement and provided information about the deadlines to apply for exemptions. *Id.* ¶ 12.</li><li>Identity not disclosed to Defendants.</li></ul> |
| John Doe #13 Navy | <ul><li>No pending religious or medical exemption.</li></ul> |
| John Doe #14 Navy | <ul><li>Pending religious exemption. John Doe #14 Decl. ¶ 9.</li><li>No request for medical exemption.</li><li>Identity not disclosed to Defendants.</li></ul> |