# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | | |
|---|---|---|
| **JOHN DOE #1,** *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **LLOYD AUSTIN, III, in his official** | ) | **3:21-cv-01211-TKW-HTC** |
| **capacity as Secretary of Defense,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |

## EXHIBIT 2: PLAINTIFFS' SUPPLEMENTAL DECLARATIONS (REDACTED)

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **JOHN DOE #1,** *et al.* | ) |
| **Plaintiffs,** | ) |
| | ) |
| **vs.** | ) |
| | )   **CIVIL ACTION NO.** |
| **LLOYD AUSTIN, III,** *et al.*, | )   **3:21-cv-01211-AW-HTC** |
| | ) |
| **Defendants.** | ) |

**SUPPLEMENTAL DECLARATION OF JOHN DOE #1**
**IN SUPPORT OF PLAINTIFFS' COMPLAINT AND MOTIONS**

1. I am over 18 years of age and am competent to testify in this matter.

2. All of the statements made in this declaration are true to the best of my own personal knowledge.

3. I am ███████████████, and I make this declaration in support of the Plaintiffs 'complaint and the motions for stay, declaratory and injunctive relief filed in the above captioned proceeding. I am filing this declaration under seal, and pursuant to the protective order adopted in this proceeding, due to credible concerns regarding retaliation, adverse employment actions and disciplinary actions.

4. I am a ██████ in the USMC, ████████████████████. I am currently stationed in Camp Pendleton, CA.

5. I joined the Marine Corps in May 2007. I have served honorably for 14 years.

6. I have served in the following Combat Tours:

   • Operation Iraqi Freedom 9.1 (Apr-Sept 2009)

   • Operation Enduring Freedom 10.1 (Afghanistan; May-Dec 2010)

1

- ████████████████████████████████████████
  ████████████████████████████████████████
  ██████████████████

8. I have received the following Medals/Citations:

- Meritorious Service Medal (2019) (Support_Doc_Page_10)

- Navy Commendation Medal (2017) (Support_Doc_Page_17)

- Navy Commendation Medal (2012) (Support_Doc_Page_14)

- Navy Commendation Medal (2011) (Support_Doc_Page_13)

- Navy Achievement Medal (2012) (Support_Doc_Page_12)

- Navy Achievement Medal (2009) (Support_Doc_Page_11)

- Meritorious Mast (2012) (Support_Doc_Page_8)

9. I have received the following Commendations:





- Negative Paperwork/Adverse Material – NONE (On my Master Brief Sheet – Page 17 of Supporting Documents, under the heading 'Administrative Summary 'Sub-heading 'Months 'there are no 'Xs 'under the column Adv which stands for Adverse).

10. I have received the following guidance regarding the vaccine deadline, procedures and potential disciplinary actions related to the vaccine mandate:

- On August 9, 2021, an email was sent by the Chief of Staff, 1st Marine Logistics Group, that SECDEF released his memo explaining that he intends to make vaccination mandatory NLT 15 September. We were told to 'lean into this 'and start getting people vaccinated. Don't wait until the order is official.

- On August 25, 2021, an email was sent by the Chief of Staff, 1st Marine Logistics Group, that getting the force vaccinated was the Commanding General's #1 priority. Commanders were told to be aggressive in this. Also, we were told that further guidance would come out regarding refusals and UCMJ consequences.

- For everyone that was not already 'fully vaccinated 'in 1st Maintenance Battalion, notification letters were given by the Commanding Officer to each Marine stating they had ten days to get the first dose of the vaccine or they could submit an administrative or medical exemption.

11. I sent my religious accommodation request on 22 August, prior to the Mandate. The accommodation request was negatively endorsed by my Commanding Officer and the Commanding General for a risk to health and readiness. My denial by Deputy Commandant, Manpower and Reserve Affairs (DC M&RA) was signed on 21 September and received back to my unit of 22 September. I was given ten business days to write my appeal. My appeal was completed on 6 October and was sent through my chain of command (the same group that negatively endorsed my accommodation). I heard it was sent to the Commandant of the Marine Corps (Service Secretary) on 13 October. This is my final chance at appeal.

