# Exhibit 28

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JANE DOE #1, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:21-cv-01211 |
| | ) |
| LLOYD AUSTIN, III, in his official | ) |
| capacity as Secretary of Defense, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF DONALD H. SCHMIDT
### [with regard to John Doe #5]

I, Donald H. Schmidt, hereby state and declare as follows:

1. I am a Lieutenant Colonel in the United States Air Force currently assigned as the Commander, 709th Airlift Squadron (709 AS). I was appointed to command of the 709 AS on May 15, 2020. The 709 AS is under the 512th Airlift Wing at Dover AFB, Delaware.

2. I make this declaration in my official capacity as the Commander, 709 AS, and based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

3. I know the identity of John Doe #5. He is a Major in the 709th Airlift Squadron, and I can provide John Doe #5's name if required, consistent with the protective order in place in this case. John Doe #5 is a traditional reservist assigned to 709 AS. In his Reserve capacity, he is a C-5 Instructor Pilot. There are at least four crewmembers, including John Doe #5, in the flight deck

of a C-5 during taxi and flight operations. Training operations of a C-5 require the crew to remain in close quarters for up to 6 hours. I am his immediate commander.

4. On September 20, 2021, I provided John Doe #5 an order that directed him to receive a first dose of a COVID-19 vaccine and provide proof of the same by October 17, 2021. The order also required him to receive his second dose of a COVID-19 vaccine and provide proof of the same by November 7, 2021. These dates are based on the Secretary of Defense's vaccine mandate issued on August 24, 2021, and the deadline set by the Secretary of the Air Force in his memorandum issued on September 3, 2021. The Air Force deadline for members of the Reserve to be fully vaccinated is December 2, 2021.

5. The order also specified that John Doe #5 could alternatively submit a Religious Accommodation Request or proof of a medical exemption by the deadline specified for the first dose of the vaccine.

6. After I issued the COVID-19 vaccine mandate order to him, we had a conversation in my office and discussed the order. He acknowledged receipt of the order and expressed his understanding of his obligation.

7. To the best of my knowledge, John Doe #5 has not received any COVID-19 vaccinations to the present.

8. John Doe #5 has expressed to me his desire to submit a Religious Accommodation Request in response to the COVID-19 vaccine mandate. He submitted a draft written request to formally initiate the process as required by the applicable and submitted a final completed package per Air Force regulation, DAFI 52-201 on October 15, 2021.

9. When John Doe #5 and I talked on September 20, 2021, he informed me about his concerns with the vaccine and his intent to pursue a religious accommodation. As best I can

recall from the conversation, I asked him if he had ever requested an exemption from a vaccine in the past, which he answered no. I said it may be a bit more challenging if you've never requested one before and to also consider what you might do if the request is disapproved. I told him that once he provided his written request, it would be staffed to the decision authority, the Commander of the Air Force Reserve Command, for a decision. I expressed that I was not sure what the final outcome would be for his religious accommodation request.

10. On October 15, 2021, I met with John Doe #5 in regards to his religious accommodation request. I made it clear that I was not the final decision authority and the package would be processed in accordance with current guidance and regulations. Also on October 15, 2021 John Doe # 5 met with the medical provider and chaplain as required by current regulation. The request has been reviewed by the Religious Resolution Team and is currently being routed to through the chain of command for endorsements and recommendations.

11. As best I can recall, at no time did I tell John Doe #5 that his religious accommodation request would only be approved if he had a previously approved religious accommodation.

12. No administrative or disciplinary action has been taken against ▬▬▬▬ for his refusal to begin the COVID-19 vaccination process or for his expressing a desire to submit a religious accommodation request. No administrative or disciplinary action will be taken against ▬▬▬▬ if he submits a request and he would be temporarily exempt from the immunization requirement while the religious accommodation request is pending. To the best of my knowledge, John Doe #5 has previously met all vaccination requirements for his position as an Air Force Mobility Pilot.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of October 2021.

SCHMIDT.DONALD.H.1024763354
Digitally signed by SCHMIDT.DONALD.H.1024763354
DN: c=US, o=U.S. Government, ou=DoD, ou=PKI, ou=USAF, cn=SCHMIDT.DONALD.H.1024763354
Date: 2021.10.20 23:21:31 -04'00'

DONALD H. SCHMIDT, Lt Col, USAF
Commander

4