IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOHN DOE #1-#14 and JANE DOE #1-#2,**

    **Plaintiffs,**

v.                                       Case No. 3:21-cv-1211-AW-HTC

**LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, et al.,**

    **Defendants.**

_____/

## **ORDER GRANTING MOTION TO SEAL**

The agreed motion to seal (ECF No. 37) is GRANTED. The clerk will seal ECF No. 31-28.

SO ORDERED on October 28, 2021.

                                           s/ *Allen Winsor*
                                           United States District Judge