IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **JOHN DOE #1–14 and JANE DOE #1–2,**<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>**LLOYD AUSTIN**, in his official capacity as Secretary of Defense; **XAVIER BECERRA**, in his official capacity as Secretary of Health and Human Services; **FRANK KENDALL**, in his official capacity as Secretary of the Air Force; **CARLOS DEL TORO**, in his official capacity as Secretary of the Navy; **JANET WOODCOCK**, in her official capacity as Acting Commissioner of the U.S. Food and Drug Administration; and **CHRISTINE WORMUTH**, in her official capacity as Secretary of the Army,<br><br>　　　　　　Defendants. | Case No. 1:21-cv-01211-AW-HTC |

PROPOSED ORDER

　　Upon consideration of Defendant's Motion to Stay Discovery, it is hereby **ORDERED** that Defendant's motion is **GRANTED**. The dates and deadlines set forth in the Initial Scheduling Order, ECF No. 48, are hereby **STAYED**, and discovery is **STAYED** pending further order of the Court.

**SO ORDERED**.

_____　　　_____
Date　　　　　　　　　　　　　　　　ALLEN C. WINSOR
　　　　　　　　　　　　　　　　　　United States District Judge