UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| JOHN DOE #1, *et al.* | ) |
|     Plaintiffs, | ) |
| vs. | ) |
| | ) CIVIL ACTION NO. |
| LLOYD AUSTIN, III, *et al.*, | ) 3:21-cv-01211-AW-HTC |
|     Defendants. | ) |

**JOINT MOTION TO EXTEND DEADLINES**

On December 3, 2021, counsel for Plaintiffs and Defendants conferred regarding the Court's November 22, 2021 Initial Scheduling Order ("Scheduling Order"). ECF No. 48. Counsel also discussed Plaintiffs' draft amended complaint to be filed pursuant to the Court's December 1, 2021 Order Denying Motion for Leave to Proceed Anonymously ("December 1 Order"). ECF No. 49. Counsel for Plaintiffs and Defendants discussed and/or reached agreements on the following issues.

**Plaintiffs' Amended Complaint**

Plaintiffs propose to make the following amendments to the complaint: (1) to name certain Plaintiffs as required by Rule 10(a) and the December 1 Order, and to drop other plaintiffs who are unwilling to be publicly named; (2) to eliminate the Seventh through Eleventh Causes of Action (*i.e.*, the claims of constitutional violations); (3) to clarify or modify certain statutory causes of action, and the underlying factual allegations, based on Defendants' responses, the Court's

1

November 12, 2021 Order Denying Preliminary Injunction Motions, ECF No. 47, and the November 3, 2021 oral arguments; and (4) add additional publicly named plaintiffs. On December 2, 2021, Plaintiffs' counsel shared a preliminary draft amended complaint with Defendants' counsel, and on December 7, 2021, Plaintiffs' counsel share a near final draft that includes the language intended for filing, and the names of the new plaintiffs, which remains subject to Plaintiffs' final review.

### Schedule for Amendments and Motions

The Court struck the First Amended Complaint, ECF No. 6, in its December 1 Order. Plaintiffs intend to file an amended complaint by December 8, 2021.

Defendants' Proposal. In light of the December 1 Order, there is not an operative deadline for responding to a complaint. If the amended complaint is accepted for filing on or before December 8, 2021, Defendants' response would be due 14 days later, or December 22, 2021. See Fed. R. Civ. P. 15(a)(3). Defendants propose to respond to the amended complaint 14 days after it is accepted for filing or on January 14, 2022, whichever is later. This request is supported by good cause, including the need to investigate any new factual allegations and new plaintiffs, the immediate press of business in this and other cases, such as the need to brief the forthcoming motion to amend the complaint, the motion to stay, and the forthcoming motion to dismiss. Multiple other similar cases are pending in courts across the country involving similar claims and the same defendants. As a result, undersigned

counsel for the Government has substantive briefing deadlines in multiple other matters in December and early January, and both Department of Justice and agency personnel reasonably anticipate taking some leave for December holidays. Counsel for the parties have conferred, and Plaintiffs do not object to this extension.

### **Rule 26(f) Conference and Report**

Joint Proposal. The parties jointly propose to extend the deadline for the Rule 26(f) conference to December 15, 2021, which will be approximately one week after the filing of the amended complaint. Plaintiffs further propose to extend the deadline for the Rule 26(f) report until January 6, 2021 and the initial disclosures deadline to January 12, 2021.

Defendants' Proposal. This joint proposal is without prejudice to Defendants' separate motion to stay discovery. Defendants filed a motion to stay discovery (that may extend those deadlines further) on December 7, 2021. ECF No. 50. Plaintiffs oppose this motion and will file an opposition in due course.

Accordingly, the parties respectfully request that the Court:

- Take notice that Plaintiffs intend to file an amended complaint on or before December 8, 2021;

- Set a schedule whereby Defendants respond to the amended complaint within 14 days after it is accepted for filing, or by January 14, 2022, whichever is later;

3

- Extend the deadline for the Rule 26(f) conference to December 14, 2021;

- Extend the deadline for the Rule 26(f) report until January 6, 2021; and

- Extend the initial disclosures deadline to January 12, 2021.

Respectfully submitted,

*For Plaintiffs:*

<u>s/ Brandon Johnson</u>
DC Bar No. 491370
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219
Tel. 214-707-1775
Email: bcj@defendingtherepublic.org

*For Defendants*:

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

<u>/s/ Amy E. Powell</u>
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
ZACHARY A. AVALLONE
COURTNEY D. ENLOW
Trial Attorneys
United States Department of Justice

4

Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202)
Fax: (202) 616-8470
Email: amy.powell@usdoj.gov

*Counsel for Defendants*