# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **JOHN DOE #1-#10, and JANE DOE #1-#2,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| **vs.** | ) |
| | ) |
| **LLOYD AUSTIN, III, in his official capacity as** | ) |
| **Secretary of Defense, U.S. Department of Defense** | ) |
| | ) |
| **XAVIER BECERRA, in his official capacity as** | ) |
| **Secretary of the U.S. Department of Health and** | ) |
| **Human Services,** | ) |
| | ) |
| **FRANK KENDALL, in his official capacity as** | ) |
| **Secretary of the Air Force, Department of the Air** | ) |
| **Force,** | ) |
| | ) |
| **CARLOS DEL TORO, in his official capacity as** | ) |
| **Secretary of the Navy, Department of the Navy,** | ) |
| | ) |
| **JANET WOODCOCK, in her official capacity as** | ) |
| **Acting Commissioner of the U.S. Food and Drug** | ) |
| **Administration, and** | ) |
| | ) |
| **CHRISTINE WORMUTH, in her official capacity** | ) |
| **as Secretary of the Army, Department of the** | ) |
| **Army,** | ) |
| | ) |
| **Defendants.** | ) |

# DECLARATION OF JANE DOE #1
# IN SUPPORT OF PLAINTIFFS' COMPLAINT AND MOTION

1. I am over 18 years of age and am competent to testify in this matter.

2. All of the statements made in this declaration are true to the beset of my own personal knowledge.

3. I am Jane Doe #1, and I make this declaration in support of the motion of John Doe #1, et al.'s complaint and motion for stay, declaratory and injunctive relief filed in the above captioned proceeding, as well as the motion for protective order and to seal due to credible concerns regarding retaliation, adverse employment actions and disciplinary actions.

1

4. I am a commissioned officer in the United States Air Force stationed at Hurlburt field Florida, Air Force Special Operations Command (AFSOC), and domiciled in Pensacola Florida.

5. On 10 September 2021 I was sent an "order to go" whereby I was ordered to receive an initial dose of the COVID-19 vaccine and provide proof by 30 September 2021.

6. I confirmed with the Medical Group that only the Emergency Use Authorization ("EUA") vaccines were available. After seeking clarity, every resource afforded to me stated that the licensed Comirnaty Vaccine and the EUA Pfizer-BioNTech vaccine have the same formulation.

7. I was told to get the vaccine or pursue the religious exemption process by the deadline. I do not believe that I should be forced to pursue an exemption since the only vaccines available are EUA.

8. I was also encouraged to get the vaccine by my medical provider after I confided in her that I was worried because I have a fertility disorder and don't have children but want them. She told me in an email that "the COVID-19 vaccination is the safest course for you at this time amid this extremely dangerous and critical time of pandemic." I understand that there is impact on menstruation cycles, and I choose not to take the risk.

9. I face administrative action, reprisal, and/or dishonorable discharge for refusing to take the vaccine for violating an "order" that my command believes is lawful.

10. In addition, I stand to lose all retirement, veterans and other benefits.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. I executed this declaration on September 27, 2021.


// SIGNED //

Jordan Karr

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **JOHN DOE #1-#12, and JANE DOE #1-#2,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| vs. | ) |
| | ) |
| **LLOYD AUSTIN, III, in his official capacity as** | ) |
| **Secretary of Defense, U.S. Department of Defense** | ) |
| | ) |
| **XAVIER BECERRA, in his official capacity as** | ) |
| **Secretary of the U.S. Department of Health and** | ) |
| **Human Services,** | ) |
| | ) |
| **FRANK KENDALL, in his official capacity as** | ) |
| **Secretary of the Air Force, Department of the Air** | ) |
| **Force,** | ) |
| | ) |
| **CARLOS DEL TORO, in his official capacity as** | ) |
| **Secretary of the Navy, Department of the Navy,** | ) |
| | ) |
| **JANET WOODCOCK, in her official capacity as** | ) |
| **Acting Commissioner of the U.S. Food and Drug** | ) |
| **Administration, and** | ) |
| | ) |
| **CHRISTINE WORMUTH, in her official capacity** | ) |
| **as Secretary of the Army, Department of the** | ) |
| **Army,** | ) |
| | ) |
| **Defendants.** | ) |

**DECLARATION OF JOHN DOE #1**
**IN SUPPORT OF PLAINTIFFS' COMPLAINT AND MOTIONS**

1. I am over 18 years of age and am competent to testify in this matter.

2. All of the statements made in this declaration are true to the beset of my own personal knowledge.

3. I am John Doe #1, and I make this declaration in support of the motion of John Doe #1, et al.'s complaint and motion for stay, declaratory and injunctive relief filed in the above captioned proceeding, as well as the motion for protective order and to seal due to credible concerns regarding retaliation, adverse employment actions and disciplinary actions.

