IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN DOE #1-#14 and JANE DOE #1-#2,

    Plaintiffs,

v.                                          Case No. 3:21-cv-1211-AW-HTC

LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, et al.,

    Defendants.

_____/

**ORDER DIRECTING EXPEDITED RESPONSE**

Plaintiffs must respond to Defendants' Motion to Stay (ECF No. 50) by December 15, 2021.

SO ORDERED on December 8, 2021.

                                        s/ *Allen Winsor*
                                        United States District Judge