IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN DOE #1-#14 and JANE DOE
#1-#2,

  Plaintiffs,

v.            Case No. 3:21-cv-1211-AW-HTC

LLOYD AUSTIN, III, in his official
capacity as Secretary of Defense, et al.,

  Defendants.
_____/

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

The parties' Joint Motion to Extend Deadlines (ECF No. 51) is GRANTED

to this extent:

1. Once the amended complaint is filed, the defendants will have until

January 14, 2022 to respond.

2. The deadline for the parties' Rule 26(f) conference is extended to

December 15, 2021.

3. The deadline to file the Rule 26(f) report is extended to January 6, 2022.

4. The deadline to serve Rule 26(a)(1) initial disclosures is January 12,

2022.

The defendants' motion to stay discovery (ECF No. 50) will be addressed in

a separate order after plaintiffs have responded.

1

2

SO ORDERED on December 8, 2021.

s/ *Allen Winsor*
United States District Judge