IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BENJAMIN COKER, et al.,**

    **Plaintiffs,**

**v.**                                                  Case No. 3:21-cv-1211-AW-HTC

**LLOYD AUSTIN, III, in his official
capacity as Secretary of Defense, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiffs' unopposed motion for leave to file an amended complaint (ECF No. 52) is GRANTED. The Second Amended Complaint (ECF No. 52-1) is deemed filed as of the date of this order. Pursuant to the court's earlier order (ECF No. 54), Defendants have until January 14, 2022 to respond.

SO ORDERED on December 10, 2021.

                                                    s/ *Allen Winsor*
                                                    United States District Judge