UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| BENJAMIN COKER, *et al.* )<br>    Plaintiffs, )<br>    )<br>  vs. )<br>    ) CIVIL ACTION NO.<br>    ) 3:21-cv-01211-AW-HTC<br>LLOYD AUSTIN, III, *et al.*, )<br>    )<br>    Defendants. ) | |

## UNOPPOSED MOTION TO EXTEND DEADLINE FOR 26(F) REPORT

Defendants respectfully request a brief one-week extension of the deadline for filing a 26(f) report, up through and including January 13, 2022. Pursuant to the Court's November 22, 2021 and December 8, 2021 Scheduling Orders, ECF Nos. 48 & 54, that report is otherwise due today, but the substance of the report is influenced by the Court's Order, issued today, denying without prejudice Defendants' Motion to Stay Discovery. *See* ECF No. 58.

In preparation for filing the report today, counsel for the parties held telephonic meetings December 3, 7, and 15, 2021, exchanged several emails, and exchanged drafts of a report. The parties were unable to reach agreement about many matters set forth in the Court's Initial Scheduling Order, ECF No. 48, because the parties disagreed about the propriety and timing of discovery and production of an administrative record, as set forth in greater detail in the briefing on the Motion to Stay Discovery. ECF Nos. 50, 56. The draft 26(f) report setting forth the parties'

1

respective positions on discovery was close to final when the Court ruled on the pending Motion to Stay Discovery.

Today's Order does not resolve all the parties' disputes about discovery but it does require further discussion and will influence the content of the 26(f) Report. Defendants need additional time to consider the Order and confer internally about the status of the administrative records in this matter.  Accordingly, Defendants respectfully request an extension up through and including January 13, 2022 in which to file the 26(f) report.  Undersigned counsel has conferred with Plaintiffs' counsel, who does not oppose this motion.

Dated: January 6, 2022              Respectfully submitted,

                                    BRIAN M. BOYNTON
                                    Acting Assistant Attorney General

                                    ALEXANDER K. HAAS
                                    Director, Federal Programs Branch

                                    ANTHONY J. COPPOLINO
                                    Deputy Director

                                    */s/ Amy E. Powell*
                                    ANDREW E. CARMICHAEL
                                    AMY E. POWELL
                                    Senior Trial Counsel
                                    ZACHARY A. AVALLONE
                                    COURTNEY D. ENLOW
                                    Trial Attorneys
                                    United States Department of Justice
                                    Civil Division, Federal Programs Branch
                                    1100 L Street, N.W.
                                    Washington, DC 20005

              Tel: (202) 919-856-4013
              Fax: (202) 616-8470
              Email: amy.powell@usdoj.gov

              *Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

 I hereby certify that I conferred with Counsel for Plaintiffs regarding this motion, and that Plaintiffs do not oppose the relief sought.

*/s/ Amy E. Powell*
AMY E. POWELL
January 6, 2022

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing via CM/ECF on January 6, 2022, which notifies counsel of record of the filing.

*/s/ Amy E. Powell*
AMY E. POWELL
January 6, 2022