IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BENJAMIN COKER, JOSEPH CONNELL, et al.,**

    **Plaintiffs,**

v.                                     Case No. 3:21-cv-1211-AW-HTC

**LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING MOTION FOR EXTENSION

Defendants' unopposed motion for an extension of time to file the Rule 26(f) report (ECF No. 59) is GRANTED. The deadline is extended to January 13.

SO ORDERED on January 6, 2022.

                                          s/ *Allen Winsor*
                                          United States District Judge