**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| PUBLIC HEALTH AND MEDICAL PROFESSIONALS FOR TRANSPARENCY,<br><br>                               Plaintiff,<br>   -against-<br><br>FOOD AND DRUG ADMINISTRATION,<br><br>                            Defendant. | Civil Action No. 4:21-cv-01058-P |

## <u>JOINT REPORT</u>

Plaintiff, Public Health and Medical Professionals for Transparency ("**PHMPT**"), by and through its attorneys, and Defendant, the U.S. Food and Drug Administration (the "**FDA**"), by and through its attorney, hereby submit this Joint Report in compliance with the Court's Order of October 18, 2021, ECF No. 16.  The parties provide the following in response to the Court's inquiries:

1.     <u>Meeting of Counsel and Progress Toward Settlement</u>: On November 3, 2021, lead counsel for PHMPT, Aaron Siri, and lead counsel for FDA, Courtney Enlow, met in Arlington, Virginia.  Although no settlement was reached, the parties continued to negotiate in good faith a production schedule for the non-exempt portions of records responsive to PHMPT's Freedom of Information Act ("FOIA") request.

2.     <u>Summary of Claims and Defenses</u>:

       a.    PHMPT brought this action under the FOIA, 5 U.S.C. § 552, and 21 C.F.R. § 601.51(e), seeking from FDA: "All data and information for the Pfizer Vaccine enumerated in 21 C.F.R. § 601.51(e) with the exception of publicly available reports on the Vaccine Adverse Events Reporting System."

b.  FDA raised two defenses in its answer: (1) Some or all of the requested records or information may be exempt from disclosure, in whole or in part, under 5 U.S.C. § 552(b); and (2) Plaintiff's FOIA request is improper to the extent it does not reasonably describe the records requested, as required by 5 U.S.C. § 552(a)(3)(A).

3.  <u>Proposed Time Limit to Amend Pleadings and Join Parties</u>:  Plaintiff reserves the right to amend the pleadings and join parties as provided in the FRCP and Defendant's position is that no amendment of pleadings or joinder of parties is necessary in this FOIA action.

4.  <u>Proposed Time Limit to File Various Types of Motions, Including Dispositive Motions</u>:  The Plaintiff's position is that the FDA should make "immediately available" all documents underlying the licensure of Pfizer's Covid-19 vaccine, as required by 21 C.F.R. § 601.51(e).  Plaintiff therefore intends to file a motion for summary judgment seeking to compel the production of these documents as required by 21 C.F.R. § 601.51(e).

Defendant's Position: FDA respectfully submits that it is premature to set deadlines for dispositive motions, as such briefing in a FOIA case is appropriate not to compel production, as Plaintiff implies, but rather to litigate the adequacy of the search or the propriety of redacted information under FOIA exemptions.[1]  Defendant respectfully requests that the Court not set a

---

[1] Continuation of Defendant's Position: Contrary to Plaintiff's suggestion, FDA's regulations do not require or suggest that FDA will release all publicly releasable data immediately after a biologics license application is approved.  When read in context, it is clear that FDA's regulations establish when information in a biological product file is held in strict confidence by the agency and when certain data can be released to the public, for instance in response to standard processing of a request submitted under the Freedom of Information Act.  *See generally* 21 C.F.R. 601.51.  Put another way, the regulations establish the point in time when records that may previously have been unavailable for public disclosure lose their status as confidential and thus become available for public release "immediately" upon occurrence of the triggering event.  Specifically, under 21 C.F.R. 601.51, the existence of a biological product file will not be disclosed by FDA prior to BLA approval unless it has been previously disclosed or acknowledged, and no data or information in that file is available for public disclosure.  21 C.F.R. 601.51(b, c).  If the existence of the biological product file has been acknowledged before a license has been issued, FDA generally still will not make information and data in the file available for public disclosure prior to issuance of a BLA license.  21 C.F.R. 601.51(d).  Once a license has been issued, however, certain data and information in the biological product file become "immediately" available for public disclosure.  21 C.F.R. 601.51(e).  That means that if a properly submitted FOIA request is received

deadline for dispositive motions at this stage in the litigation and instead set a processing schedule. Once FDA has completed its production of records responsive to Plaintiff's FOIA request, Defendant proposes that the parties file a joint status report wherein they propose a schedule for summary judgment briefing.

5.   <u>Proposed Time Limit for Designation of Experts</u>: At this time, the parties agree that designations of experts will likely be unnecessary in this FOIA action.  Indeed, the U.S. District Court for the District of Columbia—which handles "[a] significant portion of the nation's FOIA actions"—explains in a comment to their Local Rule 16.3(b) that actions under FOIA are actions that "typically do not require discovery or actions in which an initial disclosure requirement would not make sense."

6.   <u>Proposed Time Limit for Objection to Experts</u>:  The parties agree that objections to experts are likely unnecessary for the reason set forth in paragraph 5.

7.   <u>Proposed Plan and Schedule for Discovery</u>:  The parties agree that a proposed plan and a schedule for discovery are not necessary at this stage in the proceedings for the reasons set forth in paragraph 5.

8.   <u>Statement on Limitations for Discovery</u>:  The parties agree that such limitations are not necessary at this stage of the proceedings for the reasons set forth in paragraph 5.

9.   <u>Statement on the Method for Disclosing and Conducting Discovery</u>:  The parties agree that such a statement is not necessary at this stage in the proceedings for the reasons set forth in paragraph 5.

---

for data and information listed in 21 C.F.R. 601.51(e), FDA may publicly release such information in response to such request, without need for additional agency action to reclassify as publicly releasable data and information that had previously been deemed confidential.  Many BLAs, including the one at issue in this case, contain hundreds of thousands of pages.  It is not feasible for FDA to review and produce such large volumes of data immediately upon the approval of each BLA, and FDA does not interpret its regulations to require such.

10.     <u>Proposals Regarding the Handling and Protection of Privileged or Trial Preparation</u>
<u>Material</u>:   The parties agree that such a proposal is unnecessary for the reasons set forth in
paragraph 5.

11.     <u>Proposed Trial Date</u>:  The parties agree that a proposed trial date is unnecessary at
this stage in the litigation because "[m]ost FOIA cases are resolved by the district court on
summary judgment, with the district court entering judgment as a matter of law." *Animal Legal*
*Def. Fund v. U.S. Food & Drug Admin.*, 836 F.3d 987, 989 (9th Cir. 2016).

12.     <u>Proposed Mediation Deadline</u>: The parties agree that mediation is not necessary in
this FOIA action.

13.     <u>Statement on Initial Disclosures</u>:   The parties agree that initial disclosures are not
necessary in this FOIA action for the reasons set forth in paragraph 5 and request that the Court
waive the initial disclosures requirement.  *See* U.S. District Court for the District of Columbia,
Local Rule 16.3(b) comment, 40 (describing FOIA cases as "actions that typically do not require
discovery or actions in which an initial disclosure requirement would not make sense"),
https://www.dcd.uscourts.gov/sites/dcd/files/local_rules/Local%20Rules%20Sept_2021_0.pdf.

14.     <u>Statement of Whether Parties Will Consent to a Trial Before a Magistrate Judge</u>:
The parties do not consent to a trial before a magistrate judge.

15.     <u>Whether a Conference with the Court is Desired</u>:

<u>Plaintiff's Position</u>: Plaintiff respectfully requests a conference with the Court as soon as
practicable.   The Plaintiff – comprised of highly accomplished scientists from prestigious
universities from across the country –  seeks a copy of the data provided by Pfizer to the FDA for
the licensure of its COVID-19 vaccine (the "**Pfizer Vaccine**" or "**Comirnaty**").   The FDA
received and reviewed this data and licensed Pfizer's vaccine in under four months.  Pursuant to

FDA's own regulation, this data is to be made "immediately available for public disclosure." 21

C.F.R. § 601.51(e).  Nonetheless, despite the passage of two and half months since licensure, the

FDA has not made a single page of Pfizer's submission public.  The FDA position appears to be

that while it was able to review the over 300,000 pages provided by Pfizer, including extensive

and complex statistical analysis and review, in less than four months, it can only review for public

production a few hundred pages this month.  The FDA provided Plaintiff with a PDF copy of the

index of the documents provided by Pfizer (copy attached) and in an attempt to compromise, the

Plaintiff asked if the FDA would produce the following by the end of this month:

1. *PDF page 27:*  CRFs for site 1055
2. *PDF page 31:*  CRFs for site 1081
3. *PDF page 38:*  CRFs for site 1096
4. *PDF page 46:*  CRFs for site 1128
5. *PDF page 10:*   Program Files/SAS files.  They want 3 to 4 SAS files as a sample, in the first instance, so that they client can assess whether it would like to prioritize the complete universe of SAS files.
6. *PDF page 1:*   5.2 - Tabular Listing of all Clinical Studies
7. *PDF page 1:*   4 – Nonclinical Study Reports
8. *PDF page 2:*   5.3.6 - Reports of Postmarketing Experience
9. *PDF page 3:*   16.1.1 - Protocol and/or Amendment, and specifically, Final Analysis Interim Independent Oversight Committees
10. *PDF page 6:*   Under the Analysis Datasets (ADaM), the Analysis Data Reviewers Guide, Analysis Dataset Definition, and Analysis Dataset Definition Stylesheet
11. *PDF page 11:*   Tabulation Datasets

The FDA rejected this proposal and only offered to provide item 6 on this list and one of the SAS

files.  At that rate of production, it would take over 80 years to produce the data Pfizer submitted

to the FDA to license its COVID-19 vaccine.

The FDA's position is also incredible given that the federal government is mandating that

millions of Americans receive Pfizer's vaccine under penalty of being fired from their jobs while

at the same time giving immunity to Pfizer for any injuries from this product.  This unique situation

demands the FDA (as its own regulations reflect) **immediately** make the data underlying the

licensure of this product public, including to the dozens of independent scientists on whose behalf this request was submitted. Plaintiff therefore seeks an immediate conference with the Court to address the FDA's refusal to timely produce the data underlying the licensure of Pfizer's COVID-19 vaccine.[2]

Defendant's Position: Defendant respectfully requests a conference with the Court to set a schedule for the processing of records responsive to Plaintiff's FOIA request.

FDA is committed to transparency, in general, and in particular with respect to records related to the Biological License Application ("**BLA**") for the Comirnaty vaccine.[3]

Plaintiff's FOIA request effectively seeks all publicly releasable information from the Comirnaty BLA. FDA has conducted an initial assessment of the number of records responsive to Plaintiff's FOIA request and has determined that more than 329,000 pages of documentary records, plus other files, typically containing data in a format similar to a spreadsheet that are not captured in this page count, such as SAS data files, are responsive to Plaintiff's FOIA request. Some of those spreadsheets themselves are extremely large, containing dozens of columns and more than ten thousand rows of data.

