## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

**BENJAMIN COKER,** *et al.***,**

                    Plaintiffs,

   v.

**LLOYD AUSTIN, III, in his official capacity as Secretary of Defense,** *et al.***,**

                    Defendants.

Case No. 3:21-cv-01211-AW-HTC

## NOTICE OF APPEARANCE

Stuart J. Robinson, Senior Counsel at the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as additional counsel for Defendants in the above-captioned matter.

Dated: January 14, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

/s/*Stuart J. Robinson*
STUART J. ROBINSON
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov

*Counsel for Defendants*