IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BENJAMIN COKER**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **LLOYD AUSTIN, III, in his official capacity as Secretary of Defense**, *et al.*, <br><br> Defendants. | Case No. 3:21-cv-01211-AW-HTC |

### JOINT MOTION FOR LEAVE TO FILE MEMORANDA EXCEEDING WORD LIMIT AND FOR EXTENTION OF TIME TO FILE MEMORANDUM IN OPPOSITION

Pursuant to Local Rule 7.1, the parties respectfully move the Court for leave to file memoranda in excess of the 8,000 word limit in connection with Defendants' forthcoming motion to dismiss. Specifically, the parties request that the Court permit them each to file a memorandum up to and including 12,000 words.

Good cause supports this request. In their 76-page Second Amended Complaint ("SAC"), the 18 Plaintiffs assert seven causes of action against the Secretary of Defense, the Secretaries of the Military Services, the Acting Commissioner of the Food and Drug Administration ("FDA"), and the Secretary of Health and Human Services. ECF No. 56. Plaintiffs seek to challenge the military's COVID-19 vaccination requirement under a variety of statutory theories regarding the military's and FDA's decisions. *See id.* ¶¶ 108-49.

1

Given the importance of the military's vaccination program, jurisdictional issues presented in the SAC, number of Plaintiffs, and multiple claims raised, an extension of the word limit is necessary for Defendants to adequately respond to the SAC, and for Plaintiffs to respond to Defendants' memorandum. The parties further respectfully submit that the Court would benefit from a fuller analysis of the issues presented here. The interests of justice will therefore be served by the requested extension.[1]

Additionally, and for similar reasons, Plaintiffs move for a seven-day extension of time to file their memorandum in opposition to Defendants' motion to dismiss, such that their memorandum will be due on or before February 4, 2022. Defendants consent to such an extension.

Dated: January 14, 2022

    Respectfully submitted,

    BRIAN M. BOYNTON
    Acting Assistant Attorney General

    ALEXANDER K. HAAS
    Director, Federal Programs Branch

    ANTHONY J. COPPOLINO
    Deputy Director

---

[1] In accordance with Local Rule 7.1(F), Defendants will attach their proposed memorandum to their motion to dismiss.

/s/ *Stuart J. Robinson*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
STUART J. ROBINSON
Senior Counsel
ZACHARY A. AVALLONE
COURTNEY D. ENLOW
LIAM HOLLAND
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov

*Counsel for Defendants*


/s/ Brandon Johnson
Brandon Johnson
DC Bar No. 491370
/s/ Travis Miller
Travis Miller
Texas Bar No. 24072952
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Tel. (214) 707-1775
Email: bcj@defendingtherepublic.org
Email: traviswmiller@gmail.com

*Counsel for Plaintiffs*

3