## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**BENJAMIN COKER, JOSEPH**
**CONNELL, et al.,**

      **Plaintiffs,**

**v.**                                                    **Case No. 3:21-cv-1211-AW-HTC**

**LLOYD AUSTIN, III, in his official**
**capacity as Secretary of Defense, et al.,**

      **Defendants.**

_____/

## ORDER GRANTING MOTION FOR EXTENSION
## AND EXPANDED WORD LIMIT

The joint motion for an expanded word limit and an extension (ECF No. 63) is GRANTED. Defendants' forthcoming motion to dismiss and Plaintiffs' response may each include up to 12,000 words. Plaintiffs' deadline to respond to the forthcoming motion is extended to February 4.

SO ORDERED on January 14, 2022.

s/ *Allen Winsor*_____
United States District Judge