# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BENJAMIN COKER, *et al.*,**<br><br>Plaintiffs,<br><br>v.<br><br>**LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, *et al.*,**<br><br>Defendants. | Case No. 3:21-cv-01211-AW-HTC |

## MOTION TO DISMISS WITH PREJUDICE

Defendants hereby move to dismiss with prejudice Plaintiffs' Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).  In support of this motion, Defendants submit the accompanying memorandum, exhibits, and proposed order.

Dated:  January 14, 2022

                                        Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Acting Assistant Attorney General

                                        ALEXANDER K. HAAS
                                        Director, Federal Programs Branch

                                        ANTHONY J. COPPOLINO
                                        Deputy Director

                                        /s/*Amy E. Powell*
                                        ANDREW E. CARMICHAEL

1

AMY E. POWELL
Senior Trial Counsel
STUART J. ROBINSON
Senior Counsel
ZACHARY A. AVALLONE
COURTNEY D. ENLOW
LIAM HOLLAND
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (919) 856-4013
Fax: (202) 616-8470
Email: Amy.Powell@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2022, I electronically filed the foregoing paper and all attachments with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

/s/ *Amy E. Powell*
AMY E. POWELL
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (919) 856-4013
Fax: (202) 616-8470
Email: Amy.Powell@usdoj.gov

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 12, 2022, counsel for Defendants conferred with counsel for Plaintiffs.   Counsel for Plaintiffs indicated that Plaintiffs oppose the relief requested in this motion.

/s/ *Amy E. Powell*
AMY E. POWELL
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (919) 856-4013
Fax: (202) 616-8470
Email: Amy.Powell@usdoj.gov