# Table of Exhibits

| Exhibit Number | Exhibit Description |
|---|---|
| 1. | Army Regulation ("AR") 40-562 |
| 2. | Department of Defense Instruction ("DoDI") 6205.02 |
| 3. | Secretary of Defense Message to the Force (Aug. 9, 2021) |
| 4. | Secretary of Defense Memorandum For Senior Pentagon Leadership, Commanders of the Combatant Commands, Defense Agency and DoD Field Activity Directors (Aug. 24, 2021) |
| 5. | Fragmentary Order 5 to Headquarters Department of the Army Executive Order 225-21 ("Army FRAGO 5") |
| 6. | ALNAV 062/21, NAVADMIN 190/21, NAVADMIN 225/21 |
| 7. | Dep't of the Air Force COVID-19 Vaccine Implementation Guidance (Sept. 3, 2021) |
| 8. | Secretary of Air Force Memorandum for Air Force Commanders (Sept. 3, 2021) |
| 9. | MARADMIN 462/21, MARADMIN 533/21 |
| 10. | Acting Assistant Secretary of Defense for Health Affairs Memorandum for Assistant Secretary of the Army (Manpower and Reserve Affairs), Assistant Secretary of the Navy (Manpower and Reserve Affairs), Assistant Secretary of the Air Force (Manpower and Reserve Affairs), and Director of the Defense Health Agency (Sept. 14, 2021) |
| 11. | Declaration of Peter Marks, M.D., Ph.D.  (FDA Declaration) |
| 12. | Declaration of Colonel Tonya Rans, M.D. |
| 13. | Declaration of Major Scott Stanley |
| 14. | Declaration of Vice Admiral William Merz |
| 15. | Declaration of Lieutenant General David J. Furness |
| 16. | Declaration of Colonel Michele Soltis |
| 17. | Declaration of Chaplain, Major Matthew J. Streett |
| 18. | Declaration of Colonel Artemio C. Chapa |
| 19. | Declaration of Colonel Elizabeth M. Hernandez |
| 20. | Declaration of Lieutenant Colonel Tameka D. Alderman |
| 21. | Declaration of Lieutenant Colonel Justin L. Long |
| 22. | Declaration of Captain Kenneth C. Collins, II |
| 23. | Declaration of Major General Matthew W. Davidson |
| 24. | Declaration of Lieutenant Colonel Sarah J. Brehm |
| 25. | Declaration of Lieutenant Colonel Joseph D. Langan |

| | |
|---|---|
| 26. | Declaration of Colonel Paul K. Harmer |
| 27. | Declaration of Colonel Michael W. Stehle |
| 28. | Declaration of Colonel Brian E. Russell |
| 29. | Declaration of Lieutenant Colonel Charles C. Lowry |
| 30. | Declaration of Major Johnathan Marburger |
| 31. | Declaration of Marc L. Church |
| 32. | Declaration of Colonel William D. Deitch |
| 33. | Declaration of Lieutenant Colonel George B. Normandin, III |
| 34. | Declaration of Lieutenant Colonel Arun Shankar |
| 35. | Declaration of Lieutenant Colonel Marie Carmona |
| 36. | Declaration of Lieutenant Colonel Donald H. Schmidt |
| 37. | Declaration of First Lieutenant Daniel Sixbey |
| 38. | Declaration of Lieutenant Colonel James P. Doyle |