# Exhibit 12

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**

_____

|  |  |
|---|---|
| BENJAMIN COKER, *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:21-cv-01211-AW-HTC |
| | ) |
| LLOYD AUSTIN, III, in his official | ) |
| capacity as Secretary of Defense, *et al.*, | ) |
| | ) |
| Defendants. | ) |

_____

## DECLARATION OF COLONEL TONYA RANS

I, Colonel Tonya Rans, hereby state and declare as follows:

1.     I am currently employed by the U.S. Air Force as the Chief, Immunization Healthcare Division, Defense Health Agency – Public Health Directorate, located in Falls Church, Virginia. I have held the position since June 2017.  I am a medical doctor and have been board certified in Allergy/Immunology since 2008 and was a board certified Pediatrician from 2001-2015.

2.     In my current role, my responsibilities include directing a responsive, evidence-based, patient-centered organization promoting optimal immunization healthcare for all DoD beneficiaries and those authorized to receive immunization from DoD.  This includes assisting in policy development, providing implementation guidance and education, and engaging in clinical studies and research through clinical collaboration.  The Defense Health Agency-Immunization Healthcare Division (DHA-IHD) routinely engages with the medical representatives from the military departments, U.S. Coast Guard, Joint Staff, Combatant Commands, and others to develop

standardized immunization implementation guidance in accordance with published policy for consistency across DoD where possible.

3.      I am aware of the allegations set forth in the pleadings filed in this matter.  This declaration is based on my personal knowledge, as well as information made available to me during the routine execution of my official duties.

### Coronavirus Disease 2019 (COVID-19)

4.      As part of my official duties, I served as a member of the COVID-19 Vaccine Distribution Operational Planning Team (OPT), which was directed to develop and implement DoD's COVID-19 Vaccine Distribution plan.  The Coronavirus Task Force (CVTF) provided overarching guidance to the OPT.  The OPT provided routine and ad hoc updates on COVID-19 vaccine deliveries, administration, and adverse events to the CVTF.

5.      The virus that causes COVID-19 disease is SARS-CoV-2, a ribonucleic acid (RNA) virus from the Coronavirus family.  Like any RNA virus, the SARS-CoV-2 virus mutates and evolves constantly and regularly as it infects and replicates in host cells. Mutations that are beneficial to the virus (i.e., make the virus more easily spread between hosts, evade the immune system) are integrated into the viral genome, thereby increasing "survival" and replication opportunity.  This has been seen with the SARS-CoV-2 "Delta" variant, which is twice as contagious as previous variants.[1]  However, not all mutations are beneficial to the virus – some can result in virus death and therefore do not infect the host.  This is part of the normal biology cycle of all viruses.

---

[1] https://www.cdc.gov/coronavirus/2019-ncov/variants/delta-variant.html, last accessed January 13, 2022. .

6.     The latest reports from the U.S. Centers for Disease Control and Prevention (CDC) indicate that the SARS-CoV-2 virus spreads when an infected person breathes out droplets and very small particles that contain the virus.[2]  These droplets and particles can be inhaled by other people or land on their eyes, noses, or mouth.   In some circumstances, viral particles may contaminate surfaces.  People who are closer than 6 feet from the infected person are most likely to get infected, especially in areas where there is poor ventilation.

7.     COVID-19 disease can cause acute symptoms such as fever/chills, cough, shortness of breath, fatigue, muscle aches, headache, nausea, vomiting, diarrhea, loss of sense of smell or taste and/or sore throat. Symptoms appear 2-14 days (usually within 4-5 days) after viral exposure.[3]  The infection can affect people in different ways:  from asymptomatic, to limited and mild (for 2-3 days) to more severe (such as trouble breathing, chest pain, inability to think straight and inability to stay awake).  Even with the availability of aggressive medical management and ventilator support in an intensive care setting for those with severe symptoms, hundreds of thousands with COVID-19 disease have died.  As of January 5, 2022, CDC reports that over 57 million individuals in the U.S. have been diagnosed with COVID-19 disease, over 3.7 million have been hospitalized, and over 829,000 have died (approximately 1 in 500 in the total U.S. population of 330 million).[4]  Per the CDC, the elderly and those with underlying medical conditions such as

---

[2] https://www.cdc.gov/coronavirus/2019-ncov/faq.html, last accessed January 13, 2022.

[3] https://www.cdc.gov/coronavirus/2019-ncov/symptoms-testing/symptoms.html, last accessed January 13, 2022.