12. I am currently facing the following disciplinary actions and adverse employment consequences for failure to comply with the vaccine mandate:

- On 19 August, an email on behalf of the Commanding General, 1st Marine Logistics Group, stated that "Effective Immediately… Non-vaccinated personnel are not permitted in the MLG Command Deck spaces." I have three to four meetings in this area each month and I am forced to find other personnel to 'cover down 'on my responsibilities. It is not only discriminatory but also affects my job/performance.

- After my Religious Accommodation Request came back denied, 22 September, my Commanding Officer (CO) sat me down and talked to me about the future. He said that he believes that HQMC will not approve any of these exemptions (affects readiness) and all appeals will be denied. I was told to think about my future. Additionally, my CO told me that if my appeal came back denied, I would be given a direct order to get the inoculation. If I did not comply, within two days, I would be given a 6105 formal counseling (permanently goes in my record and results in an ADVERSE Fitness Report) for Article 92 'Failure to Obey a Lawful Order 'and I would be removed as the Executive Officer (arguably the most important job for a Major/O4 in the Marine Corps). Being removed early (I should remain in this billet until I rotate from this unit), would signal to future promotion, command, and retention boards that I was removed for failure to hold the position. It would cap my career and effectively end my time in the Marine Corps. The CO told me he would move me to Battalion

Operations Officer (a position I previously served in for 8 months and was 'promoted 'out of).  This would be detrimental to my career.

• From ██████████████████████████ – my Commanding Officer, ██████████████ was scheduled to attend Commanders Conference (all USMC Commanding Officer's attend this two-week training in Quantico, VA).  As the Executive Officer for ██████████████████ (2nd in Command), I was given a signed 'Acting 'letter by my Commanding Officer.  He signed this over a month in advance which would give me the authority to act as the Commanding Officer during his absence.  On September 17th, before he left for the Commander's Conference, my CO, brought me in his office and said that I would not be able to fill the role of 'Acting.'  Instead, another ██████ was selected for this role.  I asked why and the response was if my Religious Accommodation came back denied then it would be a conflict of interest.  I retorted that I still had the option to appeal, which I intended to do so, and had ten days to submit an appeal.  Meaning I would still be in the appeal process when my Commanding Officer returned.  Eventually my CO told me that he "received DIRECT guidance from the Commanding General of 1st Marine Logistics Group to remove me from 'Acting 'and put someone else in that role."

• ████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████

• I was told by a Marine Corps Judge Advocate General and several retired JAGs who still practice law, that after my appeal was denied, I would be given a direct order.  At that point I would be seen no different from those who flat out denied the COVID vaccine.  My religious convictions would be irrelevant since the appeal process had concluded.  I would be placed on the Commandant's Officer Disciplinary Book and either face a Board or Inquiry or Court Martial for my denial.  The Board of Inquiry would review my career and misconduct (only this refusal) and decide on my ability to continue to serve and what my discharge would be.  They have the authority to issue an "other than honorable" discharge which would have long-lasting affects with future employment and benefits after the Marine Corps.  Lastly, this process will 100% prevent me from retiring

from the Marine Corps, so after 14-15 years of service, I will be forced out with zero retirement, GI Bill, and medical benefits because of this ONE charge of Article 92.

13.  I also face the loss of retirement, veterans and other governmental benefits.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. I executed this declaration on October 23, 2021.