4. I serve in the United States Marine Corps, and I am stationed at Marine Corps Base Camp Pendleton, California.

5. My legal residence is in Volusia County. Florida.

6. I submitted a request for religious exemption that was denied in September 2021. I requested religious exemption due to my sincerely held belief that due to the unknown long-term side effects violates my body being a temple of the Holy Spirit; the use of fetal cells in all of the current EUA vaccines. I cannot in good conscience be complicit in the evil associated with using fetal cells for profit and gain which is morally repulsive; and finally that if I act against my conscience, I am sinning against God and will result in my spiritual death.

7. If I am deemed to have refused a lawful order, I will be given written notice of my Article 92 violation. I will be placed on legal hold, removed from my current position (which regardless of outcome will affect my future career), will be promotion restricted (currently awaiting results of a promotion board which comes out in Nov/Dec), and will face a Board of Inquiry to decide my future. I could also face trial for Courts Martial.

8. I have served honorably for nearly 15 years, with no bad reviews, multiple combat deployments, and multiple accolades while serving.

9. This single blemish on my record would ruin my career over a sincerely held belief in refusing a vaccine. Unless I agree to receive an EUA authorized vaccine, I face a board of inquiry for refusing to take the vaccine for violating an "order" that my command believes is lawful.

10. In addition, I stand to lose all retirement, veterans and other benefits.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. I executed this declaration on September 27, 2021.

Nicholas Harwood

2

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **JOHN DOE #1-#10, and JANE DOE #1-#2,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| **vs.** | ) |
| | ) |
| **LLOYD AUSTIN, III, in his official capacity as** | ) |
| **Secretary of Defense, U.S. Department of Defense** | ) |
| | ) |
| **XAVIER BECERRA, in his official capacity as** | ) |
| **Secretary of the U.S. Department of Health and** | ) |
| **Human Services,** | ) |
| | ) |
| **FRANK KENDALL, in his official capacity as** | ) |
| **Secretary of the Air Force, Department of the Air** | ) |
| **Force,** | ) |
| | ) |
| **CARLOS DEL TORO, in his official capacity as** | ) |
| **Secretary of the Navy, Department of the Navy,** | ) |
| | ) |
| **JANET WOODCOCK, in her official capacity as** | ) |
| **Acting Commissioner of the U.S. Food and Drug** | ) |
| **Administration, and** | ) |
| | ) |
| **CHRISTINE WORMUTH, in her official capacity** | ) |
| **as Secretary of the Army, Department of the** | ) |
| **Army,** | ) |
| | ) |
| **Defendants.** | ) |

**DECLARATION OF JOHN DOE #2**
**IN SUPPORT OF PLAINTIFFS' COMPLAINT AND MOTIONS**

1. I am over 18 years of age and am competent to testify in this matter.

2. All of the statements made in this declaration are true to the beset of my own personal knowledge.

3. I am John Doe #2, and I make this declaration in support of the motion of John Doe #1, et al.'s complaint and motion for stay, declaratory and injunctive relief filed in the above captioned proceeding, as well as the motion for protective order and to seal due to credible concerns regarding retaliation, adverse employment actions and disciplinary actions.

1

4.  I am a Non-Commissioned Officer in the United States Air Force ("USAF"). I am currently stationed at Eielson AFB, Alaska.

5.  I asked for the licensed vaccine, Comirnaty, but it was not made available to me.

6.  Because I asked for Comirnaty, I was subjected to an Article 15, disciplinary action for defying a 'lawful order' and for merely requesting to receive a fully licensed and approved vaccine.

7.  I was told that the Emergency Use Authorization ("EUA") Pfizer-BioNtech vaccine "is the same" as the FDA-licensed Pfizer vaccine to be labelled according to the BLA, as Comirnaty.

8.  I have also submitted a request for religious exemption, which I anticipate will be denied because of verbal communications from my chain of command.

9.  I face further disciplinary actions for refusal that will likely end my military career, and adversely impact my transition into the private sector.

10. I also face the loss of retirement, veterans and other governmental benefits.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. I executed this declaration on September 27, 2021.

_____/s/_____

Samuel Craymer

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **JOHN DOE #1-#10, and JANE DOE #1-#2,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| vs. | ) |
| | ) |
| **LLOYD AUSTIN, III, in his official capacity as** | ) |
| **Secretary of Defense, U.S. Department of Defense** | ) |
| | ) |
| **XAVIER BECERRA, in his official capacity as** | ) |
| **Secretary of the U.S. Department of Health and** | ) |
| **Human Services,** | ) |
| | ) |
| **FRANK KENDALL, in his official capacity as** | ) |
| **Secretary of the Air Force, Department of the Air** | ) |
| **Force,** | ) |
| | ) |
| **CARLOS DEL TORO, in his official capacity as** | ) |
| **Secretary of the Navy, Department of the Navy,** | ) |
| | ) |
| **JANET WOODCOCK, in her official capacity as** | ) |
| **Acting Commissioner of the U.S. Food and Drug** | ) |
| **Administration, and** | ) |
| | ) |
| **CHRISTINE WORMUTH, in her official capacity** | ) |
| **as Secretary of the Army, Department of the** | ) |
| **Army,** | ) |
| | ) |
| **Defendants.** | ) |