In processing records responsive to FOIA requests, FDA must conduct a careful review of records before they are released, often on a line-by-line basis. This review is entirely different from the review conducted by FDA's scientists when reviewing a BLA. The review that must be conducted in this case, which is conducted by government information specialists, is necessary to ensure that no information exempt from the FOIA is released. Plaintiff has requested records that

---

[2] The FDA claims it has released a significant amount of information on its website, but those documents are all the FDA's own analysis. Not the data provided by Pfizer to the FDA for licensure of Comirnaty.

[3] Indeed, FDA released a significant amount of information related to the Comirnaty approval on its website shortly after the BLA was approved. That information includes, among other things, the package insert, the approval letter, a summary of FDA's basis for action, and over a dozen FDA review memoranda. U.S. Food and Drug Admin., "Cominarty," https://www.fda.gov/vaccines-blood-biologics/comirnaty (last accessed: Nov. 4, 2021).

comprise information submitted by the vaccine sponsor (Pfizer-BioNTech).   From FDA's experience with other FOIA requests, such records can be expected to contain both confidential business and trade secret information of Pfizer or BioNTech and personal privacy information of individuals who participated in clinical trials.  This type of information is exempt from production under the FOIA.  *See* 5 U.S.C. § 552(b)(4), (b)(6).  To ensure protection of this information, and other information subject to withholding under the FOIA exemptions, FDA must carefully review and, if necessary, redact exempt information on a line-by-line basis.  Due to the vast size of Plaintiff's request, FDA's limited resources for processing FOIA requests, and currently extraordinary demand for FDA records,[4] it is not feasible for FDA to review and produce the substantial volume of records that Plaintiff seeks to obtain on a short timeframe.

FDA has worked with Plaintiff in an attempt to develop a production schedule that would prioritize production of the portion of the biological product file of most interest to Plaintiff. Plaintiff has provided a priority list to FDA, but Plaintiff's most recent proposal would require FDA to review and process over 20,000 pages in less than a month.

FDA is committed to processing Plaintiff's FOIA request as soon as practicable and has taken affirmative steps to do so.  FDA proposes to process and produce the non-exempt portions of the following records by the following dates:

- November 17:

  - From Section 5.2 of the BLA file:

---

[4] Because of FDA's size and the large number of records generated during the course of agency business, and the different components within FDA, the agency's FOIA program is decentralized.  Plaintiff's FOIA request is being processed by the Access Litigation and Freedom of Information Branch (the "Branch") in FDA's Center for Biologics Evaluation and Research ("CBER").  The Branch has a total of ten employees, including the director and two trainees. It is currently responsible for processing a total of approximately 400 currently pending FOIA requests, including Plaintiff's. CBER is currently involved in 6 active FOIA litigation matters.

- ▪ The Tabular Listing

- ▪ The Listing of Clinical Sites

  o The Reports of Postmarketing Experience from Section 5.3.6 of the BLA file

  o One SAS file.[5]

- • December 1: remainder of section 5.2 of the BLA file.

After the December 1 production, FDA proposes to work through Plaintiff's priority list in order of priority and process and release the non-exempt portions of those records to Plaintiff on a rolling basis.

This proposal is a reasonable processing schedule that takes into account FDA's obligations to respond to other document requests, meet its stipulated document processing deadlines in other matters, and thus, fairly respond to other FOIA requestors, including the many with requests that were received ahead of Plaintiff's. Moreover, this proposed processing schedule is consistent with those entered by courts around the country.[6]

---

[5] Plaintiff has requested to receive the SAS files in their native format. FDA customarily converts SAS files to PDF files because PDFs can be redacted to prevent the release of non-exempt information. However, FDA is willing to produce SAS files to Plaintiff (if it is feasible for FDA to do so) with the parties' understanding that FDA may have to delete, rather than redact, exempt information from those files to prevent disclosure of exempted information.

[6] See, e.g., Documented NY v. U.S. Dep't of State, No. 20 Civ. 1946 (AJN) (S.D.N.Y.) Dkt. 26 p.2 (denying plaintiff's processing rate demand of 2,500 pages per month and adopting Department of State's proposed 300 pages per month); NYCLU v. Admin. for Children & Families, No. 20 Civ. 183 (MKV), Dkt. 30 (S.D.N.Y. May 5, 2020) (400 pages per month); Color of Change v. U.S. Dep't of Homeland Sec., 325 F. Supp. 3d 447, 451 (S.D.N.Y. 2018) (500 pages per month); Davis v. U.S. Dep't of Homeland Sec., No. 11-cv-203 (ARR) (VMS), 2013 WL 3288418, at *1 (E.D.N.Y. June 27, 2013) (500 pages per month); Blakeney v. FBI, No. 17-cv-2288 (BAH), 2019 WL 450678, at *2 (D.D.C. Feb. 5, 2019) (500 pages per month); Colbert v. FBI, No. 16 Civ. 1790 (DLF), 2018 WL 6299966, at *3 (D.D.C. Sept. 3, 2018) (500 pages per month); Middle E. Forum v. U.S. Dep't of Homeland Sec., No. 17 Civ. 767 (RCL) (GMH), 2018 WL 1178022, at *3–4 (D.D.C. Mar. 5, 2018) (500 pages per month); id. at *3 n.3 (noting that, "[i]n a number of recent cases in this District, a production rate of 500 pages per month has been approved," and collecting cases); Republican Nat'l Comm. v. U.S. Dep't of State, No. 16 Civ. 486 (JEB), 2016 WL 9244625, at *1 (D.D.C. Sept. 16, 2016) (500 pages per month); Energy & Env't Legal Inst. v. U.S. Dep't of State, No. 17 Civ. 340 (D.D.C.), Minute Order of August 22, 2017 (300 pages per month); Judicial Watch, Inc. v. U.S. Dep't of State, No. 17 Civ. 205 (D.D.C.), Minute Order of June 30, 2017 (300 pages every four weeks); Am. Ctr. for Law & Justice v. U.S. Dep't of State, No. 16 Civ. 2516 (D.D.C.), Minute Order of June 27, 2017 (process 400 pages per month); Citizens United v. U.S. Dep't of State, No. 16 Civ. 67 (D.D.C.), Dkt. 17 at 3 (declining "to adopt Plaintiff's proposed production order of 2000 pages per month" and instead holding State "to its 300-page commitment"); Freedom Watch v. Bureau of Land Mgmt., No. 16

16.   <u>Other Information and Proposals</u>:  FDA has conducted an initial assessment of the volume of records responsive to PHMPT's request and has determined that there are at least 329,000 pages responsive to PHMPT's request.  The parties have conferred in good faith on several occasions in October and November 2021 to develop a proposed schedule for FDA to process and produce the non-exempt portions of records responsive to PHMPT's request to PHMPT.  The parties failed to reach agreement.

Dated:   November 5, 2021

SIRI & GLIMSTAD LLP
*/s/ Aaron Siri*
Aaron Siri, NY Bar No. 4321790
Elizabeth A. Brehm, NY Bar No. 4660353
Gabrielle G. Palmer, CO Bar No. 48948
200 Park Avenue
17th Floor
New York, New York 10166
Tel: (212) 532-1091
Fax: (646) 417-5967
aaron@sirillp.com
ebrehm@sirillp.com
gpalmer@sirillp.com


HOWIE LAW, PC
*/s/ John Howie*
John Howie
Texas Bar Number: 24027239
2608 Hibernia Street
Dallas, Texas 75204
Tel: (214) 622-6340
jhowie@howielaw.net

*Attorneys for Plaintiff*

---

Civ. 2320 (D.D.C.), Minute Order of June 13, 2017 (500 pages every 30 days); *Citizens United v. U.S. Dep't of State*, No. 15 Civ. 1720 (D.D.C.), Dkt. 11 ¶ 10 (500 pages every four weeks); *Judicial Watch, Inc. v. U.S. Dep't of State*, No. 15 Civ. 687 (D.D.C.), Minute Order of April 4, 2017 (500 pages per month).

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/Courtney D. Enlow*
COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

Counsel for Defendant

# ATTACHMENT

◢ 🖳 0001 --> 125742/0.0 (Original Application) - Recd 2021-05-06 - DATS# 1067058
  ▶ 📗 1 Administrative Information and Prescribing Information
  ▶ 📗 2 Common Technical Document Summaries
  ▶ 📗 4 Nonclinical Study Reports
  ◢ 📗 **5 Clinical Study Reports**
    ▶ 📗 5.2 Tabular Listing of all Clinical Studies
    ▶ 📗 5.3 Clinical Study Reports
    ▶ 📗 5.4 Literature References

▶ 📗 4 Nonclinical Study Reports

◢ 📗 **5 Clinical Study Reports**

  ◢ 📗 5.2 Tabular Listing of all Clinical Studies

      📄 [0001] Tabular Listing          ~12 pages

      📄 [0001] Listing of Clinical Sites and CVs     ~289 page

  ▶ 📗 5.3 Clinical Study Reports

  ▶ 📗 5.4 Literature References



5.3.5



Expanded sections for the Phase 1 / 2/ 3 study are below



16. APPENDICES
- 16.1. Study Information
  - 16.1.1 Protocol and/or Amendment
    - [0001] C4591001 - Final Analysis Interim Protocol or Amendment
    - [0001] C4591001 - Final Analysis Interim Independent Oversight Committees
    - [0001] C4591001 - Interim 6-Month Protocol or Amendment
    - [0001] C4591001 - Interim 6-Month Independent Oversight Committees
  - 16.1.2 Sample CRF
    - [0001] C4591001 - Final Analysis Interim Sample Case Report Form
    - [0001] C4591001 - Interim 6-Month Sample Case Report Form
  - 16.1.3 IEC and IRB and Consent Form Listings
    - [0001] C4591001 - Final Analysis Interim IEC IRB Consent Form List
    - [0001] C4591001 - Interim 6-Month IEC IRB Consent Form List
  - 16.1.4 Description of Investigators and Sites
    - [0001] C4591001 - Final Analysis Interim List Description Investigator Site
    - [0001] C4591001 - Interim 6-Month List Description Investigator Site
  - 16.1.5 Signatures of principal or coordinating investigator(s) or sponsor's responsible me