[4] https://www.cdc.gov/coronavirus/2019-ncov/covid-data/covidview/index.html, last accessed January 13, 2022.

cardiovascular disease, diabetes, chronic respiratory disease, obesity, pregnancy, immunocompromising conditions, or cancer are more likely to develop serious illness.[5]

8.     Although most people with COVID-19 get better within weeks of illness, some people experience post-COVID-19 conditions (aka long/long-haul COVID, Postacute Sequelae of COVID-19 (PASC), long-term effects of COVID, or chronic COVID). Post-COVID-19 conditions include a wide range of new, returning, or ongoing health problems four or more weeks after infection. Those who were asymptomatic during their COVID-19 infection may still develop post-COVID-19 conditions. One systematic review assessing short and long-term rates of long-COVID in more than 250,000 COVID-19 survivors from 57 studies with an average age of 54 years demonstrated that more than 50% of these COVID-19 survivors continued to have a broad range of symptoms six months after resolution of the acute COVID-19 infection, of which the most common were functional mobility impairments, respiratory abnormalities, and mental health disorders.[6] Another study comparing outcomes in patients referred to outpatient rehabilitation clinics after COVID-19 reported poorer general, mental, and physical health and functioning compared with patients with no previous diagnosis of COVID-19 referred for cancer rehabilitation. Those referred for rehabilitation following COVID-19 were more likely to be male, younger, and employed.[7] A study assessing clinical patterns and recovery time from COVID-19 illness in 147 international-level Paralympic and Olympic athletes showed that 86% had symptoms lasting ≤ 28

---

[5] https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html, last accessed January 13, 2022.

[6] Groff, et al, *JAMA Network Open*, Short-term and Long-term Rates of Postacute Sequelae of SARS-CoV-2 Infection, https://jamanetwork.com/journals/jamanetworkopen/fullarticle/2784918.

[7] Rogers-Brown JS, et al. CDC Morbidity and Mortality Weekly Report, Vol 70(27) 9 July 2021 https://www.cdc.gov/mmwr/volumes/70/wr/pdfs/mm7027a2-H.pdf.

days, whereas 14% had symptoms of longer duration.  In both groups, fatigue, dry cough, and headache were the predominant symptoms.[8]  As described further below, myocarditis associated with COVID-19 disease or mRNA COVID-19 vaccine is rare.  However, the risk of myocarditis associated with COVID-19 disease is consistently higher than the risk of myocarditis associated with the mRNA COVID-19 vaccine.  Hence, the risk to benefit ratio continues to be in favor of vaccination.

## COVID-19 Impacts on the Force

9.      Infectious diseases have been the single greatest threat to the health of those involved in military operations.  As the standard military unit shrinks and becomes more mobile to rapidly respond to global threats, any decrease in personal or unit readiness can significantly decrease operational efficiency and result in military ineffectiveness.  Similar to other viruses, SARS-CoV-2 virus can be easily transmitted to others prior to symptom development and therefore may infect significant numbers before being identified.  DoD personnel, including service members, especially those in an operational setting (such as those working on ships, submarines, or engaged in the operation of aircraft and vehicles; those deployed to austere environments; or those engaged in routine field training and airborne exercises), work in environments where duties may limit the ability to strictly comply with mitigation measures such as wearing a face mask, avoiding crowded areas, maintaining physical distancing of at least 6 feet, increasing indoor ventilation, maintaining good hand hygiene, and quarantining if in close contact with a COVID-19 case.  Therefore, upon exposure, these individuals may be at higher risk to be diagnosed with COVID-19 compared to those who can robustly maintain all recommended

---

[8] Hull JH, et al.  Clinical patterns, recovery time and prolonged impact of COVID-19 illness in international athletes:  the UK experience. *Br J Sports Med* 2021;0:1-8.  Doi 10.1136/bjsports-2021-104392.

mitigation strategies.  Further, although the elderly population and those with medical conditions are more likely to have severe disease, otherwise healthy service members have developed "long-haul" COVID-19, potentially impacting their long-term ability to perform their missions.  Data presented from DoD's COVID-19 registry has demonstrated that of 111,767 active duty service members who had COVID-19 disease between February 1, 2020 to August 12, 2021, 37,838 (33.9%) had diagnoses for conditions requiring a healthcare visit 30-180 days following their illness, the most common being joint/muscle pain (15,614 or 14%) followed by chest pain/cough (7,887 or 7.1%).  In comparison, only 8.3% and 1.81%, respectively, of active duty service members had a healthcare visit for those diagnoses 30-180 days after vaccination.  All diagnoses associated with "Long-COVID-19 Syndrome" were found to be more common after COVID-19 disease than after COVID-19 vaccination.  Some service members have unfortunately succumbed to the disease, as described further below.  Service members and federal civilian employees are the military's most valuable asset; without a medically ready force and ready medical force, the military mission is at high risk of failure.  Recommendations from evidence-based medicine must remain the core approach to medical readiness.  These evidence-based recommendations will continue to be updated as our understanding of the disease, complications, and impact from vaccination continues to evolve.