**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **JOHN DOE #1**, *et al.* | ) |
| **Plaintiffs,** | ) |
| | ) |
| **vs.** | ) |
| | ) **CIVIL ACTION NO.** |
| | ) **3:21-cv-01211-AW-HTC** |
| **LLOYD AUSTIN, III,** *et al.*, | ) |
| **Defendants.** | ) |
| | ) |

**DECLARATION OF JOHN DOE #2**
**IN SUPPORT OF PLAINTIFFS' COMPLAINT AND MOTIONS**

1. I am over 18 years of age and am competent to testify in this matter.

2. All of the statements made in this declaration are true to the beset of my own personal knowledge.

3. I am ▮▮▮▮▮▮▮▮▮, and I make this declaration in support of Plaintiffs' complaint and the motions for stay, declaratory and injunctive relief filed in the above captioned proceeding.

4. I am filing this declaration under seal, and pursuant to the protective order adopted in this proceeding, due to credible concerns regarding retaliation, adverse employment actions and disciplinary actions.

5. I am a Non-commissioned officer with the rank of Staff Sergeant in the United States Air Force and have served for **7** years.

6. I am currently stationed at Eielson AFB and I am domiciled in Eielson AFB, Alaksa.

7. I joined the Air Force in SEP2014. I have just crossed my seven-year mark in the military. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I volunteered for a 30 day forward

1



deployment to ███████████ which included quick turn missions to NATO allies ████████████. I continued excelling with a 6-month TSP to Kadena AB and executed stellar performance at ███████████ exercises during our stay. I became a part of the ███████████ and crushed our next 6-month ███████████. My last deployment with Hill AFB was to ███████████ in 2020. As part of the BOLT program, we changed 12 F-35 engines while in a deployed environment and returned the full squadron to FMC. After this I permanently moved to Eielson AFB to build up the ███ ███. I have never been one to chase awards as I prefer to give that glory to God and allow others to pursue the opportunities they desire. Awards I have attained have all been unit level of meritorious and outstanding nature.

8. 8SEP2021 I was handed an order to receive a fully licensed, FDA-Approved vaccine NLT 10SEP2021. This was also the cutoff for Religious Accommodations. I spent the 8th, 9th and 10th of September calling our Med Group, Other MDG's, local vaccine providers, even providers in other states looking for Comirnaty vials. I was told there would be none until 2023 and everything anyone had was EUA. This also lines up with The Pfizer website claim that the only vaccines in the US at this time were distributed under EUA. At this point, I wrote an RA. I met with the SQ/CC on 10SEP2021 with other like-minded individuals and was informed that failure to get the vaccine would result in an Article 15 and potential discharge from the Air Force.

9. I have now received an article 15 for Failing to Follow a Lawful Order. Completion of this NJP proceeding is still pending. Additionally, our units have been informed that Unvaccinated personnel will not be going on future deployments or TDY's. It has not been made clear if the Religious accommodated will be treated the same way.

10. I have been allowed to put forward a religious accommodation. I am, as of now, waiting for my chaplain to produce the required memo so I can submit it in full.

11. At this time, I have always tested negative for Covid-19 and do not possess a test result showing previously attained antibodies. I have been ill in the past 18 months, but it was never determined to be Covid-19 or medical assistance was not needed.

12. My family is at an increased risk for heart problems. My maternal grandparents both suffered from congestive heart failure, and my veteran paternal grandfather suffered a heart attack at only fifty years old. My father has had several

ECG/EKG tests to locate problems around arrythmia. This is a concern considering the vast amount of cardiac adverse events in my age group.

13. I also face the loss of retirement, veterans and other governmental benefits.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. I executed this declaration on October 13, 2021.



**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **JOHN DOE #1,** *et al.* | ) |
| **Plaintiffs,** | ) |
| | ) |
| **vs.** | ) **CIVIL ACTION NO.** |
| | ) **3:21-cv-01211-AW-HTC** |
| **LLOYD AUSTIN, III,** *et al.*, | ) |
| **Defendants.** | ) |

**SUPPORTING DECLARATION OF JOHN DOE #3**
**IN SUPPORT OF PLAINTIFFS' COMPLAINT AND MOTIONS**

1. I am over 18 years of age and am competent to testify in this matter.

2. All of the statements made in this declaration are true to the best of my own personal knowledge.

3. I am ███████████, and I make this declaration in support of the Plaintiffs' complaint and the motions for stay, declaratory and injunctive relief filed in the above captioned proceeding.