**DECLARATION OF JOHN DOE #3**
**IN SUPPORT OF PLAINTIFFS' COMPLAINT AND MOTIONS**

1. I am over 18 years of age and am competent to testify in this matter.

2. All of the statements made in this declaration are true to the beset of my own personal knowledge.

3. I am John Doe #3, and I make this declaration in support of the motion of John Doe #1, et al.'s complaint and motion for stay, declaratory and injunctive relief filed in the above captioned proceeding, as well as the motion for protective order and to seal due to credible concerns regarding retaliation, adverse employment actions and disciplinary actions.

1

4. I have served in the United States Air Force ("USAF") for roughly 15 years, and I am stationed at Hurlburt Field, Florida.

5. I have submitted religious exemption request that is still pending.

6. I have also filed a medical exemption request because of a prior history with cancer, which is currently in remission. I still suffer side-effects from chemotherapy treatments. My medical exemption request was promptly dismissed.

7. There do not appear to be any published studies yet regarding the risk of chemotherapy and adverse events from COVID-19 Emergency Use Authorization ("EUA") vaccines or with Comirnaty.

8. I face removal for failing to follow a lawful order, the sanctions for which will seriously impact likely end my military career, and adversely impact my transition into the private sector.

9. I also face the loss of retirement, veterans and other governmental benefits.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. I executed this declaration on September 27, 2021.


__s/Joseph Connell_____

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **JOHN DOE #1-#10, and JANE DOE #1-#2,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| **vs.** | ) |
| | ) |
| **LLOYD AUSTIN, III, in his official capacity as** | ) |
| **Secretary of Defense, U.S. Department of Defense** | ) |
| | ) |
| **XAVIER BECERRA, in his official capacity as** | ) |
| **Secretary of the U.S. Department of Health and** | ) |
| **Human Services,** | ) |
| | ) |
| **FRANK KENDALL, in his official capacity as** | ) |
| **Secretary of the Air Force, Department of the Air** | ) |
| **Force,** | ) |
| | ) |
| **CARLOS DEL TORO, in his official capacity as** | ) |
| **Secretary of the Navy, Department of the Navy,** | ) |
| | ) |
| **JANET WOODCOCK, in her official capacity as** | ) |
| **Acting Commissioner of the U.S. Food and Drug** | ) |
| **Administration, and** | ) |
| | ) |
| **CHRISTINE WORMUTH, in her official capacity** | ) |
| **as Secretary of the Army, Department of the** | ) |
| **Army,** | ) |
| | ) |
| **Defendants.** | ) |

**DECLARATION OF JOHN DOE #4**
**IN SUPPORT OF PLAINTIFFS' COMPLAINT AND MOTIONS**

1. I am over 18 years of age and am competent to testify in this matter.

2. All of the statements made in this declaration are true to the beset of my own personal knowledge.

3. I am John Doe #4, and I make this declaration in support of the motion of John Doe #1, et al.'s complaint and motion for stay, declaratory and injunctive relief filed in the above captioned proceeding, as well as the motion for protective order and to seal due to credible concerns regarding retaliation, adverse employment actions and disciplinary actions.

1

4.  I am a senior Non-Commissioned Officer in the United States Air Force ("USAF").

5.  I reside in Fort Walton Beach, Florida.

6.  I was ordered to get the Emergency Use Authorization ("EUA") vaccine, because the licensed COMINARTY vaccine is not available.

7.  While I objected, I received an EUA vaccine, the Johnson and Johnson vaccine, due to the pressure that I was told of full force removal.

8.  I now have suffered actual injury because I cannot undue receiving the vaccine, despite the fact that I have multiple concerns over it, including religious and medical.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. I executed this declaration on September 27, 2021.



Recoverable Signature

X   David G. Lund Jr.

David G. Lund Jr.