16.1.5 Signatures of principal or coordinating investigator(s) or sponsor's responsible medical
- [0001] C4591001 - Final Analysis Interim Signatures Sponsors
- [0001] C4591001 - Final Analysis Interim Signatures Investigators
- [0001] C4591001 - Interim 6-Month Signatures Sponsors
- [0001] C4591001 - Interim 6-Month Signatures Investigators
16.1.6 Listing of patients receiving test drug(s) from specified batch
- [0001] C4591001 - Final Analysis Interim List Patients With Batches
- [0001] C4591001 - Interim 6-Month List Patients With Batches
16.1.7 Randomisation Scheme
- [0001] C4591001 - Final Analysis Interim Randomization Scheme
- [0001] C4591001 - Final Analysis Interim Randomization Scheme (Sensitive)
- [0001] C4591001 - Interim 6-Month Randomization Scheme (Sensitive)
- [0001] C4591001 - Interim 6-Month Randomization Scheme
16.1.8 Audit Certificates or similar documentation
- [0001] C4591001 - Final Analysis Interim Audit Certificates
- [0001] C4591001 - Interim 6-Month Audit Certificates
16.1.9 Documentation of statistical methods and interim analysis plans
16.1.10 Documentation of Inter-laboratory Standardization Methods and Quality Assurance



16.1.9 Documentation of statistical methods and interim analysis plans
[0001] C4591001 - Final Analysis Interim Statistical Methods Analysis Plan
[0001] C4591001 - Interim 6-Month Statistical Methods Analysis Plan
16.1.10 Documentation of Inter-laboratory Standardization Methods and Quality Assurance
[0001] C4591001 - Final Analysis Interim Inter Laboratory Standardisation Methods Qualit
[0001] C4591001 - Interim 6-Month Inter Laboratory Standardisation Methods Quality Ass
16.1.11 Publications Based on the Study
[0001] C4591001 - Final Analysis Interim Publications Based on Study
[0001] C4591001 - Interim 6-Month Publications Based on Study
16.2. Patient Data Listings
16.2.1 Discontinued Patients Listing
[0001] C4591001 - Final Analysis Interim Discontinued Patients
[0001] C4591001 - Interim 6-Month Discontinued Patients
16.2.2 Protocol Deviation Listing
[0001] C4591001 - Final Analysis Interim Protocol Deviations
[0001] C4591001 - Final Analysis Interim Protocol Deviations (Sensitive)
[0001] C4591001 - Interim 6-Month Protocol Deviations
16.2.3 Patients Excluded from Efficacy Analysis Listing



◢ 📁 16.2.3 Patients Excluded from Efficacy Analysis Listing
    📄 [0001] C4591001 - Final Analysis Interim Patients Excluded from Efficacy Analysis (Sensitiv
    📄 [0001] C4591001 - Final Analysis Interim Patients Excluded from Efficacy Analysis
    📄 [0001] C4591001 - Interim 6-Month Patients Excluded from Efficacy Analysis (Sensitive)
    📄 [0001] C4591001 - Interim 6-Month Patients Excluded from Efficacy Analysis
◢ 📁 16.2.4 Demographic Data Listing
    📄 [0001] C4591001 - Final Analysis Interim Demographic Data
    📄 [0001] C4591001 - Interim 6-Month Demographic Data
◢ 📁 16.2.5 Compliance and/or Drug Concentration Data Listing
    📄 [0001] C4591001 - Final Analysis Interim Compliance and Drug Concentration Data (Sensi
    📄 [0001] C4591001 - Final Analysis Interim Compliance and Drug Concentration Data
    📄 [0001] C4591001 - Interim 6-Month Compliance and Drug Concentration Data (Sensitive)
    📄 [0001] C4591001 - Interim 6-Month Compliance and Drug Concentration Data
◢ 📁 16.2.6 Individual Efficacy Response Data Listing
    📄 [0001] C4591001 - Final Analysis Interim Individual Efficacy Response Data
    📄 [0001] C4591001 - Interim 6-Month Individual Efficacy Response Data
◢ 📁 16.2.7 File contains Adverse Event Listings
    ◢ 📁 16.2.7 File contains Adverse Event Listings
        📄 [0001] C4591001 - Final Analysis Interim Adverse Event Listings
        📄 [0001] C4591001 - Interim 6-Month Adverse Event Listings
        📄 [0001] C4591001 - Interim 6-Month Adverse Event Listings (Sensitive)
    ◢ 📁 16.2.8 Individual Laboratory Measurements Listed by Patient
        📄 [0001] C4591001 - Final Analysis Interim Listing Individual Laboratory Measurements
        📄 [0001] C4591001 - Final Analysis Interim Listing Individual Laboratory Measurements (Sensitiv
        📄 [0001] C4591001 - Interim 6-Month Listing Individual Laboratory Measurements (Sensitive)
◢ 📁 Datasets
    ◢ 📁 Analysis Datasets



- ▲ 📁 Datasets
  - ▲ 📁 Analysis Datasets
    - ▲ 📁 Analysis Datasets (Legacy)
      - 📄 **[0001] Annotated Case Report Form - Suppl**
    - ▲ 📁 Analysis Datasets (ADaM)
      - 📄 [0001] Analysis Data Reviewers Guide
      - 📄 [0001] Analysis Dataset Definition
      - 📄 [0001] Analysis Dataset Definition Stylesheet
      - 📄 [0001] bmi-12-15-scale - PDF
      - 📄 [0001] bmi-12-15-scale - XLSX
      - 📄 [0001] c4591001-phase-1-subjects-from-dmw - PDF



- 📄 [0001] c4591001-phase-1-subjects-from-dmw - PDF
- 📄 [0001] c4591001-phase-1-subjects-from-dmw - XLSX
- 📄 [0001] c4591001-subject-list-for-12-25-immuno-analysis-27jan2021 - PDF
- 📄 [0001] c4591001-subject-list-for-12-25-immuno-analysis-27jan2021 - XLSX
- 📄 [0001] comorbidity-categories - PDF
- 📄 [0001] comorbidity-categories - XLSX
- 📄 [0001] first-c4591001-360-participants-enrolled-v1-13aug2020-update - PDF
- 📄 [0001] first-c4591001-360-participants-enrolled-v1-13aug2020-update - XLSX
- 📄 [0001] newlist-c4591001-6k-participants-enrolled-v3-17sep2020 - PDF
- 📄 [0001] newlist-c4591001-6k-participants-enrolled-v3-17sep2020 - XLSX
- 📄 [0001] report-cci-aids-hiv - PDF
- 📄 [0001] report-cci-aids-hiv - XLSX
- 📄 [0001] report-cci-any-malignancy - PDF
- 📄 [0001] report-cci-any-malignancy - XLSX
- 📄 [0001] report-cci-cerebrovascular - PDF
- 📄 [0001] report-cci-cerebrovascular - XLSX
- 📄 [0001] report-cci-chf - PDF
- 📄 [0001] report-cci-chf - XLSX



[0001] report-cci-chf - XLSX
[0001] report-cci-dementia - PDF
[0001] report-cci-dementia - XLSX
[0001] report-cci-diabetes-with-comp - PDF
[0001] report-cci-diabetes-with-comp - XLSX
[0001] report-cci-diabetes-without-comp - PDF
[0001] report-cci-diabetes-without-comp - XLSX
[0001] report-cci-hemiplegia - PDF
[0001] report-cci-hemiplegia - XLSX
[0001] report-cci-leukemia - PDF
[0001] report-cci-leukemia - XLSX
[0001] report-cci-lymphoma - PDF
[0001] report-cci-lymphoma - XLSX
[0001] report-cci-metastatic-tumour - PDF
[0001] report-cci-metastatic-tumour - XLSX
[0001] report-cci-mi - PDF
[0001] report-cci-mi - XLSX
[0001] report-cci-mild-liver - PDF



[0001] report-cci-mild-liver - PDF
[0001] report-cci-mild-liver - XLSX
[0001] report-cci-mod-sev-liver - PDF
[0001] report-cci-mod-sev-liver - XLSX
[0001] report-cci-peptic-ulcer - PDF
[0001] report-cci-peptic-ulcer - XLSX
[0001] report-cci-periph-vasc - PDF
[0001] report-cci-periph-vasc - XLSX
[0001] report-cci-pulmonary - PDF
[0001] report-cci-pulmonary - XLSX
[0001] report-cci-renal - PDF
[0001] report-cci-renal - XLSX
[0001] report-cci-rheumatic - PDF
[0001] report-cci-rheumatic - XLSX
[0001] 201114-hiv-preferred-terms - PDF
[0001] 201114-hiv-preferred-terms - XLSX
[0001] Analysis Dataset Definition - Suppl
[0001] Analysis Dataset Definition Stylesheet - Suppl





📁 Program Files

- 📄 [0001] adae-s091-all-pd2-p3-saf1-sas
- 📄 [0001] adae-s091-all-pd2-p3-saf2-sas
- 📄 [0001] adae-s092-all-unb-p3-saf-sas
- 📄 [0001] adae-s092-cr-cut-p3x-saf-sas
- 📄 [0001] adae-sas
- 📄 [0001] adae-vax-tier2-p3-saf-sas
- 📄 [0001] adc19ef-sas
- 📄 [0001] adc19ef-ve-cov-7pd2-eval-sas
- 📄 [0001] adc19ef-ve-cov-7pd2-sg-eval-sas
- 📄 [0001] adc19ef-ve-cov-7pd2-wo-eval-sas
- 📄 [0001] adc19ef-ve-cov-7pd2-wo-sg-eval-sas
- 📄 [0001] adc19ef-ve-sev-cov-7pd2-eval-sas
- 📄 [0001] adc19ef-ve-sev-cov-7pd2-wo-eval-sas
- 📄 [0001] adc19ef-ve-sev-cov-pd1-aai-sas
- 📄 [0001] adce-s010-lr-p3-saf-sas
- 📄 [0001] adce-s020-se-p3-saf-sas
- 📄 [0001] adcevd-sas
- 📄 [0001] adcm-sas

[0001] adce-s010-lr-p3-saf-sas

[0001] adce-s020-se-p3-saf-sas

[0001] adcevd-sas

[0001] adcm-sas

[0001] adds-s002-all-p3-rand-sas

[0001] adds-sas

[0001] addv-sas

[0001] adfacevd-sas

[0001] admh-sas

[0001] adsl-demo-7d-eval-eff-sas

[0001] adsl-demo-7d-wwo-eval-eff-sas

[0001] adsl-fu-d2-p3-saf-sas

[0001] adsl-s005-demo-all-p3-saf-sas

[0001] adsl-sas

[0001] adsympt-sas

[0001] adva-sas

Tabulation Datasets

CRF's



Tabulation Datasets

Tabulation Datasets (Legacy)