10.     Between February 2020 and December 2021, there were 234,563 new and repeat cases of COVID-19 among active duty service members (**Table**). The largest monthly peak in cases occurred in January 2021, with 28,351 cases identified, followed by the second highest peak in December 2021 with 25,102 cases identified (**Figure**). Other peaks occurred in August 2021 with 22,072 cases and in July 2020 with 11,610 cases. The percentage of cases that were hospitalized was highest at the start of the pandemic and trended downward through January

2021. The percentage of hospitalized cases then increased from 0.9% in January 2021 to 2.1% in May 2021, and decreased to 1.5% in September and October 2021. The percentage of hospitalized cases decreased to 1.1% in November 2021 and 0.3% in December 2021, but this trend should be interpreted with caution due to data lags. In total, 31 active duty service members have died from COVID-19 as of the end of December 2021. The number of active duty service members who died from COVID-19 remained very low throughout the first year of the pandemic, with a slight increase in the numbers of deaths occurring between December 2020 and February 2021, and a greater increase occurring between August and October 2021, coinciding with the increased spread of the Delta variant. More than one-half of the 31 deaths in active duty service members occurred between August and October 2021 (n=17). One active duty service member died from COVID-19 in November 2021. No active duty service member deaths have yet been reported for December 2021.

Table. COVID-19 cases, hospitalizations, and deaths among active duty service members, February 2020 - December 2021

|  | No. cases | No. hospitalizations | % hospitalizations | No. deaths |
|---|---|---|---|---|
| Feb-20 | 7 | 2 | 28.6 | 0 |
| Mar-20 | 1,150 | 57 | 5.0 | 0 |
| Apr-20 | 2,126 | 60 | 2.8 | 1 |
| May-20 | 1,204 | 22 | 1.8 | 0 |
| Jun-20 | 6,790 | 91 | 1.3 | 0 |
| Jul-20 | 11,610 | 176 | 1.5 | 0 |
| Aug-20 | 8,010 | 115 | 1.4 | 0 |
| Sep-20 | 6,118 | 98 | 1.6 | 0 |
| Oct-20 | 10,048 | 144 | 1.4 | 1 |

| | | | |
|---|---|---|---|
| Nov-20 | 20,422 | 197 | 1.0 | 0 |
| Dec-20 | 22,119 | 215 | 1.0 | 2 |
| Jan-21 | 28,351 | 269 | 0.9 | 2 |
| Feb-21 | 10,981 | 137 | 1.2 | 5 |
| Mar-21 | 8,136 | 141 | 1.7 | 0 |
| Apr-21 | 8,575 | 146 | 1.7 | 1 |
| May-21 | 4,420 | 92 | 2.1 | 0 |
| Jun-21 | 3,569 | 67 | 1.9 | 0 |
| Jul-21 | 11,585 | 236 | 2.0 | 1 |
| Aug-21 | 22,072 | 372 | 1.7 | 5 |
| Sep-21 | 12,438 | 190 | 1.5 | 6 |
| Oct-21 | 4,786 | 70 | 1.5 | 6 |
| *Nov-21 | 4,944 | 52 | 1.1 | 1 |
| *Dec-21 | 25,102 | 76 | 0.3 | 0 |

*Hospitalization and death data not complete due to data lags

Figure. COVID-19 cases among active duty service members and percentage of cases that were hospitalized, March 2020 – December 2021



Note: February 2020 is not shown due to the very small number of cases. Hospitalization data for November-December 2021 not complete due to data lags

11.     The DoD has provided information on its website concerning the number of vaccinations provided by DoD, the vaccination of the force, and health impact of those who developed COVID-19 infections.[9]   As depicted below, data through January 12, 2022 demonstrated that of the 461,294 COVID-19 cases within the DoD, 5,760 individuals were hospitalized and 649 have died, including 88 military service members (service members include Active Duty, Reserves, and National Guard personnel).   In both the civilian sector and in the