4. I am filing this declaration under seal, and pursuant to the protective order adopted in this proceeding, due to credible concerns regarding retaliation, adverse employment actions and disciplinary actions.

5. I am a ██████ Sergeant in the US Air Force, ██████████. I am currently stationed at Hurlburt Field, FL.

6. I have served for over 15 years with a stellar record of no disciplinary actions and receiving the highest markings on yearly performance reports. ████████████ ████████████████████████████████████████ ██████████████████ current position is at the command level for headquarters standards and evaluations which is a vectored position, meaning I was hand-picked for this job by higher ranking individuals. There is also a code that is reflected on my AFSC (Air Force Specialty Code, same thing as MOS) to denote I am in a vectored position.

7. I have been in ten combat tours between Afghanistan, Iraq, other classified locations and one deployment stateside supporting other special operations requirements. My medals are: 1x Meritorious Service Medal, 13x Air Medals (for direct combat missions), 3x Aerial Achievement Medals, 4x Accommodation Medals (1 of those is pending from my most recent deployment), 1x Achievement Medal, Air Force Combat Action Medal, Combat Readiness Medal, 5x Good Conduct Medals, National Defense Medal, Armed Forces Expeditionary Medal, Afghanistan Campaign Medal, Iraq Campaign Medal, Operation Inherent Resolve Medal, Global War on Terrorism Expeditionary Medal, Global War on Terror Service Medal, and NATO ISAF Medal. I don't have any commendations except for what is on my performance reports, but I have received several honor graduate/distinguished graduate awards in several courses to include receiving the Honor Graduate ribbon from basic training, which is top 10% of all members in that class.

8. █████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████

9. I received an order on 15 September that I had to sign acknowledging the vaccine mandate. I had to tell my commander if I was pursuing an exemption, getting the vaccine, or refusing. I told him I was pursuing an exemption. I sent him a religious exemption memo on 17 September. This began the process of talking with a base chaplain and them signing a memo along with talking to my doctor again and getting another memo within a 30-day time window so that all the memos could be sent to a religious response team and then forwarded the AFSOC commander. All of these memos are attached.

10. I have received no disciplinary actions throughout my career but on my yearly performance report, I did not receive a stratification (this is judged against my peers for top 10% and there are limited numbers to give out) for promotion towards ███ which is almost a guaranteed item that the promotion board uses to promote people. For those who are promotion eligible, having a stratification statement (top 10%) from a senior commander is almost mandatory to promote. I did not receive a stratification statement this year █████████████████████████
█████████████████████████████████████████████████  which means it is

almost guaranteed that I will not be promoted to ██ I cannot confirm that it was because I haven't received the vaccine, but there does seem to be a common theme across the force that unvaccinated people are getting denied those stratification statements and awards.

11. As of today (October 24) my religious exemption is still pending final decision from the Religious Response Team of the base and the major commands commander. For me, that is the AFSOC Commander, which is a 3-star general (O-9).

12. Throughout my career, I've had several medical issues. These include a gallbladder removal, kidney stones, back surgery, knee surgery (with another forthcoming) and testicular cancer that required surgery and chemo. I still have some lingering side effects from the chemo and when I asked Medical about pursing a medical exemption I was very promptly told "no" even after stating my concerns with the chemo issues. The doctor barely even listened to my concerns. Once I started the religious exemption process, I had to speak to Medical again, this time with a different doctor.  While the second doctor  did listen, he stated there was no way to get a medical exemption. Both doctors told me the only way to get a medical exemption was by having a reaction or heart condition related to a first dose.