Signed by: LUND.DAVID.GJR.1138162318

2

UNITED STATES DISTRICT COURT
**FOR THE NORTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| JOHN DOE #1-#10, and JANE DOE #1-#2, | ) |
| | ) |
| **Plaintiffs,** | ) |
| vs. | ) |
| | ) |
| LLOYD AUSTIN, III, in his official capacity as | ) |
| Secretary of Defense, U.S. Department of Defense | ) |
| | ) |
| XAVIER BECERRA, in his official capacity as | ) |
| Secretary of the U.S. Department of Health and | ) |
| Human Services, | ) |
| | ) |
| FRANK KENDALL, in his official capacity as | ) |
| Secretary of the Air Force, Department of the Air | ) |
| Force, | ) |
| | ) |
| CARLOS DEL TORO, in his official capacity as | ) |
| Secretary of the Navy, Department of the Navy, | ) |
| | ) |
| JANET WOODCOCK, in her official capacity as | ) |
| Acting Commissioner of the U.S. Food and Drug | ) |
| Administration, and | ) |
| | ) |
| CHRISTINE WORMUTH, in her official capacity | ) |
| as Secretary of the Army, Department of the Army, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**DECLARATION OF JOHN DOE #5**
**IN SUPPORT OF PLAINTIFFS' COMPLAINT AND MOTIONS**

1. I am over 18 years of age and am competent to testify in this matter.

2. All of the statements made in this declaration are true to the beset of my own personal knowledge.

3. I am John Doe #5, and I make this declaration in support of the motion of John Doe #1, et al.'s complaint and motion for stay, declaratory and injunctive relief filed in the above captioned proceeding, as well as the motion for protective order and to seal due to credible concerns regarding retaliation, adverse employment actions and disciplinary actions.

4. I am an Officer the United States Air Force Reserve ("USAF Reserve").

5. I reside in Delaware.

6. I was given the verbal order to get fully vaccinated by December 2, 2021. If I do not submit my papers proving vaccination, I shall be placed in a No points/no pay status.

7. I will be considered "fully vaccinated" 14 days after my final vaccine does, so I must be vaccinated by the second week of October.

8. I have considered requesting a religious exemption, but I have been repeatedly told by squadron and chaplain that religious exemptions are not going to happen unless we have one previously issued.

**9.** I face further disciplinary actions for refusal that will likely end my military career, and adversely impact my transition into the private sector.

**10.** I also face the loss of retirement, veterans and other governmental benefits.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. I executed this declaration on September 27, 2021.

2

Andrew Snow

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **JOHN DOE #1-#10, and JANE DOE #1-#2,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| **vs.** | ) |
| | ) |
| **LLOYD AUSTIN, III, in his official capacity as** | ) |
| **Secretary of Defense, U.S. Department of Defense** | ) |
| | ) |
| **XAVIER BECERRA, in his official capacity as** | ) |
| **Secretary of the U.S. Department of Health and** | ) |
| **Human Services,** | ) |
| | ) |
| **FRANK KENDALL, in his official capacity as** | ) |
| **Secretary of the Air Force, Department of the Air** | ) |
| **Force,** | ) |
| | ) |
| **CARLOS DEL TORO, in his official capacity as** | ) |
| **Secretary of the Navy, Department of the Navy,** | ) |
| | ) |
| **JANET WOODCOCK, in her official capacity as** | ) |
| **Acting Commissioner of the U.S. Food and Drug** | ) |
| **Administration, and** | ) |
| | ) |
| **CHRISTINE WORMUTH, in her official capacity** | ) |
| **as Secretary of the Army, Department of the** | ) |
| **Army,** | ) |
| | ) |
| **Defendants.** | ) |

## DECLARATION OF JOHN DOE #6
## IN SUPPORT OF PLAINTIFFS' COMPLAINT AND MOTIONS

1. I am over 18 years of age and am competent to testify in this matter.

2. All of the statements made in this declaration are true to the best of my own personal knowledge.

3. I am John Doe #6, and I make this declaration in support of the motion of John Doe #1, et al.'s complaint and motion for stay, declaratory and injunctive relief filed in the above captioned proceeding, as well as the motion for protective order and to seal due to credible concerns regarding retaliation, adverse employment actions and disciplinary actions.

1

4.  I am a Chief Warrant Officer in the United States Marine Corps ("USMC").

5.  I am currently stationed at Twentynine Palms, California.

6.  I am a legal resident of Flagler County, Florida.

7.  I requested a religious exemption, but I was told that my command is only entertaining medical exemptions at this time.  My religious exemption is still pending, but I expect this will be denied because fellow service members have had their requests denied.

8.  I was specifically told that if I do not get the first shot by 8 October, that I will receive adverse paperwork (6105) as well as an adverse fitness report and then be forwarded up the chain of command for punitive action, including likely separation from the service. This will be the first adverse material on my record in over 16 years of service.

9.  I also face the loss of retirement, veterans and other governmental benefits.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. I executed this declaration on September 27, 2021.