[0001] Supplemental Analysis Reviewer Guide - Suppl

[0001] Roadmap for SDTM Dataset Updates - Suppl

[0001] Summary of Differences (CSR vs Update) - Suppl

[0001] Updated Reactogenicity TLFs - Suppl

[0001] Final Reactogenicity Tables (Track Changes) - Suppl

[0001] Data Tabulation Data Definition - Suppl

[0001] Data Tabulation Data Definition Stylesheet - Suppl

Tabulation Datasets (SDTM)

[0001] Clinical Study Data Reviewers Guide

[0001] Data Tabulation Data Definition

[0001] Data Tabulation Data Definition Stylesheet

[0001] Annotated Case Report Form

Datasets

CRF's



[0001] lb
[0001] mb
[0001] mh
[0001] mo
[0001] pe
[0001] pr
[0001] relrec
[0001] se
[0001] suppae
[0001] suppce
[0001] suppcm
[0001] suppdm
[0001] suppds
[0001] suppdv
[0001] suppec
[0001] suppex
[0001] suppface
[0001] suppho
[0001] suppie

[0001] suppie

[0001] suppis

[0001] supplb

[0001] suppmb

[0001] suppmh

[0001] suppmo

[0001] supppe

[0001] supppr

[0001] suppvs

[0001] sv

[0001] ta

[0001] te

[0001] ti

[0001] ts

[0001] tv

[0001] vs

[0001] ae - Suppl

[0001] ce - Suppl

[0001] dm - Suppl

- [0001] dm - Suppl
- [0001] ex - Suppl
- [0001] face - Suppl
- [0001] relrec - Suppl
- [0001] suppae - Suppl
- [0001] suppce - Suppl
- [0001] suppface - Suppl
- [0001] suppvs - Suppl
- [0001] vs - Suppl

CRF's

16.3 CRFs of Site
- [0001] C4591001 1001 10011093
- [0001] C4591001 1001 10011100
- [0001] C4591001 1001 10011135

16.3 CRFs of Site
- [0001] C4591001 1003 10031038
- [0001] C4591001 1003 10031065
- [0001] C4591001 1003 10031111

[0001] C4591001 1003 10031111

[0001] C4591001 1003 10031113

[0001] C4591001 1003 10031149

[0001] C4591001 1003 10031186

[0001] C4591001 1003 10031197

[0001] C4591001 1003 10031207

16.3 CRFs of Site

[0001] C4591001 1005 10051047

[0001] C4591001 1005 10051054

[0001] C4591001 1005 10051069

[0001] C4591001 1005 10051214

[0001] C4591001 1005 10051293

[0001] C4591001 1005 10051347

[0001] C4591001 1005 10051387

[0001] C4591001 1005 10051411

16.3 CRFs of Site

[0001] C4591001 1006 10061020

[0001] C4591001 1006 10061040

[0001] C4591001 1006 10061040

[0001] C4591001 1006 10061052

[0001] C4591001 1006 10061094

[0001] C4591001 1006 10061098

[0001] C4591001 1006 10061176

16.3 CRFs of Site

[0001] C4591001 1007 10071050

[0001] C4591001 1007 10071097

[0001] C4591001 1007 10071101

[0001] C4591001 1007 10071117

[0001] C4591001 1007 10071124

[0001] C4591001 1007 10071159

[0001] C4591001 1007 10071192

[0001] C4591001 1007 10071276

[0001] C4591001 1007 10071280

[0001] C4591001 1007 10071306

[0001] C4591001 1007 10071315

[0001] C4591001 1007 10071347

[0001] C4591001 1007 10071347
[0001] C4591001 1007 10071441
[0001] C4591001 1007 10071443

16.3 CRFs of Site

[0001] C4591001 1008 10081056
[0001] C4591001 1008 10081152
[0001] C4591001 1008 10081184
[0001] C4591001 1008 10081337
[0001] C4591001 1008 10081603
[0001] C4591001 1008 10081628
[0001] C4591001 1008 10081667

16.3 CRFs of Site

[0001] C4591001 1009 10091123
[0001] C4591001 1009 10091128
[0001] C4591001 1009 10091135
[0001] C4591001 1009 10091149

16.3 CRFs of Site

[0001] C4591001 1011 10111029



16.3 CRFs of Site
  [0001] C4591001 1011 10111029
  [0001] C4591001 1011 10111181

16.3 CRFs of Site
  [0001] C4591001 1012 10121097
  [0001] C4591001 1012 10121112
  [0001] C4591001 1012 10121163

16.3 CRFs of Site
  [0001] C4591001 1013 10131084
  [0001] C4591001 1013 10131089
  [0001] C4591001 1013 10131165
  [0001] C4591001 1013 10131176
  [0001] C4591001 1013 10131190
  [0001] C4591001 1013 10131229
  [0001] C4591001 1013 10131255
  [0001] C4591001 1013 10131386
  [0001] C4591001 1013 10131517
  [0001] C4591001 1013 10131554



[0001] C4591001 1013 10131653

[0001] C4591001 1013 10131656

[0001] C4591001 1013 10131658

[0001] C4591001 1013 10131699

[0001] C4591001 1013 10131718

[0001] C4591001 1013 10131786

16.3 CRFs of Site

[0001] C4591001 1015 10151011

[0001] C4591001 1015 10151035

[0001] C4591001 1015 10151047

[0001] C4591001 1015 10151071

[0001] C4591001 1015 10151089

[0001] C4591001 1015 10151101

[0001] C4591001 1015 10151134

[0001] C4591001 1015 10151225

[0001] C4591001 1015 10151238

16.3 CRFs of Site

[0001] C4591001 1016 10161042



- 16.3 CRFs of Site
  - [0001] C4591001 1016 10161042
  - [0001] C4591001 1016 10161087
  - [0001] C4591001 1016 10161103
  - [0001] C4591001 1016 10161120
  - [0001] C4591001 1016 10161128
  - [0001] C4591001 1016 10161199
  - [0001] C4591001 1016 10161265
  - [0001] C4591001 1016 10161277
  - [0001] C4591001 1016 10161289
- 16.3 CRFs of Site
  - [0001] C4591001 1018 10181031
  - [0001] C4591001 1018 10181090
  - [0001] C4591001 1018 10181111
  - [0001] C4591001 1018 10181132
  - [0001] C4591001 1018 10181159
- 16.3 CRFs of Site
  - [0001] C4591001 1019 10191002



16.3 CRFs of Site

[0001] C4591001 1019 10191002

[0001] C4591001 1019 10191010

[0001] C4591001 1019 10191021

[0001] C4591001 1019 10191037

[0001] C4591001 1019 10191071

[0001] C4591001 1019 10191145

[0001] C4591001 1019 10191146

[0001] C4591001 1019 10191215

[0001] C4591001 1019 10191226

[0001] C4591001 1019 10191229

[0001] C4591001 1019 10191254

16.3 CRFs of Site

[0001] C4591001 1021 10211044

[0001] C4591001 1021 10211081

[0001] C4591001 1021 10211084

[0001] C4591001 1021 10211127

[0001] C4591001 1021 10211181

[0001] C4591001 1021 10211181
[0001] C4591001 1021 10211190

▲ 📘 16.3 CRFs of Site
[0001] C4591001 1022 10221024
[0001] C4591001 1022 10221053
[0001] C4591001 1022 10221108
[0001] C4591001 1022 10221142
[0001] C4591001 1022 10221164

▲ 📘 16.3 CRFs of Site
[0001] C4591001 1027 10271054
[0001] C4591001 1027 10271105
[0001] C4591001 1027 10271191

▲ 📘 16.3 CRFs of Site
[0001] C4591001 1028 10281003
[0001] C4591001 1028 10281028
[0001] C4591001 1028 10281033
[0001] C4591001 1028 10281059
[0001] C4591001 1028 10281060

[0001] C4591001 1028 10281060
[0001] C4591001 1028 10281083
[0001] C4591001 1028 10281205
[0001] C4591001 1028 10281283

16.3 CRFs of Site
  [0001] C4591001 1030 10301059
  [0001] C4591001 1030 10301110

16.3 CRFs of Site
  [0001] C4591001 1036 10361140

16.3 CRFs of Site
  [0001] C4591001 1037 10371052
  [0001] C4591001 1037 10371141
  [0001] C4591001 1037 10371214
  [0001] C4591001 1037 10371318

16.3 CRFs of Site
  [0001] C4591001 1038 10381050
  [0001] C4591001 1038 10381051
  [0001] C4591001 1038 10381101



[0001] C4591001 1038 10381101

16.3 CRFs of Site

[0001] C4591001 1039 10391010
[0001] C4591001 1039 10391012
[0001] C4591001 1039 10391038
[0001] C4591001 1039 10391039
[0001] C4591001 1039 10391075
[0001] C4591001 1039 10391120

16.3 CRFs of Site

[0001] C4591001 1042 10421023
[0001] C4591001 1042 10421034
[0001] C4591001 1042 10421129
[0001] C4591001 1042 10421166
[0001] C4591001 1042 10421217
[0001] C4591001 1042 10421259

16.3 CRFs of Site

[0001] C4591001 1044 10441093
[0001] C4591001 1044 10441111

[0001] C4591001 1044 10441111

[0001] C4591001 1044 10441139

[0001] C4591001 1044 10441152

[0001] C4591001 1044 10441163

[0001] C4591001 1044 10441194

**16.3 CRFs of Site**

[0001] C4591001 1046 10461009

[0001] C4591001 1046 10461046

[0001] C4591001 1046 10461118

[0001] C4591001 1046 10461175

**16.3 CRFs of Site**

[0001] C4591001 1047 10471012

[0001] C4591001 1047 10471114

[0001] C4591001 1047 10471189

[0001] C4591001 1047 10471194

[0001] C4591001 1047 10471252

[0001] C4591001 1047 10471254

[0001] C4591001 1047 10471290

[0001] C4591001 1047 10471290
[0001] C4591001 1047 10471318

16.3 CRFs of Site
[0001] C4591001 1048 10481032
[0001] C4591001 1048 10481088
[0001] C4591001 1048 10481104

16.3 CRFs of Site
[0001] C4591001 1052 10521172

16.3 CRFs of Site
[0001] C4591001 1054 10541067
[0001] C4591001 1054 10541168
[0001] C4591001 1054 10541173
[0001] C4591001 1054 10541186

16.3 CRFs of Site
[0001] C4591001 1055 10551006
[0001] C4591001 1055 10551012
[0001] C4591001 1055 10551084
[0001] C4591001 1055 10551092