---

[9]  https://www.defense.gov/Spotlights/Coronavirus-DOD-Response/, last accessed January 13, 2022.

military, the overwhelming majority of individuals hospitalized or who died were not vaccinated or not fully vaccinated.

| DOD COVID-19 CUMULATIVE TOTALS | | | | |
|---|---|---|---|---|
| | Cases | Hospitalized | Recovered | Deaths |
| Military | 299,839 | 2,378 | 266,839 | 88 |
| Civilian | 86,943 | 2,167 | 70,153 | 394 |
| Dependent | 46,367 | 513 | 42,605 | 34 |
| Contractor | 28,145 | 702 | 24,703 | 133 |
| Total | 461,294 | 5,760 | 404,300 | 649 |

12.     The bed capacity at DoD's military medical treatment facilities (MTFs) has generally followed local civilian hospital utilization, with some MTFs having high admission rates and a need to temporarily curtail medical services.  Throughout the pandemic, the National Guard has been called on extensively to provide medical support to the civilian population.  Over the last few months, DoD has increasingly been deploying military doctors, nurses, paramedics and other personnel to U.S hospitals to assist in preventing the country's medical system from collapsing from demand.

**Vaccine Impacts**

13.     Immunization is a global health and development success story, saving millions of lives across the age spectrum annually from illness, chronic conditions, and potentially death. Immunizations provide benefit at both the individual and community level.  First, by stimulating an active immune response, vaccinated individuals are largely protected from the disease of concern.  Second, when a high proportion of individuals are immune (i.e., herd immunity) human-

to-human transmission is disrupted, thereby protecting those who remain susceptible (i.e., those who may not be able to receive a vaccine or do not mount an adequate antibody response). Disease prevention through immunization also mitigates the need for pharmacologic treatment (antibiotics, etc.), reducing the risk of drug-resistant pathogen development.

14.     As a key component of primary health care, the U.S. Food and Drug Administration (FDA), which provides regulatory allowance for immunizations, has licensed vaccines for over 20 different infectious diseases. The Advisory Committee on Immunization Practices (ACIP), an advisory committee of the CDC, develops recommendations on how to use vaccines to control diseases in the United States. The military also maintains awareness, surveillance, and provides guidance to DoD personnel and beneficiaries on vaccine-preventable diseases in the global setting.

15.     According to the CDC, over 520 million doses of COVID-19 vaccine have been given in the United States from December 14, 2020, through January 10, 2022.[10] Evidence continues to show that the incidence of SARS-CoV-2 infection, hospitalization, and death is higher in unvaccinated than vaccinated persons. Although weekly rates can vary, the cumulative rate of COVID-19 associated hospitalizations in unvaccinated adults ages 18-49 years was over 20 times higher than fully vaccinated adults aged 18-49 years for the week ending November 27, 2021.[11]

---

[10] https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/safety-of-vaccines.html, last accessed January 13, 2022.

[11] https://covid.cdc.gov/covid-data-tracker/#covidnet-hospitalizations-vaccination, last accessed January 13, 2022.



Also, according to CDC data, deaths by vaccination status from April 4, 2021-October 30, 2021 showed that in October 2021, unvaccinated persons had a 5 times greater risk of testing positive for COVID-19 and a 14 times greater risk of dying from COVID-19 compared to fully vaccinated individuals and 10 times risk of testing positive for COVID-19 and 20 times risk of dying from COVID-19 compared to fully vaccinated persons with an additional or booster dose.[12]

---

[12] https://covid.cdc.gov/covid-data-tracker/#rates-by-vaccine-status, last accessed January 13, 2022





16.     Although COVID-19 vaccine effectiveness against **infection** has decreased over time, this is seen more significantly in individuals 65 years of age and older.  COVID-19 vaccine effectiveness against severe disease (hospitalization and death) remains high.[13]



---

[13] https://covid.cdc.gov/covid-data-tracker/#vaccine-effectiveness, last accessed January 13, 2022.