13. Attachments: the vaccine order was the initial order I had to sign, the religious exemption memo is what I typed up as to why I didn't want the vaccine and pursuing the exemption, the 1 SOW HC immunization waiver is the memo from the chaplain I spoke with and the head base chaplain agreeing I have strongly held beliefs against the vaccine, and the medical MFR is the memo from medical they gave me. All these get sent as a package with a Commander's letter (still waiting on that) to get sent up to the religious response team and forwarded to the AFSOC Commander.

14. There has been word of mouth that the Comirnaty vaccine is available on the base.  When I had my initial sit down with my Commander and First Sergeant to sign the order acknowledging that I would be pursuing an exemption, the First Sergeant was adamant that there was Comirnaty on the base.  I told her that I had called every base in the area and none of them had Comirnaty.  I showed her the documentation from the FDA and Pfizer stating that Comirnaty would not be manufactured until 2023.  I have also seen emails stating the base is allowing interchangeability between Pfizer/Biotech and Comirnaty.

15.I also face the loss of retirement, veterans and other governmental benefits.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. I executed this declaration on October 24, 2021.



# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

JOHN DOE #1, *et al.*                )

        **Plaintiffs,**         )

  **vs.**                              )

                         ) **CIVIL ACTION NO.**

LLOYD AUSTIN, III, *et al.*,          ) **3:21-cv-01211-AW-HTC**

        **Defendants.**         )

## SUPPLEMENTAL DECLARATION OF JOHN DOE #5
## IN SUPPORT OF PLAINTIFFS' COMPLAINT AND MOTIONS

1. I am over 18 years of age and am competent to testify in this matter.

2. All of the statements made in this declaration are true to the beset of my own personal knowledge.

3. I am ▮▮▮▮▮▮▮▮, and I make this declaration in support of the Plaintiffs' complaint and the motions for stay, declaratory and injunctive relief filed in the above captioned proceeding.

4. I am filing this declaration under seal, and pursuant to the protective order adopted in this proceeding, due to credible concerns regarding retaliation, adverse employment actions and disciplinary actions.

5. I am a Major in the Air Force Reserves and have served for 13 years.

6. I am currently stationed at Dover AFB, and I am domiciled in Dover, DE.

7. I am a senior instructor pilot with 10+ years of worldwide airlift experience, over 3000 flight hours, 600+ combat hours, Meritorious Service Medal, 2 Air Medals, Air Force Commendation Medal, Combat Readiness Medal, National Defense Service Medal, Global War on Terrorism Medal, Global War on Terrorism Service Medal.

8.  I've received a verbal and written order directing me to get the Covid Vaccine ASAP with a deadline of Dec 2 to be "fully vaccinated". Definition of fully vaccinated is 14 days from final shot. Onbase clinics will provide the Pfizer vaccine under the assumption that Pfizer has been FDA approved. However, any of the 3 EUA vaccines are accepted as becoming fully vaccinated. If we are not submitting religious or medical exemptions, we are told we have to begin vaccinations the weekend of 16-17 October in order to comply with final Pfizer shot in the month of November. If we are not fully vaccinated by Dec 2, we will be placed in a "no points, no pay" status and charged with disobeying a direct order. Paperwork will commence and after 2 months of "no points, no pay" we will be forced out and potentially Dishonorably Discharged.

9.  I am currently in the process of a religious exemption waiver which has a period of 60 days of immunity from any disciplinary actions. As unvaccinated, I am unable to fly missions due to guidance from leadership. Just recently, guidance was published that all POTUS support had to be with vaccinated crewmembers.

10. I am currently in the process of a religious exemption waiver which has a maximum period of 60 days of immunity from any disciplinary actions. Our base has sent up all waivers on Tuesday with an expected turnaround of 7-10 days. Of note, I have been told that not one exemption has been approved. I've been repeatedly told if there was not an exemption on file already for the flu vaccine, this one would be assuredly declined.