Kalem Cossette

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **JOHN DOE #1-#10, and JANE DOE #1-#2,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| **vs.** | ) |
| | ) |
| **LLOYD AUSTIN, III, in his official capacity as** | ) |
| **Secretary of Defense, U.S. Department of Defense** | ) |
| | ) |
| **XAVIER BECERRA, in his official capacity as** | ) |
| **Secretary of the U.S. Department of Health and** | ) |
| **Human Services,** | ) |
| | ) |
| **FRANK KENDALL, in his official capacity as** | ) |
| **Secretary of the Air Force, Department of the Air** | ) |
| **Force,** | ) |
| | ) |
| **CARLOS DEL TORO, in his official capacity as** | ) |
| **Secretary of the Navy, Department of the Navy,** | ) |
| | ) |
| **JANET WOODCOCK, in her official capacity as** | ) |
| **Acting Commissioner of the U.S. Food and Drug** | ) |
| **Administration, and** | ) |
| | ) |
| **CHRISTINE WORMUTH, in her official capacity** | ) |
| **as Secretary of the Army, Department of the** | ) |
| **Army,** | ) |
| | ) |
| **Defendants.** | ) |

**DECLARATION OF JOHN DOE #7**
**IN SUPPORT OF PLAINTIFFS' COMPLAINT AND MOTIONS**

1. I am over 18 years of age and am competent to testify in this matter.

2. All of the statements made in this declaration are true to the beset of my own personal knowledge.

3. I am John Doe #7, and I make this declaration in support of the motion of John Doe #1, et al.'s complaint and motion for stay, declaratory and injunctive relief filed in the above captioned proceeding, as well as the motion for protective order and to seal due to credible concerns regarding retaliation, adverse employment actions and disciplinary actions.

1

4.  I am a Non-Commissioned Officer in the United States Army Reserve.

5.  I am currently stationed at Fort Leonard Wood, Missouri, Waynesville.  I am a resident of Santa Rosa County, Florida.

6.  I have served active duty in the Marine Corps for 4 years and active duty in the Army Reserve for 11 years, 15 years total years of service.

7.  If I refuse to get the vaccine, I have been informed that I will face administrative action, including non-promotional status to separation from the Army.  I will be held to account on the order issued, known as:  FRAGO 5 of the HDQA EXORD 225-21, and title 42, section 271 that means penal repercussions for violations of the mandate deemed lawful, an order which is effectively mandating EUA vaccines.

8.  I will face administrative action from non-promotional status, punitive actions, and separation from the Army.

9.  I have submitted an Article 138 to my Commanding General and waiting on a response on the Lawfulness of these orders.

10. I also face the loss of retirement, veterans and other governmental benefits.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. I executed this declaration on September 27, 2021.

2

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **JOHN DOE #1-#10, and JANE DOE #1-#2,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| **vs.** | ) |
| | ) |
| **LLOYD AUSTIN, III, in his official capacity as** | ) |
| **Secretary of Defense, U.S. Department of Defense** | ) |
| | ) |
| **XAVIER BECERRA, in his official capacity as** | ) |
| **Secretary of the U.S. Department of Health and** | ) |
| **Human Services,** | ) |
| | ) |
| **FRANK KENDALL, in his official capacity as** | ) |
| **Secretary of the Air Force, Department of the Air** | ) |
| **Force,** | ) |
| | ) |
| **CARLOS DEL TORO, in his official capacity as** | ) |
| **Secretary of the Navy, Department of the Navy,** | ) |
| | ) |
| **JANET WOODCOCK, in her official capacity as** | ) |
| **Acting Commissioner of the U.S. Food and Drug** | ) |
| **Administration, and** | ) |
| | ) |
| **CHRISTINE WORMUTH, in her official capacity** | ) |
| **as Secretary of the Army, Department of the** | ) |
| **Army,** | ) |
| | ) |
| **Defendants.** | ) |

**DECLARATION OF JOHN DOE #9**
**IN SUPPORT OF PLAINTIFFS' COMPLAINT AND MOTIONS**

1. I am over 18 years of age and am competent to testify in this matter.

2. All of the statements made in this declaration are true to the beset of my own personal knowledge.

3. I am John Doe #9, and I make this declaration in support of the motion of John Doe #1, et al.'s complaint and motion for stay, declaratory and injunctive relief filed in the above captioned proceeding, as well as the motion for protective order and to seal due to credible concerns regarding retaliation, adverse employment actions and disciplinary actions.

1

4.  I am an Officer in the United States Air Force.

5.  I have been ordered to be vaccinated by November 2, 2021.

6.  I have a documented previous COVID-19 infection.

7.  I have been told that medical exemptions for previous infections will not be considered.

8.  I have submitted a religious exemption request because I oppose the use of fetal cell lines for vaccines, and for testing of the vaccines.

9.  I have been told that there are many religious exemption requests pending, and I have been given no date by which the religious accommodation request would be decided.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. I executed this declaration on September 27, 2021.