[0001] C4591001 1055 10551092

[0001] C4591001 1055 10551094

[0001] C4591001 1055 10551128

[0001] C4591001 1055 10551139

[0001] C4591001 1055 10551145

[0001] C4591001 1055 10551153

[0001] C4591001 1055 10551176

[0001] C4591001 1055 10551182

16.3 CRFs of Site

[0001] C4591001 1056 10561022

16.3 CRFs of Site

[0001] C4591001 1057 10571052

[0001] C4591001 1057 10571065

[0001] C4591001 1057 10571137

[0001] C4591001 1057 10571188

[0001] C4591001 1057 10571327

16.3 CRFs of Site

[0001] C4591001 1066 10661202



◢ 🗂 16.3 CRFs of Site
  📄 [0001] C4591001 1066 10661202
  📄 [0001] C4591001 1066 10661242
  📄 [0001] C4591001 1066 10661350

◢ 🗂 16.3 CRFs of Site
  📄 [0001] C4591001 1068 10681066
  📄 [0001] C4591001 1068 10681079
  📄 [0001] C4591001 1068 10681091
  📄 [0001] C4591001 1068 10681111

◢ 🗂 16.3 CRFs of Site
  📄 [0001] C4591001 1071 10711023
  📄 [0001] C4591001 1071 10711169
  📄 [0001] C4591001 1071 10711171
  📄 [0001] C4591001 1071 10711172

◢ 🗂 16.3 CRFs of Site
  📄 [0001] C4591001 1072 10721007
  📄 [0001] C4591001 1072 10721037
  📄 [0001] C4591001 1072 10721064



[0001] C4591001 1072 10721064

◢ 16.3 CRFs of Site
  [0001] C4591001 1077 10771049
  [0001] C4591001 1077 10771137
  [0001] C4591001 1077 10771188
  [0001] C4591001 1077 10771194
  [0001] C4591001 1077 10771226

◢ 16.3 CRFs of Site
  [0001] C4591001 1079 10791004
  [0001] C4591001 1079 10791044
  [0001] C4591001 1079 10791076
  [0001] C4591001 1079 10791183
  [0001] C4591001 1079 10791199
  [0001] C4591001 1079 10791228
  [0001] C4591001 1079 10791246

◢ 16.3 CRFs of Site
  [0001] C4591001 1080 10801006
  [0001] C4591001 1080 10801013

- 16.3 CRFs of Site
  - [0001] C4591001 1080 10801006
  - [0001] C4591001 1080 10801013
  - [0001] C4591001 1080 10801035
  - [0001] C4591001 1080 10801059
  - [0001] C4591001 1080 10801152
- 16.3 CRFs of Site
  - [0001] C4591001 1081 10811026
  - [0001] C4591001 1081 10811030
  - [0001] C4591001 1081 10811036
  - [0001] C4591001 1081 10811045
  - [0001] C4591001 1081 10811046
  - [0001] C4591001 1081 10811048
  - [0001] C4591001 1081 10811061
  - [0001] C4591001 1081 10811090
  - [0001] C4591001 1081 10811102
  - [0001] C4591001 1081 10811110
  - [0001] C4591001 1081 10811135

[0001] C4591001 1081 10811135

[0001] C4591001 1081 10811170

[0001] C4591001 1081 10811179

[0001] C4591001 1081 10811194

16.3 CRFs of Site

[0001] C4591001 1082 10821076

[0001] C4591001 1082 10821083

[0001] C4591001 1082 10821094

[0001] C4591001 1082 10821149

16.3 CRFs of Site

[0001] C4591001 1083 10831023

[0001] C4591001 1083 10831029

[0001] C4591001 1083 10831050

[0001] C4591001 1083 10831060

[0001] C4591001 1083 10831124

[0001] C4591001 1083 10831162

[0001] C4591001 1083 10831173

[0001] C4591001 1083 10831194



[0001] C4591001 1083 10831194

16.3 CRFs of Site

[0001] C4591001 1084 10841141

[0001] C4591001 1084 10841219

[0001] C4591001 1084 10841266

[0001] C4591001 1084 10841317

[0001] C4591001 1084 10841470

[0001] C4591001 1084 10841480

[0001] C4591001 1084 10841538

16.3 CRFs of Site

[0001] C4591001 1085 10851018

[0001] C4591001 1085 10851116

[0001] C4591001 1085 10851129

[0001] C4591001 1085 10851216

[0001] C4591001 1085 10851246

16.3 CRFs of Site

[0001] C4591001 1087 10871029

[0001] C4591001 1087 10871070

[0001] C4591001 1087 10871070

[0001] C4591001 1087 10871121

[0001] C4591001 1087 10871150

[0001] C4591001 1087 10871152

[0001] C4591001 1087 10871191

[0001] C4591001 1087 10871228

[0001] C4591001 1087 10871266

[0001] C4591001 1087 10871286

[0001] C4591001 1087 10871289

[0001] C4591001 1087 10871354

[0001] C4591001 1087 10871355

[0001] C4591001 1087 10871557

16.3 CRFs of Site

[0001] C4591001 1088 10881126

[0001] C4591001 1088 10881139

[0001] C4591001 1088 10881220

16.3 CRFs of Site

[0001] C4591001 1089 10891042



◢ 📘 16.3 CRFs of Site
- [0001] C4591001 1089 10891042
- [0001] C4591001 1089 10891065
- [0001] C4591001 1089 10891073
- [0001] C4591001 1089 10891088
- [0001] C4591001 1089 10891150
- [0001] C4591001 1089 10891181
- [0001] C4591001 1089 10891182
- [0001] C4591001 1089 10891273
- [0001] C4591001 1089 10891289

◢ 📘 16.3 CRFs of Site
- [0001] C4591001 1090 10901099
- [0001] C4591001 1090 10901140
- [0001] C4591001 1090 10901175
- [0001] C4591001 1090 10901187
- [0001] C4591001 1090 10901300
- [0001] C4591001 1090 10901354
- [0001] C4591001 1090 10901384

[0001] C4591001 1090 10901384

[0001] C4591001 1090 10901394

[0001] C4591001 1090 10901415

[0001] C4591001 1090 10901486

[0001] C4591001 1090 10901492

[0001] C4591001 1090 10901507

[0001] C4591001 1090 10901536

16.3 CRFs of Site

[0001] C4591001 1091 10911002

[0001] C4591001 1091 10911170

[0001] C4591001 1091 10911197

[0001] C4591001 1091 10911213

[0001] C4591001 1091 10911247

[0001] C4591001 1091 10911274

[0001] C4591001 1091 10911297

[0001] C4591001 1091 10911299

[0001] C4591001 1091 10911300

16.3 CRFs of Site



16.3 CRFs of Site
[0001] C4591001 1092 10921010
[0001] C4591001 1092 10921015
[0001] C4591001 1092 10921021
[0001] C4591001 1092 10921048
[0001] C4591001 1092 10921120
[0001] C4591001 1092 10921123
[0001] C4591001 1092 10921187
[0001] C4591001 1092 10921208
16.3 CRFs of Site
[0001] C4591001 1093 10931058
[0001] C4591001 1093 10931067
[0001] C4591001 1093 10931128
[0001] C4591001 1093 10931141
16.3 CRFs of Site
**[0001] C4591001 1094 10941112**
[0001] C4591001 1094 10941155
16.3 CRFs of Site
[0001] C4591001 1095 10951009

16.3 CRFs of Site

[0001] C4591001 1095 10951009

[0001] C4591001 1095 10951080

[0001] C4591001 1095 10951101

[0001] C4591001 1095 10951107

[0001] C4591001 1095 10951125

[0001] C4591001 1095 10951134

[0001] C4591001 1095 10951141

[0001] C4591001 1095 10951173

[0001] C4591001 1095 10951180

[0001] C4591001 1095 10951197

[0001] C4591001 1095 10951204

[0001] C4591001 1095 10951206

[0001] C4591001 1095 10951228

[0001] C4591001 1095 10951256

16.3 CRFs of Site

[0001] C4591001 1096 10961017

[0001] C4591001 1096 10961031

[0001] C4591001 1096 10961036

[0001] C4591001 1096 10961036

[0001] C4591001 1096 10961044

[0001] C4591001 1096 10961056

[0001] C4591001 1096 10961062

[0001] C4591001 1096 10961181

[0001] C4591001 1096 10961278

[0001] C4591001 1096 10961355

16.3 CRFs of Site

[0001] C4591001 1097 10971011

[0001] C4591001 1097 10971017

[0001] C4591001 1097 10971023

[0001] C4591001 1097 10971025

[0001] C4591001 1097 10971026

[0001] C4591001 1097 10971031

[0001] C4591001 1097 10971061

[0001] C4591001 1097 10971064

[0001] C4591001 1097 10971084

[0001] C4591001 1097 10971087

16.3 CRFs of Site

▲ 📘 16.3 CRFs of Site
- 📄 [0001] C4591001 1098 10981024

▲ 📘 16.3 CRFs of Site
- 📄 [0001] C4591001 1101 11011115

▲ 📘 16.3 CRFs of Site
- 📄 [0001] C4591001 1107 11071031
- 📄 [0001] C4591001 1107 11071044
- 📄 [0001] C4591001 1107 11071065
- 📄 [0001] C4591001 1107 11071116
- 📄 [0001] C4591001 1107 11071191
- 📄 [0001] C4591001 1107 11071196

▲ 📘 16.3 CRFs of Site
- 📄 [0001] C4591001 1109 11091036
- 📄 [0001] C4591001 1109 11091074
- 📄 [0001] C4591001 1109 11091084
- 📄 [0001] C4591001 1109 11091111
- 📄 [0001] C4591001 1109 11091164
- 📄 [0001] C4591001 1109 11091204
- 📄 [0001] C4591001 1109 11091269