17.     As of January 13, 2022, DoD immunization sites have administered over 6.68 million doses of COVID-19 vaccine.  Reports of vaccine adverse events temporally associated with vaccine administration are centrally captured by CDC and FDA's Vaccine Adverse Event Reporting System (VAERS) through passive surveillance, meaning that information is voluntarily reported by health care providers and the public.  VAERS is not designed to determine whether a vaccine caused a health issue of concern, but it is useful for detecting unexpected patterns of adverse event reporting that might indicate a possible safety problem with a vaccine.  As of January 7, 2022, a total of 7,844 unique VAERS reports (approximately 12 VAERS reports/10,000 doses administered) were submitted by DoD beneficiaries or those authorized to receive vaccine from DoD.  Note that the number of VAERS reports/10,000 doses administered for DoD beneficiaries is likely to be lower, as the denominator does not take into account beneficiaries who receive

vaccine in the civilian sector though DoD would still receive their VAERS report if the submitter indicated military affiliation. Additionally, individuals who had an adverse event but did not submit a VAERS report would not be known and therefore would not be counted. Of note, a VAERS submission to the CDC does not mean that the vaccine of concern caused or contributed to the medical issue reported.

18.    The DoD has received hundreds of thousands of Pfizer-BioNTech BLA-manufactured, EUA-labeled COVID-19 vaccine doses and continues to use them.

19.    Approach to immunizations within DoD are outlined in DoD Instruction 6205.02, "DoD Immunization Program" dated June 19, 2019, which states that it is DoD policy that all DoD personnel and other beneficiaries required or eligible to receive immunizations will be offered immunizations in accordance with recommendations from the CDC and its ACIP. Army Regulation 40-562, Navy Bureau of Medicine and Surgery Instruction 6230.15B, Air Force Instruction 48-110_IP, Coast Guard Commandants Instruction M6230.4G, "Immunizations and Chemoprophylaxis for the Prevention of Infectious Diseases," October 7, 2013, further states the Military Service policy concerning immunizations follows the recommendations of the CDC, ACIP, and the prescribing information on the manufacturer's package inserts, unless there is a military-relevant reason to do otherwise. This document also describes general examples of medical exemptions, which include "evidence of immunity based on serologic tests, documented infection, or similar circumstances." Some interpret this as a diagnosis of COVID-19 disease and/or results of a COVID-19 serologic test means that a medical exemption should be granted. However, of significance is the phrase "evidence of immunity." CDC defines immunity as "protection from an infectious disease. If you are immune to a disease, you can be exposed to it

without becoming infected."[14]   There are two major types of testing available for COVID-19: diagnostic tests, which assess for current infection, and antibody tests, which assess for antibody production, which is indicative of past infection and (in some tests) a history of vaccination.  The FDA states, "We do not know how long antibodies stay in the body following infection with the virus that causes COVID-19. We do not know if antibodies give you protective immunity against the virus, so results from a serology test should not be used to find out if you have immunity from the virus. The FDA cautions patients against using the results from any serology test as an indication that they can stop taking steps to protect themselves and others, such as stopping social distancing or discontinuing wearing masks."[15] As described below, lab tests for serology also state that it is unclear at this time if a positive antibody result infers immunity against future COVID-19 infection.  Therefore, given the scientific evidence available, a medical exemption based on the history of COVID-19 disease or serology results does not meet "evidence of immunity".  The presence of antibodies is not the same thing as being immune.

20.     The CDC states that "COVID-19 vaccination is recommended for everyone aged 5 years and older, regardless of a history of symptomatic or asymptomatic SARS-CoV-2 infection. This includes individuals with prolonged post-COVID-19 symptoms.  Viral testing to assess for acute SARS-CoV-2 infection or serologic testing to assess for prior infection is not recommended for the purpose of vaccine decision-making.  Present data are insufficient to determine an antibody titer threshold that indicates when an individual is protected from SARS-CoV-2 infection.  There

---

[14] https://www.cdc.gov/healthyschools/bam/diseases/vaccine-basics.htm, accessed January 13, 2022.

[15] https://www.fda.gov/consumers/consumer-updates/coronavirus-disease-2019-testing-basics, accessed January 13, 2022.

is neither any FDA-authorized or FDA-approved test nor any other scientifically validated strategy that vaccination providers or the public can use to reliably determine whether a person is protected from infection.  Data from multiple studies indicate that the currently approved or authorized COVID-19 vaccines can be given safely to people with evidence of a prior SARS-CoV-2 infection."[16]