11. I believe I had a mild case while working for my current civilian employer when I was flying out of NYC in early 2020. I had a mild case and at the time it was not on the symptoms list to get tested. It was a low-grade fever, fatigue and bad headaches, before those were an official "symptoms".

12. No other medical conditions or disability, however, the nature of my job of mandatory sitting for long periods of time at the controls of an airplane is already conducive to circulation issues/blood clotting.

13. I also face the loss of retirement, veterans and other governmental benefits.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. I executed this declaration on October <u>24</u>, 2021.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **JOHN DOE #1,** *et al.* | ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | **CIVIL ACTION NO.** |
| | ) | **3:21-cv-01211-AW-HTC** |
| **LLOYD AUSTIN, III,** *et al.*, | ) | |
| **Defendants.** | ) | |
| | ) | |

**SUPPLEMENTAL DECLARATION OF JOHN DOE #9**
**IN SUPPORT OF PLAINTIFFS' COMPLAINT AND MOTIONS**

1. I am over 18 years of age and am competent to testify in this matter.

2. All of the statements made in this declaration are true to the best of my own personal knowledge.

3. I am ▇▇▇▇▇▇▇▇▇▇, and I make this declaration in support of the Plaintiffs 'complaint and the motions for stay, declaratory and injunctive relief filed in the above captioned proceeding. I am filing this declaration under seal, and pursuant to the protective order adopted in this proceeding, due to credible concerns regarding retaliation, adverse employment actions and disciplinary actions.

4. I am a ▇▇▇▇▇ in the US Air Force, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
I am stationed at Eglin Air Force Base, FL.

5. My service record is as follows:

Duty History:

- ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
  ▇ ▇▇▇▇▇▇▇▇▇▇▇
- ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

1

- o   M.S. – Astronautical Engineering



Awards/Decorations
- Air Force Commendation Medal
- 3x Air Force Achievement Medal
- Joint Meritorious Unit Award
- National Defense Service Medal
- Global War on Terrorism Service Medal
- Humanitarian Service Medal
- Nuclear Deterrence Operations Medal
- AF Longevity Service
- AF Training Ribbon

6. The guidance/orders I have received are as follows:
- Attachment 1 – Email from Commander
- Attachment 2 – Memo from Commander documenting my understanding of the lawful order
- Attachment 3 – Email from Air Force Material Deputy Commander
- Attachment 4 – SECDEF Memo

7. I am currently pursuing a Religious Accommodation (RA) and am exempt from the vaccine requirement until 29 Dec 2021.

8. Status of medical/religious exemptions
- Medical:
  - Air Force Instruction 48-110, section 2-6, part 1(b) states vaccines exemptions can be granted for " Evidence of immunity based on serological tests documented infection, or similar circumstances". After finding this guidance, I scheduled an antibody test through Labcorp and began coordinating with my local phsycial a Eglin Air Force Base to discuss.
  - My antibody test through LabCorp showed I had high levels of Covid-19 Antibodies (Attachment 5)
  - Prior to the vaccine mandate, I reached out to the 96th medical group trying to pursuing an exemption based on natural immunity, but was told standby until the vaccine was mandated and guidance came out.
  - The SECDEF memo (Attachment 4) stated that previous infection was not a substitute for the vaccine. The 96th Medical Group took the stance that the SECDEF memo trumped AFI-48-110, and natural immunity was not grounds for a vaccine exemption.
  - After this, I stopped pursuing the natural immunity exemption.
- Religious:
  - I met with my squadron commander to begin the process of pursuing an RA in early September, after I was told medical exemptions for natural immunity would not be provided. I originally went down the medical route vs. the religious route because AFI-48-110, section 2-6, states that medical exemptions are "permanent" while religious exemptions are "temporary".
  - I started the processes for the RA, and completed all interviews/memos as required by Air Force Instruction.
  - ███████████████████████████████████████
  ███████████████████████████████████████
  ███████████████████████████████████████
  ███████████████████████████████████████
  █████████████████████████
  █████████████

3

o The recommendation was provided to my squadron commander, and he informed me that he was going to side with the Chaplain and disagree with the team's overall recommendation to not approve.

o After this memo, my request will be routed to the Air Force Material Commander (████████████) for final approval/denial.