_____

Blake Morgan

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **JOHN DOE #1-#12, and JANE DOE #1-#2,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| **vs.** | ) |
| | ) |
| **LLOYD AUSTIN, III, in his official capacity as** | ) |
| **Secretary of Defense, U.S. Department of Defense** | ) |
| | ) |
| **XAVIER BECERRA, in his official capacity as** | ) |
| **Secretary of the U.S. Department of Health and** | ) |
| **Human Services,** | ) |
| | ) |
| **FRANK KENDALL, in his official capacity as** | ) |
| **Secretary of the Air Force, Department of the Air** | ) |
| **Force,** | ) |
| | ) |
| **CARLOS DEL TORO, in his official capacity as** | ) |
| **Secretary of the Navy, Department of the Navy,** | ) |
| | ) |
| **JANET WOODCOCK, in her official capacity as** | ) |
| **Acting Commissioner of the U.S. Food and Drug** | ) |
| **Administration, and** | ) |
| | ) |
| **CHRISTINE WORMUTH, in her official capacity** | ) |
| **as Secretary of the Army, Department of the** | ) |
| **Army,** | ) |
| | ) |
| **Defendants.** | ) |

# DECLARATION OF JOHN DOE #10
# IN SUPPORT OF PLAINTIFFS' COMPLAINT AND MOTIONS

1. I am over 18 years of age and am competent to testify in this matter.

2. All of the statements made in this declaration are true to the beset of my own personal knowledge.

3. I am John Doe #10, and I make this declaration in support of the motion of John Doe #1, et al.'s complaint and motion for stay, declaratory and injunctive relief filed in the above captioned proceeding, as well as the motion for protective order and to seal due to credible concerns regarding retaliation, adverse employment actions and disciplinary actions.

4.  I am an Officer in the United States Air Force ("USAF"), Fort Walton Beach, Florida.

5.  I had a prior documented COVID-19 infection which was diagnosed on October 21, 2020.  I was tested for antibodies on September 13, 2021, and my test results show that I retain a high number of antibodies nearly a year after my initial infection.  This is documented in one of the files attached.

6.  Despite this positive result, when I met with my local medical personnel on base regarding my medical exemption request for natural immunity on September 16, 2021, I was told having a prior COVID-19 infection is irrelevant.  I was also told the only medical exemptions considered would be based on a prior diagnosis of myocarditis, myocarditis from a first injection of the COVID-19 vaccine, or if there is evidence of anaphylaxis.  This is shown in one of the attachments above.  At that time, I asked to see what vaccine was to be given, and I was shown Pfizer Bio-N-Tech's vaccine, not Comirnaty, the FDA Approved Vaccine.  This is shown in an attached photo.

7.  Before pursuing a medical exemption and without prior counseling or discussion, I received notice on September 10, 2021 that I was scheduled for COVID-19 vaccination on September 16, 2021 and that it was a direct lawful order.  Once I had scheduled my medical exemption counseling session with a flight doc, that date got postponed.  After my medical exemption request was denied, I decided to pursue a Religious Exemption from the COVID-19 vaccine, which requires 3 different counseling sessions; one with my squadron commander, one with the chaplain, and one with local base medical personnel.  I met with my Commander on September 23, 2021 regarding my religious exemption request.  During that meeting, they let me know that even if my religious exemption request got granted, their intent was to no longer send me on deployments and disqualify me from being upgraded to my next crew position.  This is permanent damage to my Air Force career as a pilot.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. I executed this declaration on September 27, 2021.

/s/ Sean Cothran

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

JOHN DOE #1-#12, and JANE DOE #1-#2,  )
                                                 )
        Plaintiffs,  )
vs.  )
                                                 )

LLOYD AUSTIN, III, in his official capacity as
Secretary of Defense, U.S. Department of Defense  )

XAVIER BECERRA, in his official capacity as
Secretary of the U.S. Department of Health and
Human Services,  )

FRANK KENDALL, in his official capacity as
Secretary of the Air Force, Department of the Air
Force,  )

CARLOS DEL TORO, in his official capacity as
Secretary of the Navy, Department of the Navy,  )

JANET WOODCOCK, in her official capacity as
Acting Commissioner of the U.S. Food and Drug
Administration, and  )

CHRISTINE WORMUTH, in her official capacity
as Secretary of the Army, Department of the
Army,  )

        Defendants.  )

**DECLARATION OF JOHN DOE #12
IN SUPPORT OF PLAINTIFFS' COMPLAINT AND MOTIONS**

1. I am over 18 years of age and am competent to testify in this matter.

2. All of the statements made in this declaration are true to the best of my own personal knowledge.

3. I am John Doe #12, and I make this declaration in support of the motion of John Doe #1, et al.'s complaint and motion for stay, declaratory and injunctive relief filed in the above captioned proceeding, as well as the motion for protective order and to seal due to credible concerns regarding retaliation, adverse employment actions and disciplinary actions.

1

4. I serve in the United States Marine Corps, and I am stationed at Marine Corps Base Camp Lejeune.

5. I am domiciled in Carroll County, Maryland.

6. I submitted a request for religious exemption on September 10, 2021. I requested religious exemption from COVID-19 vaccination due to my objections of conscience, based on my personal religious convictions.