[0001] C4591001 1109 11091269

[0001] C4591001 1109 11091276

[0001] C4591001 1109 11091284

[0001] C4591001 1109 11091387

[0001] C4591001 1109 11091415

[0001] C4591001 1109 11091448

[0001] C4591001 1109 11091503

[0001] C4591001 1109 11091558

16.3 CRFs of Site

[0001] C4591001 1110 11101031

[0001] C4591001 1110 11101160

[0001] C4591001 1110 11101164

[0001] C4591001 1110 11101165

[0001] C4591001 1110 11101176

[0001] C4591001 1110 11101187

[0001] C4591001 1110 11101220

[0001] C4591001 1110 11101236

[0001] C4591001 1110 11101271

[0001] C4591001 1110 11101302



[0001] **C4591001 1110 11101302**

[0001] C4591001 1110 11101321

[0001] C4591001 1110 11101367

16.3 CRFs of Site

[0001] C4591001 1111 11111010

[0001] C4591001 1111 11111011

[0001] C4591001 1111 11111016

[0001] C4591001 1111 11111092

[0001] C4591001 1111 11111095

[0001] C4591001 1111 11111099

[0001] C4591001 1111 11111103

[0001] C4591001 1111 11111109

[0001] C4591001 1111 11111130

[0001] C4591001 1111 11111139

[0001] C4591001 1111 11111193

16.3 CRFs of Site

[0001] C4591001 1112 11121118

[0001] C4591001 1112 11121122

[0001] C4591001 1112 11121193

[0001] C4591001 1112 11121193

[0001] C4591001 1112 11121255

[0001] C4591001 1112 11121301

[0001] C4591001 1112 11121337

◢  📘 16.3 CRFs of Site

[0001] C4591001 1114 11141006

[0001] C4591001 1114 11141050

[0001] C4591001 1114 11141075

[0001] C4591001 1114 11141080

◢  📘 16.3 CRFs of Site

[0001] C4591001 1116 11161045

[0001] C4591001 1116 11161059

[0001] C4591001 1116 11161131

[0001] C4591001 1116 11161160

[0001] C4591001 1116 11161198

[0001] C4591001 1116 11161224

[0001] C4591001 1116 11161253

◢  📘 16.3 CRFs of Site

[0001] C4591001 1117 11171036



16.3 CRFs of Site
- [0001] C4591001 1117 11171036
- [0001] C4591001 1117 11171058
- [0001] C4591001 1117 11171079
- [0001] C4591001 1117 11171086
- [0001] C4591001 1117 11171088
- [0001] C4591001 1117 11171121
- [0001] C4591001 1117 11171141
- [0001] C4591001 1117 11171146
- [0001] C4591001 1117 11171167
- [0001] C4591001 1117 11171186

16.3 CRFs of Site
- [0001] C4591001 1118 11181013
- [0001] C4591001 1118 11181031
- [0001] C4591001 1118 11181044
- [0001] C4591001 1118 11181057
- [0001] C4591001 1118 11181074
- [0001] C4591001 1118 11181123

16.3 CRFs of Site



16.3 CRFs of Site
  [0001] C4591001 1120 11201002
  [0001] C4591001 1120 11201050
  [0001] C4591001 1120 11201059
  [0001] C4591001 1120 11201127
  [0001] C4591001 1120 11201266
  [0001] C4591001 1120 11201350
  [0001] C4591001 1120 11201432
16.3 CRFs of Site
  [0001] C4591001 1121 11211112
16.3 CRFs of Site
  [0001] C4591001 1122 11221026
  [0001] C4591001 1122 11221051
  [0001] C4591001 1122 11221053
16.3 CRFs of Site
  [0001] C4591001 1123 11231204
  [0001] C4591001 1123 11231381
16.3 CRFs of Site
  [0001] C4591001 1124 11241106

[0001] C4591001 1124 11241106

[0001] C4591001 1124 11241128

[0001] C4591001 1124 11241207

[0001] C4591001 1124 11241223

16.3 CRFs of Site

[0001] C4591001 1125 11251014

[0001] C4591001 1125 11251020

[0001] C4591001 1125 11251154

[0001] C4591001 1125 11251243

16.3 CRFs of Site

[0001] C4591001 1126 11261017

[0001] C4591001 1126 11261244

16.3 CRFs of Site

[0001] C4591001 1127 11271023

[0001] C4591001 1127 11271112

16.3 CRFs of Site

[0001] C4591001 1128 11281009

[0001] C4591001 1128 11281014

[0001] C4591001 1128 11281103

[0001] C4591001 1128 11281103

[0001] C4591001 1128 11281123

[0001] C4591001 1128 11281138

[0001] C4591001 1128 11281153

[0001] C4591001 1128 11281192

[0001] C4591001 1128 11281198

[0001] C4591001 1128 11281241

[0001] C4591001 1128 11281250

[0001] C4591001 1128 11281267

[0001] C4591001 1128 11281296

[0001] C4591001 1128 11281359

16.3 CRFs of Site

[0001] C4591001 1129 11291005

[0001] C4591001 1129 11291032

[0001] C4591001 1129 11291037

[0001] C4591001 1129 11291045

[0001] C4591001 1129 11291046

[0001] C4591001 1129 11291059

[0001] C4591001 1129 11291074

[0001] C4591001 1129 11291074
[0001] C4591001 1129 11291095
[0001] C4591001 1129 11291127
[0001] C4591001 1129 11291138
[0001] C4591001 1129 11291161
[0001] C4591001 1129 11291166
[0001] C4591001 1129 11291183
[0001] C4591001 1129 11291260

16.3 CRFs of Site
[0001] C4591001 1130 11301031
[0001] C4591001 1130 11301081

16.3 CRFs of Site
[0001] C4591001 1131 11311021
[0001] C4591001 1131 11311067
[0001] C4591001 1131 11311094
[0001] C4591001 1131 11311095
[0001] C4591001 1131 11311100
[0001] C4591001 1131 11311140
[0001] C4591001 1131 11311145

[0001] C4591001 1131 11311145

[0001] C4591001 1131 11311151

[0001] C4591001 1131 11311161

[0001] C4591001 1131 11311204

[0001] C4591001 1131 11311216

[0001] C4591001 1131 11311222

16.3 CRFs of Site

[0001] C4591001 1133 11331006

[0001] C4591001 1133 11331147

[0001] C4591001 1133 11331207

[0001] C4591001 1133 11331317

[0001] C4591001 1133 11331537

[0001] C4591001 1133 11331640

16.3 CRFs of Site

[0001] C4591001 1134 11341019

[0001] C4591001 1134 11341058

[0001] C4591001 1134 11341085

[0001] C4591001 1134 11341153

[0001] C4591001 1134 11341174

[0001] C4591001 1134 11341174
[0001] C4591001 1134 11341250
[0001] C4591001 1134 11341327
[0001] C4591001 1134 11341378
[0001] C4591001 1134 11341432

16.3 CRFs of Site

[0001] C4591001 1135 11351033
[0001] C4591001 1135 11351143
[0001] C4591001 1135 11351257
[0001] C4591001 1135 11351265
[0001] C4591001 1135 11351368
[0001] C4591001 1135 11351434
[0001] C4591001 1135 11351563

16.3 CRFs of Site

[0001] C4591001 1136 11361029
[0001] C4591001 1136 11361082
[0001] C4591001 1136 11361102

16.3 CRFs of Site

[0001] C4591001 1139 11391024



16.3 CRFs of Site
   [0001] C4591001 1139 11391024
   [0001] C4591001 1139 11391068
16.3 CRFs of Site
   [0001] C4591001 1140 11401002
   [0001] C4591001 1140 11401009
   [0001] C4591001 1140 11401020
   [0001] C4591001 1140 11401035
   [0001] C4591001 1140 11401066
   [0001] C4591001 1140 11401078
   [0001] C4591001 1140 11401117
   [0001] C4591001 1140 11401156
   [0001] C4591001 1140 11401180
   [0001] C4591001 1140 11401181
   [0001] C4591001 1140 11401244
   [0001] C4591001 1140 11401282
   [0001] C4591001 1140 11401285
   [0001] C4591001 1140 11401306
16.3 CRFs of Site



16.3 CRFs of Site
- [0001] C4591001 1141 11411113
- [0001] C4591001 1141 11411140
- [0001] C4591001 1141 11411143
- [0001] C4591001 1141 11411153
- [0001] C4591001 1141 11411221
- [0001] C4591001 1141 11411230
- [0001] C4591001 1141 11411270

16.3 CRFs of Site
- [0001] C4591001 1142 11421032
- [0001] C4591001 1142 11421044
- [0001] C4591001 1142 11421073
- [0001] C4591001 1142 11421084
- [0001] C4591001 1142 11421202
- [0001] C4591001 1142 11421215
- [0001] C4591001 1142 11421247
- [0001] C4591001 1142 11421256

16.3 CRFs of Site
- [0001] C4591001 1145 11451042

[0001] C4591001 1145 11451042

[0001] C4591001 1145 11451055

[0001] C4591001 1145 11451056

[0001] C4591001 1145 11451059

[0001] C4591001 1145 11451063

[0001] C4591001 1145 11451076

16.3 CRFs of Site

[0001] C4591001 1146 11461015

[0001] C4591001 1146 11461109

[0001] C4591001 1146 11461133

[0001] C4591001 1146 11461152

[0001] C4591001 1146 11461161

[0001] C4591001 1146 11461181

[0001] C4591001 1146 11461191

[0001] C4591001 1146 11461200

[0001] C4591001 1146 11461235

[0001] C4591001 1146 11461264

[0001] C4591001 1146 11461302

16.3 CRFs of Site

16.3 CRFs of Site
   [0001] C4591001 1147 11471007
   [0001] C4591001 1147 11471230
   [0001] C4591001 1147 11471239

16.3 CRFs of Site
   [0001] C4591001 1149 11491239
   [0001] C4591001 1149 11491313

16.3 CRFs of Site
   [0001] C4591001 1150 11501001
   [0001] C4591001 1150 11501022
   [0001] C4591001 1150 11501037
   [0001] C4591001 1150 11501069
   [0001] C4591001 1150 11501084
   [0001] C4591001 1150 11501093
   [0001] C4591001 1150 11501153

16.3 CRFs of Site
   [0001] C4591001 1152 11521053
   [0001] C4591001 1152 11521085
   [0001] C4591001 1152 11521095





- 16.3 CRFs of Site
  - [0001] C4591001 1157 11571066
  - [0001] C4591001 1157 11571134
- 16.3 CRFs of Site
  - [0001] C4591001 1161 11611016
  - [0001] C4591001 1161 11611020
- 16.3 CRFs of Site
  - [0001] C4591001 1162 11621059
  - [0001] C4591001 1162 11621128
  - [0001] C4591001 1162 11621276
  - [0001] C4591001 1162 11621327
- 16.3 CRFs of Site
  - [0001] C4591001 1163 11631059
- 16.3 CRFs of Site
  - [0001] C4591001 1166 11661047
  - [0001] C4591001 1166 11661078
- 16.3 CRFs of Site
  - [0001] C4591001 1167 11671009
  - [0001] C4591001 1167 11671069

[0001] C4591001 1167 11671069
[0001] C4591001 1167 11671077
[0001] C4591001 1167 11671085
[0001] C4591001 1167 11671175

16.3 CRFs of Site
   [0001] C4591001 1168 11681083
   [0001] C4591001 1168 11681225

16.3 CRFs of Site
   [0001] C4591001 1169 11691010
   [0001] C4591001 1169 11691055
   [0001] C4591001 1169 11691056

16.3 CRFs of Site
   [0001] C4591001 1170 11701013
   [0001] C4591001 1170 11701090
   [0001] C4591001 1170 11701121
   [0001] C4591001 1170 11701217