21.     Further, CDC states "current evidence suggests that the risk of SARS-CoV-2 reinfection is low after a previous infection but may increase with time due to waning immunity. Among individuals infected with SARS-CoV-2, substantial heterogeneity exists in their immune response.  (The term "heterogeneity" means that those individuals have diverse or varying immune responses which, when compared to the subsequent response of those receiving the COVID-19 vaccine, are not as reliable or consistent.)  Conversely, the immune response following COVID-19 vaccination is more reliable, consistent, and predictable.   A primary vaccination series decreases the risk of future infections in people with prior SARS-CoV-2 infection.  Numerous immunologic studies have consistently shown that vaccination of individuals who were previously infected enhances their immune response, and growing epidemiologic evidence indicates that vaccination following infection further reduces the risk of subsequent infection, including in the setting of increased circulation of more infectious variants."[17]

---

[16] https://www.cdc.gov/vaccines/covid-19/clinical-considerations/covid-19-vaccines-us.html?CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fvaccines%2Fcovid-19%2Finfo-by-product%2Fclinical-considerations.html, accessed January 13, 2022.

[17] https://www.cdc.gov/vaccines/covid-19/clinical-considerations/covid-19-vaccines-us.html?CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fvaccines%2Fcovid-19%2Finfo-by-product%2Fclinical-considerations.html, accessed January 13, 2022.

22. Although natural infection for some diseases, in some cases, can result in long-standing immunity (e.g., measles), there is risk of untoward outcomes from the disease itself, which can be chronic or even fatal. Examples include Pneumonia or invasive group B Strep from chickenpox, meningitis or epiglottitis from *Haemophilis influenza* type B, birth defects from rubella, liver cancer from Hepatitis B, and death from measles.

23. Examples of natural infections that do not mount long-standing immunity include, in addition to COVID-19, Influenza, Respiratory Syncytial Virus, Malaria, Whooping cough, and rotavirus. In other words, re-infection is possible. Multiple serotypes of a pathogen like influenza, pneumococcus, and possibly with the COVID-19 variants, also make determination of a protective serologic level more difficult, especially to say there is lifelong immunity.

24. In October 2021, prior to the presentation of the Omicron variant, the newest SARS-CoV2 variant of concern, CDC summarized a review of 96 peer-reviewed and preprint publications, providing an overview of current scientific evidence regarding infection-induced immunity.[18] Key findings include the following:

- Available evidence shows that fully vaccinated individuals and those previously infected with SARS-CoV-2 each have a low risk of subsequent infection for at least 6 months. Data are presently insufficient to determine an antibody titer threshold that indicates when an individual is protected from infection. At this time, there is no FDA-authorized or approved test that providers or the public can use to reliably determine whether a person is protected from infection.

---

[18] https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/vaccine-induced-immunity.html, accessed January 13, 2022.

o  The immunity provided by vaccine and prior infection are both high but not complete (i.e., not 100%).

o  Multiple studies have shown that antibody titers correlate with protection at a population level, but protective titers at the individual level remain unknown.

o  Whereas there is a wide range in antibody titers in response to infection with SARS-CoV-2, completion of a primary vaccine series, especially with mRNA vaccines, typically leads to a more consistent and higher-titer initial antibody response.

o  For certain populations, such as the elderly and immunocompromised, the levels of protection may be decreased following both vaccination and infection.

o  Current evidence indicates that the level of protection may not be the same for all viral variants.

o  The body of evidence for infection-induced immunity is more limited than that for vaccine-induced immunity in terms of the quality of evidence (e.g., probable bias towards symptomatic or medically-attended infections) and types of studies (e.g., observational cohort studies, mostly retrospective versus a mix of randomized controlled trials, case-control studies, and cohort studies for vaccine-induced immunity). There are insufficient data to extend the findings related to infection-induced immunity at this time to persons with very mild or asymptomatic infection or children.

25.  Debate continues about whether natural immunity versus vaccine-induced immunity is more protective against breakthrough infections (a reinfection in someone who was previously infected versus an infection in a previously not infected individual who was fully

immunized).  A frequently cited, though not peer-reviewed, retrospective study from Israel found that the rates of SARS-CoV-2 breakthrough infections in vaccinated individuals, while very low (highest rate = 1.5%) were 13 times higher than the rates of reinfection and hospitalization in previously infected individuals[19].  These findings have not been reproduced in a peer-reviewed or prospective publication.  However, an observational study,[20] also out of Israel, compared adverse events in Pfizer-BioNTech vaccinated versus unvaccinated individuals in addition to those who had a history of COVID-19 disease versus those who did not.  As previously identified in multiple studies, vaccination with an mRNA vaccine like Pfizer-BioNTech was associated with an elevated risk of myocarditis compared to those unvaccinated (risk difference 2.7 events/100,000 people).  However, when assessing the relative risk in those with a history of COVID-19 disease with those who did not have disease, the risk of myocarditis was substantially higher in those who had COVID-19 disease (risk difference of 11 events/100,000 persons).  The risk difference is calculated as the difference between the observed risks in the two groups.