9. Previous COVID-19 Infection:
   - Attachment 5 – LabCorp Report

10. I also face the loss of retirement, veterans and other governmental benefits. I also face the possibility of a less than honorable discharge since I owe the Air Force service until 2024.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. I executed this declaration on October 23, 2021.



**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| JOHN DOE #1, *et al.* ) | |
| Plaintiffs, ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | **3:21-cv-01211-AW-HTC** |
| LLOYD AUSTIN, III, *et al.*, ) | |
| Defendants. ) | |

**SUPPLEMENTALDECLARATION OF JOHN DOE #10**
**IN SUPPORT OF PLAINTIFFS' COMPLAINT AND MOTIONS**

1. I am over 18 years of age and am competent to testify in this matter.

2. All of the statements made in this declaration are true to the beset of my own personal knowledge.

3. I am ▮▮▮▮▮▮▮, and I make this declaration in support of the Plaintiffs' complaint and the motions for stay, declaratory and injunctive relief filed in the above captioned proceeding.

4. I am filing this declaration under seal, and pursuant to the protective order adopted in this proceeding, due to credible concerns regarding retaliation, adverse employment actions and disciplinary actions.

5. I am a ▮▮▮▮▮ in the United States Air Force and have served for 5.5 years.

6. I am currently stationed at Hurlburt Field, and I am domiciled in Fort Walton Beach, FL.

7. I have served the United States of America on two deployments overseas to Iraq and Afghanistan since March 2020 lasting a combined six months. I have earned five Air Medals under Combat conditions, the Inherent Resolve Campaign Medal, the Afghanistan Campaign Medal, the Aerial Achievement Medal, the Air Force Achievement Medal, the Combat Readiness Medal, the Air Force

1

Expeditionary Service Ribbon, and the Non-Article 5 NATO Medal among other medals and ribbons I have earned over the past 5 years.

8. I received an order on September 10, 2021 to receive the first dose of the Pfizer-BioNTech COVID-19 Vaccine by September 28, 2021 to meet a fully vaccinated deadline of November 2, 2021. If I do not comply with this order, I have been told through written memorandums and by my chain of command that administrative action will be taken against me in accordance with Article 92 of the UCMJ.

9. I have been told by my chain of command that even if my religious exemption gets approved, per the new Air Force memorandum from September 24, 2021 regarding official travel attached to this declaration, I will no longer be eligible to go on official travel either domestically or on deployments overseas unless I am deemed "mission critical". Since my next crew position upgrade is considered official travel on Temporary Duty Travel (TDY), I am ineligible to attend the upgrade training because of my unvaccinated status. As such, I cannot upgrade to my next crew position nor could I attend any official training in the United States or deploy overseas because of the vaccine mandate.

10. I pursued a medical exemption from the COVID-19 vaccine on September 16, 2021 because of my natural immunity from prior infection. However, I was promptly denied by a flight doctor because I do not qualify for an exemption according to the questionnaire I filled out at the 1st Special Operations Medical Group (SOMDG). Additionally, I have applied for a religious exemption and it is being reviewed by the Religious Review Team (RRT) at the ████████ ███████ ███ ██ ███████ █ ████ I have not been told whether it will be approved or denied. However, my chain of command has communicated to me if my Religious Exemption request is denied, the "lawful" order still stands and I must comply to avoid the administrative action mentioned previously being taken against me.

11. I was infected with COVID-19 on ███████████ with symptoms and tested positive at the 1 SOMDG 4 days later on October 20, 2020 as shown in the attached pdf file. I was quarantined for 10 days until I had no symptoms and was fully recovered from COVID-19 which allowed me to return to work on October 30, 2020. Approximately 11 months later on September 13, 2021, I went to Quest Diagnostics to test myself for COVID-19 antibodies. The test results came back positive, which means I currently have natural immunity to COVID-19.