7. On September 17, 2021, I met with my Commanding Officer (C.O.) regarding my Religious Exemption Request and made clear that I also oppose the flu vaccine, because I recently learned that the flu vaccine used fetal cell lines too; in the C.O.'s forwarding endorsement of my request, he omitted my explanation of current opposition to other vaccines, while highlighting that I have had historically taken the flu vaccine.

8. My Commanding Officer's first endorsement, sent up to the Commanding General of II Marine Expeditionary Force (on the way to Headquarters Marine Corps) stated, in short, that he would be unable to accommodate my religious exemption because of the nature of our mission.

9. My religious accommodation request, however, attached with the C.O.'s endorsement, includes a lab test enclosure proving that I already have the antibodies for COVID-19.

10. After I submitted my Religious Exemption Request, my Executive Officer, (XO), required that I modify my Religious Exemption Request to include a recommendation from my unit chaplain and that I annotate my religious preference. I explained those requirements were not in any Order. My XO acknowledged that identifying a religious denominational preference was not required by any Order, and qualified his initial directive to instead ask that I resubmit my Religious Exemption request package to identify a category of religious preference, but I chose not to modify my request to include that additional annotation.

11. When I met with my C.O. regarding my Religious Exemption Request on September 17, 2021, and received a Page 11 (permanent mark on my record), he confirmed that because I requested exemption from the COVID-10 shot, he was pulling me from an assignment I had trained for, received orders for, and which I was prepared to execute beginning on September 20, 2021.

12. On September 17, 2021, because a week before I submitted in my religious exemption request, I received a Page 11, reproduced here in part:

**17 SEP 2021** : Counseled this date concerning MARADMIN 462/21 (MANDATORY COVID-19 VACCINATION OF MARINE CORPS ACTIVE AND RESERVE COMPONENTS). MARADMIN 462/21, effective 1 September 2021, is a military order issued by the Commandant of the Marine Corps. Paragraph 3.a. of MARADMIN 462/21 ordered that all Marine Corps active and reserve component (Active Reserve, Selected Marine Corps Reserve, and Individual Mobilization Augmentee) service members shall be fully vaccinated against COVID-19, unless medically or administratively exempt. All non-exempt active component personnel will achieve full vaccination no later than 28 November 2021. All non-exempt reserve component personnel will achieve full vaccination no later than 28 December 2021. The provisions contained within paragraph 3.a of MARADMIN 462/21 constitute a lawful general order and failure to comply with its terms is punishable as a violation of a lawful order under Article 92, Uniform Code of Military Justice, and may result in punitive or adverse administrative action or both.

I acknowledge that I have read and understand ALNAV 062/21 dated 30 August 2021 and MARADMIN 462/21 dated 1 September 2021.

I understand that if I decline the vaccination in order to submit a religious accommodation/temporary or permanent medical exemption package, requests for religious accommodation must be submitted in accordance with MCO 1730.9, to my Commander within 10 days of this counseling. I understand that I must file any temporary or permanent medical exemption requests to my Commander within 14 days of this counseling.

13.

14. I have served honorably for over 16 years, with no bad reviews, multiple combat deployments, and numerous awards and accolades while serving.

15. This single blemish on my record threatens to ruin my career over a sincerely held belief in refusing a vaccine. Unless I agree to receive an EUA authorized vaccine, at a minimum, I will face a board of inquiry for refusing to take the vaccine for violating an "order" that my command believes is lawful.

16. In addition, I stand to lose all retirement, and other veterans benefits.

3

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.  I executed this declaration on September 27, 2021.

Eric Kaltrider

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **JOHN DOE #1-#10, and JANE DOE #1-#2,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| **vs.** | ) |
| | ) |
| **LLOYD AUSTIN, III, in his official capacity as** | ) |
| **Secretary of Defense, U.S. Department of Defense** | ) |
| | ) |
| **XAVIER BECERRA, in his official capacity as** | ) |
| **Secretary of the U.S. Department of Health and** | ) |
| **Human Services,** | ) |
| | ) |
| **FRANK KENDALL, in his official capacity as** | ) |
| **Secretary of the Air Force, Department of the Air** | ) |
| **Force,** | ) |
| | ) |
| **CARLOS DEL TORO, in his official capacity as** | ) |
| **Secretary of the Navy, Department of the Navy,** | ) |
| | ) |
| **JANET WOODCOCK, in her official capacity as** | ) |
| **Acting Commissioner of the U.S. Food and Drug** | ) |
| **Administration, and** | ) |
| | ) |
| **CHRISTINE WORMUTH, in her official capacity** | ) |
| **as Secretary of the Army, Department of the** | ) |
| **Army,** | ) |
| | ) |
| **Defendants.** | ) |

**DECLARATION OF JOHN DOE #13**
**IN SUPPORT OF PLAINTIFFS' COMPLAINT AND MOTIONS**

1.  I am over 18 years of age and am competent to testify in this matter.

2.  All of the statements made in this declaration are true to the beset of my own personal knowledge.

3.  I am John Doe #13, and I make this declaration in support of the motion of John Doe #1, et al.'s complaint and motion for stay, declaratory and injunctive relief filed in the above captioned proceeding, as well as the motion for protective order and to seal due to credible concerns regarding retaliation, adverse employment actions and disciplinary actions.