16.3 CRFs of Site
   [0001] C4591001 1171 11711023
   [0001] C4591001 1171 11711045

[0001] C4591001 1171 11711045
[0001] C4591001 1171 11711212
16.3 CRFs of Site
[0001] C4591001 1174 11741042
16.3 CRFs of Site
[0001] C4591001 1177 11771204
[0001] C4591001 1177 11771222
[0001] C4591001 1177 11771317
16.3 CRFs of Site
[0001] C4591001 1178 11781012
[0001] C4591001 1178 11781015
[0001] C4591001 1178 11781025
[0001] C4591001 1178 11781048
[0001] C4591001 1178 11781061
[0001] C4591001 1178 11781073
[0001] C4591001 1178 11781107
[0001] C4591001 1178 11781122
[0001] C4591001 1178 11781138
[0001] C4591001 1178 11781164

[0001] C4591001 1178 11781164
[0001] C4591001 1178 11781167
[0001] C4591001 1178 11781257
[0001] C4591001 1178 11781287
[0001] C4591001 1178 11781293
[0001] C4591001 1178 11781300

16.3 CRFs of Site
[0001] C4591001 1185 11851055

16.3 CRFs of Site
[0001] C4591001 1194 11941002
[0001] C4591001 1194 11941033
[0001] C4591001 1194 11941058

16.3 CRFs of Site
[0001] C4591001 1195 11951003
[0001] C4591001 1195 11951006
[0001] C4591001 1195 11951008
[0001] C4591001 1195 11951014
[0001] C4591001 1195 11951017
[0001] C4591001 1195 11951023

[0001] C4591001 1195 11951023
[0001] C4591001 1195 11951059
[0001] C4591001 1195 11951131
[0001] C4591001 1195 11951132

16.3 CRFs of Site
[0001] C4591001 1197 11971097

16.3 CRFs of Site
[0001] C4591001 1203 12031026

16.3 CRFs of Site
[0001] C4591001 1204 12041023
[0001] C4591001 1204 12041078
[0001] C4591001 1204 12041138
[0001] C4591001 1204 12041234
[0001] C4591001 1204 12041280

16.3 CRFs of Site
[0001] C4591001 1205 12051028
[0001] C4591001 1205 12051075
[0001] C4591001 1205 12051077

16.3 CRFs of Site

[0001] C4591001 1205 12051077

▲ 📘 16.3 CRFs of Site

[0001] C4591001 1207 12071055

▲ 📘 16.3 CRFs of Site

[0001] C4591001 1209 12091014

▲ 📘 16.3 CRFs of Site

[0001] C4591001 1210 12101026

[0001] C4591001 1210 12101029

▲ 📘 16.3 CRFs of Site

[0001] C4591001 1212 12121024

▲ 📘 16.3 CRFs of Site

[0001] C4591001 1213 12131049

▲ 📘 16.3 CRFs of Site

[0001] C4591001 1214 12141018

[0001] C4591001 1214 12141039

▲ 📘 16.3 CRFs of Site

[0001] C4591001 1217 12171031

[0001] C4591001 1217 12171039

[0001] C4591001 1217 12171044



[0001] C4591001 1217 12171044

16.3 CRFs of Site

[0001] C4591001 1218 12181001

[0001] C4591001 1218 12181012

[0001] C4591001 1218 12181015

[0001] C4591001 1218 12181023

[0001] C4591001 1218 12181046

[0001] C4591001 1218 12181051

[0001] C4591001 1218 12181057

16.3 CRFs of Site

[0001] C4591001 1220 12201020

[0001] C4591001 1220 12201044

[0001] C4591001 1220 12201052

16.3 CRFs of Site

[0001] C4591001 1221 12211002

[0001] C4591001 1221 12211007

16.3 CRFs of Site

[0001] C4591001 1223 12231014

[0001] C4591001 1223 12231024

[0001] C4591001 1223 12231024

[0001] C4591001 1223 12231058

[0001] C4591001 1223 12231075

[0001] C4591001 1223 12231159

[0001] C4591001 1223 12231166

[0001] C4591001 1223 12231181

[0001] C4591001 1223 12231182

[0001] C4591001 1223 12231252

▲  16.3 CRFs of Site

[0001] C4591001 1224 12241065

▲  16.3 CRFs of Site

[0001] C4591001 1226 12261043

[0001] C4591001 1226 12261067

[0001] C4591001 1226 12261072

[0001] C4591001 1226 12261094

[0001] C4591001 1226 12261136

[0001] C4591001 1226 12261137

[0001] C4591001 1226 12261190

[0001] C4591001 1226 12261210

[0001] C4591001 1226 12261210
[0001] C4591001 1226 12261241
[0001] C4591001 1226 12261282
[0001] C4591001 1226 12261300
[0001] C4591001 1226 12261313
[0001] C4591001 1226 12261338
[0001] C4591001 1226 12261417
[0001] C4591001 1226 12261432
[0001] C4591001 1226 12261477
[0001] C4591001 1226 12261545
[0001] C4591001 1226 12261571
[0001] C4591001 1226 12261583
[0001] C4591001 1226 12261599
[0001] C4591001 1226 12261624
[0001] C4591001 1226 12261707
[0001] C4591001 1226 12261713
[0001] C4591001 1226 12261714
[0001] C4591001 1226 12261745
[0001] C4591001 1226 12261769

[0001] C4591001 1226 12261769

[0001] C4591001 1226 12261775

[0001] C4591001 1226 12261792

[0001] C4591001 1226 12261836

[0001] C4591001 1226 12261864

[0001] C4591001 1226 12262000

[0001] C4591001 1226 12262004

[0001] C4591001 1226 12262036

[0001] C4591001 1226 12262052

[0001] C4591001 1226 12262089

[0001] C4591001 1226 12262129

[0001] C4591001 1226 12262238

[0001] C4591001 1226 12262240

[0001] C4591001 1226 12262253

[0001] C4591001 1226 12262272

[0001] C4591001 1226 12262281

16.3 CRFs of Site

[0001] C4591001 1229 12291083

16.3 CRFs of Site

▲ 📁 16.3 CRFs of Site
    📄 [0001] C4591001 1229 12291083

▲ 📁 16.3 CRFs of Site
    📄 [0001] C4591001 1230 12301025
    📄 [0001] C4591001 1230 12301045

▲ 📁 16.3 CRFs of Site
    📄 [0001] C4591001 1231 12311014
    📄 [0001] C4591001 1231 12311058
    📄 [0001] C4591001 1231 12311081
    📄 [0001] C4591001 1231 12311118
    📄 [0001] C4591001 1231 12311128
    📄 [0001] C4591001 1231 12311147
    📄 [0001] C4591001 1231 12311182
    📄 [0001] C4591001 1231 12311205
    📄 [0001] C4591001 1231 12311281
    📄 [0001] C4591001 1231 12311294
    📄 [0001] C4591001 1231 12311295
    📄 [0001] C4591001 1231 12311315
    📄 [0001] C4591001 1231 12311352

[0001] C4591001 1231 12311352
[0001] C4591001 1231 12311379
[0001] C4591001 1231 12311387
[0001] C4591001 1231 12311409
[0001] C4591001 1231 12311448
[0001] C4591001 1231 12311510
[0001] C4591001 1231 12311538
[0001] C4591001 1231 12311556
[0001] C4591001 1231 12311579
[0001] C4591001 1231 12311635
[0001] C4591001 1231 12311711
[0001] C4591001 1231 12311730
[0001] C4591001 1231 12311766
[0001] C4591001 1231 12311812
[0001] C4591001 1231 12311815
[0001] C4591001 1231 12311834
[0001] C4591001 1231 12311844
[0001] C4591001 1231 12311854
[0001] C4591001 1231 12311862

[0001] C4591001 1231 12311862
[0001] C4591001 1231 12311865
[0001] C4591001 1231 12311901
[0001] C4591001 1231 12311926
[0001] C4591001 1231 12311946
[0001] C4591001 1231 12312073
[0001] C4591001 1231 12312080
[0001] C4591001 1231 12312125
[0001] C4591001 1231 12312162
[0001] C4591001 1231 12312205
[0001] C4591001 1231 12312335
[0001] C4591001 1231 12312378
[0001] C4591001 1231 12312390
[0001] C4591001 1231 12312420
[0001] C4591001 1231 12312476
[0001] C4591001 1231 12312529
[0001] C4591001 1231 12312576
[0001] C4591001 1231 12312577
[0001] C4591001 1231 12312593

[0001] C4591001 1231 12312593
[0001] C4591001 1231 12312660
[0001] C4591001 1231 12312679
[0001] C4591001 1231 12312687
[0001] C4591001 1231 12312696
[0001] C4591001 1231 12312722
[0001] C4591001 1231 12312749
[0001] C4591001 1231 12312787
[0001] C4591001 1231 12312854
[0001] C4591001 1231 12312868
[0001] C4591001 1231 12312883
[0001] C4591001 1231 12312885
[0001] C4591001 1231 12312893
[0001] C4591001 1231 12312914
[0001] C4591001 1231 12312982
[0001] C4591001 1231 12312996
[0001] C4591001 1231 12313028
[0001] C4591001 1231 12313140
[0001] C4591001 1231 12313184

[0001] C4591001 1231 12313184
[0001] C4591001 1231 12313193
[0001] C4591001 1231 12313345
[0001] C4591001 1231 12313422
[0001] C4591001 1231 12313437
[0001] C4591001 1231 12313496
[0001] C4591001 1231 12313504
[0001] C4591001 1231 12313510
[0001] C4591001 1231 12313610
[0001] C4591001 1231 12313621
[0001] C4591001 1231 12313653
[0001] C4591001 1231 12313674
[0001] C4591001 1231 12313689
[0001] C4591001 1231 12313715
[0001] C4591001 1231 12313730
[0001] C4591001 1231 12313753
[0001] C4591001 1231 12313755
[0001] C4591001 1231 12313777
[0001] C4591001 1231 12313783

[0001] C4591001 1231 12313783
[0001] C4591001 1231 12313785
[0001] C4591001 1231 12313879
[0001] C4591001 1231 12313884
[0001] C4591001 1231 12313894
[0001] C4591001 1231 12313972
[0001] C4591001 1231 12313998
[0001] C4591001 1231 12314001
[0001] C4591001 1231 12314033
[0001] C4591001 1231 12314035
[0001] C4591001 1231 12314041
[0001] C4591001 1231 12314059
[0001] C4591001 1231 12314075
[0001] C4591001 1231 12314091
[0001] C4591001 1231 12314128
[0001] C4591001 1231 12314134
[0001] C4591001 1231 12314197
[0001] C4591001 1231 12314216
[0001] C4591001 1231 12314233