---

[19] https://www.medrxiv.org/content/10.1101/2021.08.24.21262415v1, last accessed January 13, 2022.

[20] Barda N, et al.  Safety of the BNT162b2 mRNA COVID-19 Vaccine in a Nationwide Setting N Engl J Med 2021; 385:1078-1090.



**Figure 4.** Absolute Excess Risk of Various Adverse Events after Vaccination or SARS-CoV-2 Infection.
Point estimates of the risk differences for selected adverse events are shown. Estimates were derived 42 days after vaccination or SARS-CoV-2 infection with the use of the Kaplan–Meier estimator. Risk differences are shown per 100,000 persons and rounded to the nearest integer. Negative differences (decreased risk) are represented as negative values on the y axis, and positive differences (increased risk) are represented as positive values on the y axis. The abbreviation mRNA denotes messenger RNA.

## **The Omicron variant**

26.     On November 26, 2021, the World Health Organization (WHO) designated the

Omicron variant a "variant of concern", upon recommendations of the Technical Advisory

Group on SARS-CoV-2 Virus Evolution, which assesses if specific mutations and combinations

of mutations alter the behavior of the virus.[21] The United States designated Omicron as a variant

of concern on November 30, 2021 and following first detection in the United States on

December 1, 2021, it has rapidly spread throughout the United States.[22]  Preliminary data last

---

[21] https://www.who.int/news/item/26-11-2021-classification-of-omicron-(b.1.1.529)-sars-cov-2-variant-of-concern, last accessed January 13, 2022.

[22] https://www.cdc.gov/coronavirus/2019-ncov/variants/omicron-variant.html, last accessed January 13, 2022.

updated December 20, 2021 suggests that the omicron variant likely will spread more easily than the original SARS-CoV-2 virus and how easily Omicron spreads compared to Delta remains unknown. Severity of disease caused by Omicron in those who are unvaccinated, had a previous history of disease, and in the unvaccinated population is unknown.  Quantification of vaccine effectiveness of current FDA-approved/authorized and WHO-Emergency Use List COVID-19 vaccines is also unknown.  Nonetheless, "current vaccines are expected to protect against severe illness, hospitalizations, and deaths due to infection with the Omicron variant. However, breakthrough infections in people who are fully vaccinated are likely to occur.  With other variants, like Delta, vaccines have remained effective at preventing severe illness, hospitalizations, and death. The recent emergence of Omicron further emphasizes the importance of vaccination and boosters"[23].

### Risks from COVID-19 Vaccination

27.     Risks from immunization, including COVID-19 vaccines, are rare.  CDC provides routine updates on specific adverse events temporally associated with COVID-19 vaccines.[24] CDC updates as of January 12, 2022, include the following:

A. **Anaphylaxis after COVID-19 vaccination is rare** and has occurred in approximately 5 people per million vaccinated in the United States.

B. **Thrombosis with thrombocytopenia syndrome (TTS) after Johnson & Johnson's Janssen (J&J/Janssen) COVID-19 vaccination is rare.**  As of January 6, 2022, more

---

[23] https://www.cdc.gov/coronavirus/2019-ncov/variants/omicron-variant.html, last accessed January 13, 2022.

[24] https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/adverse-events.html, last accessed January 13, 2022.

than 17.7 million doses of the J&J/Janssen COVID-19 Vaccine have been given in the United States. CDC and FDA identified 57 confirmed reports of people who got the J&J/Janssen COVID-19 Vaccine and later developed TTS.  Women 30-49 years of age, especially, should be aware of the rare but increased risk of this adverse event.  There are other COVID-19 vaccine options available for which this risk has not been seen.

C.  Guillain-Barre Syndrome - CDC and FDA are monitoring reports of Guillain-Barré Syndrome (GBS) in people who have received the J&J/Janssen COVID-19 Vaccine. GBS is a rare disorder where the body's immune system damages nerve cells, causing muscle weakness and sometimes paralysis.  Most people fully recover from GBS, but some have permanent nerve damage.   After more than 17.7 million J&J/Janssen COVID-19 Vaccine doses administered, there have been around 294 preliminary reports of GBS identified in VAERS as of January 13, 2022.  These cases have largely been reported about 2 weeks after vaccination and mostly in men, many 50 years and older.  CDC will continue to monitor for and evaluate reports of GBS occurring after COVID-19 vaccination and will share more information as it becomes available.