2

12. I have a documented waiver on my medical flight record for an irregular heartbeat.  It does not affect me physically nor does it prevent me from flying airplanes.  However, one of the potential medical risks of taking the vaccine is myocarditis of the heart.  I mentioned this to the flight doctor at the 1st SOMDG and they did not believe it was a high-risk condition in relation to the vaccine. They are only concerned if I've had prior myocarditis or myocarditis as a result from the first shot of COVID-19.  As such, I wish to not take the vaccine and put myself at greater risk of a heart condition in the future.

13. I also face the loss of retirement, veterans and other governmental benefits.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. I executed this declaration on October 23, 2021.



# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

JOHN DOE #1, *et al.*

      **Plaintiffs,**

   **vs.**

LLOYD AUSTIN, III, *et al.*,

      **Defendants.**

)
)
)
)
)
)
)
)

**CIVIL ACTION NO.**
**3:21-cv-01211-AW-HTC**

## SUPPLEMENTAL DECLARATION OF JOHN DOE #13
## IN SUPPORT OF PLAINTIFFS' COMPLAINT AND MOTIONS

1. I am over 18 years of age and am competent to testify in this matter.

2. All of the statements made in this declaration are true to the beset of my own personal knowledge.

3. I am ████████████ and I make this declaration in support of the Plaintiffs' complaint and the motions for stay, declaratory and injunctive relief filed in the above captioned proceeding.

4. I am filing this declaration under seal, and pursuant to the protective order adopted in this proceeding, due to credible concerns regarding retaliation, adverse employment actions and disciplinary actions.

5. I am a Chief in the United States Navy and have served for 18.5 years.

6. I am currently stationed at ████████████████████ on Support Staff ████████████, and I am domiciled in Annapolis, MD.



Full biography can be found on the Support Staff Tab / Information Systems at this site: █████████████████████████

List of awards:



7. I received the following email guidance from my Command Master Chief on 8OCT21:

8. Per NAVADMIN 225/21, the Covid Consolidated Disposition Authority (CDDA) has threatened Administrative Separation for non-complaint service members.  The nature of my permanent-duty job as IT Portfolio Manager is that I can do it entirely from home via teleworking, and I have less than 1.5 years to go until retirement.  It seems absurd and unfair to lump me in with Sailors on ships that are in close quarters. I also have stated that I would be willing to take the more traditional vaccine, Novavax, when it comes out this year. █████████████████████████████████████████

9. I did not send in a religious request, although I do have religious objections to the use of fetal stem cell lines. Also, I am against what is described in Revelation 13 and 14: a system of submission whereby no one can buy or sell without opting in. If this isn't the mark of the beast, it sure seems like a precursor to it.  I was told that upon signing my Page 13, acknowledging the 90-day timeline, that I have only 10 days to submit any waivers.  Because I have seen requests denied and was told our Captain will never approve one, I didn't submit one.  And I am well beyond the 10-day period, but I'm hearing that they can't really enforce that. I recently have been in touch with a US Naval Academy Chaplain, and I have decided to work up a Religious Accommodation package, meet with the Chaplain for the interview to confirm my sincerity, and submit to our chain of command.  If they don't accept it, I can always say I did my part.

10. I suspect I had COVID in March 2020:  My dad tested positive and my brother (who was with him) then visited me for a week and was coughing constantly.  Afterwards I was sick for a week.  I recently took an antibody test, which came back negative.

11. As a person with elevated blood pressure/hypertension, I am concerned about the multiple reports of blood clotting as vaccine side-effects.

12. There has been no word on the availability of Comirnaty, and it is clear our command is expecting me to just take one of the current vaccines in EUA status.

13. I also face the loss of retirement, veterans and other governmental benefits.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. I executed this declaration on October 23, 2021.



3