1

4. I serve in the United States Navy.

5. I have been in the Navy for eighteen and a half years.

6. I am currently stationed in Washington, DC.

7. I am facing a page 13 sanction.

8. I was told I must have the first shot by the second week of October.

9. I have also been ordered to stay at home, which has separated me from the rest of unit, and "outed" me as someone who has not complied with the vaccine mandate.  As a staff member, I can perform my job entirely from home, although not quite ideally.

10. I am currently facing a dishonorable discharge or separation as a risk due to refusing the mandate of Covid-19 vaccination, for violating a "lawful order" through a new entity called the *COVID Consolidation Disposition Authority*, which will determine his discharge and separation.

11. I also face the loss of retirement, veterans and other governmental benefits.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. I executed this declaration on September 27, 2021.

Benjamin A. Coker

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **JOHN DOE #1-#14, and JANE DOE #1-#2,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| **vs.** | ) |
| | ) |
| **LLOYD AUSTIN, III, in his official capacity as** | ) |
| **Secretary of Defense, U.S. Department of Defense** | ) |
| | ) |
| **XAVIER BECERRA, in his official capacity as** | ) |
| **Secretary of the U.S. Department of Health and** | ) |
| **Human Services,** | ) |
| | ) |
| **FRANK KENDALL, in his official capacity as** | ) |
| **Secretary of the Air Force, Department of the Air** | ) |
| **Force,** | ) |
| | ) |
| **CARLOS DEL TORO, in his official capacity as** | ) |
| **Secretary of the Navy, Department of the Navy,** | ) |
| | ) |
| **JANET WOODCOCK, in her official capacity as** | ) |
| **Acting Commissioner of the U.S. Food and Drug** | ) |
| **Administration, and** | ) |
| | ) |
| **CHRISTINE WORMUTH, in her official capacity** | ) |
| **as Secretary of the Army, Department of the** | ) |
| **Army,** | ) |
| | ) |
| **Defendants.** | ) |

**DECLARATION OF JOHN DOE #14
IN SUPPORT OF PLAINTIFFS' COMPLAINT AND MOTIONS**

1. I am over 18 years of age and am competent to testify in this matter.

2. All of the statements made in this declaration are true to the beset of my own personal knowledge.

3. I am John Doe #14, and I make this declaration in support of the motion of John Doe #1, et al.'s complaint and motion for stay, declaratory and injunctive relief filed in the above captioned proceeding, as well as the motion for protective order and to seal due to credible concerns regarding retaliation, adverse employment actions and disciplinary actions.

1

4. I serve in the United States Navy.

5. I have been in the Navy for twenty two years.

6. I am currently stationed, and am domiciled in, Arlington, VA.

7. I have not received the COVID-19 vaccine, which I must do by October 24, 2021 or I will face administrative actions, ranging from non-promotional status to separation from the Navy.

8. I submitted a request for Religious Exemption request, which is still pending.  I understand that many denials of such requests are being issued on form denial letters.

9. We were initially informed that we had 120 days to comply (*i.e.*, by the end of December 2021), but we now must receive our first dose by October 24, 2021.

10. The August 30, 2021 Navy Guidance (ALNAV/21) states that those receiving the licensed COVID-19 vaccine, COMIRNATY (as per DoD guidance), need to get their first dose no later than October 24, 2021 (3-weeks between doses + 2-weeks post second shot).

11. I understand that COMIRNATY needs to be widely available to service members no later than the October 24, 2021 deadline to be administered pursuant to the DOD vaccine mandate. COMIRNATY is not, however, currently available to the DOD or U.S. based consumers, and is not expected to be by the October 24, 2021 deadline.

12. All three of the COVID-19 vaccines that are currently available are subject to an Emergency Use Authorization (EUA). I understand that United States laws and DOD regulations prohibit mandating administration of EUA without my informed consent, which I have not and will not give for what is still an unproven and unnecessary medical treatment.

13. Notwithstanding my informed consent rights, I may be subject to adverse employment and disciplinary actions for refusing an experimental vaccine. I am held to account to the Order from the Secretary of the Navy.  I also understand that there is now a COVID Consolidation Disposition Authority, which will determine the terms of separation for refusing to get the COVID-19 vaccines.

14. I also face the loss of retirement, veterans and other governmental benefits.


I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. I executed this declaration on October 5, 2021.


_____

    Jay Furman