[0001] C4591001 1231 12314233
[0001] C4591001 1231 12314255
[0001] C4591001 1231 12314308
[0001] C4591001 1231 12314335
[0001] C4591001 1231 12314368
[0001] C4591001 1231 12314372
[0001] C4591001 1231 12314395
[0001] C4591001 1231 12314407
[0001] C4591001 1231 12314411
[0001] C4591001 1231 12314414
[0001] C4591001 1231 12314465
[0001] C4591001 1231 12314494
[0001] C4591001 1231 12314531
[0001] C4591001 1231 12314562
[0001] C4591001 1231 12314583
[0001] C4591001 1231 12314681
[0001] C4591001 1231 12314690
[0001] C4591001 1231 12314759
[0001] C4591001 1231 12314813

[0001] C4591001 1231 12314813
[0001] C4591001 1231 12314833
[0001] C4591001 1231 12314894
[0001] C4591001 1231 12314898
[0001] C4591001 1231 12314921
[0001] C4591001 1231 12314987
[0001] C4591001 1231 12315023
[0001] C4591001 1231 12315081
[0001] C4591001 1231 12315093
[0001] C4591001 1231 12315126
[0001] C4591001 1231 12315186
[0001] C4591001 1231 12315193
[0001] C4591001 1231 12315291
[0001] C4591001 1231 12315301
[0001] C4591001 1231 12315324
[0001] C4591001 1231 12315351
[0001] C4591001 1231 12315404
[0001] C4591001 1231 12315429
[0001] C4591001 1231 12315441

[0001] C4591001 1231 12315441

[0001] C4591001 1231 12315473

[0001] C4591001 1231 12315498

[0001] C4591001 1231 12315520

[0001] C4591001 1231 12315542

[0001] C4591001 1231 12315559

[0001] C4591001 1231 12315579

[0001] C4591001 1231 12315622

[0001] C4591001 1231 12315632

[0001] C4591001 1231 12315653

[0001] C4591001 1231 12315671

[0001] C4591001 1231 12315677

[0001] C4591001 4444 44441007

[0001] C4591001 4444 44441035

[0001] C4591001 4444 44441145

[0001] C4591001 4444 44441161

[0001] C4591001 4444 44441249

[0001] C4591001 4444 44441297

[0001] C4591001 4444 44441371

[0001] C4591001 4444 44441371
[0001] C4591001 4444 44441385
[0001] C4591001 4444 44441422
[0001] C4591001 4444 44441470
[0001] C4591001 4444 44441473
[0001] C4591001 4444 44441550
[0001] C4591001 4444 44441595
[0001] C4591001 4444 44441634
[0001] C4591001 4444 44441665
[0001] C4591001 4444 44441748
[0001] C4591001 4444 44441761
[0001] C4591001 4444 44441771
[0001] C4591001 4444 44441873
[0001] C4591001 4444 44441979
[0001] C4591001 4444 44442009
[0001] C4591001 4444 44442012
[0001] C4591001 4444 44442021
[0001] C4591001 4444 44442041
[0001] C4591001 4444 44442278

[0001] C4591001 4444 44442278
[0001] C4591001 4444 44442304
[0001] C4591001 4444 44442319

**16.3 CRFs of Site**

[0001] C4591001 1232 12321159
[0001] C4591001 1232 12321175
[0001] C4591001 1232 12321213
[0001] C4591001 1232 12321293
[0001] C4591001 1232 12321299

**16.3 CRFs of Site**

[0001] C4591001 1235 12351071
[0001] C4591001 1235 12351130
[0001] C4591001 1235 12351205

**16.3 CRFs of Site**

[0001] C4591001 1241 12411051
[0001] C4591001 1241 12411053
[0001] C4591001 1241 12411067
[0001] C4591001 1241 12411117
[0001] C4591001 1241 12411197

[0001] C4591001 1241 12411197
[0001] C4591001 1241 12411206
[0001] C4591001 1241 12411208
[0001] C4591001 1241 12411269
[0001] C4591001 1241 12411279
[0001] C4591001 1241 12411343
[0001] C4591001 1241 12411347
[0001] C4591001 1241 12411385
[0001] C4591001 1241 12411410
[0001] C4591001 1241 12411468
[0001] C4591001 1241 12411471
[0001] C4591001 1241 12411493
[0001] C4591001 1241 12411514
[0001] C4591001 1241 12411561
[0001] C4591001 1241 12411568
[0001] C4591001 1241 12411643
[0001] C4591001 1241 12411679
[0001] C4591001 1241 12411766
[0001] C4591001 1241 12411825

[0001] C4591001 1241 12411825
[0001] C4591001 1241 12411829
[0001] C4591001 1241 12411862
[0001] C4591001 1241 12411887
[0001] C4591001 1241 12411915
[0001] C4591001 1241 12411930
[0001] C4591001 1241 12411967
[0001] C4591001 1241 12411978
[0001] C4591001 1241 12412035
[0001] C4591001 1241 12412053
[0001] C4591001 1241 12412055
[0001] C4591001 1241 12412109
[0001] C4591001 1241 12412111
[0001] C4591001 1241 12412190
[0001] C4591001 1241 12412191
[0001] C4591001 1241 12412218
[0001] C4591001 1241 12412263
[0001] C4591001 1241 12412369
[0001] C4591001 1241 12412411



[0001] C4591001 1241 12412411
[0001] C4591001 1241 12412546

16.3 CRFs of Site

[0001] C4591001 1246 12461025
[0001] C4591001 1246 12461035
[0001] C4591001 1246 12461070
[0001] C4591001 1246 12461110
[0001] C4591001 1246 12461131

16.3 CRFs of Site

[0001] C4591001 1247 12471066
[0001] C4591001 1247 12471092
[0001] C4591001 1247 12471121
[0001] C4591001 1247 12471135
[0001] C4591001 1247 12471137
[0001] C4591001 1247 12471172
[0001] C4591001 1247 12471220
[0001] C4591001 1247 12471226
[0001] C4591001 1247 12471244

16.3 CRFs of Site

16.3 CRFs of Site

[0001] C4591001 1248 12481120

[0001] C4591001 1248 12481163

[0001] C4591001 1248 12481218

16.3 CRFs of Site

[0001] C4591001 1251 12511029

[0001] C4591001 1251 12511031

[0001] C4591001 1251 12511033

[0001] C4591001 1251 12511050

[0001] C4591001 1251 12511060

[0001] C4591001 1251 12511072

[0001] C4591001 1251 12511145

[0001] C4591001 1251 12511239

[0001] C4591001 1251 12511250

[0001] C4591001 1251 12511262

16.3 CRFs of Site

[0001] C4591001 1252 12521010

[0001] C4591001 1252 12521011

16.3 CRFs of Site



[0001] C4591001 1252 12521011

16.3 CRFs of Site

   [0001] C4591001 1254 12541006

   [0001] C4591001 1254 12541014

   [0001] C4591001 1254 12541109

   [0001] C4591001 1254 12541142

   [0001] C4591001 1254 12541145

   [0001] C4591001 1254 12541189

16.3 CRFs of Site

   [0001] C4591001 1260 12601018

   [0001] C4591001 1260 12601035

   [0001] C4591001 1260 12601037

   [0001] C4591001 1260 12601069

   [0001] C4591001 1260 12601075

   [0001] C4591001 1260 12601108

   [0001] C4591001 1260 12601128

16.3 CRFs of Site

   [0001] C4591001 1261 12611006

16.3 CRFs of Site

[0001] C4591001 1260 12601128

16.3 CRFs of Site

[0001] C4591001 1261 12611006

16.3 CRFs of Site

[0001] C4591001 1264 12641133

[0001] C4591001 1264 12641195

[0001] C4591001 1264 12641229

16.3 CRFs of Site

[0001] C4591001 1265 12651101

[0001] C4591001 1265 12651149

16.3 CRFs of Site

[0001] C4591001 1270 12701057

[0001] C4591001 1270 12701069

[0001] C4591001 1270 12701142

[0001] BNT162-01 - A Multi-Site, Phase I/II, 2-Part, Dose

That is the end of the first study

See below for the Phase I/II study





[0001] BNT162-01 - Third Interim Signatures Investigators

[0001] BNT162-01 - Third Interim Signatures Sponsors

16.1.6 Listing of patients receiving test drug(s) from specified batch

[0001] BNT162-01 - Third Interim List Patients with Batches

16.1.9 Documentation of statistical methods and interim analysis plans

[0001] BNT162-01 - Third Interim Statistical Methods Analysis Plan

16.1.12 Publications Referenced in the Study Report

[0001] BNT162-01 - Third Interim Publications Referenced in Report

[0001] BNT162-01 - Third Interim List of Sponsor Personnel who Mater

16.2. Patient Data Listings

16.2.1 Discontinued Patients Listing

[0001] BNT162-01 - Third Interim Discontinued Patients

16.2.2 Protocol Deviation Listing

[0001] BNT162-01 - Third Interim Protocol Deviations

16.2.3 Patients Excluded from Efficacy Analysis Listing

[0001] BNT162-01 - Third Interim Patients Excluded from Efficacy Analy

16.2.4 Demographic Data Listing

[0001] BNT162-01 - Third Interim Demographic Data

[0001] BNT162-01 - Third Interim Demographic Data

16.2.5 Compliance and/or Drug Concentration Data Listing

[0001] BNT162-01 - Third Interim Reports

[0001] BNT162-01 - Third Interim Compliance and Drug Concentration Data

16.2.7 File contains Adverse Event Listings

[0001] BNT162-01 - Third Interim Adverse Event Listings

16.2.8 Individual Laboratory Measurements Listed by Patient

[0001] BNT162-01 - Third Interim Listing of Individual Laboratory Measurements

Datasets

Analysis Datasets

Analysis Datasets (ADaM)

[0001] Analysis Dataset Definition

[0001] Analysis Dataset Definition Stylesheet

[0001] Analysis Data Reviewers Guide

Datasets

Tabulation Datasets

Tabulation Datasets (SDTM)

[0001] Data Tabulation Data Definition



[0001] face

[0001] is

[0001] lb

[0001] mb

[0001] mh

[0001] pe

[0001] relrec

[0001] rp

[0001] se

[0001] suppae

[0001] suppcm

[0001] suppdm

[0001] suppds

[0001] suppdv

[0001] suppec

[0001] suppeg

[0001] suppex

[0001] suppface

[0001] supplb