D.  **Myocarditis and pericarditis after COVID-19 vaccination are rare.**  As of January 6, 2022, VAERS has received 2,077 reports of myocarditis or pericarditis among people ages 30 years and younger who received COVID-19 vaccines.  Most cases have been reported after mRNA COVID-19 vaccination (Pfizer-BioNTech or Moderna), particularly in male adolescents and young adults.  Through follow-up, including medical record reviews, CDC and FDA have confirmed 1,175 reports of myocarditis or pericarditis.

E. **Reports of death after COVID-19 vaccination are rare**.  More than 520 million

doses of COVID-19 vaccines were administered in the United States from December

14, 2020, through January 10, 2022. During this time, VAERS received 11,225 reports

of death (0.0022%) among people who received a COVID-19 vaccine. FDA requires

healthcare providers to report any death after COVID-19 vaccination to VAERS, even

if it is unclear whether the vaccine was the cause.  **Reports of adverse events to**

**VAERS following vaccination, including deaths, do not necessarily mean that a**

**vaccine caused a health problem.**  A review of available clinical information,

including death certificates, autopsy, and medical records, has not established a causal

link to COVID-19 vaccines.   A review of reports indicates a causal relationship

between the J&J/Janssen COVID-19 vaccine and TTS.   Continued monitoring has

identified additional deaths for a total of 9 deaths causally associated with J&J COVID-

19 vaccination.

28.  Additionally, on October 27 2021, the COVID-19 subcommittee of the WHO Global

Advisory Committee on Vaccine Safety (GACVS) provided an updated statement regarding

myocarditis and pericarditis reported with COVID-19 mRNA vaccines, stating, in part:  The

GACVS COVID-19 subcommittee notes that myocarditis can occur following SARS-CoV-2

infection (COVID-19 disease) and that mRNA vaccines have clear benefit in preventing

hospitalisation and death from COVID-19.  Countries should continue to monitor reports of

myocarditis and pericarditis following vaccination by age, sex, dose and vaccine brand.

Countries should consider the individual and population benefits of immunization relevant to

their epidemiological and social context when developing their COVID-19 immunisation policies and programs.[25]

## **COVID-19 Antibody Tests**

29. As described above, testing to assess for acute SARS-CoV-2 infection or serologic testing to assess for prior infection is not recommended for the purposes of vaccine decision-making.  As of December 17, 2021, the FDA's EUA Authorized Serology Test Performances[26] lists approximately 90 products, of which all of them had one of the following three statements about immunity interpretation:

A.   "You should not interpret the results of this test as an indication or degree of immunity or protection from reinfection."[27]

B.  "It is unknown how long antibodies to SARS-CoV-2 will remain present in the body after infection and if they confer immunity to infection. Incorrect assumptions of immunity may lead to premature discontinuation of physical distancing requirements and increase the risk of infection for individuals, their households and the public."[28]

C.  "It is unknown how long (IgA, IgM or IgG) antibodies to SARS-CoV-2 will remain present in the body after infection and if they confer immunity to infection. A positive result for

---

[25] https://www.who.int/news/item/27-10-2021-gacvs-statement-myocarditis-pericarditis-covid-19-mrna-vaccines-updated, last accessed January 13, 2022.

[26] https://www.fda.gov/medical-devices/coronavirus-disease-2019-covid-19-emergency-use-authorizations-medical-devices/eua-authorized-serology-test-performance, last accessed January 13, 2022.

[27] https://www.fda.gov/media/146369/download, last accessed January 13, 2022.

[28] https://www.fda.gov/media/138627/download, last accessed January 13, 2022.

XXX test may not mean that an individual's current or past symptoms were due to COVID-19 infection."[29]

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on January 14, 2022, in Falls Church, Virginia

RANS.TONYA.SUE.10812
63031
Digitally signed by
RANS.TONYA.SUE.1081263031
Date: 2022.01.14 16:05:55 -05'00'

Tonya S. Rans
Colonel, Medical Corps, U.S. Air Force
Director, Immunization Healthcare Division
Public Health Directorate
Falls Church, Virginia

---

[29] https://www.fda.gov/media/137542/download, last accessed January 13, 2022.