# Exhibit 16

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**

_____

)
BENJAMIN COKER, *et al.*                    )
                                            )
      Plaintiffs,                           )
                                            )
      v.                                    )       Civil Action No. 3:21-cv-01211-AW-HTC
                                            )
LLOYD AUSTIN, III, in his official          )
capacity as Secretary of Defense, *et al.*, )
                                            )
      Defendants.                           )
_____            )

## DECLARATION OF COLONEL MICHELE SOLTIS

I, Colonel Michele Soltis, hereby state and declare as follows:

1.     I am currently employed by the U.S. Army as the Director of the Public Health Directorate for the Office of The Surgeon General/U.S. Army Medical Command (OTSG/USAMEDCOM), located in Falls Church, Virginia.  I have held this position since March 2020.  I previously served as the Preventive Medicine Staff Physician for this same office since September 2016.  My responsibilities include supervising public health subject matter experts and advising The Surgeon General (TSG)/USAMEDCOM Commanding General on all aspects of public health practice at the population level.  Our office develops and coordinates strategic Army public health policies, publications, and programs to optimize readiness and promote force health protection initiatives.  Our office advocates for public health activities, provides oversight for public health programs, and promotes the public health interests and initiatives of OTSG/USAMEDCOM.  Since 2016, as part of my duties, I have reviewed requests from Soldiers for administrative immunization exemptions to accommodate religious beliefs, which are processed through OTSG to TSG for action under existing Army Regulations, to include the Multi-

Service Regulation (AR 40–562, BUMEDINST 6230.15B, AFI 48–110_IP, CG COMDTINST M6230.4G), "Immunizations and Chemoprophylaxis for the Prevention of Infectious Diseases," dated October 7, 2013 and Army Regulation 600-20, "Army Command Policy," dated July 24, 2020.  In addition, I consult with other Military Health System healthcare providers, Public Health Emergency Officers, and Senior Leaders to detail, clarify, and apply evidence-based, public health recommendations from the Centers for Disease Control and Prevention, the United States Preventive Services Task Force, and other organizations to Department of Defense Service Member and beneficiary populations.

2.      I am generally aware of the allegations set forth in the pleadings filed in this matter. This declaration is based on my personal knowledge, as well as knowledge made available to me during the routine execution of my official duties.  Attached to this declaration are authentic copies of relevant military regulations, instructions, and directives, referenced throughout.

### Mandatory Coronavirus Disease 2019 (COVID-19) Vaccination

3.      On August 24, 2021, the Secretary of Defense issued a memorandum directing the Secretaries of the Military Departments to immediately begin full vaccination of all members of the Armed Forces under Department of Defense (DoD) authority on active duty or in the Ready Reserve, including the National Guard, who are not fully vaccinated against COVID-19 (Secretary of Defense Memorandum, "Mandatory Coronavirus Disease 2019 Vaccination of Department of Defense Service Members," dated August 24, 2021).  The purpose of the directive is to protect the health of the force, optimize readiness, and defend the Nation.  To date, there have been 461,294 cases of COVID-19 and 649 deaths associated with COVID-19 reported across the DoD.  As of this time, 299,839 of those cases and 88 COVID-associated deaths have been reported among Service      members.      ("DoD      COVID-19      Cumulative      Totals,"

2

https://www.defense.gov/Explore/Spotlight/Coronavirus-DOD-Response/, accessed January 13, 2022). Persons who have not been fully vaccinated against COVID-19 are at higher risk of serious illness, hospitalization, and death. They are also at increased risk of post-COVID conditions (i.e., long-COVID or long-haul COVID). Under the directive, Service members are considered fully vaccinated two weeks after completing the second dose of a two-dose COVID-19 vaccine series (e.g., Moderna or Pfizer-BioNTech (COMIRNATY®) vaccines) or two weeks after receiving a single-dose COVID-19 vaccine (e.g., Johnson & Johnson/ Janssen vaccine). Those with a history of previous COVID-19 infection are not considered fully vaccinated.

4.     In accordance with the directive, mandatory vaccination against COVID-19 will only use vaccines that received full licensure from the U.S. Food and Drug Administration (FDA), in accordance with FDA-approved labeling and guidance. The directive authorizes the Military Departments to promulgate appropriate guidance to execute the stated objectives. It further directs that mandatory vaccination requirements will be implemented consistent with DoD Instruction (DoDI) 6205.02, "DoD Immunization Program," dated July 23, 2019. Finally, the directive states that Military Departments should use existing policies and procedures to manage the mandatory vaccination of Service members to the extent practicable, and that mandatory vaccination of Service members will be subject to any identified contraindications, as well as any administrative or other exemptions established in Military Department policy.

### Command Authority to Immunize Soldiers

5.     The Military Vaccination Program, and associated Army immunization programs, which include the processes and procedures by which vaccines and vaccinations are managed, as well as those by which vaccines are administered and exemption requests are reviewed and adjudicated, are implemented in accordance with several DoD, Defense Health Agency (DHA),

Multi-Service, and Army Instructions, Regulations, and other publications. In particular, Army Regulation (AR) 600-20, "Army Command Policy," dated July 24, 2020, authorizes Commanders to administer immunizations to Soldiers required by the Multi-Service Regulation (AR 40–562, BUMEDINST 6230.15B, AFI 48–110_IP, CG COMDTINST M6230.4G), "Immunizations and Chemoprophylaxis for the Prevention of Infectious Diseases," dated October 7, 2013, or "other legal directive," unless Soldiers are medically or administratively exempted from the immunization requirements.  AR 600-20, paragraph 5-4.g.(2) states Commanders will continually educate Soldiers "concerning the intent and rationale behind both routine and theater-specific or threat-specific military immunization requirements."  The paragraph also notes, "The intent of this authorization is to protect the health and overall effectiveness of the command, as well as the health and medical readiness of the individual Soldier."

6.     In more than 18 years of serving as an active duty preventive medicine physician, I have not experienced, nor do I have knowledge of a Commander involuntarily immunizing a Soldier.  On September 14, 2021, the U.S. Army implemented the Secretary of Defense's recent directive by way of Fragmentary Order 5 (FRAGO 5) to Headquarters Department of the Army (HQDA) Execution Order (EXORD) 225-21, "COVID-19 Steady State Operations."[1]  Per FRAGO 5, paragraph 3.D.8.B.4., involuntary (i.e., forcible) COVID-19 immunization is prohibited.

## Army Implementation Order for Mandatory COVID-19 Vaccination

---

[1]  The Army has since published FRAGOs 6-14, which include various additions and modifications to FRAGO 5.  Although none of those orders alter the substantive requirements of the provisions of FRAGO 5 cited throughout this declaration, FRAGOs 6-14 are attached to this declaration for completeness.  To the extent that FRAGOs 6-14 include notable procedural changes, they are cited accordingly below.

7.      Pursuant to FRAGO 5, per paragraph 3.B.3., every Soldier who is not otherwise exempt will be fully vaccinated against COVID-19 to ensure Soldiers and units are ready to fight and win.  As the order makes clear in paragraph 3.B.3., "[t]his is a readiness, health, and welfare priority for the total Army."  Paragraph 3.B.3 further states that because the Secretary of Defense has issued a lawful order, "the Army has a responsibility to ensure good order and discipline."

8.      Per FRAGO 5, paragraph 3.B.3.A.1., the Army is executing the mandatory COVID-19 vaccination order in two phases:  phase 1 began immediately, and phase 2 will begin "on order."  In accordance with paragraph 3.D.8., the Army will conduct mandatory COVID-19 vaccination operations of unvaccinated Soldiers with the FDA-approved Pfizer/Comirnaty® vaccine, and continue voluntary vaccination with other vaccines authorized for emergency use. Soldiers are considered fully vaccinated two weeks after completion of a two-dose vaccine series or two weeks after receiving a single-dose vaccine.  Per paragraph 3.D.8.B.1., Commanders will vaccinate all Soldiers who are not otherwise exempt.  Soldiers requesting an exemption are not required to receive the vaccine pending the final decision on their exemption request, which is discussed in more detail below.  Likewise, paragraph 3.D.8.B.1.F. notes Commanders will not take adverse action against Soldiers with pending exemption requests, which is also discussed in more detail below.  Finally, per paragraph 3.D.8.B.4., there will be no involuntary (i.e., forcible) immunizations.

9.      As for the process itself, FRAGO 5 paragraph 3.D.8.B.5. notes that if a Soldier declines immunization, the Commander will counsel the Soldier in writing, then direct the Soldier to view a mandatory educational video on the benefits of the vaccine.  Following the mandatory video, the Soldier's immediate Commander "will order the Soldier to comply with the order to receive the vaccine."  Paragraph 3.D.8.B.5.A. states if the Soldier declines again, the immediate

Commander will direct the Soldier to meet with a medical professional (i.e., physician, physician assistant, or nurse practitioner) to further discuss the benefits of vaccination and address the Soldier's concerns.  The Soldier's immediate Commander will then order the Soldier again to receive the vaccine.  If the Soldier declines immunization again, the Commander will consult with their servicing legal advisor.

### Immunization Exemptions and Procedures

10.      Soldiers may request exemptions from immunizations based on certain circumstances.  There are two types of exemptions:  medical and administrative.  FRAGO 5, paragraph 3.D.8.B.6.A. states that for medical exemptions, healthcare providers will determine a medical exemption based on the health of the vaccine candidate and the nature of the immunization under consideration.  Per the Multi-Service Regulation (AR 40–562, BUMEDINST 6230.15B, AFI 48–110_IP, CG COMDTINST M6230.4G), paragraph 2-6.a., medical exemptions may be temporary (up to 365 days) or permanent.  Per paragraphs 2-6.a.(1)(a)-(c) of this same Regulation, general examples of medical exemptions include (1) the underlying health condition of the vaccine candidate (e.g., based on immune competence, pharmacologic or radiation therapy, pregnancy and/or previous adverse response to immunization), (2) evidence of immunity based on serologic tests, documented infection, or similar circumstances, and (3) if an individual's clinical case is not readily definable.

11.      Exemptions are not presumptive in nature, but rather are granted after review of an individual's circumstances and the nature of the request on a case-by-case basis.  For example, as stated in FRAGO 9, paragraph 3.D.8.B.6, Soldiers with previous infections or positive serology are not automatically exempt from full vaccination requirements and should consult with their healthcare provider.  A Defense Health Agency Immunization Healthcare Division Information

Paper entitled, "Why can't documentation of COVID-19 disease or serology results meet the mandatory requirement?" and dated October 2, 2021, notes examples of circumstances where our immune systems do not mount long-lasting immunity from natural disease, to include influenza, pertussis (whooping cough), and rotavirus, among others. As such, re-infection with such pathogens is possible. Multiple serotypes of certain pathogens may also make determination of a protective serologic level more difficult. Furthermore, the Paper notes the mere presence of antibodies against a disease does not equate to immunity and that, "[t]he medical immune exemption does not apply to SARS-CoV-2 infection like it does to other infections, like measles, where there are decades (or more) of data on the durability of immunity, and the viral characteristics (i.e., long incubation time, involvement of the reticuloendothelial system) allow for a sterilizing immunity to persist." The Paper does acknowledge that "[w]ith time, there may be evidence for durable immunity to SARS-CoV-2."

12.     Per FRAGO 5, paragraph 3.D.8.B.6.A., for all medical exemptions, Soldiers should consult with their healthcare provider. If the provider indicates a temporary exemption is valid, he or she will approve it. If, on the other hand, no temporary exemption is identified, the provider will disapprove the request and administer the vaccine if the Soldier agrees to voluntarily receive it. If the Soldier declines to be vaccinated by the healthcare provider, the Soldier will be referred back to his or her Commander for further action. Appropriate exemption codes indicating temporary or permanent reasons for medical exemption are to be annotated in the individual's Service-specific Immunization Tracking System. Any adverse events following receipt of a vaccine are to be reported to the Department of Health and Human Services' Vaccine Adverse Event Reporting System (VAERS). Medical exemption codes are to be revoked if they are no longer clinically warranted.

13.     As stated in FRAGO 5, paragraph 3.D.8.B.6.A.1. and 3.D.8.B.6.A.2., the approval authority for permanent medical exemptions is TSG.  TSG has delegated this authority to Regional Health Command-Commanding Generals (RHC-CG), with no further delegation authorized.  All requests for permanent medical exemptions must be staffed to the RHC-CG with the healthcare provider's recommendation either to approve or deny the permanent exemption.  If the RHC-CG disapproves a permanent medical exemption, the Soldier can appeal to TSG, who is the final appeal authority.  If TSG disapproves the permanent medical exemption and the Soldier still refuses vaccination, the Commander will consult with his or her legal advisor.

14.     The provisions of FRAGOs 5, 6, and 9 also address the procedures for Soldiers to submit requests for religious exemptions.  Most notably, FRAGO 6, paragraph 3.D.8.B.6.B. implements the procedures outlined in Appendix P-2b of AR 600-20, which discusses requirements for processing requests for religious exemptions from immunizations.  In particular, Soldiers who believe their religious practices conflict with immunization requirements may request an exemption through command channels, which is then processed from their company or immediate Commander through their battalion, brigade, division, and General Court-Martial Convening Authority Commanders (typically a General Officer) to TSG.   Intermediate Commanders are not permitted to approve or deny requests for religious exemptions from immunizations.  Exemption requests are submitted in memorandum format.  AR 600-20, Appendix P-2.b.(1) notes requests must include the Soldier's name, rank, military occupational specialty, and a description of the religious tenet or belief that is contrary to the immunization.  Other documentation, such as a letter from a religious leader, is optional, but may assist Commanders in evaluating the request.

15.     Per AR 600-20, Appendix P-2.b.(2), once such a request is submitted, the Commander will arrange for an in-person or telephonic interview between the Soldier and the assigned unit chaplain.  The chaplain must provide a memorandum that summarizes the interview and addresses the religious basis and sincerity of the Soldier's request.  The chaplain is not required to recommend approval or disapproval, but may do so.  Memoranda from other chaplains or religious leaders may accompany the request as optional attachments, but do not meet the requirement for interview by the assigned unit chaplain.

16.     Additionally, when a religious exemption request is submitted, a licensed healthcare provider must counsel the Soldier to ensure that he or she is making an informed decision.  Pursuant to AR 600-20, Appendix P-2.b.(3), the healthcare provider should address, at a minimum, specific information about the disease concerned; specific vaccine information, including the benefits and risks of vaccination; and the potential risks of infection that may be incurred by unimmunized individuals.  AR 600-20, Appendix P-2.b.(4) notes that likewise, the Soldier's immediate Commander must counsel the Soldier and recommend approval or denial of the exemption request.  The Commander must also counsel the Soldier that noncompliance with immunization requirements may adversely impact deployability, assignment, or international travel, and that the exemption may be revoked under imminent risk conditions.

17.     Consistent with that policy, FRAGO 6, paragraph 3.D.8.B.6.B, notes TSG is the only approval or disapproval authority for religious immunization exemption requests and the Assistant Secretary of the Army for Manpower and Reserve Affairs (ASA (M&RA)) is the final appeal authority.  Per FRAGO 9, paragraph 3.D.8.B.6.B.2., exemption request packets are routed through the chain of command to TSG for decision.  The immediate Commander, through the General Court-Martial Convening Authority, must review the request and recommend approval or

denial to TSG, and must address the factors of military necessity described below.  A legal review must also be conducted prior to forwarding the request. Upon completion, the packet must be uploaded into the Army's system of record for tracking such requests to TSG.  FRAGO 5, paragraph 3.D.8.B.6.C. states that as with medical exemption requests, Soldiers with pending requests for religious immunization exemptions are temporarily deferred from immunization, pending the disposition of their request or any appeal of a denied request.

18.     As for the criteria by which religious exemption requests are resolved, AR 600-20 sets forth the Army's policy.  As stated in paragraph 5-6.a. of that Regulation, "The Army places a high value on the rights of its Soldiers to observe tenets of their respective religions or to observe no religion at all; while protecting the civil liberties of its personnel to the greatest extent possible, consistent with its military requirements."  Thus, pursuant to federal law and Department of Defense Instruction (DoDI) 1300.17, "Religious Liberty in the Military Services," dated September 1, 2020, requests for religious accommodations from a military policy, practice, or duty that substantially burdens a Soldier's exercise of religion may be denied only when the government action furthers a compelling government interest and is the least restrictive means of furthering that compelling government interest.  Per AR 600-20, paragraph 5-6.a.(2), it is the Soldier's responsibility to demonstrate he or she has a sincerely held religious belief and that the government policy, practice, or duty substantially burdens their religious exercise.  As it relates to the religious exemption process described above, that is accomplished through the Soldier's request and the chaplain's interview.

19.     If the Soldier demonstrates a sincerely held religious belief and a substantial burden on his or her religious exercise, the Commander must then demonstrate how the government action furthers a compelling government interest and is the least restrictive means of furthering that

interest.  As reflected in AR 600-20, paragraph 5-6.a.(4), a religious exercise includes any exercise of religion, whether or not compelled by, or central to, a system of religious belief.  Likewise, compelling governmental interests may include safety, health, good order, discipline, uniformity, national security, and mission accomplishment.  All requests for religious exemptions must be assessed on a case-by-case basis.  Likewise, each request must be considered based on its unique facts, the nature of the requested religious exemption, the effect of approval or denial on the Soldier's exercise of religion, and the effect of approval or denial on military necessity.  Per AR 600-20, Appendix P-2.b.(5), TSG will approve or disapprove each religious exemption request and return the decision to the Soldier's Commander through command channels, at which point the Soldier may appeal to the ASA (M&RA) for a final decision.  As with the exemption request itself, the chaplain's review, and the chain of command's recommendations, all decisions by TSG and the ASA (M&RA) are memorialized in memorandum format, not specific forms.

20.     The authorities described above are also set forth in Army Directive 2021-33, "Approval and Appeal Authorities for Military Medical and Administrative Immunization Exemptions" dated September 24, 2021.  In addition, FRAGO 5 (Annex XX) contains a depiction of the exemption process described above, as well as sample counseling statements (Annexes NN and OO) for Commanders to use if a Soldier initially declines immunization. FRAGO 5, paragraphs 3.D.8.B.1. and 3.D.8.B.4. again note that Soldiers requesting an exemption are not required to receive the COVID-19 vaccine pending the final decision on their exemption request and that involuntary (i.e., forcible) immunizations are prohibited.

### Adverse Administrative Actions

21.     As described above, the Army is providing Soldiers the opportunity to seek medical and administrative, to include religious, exemptions from the requirement to be vaccinated.

However, for those who are not going to seek an exemption or who have their exemption requests denied and still refuse to be immunized, the Army has outlined a phased approach for the administration of adverse actions in furtherance of the maintenance of good order and discipline and the health of the force, which will be considered and adjudicated on a case-by-case basis.  As explained in paragraph 3.D.8.B.1. of FRAGO 5, only certain adverse administrative actions are authorized during phase 1 for Soldiers who refuse the mandatory COVID-19 vaccine.  Any other adverse action based solely on COVID-19 vaccine refusal is withheld during this phase.

22.     FRAGO 5, paragraph 3.D.8.B.1.D. states that in particular, Commanders must request a General Officer Memorandum of Reprimand (GOMOR) be initiated for all Soldiers refusing the vaccine who are not pending a final decision regarding an exemption request.  The processes and procedures for issuing a GOMOR are governed by paragraph 3-5 of Army Regulation (AR) 600-37, "Unfavorable Information," dated October 2, 2020.  In short, GOMORs may be filed permanently in a Soldier's Army Military Human Resources Records (AMHRR), or temporarily in his or her "local" file to later be destroyed.  Either way, paragraphs 3-5 and 3-7 of this same Regulation detail substantive and procedural due process requirements that must be satisfied prior to any filing decision being made, including notification to the Soldier and an opportunity to respond.

23.     AR 600-37, paragraphs 6-3, 7-1, and 7-7 note Soldiers may appeal a decision to file a GOMOR in their AMHRR, or request to transfer it to the restricted portion of their personnel file, to the Department of the Army Suitability Evaluation Board (DASEB), which has the authority to revise, alter, or remove the unfavorable information if it is determined to be untrue or unjust.  AR 600-37, para. 6-2.  Further, a Soldier may appeal an adverse DASEB decision to the Army Board for Correction of Military Records (ABCMR).  Chapter 2 of Army Regulation 15-

185, "Army Board for Correction of Military Records," dated March 31, 2006, contains the policy and procedures for applying to the ABCMR for the purpose of correcting military records. Pursuant to 10 U.S.C. §1552, and per AR 15-185, paragraph 2-2a., the ABCMR may correct Department of the Army records, including GOMORs, in order to remove an error or injustice. This includes the authority to remove a GOMOR entirely from a Soldier's records, which would eliminate future consideration of the removed record by promotion or other selection boards.

24.     Again, however, per FRAGO 5, paragraph 3.D.8.B.1.F., Commanders will not take adverse action against Soldiers with pending exemption requests as discussed above.

****************************

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 13, 2022, in Falls Church, Virginia

SOLTIS.MICHELE.A   Digitally signed by
YN.1039840827    SOLTIS.MICHELE.AYN.1039
                 840827

Michele A. Soltis
Colonel, Medical Corps, U.S. Army
Director, Public Health Directorate
Office of The Surgeon General/
U.S. Army Medical Command
Falls Church, Virginia

## UNCLAS CUI

# FRAGO 6 TO HQDA EXORD 225-21 COVID-19 STEADY STATE OPERATIONS (1

| | |
|---|---|
| **Originator:** | DA WASHINGTON DC |
| **TOR:** | 10/07/2021 18:07:03 |
| **DTG:** | 071800Z Oct 21 |
| **Prec:** | Priority |
| **DAC:** | General |
| **To:** | ARLINGTON NATIONAL CEMETERY ARLINGTON VA, ARNG NGB COMOPS ARLINGTON VA, ARNG NGB J3 JOC WASHINGTON DC, ARNGRC ARLINGTON VA, ARNGRC WATCH ARLINGTON VA, CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX, CDR ARMY FUTURES COMMAND AUSTIN TX, CDR ATEC ABERDEEN PROVING GROUND MD, CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC, CDR MDW J3 FT MCNAIR DC, CDR MDW JFHQ-NCR FT MCNAIR DC, CDR NETCOM 9THSC FT HUACHUCA AZ, CDR TRADOC CG FT EUSTIS VA, CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA, CDR USAR NORTH FT SAM HOUSTON TX, CDR USARCENT SHAW AFB SC, CDR USASOC COMMAND CENTER FT BRAGG NC, CDR USASOC FT BRAGG NC, CDR USASOC MESSAGE CENTER FT BRAGG NC, CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC, CDRAMC REDSTONE ARSENAL AL, CDRFORSCOM FT BRAGG NC, CDRHRC G3 DCSOPS FT KNOX KY, CDRINSCOM FT BELVOIR VA, CDRINSCOMIOC FT BELVOIR VA, CDRMDW WASHINGTON DC, CDRUSACE WASHINGTON DC, CDRUSACIDC FT BELVOIR VA, CDRUSACYBER FT BELVOIR VA, CDRUSACYBER G3 FT BELVOIR VA, CDRUSACYBER G33 FT BELVOIR VA, CDRUSAEIGHT G3 CUROPS SEOUL KOR, CDRUSAEIGHT SEOUL KOR, CDRUSAMEDCOM FT SAM HOUSTON TX, CDRUSARC G33 READ FT BRAGG NC, CDRUSARCYBER WATCH OFFICER FT BELVOIR VA, CDRUSARPAC CG FT SHAFTER HI, CDRUSARPAC FT SHAFTER HI, COMDT USAWC CARLISLE BARRACKS PA, HQ IMCOM FT SAM HOUSTON TX, HQ INSCOM IOC FT BELVOIR VA, HQ SDDC CMD GROUP SCOTT AFB IL, HQ SDDC OPS MSG CNTR SCOTT AFB IL, HQ USARSO FT SAM HOUSTON TX, HQ USARSO G3 FT SAM HOUSTON TX, HQDA ARMY STAFF WASHINGTON DC, HQDA CSA WASHINGTON DC, HQDA EXEC OFFICE WASHINGTON DC, HQDA IMCOM OPS DIV WASHINGTON DC, HQDA SEC ARMY WASHINGTON DC, HQDA SECRETARIAT WASHINGTON DC, HQDA SURG GEN WASHINGTON DC, MEDCOM HQ EOC FT SAM HOUSTON TX, NETCOM G3 CURRENT OPS FT HUACHUCA AZ, NGB WASHINGTON DC, SMDC ARSTRAT CG ARLINGTON VA, SMDC ARSTRAT G3 ARLINGTON VA, SUPERINTENDENT USMA WEST POINT NY, SURGEON GEN FALLS CHURCH VA, USAR AROC FT BRAGG NC, USAR CMD GRP FT BRAGG NC, USAR DCS G33 OPERATIONS FT BRAGG NC, USARCENT G3 FWD, USARPAC COMMAND CENTER FT SHAFTER HI, CDR USAREUR-AF WIESBADEN GE, CDR SETAF-AF VICENZA IT |
| **CC:** | HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC, HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC, HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC |
| **Attachments:** | (CUI) ANNEX J IMPLEMENTATION OF REQUIRED COVID 19 PROTECTIONS PUBLIC AFFAIRS GUIDANCE.pdf, (U) ANNEX AAA REQUEST FOR PERMANENT MEDICAL EXEMPTION TO COVID 19 VACCINATION TEMPLATE MEMORANDUM.pdf, (U) ANNEX BBB ARMY DIRECTIVE 2021 33 APPROVAL AND APPEAL AUTHORITIES FOR MILITARY AND MEDICAL ADMINISTRATIVE IMMUNIZATION EXEMPTIONS.pdf, (U) ANNEX CCC SFWF TF COVID 19 WORKPLACE SAFETY AGENCY MODEL SAFETY PRINCIPLES.pdf, (U) ANNEX DDD SFWF TF COVID 19 WORKPLACE SAFETY GUIDANCE FOR FEDERAL CONTRACTORS AND SUBCONTRACTORS.pdf, (U) ANNEX EEE MANDATORY CORONAVIRUS DISEASE 2019 VACCINATION OF DOD CIVILIAN EMPLOYEES.pdf, (U) ANNEX FFF OFFICE OF PERSONNEL MANAGMENT (OPM) AND SAFER FEDERAL WORKFORCE TASK FORCE GUIDANCE ON VACCINATION REQUIREMENTS 5 OCTOBER 2021.pdf, (U) ANNEX JJ MANDATORY VACCINATION OF SERVICE MEMBERS USING THE PFIZER-BIONTECH COVID-19 AND COMIRNATY COVID-19 VACCINES.pdf, (U) ANNEX KK DD 3150 CERTIFICATION OF VACCINATION.pdf, (U) ANNEX MM UPDATED CORONAVIRUS DISEASE 2019 GUIDANCE RELATED TO TRAVEL AND MEETINGS.pdf, (U) ANNEX PP EO 14043 OF SEPTEMBER 09 2021 REQUIRING VACCINATION FOR FEDERAL EMPLOYEES.pdf, (U) ANNEX QQ EO 14042 OF SEPT 9 2021 ENSURING ADEQUATE COVID SAFETY PROTOCOLS FOR FEDERAL CONTRACTORS.pdf |

```
PAAUZATZ RUEADWD4860 2801806-UUUU--RUIAAAA RUEADWD.
ZNR UUUUU
P 071800Z OCT 21
FM DA WASHINGTON DC
TO RUIAAAA/ARLINGTON NATIONAL CEMETERY ARLINGTON VA
RUIAAAA/ARNG NGB COMOPS ARLINGTON VA
RUIAAAA/ARNG NGB J3 JOC WASHINGTON DC
RUIAAAA/ARNGRC ARLINGTON VA
RUIAAAA/ARNGRC WATCH ARLINGTON VA
RUIAAAA/CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX
RUIAAAA/CDR ARMY FUTURES COMMAND AUSTIN TX
RUIAAAA/CDR ATEC ABERDEEN PROVING GROUND MD
```

## UNCLAS CUI

**UNCLAS CUI**

```
RUJAAAA/CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC
RUJAAAA/CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC
RUJAAAA/CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC
RUJAAAA/CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC
RUIAAAA/CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC
RUIAAAA/CDR MDW J3 FT MCNAIR DC
RUIAAAA/CDR MDW JFHQ-NCR FT MCNAIR DC
RUIAAAA/CDR NETCOM 9THSC FT HUACHUCA AZ
RUIAAAA/CDR TRADOC CG FT EUSTIS VA
RUIAAAA/CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA
RUIAAAA/CDR USAR NORTH FT SAM HOUSTON TX
RUIAAAA/CDR USARCENT SHAW AFB SC
RUIAAAA/CDR USASOC COMMAND CENTER FT BRAGG NC
RUIAAAA/CDR USASOC FT BRAGG NC
RUIAAAA/CDR USASOC MESSAGE CENTER FT BRAGG NC
RUIAAAA/CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC
RUIAAAA/CDRAMC REDSTONE ARSENAL AL
RUIAAAA/CDRFORSCOM FT BRAGG NC
RUIAAAA/CDRHRC G3 DCSOPS FT KNOX KY
RUIAAAA/CDRINSCOM FT BELVOIR VA
RUIAAAA/CDRINSCOMIOC FT BELVOIR VA
RUIAAAA/CDRMDW WASHINGTON DC
RUIAAAA/CDRUSACE WASHINGTON DC
RUIAAAA/CDRUSACIDC FT BELVOIR VA
RUIAAAA/CDRUSACYBER FT BELVOIR VA
RUIAAAA/CDRUSACYBER G3 FT BELVOIR VA
RUIAAAA/CDRUSACYBER G33 FT BELVOIR VA
RUIAAAA/CDRUSAEIGHT G3 CUROPS SEOUL KOR
RUIAAAA/CDRUSAEIGHT SEOUL KOR
RUIAAAA/CDRUSAMEDCOM FT SAM HOUSTON TX
RUIAAAA/CDRUSARC G33 READ FT BRAGG NC
RUIAAAA/CDRUSARCYBER WATCH OFFICER FT BELVOIR VA
RUIAAAA/CDRUSARPAC CG FT SHAFTER HI
RUIAAAA/CDRUSARPAC FT SHAFTER HI
RUIAAAA/COMDT USAWC CARLISLE BARRACKS PA
RUIAAAA/HQ IMCOM FT SAM HOUSTON TX
RUIAAAA/HQ INSCOM IOC FT BELVOIR VA
RUIAAAA/HQ SDDC CMD GROUP SCOTT AFB IL
RUIAAAA/HQ SDDC OPS MSG CNTR SCOTT AFB IL
RUIAAAA/HQ USARSO FT SAM HOUSTON TX
RUIAAAA/HQ USARSO G3 FT SAM HOUSTON TX
RUEADWD/HQDA ARMY STAFF WASHINGTON DC
RUEADWD/HQDA CSA WASHINGTON DC
RUEADWD/HQDA EXEC OFFICE WASHINGTON DC
RUEADWD/HQDA IMCOM OPS DIV WASHINGTON DC
RUEADWD/HQDA SEC ARMY WASHINGTON DC
RUEADWD/HQDA SECRETARIAT WASHINGTON DC
RUEADWD/HQDA SURG GEN WASHINGTON DC
RUIAAAA/MEDCOM HQ EOC FT SAM HOUSTON TX
RUIAAAA/NETCOM G3 CURRENT OPS FT HUACHUCA AZ
RUIAAAA/NGB WASHINGTON DC
RUIAAAA/SMDC ARSTRAT CG ARLINGTON VA
RUIAAAA/SMDC ARSTRAT G3 ARLINGTON VA
RUIAAAA/SUPERINTENDENT USMA WEST POINT NY
RUIAAAA/SURGEON GEN FALLS CHURCH VA
RUIAAAA/USAR AROC FT BRAGG NC
RUIAAAA/USAR CMD GRP FT BRAGG NC
RUIAAAA/USAR DCS G33 OPERATIONS FT BRAGG NC
RUIAAAA/USARCENT G3 FWD
RUIAAAA/USARPAC COMMAND CENTER FT SHAFTER HI
RUIAAAA/CDR USAREUR-AF WIESBADEN GE
RUIPAAA/CDR SETAF-AF VICENZA IT
```

**UNCLAS CUI**

**UNCLAS CUI**

```
INFO RUIAAAA/HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC
BT
UNCLAS CUI
SUBJ/FRAGO 6 TO HQDA EXORD 225-21 COVID-19 STEADY STATE OPERATIONS (1
of 2)
CUI//
CONTROLLED BY: HQDA DCS, G-3/5/7
CONTROLLED BY: DAMO-OD
CUI CATEGORY: OPSEC
LIMITED DISSEMINATION CONTROL: FEDCON
POC: LTC NYKEBA L. ANTHONY 703-692-2804
```

SUBJECT: (U) FRAGO 6 TO HQDA EXORD 225-21 COVID-19 STEADY STATE
OPERATIONS//

(U) REFERENCES.
REF//A/ THROUGH REF/HH/ NO CHANGE.
REF//II/ [ADD] FRAGO 5 TO HQDA EXORD 225-21 COVID-19 STEADY STATE
OPERATIONS, DTG 141712Z SEP 21 //
REF//JJ/ [ADD] (U) FORCE HEALTH PROTECTION SUPPLEMENT 23, DEPARTMENT
OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE 2019 VACCINATION
ATTESTATION AND SCREENING TESTING FOR UNVACCINATED PERSONNEL, 7
SEPTEMBER 2021//

1. (U) SITUATION.

1.A. THROUGH 1.G. NO CHANGE.

1.H. (U) [ADD] ON 9 SEPTEMBER 2021, THE PRESIDENT ISSUED EXECUTIVE
ORDERS 14043 AND 14042 REQUIRING VACCINATION FOR ALL FEDERAL
EMPLOYEES AND CONTRACTORS, RESPECTIVELY. SUBSEQUENTLY, ON 1 OCTOBER
2021, THE DEPUTY SECRETARY OF DEFENSE DIRECTED ALL CIVILIAN FEDERAL
EMPLOYEES TO BE VACCINATED NLT 22 NOVEMBER 2021.

1.I. (U) [ADD] IAW DEPUTY SECRETARY OF DEFENSE MEMORANDUM DATED 24
SEPTEMBER 2021 (SEE ANNEX MM), THIS ORDER ALSO ADDRESSES UPDATED
GUIDANCE ON MEETINGS AND TRAVEL.

2. (U) MISSION. NO CHANGE.

3. (U) EXECUTION.

3.A. (U) NO CHANGE.

3.B. (U) CONCEPT OF THE OPERATION.

3.B.1. THROUGH 3.B.3. NO CHANGE.

3.B.4. (U) [ADD] READ AND BE PREPARED TO COMPLY WITH ANNEXES PP, QQ,
AND EEE, PRESIDENTIAL EXECUTIVE ORDERS 14043 AND 14042, AND DEPUTY
SECRETARY OF DEFENSE MEMORANDUM "MANDATORY CORONAVIRUS DISEASE 2019
VACCINATION OF DOD CIVILIAN EMPLOYEES" TO VACCINATE ALL FEDERAL
EMPLOYEES.

3.B.4.A. (U) [ADD] DOD CIVILIAN EMPLOYEES ARE CURRENTLY ELIGIBLE TO
VOLUNTARILY RECEIVE THE COVID-19 VACCINE AT ANY DOD VACCINATION SITE,
INCLUDING MILITARY MEDICAL TREATMENT FACILITIES. AS SPECIFICALLY
STATED IN ANNEX EEE, THOSE CIVILIAN EMPLOYEES WITH PREVIOUS COVID-19
INFECTION(S) OR PREVIOUS SEROLOGY ARE NOT CONSIDERED FULLY VACCINATED

**UNCLAS CUI**

**UNCLAS CUI**

ON THAT BASIS FOR THE PURPOSES OF THIS MANDATE.

3.B.4.B. (U) [ADD] SUPERVISORS WILL ENSURE CIVILIAN EMPLOYEES ARE
NOTIFIED OF THE VACCINATION DEADLINES CONTAINED IN ANNEX EEE:

11 OCT 21: FIRST DOSE DEADLINE (IF RECEIVING MODERNA VACCINE)
18 OCT 21: FIRST DOSE DEADLINE (IF RECEIVING THE
COMIRNATY/PFIZER-BIONTECH VACCINE)
8 NOV 21: SECOND DOSE DEADLINE (IF RECEIVING THE MODERNA AND
COMIRNATY/PFIZER-BIONTECH VACCINES)
8 NOV 21: FIRST (ONLY) DOSE DEADLINE (IF RECEIVING THE JOHNSON &
JOHNSON / JANSSEN VACCINE)
22 NOV 21: FULLY VACCINATED

3.B.4.C. (U) [ADD] SUPERVISORS AND FEDERAL EMPLOYEES SHOULD BE
PREPARED TO UTILIZE THE APPROPRIATE DD FORM (3150 OR 3175) AS AND
WHEN DIRECTED IN FORCE HEALTH PROTECTION SUPPLEMENT (FHP) 23,
REVISION 1 WHEN PUBLISHED. EMPLOYEES MAY VOLUNTARILY ATTEST TO THEIR
VACCINATION STATUS AT ANY TIME, HOWEVER SUPERVISORS WILL TAKE NO
ACTION SEEKING AN ATTESTATION FORM/DOCUMENTATION FROM AN EMPLOYEE TO
VERIFY VACCINATION STATUS UNTIL DIRECTED.

3.B.4.C.1. (U) [ADD] FOR SUPERVISOR AND EMPLOYEE PLANNING PURPOSES,
EMPLOYEES SHOULD BE INFORMED THAT WHEN DIRECTED TO PROVIDE PROOF OF
VACCINATION, SUCH PROOF COULD INCLUDE, BUT MAY NOT BE LIMITED TO, A
COPY OF THE RECORD OF IMMUNIZATION FROM A HEALTH CARE PROVIDER OR
PHARMACY, A COPY OF THE COVID-19 VACCINATION RECORD CARD, A COPY OF
MEDICAL RECORDS DOCUMENTING THE VACCINATION, A COPY OF IMMUNIZATION
RECORDS FROM A PUBLIC HEALTH OR STATE IMMUNIZATION INFORMATION
SYSTEM, OR A COPY OF ANY OTHER OFFICIAL DOCUMENTATION.

3.B.4.C.2. (U) [ADD] INFORMATION ON THE PROCESS FOR CIVILIAN
EMPLOYEES TO REQUEST AN EXEMPTION IS ANTICIPATED TO BE PUBLISHED IN
FHP 23, REVISION 1. CIVILIAN EMPLOYEES ANTICIPATING SUBMISSION OF AN
EXEMPTION FOR MEDICAL REASONS THROUGH THEIR SUPERVISORY CHAIN SHOULD
BEGIN THE PROCESS OF COORDINATION WITH THEIR HEALTH CARE PROVIDER(S)
FOR CONSULTATION AND SUPPORTING DOCUMENTATION TO SUPPORT EXEMPTION
REQUESTS IN PREPARATION FOR SUBMISSION. DISCIPLINARY ACTION WILL NOT
BE INITIATED AGAINST CIVILIAN EMPLOYEES WHO WILL NOT ACHIEVE FULLY
VACCINATED STATUS BY 22 NOV 21 IF THEY ARE PENDING A DECISION ON A
MEDICAL OR RELIGIOUS EXEMPTION REQUEST. EXEMPTION REQUESTS WILL BE
HANDLED ON A CASE BY CASE BASIS AS PER PENDING FHP 23 REVISION 1 AND
ANY ADDITIONAL ARMY GUIDANCE ISSUED, AND CIVILIAN EMPLOYEES SHOULD BE
PREPARED TO INITIATE VACCINE SEQUENCE IMMEDIATELY IF EXEMPTION
REQUESTS ARE DENIED OR THE EMPLOYEE IS UNABLE TO MEET EXEMPTION
CRITERIA ONCE IDENTIFIED.

3.B.5. (U) [ADD] CIVILIAN EMPLOYEES WHO ARE ALSO MEMBERS OF THE
RESERVE COMPONENT (RESERVE OR NATIONAL GUARD) AND NOT ON ACTIVE DUTY
ORDERS WILL COMPLETE VACCINATION IN ACCORDANCE WITH PUBLISHED
CIVILIAN EMPLOYEE VACCINATION GUIDELINES.

3.C. (U) TASKS TO ARMY STAFF AND SUBORDINATE COMMANDS.

3.C.1. THROUGH 3.C.1.D. NO CHANGE.

3.C.2. (U) THE DIRECTOR OF THE ARMY NATIONAL GUARD (DARNG).

3.C.2.A. THROUGH 3.C.2.E. NO CHANGE.

3.C.2.F. (U) [ADD] ALL ACTIVATED U.S. ARMY NATIONAL GUARD (USARNG)
SOLDIERS MOBILIZED AFTER 15 DECEMBER 2021 WILL BE FULLY VACCINATED

**UNCLAS CUI**

# UNCLAS CUI

PRIOR TO DEPARTING HOME STATION OR HOME OF RECORD IN ORDER TO ENSURE
MISSION READINESS FOR MOBILIZATION AT THE MULTI-FORCE GENERATION
INSTALLATIONS (MFGIS). THESE REQUIREMENTS APPLY TO ALL TITLE 10
ACTIVATION / MOBILIZATION PROCESSES WHETHER OCONUS OR CONUS AND
WORLDWIDE INDIVIDUAL AUGMENTATION SYSTEM (WIAS) MOBILIZATIONS.

3.C.2.G. (U) [ADD] USARNG UNITS WILL ROUTE PERMANENT MEDICAL
EXEMPTION REQUESTS THROUGH THEIR COMMAND'S STATE SURGEONS AND USARNG
CHIEF SURGEON TO THE RESPECTIVE MEDCOM REGIONAL HEALTH COMMANDS.

3.C.3. (U) THE CHIEF OF ARMY RESERVE (OCAR)/COMMANDING GENERAL
UNITED STATES ARMY RESERVE COMMAND (USARC).

3.C.3.A. THROUGH 3.C.3.C. NO CHANGE.

3.C.3.D. (U) [ADD] ALL ACTIVATED USAR SOLDIERS MOBILIZED AFTER 15
DECEMBER 2021 WILL BE FULLY VACCINATED PRIOR TO DEPARTING HOME
STATION OR HOME OF RECORD IN ORDER TO ENSURE MISSION READINESS FOR
MOBILIZATION AT THE MFGIS. THESE REQUIREMENTS APPLY TO ALL TITLE 10
ACTIVATION / MOBILIZATION PROCESSES WHETHER OCONUS OR CONUS AND WIAS
MOBILIZATIONS.

3.C.3.E. NO CHANGE.

3.C.3.F. (U) [ADD] USAR WILL ROUTE PERMANENT MEDICAL EXEMPTION
REQUESTS THROUGH MEDCOM, REGIONAL HEALTH COMMAND - ATLANTIC.

3.C.3.G. (U) [ADD] USAR WILL REQUIRE SOLDIERS WHO RECEIVE
VACCINATIONS OUTSIDE OF MILITARY MEDICAL TREATMENT FACILITIES, SUCH
AS FROM CIVILIAN EMPLOYERS OR ON THE LOCAL MARKET, TO SUBMIT TO
RESERVE HEALTH READINESS PROGRAM THROUGH LOGISTICS HEALTH
INCORPORATED'S "LHI.CARE" WEBSITE (HTTPS://LHI.CARE) UPLOAD, OR
PROVIDE TO UNIT MEDICAL PROTECTION SYSTEM (MEDPROS) COORDINATOR TO
ENTER DATA THROUGH THE MEDPROS WEB DATA ENTRY (MWDE) MODULE.

3.C.4. NO CHANGE.

3.C.5. (U) COMMANDER, U.S. ARMY TRAINING AND DOCTRINE COMMAND
(TRADOC).

3.C.5.A. (U) [ADD] NLT 22 OCTOBER 2021, DEVELOP AN INTEGRATED PLAN
WITH U.S. MILITARY ACADEMY (USMA) IN COORDINATION WITH U.S. ARMY
MEDICAL COMMAND (MEDCOM)(IN ACCORDANCE WITH AR 40-562 AND OTHER
APPLICABLE REGULATIONS), HQDA DEPUTY CHIEF OF STAFF (DCS), G-1 AND
THE ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE AFFAIRS
(ASA(M&RA)) THAT OUTLINES PROCESSES TO ADDRESS THE VACCINE MANDATE,
TO INCLUDE REFUSALS AND EXEMPTION REQUESTS, FOR PRE-ACCESSIONS AND
COMMISSIONING POPULATIONS. DIRLAUTH WITH USMA, MEDCOM, HQDA DCS, G-1,
AND ASA(M&RA) IS AUTHORIZED. REPORT THE PROCESS FOR APPROVAL TO HQDA
DCS, G-1 AND ASA(M&RA).

3.C.6. THROUGH 3.C.15. NO CHANGE.

3.C.16. (U) COMMANDER, U.S. ARMY MEDICAL COMMAND (MEDCOM).

3.C.16.A. THROUGH 3.C.16.M. NO CHANGE.

3.C.16.N. (U) [ADD] NLT 22 OCTOBER 2021, COORDINATE WITH TRADOC,
USMA, AND HQDA DCS, G-1 IN ACCORDANCE WITH AR 40-562 AND OTHER
APPLICABLE REGULATIONS TO SUPPORT AN INTEGRATED PLAN THAT OUTLINES
PROCESSES TO ADDRESS THE VACCINE MANDATE, TO INCLUDE REFUSALS AND
EXEMPTION REQUESTS, FOR PRE-ACCESSIONS AND COMMISSIONING POPULATIONS.

# UNCLAS CUI

# UNCLAS CUI

DIRLAUTH WITH TRADOC, HQDA DCS G-1, AND ASA(M&RA) IS AUTHORIZED.

3.C.17. NO CHANGE.

3.C.18. (U) SUPERINTENDENT, U.S. MILITARY ACADEMY (USMA).

3.C.18.A. (U) [ADD] NLT 22 OCTOBER 2021, DEVELOP AN INTEGRATED PLAN WITH TRADOC IN COORDINATION WITH MEDCOM (IN ACCORDANCE WITH AR 40-562 AND OTHER APPLICABLE REGULATIONS), HQDA DCS, G-1 AND(ASA(M&RA)) THAT OUTLINES PROCESSES TO ADDRESS THE VACCINE MANDATE, TO INCLUDE REFUSALS AND EXEMPTION REQUESTS, FOR PRE-ACCESSIONS AND COMMISSIONING POPULATIONS. DIRLAUTH WITH TRADOC, MEDCOM, HQDA DCS, G-1, AND ASA(M&RA) IS AUTHORIZED. REPORT PROCESS FOR APPROVAL TO HQDA DCS, G-1 AND ASA(M&RA).

3.C.19. THROUGH 3.C.29. NO CHANGE.

3.C.30. (U) DEPUTY CHIEFS OF STAFF, HEADQUARTERS DEPARTMENT OF THE ARMY (HQDA DCS).

3.C.30.A. (U) HQDA, DEPUTY CHIEF OF STAFF G-1.

3.C.30.A.1. THROUGH 3.C.30.A.2. NO CHANGE.

3.C.30.A.3. (U) [ADD] NLT 22 OCTOBER 2021, COORDINATE WITH TRADOC, USMA, AND MEDCOM TO SUPPORT AN INTEGRATED PLAN THAT OUTLINES PROCESSES TO ADDRESS THE VACCINE MANDATE, TO INCLUDE REFUSALS AND EXEMPTION REQUESTS, FOR PRE-ACCESSIONS AND COMMISSIONING POPULATIONS. DIRLAUTH WITH TRADOC, USMA, AND MEDCOM IS AUTHORIZED.

3.C.30.B. NO CHANGE.

3.C.31. (U) [ADD] DIRECTOR OF THE ARMY STAFF(DAS).

3.C.31.A. (U) [ADD] ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE AFFAIRS (ASA(M&RA)).

3.C.31.A.1. (U) [ADD] NLT 22 OCTOBER 2021, COORDINATE WITH TRADOC, USMA, HQDA DCS, G-1, AND MEDCOM TO SUPPORT INTEGRATED PLANS THAT OUTLINE PROCESSES TO ADDRESS THE VACCINE MANDATE, INCLUDING REFUSALS AND EXEMPTION REQUESTS, FOR PRE-ACCESSIONS AND COMMISSIONING POPULATIONS.

3.C.31.A.2. (U) [ADD] NLT 1 NOVEMBER 2021, PROVIDE DRAFT IMPLEMENTATION GUIDANCE FOR DECISION TO THE SECRETARY OF THE ARMY FOR APPROVAL OF INTEGRATED PLANS THAT OUTLINE PROCESSES TO ADDRESS THE VACCINE MANDATE, INCLUDING REFUSALS AND EXEMPTION REQUESTS, FOR PRE-ACCESSIONS AND COMMISSIONING POPULATIONS.

3.D. (U) COORDINATING INSTRUCTIONS.

3.D.1. THROUGH 3.D.7.E. NO CHANGE.

3.D.7.E.1. (U) [CHANGE TO READ] UNITS MUST ENSURE APPROPRIATE CLINICAL LABORATORY IMPROVEMENT PROGRAM (CLIP) CERTIFICATION THROUGH DEPARTMENT OF DEFENSE CENTER FOR LABORATORY MEDICINE SERVICES (CLMS). THE CLIP-WAIVED COMPLEXITY REGISTRATION FORM AT ANNEX M CAN BE SUBMITTED ONLINE AT
HTTPS://INFO.HEALTH.MIL/SITES/CLMS/PROD/SITEPAGES/CLMSLABDASHBOARD.AS PX.
CONTACT CLMS FOR ASSISTANCE AT
DHA.NCR.CLINIC-SUPPORT.MBX.CLMS@MAIL.MIL, (703) 681-5948, DSN (312)

# UNCLAS CUI

## UNCLAS CUI

761-5948.

3.D.7.F. THROUGH 3.D.7.H. NO CHANGE.

3.D.8. NO CHANGE.

3.D.8.A. NO CHANGE.

3.D.8.A.1. THROUGH 3.D.8.A.2. NO CHANGE.

3.D.8.A.3. (U) [ADD] READ AND COMPLY WITH ANNEX JJ, ASSISTANT
SECRETARY OF DEFENSE FOR HEALTH AFFAIRS (ASD(HA)) GUIDANCE "MANDATORY
VACCINATION OF SERVICE MEMBERS USING THE PFIZER-BIONTECH COVID-19 AND
COMIRNATY COVID-19 VACCINES."

3.D.8.B. NO CHANGE.

3.D.8.B.1. NO CHANGE.

3.D.8.B.1.A. (U) [CHANGE TO READ] COMMANDERS, COMMAND SERGEANTS
MAJORS, NOMINATIVE AND KEY BILLET SERGEANTS MAJORS (SGM), FIRST
SERGEANTS, AND OFFICERS ON THE CENTRALIZED SELECT LIST (CSL) KEY
BILLETS WHO REFUSE THE MANDATORY VACCINATION ORDER, AND WHO ARE NOT
PENDING FINAL DECISION REGARDING AN EXEMPTION REQUEST, WILL BE
SUSPENDED, NOTIFIED IN WRITING OF THEIR PENDING RELIEF OF DUTIES,
PROVIDED A REASONABLE PERIOD NOT TO EXCEED 5 CALENDAR DAYS TO
RESPOND, AND WILL BE SUBJECT TO RELIEF OF THEIR DUTIES DUE TO
CONTINUING REFUSAL. THIS AUTHORITY IS WITHHELD TO THE FIRST GENERAL
OFFICER IN THE CHAIN OF COMMAND. THE GENERAL OFFICER DIRECTING THIS
ACTION WILL PROVIDE IMMEDIATE NOTIFICATION TO THE ARMY COMMAND
(ACOM), ARMY SERVICE COMPONENT COMMANDS (ASCC), OR HQDA AS
APPROPRIATE, AND TO ARMY HUMAN RESOURCES COMMAND (HRC). RESERVE AND
ARMY NATIONAL GUARD WILL FOLLOW COMPONENT AND STATE SPECIFIC POLICIES
FOR DEFERRAL AND REMOVAL OF PERSONNEL FROM COMMAND, KEY BILLET
POSITIONS, AND SELECTION LISTS.

3.D.8.B.1.A.1. (U) [ADD] FOR COMMANDERS AND OFFICERS IN CSL KEY
BILLETS, THE GENERAL OFFICER DIRECTING THIS ACTION WILL PROVIDE
IMMEDIATE NOTIFICATION THROUGH THE ACOM/ASCC/DRU TO THE CG, HRC, AND
THE HQDA DCS, G-1. THE VICE CHIEF OF STAFF OF THE ARMY (VCSA) WILL BE
INCLUDED IN THE NOTIFICATION FOR ALL ACTIONS INVOLVING O-6'S. UNIT
G-1S WILL COMPLETE AND FORWARD A CHIEF OF STAFF OF THE ARMY (CSA)
CCIR LOCATED AT: HTTPS://WWW.HRC.ARMY.MIL/CONTENT/CSL%20ACTIONS TO
COMMAND MANAGEMENT DIVISION, HRC.

3.D.8.B.1.A.2. (U) [ADD] FOR COMMAND SERGEANTS MAJORS (CSMS) AND
NOMINATIVE AND KEY BILLET SGMS, THE GENERAL OFFICER DIRECTING THIS
ACTION WILL PROVIDE IMMEDIATE NOTIFICATION THROUGH THE ACOM/ASCC/DRU
TO SERGEANT MAJOR MANAGEMENT DIVISION, HRC
(RAYMOND.A.BUTLER4.MIL@ARMY.MIL). ENLISTED PERSONNEL WILL BE REPORTED
USING THE SMA CRITICAL INFORMATION REPORT (SCIR) FORMAT LOCATED AT
HTTPS://WWW.HRC.ARMY.MIL/CONTENT/SERGEANTS%20MAJOR%20MANAGEMENT%20DI
ISION%20NEWS.

3.D.8.B.1.A.3. (U) [ADD] FOR COMPANY COMMANDERS AND FIRST SERGEANTS,
THE GENERAL OFFICER DIRECTING THIS ACTION WILL FOLLOW ACOM/ASCC/DRU
REPORTING GUIDANCE FOR SUSPENDING AND REMOVING PERSONNEL IN THESE
BILLETS. ACOMS/ASCC/DRUS WILL SUBMIT DODID AND DATE OF RELIEF TO
USARMY.PENTAGON.HQDA.MBX.PCCIMA04@ARMY.MIL WEEKLY NLT 1500 EST ON
THURSDAYS.

3.D.8.B.1.B. (U) [CHANGE TO READ] OFFICERS SELECTED FOR, AND WAITING

## UNCLAS CUI

# UNCLAS CUI

TO ASSUME, A CSL COMMAND/KEY BILLET POSITION WHO REFUSE THE MANDATORY
VACCINATION ORDER, AND WHO ARE NOT PENDING FINAL DECISION REGARDING
AN EXEMPTION REQUEST, WILL BE DEFERRED FROM THE CSL COMMAND/KEY
BILLET POSITION, NOTIFIED IN WRITING OF THEIR DEFERRAL, PROVIDED A
REASONABLE PERIOD NOT TO EXCEED 5 CALENDAR DAYS TO RESPOND, AND WILL
THEN BE SUBJECT TO REMOVAL FROM THE CSL/KEY BILLET LIST BY THE VCSA
DUE TO CONTINUING REFUSAL. THE FIRST GENERAL OFFICER IN THE CHAIN OF
COMMAND WILL PROVIDE IMMEDIATE NOTIFICATION OF THE OFFICER'S
CONTINUING REFUSAL THROUGH ACOM/ASCC/DRU TO THE CG, HRC AND THE HQDA
DCS, G-1. THE VCSA WILL BE INCLUDED IN THE NOTIFICATION FOR ALL
ACTIONS INVOLVING O-6'S. UNIT G-1 WILL COMPLETE AND FORWARD A CSA
CCIR LOCATED AT: HTTPS://WWW.HRC.ARMY.MIL/CONTENT/CSL%20ACTIONS TO
COMMAND MANAGEMENT DIVISION, HRC. THE CG, HRC, WILL NOTIFY AND DEFER
CSL COMMAND/KEY BILLET SELECTS IN THE RANK OF LIEUTENANT COLONEL
(O-5) AND THE VCSA WILL NOTIFY AND DEFER CSL COMMAND/KEY BILLET
SELECTS IN THE RANK OF COLONEL (O-6). ONLY THE VCSA CAN REMOVE
OFFICERS FROM THE CSL COMMAND/KEY BILLET LIST.

3.D.8.B.1.C. (U) [CHANGE TO READ] ENLISTED SOLDIERS SELECTED FOR,
AND WAITING TO ASSUME, A NOMINATIVE SERGEANT MAJOR OR COMMAND
SERGEANT MAJOR/KEY BILLET POSITION WHO REFUSE THE MANDATORY
VACCINATION ORDER, AND WHO ARE NOT PENDING FINAL DECISION REGARDING
AN EXEMPTION REQUEST, WILL BE NOTIFIED IN WRITING THAT THEY ARE
SUBJECT TO REMOVAL, PROVIDED A REASONABLE PERIOD NOT TO EXCEED 5
CALENDAR DAYS TO RESPOND, AND WILL THEN BE SUBJECT TO REMOVAL
PROCEEDINGS DUE TO CONTINUING REFUSAL. THE FIRST GENERAL OFFICER IN
THE CHAIN OF COMMAND WILL PROVIDE IMMEDIATE NOTIFICATION OF THE
SOLDIER'S CONTINUING REFUSAL THROUGH ACOM/ASCC/DRU TO THE SERGEANT
MAJOR MANAGEMENT DIVISION, HRC, (RAYMOND.A.BUTLER4.MIL@ARMY.MIL)
USING THE SMA SCIR FORMAT LOCATED AT
HTTPS://WWW.HRC.ARMY.MIL/CONTENT/SERGEANTS%20MAJOR%20MANAGEMENT%20DIV
ISION%20NEWS.
REMOVAL PROCEEDINGS WILL BE CONDUCTED PRIOR TO THE SOLDIER ASSUMING
THE POSITION AND WILL BE IN ACCORDANCE WITH THE PROCEDURES IN AR
614-200 (ENLISTED ASSIGNMENTS AND UTILIZATION MANAGEMENT). THE
RESERVE COMPONENT (US ARMY RESERVE AND ARMY NATIONAL GUARD) WILL
FOLLOW COMPONENT AND STATE SPECIFIC POLICIES FOR ENLISTED PERSONNEL
FROM NOMINATIVE SERGEANT MAJOR OR COMMAND SERGEANT MAJOR/KEY BILLETS
AND SELECTION LISTS.

3.D.8.B.1.D. THROUGH 3.D.8.B.1.F. NO CHANGE.

3.D.8.B.1.G. (U) [ADD] SECURITY CLEARANCES AND REPORTING
RESPONSIBILITIES. COMMANDERS WILL COORDINATE WITH THEIR SERVICING
SECURITY OFFICE TO DETERMINE DEROGATORY INFORMATION REPORTING
REQUIREMENTS FOR PERSONNEL RECEIVING ADVERSE ACTION FOR VIOLATING A
LAWFUL ORDER. THESE REQUIREMENTS APPLY THROUGHOUT ALL PHASES. A
PENDING OR APPROVED EXEMPTION REQUEST IS NOT DEROGATORY INFORMATION.

3.D.8.B.2. THROUGH 3.D.8.B.4. NO CHANGE.

3.D.8.B.5. (U) [CHANGE TO READ] PROCESS WHEN A SOLDIER DECLINES
IMMUNIZATION: IF A SOLDIER DECLINES IMMUNIZATION, THE COMMANDER WILL
COUNSEL THE SOLDIER USING DA FORM 4856 IAW ANNEX NN AND OO. THE
COMMANDER THEN DIRECTS THE SOLDIER TO VIEW THE MANDATORY EDUCATIONAL
VIDEO ON THE BENEFITS OF THE VACCINE. THE VIDEO IS FOUND AT THE CDC
WEB PAGE "KEY THINGS TO KNOW ABOUT COVID-19 VACCINES
(HTTPS://WWW.CDC.GOV/CORONAVIRUS/2019-NCOV/VACCINES/KEYTHINGSTOKNOW.H
TML)
UNDER THE "WHAT WE KNOW" SECTION. THE VIDEO CAN ALSO BE FOUND ON
MILTUBE AT HTTPS://WWW.MILSUITE.MIL/VIDEO/WATCH/VIDEO/47281 TITLED
"COVID-19 VACCINES: HOW DO WE KNOW THEY ARE SAFE?". (MILTUBE WEB

# UNCLAS CUI

## UNCLAS CUI

ADDRESS IS CASE SENSITIVE AND MUST BE IN ALL LOWERCASE IF ENTERED INTO A WEB BROWSER) FOLLOWING THE MANDATORY VIDEO, THE SOLDIER'S IMMEDIATE COMMANDER WILL ORDER THE SOLDIER TO COMPLY WITH THE ORDER TO RECEIVE THE VACCINE.

3.D.8.B.5.A. THROUGH 3.D.8.B.6.A.2. NO CHANGE.

3.D.8.B.6.A.2.A. (U) [ADD] MEDICAL PROVIDERS WILL FOLLOW ANNEX YY TO SUBMIT PERMANENT MEDICAL EXEMPTIONS ON BEHALF OF SOLDIERS THROUGH THE MEDCOM VACCINE EXEMPTION REQUEST PORTAL.

3.D.8.B.6.A.2.B. (U) [ADD] MEDCOM, REGIONAL HEALTH COMMAND COMMANDING GENERALS WILL FACILITATE PERMANENT MEDICAL EXEMPTIONS FOR SOLDIERS UNABLE TO MEET WITH A MILITARY HEALTH SYSTEM MEDICAL PROVIDER THROUGH SUPPORTED ARMY COMMAND SURGEONS. SUPPORTING MEDCOM, REGIONAL HEALTH COMMANDS ARE OUTLINED IN ANNEX ZZ.

3.D.8.B.6.A.2.C. (U) [ADD] PURSUANT TO ANNEX YY, SOLDIERS WILL SUBMIT APPEALS FOR PERMANENT MEDICAL EXEMPTION REQUESTS THROUGH THE MEDCOM VACCINE EXEMPTION REQUEST PORTAL.

3.D.8.B.6.B. (U) [CHANGE TO READ] RELIGIOUS EXEMPTION. STRICTLY FOLLOW THE PROCESS IAW REF II. (FRAGO 5 TO EXORD 225-21) SOLDIER MUST HAVE DOCUMENTATION, I.E. COUNSELING FORM OR MEMORANDUM, FROM PCM IN ORDER TO AVOID DELAYS AND FACILITATE PROCESSING. PURSUANT TO AR 600-20, APPENDIX P-2B, SOLDIERS WITH RELIGIOUS PRACTICES IN CONFLICT WITH IMMUNIZATION REQUIREMENTS MAY REQUEST AN EXEMPTION THROUGH COMMAND CHANNELS. TSG IS THE ONLY APPROVAL OR DISAPPROVAL AUTHORITY FOR IMMUNIZATION ACCOMMODATION REQUESTS. THE ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE AFFAIRS (ASA(M&RA)) IS THE FINAL APPEAL AUTHORITY. ANY RELIGIOUS ACCOMMODATION REQUEST FOR AN IMMUNIZATION EXEMPTION MUST COMPLY WITH THE REQUIREMENTS DESCRIBED IN AR 600-20, APPENDIX P-2B, AND DODI 1300.17, "RELIGIOUS LIBERTY IN THE MILITARY SERVICES," SEPTEMBER 1, 2020.

3.D.8.B.6.B.1. (U) [CHANGE TO READ] THE COMMANDER MUST COUNSEL THE SOLDIER THAT NONCOMPLIANCE WITH THE LAWFUL IMMUNIZATION ORDER MAY ADVERSELY IMPACT DEPLOYABILITY, ASSIGNMENT, RETENTION OF SECURITY CLEARANCE, OR INTERNATIONAL TRAVEL, AND THAT THE EXEMPTION MAY BE REVOKED UNDER IMMINENT RISK CONDITIONS. IAW AR 600-20, APPENDIX P-2B, COMMANDERS WILL ARRANGE FOR AN IN-PERSON OR TELEPHONIC INTERVIEW BETWEEN A SOLDIER REQUESTING A RELIGIOUS ACCOMMODATION AND THE UNIT OR OTHER ASSIGNED CHAPLAIN. THE CHAPLAIN ASSESSES THE BASIS AND SINCERITY OF THE BELIEF AND MUST PROVIDE A WRITTEN MEMORANDUM TO THE CHAIN OF COMMAND PURSUANT TO THE REQUIREMENTS OF AR 600-20, APPENDIX P-2B (2). A LICENSED HEALTH CARE PROVIDER WILL COUNSEL THE APPLICANT TO ENSURE THE APPLICANT IS MAKING AN INFORMED DECISION IAW AR 600-20, APPENDIX P-2B (3).

3.D.8.B.6.B.2. THROUGH 3.D.8.B.6.C. NO CHANGE.

3.D.8.B.6.D. (U) [ADD] COMMANDERS WILL CONSISTENTLY REVIEW AND VALIDATE EXEMPTIONS IN MEDPROS.

3.D.8.B.6.D.1. (U) [ADD] RESUBMIT ANY PERMANENT MEDICAL EXEMPTION CODES FOR COVID-19 VACCINE THAT HAVE NOT BEEN APPROVED BY YOUR SUPPORTING RHC CG.

3.D.8.B.6.D.2. (U) [ADD] EXEMPTION CODES WILL NOT BE ENTERED INTO MEDPROS AND VACCINATION STATUS WILL REMAIN BLANK FOR SOLDIERS WHO REFUSE MANDATORY VACCINATION AND ARE NOT PENDING ADJUDICATION OF EXEMPTION REQUESTS.

## UNCLAS CUI

3.D.8.C. THROUGH 3.D.8.D. NO CHANGE.

3.D.8.E. (U) [RESTATED] MEDCOM IS DELEGATED AUTHORITY TO CROSS-LEVEL COVID-19 VACCINE INTERNAL TO THE ARMY TO MATCH PRODUCT TO INSTALLATION DEMAND AND PREVENT SPOILAGE.

3.D.8.E.1. NO CHANGE.

3.D.8.E.2. (U) [ADD] READ AND COMPLY IAW ANNEX SS, MMQC-21-1538 DISPOSITION FOR MODERNA VACCINE. MILITARY MEDICAL TREATMENT FACILITIES (MTFS) WILL QUARANTINE EXPIRED MODERNA COVID VACCINE AND MAINTAIN WITHIN PROPER COLD CHAIN STORAGE INSTEAD OF DISCARDING IAW PREVIOUS GUIDANCE. UNLESS FUTURE GUIDANCE IS PUBLISHED FOR A SHELF LIFE EXTENSION, THIS EXPIRED AND QUARANTINED VACCINE WILL NOT BE ADMINISTERED UNDER ANY CIRCUMSTANCES.

3.D.8.F. THROUGH 3.D.8.I. NO CHANGE.

3.D.8.J. (U) [RESTATED] IAW ASSISTANT SECRETARY OF DEFENSE MEMORANDUM, CO-ADMINISTRATION OF CORONAVIRUS DISEASE 2019 VACCINES WITH OTHER VACCINES, 03 JUNE 2021, ANNEX O, COVID-19 VACCINE PRODUCTS (E.G., MODERNA, PFIZER, AND J&J VACCINES) MAY BE CO-ADMINISTERED WITH OTHER VACCINES WITHOUT REGARD TO TIMING. THESE AUTHORIZED COVID-19 VACCINES MAY BE ADMINISTERED EITHER SIMULTANEOUSLY, OR WITHIN ANY OTHER TIME INTERVAL OF OTHER VACCINES, TO INCLUDE CO-ADMINISTRATION WITHIN 14 DAYS OF OTHER VACCINES.

3.D.8.J.1. (U) [ADD] CO-ADMINISTRATION OF INFLUENZA VACCINE WITH AUTHORIZED AND APPROVED COVID-19 VACCINES IS RECOMMENDED BY THE CENTERS FOR DISEASE CONTROL AND PREVENTION (CDC), ADVISORY COMMITTEE ON IMMUNIZATION PRACTICES (ACIP). COVID-19 VACCINES MAY BE ADMINISTERED WITHOUT REGARD TO TIMING OF OTHER VACCINES. MEDICAL PROVIDERS SHOULD BE CONSULTED BEFORE ADMINISTRATION OF VACCINES.

3.D.8.K. THROUGH 3.D.8.O. NO CHANGE.

3.D.8.P. (U) [ADD] MTFS ARE AUTHORIZED TO BEGIN ADMINISTERING A SINGLE PFIZER-BIONTECH / COMIRNATY COVID-19 VACCINE BOOSTER DOSE TO ELIGIBLE INDIVIDUALS WHO COMPLETED THE TWO-DOSE PFIZER-BIONTECH / COMIRNATY COVID-19 PRIMARY SERIES AT LEAST SIX MONTHS AGO.

3.D.8.P.1. (U) [ADD] A BOOSTER IS AN ADDITIONAL VACCINE DOSE ADMINISTERED TO RE-ENGAGE THE IMMUNE SYSTEM. IT WILL BE ADMINISTERED AT LEAST 6 MONTHS AFTER COMPLETING THE TWO-DOSE PFIZER-BIONTECH / COMIRNATY SERIES.

3.D.8.P.2. (U) [ADD] THIS BOOSTER IS DIFFERENT THAN THE AUTHORIZED "THIRD DOSE" RECOMMENDED FOR IMMUNOCOMPROMISED (ANNEX II). IMMUNOCOMPROMISED PATIENTS SHOULD RECEIVE THE THIRD DOSE 28 DAYS FOLLOWING THE TWO-DOSE REGIMEN.

3.D.8.P.3. (U) [ADD] BOOSTER DOSES ARE NOT A MANDATORY COVID-19 VACCINE REQUIREMENT AT THIS TIME.

3.D.8.P.4. (U) [ADD] INDIVIDUALS MEETING THE FOLLOWING CRITERIA SHOULD RECEIVE THE BOOSTER: PEOPLE ?65 AND RESIDENTS IN LONG TERM CARE FACILITIES OR PEOPLE 50-64 YEARS WITH UNDERLYING MEDICAL CONDITIONS.

3.D.8.P.5. (U) [ADD] INDIVIDUALS MEETING THE FOLLOWING CRITERIA MAY RECEIVE THE BOOSTER: THOSE WHO ARE 65 AND OLDER, PEOPLE 18-49 YEARS

**UNCLAS CUI**

WITH UNDERLYING MEDICAL CONDITIONS OR THOSE THAT ARE 18-64 YEARS OF AGE WHO ARE AT AN INCREASED RISK FOR COVID-19 EXPOSURE AND TRANSMISSION BECAUSE OF OCCUPATIONAL OR INSTITUTIONAL SETTINGS (AS HEALTH CARE WORKERS, FRONT LINE ESSENTIAL WORKERS, FIREFIGHTERS, POLICE, AND OTHERS).

3.D.9. (U) [CHANGE TO READ] OFFICE OF PUBLIC AFFAIRS GUIDANCE IS PUBLISHED IN ANNEX J. ADDITIONALLY, A RISK COMMUNICATION STRATEGY TO HELP LEADERSHIP GUIDE DISCUSSIONS AND ADDRESS SERVICE MEMBER AND DOD CIVILIAN CONCERNS AND EMOTIONS REGARDING MANDATORY COVID-19 VACCINATION AND SUPPORTING EVALUATION FINDINGS ARE AVAILABLE AT: HTTPS://WWW.MILSUITE.MIL/BOOK/GROUPS/ARMY-PUBLIC-HEALTH-CENTERS-MEDIC AL-THREAT-BRIEFINGS/CONTENT?FILTERID=CONTENTSTATUS%5BPUBLISHED%5D~CAT EGORY%5BCOVID-19-MANDATORY-VACCINATION%5D (CAC-ENABLED AND WEB ADDRESS IS CASE SENSITIVE AND MUST BE IN ALL LOWERCASE IF ENTERED INTO A WEB BROWSER).

3.D.10. THROUGH 3.D.14. NO CHANGE.

3.D.15. (U) [ADD] READ AND COMPLY WITH ANNEX MM, DEPUTY SECRETARY OF DEFENSE MEMO, "UPDATED CORONAVIRUS DISEASE 2019 GUIDANCE RELATED TO TRAVEL AND MEETINGS," 24 SEPTEMBER 2021.

3.D.15.A. (U) [ADD] FULLY VACCINATED INDIVIDUALS ARE NOT RESTRICTED FROM OFFICIAL TRAVEL, BOTH DOMESTIC AND INTERNATIONAL.

3.D.15.B. (U) [ADD] INDIVIDUALS (MIL, CIV, OR CTR) WHO ARE UNVACCINATED OR DECLINE TO PROVIDE INFORMATION REGARDING VACCINATION STATUS ARE LIMITED TO MISSION-CRITICAL OFFICIAL TRAVEL, BOTH DOMESTIC AND INTERNATIONAL. MISSION CRITICAL IS DETERMINED BY THE SECRETARY OF THE ARMY.

3.D.15.C. (U) [ADD] ANY IN PERSON MEETINGS, EVENTS, AND CONFERENCES SPONSORED BY THE ARMY WITH MORE THAN 50 PARTICIPANTS WILL REQUIRE APPROVAL FROM THE SECRETARY OF THE ARMY. MEETINGS DO NOT INCLUDE MILITARY TRAINING AND EXERCISES. ROUTE ALL REQUESTS FOR APPROVAL THROUGH CHAIN OF COMMAND.

3.D.15.D. (U) [ADD] ATTENDEES OF IN PERSON MEETINGS, EVENTS, AND CONFERENCES SPONSORED BY THE ARMY WILL BE REQUIRED TO COMPLETE DD FORM 3150, "COVID-19 CERTIFICATION OF VACCINATION." ATTENDEES WHO ARE UNVACCINATED OR DECLINE TO COMPLETE THE DD FORM 3150 WILL BE REQUIRED TO SHOW PROOF OF A NEGATIVE COVID-19 VIRAL TEST NO EARLIER THAN 72 HOURS PRIOR TO THE MEETING AND AT LEAST WEEKLY IF THE MEETING IS GREATER THAN 1 WEEK IN DURATION. ATTENDEES MAY NOT ATTEND THE MEETING IF THEY DO NOT FILL OUT THE DD FORM 3150 OR PROVIDE NEGATIVE TEST RESULTS.

4. (U) SUSTAINMENT. NOT USED.

5. (U) COMMAND AND SIGNAL.

5.A. (U) COMMAND. NOT USED.

5.B. (U) SIGNAL.

5.B.1. (U) HEADQUARTERS DEPARTMENT OF THE ARMY COVID-19 POINTS OF CONTACT (POC). HQDA COVID-19 OPT AT USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.COVID-OPT@ARMY.MIL.

5.B.1.A. (U) G-1 POC IS COL MICHAEL A. ZWEIFEL, MICHAEL.A.ZWEIFEL.MIL@MAIL.MIL, (703) 697-8469.

**UNCLAS CUI**

**UNCLAS CUI**

PAGE 12 OF 15

5.B.1.B. (U) G-2 POC IS COL MANUEL F. RAMIREZ,
MANUEL.F.RAMIREZ.MIL@MAIL.MIL, (703) 697-5484.

5.B.1.C. (U) G-4 POC IS G4 ALOC
USARMY.PENTAGON.HQDA.MBX.AALOCATC@MAIL.MIL, (703) 614-2149.

5.B.1.D. (U) LABORATORY RESPONSE NETWORK POC IS DR. WILLIAM
NAUSCHUETZ, LABORATORY BIO PREPAREDNESS COORDINATOR USAMEDCOM,
WILLIAM.F.NAUSCHUETZ.CIV@MAIL.MIL, (210) 295-7269 OR (210) 386-1480.

5.B.1.E. (U) USAMEDCOM PUBLIC HEALTH POC IS COL RICK CHAVEZ,
RODRIGO.CHAVEZ5.MIL@MAIL.MIL, (703) 681-9510 OR COL MICHELE A.
SOLTIS, MICHELE.A.SOLTIS.MIL@MAIL.MIL, (703) 681- 6043.

5.B.1.F. (U) ARMY PUBLIC HEALTH CENTER POC IS DR. STEVEN CERSOVSKY,
STEVEN.B.CERSOVSKY.CIV@MAIL.MIL, (410) 436-4311.

5.B.1.G. (U) ARMY PUBLIC AFFAIRS POC IS LTC TERENCE KELLEY,
TERENCE.M.KELLEY.MIL@MAIL.MIL., (703) 659-0378

5.B.1.H. (U) OFFICE OF THE JUDGE ADVOCATE GENERAL POC LTC JAMES
MCINERNEY, JAMES.A.MCINERNEY.MIL@MAIL.MIL, (703) 692-9202,

5.B.1.I. (U) ARMY NATIONAL GUARD POC IS MAJ TIMOTHY MCCORMIC,
TIMOTHY.A.MCCORMIC.MIL@MAIL.MIL, (703) 601-7620.

5.B.1.J. (U) UNITED STATES ARMY RESERVE POC IS LTC RAYMOND D.
HARPER, RAYMOND.D.HARPER4.MIL@MAIL.MIL, (703) 614-5271.

5.B.1.K. (U) OFFICE OF THE SURGEON GENERAL POC IS COL DUBRAY KINNEY,
DUBRAY.KINNEY2.MIL@MAIL.MIL, (703) 681-8197.

5.B.1.L. (U) ASSISTANT SECRETARY OF THE ARMY (FINANCIAL MANAGEMENT
AND COMPTROLLER) POC IS COL PERNELL A. ROBINSON,
PERNELL.A.ROBINSON.MIL@MAIL.MIL, (703) 614-1618.

5.B.1.M. (U) HEADQUARTERS DEPARTMENT OF THE ARMY WATCH: NIPR EMAIL:
USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@MAIL.MIL, SIPR EMAIL:
USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@MAIL.SMIL.MIL.

5.B.1.N. (U) HEADQUARTERS DEPARTMENT OF THE ARMY COVID-19 CRISIS
ACTION TEAM INFO:

NIPR PORTAL:
HTTPS://G357.ARMY.PENTAGON.MIL/OD/ODO/ARMYOPCENTER/CAWG/CAT/SITEPAGES
CORONAVIRUS%20(COVID-19).ASPX

SIPR PORTAL:

HTTPS://G357.ARMY.PENTAGON.SMIL.MIL/OD/ODO/ARMYOPCENTER/CRISISACTIONP
AGE/SITEPAGES/HOME.ASPX

DOMS NIPR OMB:
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.DOMS-OPERATIONS@MAIL.MIL

DOMS SIPR OMB:
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.AOC-DOMS-TEAM@MAIL.SMIL.MIL

6. (U) THE EXPIRATION DATE OF THIS MESSAGE IS 31 DECEMBER 2026,
UNLESS FORMALLY RESCINDED OR SUPERSEDED.

**UNCLAS CUI**

## UNCLAS CUI

ATTACHMENT:
ANNEX A - ARMY INSTALLATION GATING CRITERIA REPORT.
ANNEX B - SECRETARY OF DEFENSE MEMORANDUM, "UPDATE TO
CONDITIONS-BASED APPROACH TO CORONAVIRUS DISEASE 2019 PERSONNEL
MOVEMENT AND TRAVEL RESTRICTIONS," 15 MARCH 2021.
ANNEX C - COVID-19 PERSONAL PROTECTIVE EQUIPMENT, LOGSTAT REPORT.
ANNEX D - HQDA COVID-19 POSITIVE CASE AND ROM TRACKER.
ANNEX E - SECRETARY OF THE ARMY MEMORANDUM, "DELEGATION OF AUTHORITY
TO APPROVE TRAVEL OF ARMY PERSONNEL-TRANSITION FRAMEWORK," 20 APRIL
2021.
ANNEX F - SECRETARY OF DEFENSE MEMORANDUM, "GUIDANCE FOR COMMANDERS'
RISK-BASED RESPONSES AND IMPLEMENTATION OF THE HEALTH PROTECTION
CONDITION (HPCON) FRAMEWORK DURING THE CORONAVIRUS DISEASE 2019
PANDEMIC," 29 APRIL 2021.
ANNEX G - FORCE HEALTH PROTECTION SUPPLEMENT 20, DEPARTMENT OF
DEFENSE GUIDANCE FOR PERSONNEL TRAVELING DURING THE CORONAVIRUS
DISEASE 2019 PANDEMIC, 12 APRIL 2021.
ANNEX H - FORCE HEALTH PROTECTION SUPPLEMENT 16.1, DEPARTMENT OF
DEFENSE GUIDANCE DEPLOYMENT AND REDEPLOYMENT OF INDIVIDUALS AND
UNITS, 04 MAY 2021.
ANNEX I - FORCE HEALTH PROTECTION SUPPLEMENT 15.2, DEPARTMENT OF
DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE 2019 LABORATORY TESTING
SERVICES, 02 JULY 2021.
[CHANGE TO READ] ANNEX J - IMPLEMENTATION OF REQUIRED COVID-19
PROTECTIONS PUBLIC AFFAIRS GUIDANCE.
ANNEX K - TIER 4 TESTING CONCEPT AND APPROVAL AUTHORITY.
ANNEX L - DOD COVID TASK FORCE, COVID-19 TESTING PROTOCOLS, 08 MARCH
2021.
ANNEX M - CLMS FORM 1D, CLINICAL LABORATORY IMPROVEMENT PROGRAM
WAIVED COMPLEXITY REGISTRATION/RENEWAL FORM.
ANNEX N - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "METHODS TO ENABLE
AND ENCOURAGE VACCINATION AGAINST CORONAVIRUS DISEASE 2019," 20 MAY
2021.
ANNEX O - SECRETARY OF DEFENSE MEMORANDUM, "CO-ADMINISTRATION OF
CORONAVIRUS DISEASE 2019 VACCINES WITH OTHER VACCINES," 03 JUNE 2021.

ANNEX P - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "CORONAVIRUS
DISEASE 19 VACCINE GUIDANCE," 07 DECEMBER 2020.
ANNEX Q - UNDER SECRETARY OF DEFENSE MEMORANDUM SUPPLEMENTAL GUIDANCE
FOR PROVIDING DOD CORONAVIRUS DISEASE 2019 VACCINE TO DOD CONTRACTOR
EMPLOYEES AND SELECT FOREIGN NATIONALS, 31 DECEMBER 2020.
ANNEX R - SECRETARY OF DEFENSE MEMORANDUM, SECRETARIAL DESIGNEE
STATUS FOR SELECT DEPARTMENT OF DEFENSE CIVILIAN EMPLOYEE AND
CONTRACTOR EMPLOYEE DEPENDENTS OUTSIDE THE UNITED STATES FOR THE
LIMITED PURPOSE OF RECEIVING CORONAVIRUS DISEASE 2019 VACCINATIONS,
03 JUNE 2021.
ANNEX S - SECRETARY OF DEFENSE MEMORANDUM, USE OF MASKS AND OTHER
PUBLIC HEALTH MEASURES, 04 FEBRUARY 2021.
ANNEX T - FORCE HEALTH PROTECTION SUPPLEMENT 17.1, DEPARTMENT OF
DEFENSE GUIDANCE FOR THE USE OF MASKS, PPE, AND NPI, 22 JUNE 2021.
ANNEX U - SECRETARY OF ARMY MEMORANDUM, USE OF MASKS AND DELEGATION
OF AUTHORITY TO GRANT EXCEPTIONS, 24 FEBRUARY 2021.
ANNEX V - [RESCINDED]
ANNEX W - POOLED TESTING GUIDANCE AND STRATEGY, 02 JUNE 2021.
ANNEX X - UNDER SECRETARY OF DEFENSE MEMORANDUM GUIDANCE FOR
PARTICIPATION OF INTERNATIONAL MILITARY STUDENTS AND TRAINEES, 07 MAY
2021.
ANNEX Y - UNDER SECRETARY OF DEFENSE MEMORANDUM SUPPLEMENTAL GUIDANCE
ON ETP PROCESS, 08 JUNE 2021.
ANNEX Z - SECRETARY OF THE ARMY MEMORANDUM, DELEGATION OF AUTHORITY

## UNCLAS CUI

**UNCLAS CUI**

FOR HEALTH PROTECTION CONDITION (HPCON) IMPLEMENTATION AND OCCUPANCY REQUIREMENTS, 09 JUNE 2021.

ANNEX AA - FORCE HEALTH PROTECTION SUPPLEMENT 22, DOD GUIDANCE FOR CORONAVIRUS DISEASE 2019 SURVEILLANCE AND SCREENING TESTING, 21 JULY 2021.

ANNEX BB - UPDATED MASK GUIDANCE FOR ALL DOD INSTALLATIONS AND OTHER FACILITIES, 28 JULY 2021.

ANNEX CC - CDC GUIDANCE FOR IMPLEMENTING COVID-19 PREVENTION STRATEGIES, 27 JULY 2021.

ANNEX DD - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1419, (J&J) JANSSEN COVID-19 VACCINE SHELF-LIFE EXTENSION, 28 JULY 2021.

ANNEX EE - COVID-19 VACCINATION REQUIREMENT REPORT.

ANNEX FF - MANDATORY CORONAVIRUS DISEASE 2019 VACCINATION OF DEPARTMENT OF DEFENSE SERVICE MEMBERS, 24 AUGUST 2021

ANNEX GG - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1463, PFIZER LICENSE AND SHELF LIFE EXTENSION, 24 AUGUST 2021.

ANNEX HH - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1425, UPDATED COVID-19 VACCINE ORDERING GUIDELINES, 09 AUGUST 2021.

ANNEX II - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC 21 1454 ADDITIONAL DOSE OF COVID 19 VACCINE FOR IMMUNOCOMPROMISED PERSONS,13 AUGUST 2021.

[ADD] ANNEX JJ - MANDATORY VACCINATION OF SERVICE MEMBERS USING THE PFIZER-BIONTECH COVID-19 AND COMIRNATY COVID-19 VACCINES, 14 SEPTEMBER 2021.

[ADD] ANNEX KK - DD FORM 3150, CERTIFICATION OF VACCINATION, SEPTEMBER 2021.

ANNEX LL - VACCINE INFORMATION FACT SHEET

[ADD] ANNEX MM - UPDATED CORONAVIRUS DISEASE 2019 GUIDANCE RELATED TO TRAVEL AND MEETINGS, 24 SEPTEMBER 2021.

ANNEX NN - SAMPLE DA FORM 4856 FOR ENLISTED VACCINE REFUSALS.

ANNEX OO - SAMPLE DA FORM 4856 FOR OFFICER VACCINE REFUSALS.

[ADD] ANNEX PP - EXECUTIVE ORDER 14043 OF SEPTEMBER 9, 2021, REQUIRING VACCINATION FOR FEDERAL EMPLOYEES.

[ADD] ANNEX QQ - EXECUTIVE ORDER 14042 OF SEPTEMBER 9, 2021, ENSURING ADEQUATE COVID SAFETY PROTOCOLS FOR FEDERAL CONTRACTORS.

[ADD] ANNEX RR - ABBOTT BINAXNOW COVID-19 AG CARD PRODUCT EXPIRY UPDATE, MAY 2021.

[ADD] ANNEX SS - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1538, DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE, 23 SEPTEMBER 2021.

[ADD] ANNEX TT - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549, PFIZER-BIONTECH/COMIRNATY COVID-19 VACCINE BOOSTER DOSE RECOMMENDATIONS, 27 SEPTEMBER 2021.

[ADD] ANNEX UU - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549, SUPPLEMENT 1, KEY MESSAGES AND TALKING POINTS, 27 SEPTEMBER 2021.

[ADD] ANNEX VV - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549, SUPPLEMENT 2, FACT SHEET FOR HEALTHCARE PROVIDERS ADMINISTERING VACCINE (VACCINATION PROVIDERS), 27 SEPTEMBER 2021.

[ADD] ANNEX WW - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549, SUPPLEMENT 3, VACCINE INFORMATION FACT SHEET FOR RECIPIENTS AND CAREGIVERS ABOUT COMIRNATY (COVID-19 VACCINE, MRNA) AND PFIZER-BIONTECH COVID-19 VACCINE TO PREVENT CORONAVIRUS DISEASE 2019 (COVID-19), 27 SEPTEMBER 2021.

ANNEX XX - REFUSALS AND MEDICAL/RELIGIOUS EXEMPTIONS PROCESS.

[ADD] ANNEX YY - COVID-19 VACCINATION PERMANENT MEDICAL EXEMPTION REQUEST STANDARD OPERATION PROCEDURE.

[ADD] ANNEX ZZ - PERMANENT MEDICAL EXEMPTION REQUEST PROCESS ASSIGNMENTS.

[ADD] ANNEX AAA - REQUEST FOR PERMANENT MEDICAL EXEMPTION TO COVID-19 VACCINATION TEMPLATE MEMORANDUM.

[ADD] ANNEX BBB - ARMY DIRECTIVE 2021-33 (APPROVAL AND APPEAL

**UNCLAS CUI**

**UNCLAS CUI**

PAGE 15 OF 15

AUTHORITIES FOR MILITARY AND MEDICAL ADMINISTRATIVE IMMUNIZATION
EXEMPTIONS), 24 SEPTEMBER 2021.
[ADD] ANNEX CCC - SAFER FEDERAL WORKFORCE TASK FORCE, COVID-19
WORKPLACE SAFETY: AGENCY MODEL SAFETY PRINCIPLES, LAST UPDATED 13
SEPTEMBER 2021.
[ADD] ANNEX DDD - SAFER FEDERAL WORKFORCE TASK FORCE, COVID-19
WORKPLACE SAFETY: GUIDANCE FOR FEDERAL CONTRACTORS AND
SUBCONTRACTORS, ISSUED 24 SEPTEMBER 2021.
[ADD] ANNEX EEE - MANDATORY CORONAVIRUS DISEASE 2019 VACCINATION OF
DOD CIVILIAN EMPLOYEES, ISSUED 1 OCTOBER 2021.
[ADD] ANNEX FFF - OFFICE OF PERSONNEL MANAGMENT (OPM) AND SAFER
FEDERAL WORKFORCE TASK FORCE GUIDANCE ON VACCINATION REQUIREMENTS, 5
OCTOBER 2021.
BT
#4860




NNNN
Received from AUTODIN 071807Z Oct 21

**UNCLAS CUI**

**UNCLAS CUI**

# FRAGO 7 TO HQDA EXORD 225-21 COVID-19 STEADY STATE OPERATIONS

**Originator:** DA WASHINGTON DC//AOC//

**TOR:** 10/20/2021 21:44:41

**DTG:** 202142Z Oct 21

**Prec:** Priority

**DAC:** General

**To:** ARLINGTON NATIONAL CEMETERY ARLINGTON VA, ARNG NGB COMOPS ARLINGTON VA, ARNG NGB COMOPS ARLINGTON VA, ARNG NGB J3 JOC WASHINGTON DC, ARNG NGB J3 JOC WASHINGTON DC, ARNGRC ARLINGTON VA, ARNGRC ARLINGTON VA, ARNGRC WATCH ARLINGTON VA, ARNGRC WATCH ARLINGTON VA, CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX, CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX, CDR ARMY FUTURES COMMAND AUSTIN TX, CDR ARMY FUTURES COMMAND AUSTIN TX, CDR ATEC ABERDEEN PROVING GROUND MD, CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC, CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC, CDR MDW J3 FT MCNAIR DC, CDR MDW J3 FT MCNAIR DC, CDR MDW JFHQ-NCR FT MCNAIR DC, CDR MDW JFHQ-NCR FT MCNAIR DC, CDR NETCOM 9THSC FT HUACHUCA AZ, CDR TRADOC CG FT EUSTIS VA, CDR TRADOC CG FT EUSTIS VA, CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA, CDR USAR NORTH FT SAM HOUSTON TX, CDR USARCENT SHAW AFB SC, CDR USASOC COMMAND CENTER FT BRAGG NC, CDR USASOC FT BRAGG NC, CDR USASOC MESSAGE CENTER FT BRAGG NC, CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC, CDRAMC REDSTONE ARSENAL AL, CDRAMC REDSTONE ARSENAL AL, CDRFORSCOM FT BRAGG NC, CDRHRC G3 DCSOPS FT KNOX KY, CDRHRC G3 DCSOPS FT KNOX KY, CDRINSCOM FT BELVOIR VA, CDRINSCOM FT BELVOIR VA, CDRINSCOMIOC FT BELVOIR VA, CDRINSCOMIOC FT BELVOIR VA, CDRMDW WASHINGTON DC, CDRMDW WASHINGTON DC, CDRUSACE WASHINGTON DC, CDRUSACE WASHINGTON DC, CDRUSACIDC FT BELVOIR VA, CDRUSACIDC FT BELVOIR VA, CDRUSACYBER FT BELVOIR VA, CDRUSACYBER G3 FT BELVOIR VA, CDRUSACYBER G33 FT BELVOIR VA, CDRUSAEIGHT G3 CUROPS SEOUL KOR, CDRUSAEIGHT SEOUL KOR, CDRUSAMEDCOM FT SAM HOUSTON TX, CDRUSARC G33 READ FT BRAGG NC, CDRUSARC G33 READ FT BRAGG NC, CDRUSARCYBER WATCH OFFICER FT BELVOIR VA, CDRUSARPAC CG FT SHAFTER HI, CDRUSARPAC FT SHAFTER HI, COMDT USAWC CARLISLE BARRACKS PA, COMDT USAWC CARLISLE BARRACKS PA, HQ IMCOM FT SAM HOUSTON TX, HQ IMCOM FT SAM HOUSTON TX, HQ INSCOM IOC FT BELVOIR VA, HQ SDDC CMD GROUP SCOTT AFB IL, HQ SDDC CMD GROUP SCOTT AFB IL, HQ SDDC OPS MSG CNTR SCOTT AFB IL, HQ SDDC OPS MSG CNTR SCOTT AFB IL, HQ USARSO FT SAM HOUSTON TX, HQ USARSO FT SAM HOUSTON TX, HQ USARSO G3 FT SAM HOUSTON TX, HQ USARSO G3 FT SAM HOUSTON TX, HQDA ARMY STAFF WASHINGTON DC, HQDA CSA WASHINGTON DC, HQDA EXEC OFFICE WASHINGTON DC, HQDA IMCOM OPS DIV WASHINGTON DC, HQDA SEC ARMY WASHINGTON DC, HQDA SECRETARIAT WASHINGTON DC, HQDA SURG GEN WASHINGTON DC, MEDCOM HQ EOC FT SAM HOUSTON TX, NETCOM G3 CURRENT OPS FT HUACHUCA AZ, NETCOM G3 CURRENT OPS FT HUACHUCA AZ, NGB WASHINGTON DC, SMDC ARSTRAT CG ARLINGTON VA, SMDC ARSTRAT CG ARLINGTON VA, SMDC ARSTRAT G3 ARLINGTON VA, SUPERINTENDENT USMA WEST POINT NY, SURGEON GEN FALLS CHURCH VA, USAR AROC FT BRAGG NC, USAR AROC FT BRAGG NC, USAR CMD GRP FT BRAGG NC, USAR CMD GRP FT BRAGG NC, USAR DCS G33 OPERATIONS FT BRAGG NC, USAR DCS G33 OPERATIONS FT BRAGG NC, USARCENT G3 FWD, USARPAC COMMAND CENTER FT SHAFTER HI, CDR USAREUR-AF WIESBADEN GE, CDR SETAF-AF VICENZA IT

**CC:** HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC, HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC, HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC

```
PAAUZYUW RUEADWD1516 2932143-UUUU--RUIAAAA.
ZNR UUUUU ZUI RUEWMCE6786 2932144
P 202142Z OCT 21
FM DA WASHINGTON DC//AOC//
TO RUJAAAA/ARLINGTON NATIONAL CEMETERY ARLINGTON VA
RUJAAAA/ARNG NGB COMOPS ARLINGTON VA
RUIAAAA/ARNG NGB COMOPS ARLINGTON VA
RUJAAAA/ARNG NGB J3 JOC WASHINGTON DC
RUIAAAA/ARNG NGB J3 JOC WASHINGTON DC
RUJAAAA/ARNGRC ARLINGTON VA
RUIAAAA/ARNGRC ARLINGTON VA
RUJAAAA/ARNGRC WATCH ARLINGTON VA
RUIAAAA/ARNGRC WATCH ARLINGTON VA
RUJAAAA/CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX
RUIAAAA/CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX
RUJAAAA/CDR ARMY FUTURES COMMAND AUSTIN TX
RUIAAAA/CDR ARMY FUTURES COMMAND AUSTIN TX
RUJAAAA/CDR ATEC ABERDEEN PROVING GROUND MD
```

**UNCLAS CUI**

**UNCLAS CUI**

```
RUJAAAA/CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC
RUJAAAA/CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC
RUJAAAA/CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC
RUIAAAA/CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC
RUJAAAA/CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC
RUIAAAA/CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC
RUJAAAA/CDR MDW J3 FT MCNAIR DC
RUIAAAA/CDR MDW J3 FT MCNAIR DC
RUJAAAA/CDR MDW JFHQ-NCR FT MCNAIR DC
RUIAAAA/CDR MDW JFHQ-NCR FT MCNAIR DC
RUJAAAA/CDR NETCOM 9THSC FT HUACHUCA AZ
RUJAAAA/CDR TRADOC CG FT EUSTIS VA
RUIAAAA/CDR TRADOC CG FT EUSTIS VA
RUJAAAA/CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA
RUJAAAA/CDR USAR NORTH FT SAM HOUSTON TX
RUJAAAA/CDR USARCENT SHAW AFB SC
RUIAAAA/CDR USASOC COMMAND CENTER FT BRAGG NC
RUIAAAA/CDR USASOC FT BRAGG NC
RUIAAAA/CDR USASOC MESSAGE CENTER FT BRAGG NC
RUIAAAA/CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC
RUJAAAA/CDRAMC REDSTONE ARSENAL AL
RUIAAAA/CDRAMC REDSTONE ARSENAL AL
RUIAAAA/CDRFORSCOM FT BRAGG NC
RUJAAAA/CDRHRC G3 DCSOPS FT KNOX KY
RUIAAAA/CDRHRC G3 DCSOPS FT KNOX KY
RUIAAAA/CDRINSCOM FT BELVOIR VA
RUEPINM/CDRINSCOM FT BELVOIR VA
RUIAAAA/CDRINSCOMIOC FT BELVOIR VA
RUEPINF/CDRINSCOMIOC FT BELVOIR VA
RUJAAAA/CDRMDW WASHINGTON DC
RUIAAAA/CDRMDW WASHINGTON DC
RUJAAAA/CDRUSACE WASHINGTON DC
RUIAAAA/CDRUSACE WASHINGTON DC
RUJAAAA/CDRUSACIDC FT BELVOIR VA
RUIAAAA/CDRUSACIDC FT BELVOIR VA
RUJAAAA/CDRUSACYBER FT BELVOIR VA
RUJAAAA/CDRUSACYBER G3 FT BELVOIR VA
RUIAAAA/CDRUSACYBER G33 FT BELVOIR VA
RUIAAAA/CDRUSAEIGHT G3 CUROPS SEOUL KOR
RUJAAAA/CDRUSAEIGHT SEOUL KOR
RUIAAAA/CDRUSAMEDCOM FT SAM HOUSTON TX
RUJAAAA/CDRUSARC G33 READ FT BRAGG NC
RUIAAAA/CDRUSARC G33 READ FT BRAGG NC
RUIAAAA/CDRUSARCYBER WATCH OFFICER FT BELVOIR VA
RUIAAAA/CDRUSARPAC CG FT SHAFTER HI
RUIAAAA/CDRUSARPAC FT SHAFTER HI
RUJAAAA/COMDT USAWC CARLISLE BARRACKS PA
RUIAAAA/COMDT USAWC CARLISLE BARRACKS PA
RUJAAAA/HQ IMCOM FT SAM HOUSTON TX
RUIAAAA/HQ IMCOM FT SAM HOUSTON TX
RUIAAAA/HQ INSCOM IOC FT BELVOIR VA
RUJAAAA/HQ SDDC CMD GROUP SCOTT AFB IL
RUIAAAA/HQ SDDC CMD GROUP SCOTT AFB IL
RUJAAAA/HQ SDDC OPS MSG CNTR SCOTT AFB IL
RUIAAAA/HQ SDDC OPS MSG CNTR SCOTT AFB IL
RUJAAAA/HQ USARSO FT SAM HOUSTON TX
RUIAAAA/HQ USARSO FT SAM HOUSTON TX
RUJAAAA/HQ USARSO G3 FT SAM HOUSTON TX
RUIAAAA/HQ USARSO G3 FT SAM HOUSTON TX
RUEADWD/HQDA ARMY STAFF WASHINGTON DC
RUEADWD/HQDA CSA WASHINGTON DC
RUEADWD/HQDA EXEC OFFICE WASHINGTON DC
```

**UNCLAS CUI**

## UNCLAS CUI

```
RUEADWD/HQDA IMCOM OPS DIV WASHINGTON DC
RUEADWD/HQDA SEC ARMY WASHINGTON DC
RUEADWD/HQDA SECRETARIAT WASHINGTON DC
RUEADWD/HQDA SURG GEN WASHINGTON DC
RUJAAAA/MEDCOM HQ EOC FT SAM HOUSTON TX
RUJAAAA/NETCOM G3 CURRENT OPS FT HUACHUCA AZ
RUIAAAA/NETCOM G3 CURRENT OPS FT HUACHUCA AZ
RUJAAAA/NGB WASHINGTON DC
RUJAAAA/SMDC ARSTRAT CG ARLINGTON VA
RUIAAAA/SMDC ARSTRAT CG ARLINGTON VA
RUJAAAA/SMDC ARSTRAT G3 ARLINGTON VA
RUJAAAA/SUPERINTENDENT USMA WEST POINT NY
RUEAUSA/SURGEON GEN FALLS CHURCH VA
RUJAAAA/USAR AROC FT BRAGG NC
RUIAAAA/USAR AROC FT BRAGG NC
RUJAAAA/USAR CMD GRP FT BRAGG NC
RUIAAAA/USAR CMD GRP FT BRAGG NC
RUJAAAA/USAR DCS G33 OPERATIONS FT BRAGG NC
RUIAAAA/USAR DCS G33 OPERATIONS FT BRAGG NC
RUIAAAA/USARCENT G3 FWD
RUIAAAA/USARPAC COMMAND CENTER FT SHAFTER HI
RUIAAAA/CDR USAREUR-AF WIESBADEN GE
RUIPAAA/CDR SETAF-AF VICENZA IT
INFO RUIAAAA/HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC
BT
UNCLAS CUI
SUBJ/FRAGO 7 TO HQDA EXORD 225-21 COVID-19 STEADY STATE OPERATIONS
CUI//
CONTROLLED BY: HQDA DCS, G-3/5/7
CONTROLLED BY: DAMO-OD
CUI CATEGORY: OPSEC
LIMITED DISSEMINATION CONTROL: FEDCON
POC: LTC NYKEBA L. ANTHONY 703-692-2804
```

SUBJECT: (U) FRAGO 7 TO HQDA EXORD 225-21 COVID-19 STEADY STATE OPERATIONS//

(U) REFERENCES.
REF//A/ THROUGH REF//JJ/ NO CHANGE.
REF//KK/ [ADD] FRAGO 6 TO HQDA EXORD 225-21 COVID-19 STEADY STATE OPERATIONS, DTG 071800Z OCT 21 //

1. (U) SITUATION. NO CHANGE.

2. (U) MISSION. NO CHANGE.

3. (U) EXECUTION.

3.A. (U) COMMANDER'S INTENT. NO CHANGE.

3.B. (U) CONCEPT OF THE OPERATION.

3.B.5. NO CHANGE.

3.B.5.A. (U) [ADD] ARNG PERSONNEL WHO ARE SERVING AS DUAL-STATUS MILITARY TECHNICIANS (TITLE 32 USC ? 709) ARE SUBJECT TO THE MILITARY VACCINATION MANDATE AND ESTABLISHED ARNG VACCINATION GUIDANCE. STATE ADJUTANTS GENERAL MAY INSTITUTE MORE AGGRESSIVE VACCINATION TIMELINES FOR ARNG MEMBERS TO INCLUDE DUAL-STATUS MILITARY TECHNICIANS IN ACCORDANCE WITH 32 USC 709.

## UNCLAS CUI

**UNCLAS CUI**

3.B.6. (U) [ADD] THE ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND
RESERVE AFFAIRS (ASA(M&RA)) WILL SERVE AS THE PROPONENT FOR ARMY
POLICY FOR DEPARTMENT OF THE ARMY CIVILIAN PERSONNEL. THIS WILL
INCLUDE GUIDANCE AND ACCOUNTABILITY FOR COVID-19 VACCINATION,
COVID-19
VACCINATION EXEMPTIONS, AND TESTING ONCE APPROVED BY THE SECRETARY OF
THE ARMY (SECARMY).

3.C. (U) TASKS TO ARMY STAFF AND SUBORDINATE COMMANDS.

3.C.1. NO CHANGE.

3.C.2. (U) THE DIRECTOR OF THE ARMY NATIONAL GUARD (DARNG).

3.C.2.A. THROUGH 3.C.2.G. NO CHANGE.

3.C.2.H. (U) [ADD] NLT 5 NOVEMBER 2021, COORDINATE WITH U.S. ARMY
TRAINING AND DOCTRINE COMMAND (TRADOC), U.S. ARMY MEDICAL COMMAND
(MEDCOM), THE OFFICE OF THE CHIEF OF ARMY RESERVE (OCAR)/UNITED
STATES
ARMY RESERVE COMMAND (USARC), HQDA DEPUTY CHIEF OF STAFF (DCS), G-1,
HQDA DCS, HQDA G-3/5/7 DEPARTMENT OF ARMY MANAGEMENT OFFICE-TRAINING
(DAMO-TR), AND OASA(M&RA) TO SUPPORT DEVELOPMENT OF A DECISION BRIEF
TO THE SECARMY THAT ADDRESSES THE REQUIREMENT FOR SOLDIERS SCHEDULED
FOR PROFESSIONAL MILITARY EDUCATION (PME), OFFICER CANDIDATE SCHOOL
(OCS), OR FUNCTIONAL TRAINING IAW AR 350-1 AND 621-1 TO BE FULLY
VACCINATED AGAINST COVID-19 PRIOR TO ARRIVAL AT TRAINING LOCATION(S).
DIRLAUTH WITH TRADOC, MEDCOM, OCAR/USARC, HQDA DCS G-1, HQDA G-3/5/7
DAMO-TR, AND OASA(M&RA) IS AUTHORIZED.

3.C.3. (U) THE CHIEF OF ARMY RESERVE (OCAR)/COMMANDING GENERAL
UNITED
STATES ARMY RESERVE COMMAND (USARC).

3.C.3.A. THROUGH 3.C.3.G. NO CHANGE.

3.C.3.H. (U) [ADD] NLT 5 NOVEMBER 2021, COORDINATE WITH TRADOC,
MEDCOM, U.S. ARMY NATIONAL GUARD (USARNG), HQDA DCS G-1, HQDA G-3/5/7
DAMO-TR, AND OASA(M&RA) TO SUPPORT DEVELOPMENT OF A DECISION BRIEF TO
THE SECARMY THAT ADDRESSES THE REQUIREMENT FOR SOLDIERS SCHEDULED FOR
PME, OCS, OR FUNCTIONAL TRAINING IAW AR 350-1 AND 621-1 TO BE FULLY
VACCINATED AGAINST COVID-19 PRIOR TO ARRIVAL AT TRAINING LOCATION(S).
DIRLAUTH WITH TRADOC, MEDCOM, USARNG, HQDA DCS G-1, HQDA G-3/5/7
DAMO-
TR, AND OASA(M&RA) IS AUTHORIZED.

3.C.4. NO CHANGE.

3.C.5. (U) COMMANDER, U.S. ARMY TRAINING AND DOCTRINE COMMAND
(TRADOC).

3.C.5.A. NO CHANGE.

3.C.5.B. (U) [ADD] NLT 5 NOVEMBER 2021, DEVELOP A DECISION BRIEF TO
THE SECARMY IN COORDINATION WITH MEDCOM, OCAR/USARC, USARNG, HQDA DCS
G-1, HQDA G-3/5/7 DAMO-TR, AND OASA(M&RA) THAT ADDRESSES THE
REQUIREMENT FOR SOLDIERS SCHEDULED FOR PME, OCS, OR FUNCTIONAL
TRAINING IAW AR 350-1 AND 621-1 TO BE FULLY VACCINATED AGAINST COVID-
19 PRIOR TO ARRIVAL AT TRAINING LOCATION(S). DIRLAUTH WITH MEDCOM,
OCAR/USARC, USARNG, HQDA DCS G-1, HQDA G-3/5/7 DAMO-TR, AND

**UNCLAS CUI**

# UNCLAS CUI

OASA(M&RA)
IS AUTHORIZED. PROVIDE BRIEF TO ASA(M&RA) FOR APPROVAL.

3.C.6. THROUGH 3.C.15.

3.C.16. (U) COMMANDER, U.S. ARMY MEDICAL COMMAND (MEDCOM).

3.C.16.A. THROUGH 3.C.16.N.

3.C.16.O. (U) [ADD] NLT 5 NOVEMBER 2021, COORDINATE WITH TRADOC, HQDA
G-3/5/7 DAMO-TR, OCAR/USARC, USARNG, HQDA DCS G-1, AND OASA(M&RA) TO
SUPPORT DEVELOPMENT OF A DECISION BRIEF TO THE SECARMY THAT ADDRESSES
THE REQUIREMENT FOR SOLDIERS SCHEDULED FOR PME, OCS, OR FUNCTIONAL
TRAINING IAW AR 350-1 AND 621-1 TO BE FULLY VACCINATED AGAINST COVID-
19 PRIOR TO ARRIVAL AT TRAINING LOCATION(S). DIRLAUTH WITH TRADOC,
OCAR/USARC, USARNG, HQDA DCS G-1, HQDA G-3/5/7 DAMO-TR, AND
OASA(M&RA)
IS AUTHORIZED.

3.C.16.P. (U) [ADD] NLT 5 NOVEMBER 2021, COORDINATE WITH U.S. ARMY
HUMAN RESOURCES COMMAND (HRC) AND OASA(M&RA) TO SUPPORT DEVELOPMENT
OF
A DECISION BRIEF TO SECARMY THAT ADDRESSES THE SECDEF COVID-19
VACCINATION MANDATE IMPLEMENTATION FOR INDIVIDUAL READY RESERVE (IRR)
SOLDIERS. DIRLAUTH WITH HRC AND OASA(M&RA) IS AUTHORIZED.

3.C.16.Q. (U) [ADD] NLT 5 NOVEMBER 2021, COORDINATE WITH PROVOST
MARSHAL GENERAL (DAPM), OFFICE OF THE JUDGE ADVOCATE GENERAL (OTJAG),
AND OASA(M&RA) TO SUPPORT DEVELOPMENT OF A DECISION BRIEF TO THE
SECARMY THAT ADDRESSES THE SECDEF COVID-19 VACCINATION MANDATE
IMPLEMENTATION FOR PRISONERS. DIRLAUTH WITH DAPM, OTJAG, AND
OASA(M&RA) IS AUTHORIZED.

3.C.17. THROUGH 3.C.20. NO CHANGE.

3.C.21. (U) COMMANDER, U.S. ARMY HUMAN RESOURCES COMMAND (HRC).

3.C.21.A. (U) [ADD] NLT 5 NOVEMBER 2021, COORDINATE WITH MEDCOM AND
OASA(M&RA) TO SUPPORT DEVELOPMENT OF A DECISION BRIEF TO SECARMY THAT
ADDRESSES THE SECDEF COVID-19 VACCINATION MANDATE IMPLEMENTATION FOR
IRR SOLDIERS. DIRLAUTH WITH MEDCOM AND OASA(M&RA) IS AUTHORIZED.

3.C.22. THROUGH 3.C.29. NO CHANGE.

3.C.30. (U) DEPUTY CHIEFS OF STAFF, HEADQUARTERS DEPARTMENT OF THE
ARMY (HQDA DCS).

3.C.30.A. (U) HQDA, DEPUTY CHIEF OF STAFF G-1.

3.C.30.A.1. THROUGH 3.C.30.A.3. NO CHANGE.

3.C.30.A.4. (U) [ADD] NLT 5 NOVEMBER 2021, COORDINATE WITH TRADOC,
MEDCOM, HQDA G-3/5/7 DAMO-TR, OCAR/USARC, USARNG, AND OASA(M&RA) TO
SUPPORT DEVELOPMENT OF A DECISION BRIEF TO THE SECARMY THAT ADDRESSES
THE REQUIREMENT FOR SOLDIERS SCHEDULED FOR PME, OCS, OR FUNCTIONAL
TRAINING IAW AR 350-1 AND 621-1 TO BE FULLY VACCINATED AGAINST COVID-
19 PRIOR TO ARRIVAL AT TRAINING LOCATION(S). DIRLAUTH WITH TRADOC,
MEDCOM, OCAR/USARC, HQDA DCS G-3/5/7 DAMO-TR, USARNG, AND OASA(M&RA)
IS AUTHORIZED.

3.C.30.B. NO CHANGE.

# UNCLAS CUI

# UNCLAS CUI

3.C.31. (U) DIRECTOR OF THE ARMY STAFF(DAS).

3.C.31.A. (U) MOVED TO 3.C.32.

3.C.31.B. (U) PROVOST MARSHAL GENERAL (DAPM).

3.C.31.B.1. (U) [ADD] NLT 5 NOVEMBER 2021, DEVELOP A DECISION BRIEF
TO THE SECARMY IN COORDINATION WITH MEDCOM, OTJAG, AND OASA(M&RA)
THAT
ADDRESSES THE SECDEF COVID-19 VACCINATION MANDATE IMPLEMENTATION FOR
PRISONERS. DIRLAUTH WITH MEDCOM, OTJAG, AND OASA(M&RA) IS AUTHORIZED.
PROVIDE BRIEF TO ASA(M&RA) FOR APPROVAL.

3.C.31.C. (U) THE JUDGE ADVOCATE GENERAL (OTJAG).

3.C.31.C.1. (U) [ADD] NLT 5 NOVEMBER 2021, COORDINATE WITH DAPM,
MEDCOM, AND OASA(M&RA) TO SUPPORT DEVELOPMENT OF A DECISION BRIEF TO
THE SECARMY THAT ADDRESSES THE SECDEF COVID-19 VACCINATION MANDATE
IMPLEMENTATION FOR PRISONERS. DIRLAUTH WITH DAPM, MEDCOM, AND
OASA(M&RA) IS AUTHORIZED.

3.C.32. (U) ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE
AFFAIRS (ASA(M&RA)).

3.C.32.A.1. THROUGH 3.C.32.A.2. NO CHANGE.

3.C.32.A.3. (U) [ADD] NLT 5 NOVEMBER 2021, DEVELOP A DECISION BRIEF
TO THE SECARMY IN COORDINATION WITH MEDCOM AND HRC THAT ADDRESSES THE
SECDEF COVID-19 VACCINATION MANDATE IMPLEMENTATION FOR IRR SOLDIERS.
DIRLAUTH WITH MEDCOM AND HRC IS AUTHORIZED.

3.C.32.A.4. (U) [ADD] NLT 5 NOVEMBER 2021, COORDINATE WITH TRADOC,
DAPM, MEDCOM, OCAR/USARC, USARNG, OTJAG, AND HQDA DCS G-1 TO SUPPORT
DEVELOPMENT OF A DECISION BRIEFS TO THE SECARMY THAT ADDRESSES THE
FOLLOWING: 1) THE REQUIREMENT FOR SOLDIERS SCHEDULED FOR PME, OCS, OR
FUNCTIONAL TRAINING IAW AR 350-1 AND 621-1 TO BE FULLY VACCINATED
AGAINST COVID-19 PRIOR TO ARRIVAL AT TRAINING LOCATION(S) AND 2) THE
SECDEF COVID-19 VACCINATION MANDATE IMPLEMENTATION FOR PRISONERS.
DIRLAUTH WITH TRADOC, DAPM, MEDCOM, OCAR/USARC, USARNG, OTJAG, AND
HQDA DCS G-1 IS AUTHORIZED.

3.C.32.A.5. (U) [ADD] NLT 8 NOVEMBER 2021, SERVE AS FINAL APPROVAL
AUTHORITY FOR DECISION BRIEFS TO THE SECARMY ON: 1) THE REQUIREMENT
FOR SOLDIERS SCHEDULED FOR PME, OCS, OR FUNCTIONAL TRAINING IAW AR
350-1 AND 621-1 TO BE FULLY VACCINATED AGAINST COVID-19 PRIOR TO
ARRIVAL AT TRAINING LOCATION(S); 2) THE SECDEF COVID-19 VACCINATION
MANDATE IMPLEMENTATION FOR IRR SOLDIERS; AND 3) THE SECDEF COVID-19
VACCINATION MANDATE IMPLEMENTATION FOR PRISONERS.

3.C.32.A.6. (U) [ADD] SERVE AS THE PROPONENT FOR ARMY POLICY FOR
DEPARTMENT OF THE ARMY CIVILIAN PERSONNEL. THIS WILL INCLUDE GUIDANCE
AND ACCOUNTABILITY FOR COVID-19 VACCINATION, COVID-19 VACCINATION
EXEMPTIONS, AND TESTING ONCE APPROVED BY THE SECARMY.

3.D. (U) COORDINATING INSTRUCTIONS.

3.D.1. THROUGH 3.D.7. NO CHANGE.

3.D.8.A. NO CHANGE.

3.D.8.B. NO CHANGE.

# UNCLAS CUI

**UNCLAS CUI**

3.D.8.B.1. NO CHANGE.

3.D.8.B.1.A. THROUGH 3.D.8.B.1.G. NO CHANGE.

3.D.8.B.1.H. (U) [ADD] COMMANDERS WILL ENSURE THEIR SERVICING STAFF
JUDGE ADVOCATE IS INITIATING AND RECORDING ALL COVID VACCINE REFUSAL
REPRIMANDS IN MILITARY JUSTICE ONLINE (MJO), INCLUDING THE BASIC DATA
FOR SOLDIERS AND THE ADMINISTRATIVE PROCESSING TIMELINE, IN ORDER TO
IDENTIFY TRENDS, TRACK MISCONDUCT, AND INFORM ARMY SENIOR LEADERS AS
NECESSARY.

3.D.8.B.2. THROUGH 3.D.8.B.9. NO CHANGE.

3.D.8.C. THROUGH 3.D.8.P. NO CHANGE.

3.D.9. THROUGH 3.D.15. NO CHANGE.

4. (U) SUSTAINMENT. NOT USED.

5. (U) COMMAND AND SIGNAL.

5.A. (U) COMMAND. NOT USED.

5.B. (U) SIGNAL.

5.B.1. (U) HEADQUARTERS DEPARTMENT OF THE ARMY COVID-19 POINTS OF
CONTACT (POC). HQDA COVID-19 OPT AT USARMY.PENTAGON.HQDA-DCS-G-3-5-
7.MBX.COVID-OPT@ARMY.MIL;

5.B.1.A. (U) G-1 POC IS COL MICHAEL A. ZWEIFEL,
MICHAEL.A.ZWEIFEL.MIL@ARMY.MIL, (703) 697-8469.

5.B.1.B. (U) G-2 POC IS LTC LEON SATCHELL,
LEON.R.SATCHELL.MIL@ARMY.MIL, (703)697-5484.

5.B.1.C. (U) G-4 POC IS G4 ALOC
USARMY.PENTAGON.HQDA.MBX.AALOCATC@ARMY.MIL, (703) 614-2149.

5.B.1.D. (U) LABORATORY RESPONSE NETWORK POC IS DR. WILLIAM
NAUSCHUETZ, LABORATORY BIOPREPAREDNESS COORDINATOR,
WILLIAM.F.NAUSCHUETZ.CIV@MAIL.MIL, (210) 295-7269 OR (210) 386-1480.

5.B.1.E. (U) USAMEDCOM PUBLIC HEALTH POC IS COL RICK CHAVEZ,
RODRIGO.CHAVEZ5.MIL@MAIL.MIL, (703) 681-9510 OR COL MICHELE A.
SOLTIS,
MICHELE.A.SOLTIS.MIL@MAIL.MIL, (703) 681- 6043.

5.B.1.F. (U) ARMY PUBLIC HEALTH CENTER POC IS DR. STEVEN CERSOVSKY,
STEVEN.B.CERSOVSKY.CIV@MAIL.MIL, (410) 436-4311.

5.B.1.G. (U) ARMY PUBLIC AFFAIRS POC IS LTC TERENCE KELLEY,
TERENCE.M.KELLEY.MIL@ARMY.MIL.

5.B.1.H. (U) OFFICE OF THE JUDGE ADVOCATE GENERAL POC LTC JAMES
MCINERNEY, JAMES.A.MCINERNEY.MIL@ARMY.MIL, (703) 614-4630,

5.B.1.I. (U) ARMY NATIONAL GUARD POC IS MAJ TIMOTHY MCCORMIC,
TIMOTHY.A.MCCORMIC.MIL@MAIL.MIL, (703) 601-7620.

5.B.1.J. (U) UNITED STATES ARMY RESERVES POC IS LTC RAYMOND D.
HARPER, RAYMOND.D.HARPER4.MIL@MAIL.MIL, 703.614.5271.

**UNCLAS CUI**

## UNCLAS CUI

5.B.1.K. (U) OFFICE OF THE SURGEON GENERAL POC IS COL DUBRAY KINNEY, DUBRAY.KINNEY2.MIL@MAIL.MIL, (703) 681-9672.

5.B.1.L. (U) ASSISTANT SECRETARY OF THE ARMY (FINANCIAL MANAGEMENT AND COMPTROLLER) POC IS COL PERNELL A. ROBINSON, PERNELL.A.ROBINSON.MIL@ARMY.MIL, (703) 614-1618.

5.B.1.M. (U) HEADQUARTERS DEPARTMENT OF THE ARMY WATCH: NIPR EMAIL USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@ARMY.MIL, SIPR EMAIL USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@MAIL.SMIL.MIL.

5.B.1.N. (U) HEADQUARTERS DEPARTMENT OF THE ARMY COVID-19 CRISIS ACTION TEAM INFO:

NIPR PORTAL:
HTTPS://G357.ARMY.PENTAGON.MIL/OD/ODO/ARMYOPCENTER/CAWG/CAT/SITEPAGES C
ORONAVIRUS%20(COVID-19).ASPX

SIPR PORTAL:
HTTPS://G357.ARMY.PENTAGON.SMIL.MIL/OD/ODO/ARMYOPCENTER/CRISISACTIONP A
GE/SITEPAGES/HOME.ASPX

DOMS NIPR OMB:
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.DOMS-OPERATIONS@ARMY.MIL

DOMS SIPR OMB:
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.AOC-DOMS-TEAM@MAIL.SMIL.MIL

6. (U) THE EXPIRATION DATE OF THIS MESSAGE IS 31 DECEMBER 2026, UNLESS FORMALLY RESCINDED OR SUPERSEDED.

ATTACHMENT:
ANNEX A - ARMY INSTALLATION GATING CRITERIA REPORT.
ANNEX B - SECRETARY OF DEFENSE MEMORANDUM, "UPDATE TO CONDITIONS-BASED
APPROACH TO CORONAVIRUS DISEASE 2019 PERSONNEL MOVEMENT AND TRAVEL RESTRICTIONS," 15 MARCH 2021.
ANNEX C - COVID-19 PERSONAL PROTECTIVE EQUIPMENT, LOGSTAT REPORT.
ANNEX D - HQDA COVID-19 POSITIVE CASE AND ROM TRACKER.
ANNEX E - SECRETARY OF THE ARMY MEMORANDUM, "DELEGATION OF AUTHORITY TO APPROVE TRAVEL OF ARMY PERSONNEL-TRANSITION FRAMEWORK," 20 APRIL 2021.
ANNEX F - SECRETARY OF DEFENSE MEMORANDUM, "GUIDANCE FOR COMMANDERS' RISK-BASED RESPONSES AND IMPLEMENTATION OF THE HEALTH PROTECTION CONDITION (HPCON) FRAMEWORK DURING THE CORONAVIRUS DISEASE 2019 PANDEMIC," 29 APRIL 2021.
ANNEX G - FORCE HEALTH PROTECTION SUPPLEMENT 20, DEPARTMENT OF DEFENSE
GUIDANCE FOR PERSONNEL TRAVELING DURING THE CORONAVIRUS DISEASE 2019 PANDEMIC, 12 APRIL 2021.
ANNEX H - FORCE HEALTH PROTECTION SUPPLEMENT 16.1, DEPARTMENT OF DEFENSE GUIDANCE DEPLOYMENT AND REDEPLOYMENT OF INDIVIDUALS AND UNITS,
04 MAY 2021.
ANNEX I - FORCE HEALTH PROTECTION SUPPLEMENT 15.2, DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE 2019 LABORATORY TESTING SERVICES, 02 JULY 2021.
ANNEX J - PUBLIC AFFAIRS GUIDANCE TO BE PUBLISHED.

## UNCLAS CUI

## UNCLAS CUI

ANNEX K - TIER 4 TESTING CONCEPT AND APPROVAL AUTHORITY.
ANNEX L - DOD COVID TASK FORCE, COVID-19 TESTING PROTOCOLS, 08 MARCH
2021.
ANNEX M - CLMS FORM 1D, CLINICAL LABORATORY IMPROVEMENT PROGRAM
WAIVED
COMPLEXITY REGISTRATION/RENEWAL FORM.
ANNEX N - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "METHODS TO ENABLE
AND ENCOURAGE VACCINATION AGAINST CORONAVIRUS DISEASE 2019," 20 MAY
2021.
ANNEX O - SECRETARY OF DEFENSE MEMORANDUM, "CO-ADMINISTRATION OF
CORONAVIRUS DISEASE 2019 VACCINES WITH OTHER VACCINES," 03 JUNE 2021.
ANNEX P - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "CORONAVIRUS
DISEASE
19 VACCINE GUIDANCE," 07 DECEMBER 2020.
ANNEX Q - UNDER SECRETARY OF DEFENSE MEMORANDUM SUPPLEMENTAL GUIDANCE
FOR PROVIDING DOD CORONAVIRUS DISEASE 2019 VACCINE TO DOD CONTRACTOR
EMPLOYEES AND SELECT FOREIGN NATIONALS, 31 DECEMBER 2020.
ANNEX R - SECRETARY OF DEFENSE MEMORANDUM, SECRETARIAL DESIGNEE
STATUS
FOR SELECT DEPARTMENT OF DEFENSE CIVILIAN EMPLOYEE AND CONTRACTOR
EMPLOYEE DEPENDENTS OUTSIDE THE UNITED STATES FOR THE LIMITED PURPOSE
OF RECEIVING CORONAVIRUS DISEASE 2019 VACCINATIONS, 03 JUNE 2021.
ANNEX S - SECRETARY OF DEFENSE MEMORANDUM, USE OF MASKS AND OTHER
PUBLIC HEALTH MEASURES, 04 FEBRUARY 2021.
ANNEX T - FORCE HEALTH PROTECTION SUPPLEMENT 17.1, DEPARTMENT OF
DEFENSE GUIDANCE FOR THE USE OF MASKS, PPE, AND NPI, 22 JUNE 2021.
ANNEX U - SECRETARY OF ARMY MEMORANDUM, USE OF MASKS AND DELEGATION
OF
AUTHORITY TO GRANT EXCEPTIONS, 24 FEBRUARY 2021.
ANNEX V - [RESCINDED]
ANNEX W - POOLED TESTING GUIDANCE AND STRATEGY, 02 JUNE 2021.
ANNEX X - UNDER SECRETARY OF DEFENSE MEMORANDUM GUIDANCE FOR
PARTICIPATION OF INTERNATIONAL MILITARY STUDENTS AND TRAINEES, 07 MAY
2021.
ANNEX Y - UNDER SECRETARY OF DEFENSE MEMORANDUM SUPPLEMENTAL GUIDANCE
ON ETP PROCESS, 08 JUNE 2021.
ANNEX Z - SECRETARY OF THE ARMY MEMORANDUM, DELEGATION OF AUTHORITY
FOR HEALTH PROTECTION CONDITION (HPCON) IMPLEMENTATION AND OCCUPANCY
REQUIREMENTS, 09 JUNE 2021.
ANNEX AA - FORCE HEALTH PROTECTION SUPPLEMENT 22, DOD GUIDANCE FOR
CORONAVIRUS DISEASE 2019 SURVEILLANCE AND SCREENING TESTING, 21 JULY
2021.
ANNEX BB - UPDATED MASK GUIDANCE FOR ALL DOD INSTALLATIONS AND OTHER
FACILITIES, 28 JULY 2021.
ANNEX CC - CDC GUIDANCE FOR IMPLEMENTING COVID-19 PREVENTION
STRATEGIES, 27 JULY 2021.
ANNEX DD - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1419,
(J&J) JANSSEN COVID-19 VACCINE SHELF-LIFE EXTENSION, 28 JULY 2021.
ANNEX EE - COVID-19 VACCINATION REQUIREMENT REPORT.
ANNEX FF - MANDATORY CORONAVIRUS DISEASE 2019 VACCINATION OF
DEPARTMENT OF DEFENSE SERVICE MEMBERS, 24 AUGUST 2021.
ANNEX GG - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1463,
PFIZER LICENSE AND SHELF LIFE EXTENSION, 24 AUGUST 2021.
ANNEX HH - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21- 1425,
UPDATED COVID-19 VACCINE ORDERING GUIDELINES, 09 AUGUST 2021.
ANNEX II - MMQC 21 1454 ADDITIONAL DOSE OF COVID 19 VACCINE FOR
IMMUNOCOMPROMISED PERSONS,13 AUGUST 2021.
ANNEX JJ - MANDATORY VACCINATION OF SERVICE MEMBERS USING THE PFIZER-
BIONTECH COVID-19 AND COMIRNATY COVID-19 VACCINES, 14 SEPTEMBER 2021.
ANNEX KK - DD FROM 3150, CONTRATOR AND VISITOR CERTIFICATION OF
VACCINATION, SEPTEMBER 2021.
ANNEX LL - VACCINE INFORMATION FACT SHEET

## UNCLAS CUI

# UNCLAS CUI

ANNEX MM - UPDATED CORONAVIRUS DISEASE 2019 GUIDANCE RELATED TO TRAVEL
AND MEETINGS, 24 SEPTEMBER 2021.
ANNEX NN - SAMPLE DA FORM 4856 FOR ENLISTED VACCINE REFUSALS.
ANNEX OO - SAMPLE DA FORM 4856 FOR OFFICER VACCINE REFUSALS.
ANNEX PP - EXECUTIVE ORDER 14043 OF SEPTEMBER 9, 2021, REQUIRING
VACCINATION FOR FEDERAL EMPLOYEES.
ANNEX QQ - EXECUTIVE ORDER 14042 OF SEPTEMBER 9, 2021, ENSURING
ADEQUATE COVID SAFETY PROTOCOLS FOR FEDERAL CONTRACTORS.
ANNEX RR - ABBOTT BINAXNOW COVID-19 AG CARD PRODUCT EXPIRY UPDATE, MAY
2021.
ANNEX SS - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1538,
DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE, 23 SEPTEMBER 2021.
ANNEX TT - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549,
PFIZER-BIONTECH/COMIRNATY COVID-19 VACCINE BOOSTER DOSE
RECOMMENDATIONS, 27 SEPTEMBER 2021.
ANNEX UU - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549,
SUPPLEMENT 1, KEY MESSAGES AND TALKING POINTS, 27 SEPTEMBER 2021.
ANNEX VV - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549,
SUPPLEMENT 2, FACT SHEET FOR HEALTHCARE PROVIDERS ADMINISTERING
VACCINE (VACCINATION PROVIDERS), 27 SEPTEMBER 2021.
ANNEX WW - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549,
SUPPLEMENT 3, VACCINE INFORMATION FACT SHEET FOR RECIPIENTS AND
CAREGIVERS ABOUT COMIRNATY (COVID-19 VACCINE, MRNA) AND PFIZER-
BIONTECH COVID-19 VACCINE TO PREVENT CORONAVIRUS DISEASE 2019 (COVID-
19), 27 SEPTEMBER 2021.
ANNEX XX - REFUSALS AND MEDICAL/RELIGIOUS EXEMPTIONS PROCESS.
ANNEX YY - COVID-19 VACCINATION PERMANENT MEDICAL EXEMPTION REQUEST
STANDARD OPERATION PROCEDURE.
ANNEX ZZ - PERMANENT MEDICAL EXEMPTION REQUEST PROCESS ASSIGNMENTS.
ANNEX AAA - REQUEST FOR PERMANENT MEDICAL EXEMPTION TO COVID-19
VACCINATION TEMPLATE MEMORANDUM.
ANNEX BBB - ARMY DIRECTIVE 2021-33 (APPROVAL AND APPEAL AUTHORITIES
FOR MILITARY AND MEDICAL ADMINISTRATIVE IMMUNIZATION EXEMPTIONS), 24
SEPTEMBER 2021.
ANNEX CCC - SAFER FEDERAL WORKFORCE TASK FORCE, COVID-19 WORKPLACE
SAFETY: AGENCY MODEL SAFETY PRINCIPLES, LAST UPDATED 13 SEPTEMBER
2021.
ANNEX DDD - SAFER FEDERAL WORKFORCE TASK FORCE, COVID-19 WORKPLACE
SAFETY: GUIDANCE FOR FEDERAL CONTRACTORS AND SUBCONTRACTORS, ISSUED
24
SEPTEMBER 2021.
ANNEX EEE - MANDATORY CORONAVIRUS DISEASE 2019 VACCINATION OF DOD
CIVILIAN EMPLOYEES, ISSUED 1 OCTOBER 2021.
ANNEX FFF - OFFICE OF PERSONNEL MANAGMENT (OPM) AND SAFER FEDERAL
WORKFORCE TASK FORCE GUIDANCE ON VACCINATION REQUIREMENTS, 5 OCTOBER
2021.

BT
#1516




NNNN
Received from AUTODIN 202144Z Oct 21

# UNCLAS CUI

# UNCLAS CUI

# FRAGO 8 TO HQDA EXORD 225-21 COVID-19 STEADY STATE OPERATIONS

| | |
|---|---|
| **Originator:** | DA WASHINGTON DC |
| **TOR:** | 11/02/2021 00:02:25 |
| **DTG:** | 012359Z Nov 21 |
| **Prec:** | Priority |
| **DAC:** | General |
| **To:** | ARLINGTON NATIONAL CEMETERY ARLINGTON VA, ARNG NGB COMOPS ARLINGTON VA, ARNG NGB J3 JOC WASHINGTON DC, ARNGRC ARLINGTON VA, ARNGRC WATCH ARLINGTON VA, CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX, CDR ARMY FUTURES COMMAND AUSTIN TX, CDR ATEC ABERDEEN PROVING GROUND MD, CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC, CDR MDW J3 FT MCNAIR DC, CDR MDW JFHQ-NCR FT MCNAIR DC, CDR NETCOM 9THSC FT HUACHUCA AZ, CDR TRADOC CG FT EUSTIS VA, CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA, CDR USAR NORTH FT SAM HOUSTON TX, CDR USARCENT SHAW AFB SC, CDR USASOC COMMAND CENTER FT BRAGG NC, CDR USASOC FT BRAGG NC, CDR USASOC MESSAGE CENTER FT BRAGG NC, CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC, CDRAMC REDSTONE ARSENAL AL, CDRFORSCOM FT BRAGG NC, CDRHRC G3 DCSOPS FT KNOX KY, CDRINSCOM FT BELVOIR VA, CDRINSCOMIOC FT BELVOIR VA, CDRMDW WASHINGTON DC, CDRUSACE WASHINGTON DC, CDRUSACIDC FT BELVOIR VA, CDRUSACYBER FT BELVOIR VA, CDRUSACYBER G3 FT BELVOIR VA, CDRUSACYBER G33 FT BELVOIR VA, CDRUSAEIGHT G3 CUROPS SEOUL KOR, CDRUSAEIGHT SEOUL KOR, CDRUSAMEDCOM FT SAM HOUSTON TX, CDRUSARC G33 READ FT BRAGG NC, CDRUSARCYBER WATCH OFFICER FT BELVOIR VA, CDRUSARPAC CG FT SHAFTER HI, CDRUSARPAC FT SHAFTER HI, COMDT USAWC CARLISLE BARRACKS PA, HQ IMCOM FT SAM HOUSTON TX, HQ INSCOM IOC FT BELVOIR VA, HQ SDDC CMD GROUP SCOTT AFB IL, HQ SDDC OPS MSG CNTR SCOTT AFB IL, HQ USARSO FT SAM HOUSTON TX, HQ USARSO G3 FT SAM HOUSTON TX, HQDA ARMY STAFF WASHINGTON DC, HQDA CSA WASHINGTON DC, HQDA EXEC OFFICE WASHINGTON DC, HQDA IMCOM OPS DIV WASHINGTON DC, HQDA SEC ARMY WASHINGTON DC, HQDA SECRETARIAT WASHINGTON DC, HQDA SURG GEN WASHINGTON DC, MEDCOM HQ EOC FT SAM HOUSTON TX, NETCOM G3 CURRENT OPS FT HUACHUCA AZ, NGB WASHINGTON DC, SMDC ARSTRAT CG ARLINGTON VA, SMDC ARSTRAT G3 ARLINGTON VA, SUPERINTENDENT USMA WEST POINT NY, SURGEON GEN FALLS CHURCH VA, USAR AROC FT BRAGG NC, USAR CMD GRP FT BRAGG NC, USAR DCS G33 OPERATIONS FT BRAGG NC, USARCENT G3 FWD, USARPAC COMMAND CENTER FT SHAFTER HI, CDR USAREUR-AF WIESBADEN GE, CDR SETAF-AF VICENZA IT |
| **CC:** | HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC, HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC, HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC |
| **Attachments:** | (U) ANNEX GGG OUSD(PR) FHP 23 REV 2 VACCINATION ATTESTATION VERIFICATION 29 OCTOBER 2021.pdf, (U) ANNEX HHH DD FORM 3175 DOD CIVILIAN EMPLOYEE CERTIFICATION OF VACCINATION OCTOBER 2021.pdf, (U) ANNEX KK DD FORM 3150 CONTRACTOR PERSONNEL AND VISITOR CERTIFICATION OF VACCINATION OCTOBER 2021.pdf |

```
PAAUZATZ RUEADWD2908 3060002-UUUU--RUIAAAA RUEADWD.
ZNR UUUUU
P 012359Z NOV 21
FM DA WASHINGTON DC
TO RUIAAAA/ARLINGTON NATIONAL CEMETERY ARLINGTON VA
RUIAAAA/ARNG NGB COMOPS ARLINGTON VA
RUIAAAA/ARNG NGB J3 JOC WASHINGTON DC
RUIAAAA/ARNGRC ARLINGTON VA
RUIAAAA/ARNGRC WATCH ARLINGTON VA
RUIAAAA/CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX
RUIAAAA/CDR ARMY FUTURES COMMAND AUSTIN TX
RUIAAAA/CDR ATEC ABERDEEN PROVING GROUND MD
RUJAAAA/CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC
RUJAAAA/CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC
RUIAAAA/CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC
RUJAAAA/CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC
RUIAAAA/CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC
RUIAAAA/CDR MDW J3 FT MCNAIR DC
RUIAAAA/CDR MDW JFHQ-NCR FT MCNAIR DC
RUIAAAA/CDR NETCOM 9THSC FT HUACHUCA AZ
RUIAAAA/CDR TRADOC CG FT EUSTIS VA
```

# UNCLAS CUI

# UNCLAS CUI

```
RUIAAAA/CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA
RUIAAAA/CDR USAR NORTH FT SAM HOUSTON TX
RUIAAAA/CDR USARCENT SHAW AFB SC
RUIAAAA/CDR USASOC COMMAND CENTER FT BRAGG NC
RUIAAAA/CDR USASOC FT BRAGG NC
RUIAAAA/CDR USASOC MESSAGE CENTER FT BRAGG NC
RUIAAAA/CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC
RUIAAAA/CDRAMC REDSTONE ARSENAL AL
RUIAAAA/CDRFORSCOM FT BRAGG NC
RUIAAAA/CDRHRC G3 DCSOPS FT KNOX KY
RUIAAAA/CDRINSCOM FT BELVOIR VA
RUIAAAA/CDRINSCOMIOC FT BELVOIR VA
RUIAAAA/CDRMDW WASHINGTON DC
RUIAAAA/CDRUSACE WASHINGTON DC
RUIAAAA/CDRUSACIDC FT BELVOIR VA
RUIAAAA/CDRUSACYBER FT BELVOIR VA
RUIAAAA/CDRUSACYBER G3 FT BELVOIR VA
RUIAAAA/CDRUSACYBER G33 FT BELVOIR VA
RUIAAAA/CDRUSAEIGHT G3 CUROPS SEOUL KOR
RUIAAAA/CDRUSAEIGHT SEOUL KOR
RUIAAAA/CDRUSAMEDCOM FT SAM HOUSTON TX
RUIAAAA/CDRUSARC G33 READ FT BRAGG NC
RUIAAAA/CDRUSARCYBER WATCH OFFICER FT BELVOIR VA
RUIAAAA/CDRUSARPAC CG FT SHAFTER HI
RUIAAAA/CDRUSARPAC FT SHAFTER HI
RUIAAAA/COMDT USAWC CARLISLE BARRACKS PA
RUIAAAA/HQ IMCOM FT SAM HOUSTON TX
RUIAAAA/HQ INSCOM IOC FT BELVOIR VA
RUIAAAA/HQ SDDC CMD GROUP SCOTT AFB IL
RUIAAAA/HQ SDDC OPS MSG CNTR SCOTT AFB IL
RUIAAAA/HQ USARSO FT SAM HOUSTON TX
RUIAAAA/HQ USARSO G3 FT SAM HOUSTON TX
RUEADWD/HQDA ARMY STAFF WASHINGTON DC
RUEADWD/HQDA CSA WASHINGTON DC
RUEADWD/HQDA EXEC OFFICE WASHINGTON DC
RUEADWD/HQDA IMCOM OPS DIV WASHINGTON DC
RUEADWD/HQDA SEC ARMY WASHINGTON DC
RUEADWD/HQDA SECRETARIAT WASHINGTON DC
RUEADWD/HQDA SURG GEN WASHINGTON DC
RUIAAAA/MEDCOM HQ EOC FT SAM HOUSTON TX
RUIAAAA/NETCOM G3 CURRENT OPS FT HUACHUCA AZ
RUIAAAA/NGB WASHINGTON DC
RUIAAAA/SMDC ARSTRAT CG ARLINGTON VA
RUIAAAA/SMDC ARSTRAT G3 ARLINGTON VA
RUIAAAA/SUPERINTENDENT USMA WEST POINT NY
RUIAAAA/SURGEON GEN FALLS CHURCH VA
RUIAAAA/USAR AROC FT BRAGG NC
RUIAAAA/USAR CMD GRP FT BRAGG NC
RUIAAAA/USAR DCS G33 OPERATIONS FT BRAGG NC
RUIAAAA/USARCENT G3 FWD
RUIAAAA/USARPAC COMMAND CENTER FT SHAFTER HI
RUIAAAA/CDR USAREUR-AF WIESBADEN GE
RUIPAAA/CDR SETAF-AF VICENZA IT
INFO RUIAAAA/HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC
BT
UNCLAS CUI
SUBJ/ FRAGO 8 TO HQDA EXORD 225-21 COVID-19 STEADY STATE OPERATIONS
CONTROLLED BY: HQDA DCS, G-3/5/7
CONTROLLED BY: DAMO-OD
CUI CATEGORY: OPSEC
```

# UNCLAS CUI

**UNCLAS CUI**

LIMITED DISSEMINATION CONTROL: FEDCON
POC: LTC NYKEBA L. ANTHONY 703-692-2804

SUBJECT: (U) FRAGO 8 TO HQDA EXORD 225-21 COVID-19 STEADY STATE
OPERATIONS//

(U) REFERENCES.
REF//A/ THROUGH REF//II/ NO CHANGE.
REF//JJ/ [RESCIND] (U) FORCE HEALTH PROTECTION SUPPLEMENT 23,
DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE 2019
VACCINATION ATTESTATION AND SCREENING TESTING FOR UNVACCINATED
PERSONNEL, 7 SEPTEMBER 2021 //
REF//KK/ NO CHANGE.
REF//LL/ [ADD] FRAGO 7 TO HQDA EXORD 225-21 COVID-19 STEADY STATE
OPERATIONS, DTG 202142Z OCT 21 //

1. (U) SITUATION.

1.A. NO CHANGE.

1.B. THROUGH 1.F. NO CHANGE.

1.G. (U) [CHANGE TO READ] THIS ORDER ADDRESSES SECRETARY OF THE ARMY
IMPLEMENTATION OF ANNEX FF, MANDATORY CORONAVIRUS DISEASE 2019
VACCINATION OF DEPARTMENT OF DEFENSE SERVICE MEMBERS, 24 AUGUST 2021.

1.H. THROUGH 1.I. NO CHANGE.

1.J. (U) [ADD] THIS FRAGO IMPLEMENTS ANNEX GGG, THE UNDER SECRETARY
OF DEFENSE FOR PERSONNEL AND READINESS PUBLISHED FORCE HEALTH
PROTECTION GUIDANCE SUPPLEMENT 23, REVISION 2 (FHP 23.2), DEPARTMENT
OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE 2019 VACCINATION
ATTESTATION, SCREENING TESTING AND VACCINATION VERIFICATION AND
INFORMS COMMANDERS AND SUPERVISORS OF THE SPECIFIC DOD DATES FOR
MEETING CIVILIAN VACCINATION REQUIREMENTS. DETAILED ARMY-SPECIFIC
IMPLEMENTING GUIDANCE AND DIRECTION FROM THE ASSISTANT SECRETARY OF
THE ARMY FOR MANPOWER AND RESERVE AFFAIRS (ASA(M&RA)) WILL BE
FORTHCOMING.

2. (U) MISSION. NO CHANGE.

3. (U) EXECUTION.

3.A. (U) NO CHANGE.

3.B. (U) CONCEPT OF THE OPERATION.

3.B.1. THROUGH 3.B.3. NO CHANGE.

3.B.4. (U) [CHANGE TO READ] THIS FRAGO IMPLEMENTS ANNEX GGG, FHP
23.2, AND INFORMS COMMANDERS AND SUPERVISORS OF THE SPECIFIC DOD
DATES FOR MEETING CIVILIAN VACCINATION REQUIREMENTS. DETAILED
ARMY-SPECIFIC IMPLEMENTING GUIDANCE AND DIRECTION FROM ASA(M&RA) WILL
BE FORTHCOMING.

3.B.4.A. THROUGH 3.B.4.C. NO CHANGE.

3.B.5. NO CHANGE.

3.B.6. (U) [RESTATED] THE ASSISTANT SECRETARY OF THE ARMY FOR
MANPOWER AND RESERVE AFFAIRS (ASA(M&RA)) WILL SERVE AS THE PROPONENT
FOR ARMY POLICY FOR DEPARTMENT OF THE ARMY CIVILIAN PERSONNEL. THIS

UNCLAS CUI

WILL INCLUDE GUIDANCE AND ACCOUNTABILITY FOR COVID-19 VACCINATION, COVID-19 VACCINATION EXEMPTIONS, AND TESTING ONCE APPROVED BY THE SECRETARY OF THE ARMY (SECARMY).

3.C. (U) TASKS TO ARMY STAFF AND SUBORDINATE COMMANDS. NO CHANGE.

3.D. (U) COORDINATING INSTRUCTIONS.

3.D.1. THROUGH 3.D.4. NO CHANGE.

3.D.5. (U) [CHANGE TO READ] READ AND COMPLY WITH DEPUTY SECRETARY OF DEFENSE MEMORANDUM UPDATED MASK GUIDANCE FOR ALL DOD INSTALLATIONS AND OTHER FACILITIES, 28 JULY 2021, ANNEX BB. IN AREAS OF SUBSTANTIAL OR HIGH COMMUNITY TRANSMISSION, DOD REQUIRES ALL SERVICE MEMBERS, FEDERAL EMPLOYEES, ON-SITE CONTRACTOR EMPLOYEES, AND VISITORS, REGARDLESS OF COVID-19 VACCINATION STATUS, TO WEAR MASKS INDOORS ON DOD INSTALLATIONS/FACILITIES. DATA ON LOW, MODERATE, SUBSTANTIAL AND HIGH COMMUNITY TRANSMISSION PER LOCATION CAN BE FOUND AT THE CDC COVID DATA TRACKER WEBSITES, HTTPS://COVID.CDC.GOV/COVID-DATA-TRACKER/ AND HTTPS://COVID.CDC.GOV/COVID-DATA-TRACKER/#GLOBAL-COUNTS-RATES. REFERENCE ANNEX CC, CDC GUIDANCE FOR IMPLEMENTING COVID-19 PREVENTION STRATEGIES, 27 JULY 2021, FOR FURTHER GUIDANCE ON COMMUNITY TRANSMISSION. SENIOR COMMANDERS AND MANAGERS OF INSTALLATIONS/FACILITIES IN AREAS WHERE COMMUNITY TRANSMISSION IS LOW OR MODERATE WILL DETERMINE IF MASKS ARE NECESSARY FOR FULLY VACCINATED PERSONNEL. WHEN DETERMINING LEVEL OF TRANSMISSION, COMMANDERS ARE REQUIRED TO USE THE CDC COVID-19 DATA TRACKER, WHICH WILL ENSURE CONSISTENCY ACROSS THE ARMY WHEN COMMANDERS ARE CONSIDERING LOWERING A MASK REQUIREMENT.

3.D.5.A. (U) [CHANGE TO READ] READ AND COMPLY WITH FHP SUPPLEMENT 17, REVISION 1, FOR THE USE OF MASKS, PERSONAL PROTECTIVE EQUIPMENT, AND NON-PHARMACEUTICAL INTERVENTIONS, 22 JUNE 2021 (ANNEX T). SERVICE MEMBERS SHOULD BE PREPARED TO SHOW PROOF OF VACCINATION (CDC VACCINATION CARD OR OTHER MEDICAL DOCUMENTATION) IF UNMASKED ON DOD INSTALLATIONS.

3.D.6. THROUGH 3.D.15. NO CHANGE.

3.D.16. (U) [ADD] THIS FRAGO IMPLEMENTS ANNEX GGG, FHP 23.2, AND INFORMS COMMANDERS AND SUPERVISORS OF THE SPECIFIC DOD DATES FOR MEETING CIVILIAN VACCINATION REQUIREMENTS. DETAILED ARMY-SPECIFIC IMPLEMENTING GUIDANCE AND DIRECTION FROM ASA(M&RA) WILL BE FORTHCOMING.

4. (U) SUSTAINMENT. NOT USED

5. (U) COMMAND AND SIGNAL.

5.A. (U) COMMAND. NOT USED.

5.B. (U) SIGNAL.

5.B.1. (U) HEADQUARTERS DEPARTMENT OF THE ARMY COVID-19 POINTS OF CONTACT (POC). HQDA COVID-19 OPT AT USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.COVID-OPT@ARMY.MIL;

5.B.1.A. (U) G-1 POC IS COL MICHAEL A. ZWEIFEL, MICHAEL.A.ZWEIFEL.MIL@ARMY.MIL, (703) 697-8469.

5.B.1.B. (U) G-2 POC IS LTC LEON SATCHELL,

UNCLAS CUI

## UNCLAS CUI

LEON.R.SATCHELL.MIL@ARMY.MIL, (703)697-5484.

5.B.1.C. (U) G-4 POC IS G4 ALOC
USARMY.PENTAGON.HQDA.MBX.AALOCATC@ARMY.MIL, (703) 614-2149.

5.B.1.D. (U) LABORATORY RESPONSE NETWORK POC IS DR. WILLIAM
NAUSCHUETZ, LABORATORY BIOPREPAREDNESS COORDINATOR,
WILLIAM.F.NAUSCHUETZ.CIV@MAIL.MIL, (210) 295-7269 OR (210) 386-1480.

5.B.1.E. (U) USAMEDCOM PUBLIC HEALTH POC IS COL RICK CHAVEZ,
RODRIGO.CHAVEZ5.MIL@MAIL.MIL, (703) 681-9510 OR COL MICHELE A.
SOLTIS, MICHELE.A.SOLTIS.MIL@MAIL.MIL, (703) 681- 6043.

5.B.1.F. (U) ARMY PUBLIC HEALTH CENTER POC IS DR. STEVEN CERSOVSKY,
STEVEN.B.CERSOVSKY.CIV@MAIL.MIL, (410) 436-4311.

5.B.1.G. (U) ARMY PUBLIC AFFAIRS POC IS LTC TERENCE KELLEY,
TERENCE.M.KELLEY.MIL@ARMY.MIL.

5.B.1.H. (U) OFFICE OF THE JUDGE ADVOCATE GENERAL POC LTC JAMES
MCINERNEY, JAMES.A.MCINERNEY.MIL@ARMY.MIL, (703) 614-4630,

5.B.1.I. (U) ARMY NATIONAL GUARD POC IS MAJ TIMOTHY MCCORMIC,
TIMOTHY.A.MCCORMIC.MIL@MAIL.MIL, (703) 601-7620.

5.B.1.J. (U) UNITED STATES ARMY RESERVES POC IS LTC RAYMOND D.
HARPER, RAYMOND.D.HARPER4.MIL@MAIL.MIL, 703.614.5271.

5.B.1.K. (U) OFFICE OF THE SURGEON GENERAL POC IS COL DUBRAY KINNEY,
DUBRAY.KINNEY2.MIL@MAIL.MIL, (703) 681-9672.

5.B.1.L. (U) [CHANGE TO READ] ASSISTANT SECRETARY OF THE ARMY
(FINANCIAL MANAGEMENT AND COMPTROLLER) POC IS MAJ MICHAEL WALLET,
MICHAEL.C.WALLET.MIL@ARMY.MIL, (703) 692-5893.

5.B.1.M. (U) [CHANGE TO READ] ASSISTANT SECRETARY OF THE ARMY
(MANPOWER AND RESERVE AFFAIRS) POC IS MS. CONSTANCE B. RAY,
CONSTANCE.B.RAY2.CIV@ARMY.MIL, (703) 344-8047.

5.B.1.N. (U) [CHANGE TO READ] HEADQUARTERS DEPARTMENT OF THE ARMY
WATCH: NIPR EMAIL USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@ARMY.MIL, SIPR
EMAIL USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@MAIL.SMIL.MIL.

5.B.1.O. (U) [ADD] HEADQUARTERS DEPARTMENT OF THE ARMY COVID-19
CRISIS ACTION TEAM INFO:

NIPR PORTAL:

HTTPS://G357.ARMY.PENTAGON.MIL/OD/ODO/ARMYOPCENTER/CAWG/CAT/SITEPAGES
CORONAVIRUS%20(COVID-19).ASPX

SIPR PORTAL:

HTTPS://G357.ARMY.PENTAGON.SMIL.MIL/OD/ODO/ARMYOPCENTER/CRISISACTIONP
AGE/SITEPAGES/HOME.ASPX

DOMS NIPR OMB:
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.DOMS-OPERATIONS@ARMY.MIL

DOMS SIPR OMB:

## UNCLAS CUI

USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.AOC-DOMS-TEAM@MAIL.SMIL.MIL

6. (U) THE EXPIRATION DATE OF THIS MESSAGE IS 31 DECEMBER 2026, UNLESS FORMALLY RESCINDED OR SUPERSEDED.


ATTACHMENT:
ANNEX A - ARMY INSTALLATION GATING CRITERIA REPORT.
ANNEX B - SECRETARY OF DEFENSE MEMORANDUM, "UPDATE TO CONDITIONS-BASED APPROACH TO CORONAVIRUS DISEASE 2019 PERSONNEL MOVEMENT AND TRAVEL RESTRICTIONS," 15 MARCH 2021.
ANNEX C - COVID-19 PERSONAL PROTECTIVE EQUIPMENT, LOGSTAT REPORT.
ANNEX D - HQDA COVID-19 POSITIVE CASE AND ROM TRACKER.
ANNEX E - SECRETARY OF THE ARMY MEMORANDUM, "DELEGATION OF AUTHORITY TO APPROVE TRAVEL OF ARMY PERSONNEL-TRANSITION FRAMEWORK," 20 APRIL 2021.
ANNEX F - SECRETARY OF DEFENSE MEMORANDUM, "GUIDANCE FOR COMMANDERS' RISK-BASED RESPONSES AND IMPLEMENTATION OF THE HEALTH PROTECTION CONDITION (HPCON) FRAMEWORK DURING THE CORONAVIRUS DISEASE 2019 PANDEMIC," 29 APRIL 2021.
ANNEX G - FORCE HEALTH PROTECTION SUPPLEMENT 20, DEPARTMENT OF DEFENSE GUIDANCE FOR PERSONNEL TRAVELING DURING THE CORONAVIRUS DISEASE 2019 PANDEMIC, 12 APRIL 2021.
ANNEX H - FORCE HEALTH PROTECTION SUPPLEMENT 16.1, DEPARTMENT OF DEFENSE GUIDANCE DEPLOYMENT AND REDEPLOYMENT OF INDIVIDUALS AND UNITS, 04 MAY 2021.
ANNEX I - FORCE HEALTH PROTECTION SUPPLEMENT 15.2, DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE 2019 LABORATORY TESTING SERVICES, 02 JULY 2021.
ANNEX J - PUBLIC AFFAIRS GUIDANCE TO BE PUBLISHED.
ANNEX K - TIER 4 TESTING CONCEPT AND APPROVAL AUTHORITY.
ANNEX L - DOD COVID TASK FORCE, COVID-19 TESTING PROTOCOLS, 08 MARCH 2021.
ANNEX M - CLMS FORM 1D, CLINICAL LABORATORY IMPROVEMENT PROGRAM WAIVED COMPLEXITY REGISTRATION/RENEWAL FORM.
ANNEX N - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "METHODS TO ENABLE AND ENCOURAGE VACCINATION AGAINST CORONAVIRUS DISEASE 2019," 20 MAY 2021.
ANNEX O - SECRETARY OF DEFENSE MEMORANDUM, "CO-ADMINISTRATION OF CORONAVIRUS DISEASE 2019 VACCINES WITH OTHER VACCINES," 03 JUNE 2021.

ANNEX P - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "CORONAVIRUS DISEASE 19 VACCINE GUIDANCE," 07 DECEMBER 2021.
ANNEX Q - UNDER SECRETARY OF DEFENSE MEMORANDUM SUPPLEMENTAL GUIDANCE FOR PROVIDING DOD CORONAVIRUS DISEASE 2019 VACCINE TO DOD CONTRACTOR EMPLOYEES AND SELECT FOREIGN NATIONALS, 31 DECEMBER 2020.
ANNEX R - SECRETARY OF DEFENSE MEMORANDUM, SECRETARIAL DESIGNEE STATUS FOR SELECT DEPARTMENT OF DEFENSE CIVILIAN EMPLOYEE AND CONTRACTOR EMPLOYEE DEPENDENTS OUTSIDE THE UNITED STATES FOR THE LIMITED PURPOSE OF RECEIVING CORONAVIRUS DISEASE 2019 VACCINATIONS, 03 JUNE 2021.
ANNEX S - SECRETARY OF DEFENSE MEMORANDUM, USE OF MASKS AND OTHER PUBLIC HEALTH MEASURES, 04 FEBRUARY 2021.
ANNEX T - FORCE HEALTH PROTECTION SUPPLEMENT 17.1, DEPARTMENT OF DEFENSE GUIDANCE FOR THE USE OF MASKS, PPE, AND NPI, 22 JUNE 2021.
ANNEX U - SECRETARY OF ARMY MEMORANDUM, USE OF MASKS AND DELEGATION OF AUTHORITY TO GRANT EXCEPTIONS, 24 FEBRUARY 2021.
ANNEX V - [RESCINDED]
ANNEX W - POOLED TESTING GUIDANCE AND STRATEGY, 02 JUNE 2021.
ANNEX X - UNDER SECRETARY OF DEFENSE MEMORANDUM GUIDANCE FOR PARTICIPATION OF INTERNATIONAL MILITARY STUDENTS AND TRAINEES, 07 MAY 2021.

## UNCLAS CUI

## UNCLAS CUI

ANNEX Y - UNDER SECRETARY OF DEFENSE MEMORANDUM SUPPLEMENTAL GUIDANCE ON ETP PROCESS, 08 JUNE 2021.

ANNEX Z - SECRETARY OF THE ARMY MEMORANDUM, DELEGATION OF AUTHORITY FOR HEALTH PROTECTION CONDITION (HPCON) IMPLEMENTATION AND OCCUPANCY REQUIREMENTS, 09 JUNE 2021.

ANNEX AA - FORCE HEALTH PROTECTION SUPPLEMENT 22, DOD GUIDANCE FOR CORONAVIRUS DISEASE 2019 SURVEILLANCE AND SCREENING TESTING, 21 JULY 2021.

ANNEX BB - UPDATED MASK GUIDANCE FOR ALL DOD INSTALLATIONS AND OTHER FACILITIES, 28 JULY 2021.

ANNEX CC - CDC GUIDANCE FOR IMPLEMENTING COVID-19 PREVENTION STRATEGIES, 27 JULY 2021.

ANNEX DD - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1419, (J&J) JANSSEN COVID-19 VACCINE SHELF-LIFE EXTENSION, 28 JULY 2021.

ANNEX EE - COVID-19 VACCINATION REQUIREMENT REPORT.

ANNEX FF - MANDATORY CORONAVIRUS DISEASE 2019 VACCINATION OF DEPARTMENT OF DEFENSE SERVICE MEMBERS, 24 AUGUST 2021.

ANNEX GG - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1463, PFIZER LICENSE AND SHELF LIFE EXTENSION, 24 AUGUST 2021.

ANNEX HH - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21- 1425, UPDATED COVID-19 VACCINE ORDERING GUIDELINES, 09 AUGUST 2021.

ANNEX II - MMQC 21 1454 ADDITIONAL DOSE OF COVID 19 VACCINE FOR IMMUNOCOMPROMISED PERSONS,13 AUGUST 2021.

ANNEX JJ - MANDATORY VACCINATION OF SERVICE MEMBERS USING THE PFIZER-BIONTECH COVID-19 AND COMIRNATY COVID-19 VACCINES, 14 SEPTEMBER 2021.

[CHANGE TO READ] ANNEX KK - DD FROM 3150, CONTRACTOR PERSONNEL AND VISITOR CERTIFICATION OF VACCINATION, OCTOBER 2021.

ANNEX LL - VACCINE INFORMATION FACT SHEET

ANNEX MM - UPDATED CORONAVIRUS DISEASE 2019 GUIDANCE RELATED TO TRAVEL AND MEETINGS, 24 SEPTEMBER 2021.

ANNEX NN - SAMPLE DA FORM 4856 FOR ENLISTED VACCINE REFUSALS.

ANNEX OO - SAMPLE DA FORM 4856 FOR OFFICER VACCINE REFUSALS.

ANNEX PP - EXECUTIVE ORDER 14043 OF SEPTEMBER 9, 2021, REQUIRING VACCINATION FOR FEDERAL EMPLOYEES.

ANNEX QQ - EXECUTIVE ORDER 14042 OF SEPTEMBER 9, 2021, ENSURING ADEQUATE COVID SAFETY PROTOCOLS FOR FEDERAL CONTRACTORS.

ANNEX RR - ABBOTT BINAXNOW COVID-19 AG CARD PRODUCT EXPIRY UPDATE, MAY 2021.

ANNEX SS - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1538, DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE, 23 SEPTEMBER 2021.

ANNEX TT - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549, PFIZER-BIONTECH/COMIRNATY COVID-19 VACCINE BOOSTER DOSE RECOMMENDATIONS, 27 SEPTEMBER 2021.

ANNEX UU - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549, SUPPLEMENT 1, KEY MESSAGES AND TALKING POINTS, 27 SEPTEMBER 2021.

ANNEX VV - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549, SUPPLEMENT 2, FACT SHEET FOR HEALTHCARE PROVIDERS ADMINISTERING VACCINE (VACCINATION PROVIDERS), 27 SEPTEMBER 2021.

ANNEX WW - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549, SUPPLEMENT 3, VACCINE INFORMATION FACT SHEET FOR RECIPIENTS AND CAREGIVERS ABOUT COMIRNATY (COVID-19 VACCINE, MRNA) AND PFIZER-BIONTECH COVID-19 VACCINE TO PREVENT CORONAVIRUS DISEASE 2019 (COVID-19), 27 SEPTEMBER 2021.

ANNEX XX - REFUSALS AND MEDICAL/RELIGIOUS EXEMPTIONS PROCESS.

ANNEX YY - COVID-19 VACCINATION PERMANENT MEDICAL EXEMPTION REQUEST STANDARD OPERATION PROCEDURE.

ANNEX ZZ - PERMANENT MEDICAL EXEMPTION REQUEST PROCESS ASSIGNMENTS.

ANNEX AAA - REQUEST FOR PERMANENT MEDICAL EXEMPTION TO COVID-19 VACCINATION TEMPLATE MEMORANDUM.

ANNEX BBB - ARMY DIRECTIVE 2021-33 (APPROVAL AND APPEAL AUTHORITIES FOR MILITARY AND MEDICAL ADMINISTRATIVE IMMUNIZATION EXEMPTIONS), 24

## UNCLAS CUI

## UNCLAS CUI

SEPTEMBER 2021.
ANNEX CCC - SAFER FEDERAL WORKFORCE TASK FORCE, COVID-19 WORKPLACE
SAFETY: AGENCY MODEL SAFETY PRINCIPLES, LAST UPDATED 13 SEPTEMBER
2021.
ANNEX DDD - SAFER FEDERAL WORKFORCE TASK FORCE, COVID-19 WORKPLACE
SAFETY: GUIDANCE FOR FEDERAL CONTRACTORS AND SUBCONTRACTORS, ISSUED
24 SEPTEMBER 2021.
ANNEX EEE - MANDATORY CORONAVIRUS DISEASE 2019 VACCINATION OF DOD
CIVILIAN EMPLOYEES, ISSUED 1 OCTOBER 2021.
ANNEX FFF - OFFICE OF PERSONNEL MANAGEMENT (OPM) AND SAFER FEDERAL
WORKFORCE TASK FORCE GUIDANCE ON VACCINATION REQUIREMENTS, 5 OCTOBER
2021.
[ADD] ANNEX GGG - UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND
READINESS MEMORANDUM, "FORCE HEALTH PROTECTION GUIDANCE (SUPPLEMENT
23) REVISION 2 - DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS
DISEASE 2019 VACCINATION ATTESTATION, SCREENING TESTING, AND
VACCINATION VERIFICATION," 29 OCTOBER 2021.
[ADD] ANNEX HHH - DD FORM 3175, CIVILIAN EMPLOYEE CERTIFICATION OF
VACCINATION, OCTOBER 2021.
BT
#2908

NNNN
Received from AUTODIN 020002Z Nov 21

## UNCLAS CUI

## UNCLAS CUI

# (CUI) FRAGO 9 TO HQDA EXORD 225-21 (PART 1 OF 2) COVID-19 STEADY

**Originator:** DA WASHINGTON DC

**TOR:** 11/11/2021 02:26:22

**DTG:** 110221Z Nov 21

**Prec:** Priority

**DAC:** General

**To:** ARLINGTON NATIONAL CEMETERY ARLINGTON VA, ARNG NGB COMOPS ARLINGTON VA, ARNG NGB J3 JOC WASHINGTON DC, ARNGRC ARLINGTON VA, ARNGRC WATCH ARLINGTON VA, CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX, CDR ARMY FUTURES COMMAND AUSTIN TX, CDR ATEC ABERDEEN PROVING GROUND MD, CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC, CDR MDW J3 FT MCNAIR DC, CDR MDW JFHQ-NCR FT MCNAIR DC, CDR NETCOM 9THSC FT HUACHUCA AZ, CDR TRADOC CG FT EUSTIS VA, CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA, CDR USAR NORTH FT SAM HOUSTON TX, CDR USARCENT SHAW AFB SC, CDR USASOC COMMAND CENTER FT BRAGG NC, CDR USASOC FT BRAGG NC, CDR USASOC MESSAGE CENTER FT BRAGG NC, CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC, CDRAMC REDSTONE ARSENAL AL, CDRFORSCOM FT BRAGG NC, CDRHRC G3 DCSOPS FT KNOX KY, CDRINSCOM FT BELVOIR VA, CDRINSCOMIOC FT BELVOIR VA, CDRMDW WASHINGTON DC, CDRUSACE WASHINGTON DC, CDRUSACIDC FT BELVOIR VA, CDRUSACYBER FT BELVOIR VA, CDRUSACYBER G3 FT BELVOIR VA, CDRUSACYBER G33 FT BELVOIR VA, CDRUSAEIGHT G3 CUROPS SEOUL KOR, CDRUSAEIGHT SEOUL KOR, CDRUSAMEDCOM FT SAM HOUSTON TX, CDRUSARC G33 READ FT BRAGG NC, CDRUSARCYBER WATCH OFFICER FT BELVOIR VA, CDRUSARPAC CG FT SHAFTER HI, CDRUSARPAC FT SHAFTER HI, COMDT USAWC CARLISLE BARRACKS PA, HQ IMCOM FT SAM HOUSTON TX, HQ INSCOM IOC FT BELVOIR VA, HQ SDDC CMD GROUP SCOTT AFB IL, HQ SDDC OPS MSG CNTR SCOTT AFB IL, HQ USARSO FT SAM HOUSTON TX, HQ USARSO G3 FT SAM HOUSTON TX, HQDA ARMY STAFF WASHINGTON DC, HQDA CSA WASHINGTON DC, HQDA EXEC OFFICE WASHINGTON DC, HQDA IMCOM OPS DIV WASHINGTON DC, HQDA SEC ARMY WASHINGTON DC, HQDA SECRETARIAT WASHINGTON DC, HQDA SURG GEN WASHINGTON DC, MEDCOM HQ EOC FT SAM HOUSTON TX, NETCOM G3 CURRENT OPS FT HUACHUCA AZ, NGB WASHINGTON DC, SMDC ARSTRAT CG ARLINGTON VA, SMDC ARSTRAT G3 ARLINGTON VA, SUPERINTENDENT USMA WEST POINT NY, SURGEON GEN FALLS CHURCH VA, USAR AROC FT BRAGG NC, USAR CMD GRP FT BRAGG NC, USAR DCS G33 OPERATIONS FT BRAGG NC, USARCENT G3 FWD, USARPAC COMMAND CENTER FT SHAFTER HI, CDR USAREUR-AF WIESBADEN GE, CDR SETAF-AF VICENZA IT

**CC:** HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC, HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC, HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC

**Attachments:** (U) ANNEX III UPDATED GUIDANCE ON CO ADMINISTRATION OF CORONAVIRUS DISEASE 2019 VACCINE WITH OTHER VACCINES 7 OCTOBER 2021.pdf, (U) ANNEX JJJ CORONAVIRUS DISEASE 2019 VACCINATION FOR PREGNANT AND BREASTFEEDING SERVICE MEMBERS 5 OCTOBER 2021.pdf, (U) ANNEX KKK DELEGATION OF AUTHORITY ADDITIONAL COVID 19 GUIDANCE RELATED TO TRAVEL AND MEETINGS 12 OCTOBER 2021.pdf, (U) ANNEX LLL MMQC 21 1613 MODERNA SHELF LIFE EXTENSION 28 OCTOBER 2021.pdf, (U) ANNEX MMM DCPAS MESSAGE COVERAGE FOR INJURIES FROM COVID 19 VACCINATIONS 14 OCTOBER 2021.pdf, (U) ANNEX NN SAMPLE DA FORM 4856 FOR ENLISTED VACCINE REFUSALS.pdf

```
PAAUZATZ RUEADWD3826 3150225-UUUU--RUIAAAA RUEADWD.
ZNR UUUUU
P 110221Z NOV 21
FM DA WASHINGTON DC
TO RUIAAAA/ARLINGTON NATIONAL CEMETERY ARLINGTON VA
RUIAAAA/ARNG NGB COMOPS ARLINGTON VA
RUIAAAA/ARNG NGB J3 JOC WASHINGTON DC
RUIAAAA/ARNGRC ARLINGTON VA
RUIAAAA/ARNGRC WATCH ARLINGTON VA
RUIAAAA/CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX
RUIAAAA/CDR ARMY FUTURES COMMAND AUSTIN TX
RUIAAAA/CDR ATEC ABERDEEN PROVING GROUND MD
RUJAAAA/CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC
RUJAAAA/CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC
RUJAAAA/CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC
RUJAAAA/CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC
RUJAAAA/CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC
RUIAAAA/CDR MDW J3 FT MCNAIR DC
```

## UNCLAS CUI

# UNCLAS CUI

```
RUIAAAA/CDR MDW JFHQ-NCR FT MCNAIR DC
RUIAAAA/CDR NETCOM 9THSC FT HUACHUCA AZ
RUIAAAA/CDR TRADOC CG FT EUSTIS VA
RUIAAAA/CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA
RUIAAAA/CDR USAR NORTH FT SAM HOUSTON TX
RUIAAAA/CDR USARCENT SHAW AFB SC
RUIAAAA/CDR USASOC COMMAND CENTER FT BRAGG NC
RUIAAAA/CDR USASOC FT BRAGG NC
RUIAAAA/CDR USASOC MESSAGE CENTER FT BRAGG NC
RUIAAAA/CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC
RUIAAAA/CDRAMC REDSTONE ARSENAL AL
RUIAAAA/CDRFORSCOM FT BRAGG NC
RUIAAAA/CDRHRC G3 DCSOPS FT KNOX KY
RUIAAAA/CDRINSCOM FT BELVOIR VA
RUIAAAA/CDRINSCOMIOC FT BELVOIR VA
RUIAAAA/CDRMDW WASHINGTON DC
RUIAAAA/CDRUSACE WASHINGTON DC
RUIAAAA/CDRUSACIDC FT BELVOIR VA
RUIAAAA/CDRUSACYBER FT BELVOIR VA
RUIAAAA/CDRUSACYBER G3 FT BELVOIR VA
RUIAAAA/CDRUSACYBER G33 FT BELVOIR VA
RUIAAAA/CDRUSAEIGHT G3 CUROPS SEOUL KOR
RUIAAAA/CDRUSAEIGHT SEOUL KOR
RUIAAAA/CDRUSAMEDCOM FT SAM HOUSTON TX
RUIAAAA/CDRUSARC G33 READ FT BRAGG NC
RUIAAAA/CDRUSARCYBER WATCH OFFICER FT BELVOIR VA
RUIAAAA/CDRUSARPAC CG FT SHAFTER HI
RUIAAAA/CDRUSARPAC FT SHAFTER HI
RUIAAAA/COMDT USAWC CARLISLE BARRACKS PA
RUIAAAA/HQ IMCOM FT SAM HOUSTON TX
RUIAAAA/HQ INSCOM IOC FT BELVOIR VA
RUIAAAA/HQ SDDC CMD GROUP SCOTT AFB IL
RUIAAAA/HQ SDDC OPS MSG CNTR SCOTT AFB IL
RUIAAAA/HQ USARSO FT SAM HOUSTON TX
RUIAAAA/HQ USARSO G3 FT SAM HOUSTON TX
RUEADWD/HQDA ARMY STAFF WASHINGTON DC
RUEADWD/HQDA CSA WASHINGTON DC
RUEADWD/HQDA EXEC OFFICE WASHINGTON DC
RUEADWD/HQDA IMCOM OPS DIV WASHINGTON DC
RUEADWD/HQDA SEC ARMY WASHINGTON DC
RUEADWD/HQDA SECRETARIAT WASHINGTON DC
RUEADWD/HQDA SURG GEN WASHINGTON DC
RUIAAAA/MEDCOM HQ EOC FT SAM HOUSTON TX
RUIAAAA/NETCOM G3 CURRENT OPS FT HUACHUCA AZ
RUIAAAA/NGB WASHINGTON DC
RUIAAAA/SMDC ARSTRAT CG ARLINGTON VA
RUIAAAA/SMDC ARSTRAT G3 ARLINGTON VA
RUIAAAA/SUPERINTENDENT USMA WEST POINT NY
RUIAAAA/SURGEON GEN FALLS CHURCH VA
RUIAAAA/USAR AROC FT BRAGG NC
RUIAAAA/USAR CMD GRP FT BRAGG NC
RUIAAAA/USAR DCS G33 OPERATIONS FT BRAGG NC
RUIAAAA/USARCENT G3 FWD
RUIAAAA/USARPAC COMMAND CENTER FT SHAFTER HI
RUIAAAA/CDR USAREUR-AF WIESBADEN GE
RUIPAAA/CDR SETAF-AF VICENZA IT
INFO RUIAAAA/HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC
BT
UNCLAS CUI
SUBJ/(CUI) FRAGO 9 TO HQDA EXORD 225-21 (PART 1 OF 2) COVID-19 STEADY
```

# UNCLAS CUI

**UNCLAS CUI**

STATE OPERATIONS
CUI//
CONTROLLED BY: HQDA DCS, G-3/5/7
CONTROLLED BY: DAMO-OD
CUI CATEGORY: OPSEC
LIMITED DISSEMINATION CONTROL: FEDCON
POC: LTC NYKEBA L. ANTHONY 703-692-2804

SUBJECT: (CUI) FRAGO 9 TO HQDA EXORD 225-21 COVID-19 STEADY STATE
OPERATIONS//

(U) REFERENCES.
REF//A/ THROUGH REF/W/ NO CHANGE.
REF//X/ (U) [RESTATED] HQDA EXORD 222-17 HQDA SENIOR LEADER
COMMANDER'S CRITICAL INFORMATION REQUIREMENTS (CCIR) AND ALL FRAGOS
//
REF//Y/ THROUGH REF/LL/ NO CHANGE.
REF//MM/ [ADD] FRAGO 8 TO HQDA EXORD 225-21 COVID-19 STEADY STATE
OPERATIONS, DTG 012359Z NOV 21 //
REF//NN/ [ADD] OFFICE OF THE UNDER SECRETARY OF DEFENSE FOR
ACQUISITION AND SUSTAINMENT MEMORANDUM, "CLASS DEVIATION
2021-O0009-ENSURING ADEQUATE COVID-19 SAFETY PROTOCOLS FOR FEDERAL
CONTRACTORS," 1 OCTOBER 2021 //
REF//OO/ [ADD] OFFICE OF THE UNDER SECRETARY OF DEFENSE FOR
ACQUISITION AND SUSTAINMENT MEMORANDUM, "GUIDANCE FOR REPORTING THE
USE OF CLAUSE 252.223-7999, "ENSURING ADEQUATE COVID-19 SAFETY
PROTOCOLS FOR FEDERAL CONTRACTORS" (CLASS DEVIATION 2021-O0009) AND
OTHER TRANSACTIONS CLAUSE "ENSURING ADEQUATE COVID-19 SAFETY
PROTOCOLS FOR FEDERAL CONTRACTORS" TO FEDERAL PROCUREMENT DATA
SYSTEM," 20 OCTOBER 2021 //
REF//PP/ [ADD] THE PER DIEM, TRAVEL, AND TRANSPORTATION ALLOWANCE
COMMITTEE, "THE JOINT TRAVEL REGULATIONS (JTR)," 1 OCTOBER 2021 //

1. (U) SITUATION.

1.A. NO CHANGE.

1.B. (U) [CHANGE TO READ] COVID-19 VACCINES AUTHORIZED OR APPROVED BY
THE U.S. FOOD AND DRUG ADMINISTRATION (FDA) ARE THE MOST EFFECTIVE
MEDICAL COUNTERMEASURES CURRENTLY AVAILABLE TO COMBAT COVID-19. THE
ARMY CONTINUES TO ENSURE VACCINE AVAILABILITY TO EVERY DOD
BENEFICIARY AND CIVILIAN EMPLOYEE SUPPORTED BY THE ARMY HEALTH
SYSTEM. COMMANDERS AT EVERY ECHELON ARE EXPECTED TO UNDERSTAND THEIR
FORCE HEALTH PROTECTION STATUS, SUPPORT MANDATORY VACCINATION, AND
ENCOURAGE COMMUNITY VACCINATION EFFORTS TO OPTIMIZE UNIT
HEALTH-READINESS.

1.C. THROUGH 1.J. NO CHANGE.

2. (U) MISSION. NO CHANGE.

3. (U) EXECUTION.

3.A. (U) NO CHANGE.

3.B. (U) CONCEPT OF THE OPERATION.

3.B.1. THROUGH 3.B.3. NO CHANGE.

3.B.4. NO CHANGE.

3.B.4.A. THROUGH 3.B.4.B. NO CHANGE.

**UNCLAS CUI**

**UNCLAS CUI**

3.B.4.C. (U) [CHANGE TO READ] SUPERVISORS AND CIVILIAN EMPLOYEES WILL READ AND COMPLY WITH ANNEX NNN, ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE AFFAIRS (ASA(M&RA)) MEMORANDUM IMPLEMENTING FORCE HEALTH PROTECTION GUIDANCE (SUPPLEMENT 23) - REVISION 2 - DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE 2019 VACCINATION ATTESTATION, SCREENING TESTING AND VACCINATION VERIFICATION.

3.B.4.C.1 THROUGH 3.B.4.C.12. [RESCIND]

3.B.5. (U) [CHANGE TO READ] SERVICE MEMBERS WHO ARE NOT ON ACTIVE DUTY AND WHO ARE ALSO DOD CIVILIAN EMPLOYEES OR DOD CONTRACTORS MUST FOLLOW THE APPLICABLE REQUIREMENTS IN ANNEX GGG AND ARE SUBJECT TO DOD CIVILIAN OR DOD CONTRACTOR REQUIREMENTS, RESPECTIVELY.

3.B.5.A. NO CHANGE.

3.B.6. (U) [RESTATED] THE ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE AFFAIRS (ASA(M&RA)) WILL SERVE AS THE PROPONENT FOR ARMY POLICY FOR DEPARTMENT OF THE ARMY CIVILIAN PERSONNEL. THIS WILL INCLUDE GUIDANCE AND ACCOUNTABILITY FOR COVID-19 VACCINATION, COVID-19 VACCINATION EXEMPTIONS, AND TESTING ONCE APPROVED BY THE SECARMY.

3.C. (U) TASKS TO ARMY STAFF AND SUBORDINATE COMMANDS.

3.C.1. NO CHANGE.

3.C.2. (U) THE DIRECTOR OF THE ARMY NATIONAL GUARD (DARNG).

3.C.2.A. THROUGH 3.C.2.E. NO CHANGE.

3.C.2.F. (U) [CHANGE TO READ] ALL ACTIVATED U.S. ARMY NATIONAL GUARD (USARNG) SOLDIERS AFTER 15 DECEMBER 2021 WILL BE FULLY VACCINATED PRIOR TO DEPARTING HOME STATION OR HOME OF RECORD IN ORDER TO ENSURE MISSION READINESS. VACCINATION WILL BE COMPLETE PRIOR TO ARRIVAL AT THE MOBILIZATION-FORCE GENERATION INSTALLATIONS (MFGIS). THESE REQUIREMENTS APPLY TO ALL TITLE 10 ACTIVATION / MOBILIZATION PROCESSES WHETHER OCONUS OR CONUS AND WORLDWIDE INDIVIDUAL AUGMENTATION SYSTEM (WIAS) MOBILIZATIONS.

3.C.2.G. THROUGH 3.C.2.H. NO CHANGE.

3.C.3. (U) THE CHIEF OF ARMY RESERVE (OCAR)/COMMANDING GENERAL UNITED STATES ARMY RESERVE COMMAND (USARC).

3.C.3.A. THROUGH 3.C.3.C NO CHANGE.

3.C.3.D. (U) [CHANGE TO READ] ALL ACTIVATED U.S. ARMY RESERVE (USAR) SOLDIERS AFTER 15 DECEMBER 2021 WILL BE FULLY VACCINATED PRIOR TO DEPARTING HOME STATION OR HOME OF RECORD IN ORDER TO ENSURE MISSION READINESS. VACCINATION WILL BE COMPLETE PRIOR TO ARRIVAL AT THE MFGIS. THESE REQUIREMENTS APPLY TO ALL TITLE 10 ACTIVATION / MOBILIZATION PROCESSES WHETHER OCONUS OR CONUS AND WIAS MOBILIZATIONS.

3.C.3.E. THROUGH 3.C.3.H. NO CHANGE.

3.C.4. THROUGH 3.C.15. NO CHANGE.

3.C.16. (U) COMMANDER, U.S. ARMY MEDICAL COMMAND (MEDCOM).

**UNCLAS CUI**

# UNCLAS CUI

3.C.16.A. THROUGH 3.C.16.O.

3.C.16.P. (U) [RESCIND]

3.C.16.Q. (U) [RESCIND]

3.C.16.R. (U) [ADD] NLT 17 NOVEMBER 2021, SUPPORT ASA(M&RA) TO DEVELOP AN INTEGRATED PLAN THAT ADDRESSES COVID-19 TESTING. THE PLAN SHOULD ADDRESS FUNDING RESPONSIBILITIES, PROCUREMENT MECHANISMS, AND ESSENTIAL PROCESSES/PROCEDURES. COORDINATE WITH OTHER SUPPORTING ENTITIES TO INCLUDE, HQDA, DEPUTY CHIEF OF STAFF G-4 (HQDA DCS G-4), AND ASSISTANT SECRETARY OF THE ARMY FOR FINANCIAL MANAGEMENT AND COMPTROLLER (ASA(FM&C)). DIRLAUTH WITH ASA(M&RA), HQDA DCS G-4, AND ASA(FM&C) IS AUTHORIZED.

3.C.17. THROUGH 3.C.20. NO CHANGE.

3.C.21. (U) COMMANDER, U.S. ARMY HUMAN RESOURCES COMMAND (HRC).

3.C.21.A. (U) [RESCIND]

3.C.22. THROUGH 3.C.29. NO CHANGE.

3.C.30. (U) DEPUTY CHIEFS OF STAFF, HEADQUARTERS DEPARTMENT OF THE ARMY (HQDA DCS).

3.C.30.A. (U) HQDA, DEPUTY CHIEF OF STAFF G-1 (HQDA DCS G-1).

3.C.30.A.1. THROUGH 3.C.30.A.4. NO CHANGE.

3.C.30.A.5. (U) [ADD] NLT 24 NOVEMBER 2021, ESTABLISH THE SUBMISSION PACKET REQUIREMENTS AND THE ROUTING PROCESS FOR UNDER SECRETARY OF THE ARMY APPROVAL FOR INDOOR AND OUTDOOR MEETINGS, EVENTS, AND CONFERENCES SPONSORED BY THE ARMY WITH MORE THAN 50 PARTICIPANTS.

3.C.30.B. (U) HQDA, DEPUTY CHIEF OF STAFF G-4 (HQDA DCS G-4).

3.C.30.B.1. NO CHANGE.

3.C.30.B.2. (U) [ADD] NLT 17 NOVEMBER 2021, SUPPORT ASA(M&RA) TO DEVELOP AN INTEGRATED PLAN THAT ADDRESSES COVID-19 TESTING. THE PLAN SHOULD ADDRESS FUNDING RESPONSIBILITIES, PROCUREMENT MECHANISMS, AND ESSENTIAL PROCESSES/PROCEDURES. COORDINATE WITH OTHER SUPPORTING ENTITIES TO INCLUDE, MEDCOM AND ASA(FM&C). DIRLAUTH WITH ASA(M&RA), MEDCOM, AND ASA(FM&C) IS AUTHORIZED.

3.C.31. (U) DIRECTOR OF THE ARMY STAFF (DAS).

3.C.31.A. NO CHANGE.

3.C.31.B. (U) PROVOST MARSHAL GENERAL (DAPM).

3.C.31.B.1. (U) [RESCIND]

3.C.31.C. (U) THE JUDGE ADVOCATE GENERAL (OTJAG).

3.C.31.C.1. (U) [RESCIND]

3.C.32. (U) ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE AFFAIRS (ASA(M&RA)).

# UNCLAS CUI

# UNCLAS CUI

3.C.32.A.1. THROUGH 3.C.32.A.6. NO CHANGE.

3.C.32.A.7. (U) [ADD] NLT 17 NOVEMBER 2021, LEAD THE DEVELOPMENT OF AN INTEGRATED PLAN IN COORDINATION WITH MEDCOM, HQDA DCS G-4, AND ASA(FM&C) THAT ADDRESSES COVID-19 TESTING. THE PLAN SHOULD ADDRESS FUNDING RESPONSIBILITIES, PROCUREMENT MECHANISMS, AND ESSENTIAL PROCESSES/PROCEDURES. DIRLAUTH WITH MEDCOM, HQDA DCS G-4, AND ASA(FM&C) IS AUTHORIZED.

3.C.32.A.8. (U) [ADD] NLT 17 NOVEMBER 2021, LEAD THE DEVELOPMENT OF DETAILED ARMY-SPECIFIC IMPLEMENTATION GUIDANCE AND DIRECTION IAW ANNEX GGG (FHP 23.2) FOR THE FOLLOWING PROCESSES: 1) CIVILIAN VERIFICATION AND VACCINATION REPORTING, 2) NEW CIVILIAN HIRING, 3) CIVILIAN EXEMPTIONS, 4) CIVILIAN ENFORCEMENT (DISCIPLINARY ACTIONS), AND 5) CONTRACTOR AND OFFICIAL VISITORS ATTESTATION & VERIFICATION.

3.C.33.A. (U) [ADD] ASSISTANT SECRETARY OF THE ARMY FOR FINANCIAL MANAGEMENT AND COMPTROLLER (ASA(FM&C))

3.C.33.A.1. (U) [ADD] NLT 17 NOVEMBER 2021, SUPPORT ASA(M&RA) TO DEVELOP AN INTEGRATED PLAN THAT ADDRESSES COVID-19 TESTING. THE PLAN SHOULD ADDRESS FUNDING RESPONSIBILITIES, PROCUREMENT MECHANISMS, AND ESSENTIAL PROCESSES/PROCEDURES. COORDINATE WITH OTHER SUPPORTING ENTITIES TO INCLUDE, MEDCOM AND HQDA DCS G-4. DIRLAUTH WITH ASA(M&RA), MEDCOM, AND HQDA DCS G-4 IS AUTHORIZED.

3.D. (U) COORDINATING INSTRUCTIONS.

3.D.1. NO CHANGE.

3.D.1.A. NO CHANGE.

3.D.1.B. (U) [CHANGE TO READ] TRAVEL FROM, TO, AND THROUGH LOCATIONS THAT ARE RESTRICTED REQUIRES AN EXEMPTION OR A WAIVER, AS OUTLINED IN ANNEX E. RESTRICTED LOCATIONS ARE TRACKED IAW 3.C.1.A.1.

3.D.1.B.1. (U) [RESTATED] SECRETARY OF THE ARMY (SECARMY) MEMORANDUM, "DELEGATION OF AUTHORITY TO APPROVE TRAVEL OF ARMY PERSONNEL TRANSITION FRAMEWORK," 20 APRIL 2021, ANNEX E, PROVIDES GUIDANCE ON RESTRICTED TRAVEL WAIVER AUTHORITY. ANNEX E ALSO LISTS THE 12 EXEMPTIONS TO TRAVEL RESTRICTIONS INCLUDING AUTHORIZED LEAVE. UNIT-LEVEL COMMANDERS AND OTHER LEAVE APPROVAL AUTHORITIES PURSUANT TO AR 600-8-10, NOT BELOW THE COMPANY, BATTERY, OR DETACHMENT LEVEL, WILL USE THE PROCEDURES IN AR 600-8-10 TO PROCESS LEAVE AND PASS REQUESTS FOR SOLDIERS. THIS AUTHORITY MAY BE FURTHER RESTRICTED BY COMMANDERS AND SUPERVISORS IN THE CHAIN OF COMMAND OR SUPERVISION.

3.D.1.B.1.A. (U) [ADD] FULLY VACCINATED CIVILIAN EMPLOYEES ARE AUTHORIZED FOR OFFICIAL TRAVEL, BOTH DOMESTIC AND INTERNATIONAL, AND MUST COMPLY WITH PERSONNEL MOVEMENT AND TRAVEL RESTRICTIONS IAW ANNEX B AND ANNEX E.

3.D.1.B.1.B. (U) [ADD] ALL OFFICIAL TRAVEL AND GOVERNMENT-FUNDED TRAVEL FOR UNVACCINATED CIVILIAN EMPLOYEES, TO INCLUDE CIVILIAN EMPLOYEES WITH A VACCINATION EXEMPTION, MUST BE DETERMINED AS A MISSION-CRITICAL TRAVEL BY THE UNDER SECRETARY OF ARMY IAW ANNEX KKK.

3.D.2. THROUGH 3.D.7. NO CHANGE.

3.D.8. NO CHANGE.

3.D.8.A. NO CHANGE.

# UNCLAS CUI

## UNCLAS CUI

3.D.8.B. NO CHANGE.

3.D.8.B.1. THROUGH 3.D.8.B.5 NO CHANGE.

3.D.8.B.6. (U) [CHANGE TO READ] EXEMPTIONS. THE TWO TYPES OF EXEMPTIONS FOR SERVICE MEMBERS FROM IMMUNIZATION ARE MEDICAL AND ADMINISTRATIVE. ADMINISTRATIVE EXEMPTIONS INCLUDE RELIGIOUS ACCOMMODATIONS, AS WELL AS OTHERS ENUMERATED IN AR 40-562, TABLE C-2 (IMMUNIZATIONS AND CHEMOPROPHYLAXIS FOR THE PREVENTION OF INFECTIOUS DISEASES). COMMANDERS WILL REFER TO AR 40-562, PARAGRAPH 2-6, AND AR 600-20, APPENDIX P-2, WHEN PROCESSING IMMUNIZATION EXEMPTION REQUESTS. SERVICE MEMBERS WITH PREVIOUS INFECTIONS OR POSITIVE SEROLOGY ARE NOT AUTOMATICALLY EXEMPT FROM FULL VACCINATION REQUIREMENTS AND SHOULD CONSULT WITH THEIR HEALTHCARE PROVIDER(HCP).

3.D.8.B.6.A. NO CHANGE.

3.D.8.B.6.B. NO CHANGE.

3.D.8.B.6.B.1. (U) [CHANGE TO READ] THE COMMANDER MUST COUNSEL THE SOLDIER THAT NONCOMPLIANCE WITH THE LAWFUL IMMUNIZATION ORDER MAY ADVERSELY IMPACT DEPLOYABILITY, ASSIGNMENT, RETENTION OF SECURITY CLEARANCE, OR INTERNATIONAL TRAVEL, AND THAT THE EXEMPTION MAY BE REVOKED UNDER IMMINENT RISK CONDITIONS. IAW AR 600-20, APPENDIX P-2B, COMMANDERS WILL ARRANGE FOR AN IN-PERSON OR TELEPHONIC INTERVIEW BETWEEN A SOLDIER REQUESTING A RELIGIOUS ACCOMMODATION AND THE UNIT OR OTHER ASSIGNED CHAPLAIN, AS ADVISED BY THE SENIOR CHAPLAIN PRESENT. THE CHAPLAIN ASSESSES THE BASIS AND SINCERITY OF THE BELIEF AND MUST PROVIDE A WRITTEN MEMORANDUM TO THE CHAIN OF COMMAND PURSUANT TO THE REQUIREMENTS OF AR 600-20, APPENDIX P-2B (2). A LICENSED HEALTH CARE PROVIDER WILL COUNSEL THE APPLICANT TO ENSURE THE APPLICANT IS MAKING AN INFORMED DECISION IAW AR 600-20, APPENDIX P-2B (3) AND SHOULD DOCUMENT THE CURRENT INDIVIDUAL MEDICAL READINESS IMMUNIZATION STATUS OF ALL VACCINATIONS TO INCLUDE COVID-19 OF THE APPLICANT IN THE COUNSELING.

3.D.8.B.6.B.2. (U) [CHANGE TO READ] THE IMMEDIATE COMMANDER THROUGH THE GENERAL COURT-MARTIAL CONVENING AUTHORITY (GCMCA) MUST REVIEW THE REQUEST AND RECOMMEND APPROVAL OR DENIAL TO TSG. CHAIN-OF-COMMAND RECOMMENDATIONS WILL ADDRESS THE FACTORS OF MILITARY NECESSITY DESCRIBED IN AR 600-20, PARAGRAPH 5-6A. A LEGAL REVIEW MUST BE CONDUCTED AT THE GCMCA LEVEL PRIOR TO FORWARDING THE REQUEST. UPON COMPLETION, THE GCMCA WILL UPLOAD THE REQUEST INTO ENTERPRISE TASK MANAGEMENT SOFTWARE SOLUTION (ETMS2; FORMERLY TASK MANAGEMENT TOOL (TMT)) (DASG-VACC-RA) FOR STAFFING TO TSG. COMMANDERS WILL HAVE CODE "AT" (NOT "AR") ENTERED IN MEDPROS FOR SOLDIERS WITH A PENDING RELIGIOUS EXEMPTION REQUEST.

3.D.8.B.6.B.3. (U) [ADD] SOLDIERS WHO ARE DENIED RELIGIOUS EXEMPTIONS BY THE SURGEON GENERAL MAY APPEAL THE DECISION TO THE ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE AFFAIRS (ASA(M&RA)). ACTIVE COMPONENT SOLDIERS MUST SUBMIT THEIR WRITTEN APPEAL, INCLUDING THE SURGEON GENERAL'S DENIAL DECISION MEMO THROUGH THEIR IMMEDIATE COMMANDER TO THE GENERAL COURT-MARTIAL CONVENING AUTHORITY (GCMCA) WITHIN SEVEN CALENDAR DAYS OF RECEIPT OF THEIR DENIED RELIGIOUS EXEMPTION REQUEST. RESERVE COMPONENT SOLDIERS MUST SUBMIT THEIR WRITTEN APPEAL AND SURGEON GENERAL DENIAL DECISION MEMO THROUGH THEIR IMMEDIATE COMMANDER TO THE GCMCA WITHIN 30 CALENDAR DAYS OF RECEIPT OF THEIR DENIED RELIGIOUS EXEMPTION REQUEST. COMMANDERS ARE REQUIRED TO PROVIDE RECOMMENDATIONS TO THE ASA(M&RA) WHEN SOLDIERS PROVIDE NEW INFORMATION IN THEIR APPEAL. COMMANDERS ARE

## UNCLAS CUI

# UNCLAS CUI

ENCOURAGED, BUT NOT REQUIRED, TO PROVIDE RECOMMENDATIONS TO THE ASA(M&RA) WHEN SOLDIERS DO NOT PROVIDE ANY NEW INFORMATION. THE GCMCA WILL UTILIZE ETMS2 (DASG-VACC-RM) TO SUBMIT THE APPEAL TO THE OFFICE OF THE SURGEON GENERAL FOR FURTHER PROCESSING TO THE ASA(M&RA). ASA(M&RA) DECISIONS ARE FINAL AND WILL BE CONVEYED BACK TO THE GCMCA FOR NOTIFICATION TO THE SOLDIERS. COMMANDERS ARE RESPONSIBLE FOR FACILITATING DOCUMENTATION FOR SOLDIERS INTO ETMS2.

3.D.8.B.6.C. THROUGH 3.D.8.B.6.D. NO CHANGE.

3.D.8.B.6.E. (U) [ADD] COMMANDERS WILL INFORM SOLDIERS OF THE UPDATED COUNSELING FORMS THAT MAY BE FOUND IN ANNEX NN AND ANNEX OO. EFFECTIVE IMMEDIATELY, PREVIOUS COUNSELINGS CONDUCTED ARE STILL VALID AND MAY BE UPDATED AS NECESSARY.

3.D.8.B.7. THROUGH 3.D.8.B.9. NO CHANGE.

3.D.8.C. THROUGH 3.D.8.I. NO CHANGE.

3.D.8.J. (U) [CHANGE TO READ] READ AND COMPLY IAW ANNEX III, ASSISTANT SECRETARY OF DEFENSE MEMORANDUM, UPDATED GUIDANCE ON CO-ADMINISTRATION OF CORONAVIRUS DISEASE 2019 VACCINES WITH OTHER VACCINES, 7 OCTOBER 2021. COVID-19 VACCINE PRODUCTS (E.G., MODERNA, PFIZER, AND J&J VACCINES) MAY BE CO-ADMINISTERED WITH OTHER VACCINES WITHOUT REGARD TO TIMING, WITH THE EXCEPTION OF LIVE SMALLPOX VACCINE (ACAM2000).

3.D.8.J.1. NO CHANGE.

3.D.8.J.2. (U) [ADD] HEALTH CARE PROVIDERS WILL AVOID CO-ADMINISTRATION OF LIVE SMALLPOX VACCINE (ACAM2000) AND AN MRNA COVID-19 VACCINE. IT IS RECOMMENDED TO SEPARATE ADMINISTRATION OF LIVE SMALLPOX VACCINE (ACAM2000) AND MRNA COVID-19 VACCINE BY AT LEAST 28 DAYS.

3.D.8.K. NO CHANGE.

3.D.8.L. (U) [CHANGE TO READ] FDA HAS APPROVED COVID-19 VACCINE SHELF LIFE EXTENSIONS.

3.D.8.L.1. (U) [ADD] IAW ANNEX GG, PFIZER COVID-19 VACCINE RECEIVED A 90-DAY SHELF LIFE EXTENSION FOR DOSES MAINTAINED AT ULTRA COLD STORAGE (-90C TO -60C) WITH EXPIRATION DATES IN AUGUST 2021 THROUGH FEBRUARY 2022.

3.D.8.L.2. (U) [ADD] EFFECTIVE 28 OCTOBER 2021, MODERNA COVID-19 VACCINE RECEIVED A 60-DAY SHELF LIFE EXTENSION FOR SPECIFIC DOSES MAINTAINED AT IN A FROZEN STATE. SPECIFIC EXPIRATION DATES ARE LISTED IN ANNEX LLL OR MAY BE FOUND AT THE CASE SENSITIVE WEB LINK THAT IS FOUND IN ANNEX LLL.

3.D.8.M. NO CHANGE.

3.D.8.N. (U) [CHANGE TO READ] READ AND COMPLY IAW ANNEX JJJ, UNDER SECRETARY OF DEFENSE MEMORANDUM, "CORONAVIRUS DISEASE 2019 VACCINATION FOR PREGNANT AND BREASTFEEDING SERVICE MEMBERS," ISSUED 5 OCTOBER 2021.

3.D.8.O. NO CHANGE.

3.D.8.P. (U) [CHANGE TO READ] MTFS ARE AUTHORIZED TO BEGIN ADMINISTERING COVID-19 VACCINE BOOSTER DOSES TO ELIGIBLE INDIVIDUALS.

# UNCLAS CUI

# UNCLAS CUI

3.D.8.P.1. (U) [CHANGE TO READ] A BOOSTER IS AN ADDITIONAL VACCINE DOSE ADMINISTERED TO RE-ENGAGE THE IMMUNE SYSTEM. A BOOSTER MAY BE ADMINISTERED AT LEAST SIX (6) MONTHS AFTER COMPLETING THE TWO-DOSE PFIZER-BIONTECH / COMIRNATY SERIES OR TWO-DOSE MODERNA SERIES. A BOOSTER MAY BE ADMINISTER AT LEAST TWO (2) MONTHS AFTER COMPLETING PRIMARY VACCINATION WITH J&J COVID-19 VACCINE.

3.D.8.P.2. (U) [CHANGE TO READ] THIS BOOSTER IS DIFFERENT THAN THE AUTHORIZED "THIRD DOSE" RECOMMENDED FOR IMMUNOCOMPROMISED (ANNEX II). IMMUNOCOMPROMISED PATIENTS SHOULD RECEIVE THE THIRD DOSE OF AN MRNA COVID-19 VACCINE 28 DAYS FOLLOWING THE TWO-DOSE REGIMEN OF AN MRNA COVID-19 VACCINE.

3.D.8.P.3. (U) [RESTATED] BOOSTER DOSES ARE NOT A MANDATORY COVID-19 VACCINE REQUIREMENT AT THIS TIME.

3.D.8.P.4. (U) [CHANGE TO READ] FOR MRNA COVID-19 VACCINES, INDIVIDUALS MEETING THE FOLLOWING CRITERIA ARE ELIGIBLE TO RECEIVE A BOOSTER: ?65 YEARS OF AGE, AGE 18+ WHO LIVE IN LONG-TERM CARE SETTINGS, AGE 18+ WHO HAVE UNDERLYING MEDICAL CONDITIONS, AND AGE 18+ WHO WORK OR LIVE IN HIGH-RISK SETTINGS.

3.D.8.P.5. (U) [CHANGE TO READ] FOR THE J&J COVID-19 VACCINE, INDIVIDUALS MEETING THE FOLLOWING CRITERIA ARE ELIGIBLE TO RECEIVE A BOOSTER: AGE 18+.

3.D.8.P.6. (U) [ADD] ELIGIBLE INDIVIDUALS MAY CHOOSE WHICH VACCINE THEY RECEIVE AS A BOOSTER DOSE. SOME PEOPLE MAY HAVE A PREFERENCE FOR THE VACCINE TYPE THAT THEY ORIGINALLY RECEIVED AND OTHERS MAY PREFER TO GET A DIFFERENT BOOSTER. THE CENTERS FOR DISEASE CONTROL AND PREVENTION RECOMMENDATIONS NOW ALLOW FOR THIS TYPE OF MIX AND MATCH DOSING FOR BOOSTER SHOTS.

3.D.8.Q. (U) [ADD] IAW ANNEX RRR, ALL SERVICE MEMBERS IN THE DOD ARE REQUIRED TO COMPLY WITH APPLICABLE MEDICAL READINESS REQUIREMENTS. ONE SUCH REQUIREMENT IS THAT UPON ARRIVAL AT INITIAL ENTRY TRAINING, ALL SERVICE MEMBERS MUST RECEIVE, IF NOT ALREADY INOCULATED, IMMUNIZATIONS REQUIRED BY THE JOINT REGULATION FOR IMMUNIZATIONS AND CHEMOPROPHYLAXIS FOR THE PREVENTION OF INFECTIOUS DISEASES AND OTHER APPLICABLE DOD GUIDANCE. THESE VACCINATIONS INCLUDE BUT ARE NOT LIMITED TO COVID-19, MENINGOCOCCAL, MEASLES/MUMPS/RUBELLA, TETANUS-DIPHTHERIA-PERTUSSIS, AND VARICELLA. APPLICANTS FOR MILITARY SERVICE AND SERVICE MEMBERS MAY SEEK AN EXEMPTION FOR VACCINATION REQUIREMENTS BASED ON A QUALIFYING MEDICAL OR RELIGIOUS BASIS FROM THE MILITARY SERVICE CONCERNED. SHOULD AN EXEMPTION BE DENIED, THE MEMBER WILL BE REQUIRED TO COMPLY WITH APPLICABLE MEDICAL READINESS REQUIREMENTS.

3.D.9. THROUGH 3.D.11. NO CHANGE.

3.D.12. (U) COMMANDERS CRITICAL INFORMATION REQUIREMENTS (CCIR)

3.D.12.A. THROUGH 3.D.12.J.

3.D.12.K. (U) [ADD] SENIOR COMMANDERS AND INSTALLATION/FACILITY MANAGERS WILL NOTIFY THE ARMY WATCH PRIOR TO A DECISION TO CHANGE THE POSTURE OF MASK WEARING IAW CDC COMMUNITY TRANSMISSION GUIDANCE IN 3.D.5.

3.D.13. NO CHANGE.

# UNCLAS CUI

## UNCLAS CUI

3.D.14. (U) [CHANGE TO READ] TOTAL ARMY COMPLETION GOALS: COMPO 1 WILL ACHIEVE 100% COMPLETE VACCINATION NLT 15 DECEMBER 2021. COMPO 2 AND COMPO 3 WILL ACHIEVE 100% COMPLETE VACCINATION NLT 30 JUNE 2022. CIVILIANS WILL ACHIEVE 100% COMPLETE VACCINATION NLT 22 NOVEMBER 2021. COMMANDERS WILL EXHAUST SUPPLIES ON HAND WITH URGENCY IN PURSUIT OF 100% VACCINATION.

3.D.14.A. (U) [ADD] COMMANDERS EXECUTE THESE KEY MILESTONES FOR THE ARMY IMPLEMENTATION TIMELINE:

22 NOV 21: DOD CIVILIAN FULLY VACCINATED MANDATE DEADLINE.
22 NOV 21: DOD CIVILIAN EXEMPTION REQUEST SUBMISSION DUE.
22 NOV 21: 100% COMPLETION OF DOD CIVILIAN EMPLOYEE VERIFICATION ON MILCONNECT (PRIMARY IF AVAILABLE) OR HARD COPY DD FORM 3175.
23 NOV 21: 100% COMPLETION OF SUPERVISOR VERIFICATION FOR THEIR DOD CIVILIAN EMPLOYEES ON MILCONNECT (PRIMARY IF AVAILABLE) OR HARD COPY DD FORM 3175.
23 NOV 21: BPT CONDUCT 100% SCREENING TEST FOR UNVACCINATED DOD CIVILIANS WHO ARE UNVACCINATED EVEN IF REQUESTING AN EXEMPTION OR HAVE RECEIVED AN APPROVED EXEMPTION.
23 NOV 21: OFFICIAL VISITOR ACCESS ATTESTATION ON THE DD FROM 3150 AND REVIEW OF A NEGATIVE COVID-19 TEST RESULT WITHIN 72 HOURS FOR THOSE INDIVIDUALS THAT ARE UNVACCINATED OR CHOOSE NOT TO DISCLOSE A STATUS.
23 NOV 21: DOD CIVILIAN ENFORCEMENT/DISCIPLINARY ACTION WILL NOT BE PURSUED AGAINST 1) CIVILIAN EMPLOYEES PRIOR TO 23 NOV 21, 2) EMPLOYEES WITH AN APPROVED EXEMPTION, OR 3) EMPLOYEES WHO ARE PENDING A DECISION ON A REQUESTED EXEMPTION.
08 DEC 21: DOD CONTRACTOR FULLY VACCINATED MANDATE DEADLINE. DOD VENDORS MUST VERIFY THAT THEIR CONTRACTORS ARE FULLY VACCINATED.
09 DEC 21: BPT CONDUCT 100% SCREENING TEST FOR CONTRACTORS THAT ATTEST TO BEING UNVACCINATED OR CHOOSE NOT TO DISCLOSE A STATUS.
15 DEC 21: COMPO 1 FULLY VACCINATED MANDATE DEADLINE.
16 DEC 21: BPT CONDUCT 100% SCREENING TEST FOR UNVACCINATED COMPO 1 SERVICE MEMBERS THAT ARE UNVACCINATED EVEN IF REQUESTING AN EXEMPTION OR RECEIVED AN APPROVED EXEMPTION.
30 JUN 22: COMPO 2/3 FULLY VACCINATED MANDATE DEADLINE.
01 JUL 22: BPT CONDUCT 100% SCREENING TEST FOR UNVACCINATED COMPO 2/3 SERVICE MEMBERS THAT ARE UNVACCINATED EVEN IF REQUESTING AN EXEMPTION OR RECEIVED AN APPROVED EXEMPTION.

3.D.15. NO CHANGE.

3.D.15.A. NO CHANGE.

3.D.15.B. (U) [CHANGE TO READ] INDIVIDUALS (MIL, CIV, OR CTR) WHO ARE UNVACCINATED OR DECLINE TO PROVIDE INFORMATION REGARDING VACCINATION STATUS ARE LIMITED TO MISSION-CRITICAL OFFICIAL TRAVEL, BOTH DOMESTIC AND INTERNATIONAL. MISSION CRITICAL IS DETERMINED BY THE UNDER SECRETARY OF THE ARMY IAW ANNEX KKK.

3.D.15.B.1. (U) [ADD] DETAILED GUIDANCE ON MISSION CRITICAL OFFICIAL TRAVEL FROM THE UNDER SECRETARY OF THE ARMY WILL BE FORTHCOMING.

3.D.15.C. (U) [CHANGE TO READ] ANY IN PERSON INDOOR OR OUTDOOR MEETINGS, EVENTS, AND CONFERENCES SPONSORED BY THE ARMY WITH MORE THAN 50 PARTICIPANTS WILL REQUIRE APPROVAL FROM THE UNDER SECRETARY OF THE ARMY. MEETINGS DO NOT INCLUDE MILITARY TRAINING AND EXERCISES.

3.D.15.C.1. (U) [ADD] ADDITIONAL GUIDANCE AND DIRECTION FROM HQDA DCS G-1 WILL BE FORTHCOMING ON THE SUBMISSION PACKET REQUIREMENTS FOR INDOOR AND OUTDOOR MEETINGS, EVENTS, AND CONFERENCES SPONSORED BY THE

## UNCLAS CUI

# UNCLAS CUI

ARMY, WITH MORE THAN 50 PARTICIPANTS.

3.D.15.D. (U) [CHANGE TO READ] IAW ANNEX KKK, FOR APPROVED IN-PERSON MEETINGS, THE MEETING ORGANIZER WILL REQUIRE ALL NON-MILITARY ATTENDEES TO SHOW PROOF OF VACCINATION ON A COMPLETED DD FORM 3150. IN-PERSON ATTENDEES WHO ARE NOT FULLY VACCINATED, OR WHO DECLINE TO PROVIDE INFORMATION ABOUT THEIR VACCINATION STATUS, MAY NOT ATTEND THE MEETING IF THEY DO NOT SHOW THE MEETING ORGANIZER PROOF OF A NEGATIVE FOOD AND DRUG ADMINISTRATION-AUTHORIZED OR APPROVED COVID-19 TEST COMPLETED NO EARLIER THAN 72 HOURS PRIOR TO THE MEETING AND AT LEAST WEEKLY IF THE MEETING EXCEEDS ONE (1) WEEK IN DURATION.

3.D.16. (U) [CHANGE TO READ] THIS ORDER IMPLEMENTS ANNEX GGG, FHP 23.2, AND ANNEX NNN, ASA(M&RA) GUIDANCE ON FHP 23.2. THESE MEMORANDUMS INFORM COMMANDERS AND SUPERVISORS OF THE SPECIFIC DOD DATES FOR MEETING CIVILIAN VACCINATION REQUIREMENTS.

3.D.16.A. (U) [ADD] EMPLOYEES AND SUPERVISORS SHOULD COMPLETE THEIR PORTIONS OF DD FORM 3175 IMMEDIATELY IN MILCONNECT, OR USE A HARD-COPY (ANNEX HHH) IF MILCONNECT IS NOT ACCESSIBLE.

3.D.16.A.1. (U) [ADD] SUPERVISORS WILL SEEK THE ADVICE OF THEIR SERVICING HUMAN RESOURCES, MEDICAL, AND LEGAL OFFICES REGARDING STORAGE OF HARD-COPY DD FORM 3175S (ANNEX HHH) AND ALL ADDITIONAL MEDICAL INFORMATION SUCH AS PROOF OF VACCINATION. INFORMATION COLLECTED MUST BE HANDLED IN ACCORDANCE WITH PRIVACY REQUIREMENTS.

3.D.16.B. (U) [ADD] COMMANDERS/DIRECTORS WILL DIRECT SUPERVISORS TO ISSUE A STANDARDIZED NOTICE MEMORANDUM (ANNEX OOO) TO THEIR CIVILIAN EMPLOYEES. THE ASA(M&RA), ASSISTANT G-1 (CIVILIAN PERSONNEL) HAS PROVIDED A NUMBERED MESSAGE (# 2021082) CONTAINING THE STANDARDIZED MEMORANDUM THAT MUST BE USED, SUBJECT: EMPLOYEE NOTIFICATION, MANDATORY COVID-19 VACCINATION FOR FEDERAL EMPLOYEES. EXAMPLE IS PROVIDED AS ANNEX OOO, REFER TO NUMBERED MESSAGE FOR WORKING COPY.

3.D.16.B.1. (U) [ADD] THE STANDARDIZED NOTICE MEMORANDUM MUST BE PRESENTED TO ALL CIVILIAN EMPLOYEES. THIS INCLUDES EMPLOYEES ON TELEWORK, EMPLOYEES WORKING REMOTLY, AND EMPLOYEES WHO HAVE ALREADY BEEN FULLY VACCINATED. EMPLOYEES MUST ACKNOWLEDGE RECEIPT OF THE NOTIFICATION AND RETURN A SIGNED COPY TO THEIR SUPERVISOR NO LESS THAN 5 WORK DAYS FROM THE DATE OF THE SUPERVISOR'S MEMORANDUM.

3.D.16.C. (U) [ADD] COMMANDERS/DIRECTORS WILL DIRECT SUPERVISORS TO INFORM ALL EMPLOYEES THAT EXEMPTION REQUESTS SHOULD BE SUBMITTED NO LATER THAN 22 NOVEMBER 2021, ABSENT EXTENUATING CIRCUMSTANCES. EMPLOYEES MUST PROVIDE AN OFFICIAL STATEMENT TO THEIR SUPERVISOR THAT DESCRIBES THE MEDICAL OR RELIGIOUS REASON FOR OBJECTION TO VACCINATION AGAINST COVID-19.

3.D.16.C.1. (U) [ADD] EMPLOYEES SHOULD USE DD FORM 3176 "REQUEST FOR A MEDICAL EXEMPTION OR DELAY TO THE COVID-19 VACCINATION REQUIREMENT," (ANNEX PPP) OR DD FORM 3177, "REQUEST FOR A RELIGIOUS EXEMPTION TO THE COVID-19 VACCINATION REQUIREMENT," (ANNEX QQQ). IN THE EVENT EMPLOYEES HAVE SUBMITTED EXEMPTIONS, SUPERVISORS SHOULD HOLD UNTIL FURTHER GUIDANCE.

3.D.16.C.2. (U) [ADD] CIVILIAN EMPLOYEES SHOULD BE PREPARED TO INITIATE VACCINE SEQUENCE IMMEDIATELY IF EXEMPTION REQUESTS ARE DENIED.

3.D.16.C.3. (U) [ADD] ADDITIONAL GUIDANCE FROM ASA(M&RA) WILL BE FORTHCOMING ON THE CIVILIAN EMPLOYEE EXEMPTION PROCESS.

# UNCLAS CUI

**UNCLAS CUI**

3.D.16.D. (U) [ADD] EMPLOYEES WHO REFUSE TO BE VACCINATED, OR TO PROVIDE PROOF OF VACCINATION, ARE SUBJECT TO DISCIPLINARY MEASURES, UP TO AND INCLUDING REMOVAL FROM FEDERAL SERVICE.

3.D.16.D.1. (U) [ADD] DISCIPLINARY ACTIONS RELATED TO THE VACCINATION REQUIREMENT WILL NOT BE PURSUED AGAINST 1) CIVILIAN EMPLOYEES PRIOR 23 NOVEMBER 2021, 2) EMPLOYEES WITH AN APPROVED EXEMPTION, OR 3) EMPLOYEES WHO ARE PENDING A DECISION ON A REQUESTED EXEMPTION.

3.D.16.D.2. (U) [ADD] PROGRESSIVE ENFORCEMENT ACTIONS INCLUDE, BUT ARE NOT LIMITED TO: 1) A 5 CALENDAR-DAY PERIOD OF COUNSELING AND EDUCATION. 2) A SHORT SUSPENSION WITHOUT PAY, GENERALLY 14 CALENDAR DAYS OR LESS, WITH AN APPROPRIATE NOTICE PERIOD. SENIOR EXECUTIVE SERVICE MEMBERS MAY ONLY BE SUSPENDED FRO MORE THAN 14 CALENDAR DAYS. 3) REMOVAL FROM FEDERAL SERVICE FOR FAILING TO FOLLOW A DIRECT ORDER.

3.D.16.D.3. (U) [ADD] ADDITIONAL GUIDANCE FROM ASA(M&RA) ON DISCIPLINARY ACTIONS (CIVILIAN COVID-19 VACCINATION ENFORCEMENT) WILL BE FORTHCOMING.

3.D.16.E. (U) [ADD] CIVILIAN EMPLOYEES UNABLE TO OBTAIN A REQUIRED VACCINATION AT A MILITARY TREATMENT FACILITY (MTF) MAY BE AUTHORIZED THE STANDARD TRAVEL AND TRANSPORTATION ALLOWANCES IAW REF PP PARAGRAPH 033012.

3.D.16.F. (U) [ADD] IAW ANNEX MMM, CIVILIAN EMPLOYEES WHO RECEIVED THE REQUIRED COVID-19 VACCINATIONS ON OR AFTER 9 SEPTEMBER 21 MAY BE AFFORDED COVERAGE UNDER THE FEDERAL EMPLOYEES COMPENSATION ACT (FECA) FOR 1) ADVERSE REACTIONS TO THE VACCINE ITSELF, AND 2) INJURIES SUSTAINED AS THE DIRECT RESULT OF AN EMPLOYEE RECEIVING THEIR MANDATED VACCINATION.

3.D.16.G. (U) [ADD] DETAILED ARMY-SPECIFIC IMPLEMENTING GUIDANCE AND DIRECTION FROM ASA(M&RA) WILL BE FORTHCOMING ON CIVILIAN VACCINATION REPORTING AND NEW CIVILIAN HIRING.

3.D.17. (U) [ADD] IAW ANNEX GGG, COMMANDERS BE PREPARED TO INITIATE ON-SITE COVID-19 SCREENING TESTING (NON-CLINICAL) FOR INDIVIDUALS WHO ARE UNVACCINATED, HAVE A VALID EXEMPTION, OR ARE PENDING DETERMINATION OF A SUBMITTED EXEMPTION.

3.D.17.A. (U) [ADD] ORDERING INFORMATION FOR OVER-THE-COUNTER NON-CLINICAL TESTS MAY BE FOUND IN ANNEX SSS.

3.D.17.B. (U) [ADD] ARMY-SPECIFIC IMPLEMENTING GUIDANCE ON COVID-19 TESTING FROM ASA(M&RA) WILL BE FORTHCOMING.

3.D.18. (U) [ADD] SENIOR MISSION COMMANDERS AND INSTALLATION/FACILITY MANAGERS WILL DEVELOP INTEGRATED PLANS THAT DIRECT RESPONSIBILITIES AND AUTHORITIES FOR REVIEWING COVID-19 VACCINATION ATTESTATION DOCUMENTATION (DD FORM 3150) AND VERIFICATION OF TESTING DOCUMENTATION TO CONTROL ACCESS OF CONTRACTORS AND OFFICIAL VISITORS TO THEIR DOD FACILITIES IN ACCORDANCE WITH ANNEX GGG, FHP 23.2.

3.D.18.A. (U) [ADD] ADDITIONAL GUIDANCE ON IMPLEMENTATION FOR REVIEW OF COVID-19 VACCINATION ATTESTATION DOCUMENTATION AND VERIFICATION OF TESTING DOCUMENTATION WILL BE FORTHCOMING.

4. (U) SUSTAINMENT. NOT USED.

**UNCLAS CUI**

## UNCLAS CUI

5. (U) COMMAND AND SIGNAL.

5.A. (U) COMMAND. NOT USED.

5.B. (U) SIGNAL.

5.B.1. (U) HEADQUARTERS DEPARTMENT OF THE ARMY COVID-19 POINTS OF CONTACT (POC). HQDA COVID-19 OPT AT USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.COVID-OPT@ARMY.MIL;

5.B.1.A. (U) G-1 POC IS COL MICHAEL A. ZWEIFEL, MICHAEL.A.ZWEIFEL.MIL@ARMY.MIL, (703) 697-8469.

5.B.1.B. (U) G-2 POC IS LTC LEON SATCHELL, LEON.R.SATCHELL.MIL@ARMY.MIL, (703)697-5484.

5.B.1.C. (U) G-4 POC IS G4 ALOC USARMY.PENTAGON.HQDA.MBX.AALOCATC@ARMY.MIL, (703) 614-2149.

5.B.1.D. (U) LABORATORY RESPONSE NETWORK POC IS DR. WILLIAM NAUSCHUETZ, LABORATORY BIOPREPAREDNESS COORDINATOR, WILLIAM.F.NAUSCHUETZ.CIV@MAIL.MIL, (210) 295-7269 OR (210) 386-1480.

5.B.1.E. (U) USAMEDCOM PUBLIC HEALTH POC IS COL RICK CHAVEZ, RODRIGO.CHAVEZ5.MIL@MAIL.MIL, (703) 681-9510 OR COL MICHELE A. SOLTIS, MICHELE.A.SOLTIS.MIL@MAIL.MIL, (703) 681- 6043.

5.B.1.F. (U) ARMY PUBLIC HEALTH CENTER POC IS DR. STEVEN CERSOVSKY, STEVEN.B.CERSOVSKY.CIV@MAIL.MIL, (410) 436-4311.

5.B.1.G. (U) ARMY PUBLIC AFFAIRS POC IS LTC TERENCE KELLEY, TERENCE.M.KELLEY.MIL@ARMY.MIL.

5.B.1.H. (U) OFFICE OF THE JUDGE ADVOCATE GENERAL POC LTC JAMES MCINERNEY, JAMES.A.MCINERNEY.MIL@ARMY.MIL, (703) 614-4630,

5.B.1.I. (U) ARMY NATIONAL GUARD POC IS MAJ TIMOTHY MCCORMIC, TIMOTHY.A.MCCORMIC.MIL@MAIL.MIL, (703) 601-7620.

5.B.1.J. (U) UNITED STATES ARMY RESERVES POC IS LTC RAYMOND D. HARPER, RAYMOND.D.HARPER4.MIL@MAIL.MIL, 703.614-5271.

5.B.1.K. (U) OFFICE OF THE SURGEON GENERAL POC IS COL DUBRAY KINNEY, DUBRAY.KINNEY2.MIL@MAIL.MIL, (703) 681-9672.

5.B.1.L. (U) [CHANGE TO READ] ASSISTANT SECRETARY OF THE ARMY (FINANCIAL MANAGEMENT AND COMPTROLLER) POC IS LTC DALE BERRY, DALE.E.BERRY2.MIL@ARMY.MIL, (703) 614-1680.

5.B.1.M. (U) ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND RESERVE AFFAIRS) POCS ARE MS. CONSTANCE B. RAY, CONSTANCE.B.RAY2.CIV@ARMY.MIL, (703) 344-8047 OR COL BENITO RODRIGUEZ, BENITO.E.RODRIGUEZ.MIL@MAIL.MIL, (703) 695-4402.

5.B.1.N. (U) [ADD] ARMY CONFERENCES PROGRAM, OFFICE OF THE ADMINISTRATIVE ASSISTANT TO THE SECRETARY OF THE ARMY POC: HQDA.CONFERENCES.INBOX@MAIL.MIL.

5.B.1.O. (U) [ADD] (U) ASSISTANT SECRETARY OF THE ARMY (ACQUISITION, LOGISTICS AND TECHNOLOGY) POCS ARE LTC RACHAEL M. HOAGLAND, RACHAEL.M.HOAGLAND.MIL@ARMY.MIL, (703) 614-2500 OR COL ROBERT L. VON

## UNCLAS CUI

**UNCLAS CUI**

TERSCH, ROBERT.L.VONTERSCH.MIL@ARMY.MIL, (703) 614-6586.

5.B.1.P. (U) HEADQUARTERS DEPARTMENT OF THE ARMY WATCH: NIPR EMAIL
USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@ARMY.MIL, SIPR EMAIL
USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@MAIL.SMIL.MIL.

5.B.1.Q. (U) HEADQUARTERS DEPARTMENT OF THE ARMY COVID-19 CRISIS
ACTION TEAM INFO:

NIPR PORTAL:

HTTPS://G357.ARMY.PENTAGON.MIL/OD/ODO/ARMYOPCENTER/CAWG/CAT/SITEPAGES
CORONAVIRUS%20(COVID-19).ASPX

SIPR PORTAL:

HTTPS://G357.ARMY.PENTAGON.SMIL.MIL/OD/ODO/ARMYOPCENTER/CRISISACTIONP
AGE/SITEPAGES/HOME.ASPX

DOMS NIPR OMB:
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.DOMS-OPERATIONS@ARMY.MIL

DOMS SIPR OMB:
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.AOC-DOMS-TEAM@MAIL.SMIL.MIL

6. (U) THE EXPIRATION DATE OF THIS MESSAGE IS 31 DECEMBER 2026,
UNLESS FORMALLY RESCINDED OR SUPERSEDED.

ATTACHMENT:
ANNEX A - ARMY INSTALLATION GATING CRITERIA REPORT.
ANNEX B - SECRETARY OF DEFENSE MEMORANDUM, "UPDATE TO
CONDITIONS-BASED APPROACH TO CORONAVIRUS DISEASE 2019 PERSONNEL
MOVEMENT AND TRAVEL RESTRICTIONS," 15 MARCH 2021.
ANNEX C - COVID-19 PERSONAL PROTECTIVE EQUIPMENT, LOGSTAT REPORT.
ANNEX D - HQDA COVID-19 POSITIVE CASE AND ROM TRACKER.
ANNEX E - SECRETARY OF THE ARMY MEMORANDUM, "DELEGATION OF AUTHORITY
TO APPROVE TRAVEL OF ARMY PERSONNEL-TRANSITION FRAMEWORK," 20 APRIL
2021.
ANNEX F - SECRETARY OF DEFENSE MEMORANDUM, "GUIDANCE FOR COMMANDERS'
RISK-BASED RESPONSES AND IMPLEMENTATION OF THE HEALTH PROTECTION
CONDITION (HPCON) FRAMEWORK DURING THE CORONAVIRUS DISEASE 2019
PANDEMIC," 29 APRIL 2021.
ANNEX G - FORCE HEALTH PROTECTION SUPPLEMENT 20, DEPARTMENT OF
DEFENSE GUIDANCE FOR PERSONNEL TRAVELING DURING THE CORONAVIRUS
DISEASE 2019 PANDEMIC, 12 APRIL 2021.
ANNEX H - FORCE HEALTH PROTECTION SUPPLEMENT 16.1, DEPARTMENT OF
DEFENSE GUIDANCE DEPLOYMENT AND REDEPLOYMENT OF INDIVIDUALS AND
UNITS, 04 MAY 2021.
ANNEX I - FORCE HEALTH PROTECTION SUPPLEMENT 15.2, DEPARTMENT OF
DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE 2019 LABORATORY TESTING
SERVICES, 02 JULY 2021.
[CHANGE TO READ] ANNEX J - IMPLEMENTATION OF REQUIRED COVID-19
PROTECTIONS PUBLIC AFFAIRS GUIDANCE.
ANNEX K - TIER 4 TESTING CONCEPT AND APPROVAL AUTHORITY.
ANNEX L - DOD COVID TASK FORCE, COVID-19 TESTING PROTOCOLS, 08 MARCH
2021.
ANNEX M - CLMS FORM 1D, CLINICAL LABORATORY IMPROVEMENT PROGRAM
WAIVED COMPLEXITY REGISTRATION/RENEWAL FORM.
ANNEX N - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "METHODS TO ENABLE

**UNCLAS CUI**

**UNCLAS CUI**

AND ENCOURAGE VACCINATION AGAINST CORONAVIRUS DISEASE 2019," 20 MAY 2021.
[RESCIND] ANNEX O - SECRETARY OF DEFENSE MEMORANDUM, "CO-ADMINISTRATION OF CORONAVIRUS DISEASE 2019 VACCINES WITH OTHER VACCINES," 03 JUNE 2021.
ANNEX P - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "CORONAVIRUS DISEASE 19 VACCINE GUIDANCE," 07 DECEMBER 2020.
ANNEX Q - UNDER SECRETARY OF DEFENSE MEMORANDUM SUPPLEMENTAL GUIDANCE FOR PROVIDING DOD CORONAVIRUS DISEASE 2019 VACCINE TO DOD CONTRACTOR EMPLOYEES AND SELECT FOREIGN NATIONALS, 31 DECEMBER 2020.
ANNEX R - SECRETARY OF DEFENSE MEMORANDUM, SECRETARIAL DESIGNEE STATUS FOR SELECT DEPARTMENT OF DEFENSE CIVILIAN EMPLOYEE AND CONTRACTOR EMPLOYEE DEPENDENTS OUTSIDE THE UNITED STATES FOR THE LIMITED PURPOSE OF RECEIVING CORONAVIRUS DISEASE 2019 VACCINATIONS, 03 JUNE 2021.
ANNEX S - SECRETARY OF DEFENSE MEMORANDUM, USE OF MASKS AND OTHER PUBLIC HEALTH MEASURES, 04 FEBRUARY 2021.
ANNEX T - FORCE HEALTH PROTECTION SUPPLEMENT 17.1, DEPARTMENT OF DEFENSE GUIDANCE FOR THE USE OF MASKS, PPE, AND NPI, 22 JUNE 2021.
ANNEX U - SECRETARY OF ARMY MEMORANDUM, USE OF MASKS AND DELEGATION OF AUTHORITY TO GRANT EXCEPTIONS, 24 FEBRUARY 2021.
ANNEX V - [RESCINDED]
ANNEX W - POOLED TESTING GUIDANCE AND STRATEGY, 02 JUNE 2021.
ANNEX X - UNDER SECRETARY OF DEFENSE MEMORANDUM GUIDANCE FOR PARTICIPATION OF INTERNATIONAL MILITARY STUDENTS AND TRAINEES, 07 MAY 2021.
ANNEX Y - UNDER SECRETARY OF DEFENSE MEMORANDUM SUPPLEMENTAL GUIDANCE ON ETP PROCESS, 08 JUNE 2021.
ANNEX Z - SECRETARY OF THE ARMY MEMORANDUM, DELEGATION OF AUTHORITY FOR HEALTH PROTECTION CONDITION (HPCON) IMPLEMENTATION AND OCCUPANCY REQUIREMENTS, 09 JUNE 2021.
ANNEX AA - FORCE HEALTH PROTECTION SUPPLEMENT 22, DOD GUIDANCE FOR CORONAVIRUS DISEASE 2019 SURVEILLANCE AND SCREENING TESTING, 21 JULY 2021.
ANNEX BB - UPDATED MASK GUIDANCE FOR ALL DOD INSTALLATIONS AND OTHER FACILITIES, 28 JULY 2021.
ANNEX CC - CDC GUIDANCE FOR IMPLEMENTING COVID-19 PREVENTION STRATEGIES, 27 JULY 2021.
ANNEX DD - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1419, (J&J) JANSSEN COVID-19 VACCINE SHELF-LIFE EXTENSION, 28 JULY 2021.
ANNEX EE - COVID-19 VACCINATION REQUIREMENT REPORT.
ANNEX FF - MANDATORY CORONAVIRUS DISEASE 2019 VACCINATION OF DEPARTMENT OF DEFENSE SERVICE MEMBERS, 24 AUGUST 2021.
ANNEX GG - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1463, PFIZER LICENSE AND SHELF LIFE EXTENSION, 24 AUGUST 2021.
ANNEX HH - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21- 1425, UPDATED COVID-19 VACCINE ORDERING GUIDELINES, 09 AUGUST 2021.
ANNEX II - MMQC 21 1454 ADDITIONAL DOSE OF COVID 19 VACCINE FOR IMMUNOCOMPROMISED PERSONS,13 AUGUST 2021.
ANNEX JJ - MANDATORY VACCINATION OF SERVICE MEMBERS USING THE PFIZER-BIONTECH COVID-19 AND COMIRNATY COVID-19 VACCINES, 14 SEPTEMBER 2021.
ANNEX KK - DD FROM 3150, CONTRACTOR PERSONNEL AND VISITOR CERTIFICATION OF VACCINATION, OCTOBER 2021.
ANNEX LL - VACCINE INFORMATION FACT SHEET
ANNEX MM - UPDATED CORONAVIRUS DISEASE 2019 GUIDANCE RELATED TO TRAVEL AND MEETINGS, 24 SEPTEMBER 2021.
[CHANGE TO READ] ANNEX NN - SAMPLE DA FORM 4856 FOR ENLISTED VACCINE REFUSALS.
[CHANGE TO READ] ANNEX OO - SAMPLE DA FORM 4856 FOR OFFICER VACCINE REFUSALS.
ANNEX PP - EXECUTIVE ORDER 14043 OF SEPTEMBER 9, 2021, REQUIRING

**UNCLAS CUI**

## UNCLAS CUI

VACCINATION FOR FEDERAL EMPLOYEES.
ANNEX QQ - EXECUTIVE ORDER 14042 OF SEPTEMBER 9, 2021, ENSURING
ADEQUATE COVID SAFETY PROTOCOLS FOR FEDERAL CONTRACTORS.
ANNEX RR - ABBOTT BINAXNOW COVID-19 AG CARD PRODUCT EXPIRY UPDATE,
MAY 2021.
ANNEX SS - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1538,
DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE, 23 SEPTEMBER 2021.
ANNEX TT - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549,
PFIZER-BIONTECH/COMIRNATY COVID-19 VACCINE BOOSTER DOSE
RECOMMENDATIONS, 27 SEPTEMBER 2021.
ANNEX UU - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549,
SUPPLEMENT 1, KEY MESSAGES AND TALKING POINTS, 27 SEPTEMBER 2021.
ANNEX VV - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549,
SUPPLEMENT 2, FACT SHEET FOR HEALTHCARE PROVIDERS ADMINISTERING
VACCINE (VACCINATION PROVIDERS), 27 SEPTEMBER 2021.
ANNEX WW - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549,
SUPPLEMENT 3, VACCINE INFORMATION FACT SHEET FOR RECIPIENTS AND
CAREGIVERS ABOUT COMIRNATY (COVID-19 VACCINE, MRNA) AND
PFIZER-BIONTECH COVID-19 VACCINE TO PREVENT CORONAVIRUS DISEASE 2019
(COVID-19), 27 SEPTEMBER 2021.
ANNEX XX - REFUSALS AND MEDICAL/RELIGIOUS EXEMPTIONS PROCESS.
ANNEX YY - COVID-19 VACCINATION PERMANENT MEDICAL EXEMPTION REQUEST
STANDARD OPERATION PROCEDURE.
ANNEX ZZ - PERMANENT MEDICAL EXEMPTION REQUEST PROCESS ASSIGNMENTS.
ANNEX AAA - REQUEST FOR PERMANENT MEDICAL EXEMPTION TO COVID-19
VACCINATION TEMPLATE MEMORANDUM.
ANNEX BBB - ARMY DIRECTIVE 2021-33 (APPROVAL AND APPEAL AUTHORITIES
FOR MILITARY AND MEDICAL ADMINISTRATIVE IMMUNIZATION EXEMPTIONS), 24
SEPTEMBER 2021.
ANNEX CCC - SAFER FEDERAL WORKFORCE TASK FORCE, COVID-19 WORKPLACE
SAFETY: AGENCY MODEL SAFETY PRINCIPLES, LAST UPDATED 13 SEPTEMBER
2021.
ANNEX DDD - SAFER FEDERAL WORKFORCE TASK FORCE, COVID-19 WORKPLACE
SAFETY: GUIDANCE FOR FEDERAL CONTRACTORS AND SUBCONTRACTORS, ISSUED
24 SEPTEMBER 2021.
ANNEX EEE - MANDATORY CORONAVIRUS DISEASE 2019 VACCINATION OF DOD
CIVILIAN EMPLOYEES, ISSUED 1 OCTOBER 2021.
ANNEX FFF - OFFICE OF PERSONNEL MANAGEMENT (OPM) AND SAFER FEDERAL
WORKFORCE TASK FORCE GUIDANCE ON VACCINATION REQUIREMENTS, 5 OCTOBER
2021.
ANNEX GGG - UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND READINESS
MEMORANDUM, "FORCE HEALTH PROTECTION GUIDANCE (SUPPLEMENT 23)
REVISION 2 - DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE
2019 VACCINATION ATTESTATION, SCREENING TESTING, AND VACCINATION
VERIFICATION," 29 OCTOBER 2021.
ANNEX HHH - DD FORM 3175, CIVILIAN EMPLOYEE CERTIFICATION OF
VACCINATION, OCTOBER 2021.
[ADD] ANNEX III - ASSISTANT SECRETARY OF DEFENSE FOR HEALTH AFFAIRS
MEMORANDUM, "UPDATED GUIDANCE ON CO-ADMINISTRATION OF CORONAVIRUS
DISEASE 2019 VACCINE WITH OTHER VACCINES," 7 OCTOBER 2021.
[ADD] ANNEX JJJ - UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND
READINESS MEMORANDUM, "CORONAVIRUS DISEASE 2019 VACCINATION FOR
PREGNANT AND BREASTFEEDING SERVICE MEMBERS," 5 OCTOBER 2021.
[ADD] ANNEX KKK - SECRETARY OF THE ARMY MEMORANDUM, "DELEGATION OF
AUTHORITY-ADDITIONAL CORONAVIRUS DISEASE 2019 GUIDANCE RELATED TO
TRAVEL AND MEETINGS," 12 OCTOBER 2021.
[ADD] ANNEX LLL - MEDICAL MATERIAL QUALITY CONTROL MESSAGE,
MMQC-21-1613, "DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE," 28
OCTOBER 2021.
[ADD] ANNEX MMM - DEFENSE CIVILIAN PERSONNEL ADVISORY SERVICE
MESSAGE, "COVERAGE FOR INJURIES RESULTING FROM THE COVID-19
VACCINATION MANDATE FOR FEDERAL EMPLOYEES," 14 OCTOBER 2021.

## UNCLAS CUI

# UNCLAS CUI

[ADD] ANNEX NNN - ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND
RESERVE AFFAIRS MEMORANDUM, "FORCE HEALTH PROTECTION GUIDANCE
(SUPPLEMENT 23) - REVISION 2 - DEPARTMENT OF DEFENSE GUIDANCE FOR
CORONAVIRUS DISEASE 2019 VACCINATION ATTESTATION, SCREENING TESTING,
AND VACCINATION VERIFICATION," 8 NOVEMBER 2021.
[ADD] ANNEX OOO - ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND
RESERVE AFFAIRS, ASSISTANT G-1 (CIVILIAN PERSONNEL) NUMBERED MESSAGE
(# 2021082) ARMY TEMPLATE MEMO FOR EMPLOYEE NOTIFICATION OF COVID-19
VACCINATION REQUIREMENT, "SUBJECT: EMPLOYEE NOTIFICATION, MANDATORY
COVID-19 VACCINATION FOR FEDERAL EMPLOYEES."
[ADD] ANNEX PPP - DD FORM 3176, "REQUEST FOR MEDICAL EXEMPTION OR
DELAY TO THE COVID-19 VACCINATION REQUIREMENT," OCTOBER 2021.
[ADD] ANNEX QQQ - DD FORM 3177, "REQUEST FOR RELIGIOUS EXEMPTION TO
THE COVID-19 VACCINATION REQUIREMENT," OCTOBER 2021.
[ADD] ANNEX RRR - OFFICE OF THE ASSISTANT SECRETARY OF DEFENSE FOR
MANPOWER AND RESERVE AFFAIRS MEMORANDUM, "VACCINATION ADVISORY
STATEMENT FOR NON-USMEPCOM ACCESSIONS," 22 OCTOBER 21.
[ADD] ANNEX SSS - DEFENSE LOGISTICS AGENCY, "COVID-19 HOME TEST KITS
ORDERING PROCEDURES," 5 NOVEMBER 2021.

BT
#3826




NNNN
Received from AUTODIN 110226Z Nov 21

# UNCLAS CUI

## UNCLAS CUI

# (CUI) FRAGO 9 TO HQDA EXORD 225-21 (PART 2 OF 2) COVID-19 STEADY

**Originator:** DA WASHINGTON DC

**TOR:** 11/11/2021 02:35:17

**DTG:** 110232Z Nov 21

**Prec:** Priority

**DAC:** General

**To:** ARLINGTON NATIONAL CEMETERY ARLINGTON VA, ARNG NGB COMOPS ARLINGTON VA, ARNG NGB J3 JOC WASHINGTON DC, ARNGRC ARLINGTON VA, ARNGRC WATCH ARLINGTON VA, CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX, CDR ARMY FUTURES COMMAND AUSTIN TX, CDR ATEC ABERDEEN PROVING GROUND MD, CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC, CDR MDW J3 FT MCNAIR DC, CDR MDW JFHQ-NCR FT MCNAIR DC, CDR NETCOM 9THSC FT HUACHUCA AZ, CDR TRADOC CG FT EUSTIS VA, CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA, CDR USAR NORTH FT SAM HOUSTON TX, CDR USARCENT SHAW AFB SC, CDR USASOC COMMAND CENTER FT BRAGG NC, CDR USASOC FT BRAGG NC, CDR USASOC MESSAGE CENTER FT BRAGG NC, CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC, CDRAMC REDSTONE ARSENAL AL, CDRFORSCOM FT BRAGG NC, CDRHRC G3 DCSOPS FT KNOX KY, CDRINSCOM FT BELVOIR VA, CDRINSCOMIOC FT BELVOIR VA, CDRMDW WASHINGTON DC, CDRUSACE WASHINGTON DC, CDRUSACIDC FT BELVOIR VA, CDRUSACYBER FT BELVOIR VA, CDRUSACYBER G3 FT BELVOIR VA, CDRUSACYBER G33 FT BELVOIR VA, CDRUSAEIGHT G3 CUROPS SEOUL KOR, CDRUSAEIGHT SEOUL KOR, CDRUSAMEDCOM FT SAM HOUSTON TX, CDRUSARC G33 READ FT BRAGG NC, CDRUSARCYBER WATCH OFFICER FT BELVOIR VA, CDRUSARPAC CG FT SHAFTER HI, CDRUSARPAC FT SHAFTER HI, COMDT USAWC CARLISLE BARRACKS PA, HQ IMCOM FT SAM HOUSTON TX, HQ INSCOM IOC FT BELVOIR VA, HQ SDDC CMD GROUP SCOTT AFB IL, HQ SDDC OPS MSG CNTR SCOTT AFB IL, HQ USARSO FT SAM HOUSTON TX, HQ USARSO G3 FT SAM HOUSTON TX, HQDA ARMY STAFF WASHINGTON DC, HQDA CSA WASHINGTON DC, HQDA EXEC OFFICE WASHINGTON DC, HQDA IMCOM OPS DIV WASHINGTON DC, HQDA SEC ARMY WASHINGTON DC, HQDA SECRETARIAT WASHINGTON DC, HQDA SURG GEN WASHINGTON DC, MEDCOM HQ EOC FT SAM HOUSTON TX, NETCOM G3 CURRENT OPS FT HUACHUCA AZ, NGB WASHINGTON DC, SMDC ARSTRAT CG ARLINGTON VA, SMDC ARSTRAT G3 ARLINGTON VA, SUPERINTENDENT USMA WEST POINT NY, SURGEON GEN FALLS CHURCH VA, USAR AROC FT BRAGG NC, USAR CMD GRP FT BRAGG NC, USAR DCS G33 OPERATIONS FT BRAGG NC, USARCENT G3 FWD, USARPAC COMMAND CENTER FT SHAFTER HI, CDR USAREUR-AF WIESBADEN GE, CDR SETAF-AF VICENZA IT

**CC:** HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC, HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC, HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC

**Attachments:** (U) ANNEX NNN ASA MRA FHP 23 REV 2 DOD GUIDANCE FOR CV19 VACCINATION ATTESTATION SCREENING TESTING AND VACCINATION VERIFICATION 8 NOVEMBER 2021.pdf, (U) ANNEX OO SAMPLE DA FORM 4856 FOR OFFICER VACCINE REFUSALS.pdf, (U) ANNEX OOO ARMY TEMPLATE MEMO FOR EMPLOYEE NOTIFICATION OF COVID-19 VACCINATION REQUIREMENT.pdf, (U) ANNEX PPP DD FORM 3176 REQUEST FOR MEDICAL EXEMPTION OCTOBER 2021.pdf, (U) ANNEX QQQ DD FORM 3177 REQUEST FOR RELIGIOUS EXEMPTION OCTOBER 2021.pdf, (U) ANNEX RRR VACCINATION ADVISORY STATEMENT FOR NON USMEPCOM ACCESSIONS 22 OCTOBER 2021.pdf, (U) ANNEX SSS DLA COVID NON-CLINICAL TEST KITS ORDERING INFORMATION 5 NOVEMBER 2021.pdf

```
PAAUZATZ RUEADWD3845 3150234-UUUU--RUIAAAA RUEADWD.
ZNR UUUUU
P 110232Z NOV 21
FM DA WASHINGTON DC
TO RUIAAAA/ARLINGTON NATIONAL CEMETERY ARLINGTON VA
RUIAAAA/ARNG NGB COMOPS ARLINGTON VA
RUIAAAA/ARNG NGB J3 JOC WASHINGTON DC
RUIAAAA/ARNGRC ARLINGTON VA
RUIAAAA/ARNGRC WATCH ARLINGTON VA
RUIAAAA/CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX
RUIAAAA/CDR ARMY FUTURES COMMAND AUSTIN TX
RUIAAAA/CDR ATEC ABERDEEN PROVING GROUND MD
RUJAAAA/CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC
RUJAAAA/CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC
RUIAAAA/CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC
RUJAAAA/CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC
RUIAAAA/CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC
```

## UNCLAS CUI

# UNCLAS CUI

```
RUIAAAA/CDR MDW J3 FT MCNAIR DC
RUIAAAA/CDR MDW JFHQ-NCR FT MCNAIR DC
RUIAAAA/CDR NETCOM 9THSC FT HUACHUCA AZ
RUIAAAA/CDR TRADOC CG FT EUSTIS VA
RUIAAAA/CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA
RUIAAAA/CDR USAR NORTH FT SAM HOUSTON TX
RUIAAAA/CDR USARCENT SHAW AFB SC
RUIAAAA/CDR USASOC COMMAND CENTER FT BRAGG NC
RUIAAAA/CDR USASOC FT BRAGG NC
RUIAAAA/CDR USASOC MESSAGE CENTER FT BRAGG NC
RUIAAAA/CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC
RUIAAAA/CDRAMC REDSTONE ARSENAL AL
RUIAAAA/CDRFORSCOM FT BRAGG NC
RUIAAAA/CDRHRC G3 DCSOPS FT KNOX KY
RUIAAAA/CDRINSCOM FT BELVOIR VA
RUIAAAA/CDRINSCOMIOC FT BELVOIR VA
RUIAAAA/CDRMDW WASHINGTON DC
RUIAAAA/CDRUSACE WASHINGTON DC
RUIAAAA/CDRUSACIDC FT BELVOIR VA
RUIAAAA/CDRUSACYBER FT BELVOIR VA
RUIAAAA/CDRUSACYBER G3 FT BELVOIR VA
RUIAAAA/CDRUSACYBER G33 FT BELVOIR VA
RUIAAAA/CDRUSAEIGHT G3 CUROPS SEOUL KOR
RUIAAAA/CDRUSAEIGHT SEOUL KOR
RUIAAAA/CDRUSAMEDCOM FT SAM HOUSTON TX
RUIAAAA/CDRUSARC G33 READ FT BRAGG NC
RUIAAAA/CDRUSARCYBER WATCH OFFICER FT BELVOIR VA
RUIAAAA/CDRUSARPAC CG FT SHAFTER HI
RUIAAAA/CDRUSARPAC FT SHAFTER HI
RUIAAAA/COMDT USAWC CARLISLE BARRACKS PA
RUIAAAA/HQ IMCOM FT SAM HOUSTON TX
RUIAAAA/HQ INSCOM IOC FT BELVOIR VA
RUIAAAA/HQ SDDC CMD GROUP SCOTT AFB IL
RUIAAAA/HQ SDDC OPS MSG CNTR SCOTT AFB IL
RUIAAAA/HQ USARSO FT SAM HOUSTON TX
RUIAAAA/HQ USARSO G3 FT SAM HOUSTON TX
RUEADWD/HQDA ARMY STAFF WASHINGTON DC
RUEADWD/HQDA CSA WASHINGTON DC
RUEADWD/HQDA EXEC OFFICE WASHINGTON DC
RUEADWD/HQDA IMCOM OPS DIV WASHINGTON DC
RUEADWD/HQDA SEC ARMY WASHINGTON DC
RUEADWD/HQDA SECRETARIAT WASHINGTON DC
RUEADWD/HQDA SURG GEN WASHINGTON DC
RUIAAAA/MEDCOM HQ EOC FT SAM HOUSTON TX
RUIAAAA/NETCOM G3 CURRENT OPS FT HUACHUCA AZ
RUIAAAA/NGB WASHINGTON DC
RUIAAAA/SMDC ARSTRAT CG ARLINGTON VA
RUIAAAA/SMDC ARSTRAT G3 ARLINGTON VA
RUIAAAA/SUPERINTENDENT USMA WEST POINT NY
RUIAAAA/SURGEON GEN FALLS CHURCH VA
RUIAAAA/USAR AROC FT BRAGG NC
RUIAAAA/USAR CMD GRP FT BRAGG NC
RUIAAAA/USAR DCS G33 OPERATIONS FT BRAGG NC
RUIAAAA/USARCENT G3 FWD
RUIAAAA/USARPAC COMMAND CENTER FT SHAFTER HI
RUIAAAA/CDR USAREUR-AF WIESBADEN GE
RUIPAAA/CDR SETAF-AF VICENZA IT
INFO RUIAAAA/HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC
BT
UNCLAS CUI
```

# UNCLAS CUI

# UNCLAS CUI

SUBJ/(CUI) FRAGO 9 TO HQDA EXORD 225-21 (PART 2 OF 2) COVID-19 STEADY
STATE OPERATIONS
CUI//
CONTROLLED BY: HQDA DCS, G-3/5/7
CONTROLLED BY: DAMO-OD
CUI CATEGORY: OPSEC
LIMITED DISSEMINATION CONTROL: FEDCON
POC: LTC NYKEBA L. ANTHONY 703-692-2804

SUBJECT: (CUI) FRAGO 9 TO HQDA EXORD 225-21 PART 2 COVID-19 STEADY
STATE OPERATIONS//

(U) REFERENCES.
REF//A/ THROUGH REF/W/ NO CHANGE.
REF//X/ (U) [RESTATED] HQDA EXORD 222-17 HQDA SENIOR LEADER
COMMANDER'S CRITICAL INFORMATION REQUIREMENTS (CCIR) AND ALL FRAGOS
//
REF//Y/ THROUGH REF/LL/ NO CHANGE.
REF//MM/ [ADD] FRAGO 8 TO HQDA EXORD 225-21 COVID-19 STEADY STATE
OPERATIONS, DTG 012359Z NOV 21 //
REF//NN/ [ADD] OFFICE OF THE UNDER SECRETARY OF DEFENSE FOR
ACQUISITION AND SUSTAINMENT MEMORANDUM, "CLASS DEVIATION
2021-O0009-ENSURING ADEQUATE COVID-19 SAFETY PROTOCOLS FOR FEDERAL
CONTRACTORS," 1 OCTOBER 2021 //
REF//OO/ [ADD] OFFICE OF THE UNDER SECRETARY OF DEFENSE FOR
ACQUISITION AND SUSTAINMENT MEMORANDUM, "GUIDANCE FOR REPORTING THE
USE OF CLAUSE 252.223-7999, "ENSURING ADEQUATE COVID-19 SAFETY
PROTOCOLS FOR FEDERAL CONTRACTORS" (CLASS DEVIATION 2021-O0009) AND
OTHER TRANSACTIONS CLAUSE "ENSURING ADEQUATE COVID-19 SAFETY
PROTOCOLS FOR FEDERAL CONTRACTORS" TO FEDERAL PROCUREMENT DATA
SYSTEM," 20 OCTOBER 2021 //
REF//PP/ [ADD] THE PER DIEM, TRAVEL, AND TRANSPORTATION ALLOWANCE
COMMITTEE, "THE JOINT TRAVEL REGULATIONS (JTR)," 1 OCTOBER 2021 //

1. (U) SITUATION.

1.A. NO CHANGE.

1.B. (U) [CHANGE TO READ] COVID-19 VACCINES AUTHORIZED OR APPROVED BY
THE U.S. FOOD AND DRUG ADMINISTRATION (FDA) ARE THE MOST EFFECTIVE
MEDICAL COUNTERMEASURES CURRENTLY AVAILABLE TO COMBAT COVID-19. THE
ARMY CONTINUES TO ENSURE VACCINE AVAILABILITY TO EVERY DOD
BENEFICIARY AND CIVILIAN EMPLOYEE SUPPORTED BY THE ARMY HEALTH
SYSTEM. COMMANDERS AT EVERY ECHELON ARE EXPECTED TO UNDERSTAND THEIR
FORCE HEALTH PROTECTION STATUS, SUPPORT MANDATORY VACCINATION, AND
ENCOURAGE COMMUNITY VACCINATION EFFORTS TO OPTIMIZE UNIT
HEALTH-READINESS.

1.C. THROUGH 1.J. NO CHANGE.

2. (U) MISSION. NO CHANGE.

3. (U) EXECUTION.

3.A. (U) NO CHANGE.

3.B. (U) CONCEPT OF THE OPERATION.

3.B.1. THROUGH 3.B.3. NO CHANGE.

3.B.4. NO CHANGE.

# UNCLAS CUI

## UNCLAS CUI

3.B.4.A. THROUGH 3.B.4.B. NO CHANGE.

3.B.4.C. (U) [CHANGE TO READ] SUPERVISORS AND CIVILIAN EMPLOYEES WILL READ AND COMPLY WITH ANNEX NNN, ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE AFFAIRS (ASA(M&RA)) MEMORANDUM IMPLEMENTING FORCE HEALTH PROTECTION GUIDANCE (SUPPLEMENT 23) - REVISION 2 - DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE 2019 VACCINATION ATTESTATION, SCREENING TESTING AND VACCINATION VERIFICATION.

3.B.4.C.1 THROUGH 3.B.4.C.12. [RESCIND]

3.B.5. (U) [CHANGE TO READ] SERVICE MEMBERS WHO ARE NOT ON ACTIVE DUTY AND WHO ARE ALSO DOD CIVILIAN EMPLOYEES OR DOD CONTRACTORS MUST FOLLOW THE APPLICABLE REQUIREMENTS IN ANNEX GGG AND ARE SUBJECT TO DOD CIVILIAN OR DOD CONTRACTOR REQUIREMENTS, RESPECTIVELY.

3.B.5.A. NO CHANGE.

3.B.6. (U) [RESTATED] THE ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE AFFAIRS (ASA(M&RA)) WILL SERVE AS THE PROPONENT FOR ARMY POLICY FOR DEPARTMENT OF THE ARMY CIVILIAN PERSONNEL. THIS WILL INCLUDE GUIDANCE AND ACCOUNTABILITY FOR COVID-19 VACCINATION, COVID-19 VACCINATION EXEMPTIONS, AND TESTING ONCE APPROVED BY THE SECARMY.

3.C. (U) TASKS TO ARMY STAFF AND SUBORDINATE COMMANDS.

3.C.1. NO CHANGE.

3.C.2. (U) THE DIRECTOR OF THE ARMY NATIONAL GUARD (DARNG).

3.C.2.A. THROUGH 3.C.2.E. NO CHANGE.

3.C.2.F. (U) [CHANGE TO READ] ALL ACTIVATED U.S. ARMY NATIONAL GUARD (USARNG) SOLDIERS AFTER 15 DECEMBER 2021 WILL BE FULLY VACCINATED PRIOR TO DEPARTING HOME STATION OR HOME OF RECORD IN ORDER TO ENSURE MISSION READINESS. VACCINATION WILL BE COMPLETE PRIOR TO ARRIVAL AT THE MOBILIZATION-FORCE GENERATION INSTALLATIONS (MFGIS). THESE REQUIREMENTS APPLY TO ALL TITLE 10 ACTIVATION / MOBILIZATION PROCESSES WHETHER OCONUS OR CONUS AND WORLDWIDE INDIVIDUAL AUGMENTATION SYSTEM (WIAS) MOBILIZATIONS.

3.C.2.G. THROUGH 3.C.2.H. NO CHANGE.

3.C.3. (U) THE CHIEF OF ARMY RESERVE (OCAR)/COMMANDING GENERAL UNITED STATES ARMY RESERVE COMMAND (USARC).

3.C.3.A. THROUGH 3.C.3.C NO CHANGE.

3.C.3.D. (U) [CHANGE TO READ] ALL ACTIVATED U.S. ARMY RESERVE (USAR) SOLDIERS AFTER 15 DECEMBER 2021 WILL BE FULLY VACCINATED PRIOR TO DEPARTING HOME STATION OR HOME OF RECORD IN ORDER TO ENSURE MISSION READINESS. VACCINATION WILL BE COMPLETE PRIOR TO ARRIVAL AT THE MFGIS. THESE REQUIREMENTS APPLY TO ALL TITLE 10 ACTIVATION / MOBILIZATION PROCESSES WHETHER OCONUS OR CONUS AND WIAS MOBILIZATIONS.

3.C.3.E. THROUGH 3.C.3.H. NO CHANGE.

3.C.4. THROUGH 3.C.15. NO CHANGE.

## UNCLAS CUI

## UNCLAS CUI

3.C.16. (U) COMMANDER, U.S. ARMY MEDICAL COMMAND (MEDCOM).

3.C.16.A. THROUGH 3.C.16.O.

3.C.16.P. (U) [RESCIND]

3.C.16.Q. (U) [RESCIND]

3.C.16.R. (U) [ADD] NLT 17 NOVEMBER 2021, SUPPORT ASA(M&RA) TO DEVELOP AN INTEGRATED PLAN THAT ADDRESSES COVID-19 TESTING. THE PLAN SHOULD ADDRESS FUNDING RESPONSIBILITIES, PROCUREMENT MECHANISMS, AND ESSENTIAL PROCESSES/PROCEDURES. COORDINATE WITH OTHER SUPPORTING ENTITIES TO INCLUDE, HQDA, DEPUTY CHIEF OF STAFF G-4 (HQDA DCS G-4), AND ASSISTANT SECRETARY OF THE ARMY FOR FINANCIAL MANAGEMENT AND COMPTROLLER (ASA(FM&C)). DIRLAUTH WITH ASA(M&RA), HQDA DCS G-4, AND ASA(FM&C) IS AUTHORIZED.

3.C.17. THROUGH 3.C.20. NO CHANGE.

3.C.21. (U) COMMANDER, U.S. ARMY HUMAN RESOURCES COMMAND (HRC).

3.C.21.A. (U) [RESCIND]

3.C.22. THROUGH 3.C.29. NO CHANGE.

3.C.30. (U) DEPUTY CHIEFS OF STAFF, HEADQUARTERS DEPARTMENT OF THE ARMY (HQDA DCS).

3.C.30.A. (U) HQDA, DEPUTY CHIEF OF STAFF G-1 (HQDA DCS G-1).

3.C.30.A.1. THROUGH 3.C.30.A.4. NO CHANGE.

3.C.30.A.5. (U) [ADD] NLT 24 NOVEMBER 2021, ESTABLISH THE SUBMISSION PACKET REQUIREMENTS AND THE ROUTING PROCESS FOR UNDER SECRETARY OF THE ARMY APPROVAL FOR INDOOR AND OUTDOOR MEETINGS, EVENTS, AND CONFERENCES SPONSORED BY THE ARMY WITH MORE THAN 50 PARTICIPANTS.

3.C.30.B. (U) HQDA, DEPUTY CHIEF OF STAFF G-4 (HQDA DCS G-4).

3.C.30.B.1. NO CHANGE.

3.C.30.B.2. (U) [ADD] NLT 17 NOVEMBER 2021, SUPPORT ASA(M&RA) TO DEVELOP AN INTEGRATED PLAN THAT ADDRESSES COVID-19 TESTING. THE PLAN SHOULD ADDRESS FUNDING RESPONSIBILITIES, PROCUREMENT MECHANISMS, AND ESSENTIAL PROCESSES/PROCEDURES. COORDINATE WITH OTHER SUPPORTING ENTITIES TO INCLUDE, MEDCOM AND ASA(FM&C). DIRLAUTH WITH ASA(M&RA), MEDCOM, AND ASA(FM&C) IS AUTHORIZED.

3.C.31. (U) DIRECTOR OF THE ARMY STAFF (DAS).

3.C.31.A. NO CHANGE.

3.C.31.B. (U) PROVOST MARSHAL GENERAL (DAPM).

3.C.31.B.1. (U) [RESCIND]

3.C.31.C. (U) THE JUDGE ADVOCATE GENERAL (OTJAG).

3.C.31.C.1. (U) [RESCIND]

3.C.32. (U) ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE AFFAIRS (ASA(M&RA)).

## UNCLAS CUI

# UNCLAS CUI

PAGE 6 OF 17

3.C.32.A.1. THROUGH 3.C.32.A.6. NO CHANGE.

3.C.32.A.7. (U) [ADD] NLT 17 NOVEMBER 2021, LEAD THE DEVELOPMENT OF AN INTEGRATED PLAN IN COORDINATION WITH MEDCOM, HQDA DCS G-4, AND ASA(FM&C) THAT ADDRESSES COVID-19 TESTING. THE PLAN SHOULD ADDRESS FUNDING RESPONSIBILITIES, PROCUREMENT MECHANISMS, AND ESSENTIAL PROCESSES/PROCEDURES. DIRLAUTH WITH MEDCOM, HQDA DCS G-4, AND ASA(FM&C) IS AUTHORIZED.

3.C.32.A.8. (U) [ADD] NLT 17 NOVEMBER 2021, LEAD THE DEVELOPMENT OF DETAILED ARMY-SPECIFIC IMPLEMENTATION GUIDANCE AND DIRECTION IAW ANNEX GGG (FHP 23.2) FOR THE FOLLOWING PROCESSES: 1) CIVILIAN VERIFICATION AND VACCINATION REPORTING, 2) NEW CIVILIAN HIRING, 3) CIVILIAN EXEMPTIONS, 4) CIVILIAN ENFORCEMENT (DISCIPLINARY ACTIONS), AND 5) CONTRACTOR AND OFFICIAL VISITORS ATTESTATION & VERIFICATION.

3.C.33.A. (U) [ADD] ASSISTANT SECRETARY OF THE ARMY FOR FINANCIAL MANAGEMENT AND COMPTROLLER (ASA(FM&C))

3.C.33.A.1. (U) [ADD] NLT 17 NOVEMBER 2021, SUPPORT ASA(M&RA) TO DEVELOP AN INTEGRATED PLAN THAT ADDRESSES COVID-19 TESTING. THE PLAN SHOULD ADDRESS FUNDING RESPONSIBILITIES, PROCUREMENT MECHANISMS, AND ESSENTIAL PROCESSES/PROCEDURES. COORDINATE WITH OTHER SUPPORTING ENTITIES TO INCLUDE, MEDCOM AND HQDA DCS G-4. DIRLAUTH WITH ASA(M&RA), MEDCOM, AND HQDA DCS G-4 IS AUTHORIZED.

3.D. (U) COORDINATING INSTRUCTIONS.

3.D.1. NO CHANGE.

3.D.1.A. NO CHANGE.

3.D.1.B. (U) [CHANGE TO READ] TRAVEL FROM, TO, AND THROUGH LOCATIONS THAT ARE RESTRICTED REQUIRES AN EXEMPTION OR A WAIVER, AS OUTLINED IN ANNEX E. RESTRICTED LOCATIONS ARE TRACKED IAW 3.C.1.A.1.

3.D.1.B.1. (U) [RESTATED] SECRETARY OF THE ARMY (SECARMY) MEMORANDUM, "DELEGATION OF AUTHORITY TO APPROVE TRAVEL OF ARMY PERSONNEL TRANSITION FRAMEWORK," 20 APRIL 2021, ANNEX E, PROVIDES GUIDANCE ON RESTRICTED TRAVEL WAIVER AUTHORITY. ANNEX E ALSO LISTS THE 12 EXEMPTIONS TO TRAVEL RESTRICTIONS INCLUDING AUTHORIZED LEAVE. UNIT-LEVEL COMMANDERS AND OTHER LEAVE APPROVAL AUTHORITIES PURSUANT TO AR 600-8-10, NOT BELOW THE COMPANY, BATTERY, OR DETACHMENT LEVEL, WILL USE THE PROCEDURES IN AR 600-8-10 TO PROCESS LEAVE AND PASS REQUESTS FOR SOLDIERS. THIS AUTHORITY MAY BE FURTHER RESTRICTED BY COMMANDERS AND SUPERVISORS IN THE CHAIN OF COMMAND OR SUPERVISION.

3.D.1.B.1.A. (U) [ADD] FULLY VACCINATED CIVILIAN EMPLOYEES ARE AUTHORIZED FOR OFFICIAL TRAVEL, BOTH DOMESTIC AND INTERNATIONAL, AND MUST COMPLY WITH PERSONNEL MOVEMENT AND TRAVEL RESTRICTIONS IAW ANNEX B AND ANNEX E.

3.D.1.B.1.B. (U) [ADD] ALL OFFICIAL TRAVEL AND GOVERNMENT-FUNDED TRAVEL FOR UNVACCINATED CIVILIAN EMPLOYEES, TO INCLUDE CIVILIAN EMPLOYEES WITH A VACCINATION EXEMPTION, MUST BE DETERMINED AS A MISSION-CRITICAL TRAVEL BY THE UNDER SECRETARY OF ARMY IAW ANNEX KKK.

3.D.2. THROUGH 3.D.7. NO CHANGE.

3.D.8. NO CHANGE.

# UNCLAS CUI

**UNCLAS CUI**

3.D.8.A. NO CHANGE.

3.D.8.B. NO CHANGE.

3.D.8.B.1. THROUGH 3.D.8.B.5 NO CHANGE.

3.D.8.B.6. (U) [CHANGE TO READ] EXEMPTIONS. THE TWO TYPES OF EXEMPTIONS FOR SERVICE MEMBERS FROM IMMUNIZATION ARE MEDICAL AND ADMINISTRATIVE. ADMINISTRATIVE EXEMPTIONS INCLUDE RELIGIOUS ACCOMMODATIONS, AS WELL AS OTHERS ENUMERATED IN AR 40-562, TABLE C-2 (IMMUNIZATIONS AND CHEMOPROPHYLAXIS FOR THE PREVENTION OF INFECTIOUS DISEASES). COMMANDERS WILL REFER TO AR 40-562, PARAGRAPH 2-6, AND AR 600-20, APPENDIX P-2, WHEN PROCESSING IMMUNIZATION EXEMPTION REQUESTS. SERVICE MEMBERS WITH PREVIOUS INFECTIONS OR POSITIVE SEROLOGY ARE NOT AUTOMATICALLY EXEMPT FROM FULL VACCINATION REQUIREMENTS AND SHOULD CONSULT WITH THEIR HEALTHCARE PROVIDER(HCP).

3.D.8.B.6.A. NO CHANGE.

3.D.8.B.6.B. NO CHANGE.

3.D.8.B.6.B.1. (U) [CHANGE TO READ] THE COMMANDER MUST COUNSEL THE SOLDIER THAT NONCOMPLIANCE WITH THE LAWFUL IMMUNIZATION ORDER MAY ADVERSELY IMPACT DEPLOYABILITY, ASSIGNMENT, RETENTION OF SECURITY CLEARANCE, OR INTERNATIONAL TRAVEL, AND THAT THE EXEMPTION MAY BE REVOKED UNDER IMMINENT RISK CONDITIONS. IAW AR 600-20, APPENDIX P-2B, COMMANDERS WILL ARRANGE FOR AN IN-PERSON OR TELEPHONIC INTERVIEW BETWEEN A SOLDIER REQUESTING A RELIGIOUS ACCOMMODATION AND THE UNIT OR OTHER ASSIGNED CHAPLAIN, AS ADVISED BY THE SENIOR CHAPLAIN PRESENT. THE CHAPLAIN ASSESSES THE BASIS AND SINCERITY OF THE BELIEF AND MUST PROVIDE A WRITTEN MEMORANDUM TO THE CHAIN OF COMMAND PURSUANT TO THE REQUIREMENTS OF AR 600-20, APPENDIX P-2B (2). A LICENSED HEALTH CARE PROVIDER WILL COUNSEL THE APPLICANT TO ENSURE THE APPLICANT IS MAKING AN INFORMED DECISION IAW AR 600-20, APPENDIX P-2B (3) AND SHOULD DOCUMENT THE CURRENT INDIVIDUAL MEDICAL READINESS IMMUNIZATION STATUS OF ALL VACCINATIONS TO INCLUDE COVID-19 OF THE APPLICANT IN THE COUNSELING.

3.D.8.B.6.B.2. (U) [CHANGE TO READ] THE IMMEDIATE COMMANDER THROUGH THE GENERAL COURT-MARTIAL CONVENING AUTHORITY (GCMCA) MUST REVIEW THE REQUEST AND RECOMMEND APPROVAL OR DENIAL TO TSG. CHAIN-OF-COMMAND RECOMMENDATIONS WILL ADDRESS THE FACTORS OF MILITARY NECESSITY DESCRIBED IN AR 600-20, PARAGRAPH 5-6A. A LEGAL REVIEW MUST BE CONDUCTED AT THE GCMCA LEVEL PRIOR TO FORWARDING THE REQUEST. UPON COMPLETION, THE GCMCA WILL UPLOAD THE REQUEST INTO ENTERPRISE TASK MANAGEMENT SOFTWARE SOLUTION (ETMS2; FORMERLY TASK MANAGEMENT TOOL (TMT)) (DASG-VACC-RA) FOR STAFFING TO TSG. COMMANDERS WILL HAVE CODE "AT" (NOT "AR") ENTERED IN MEDPROS FOR SOLDIERS WITH A PENDING RELIGIOUS EXEMPTION REQUEST.

3.D.8.B.6.B.3. (U) [ADD] SOLDIERS WHO ARE DENIED RELIGIOUS EXEMPTIONS BY THE SURGEON GENERAL MAY APPEAL THE DECISION TO THE ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE AFFAIRS (ASA(M&RA)). ACTIVE COMPONENT SOLDIERS MUST SUBMIT THEIR WRITTEN APPEAL, INCLUDING THE SURGEON GENERAL'S DENIAL DECISION MEMO THROUGH THEIR IMMEDIATE COMMANDER TO THE GENERAL COURT-MARTIAL CONVENING AUTHORITY (GCMCA) WITHIN SEVEN CALENDAR DAYS OF RECEIPT OF THEIR DENIED RELIGIOUS EXEMPTION REQUEST. RESERVE COMPONENT SOLDIERS MUST SUBMIT THEIR WRITTEN APPEAL AND SURGEON GENERAL DENIAL DECISION MEMO THROUGH THEIR IMMEDIATE COMMANDER TO THE GCMCA WITHIN 30 CALENDAR DAYS OF RECEIPT OF THEIR DENIED RELIGIOUS EXEMPTION REQUEST. COMMANDERS ARE REQUIRED TO PROVIDE RECOMMENDATIONS TO THE ASA(M&RA)

**UNCLAS CUI**

# UNCLAS CUI

PAGE 8 OF 17

WHEN SOLDIERS PROVIDE NEW INFORMATION IN THEIR APPEAL. COMMANDERS ARE ENCOURAGED, BUT NOT REQUIRED, TO PROVIDE RECOMMENDATIONS TO THE ASA(M&RA) WHEN SOLDIERS DO NOT PROVIDE ANY NEW INFORMATION. THE GCMCA WILL UTILIZE ETMS2 (DASG-VACC-RM) TO SUBMIT THE APPEAL TO THE OFFICE OF THE SURGEON GENERAL FOR FURTHER PROCESSING TO THE ASA(M&RA). ASA(M&RA) DECISIONS ARE FINAL AND WILL BE CONVEYED BACK TO THE GCMCA FOR NOTIFICATION TO THE SOLDIERS. COMMANDERS ARE RESPONSIBLE FOR FACILITATING DOCUMENTATION FOR SOLDIERS INTO ETMS2.

3.D.8.B.6.C. THROUGH 3.D.8.B.6.D. NO CHANGE.

3.D.8.B.6.E. (U) [ADD] COMMANDERS WILL INFORM SOLDIERS OF THE UPDATED COUNSELING FORMS THAT MAY BE FOUND IN ANNEX NN AND ANNEX OO. EFFECTIVE IMMEDIATELY, PREVIOUS COUNSELINGS CONDUCTED ARE STILL VALID AND MAY BE UPDATED AS NECESSARY.

3.D.8.B.7. THROUGH 3.D.8.B.9. NO CHANGE.

3.D.8.C. THROUGH 3.D.8.I. NO CHANGE.

3.D.8.J. (U) [CHANGE TO READ] READ AND COMPLY IAW ANNEX III, ASSISTANT SECRETARY OF DEFENSE MEMORANDUM, UPDATED GUIDANCE ON CO-ADMINISTRATION OF CORONAVIRUS DISEASE 2019 VACCINES WITH OTHER VACCINES, 7 OCTOBER 2021. COVID-19 VACCINE PRODUCTS (E.G., MODERNA, PFIZER, AND J&J VACCINES) MAY BE CO-ADMINISTERED WITH OTHER VACCINES WITHOUT REGARD TO TIMING, WITH THE EXCEPTION OF LIVE SMALLPOX VACCINE (ACAM2000).

3.D.8.J.1. NO CHANGE.

3.D.8.J.2. (U) [ADD] HEALTH CARE PROVIDERS WILL AVOID CO-ADMINISTRATION OF LIVE SMALLPOX VACCINE (ACAM2000) AND AN MRNA COVID-19 VACCINE. IT IS RECOMMENDED TO SEPARATE ADMINISTRATION OF LIVE SMALLPOX VACCINE (ACAM2000) AND MRNA COVID-19 VACCINE BY AT LEAST 28 DAYS.

3.D.8.K. NO CHANGE.

3.D.8.L. (U) [CHANGE TO READ] FDA HAS APPROVED COVID-19 VACCINE SHELF LIFE EXTENSIONS.

3.D.8.L.1. (U) [ADD] IAW ANNEX GG, PFIZER COVID-19 VACCINE RECEIVED A 90-DAY SHELF LIFE EXTENSION FOR DOSES MAINTAINED AT ULTRA COLD STORAGE (-90C TO -60C) WITH EXPIRATION DATES IN AUGUST 2021 THROUGH FEBRUARY 2022.

3.D.8.L.2. (U) [ADD] EFFECTIVE 28 OCTOBER 2021, MODERNA COVID-19 VACCINE RECEIVED A 60-DAY SHELF LIFE EXTENSION FOR SPECIFIC DOSES MAINTAINED AT IN A FROZEN STATE. SPECIFIC EXPIRATION DATES ARE LISTED IN ANNEX LLL OR MAY BE FOUND AT THE CASE SENSITIVE WEB LINK THAT IS FOUND IN ANNEX LLL.

3.D.8.M. NO CHANGE.

3.D.8.N. (U) [CHANGE TO READ] READ AND COMPLY IAW ANNEX JJJ, UNDER SECRETARY OF DEFENSE MEMORANDUM, "CORONAVIRUS DISEASE 2019 VACCINATION FOR PREGNANT AND BREASTFEEDING SERVICE MEMBERS," ISSUED 5 OCTOBER 2021.

3.D.8.O. NO CHANGE.

3.D.8.P. (U) [CHANGE TO READ] MTFS ARE AUTHORIZED TO BEGIN

# UNCLAS CUI

## UNCLAS CUI

ADMINISTERING COVID-19 VACCINE BOOSTER DOSES TO ELIGIBLE INDIVIDUALS.

3.D.8.P.1. (U) [CHANGE TO READ] A BOOSTER IS AN ADDITIONAL VACCINE DOSE ADMINISTERED TO RE-ENGAGE THE IMMUNE SYSTEM. A BOOSTER MAY BE ADMINISTERED AT LEAST SIX (6) MONTHS AFTER COMPLETING THE TWO-DOSE PFIZER-BIONTECH / COMIRNATY SERIES OR TWO-DOSE MODERNA SERIES. A BOOSTER MAY BE ADMINISTER AT LEAST TWO (2) MONTHS AFTER COMPLETING PRIMARY VACCINATION WITH J&J COVID-19 VACCINE.

3.D.8.P.2. (U) [CHANGE TO READ] THIS BOOSTER IS DIFFERENT THAN THE AUTHORIZED "THIRD DOSE" RECOMMENDED FOR IMMUNOCOMPROMISED (ANNEX II). IMMUNOCOMPROMISED PATIENTS SHOULD RECEIVE THE THIRD DOSE OF AN MRNA COVID-19 VACCINE 28 DAYS FOLLOWING THE TWO-DOSE REGIMEN OF AN MRNA COVID-19 VACCINE.

3.D.8.P.3. (U) [RESTATED] BOOSTER DOSES ARE NOT A MANDATORY COVID-19 VACCINE REQUIREMENT AT THIS TIME.

3.D.8.P.4. (U) [CHANGE TO READ] FOR MRNA COVID-19 VACCINES, INDIVIDUALS MEETING THE FOLLOWING CRITERIA ARE ELIGIBLE TO RECEIVE A BOOSTER: ?65 YEARS OF AGE, AGE 18+ WHO LIVE IN LONG-TERM CARE SETTINGS, AGE 18+ WHO HAVE UNDERLYING MEDICAL CONDITIONS, AND AGE 18+ WHO WORK OR LIVE IN HIGH-RISK SETTINGS.

3.D.8.P.5. (U) [CHANGE TO READ] FOR THE J&J COVID-19 VACCINE, INDIVIDUALS MEETING THE FOLLOWING CRITERIA ARE ELIGIBLE TO RECEIVE A BOOSTER: AGE 18+.

3.D.8.P.6. (U) [ADD] ELIGIBLE INDIVIDUALS MAY CHOOSE WHICH VACCINE THEY RECEIVE AS A BOOSTER DOSE. SOME PEOPLE MAY HAVE A PREFERENCE FOR THE VACCINE TYPE THAT THEY ORIGINALLY RECEIVED AND OTHERS MAY PREFER TO GET A DIFFERENT BOOSTER. THE CENTERS FOR DISEASE CONTROL AND PREVENTION RECOMMENDATIONS NOW ALLOW FOR THIS TYPE OF MIX AND MATCH DOSING FOR BOOSTER SHOTS.

3.D.8.Q. (U) [ADD] IAW ANNEX RRR, ALL SERVICE MEMBERS IN THE DOD ARE REQUIRED TO COMPLY WITH APPLICABLE MEDICAL READINESS REQUIREMENTS. ONE SUCH REQUIREMENT IS THAT UPON ARRIVAL AT INITIAL ENTRY TRAINING, ALL SERVICE MEMBERS MUST RECEIVE, IF NOT ALREADY INOCULATED, IMMUNIZATIONS REQUIRED BY THE JOINT REGULATION FOR IMMUNIZATIONS AND CHEMOPROPHYLAXIS FOR THE PREVENTION OF INFECTIOUS DISEASES AND OTHER APPLICABLE DOD GUIDANCE. THESE VACCINATIONS INCLUDE BUT ARE NOT LIMITED TO COVID-19, MENINGOCOCCAL, MEASLES/MUMPS/RUBELLA, TETANUS-DIPHTHERIA-PERTUSSIS, AND VARICELLA. APPLICANTS FOR MILITARY SERVICE AND SERVICE MEMBERS MAY SEEK AN EXEMPTION FOR VACCINATION REQUIREMENTS BASED ON A QUALIFYING MEDICAL OR RELIGIOUS BASIS FROM THE MILITARY SERVICE CONCERNED. SHOULD AN EXEMPTION BE DENIED, THE MEMBER WILL BE REQUIRED TO COMPLY WITH APPLICABLE MEDICAL READINESS REQUIREMENTS.

3.D.9. THROUGH 3.D.11. NO CHANGE.

3.D.12. (U) COMMANDERS CRITICAL INFORMATION REQUIREMENTS (CCIR)

3.D.12.A. THROUGH 3.D.12.J.

3.D.12.K. (U) [ADD] SENIOR COMMANDERS AND INSTALLATION/FACILITY MANAGERS WILL NOTIFY THE ARMY WATCH PRIOR TO A DECISION TO CHANGE THE POSTURE OF MASK WEARING IAW CDC COMMUNITY TRANSMISSION GUIDANCE IN 3.D.5.

3.D.13. NO CHANGE.

## UNCLAS CUI

3.D.14. (U) [CHANGE TO READ] TOTAL ARMY COMPLETION GOALS: COMPO 1
WILL ACHIEVE 100% COMPLETE VACCINATION NLT 15 DECEMBER 2021. COMPO 2
AND COMPO 3 WILL ACHIEVE 100% COMPLETE VACCINATION NLT 30 JUNE 2022.
CIVILIANS WILL ACHIEVE 100% COMPLETE VACCINATION NLT 22 NOVEMBER
2021. COMMANDERS WILL EXHAUST SUPPLIES ON HAND WITH URGENCY IN
PURSUIT OF 100% VACCINATION.

3.D.14.A. (U) [ADD] COMMANDERS EXECUTE THESE KEY MILESTONES FOR THE
ARMY IMPLEMENTATION TIMELINE:

22 NOV 21: DOD CIVILIAN FULLY VACCINATED MANDATE DEADLINE.
22 NOV 21: DOD CIVILIAN EXEMPTION REQUEST SUBMISSION DUE.
22 NOV 21: 100% COMPLETION OF DOD CIVILIAN EMPLOYEE VERIFICATION ON
MILCONNECT (PRIMARY IF AVAILABLE) OR HARD COPY DD FORM 3175.
23 NOV 21: 100% COMPLETION OF SUPERVISOR VERIFICATION FOR THEIR DOD
CIVILIAN EMPLOYEES ON MILCONNECT (PRIMARY IF AVAILABLE) OR HARD COPY
DD FORM 3175.
23 NOV 21: BPT CONDUCT 100% SCREENING TEST FOR UNVACCINATED DOD
CIVILIANS WHO ARE UNVACCINATED EVEN IF REQUESTING AN EXEMPTION OR
HAVE RECEIVED AN APPROVED EXEMPTION.
23 NOV 21: OFFICIAL VISITOR ACCESS ATTESTATION ON THE DD FROM 3150
AND REVIEW OF A NEGATIVE COVID-19 TEST RESULT WITHIN 72 HOURS FOR
THOSE INDIVIDUALS THAT ARE UNVACCINATED OR CHOOSE NOT TO DISCLOSE A
STATUS.
23 NOV 21: DOD CIVILIAN ENFORCEMENT/DISCIPLINARY ACTION WILL NOT BE
PURSUED AGAINST 1) CIVILIAN EMPLOYEES PRIOR TO 23 NOV 21, 2)
EMPLOYEES WITH AN APPROVED EXEMPTION, OR 3) EMPLOYEES WHO ARE PENDING
A DECISION ON A REQUESTED EXEMPTION.
08 DEC 21: DOD CONTRACTOR FULLY VACCINATED MANDATE DEADLINE. DOD
VENDORS MUST VERIFY THAT THEIR CONTRACTORS ARE FULLY VACCINATED.
09 DEC 21: BPT CONDUCT 100% SCREENING TEST FOR CONTRACTORS THAT
ATTEST TO BEING UNVACCINATED OR CHOOSE NOT TO DISCLOSE A STATUS.
15 DEC 21: COMPO 1 FULLY VACCINATED MANDATE DEADLINE.
16 DEC 21: BPT CONDUCT 100% SCREENING TEST FOR UNVACCINATED COMPO 1
SERVICE MEMBERS THAT ARE UNVACCINATED EVEN IF REQUESTING AN EXEMPTION
OR RECEIVED AN APPROVED EXEMPTION.
30 JUN 22: COMPO 2/3 FULLY VACCINATED MANDATE DEADLINE.
01 JUL 22: BPT CONDUCT 100% SCREENING TEST FOR UNVACCINATED COMPO
2/3 SERVICE MEMBERS THAT ARE UNVACCINATED EVEN IF REQUESTING AN
EXEMPTION OR RECEIVED AN APPROVED EXEMPTION.

3.D.15. NO CHANGE.

3.D.15.A. NO CHANGE.

3.D.15.B. (U) [CHANGE TO READ] INDIVIDUALS (MIL, CIV, OR CTR) WHO
ARE UNVACCINATED OR DECLINE TO PROVIDE INFORMATION REGARDING
VACCINATION STATUS ARE LIMITED TO MISSION-CRITICAL OFFICIAL TRAVEL,
BOTH DOMESTIC AND INTERNATIONAL. MISSION CRITICAL IS DETERMINED BY
THE UNDER SECRETARY OF THE ARMY IAW ANNEX KKK.

3.D.15.B.1. (U) [ADD] DETAILED GUIDANCE ON MISSION CRITICAL OFFICIAL
TRAVEL FROM THE UNDER SECRETARY OF THE ARMY WILL BE FORTHCOMING.

3.D.15.C. (U) [CHANGE TO READ] ANY IN PERSON INDOOR OR OUTDOOR
MEETINGS, EVENTS, AND CONFERENCES SPONSORED BY THE ARMY WITH MORE
THAN 50 PARTICIPANTS WILL REQUIRE APPROVAL FROM THE UNDER SECRETARY
OF THE ARMY. MEETINGS DO NOT INCLUDE MILITARY TRAINING AND EXERCISES.

3.D.15.C.1. (U) [ADD] ADDITIONAL GUIDANCE AND DIRECTION FROM HQDA
DCS G-1 WILL BE FORTHCOMING ON THE SUBMISSION PACKET REQUIREMENTS FOR

# UNCLAS CUI

INDOOR AND OUTDOOR MEETINGS, EVENTS, AND CONFERENCES SPONSORED BY THE ARMY, WITH MORE THAN 50 PARTICIPANTS.

3.D.15.D. (U) [CHANGE TO READ] IAW ANNEX KKK, FOR APPROVED IN-PERSON MEETINGS, THE MEETING ORGANIZER WILL REQUIRE ALL NON-MILITARY ATTENDEES TO SHOW PROOF OF VACCINATION ON A COMPLETED DD FORM 3150. IN-PERSON ATTENDEES WHO ARE NOT FULLY VACCINATED, OR WHO DECLINE TO PROVIDE INFORMATION ABOUT THEIR VACCINATION STATUS, MAY NOT ATTEND THE MEETING IF THEY DO NOT SHOW THE MEETING ORGANIZER PROOF OF A NEGATIVE FOOD AND DRUG ADMINISTRATION-AUTHORIZED OR APPROVED COVID-19 TEST COMPLETED NO EARLIER THAN 72 HOURS PRIOR TO THE MEETING AND AT LEAST WEEKLY IF THE MEETING EXCEEDS ONE (1) WEEK IN DURATION.

3.D.16. (U) [CHANGE TO READ] THIS ORDER IMPLEMENTS ANNEX GGG, FHP 23.2, AND ANNEX NNN, ASA(M&RA) GUIDANCE ON FHP 23.2. THESE MEMORANDUMS INFORM COMMANDERS AND SUPERVISORS OF THE SPECIFIC DOD DATES FOR MEETING CIVILIAN VACCINATION REQUIREMENTS.

3.D.16.A. (U) [ADD] EMPLOYEES AND SUPERVISORS SHOULD COMPLETE THEIR PORTIONS OF DD FORM 3175 IMMEDIATELY IN MILCONNECT, OR USE A HARD-COPY (ANNEX HHH) IF MILCONNECT IS NOT ACCESSIBLE.

3.D.16.A.1. (U) [ADD] SUPERVISORS WILL SEEK THE ADVICE OF THEIR SERVICING HUMAN RESOURCES, MEDICAL, AND LEGAL OFFICES REGARDING STORAGE OF HARD-COPY DD FORM 3175S (ANNEX HHH) AND ALL ADDITIONAL MEDICAL INFORMATION SUCH AS PROOF OF VACCINATION. INFORMATION COLLECTED MUST BE HANDLED IN ACCORDANCE WITH PRIVACY REQUIREMENTS.

3.D.16.B. (U) [ADD] COMMANDERS/DIRECTORS WILL DIRECT SUPERVISORS TO ISSUE A STANDARDIZED NOTICE MEMORANDUM (ANNEX OOO) TO THEIR CIVILIAN EMPLOYEES. THE ASA(M&RA), ASSISTANT G-1 (CIVILIAN PERSONNEL) HAS PROVIDED A NUMBERED MESSAGE (# 2021082) CONTAINING THE STANDARDIZED MEMORANDUM THAT MUST BE USED, SUBJECT: EMPLOYEE NOTIFICATION, MANDATORY COVID-19 VACCINATION FOR FEDERAL EMPLOYEES. EXAMPLE IS PROVIDED AS ANNEX OOO, REFER TO NUMBERED MESSAGE FOR WORKING COPY.

3.D.16.B.1. (U) [ADD] THE STANDARDIZED NOTICE MEMORANDUM MUST BE PRESENTED TO ALL CIVILIAN EMPLOYEES. THIS INCLUDES EMPLOYEES ON TELEWORK, EMPLOYEES WORKING REMOTELY, AND EMPLOYEES WHO HAVE ALREADY BEEN FULLY VACCINATED. EMPLOYEES MUST ACKNOWLEDGE RECEIPT OF THE NOTIFICATION AND RETURN A SIGNED COPY TO THEIR SUPERVISOR NO LESS THAN 5 WORK DAYS FROM THE DATE OF THE SUPERVISOR'S MEMORANDUM.

3.D.16.C. (U) [ADD] COMMANDERS/DIRECTORS WILL DIRECT SUPERVISORS TO INFORM ALL EMPLOYEES THAT EXEMPTION REQUESTS SHOULD BE SUBMITTED NO LATER THAN 22 NOVEMBER 2021, ABSENT EXTENUATING CIRCUMSTANCES. EMPLOYEES MUST PROVIDE AN OFFICIAL STATEMENT TO THEIR SUPERVISOR THAT DESCRIBES THE MEDICAL OR RELIGIOUS REASON FOR OBJECTION TO VACCINATION AGAINST COVID-19.

3.D.16.C.1. (U) [ADD] EMPLOYEES SHOULD USE DD FORM 3176 "REQUEST FOR A MEDICAL EXEMPTION OR DELAY TO THE COVID-19 VACCINATION REQUIREMENT," (ANNEX PPP) OR DD FORM 3177, "REQUEST FOR A RELIGIOUS EXEMPTION TO THE COVID-19 VACCINATION REQUIREMENT," (ANNEX QQQ). IN THE EVENT EMPLOYEES HAVE SUBMITTED EXEMPTIONS, SUPERVISORS SHOULD HOLD UNTIL FURTHER GUIDANCE.

3.D.16.C.2. (U) [ADD] CIVILIAN EMPLOYEES SHOULD BE PREPARED TO INITIATE VACCINE SEQUENCE IMMEDIATELY IF EXEMPTION REQUESTS ARE DENIED.

3.D.16.C.3. (U) [ADD] ADDITIONAL GUIDANCE FROM ASA(M&RA) WILL BE

# UNCLAS CUI

FORTHCOMING ON THE CIVILIAN EMPLOYEE EXEMPTION PROCESS.

3.D.16.D. (U) [ADD] EMPLOYEES WHO REFUSE TO BE VACCINATED, OR TO PROVIDE PROOF OF VACCINATION, ARE SUBJECT TO DISCIPLINARY MEASURES, UP TO AND INCLUDING REMOVAL FROM FEDERAL SERVICE.

3.D.16.D.1. (U) [ADD] DISCIPLINARY ACTIONS RELATED TO THE VACCINATION REQUIREMENT WILL NOT BE PURSUED AGAINST 1) CIVILIAN EMPLOYEES PRIOR 23 NOVEMBER 2021, 2) EMPLOYEES WITH AN APPROVED EXEMPTION, OR 3) EMPLOYEES WHO ARE PENDING A DECISION ON A REQUESTED EXEMPTION.

3.D.16.D.2. (U) [ADD] PROGRESSIVE ENFORCEMENT ACTIONS INCLUDE, BUT ARE NOT LIMITED TO: 1) A 5 CALENDAR-DAY PERIOD OF COUNSELING AND EDUCATION. 2) A SHORT SUSPENSION WITHOUT PAY, GENERALLY 14 CALENDAR DAYS OR LESS, WITH AN APPROPRIATE NOTICE PERIOD. SENIOR EXECUTIVE SERVICE MEMBERS MAY ONLY BE SUSPENDED FRO MORE THAN 14 CALENDAR DAYS. 3) REMOVAL FROM FEDERAL SERVICE FOR FAILING TO FOLLOW A DIRECT ORDER.

3.D.16.D.3. (U) [ADD] ADDITIONAL GUIDANCE FROM ASA(M&RA) ON DISCIPLINARY ACTIONS (CIVILIAN COVID-19 VACCINATION ENFORCEMENT) WILL BE FORTHCOMING.

3.D.16.E. (U) [ADD] CIVILIAN EMPLOYEES UNABLE TO OBTAIN A REQUIRED VACCINATION AT A MILITARY TREATMENT FACILITY (MTF) MAY BE AUTHORIZED THE STANDARD TRAVEL AND TRANSPORTATION ALLOWANCES IAW REF PP PARAGRAPH 033012.

3.D.16.F. (U) [ADD] IAW ANNEX MMM, CIVILIAN EMPLOYEES WHO RECEIVED THE REQUIRED COVID-19 VACCINATIONS ON OR AFTER 9 SEPTEMBER 21 MAY BE AFFORDED COVERAGE UNDER THE FEDERAL EMPLOYEES COMPENSATION ACT (FECA) FOR 1) ADVERSE REACTIONS TO THE VACCINE ITSELF, AND 2) INJURIES SUSTAINED AS THE DIRECT RESULT OF AN EMPLOYEE RECEIVING THEIR MANDATED VACCINATION.

3.D.16.G. (U) [ADD] DETAILED ARMY-SPECIFIC IMPLEMENTING GUIDANCE AND DIRECTION FROM ASA(M&RA) WILL BE FORTHCOMING ON CIVILIAN VACCINATION REPORTING AND NEW CIVILIAN HIRING.

3.D.17. (U) [ADD] IAW ANNEX GGG, COMMANDERS BE PREPARED TO INITIATE ON-SITE COVID-19 SCREENING TESTING (NON-CLINICAL) FOR INDIVIDUALS WHO ARE UNVACCINATED, HAVE A VALID EXEMPTION, OR ARE PENDING DETERMINATION OF A SUBMITTED EXEMPTION.

3.D.17.A. (U) [ADD] ORDERING INFORMATION FOR OVER-THE-COUNTER NON-CLINICAL TESTS MAY BE FOUND IN ANNEX SSS.

3.D.17.B. (U) [ADD] ARMY-SPECIFIC IMPLEMENTING GUIDANCE ON COVID-19 TESTING FROM ASA(M&RA) WILL BE FORTHCOMING.

3.D.18. (U) [ADD] SENIOR MISSION COMMANDERS AND INSTALLATION/FACILITY MANAGERS WILL DEVELOP INTEGRATED PLANS THAT DIRECT RESPONSIBILITIES AND AUTHORITIES FOR REVIEWING COVID-19 VACCINATION ATTESTATION DOCUMENTATION (DD FORM 3150) AND VERIFICATION OF TESTING DOCUMENTATION TO CONTROL ACCESS OF CONTRACTORS AND OFFICIAL VISITORS TO THEIR DOD FACILITIES IN ACCORDANCE WITH ANNEX GGG, FHP 23.2.

3.D.18.A. (U) [ADD] ADDITIONAL GUIDANCE ON IMPLEMENTATION FOR REVIEW OF COVID-19 VACCINATION ATTESTATION DOCUMENTATION AND VERIFICATION OF TESTING DOCUMENTATION WILL BE FORTHCOMING.

## UNCLAS CUI

4. (U) SUSTAINMENT. NOT USED.

5. (U) COMMAND AND SIGNAL.

5.A. (U) COMMAND. NOT USED.

5.B. (U) SIGNAL.

5.B.1. (U) HEADQUARTERS DEPARTMENT OF THE ARMY COVID-19 POINTS OF CONTACT (POC). HQDA COVID-19 OPT AT USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.COVID-OPT@ARMY.MIL;

5.B.1.A. (U) G-1 POC IS COL MICHAEL A. ZWEIFEL, MICHAEL.A.ZWEIFEL.MIL@ARMY.MIL, (703) 697-8469.

5.B.1.B. (U) G-2 POC IS LTC LEON SATCHELL, LEON.R.SATCHELL.MIL@ARMY.MIL, (703)697-5484.

5.B.1.C. (U) G-4 POC IS G4 ALOC USARMY.PENTAGON.HQDA.MBX.AALOCATC@ARMY.MIL, (703) 614-2149.

5.B.1.D. (U) LABORATORY RESPONSE NETWORK POC IS DR. WILLIAM NAUSCHUETZ, LABORATORY BIOPREPAREDNESS COORDINATOR, WILLIAM.F.NAUSCHUETZ.CIV@MAIL.MIL, (210) 295-7269 OR (210) 386-1480.

5.B.1.E. (U) USAMEDCOM PUBLIC HEALTH POC IS COL RICK CHAVEZ, RODRIGO.CHAVEZ5.MIL@MAIL.MIL, (703) 681-9510 OR COL MICHELE A. SOLTIS, MICHELE.A.SOLTIS.MIL@MAIL.MIL, (703) 681- 6043.

5.B.1.F. (U) ARMY PUBLIC HEALTH CENTER POC IS DR. STEVEN CERSOVSKY, STEVEN.B.CERSOVSKY.CIV@MAIL.MIL, (410) 436-4311.

5.B.1.G. (U) ARMY PUBLIC AFFAIRS POC IS LTC TERENCE KELLEY, TERENCE.M.KELLEY.MIL@ARMY.MIL.

5.B.1.H. (U) OFFICE OF THE JUDGE ADVOCATE GENERAL POC LTC JAMES MCINERNEY, JAMES.A.MCINERNEY.MIL@ARMY.MIL, (703) 614-4630,

5.B.1.I. (U) ARMY NATIONAL GUARD POC IS MAJ TIMOTHY MCCORMIC, TIMOTHY.A.MCCORMIC.MIL@MAIL.MIL, (703) 601-7620.

5.B.1.J. (U) UNITED STATES ARMY RESERVES POC IS LTC RAYMOND D. HARPER, RAYMOND.D.HARPER4.MIL@MAIL.MIL, 703.614.5271.

5.B.1.K. (U) OFFICE OF THE SURGEON GENERAL POC IS COL DUBRAY KINNEY, DUBRAY.KINNEY2.MIL@MAIL.MIL, (703) 681-9672.

5.B.1.L. (U) [CHANGE TO READ] ASSISTANT SECRETARY OF THE ARMY (FINANCIAL MANAGEMENT AND COMPTROLLER) POC IS LTC DALE BERRY, DALE.E.BERRY2.MIL@ARMY.MIL, (703) 614-1680.

5.B.1.M. (U) ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND RESERVE AFFAIRS) POCS ARE MS. CONSTANCE B. RAY, CONSTANCE.B.RAY2.CIV@ARMY.MIL, (703) 344-8047 OR COL BENITO RODRIGUEZ, BENITO.E.RODRIGUEZ.MIL@MAIL.MIL, (703) 695-4402.

5.B.1.N. (U) [ADD] ARMY CONFERENCES PROGRAM, OFFICE OF THE ADMINISTRATIVE ASSISTANT TO THE SECRETARY OF THE ARMY POC: HQDA.CONFERENCES.INBOX@MAIL.MIL.

5.B.1.O. (U) [ADD] (U) ASSISTANT SECRETARY OF THE ARMY (ACQUISITION, LOGISTICS AND TECHNOLOGY) POCS ARE LTC RACHAEL M. HOAGLAND,

## UNCLAS CUI

## UNCLAS CUI

RACHAEL.M.HOAGLAND.MIL@ARMY.MIL, (703) 614-2500 OR COL ROBERT L. VON
TERSCH, ROBERT.L.VONTERSCH.MIL@ARMY.MIL, (703) 614-6586.

5.B.1.P. (U) HEADQUARTERS DEPARTMENT OF THE ARMY WATCH: NIPR EMAIL
USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@ARMY.MIL, SIPR EMAIL
USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@MAIL.SMIL.MIL.

5.B.1.Q. (U) HEADQUARTERS DEPARTMENT OF THE ARMY COVID-19 CRISIS
ACTION TEAM INFO:

NIPR PORTAL:

HTTPS://G357.ARMY.PENTAGON.MIL/OD/ODO/ARMYOPCENTER/CAWG/CAT/SITEPAGES
CORONAVIRUS%20(COVID-19).ASPX


SIPR PORTAL:

HTTPS://G357.ARMY.PENTAGON.SMIL.MIL/OD/ODO/ARMYOPCENTER/CRISISACTIONP
AGE/SITEPAGES/HOME.ASPX


DOMS NIPR OMB:
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.DOMS-OPERATIONS@ARMY.MIL

DOMS SIPR OMB:
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.AOC-DOMS-TEAM@MAIL.SMIL.MIL

6. (U) THE EXPIRATION DATE OF THIS MESSAGE IS 31 DECEMBER 2026,
UNLESS FORMALLY RESCINDED OR SUPERSEDED.


ATTACHMENT:
ANNEX A - ARMY INSTALLATION GATING CRITERIA REPORT.
ANNEX B - SECRETARY OF DEFENSE MEMORANDUM, "UPDATE TO
CONDITIONS-BASED APPROACH TO CORONAVIRUS DISEASE 2019 PERSONNEL
MOVEMENT AND TRAVEL RESTRICTIONS," 15 MARCH 2021.
ANNEX C - COVID-19 PERSONAL PROTECTIVE EQUIPMENT, LOGSTAT REPORT.
ANNEX D - HQDA COVID-19 POSITIVE CASE AND ROM TRACKER.
ANNEX E - SECRETARY OF THE ARMY MEMORANDUM, "DELEGATION OF AUTHORITY
TO APPROVE TRAVEL OF ARMY PERSONNEL-TRANSITION FRAMEWORK," 20 APRIL
2021.
ANNEX F - SECRETARY OF DEFENSE MEMORANDUM, "GUIDANCE FOR COMMANDERS'
RISK-BASED RESPONSES AND IMPLEMENTATION OF THE HEALTH PROTECTION
CONDITION (HPCON) FRAMEWORK DURING THE CORONAVIRUS DISEASE 2019
PANDEMIC," 29 APRIL 2021.
ANNEX G - FORCE HEALTH PROTECTION SUPPLEMENT 20, DEPARTMENT OF
DEFENSE GUIDANCE FOR PERSONNEL TRAVELING DURING THE CORONAVIRUS
DISEASE 2019 PANDEMIC, 12 APRIL 2021.
ANNEX H - FORCE HEALTH PROTECTION SUPPLEMENT 16.1, DEPARTMENT OF
DEFENSE GUIDANCE DEPLOYMENT AND REDEPLOYMENT OF INDIVIDUALS AND
UNITS, 04 MAY 2021.
ANNEX I - FORCE HEALTH PROTECTION SUPPLEMENT 15.2, DEPARTMENT OF
DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE 2019 LABORATORY TESTING
SERVICES, 02 JULY 2021.
[CHANGE TO READ] ANNEX J - IMPLEMENTATION OF REQUIRED COVID-19
PROTECTIONS PUBLIC AFFAIRS GUIDANCE.
ANNEX K - TIER 4 TESTING CONCEPT AND APPROVAL AUTHORITY.
ANNEX L - DOD COVID TASK FORCE, COVID-19 TESTING PROTOCOLS, 08 MARCH
2021.
ANNEX M - CLMS FORM 1D, CLINICAL LABORATORY IMPROVEMENT PROGRAM
WAIVED COMPLEXITY REGISTRATION/RENEWAL FORM.

## UNCLAS CUI

## UNCLAS CUI

ANNEX N - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "METHODS TO ENABLE AND ENCOURAGE VACCINATION AGAINST CORONAVIRUS DISEASE 2019," 20 MAY 2021.

[RESCIND] ANNEX O - SECRETARY OF DEFENSE MEMORANDUM, "CO-ADMINISTRATION OF CORONAVIRUS DISEASE 2019 VACCINES WITH OTHER VACCINES," 03 JUNE 2021.

ANNEX P - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "CORONAVIRUS DISEASE 19 VACCINE GUIDANCE," 07 DECEMBER 2020.

ANNEX Q - UNDER SECRETARY OF DEFENSE MEMORANDUM SUPPLEMENTAL GUIDANCE FOR PROVIDING DOD CORONAVIRUS DISEASE 2019 VACCINE TO DOD CONTRACTOR EMPLOYEES AND SELECT FOREIGN NATIONALS, 31 DECEMBER 2020.

ANNEX R - SECRETARY OF DEFENSE MEMORANDUM, SECRETARIAL DESIGNEE STATUS FOR SELECT DEPARTMENT OF DEFENSE CIVILIAN EMPLOYEE AND CONTRACTOR EMPLOYEE DEPENDENTS OUTSIDE THE UNITED STATES FOR THE LIMITED PURPOSE OF RECEIVING CORONAVIRUS DISEASE 2019 VACCINATIONS, 03 JUNE 2021.

ANNEX S - SECRETARY OF DEFENSE MEMORANDUM, USE OF MASKS AND OTHER PUBLIC HEALTH MEASURES, 04 FEBRUARY 2021.

ANNEX T - FORCE HEALTH PROTECTION SUPPLEMENT 17.1, DEPARTMENT OF DEFENSE GUIDANCE FOR THE USE OF MASKS, PPE, AND NPI, 22 JUNE 2021.

ANNEX U - SECRETARY OF ARMY MEMORANDUM, USE OF MASKS AND DELEGATION OF AUTHORITY TO GRANT EXCEPTIONS, 24 FEBRUARY 2021.

ANNEX V - [RESCINDED]

ANNEX W - POOLED TESTING GUIDANCE AND STRATEGY, 02 JUNE 2021.

ANNEX X - UNDER SECRETARY OF DEFENSE MEMORANDUM GUIDANCE FOR PARTICIPATION OF INTERNATIONAL MILITARY STUDENTS AND TRAINEES, 07 MAY 2021.

ANNEX Y - UNDER SECRETARY OF DEFENSE MEMORANDUM SUPPLEMENTAL GUIDANCE ON ETP PROCESS, 08 JUNE 2021.

ANNEX Z - SECRETARY OF THE ARMY MEMORANDUM, DELEGATION OF AUTHORITY FOR HEALTH PROTECTION CONDITION (HPCON) IMPLEMENTATION AND OCCUPANCY REQUIREMENTS, 09 JUNE 2021.

ANNEX AA - FORCE HEALTH PROTECTION SUPPLEMENT 22, DOD GUIDANCE FOR CORONAVIRUS DISEASE 2019 SURVEILLANCE AND SCREENING TESTING, 21 JULY 2021.

ANNEX BB - UPDATED MASK GUIDANCE FOR ALL DOD INSTALLATIONS AND OTHER FACILITIES, 28 JULY 2021.

ANNEX CC - CDC GUIDANCE FOR IMPLEMENTING COVID-19 PREVENTION STRATEGIES, 27 JULY 2021.

ANNEX DD - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1419, (J&J) JANSSEN COVID-19 VACCINE SHELF-LIFE EXTENSION, 28 JULY 2021.

ANNEX EE - COVID-19 VACCINATION REQUIREMENT REPORT.

ANNEX FF - MANDATORY CORONAVIRUS DISEASE 2019 VACCINATION OF DEPARTMENT OF DEFENSE SERVICE MEMBERS, 24 AUGUST 2021.

ANNEX GG - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1463, PFIZER LICENSE AND SHELF LIFE EXTENSION, 24 AUGUST 2021.

ANNEX HH - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21- 1425, UPDATED COVID-19 VACCINE ORDERING GUIDELINES, 09 AUGUST 2021.

ANNEX II - MMQC 21 1454 ADDITIONAL DOSE OF COVID 19 VACCINE FOR IMMUNOCOMPROMISED PERSONS,13 AUGUST 2021.

ANNEX JJ - MANDATORY VACCINATION OF SERVICE MEMBERS USING THE PFIZER-BIONTECH COVID-19 AND COMIRNATY COVID-19 VACCINES, 14 SEPTEMBER 2021.

ANNEX KK - DD FROM 3150, CONTRACTOR PERSONNEL AND VISITOR CERTIFICATION OF VACCINATION, OCTOBER 2021.

ANNEX LL - VACCINE INFORMATION FACT SHEET

ANNEX MM - UPDATED CORONAVIRUS DISEASE 2019 GUIDANCE RELATED TO TRAVEL AND MEETINGS, 24 SEPTEMBER 2021.

[CHANGE TO READ] ANNEX NN - SAMPLE DA FORM 4856 FOR ENLISTED VACCINE REFUSALS.

[CHANGE TO READ] ANNEX OO - SAMPLE DA FORM 4856 FOR OFFICER VACCINE REFUSALS.

## UNCLAS CUI

## UNCLAS CUI

ANNEX PP - EXECUTIVE ORDER 14043 OF SEPTEMBER 9, 2021, REQUIRING VACCINATION FOR FEDERAL EMPLOYEES.
ANNEX QQ - EXECUTIVE ORDER 14042 OF SEPTEMBER 9, 2021, ENSURING ADEQUATE COVID SAFETY PROTOCOLS FOR FEDERAL CONTRACTORS.
ANNEX RR - ABBOTT BINAXNOW COVID-19 AG CARD PRODUCT EXPIRY UPDATE, MAY 2021.
ANNEX SS - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1538, DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE, 23 SEPTEMBER 2021.
ANNEX TT - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549, PFIZER-BIONTECH/COMIRNATY COVID-19 VACCINE BOOSTER DOSE RECOMMENDATIONS, 27 SEPTEMBER 2021.
ANNEX UU - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549, SUPPLEMENT 1, KEY MESSAGES AND TALKING POINTS, 27 SEPTEMBER 2021.
ANNEX VV - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549, SUPPLEMENT 2, FACT SHEET FOR HEALTHCARE PROVIDERS ADMINISTERING VACCINE (VACCINATION PROVIDERS), 27 SEPTEMBER 2021.
ANNEX WW - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549, SUPPLEMENT 3, VACCINE INFORMATION FACT SHEET FOR RECIPIENTS AND CAREGIVERS ABOUT COMIRNATY (COVID-19 VACCINE, MRNA) AND PFIZER-BIONTECH COVID-19 VACCINE TO PREVENT CORONAVIRUS DISEASE 2019 (COVID-19), 27 SEPTEMBER 2021.
ANNEX XX - REFUSALS AND MEDICAL/RELIGIOUS EXEMPTIONS PROCESS.
ANNEX YY - COVID-19 VACCINATION PERMANENT MEDICAL EXEMPTION REQUEST STANDARD OPERATION PROCEDURE.
ANNEX ZZ - PERMANENT MEDICAL EXEMPTION REQUEST PROCESS ASSIGNMENTS.
ANNEX AAA - REQUEST FOR PERMANENT MEDICAL EXEMPTION TO COVID-19 VACCINATION TEMPLATE MEMORANDUM.
ANNEX BBB - ARMY DIRECTIVE 2021-33 (APPROVAL AND APPEAL AUTHORITIES FOR MILITARY AND MEDICAL ADMINISTRATIVE IMMUNIZATION EXEMPTIONS), 24 SEPTEMBER 2021.
ANNEX CCC - SAFER FEDERAL WORKFORCE TASK FORCE, COVID-19 WORKPLACE SAFETY: AGENCY MODEL SAFETY PRINCIPLES, LAST UPDATED 13 SEPTEMBER 2021.
ANNEX DDD - SAFER FEDERAL WORKFORCE TASK FORCE, COVID-19 WORKPLACE SAFETY: GUIDANCE FOR FEDERAL CONTRACTORS AND SUBCONTRACTORS, ISSUED 24 SEPTEMBER 2021.
ANNEX EEE - MANDATORY CORONAVIRUS DISEASE 2019 VACCINATION OF DOD CIVILIAN EMPLOYEES, ISSUED 1 OCTOBER 2021.
ANNEX FFF - OFFICE OF PERSONNEL MANAGEMENT (OPM) AND SAFER FEDERAL WORKFORCE TASK FORCE GUIDANCE ON VACCINATION REQUIREMENTS, 5 OCTOBER 2021.
ANNEX GGG - UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND READINESS MEMORANDUM, "FORCE HEALTH PROTECTION GUIDANCE (SUPPLEMENT 23) REVISION 2 - DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE 2019 VACCINATION ATTESTATION, SCREENING TESTING, AND VACCINATION VERIFICATION," 29 OCTOBER 2021.
ANNEX HHH - DD FORM 3175, CIVILIAN EMPLOYEE CERTIFICATION OF VACCINATION, OCTOBER 2021.
[ADD] ANNEX III - ASSISTANT SECRETARY OF DEFENSE FOR HEALTH AFFAIRS MEMORANDUM, "UPDATED GUIDANCE ON CO-ADMINISTRATION OF CORONAVIRUS DISEASE 2019 VACCINE WITH OTHER VACCINES," 7 OCTOBER 2021.
[ADD] ANNEX JJJ - UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND READINESS MEMORANDUM, "CORONAVIRUS DISEASE 2019 VACCINATION FOR PREGNANT AND BREASTFEEDING SERVICE MEMBERS," 5 OCTOBER 2021.
[ADD] ANNEX KKK - SECRETARY OF THE ARMY MEMORANDUM, "DELEGATION OF AUTHORITY-ADDITIONAL CORONAVIRUS DISEASE 2019 GUIDANCE RELATED TO TRAVEL AND MEETINGS," 12 OCTOBER 2021.
[ADD] ANNEX LLL - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1613, "DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE," 28 OCTOBER 2021.
[ADD] ANNEX MMM - DEFENSE CIVILIAN PERSONNEL ADVISORY SERVICE MESSAGE, "COVERAGE FOR INJURIES RESULTING FROM THE COVID-19

## UNCLAS CUI

# UNCLAS CUI

VACCINATION MANDATE FOR FEDERAL EMPLOYEES," 14 OCTOBER 2021.
[ADD] ANNEX NNN - ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND
RESERVE AFFAIRS MEMORANDUM, "FORCE HEALTH PROTECTION GUIDANCE
(SUPPLEMENT 23) - REVISION 2 - DEPARTMENT OF DEFENSE GUIDANCE FOR
CORONAVIRUS DISEASE 2019 VACCINATION ATTESTATION, SCREENING TESTING,
AND VACCINATION VERIFICATION," 8 NOVEMBER 2021.
[ADD] ANNEX OOO - ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND
RESERVE AFFAIRS, ASSISTANT G-1 (CIVILIAN PERSONNEL) NUMBERED MESSAGE
(# 2021082) ARMY TEMPLATE MEMO FOR EMPLOYEE NOTIFICATION OF COVID-19
VACCINATION REQUIREMENT, "SUBJECT: EMPLOYEE NOTIFICATION, MANDATORY
COVID-19 VACCINATION FOR FEDERAL EMPLOYEES."
[ADD] ANNEX PPP - DD FORM 3176, "REQUEST FOR MEDICAL EXEMPTION OR
DELAY TO THE COVID-19 VACCINATION REQUIREMENT," OCTOBER 2021.
[ADD] ANNEX QQQ - DD FORM 3177, "REQUEST FOR RELIGIOUS EXEMPTION TO
THE COVID-19 VACCINATION REQUIREMENT," OCTOBER 2021.
[ADD] ANNEX RRR - OFFICE OF THE ASSISTANT SECRETARY OF DEFENSE FOR
MANPOWER AND RESERVE AFFAIRS MEMORANDUM, "VACCINATION ADVISORY
STATEMENT FOR NON-USMEPCOM ACCESSIONS," 22 OCTOBER 21.
[ADD] ANNEX SSS - DEFENSE LOGISTICS AGENCY, "COVID-19 HOME TEST KITS
ORDERING PROCEDURES," 5 NOVEMBER 2021.

BT
#3845



NNNN
Received from AUTODIN 110235Z Nov 21

# UNCLAS CUI

## UNCLAS CUI

# FRAGO 10 TO HQDA EXORD 225-21 COVID-19 STEADY STATE OPERATIONS

| | |
|---|---|
| **Originator:** | DA WASHINGTON DC |
| **DTG:** | 190336Z Nov 21 |
| **Prec:** | Priority |
| **To:** | ARLINGTON NATIONAL CEMETERY ARLINGTON VA, ARNG NGB COMOPS ARLINGTON VA, ARNG NGB J3 JOC WASHINGTON DC, ARNGRC ARLINGTON VA, ARNGRC WATCH ARLINGTON VA, CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX, CDR ARMY FUTURES COMMAND AUSTIN TX, CDR ATEC ABERDEEN PROVING GROUND MD, CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC, CDR MDW J3 FT MCNAIR DC, CDR MDW JFHQ-NCR FT MCNAIR DC, CDR NETCOM 9THSC FT HUACHUCA AZ, CDR TRADOC CG FT EUSTIS VA, CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA, CDR USAR NORTH FT SAM HOUSTON TX, CDR USARCENT SHAW AFB SC, CDR USASOC COMMAND CENTER FT BRAGG NC, CDR USASOC FT BRAGG NC, CDR USASOC MESSAGE CENTER FT BRAGG NC, CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC, CDRAMC REDSTONE ARSENAL AL, CDRFORSCOM FT BRAGG NC, CDRHRC G3 DCSOPS FT KNOX KY, CDRINSCOM FT BELVOIR VA, CDRINSCOMIOC FT BELVOIR VA, CDRMDW WASHINGTON DC, CDRUSACE WASHINGTON DC, CDRUSACIDC FT BELVOIR VA, CDRUSACYBER FT BELVOIR VA, CDRUSACYBER G3 FT BELVOIR VA, CDRUSACYBER G33 FT BELVOIR VA, CDRUSAEIGHT G3 CUROPS SEOUL KOR, CDRUSAEIGHT SEOUL KOR, CDRUSAMEDCOM FT SAM HOUSTON TX, CDRUSARC G33 READ FT BRAGG NC, CDRUSARCYBER WATCH OFFICER FT BELVOIR VA, CDRUSARPAC CG FT SHAFTER HI, CDRUSARPAC FT SHAFTER HI, COMDT USAWC CARLISLE BARRACKS PA, HQ IMCOM FT SAM HOUSTON TX, HQ INSCOM IOC FT BELVOIR VA, HQ SDDC CMD GROUP SCOTT AFB IL, HQ SDDC OPS MSG CNTR SCOTT AFB IL, HQ USARSO FT SAM HOUSTON TX, HQ USARSO G3 FT SAM HOUSTON TX, HQDA ARMY STAFF WASHINGTON DC, HQDA CSA WASHINGTON DC, HQDA EXEC OFFICE WASHINGTON DC, HQDA IMCOM OPS DIV WASHINGTON DC, HQDA SEC ARMY WASHINGTON DC, HQDA SECRETARIAT WASHINGTON DC, HQDA SURG GEN WASHINGTON DC, MEDCOM HQ EOC FT SAM HOUSTON TX, NETCOM G3 CURRENT OPS FT HUACHUCA AZ, NGB WASHINGTON DC, SMDC ARSTRAT CG ARLINGTON VA, SMDC ARSTRAT G3 ARLINGTON VA, SUPERINTENDENT USMA WEST POINT NY, SURGEON GEN FALLS CHURCH VA, USAR AROC FT BRAGG NC, USAR CMD GRP FT BRAGG NC, USAR DCS G33 OPERATIONS FT BRAGG NC, USARCENT G3 FWD, USARPAC COMMAND CENTER FT SHAFTER HI, CDR USAREUR-AF WIESBADEN GE, CDR SETAF-AF VICENZA IT |
| **CC:** | HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC, HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC, HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC |
| **Attachments:** | (U) ANNEX DDD SFWF TF COVID 19 WORKPLACE SAFETY GUIDANCE FOR FEDERAL CONTRACTORS AND SUBCONTRACTORS.pdf, (U) ANNEX TTT GENERAL INSTRUCTIONS FOR ALL SCREENING TESTS OF UNVACCINATED PERSONNEL.pdf, (U) ANNEX VVV - SAMPLE DECISION MEMO REQUESTING APPROVAL OF TRAVEL FOR UNVACCINATED INDIVIDUALS.pdf, (U) ANNEX WWW - PROCESS FOR REQUESTING MISSION ESSENTIAL APPROVAL OF TRAVEL FOR UNVACCINATED INDIVIDUALS.pdf, (U) ANNEX XXX - SAMPLE DECISION MEMO MEETINGS OVER 50 PARTICIPANTS.pdf, (U) ANNEX YYY SECARMY MEMO FLAGS AND BARS FOR SM CV19 VACCINATION REFUSAL 16NOV21.pdf, (U) ANNEX UUU REIMBURSEMENT AND PROCESS FOR EMPLOYEE PURCHASED COVID-19 SELF-TESTS.pdf |

```
CUI//
CONTROLLED BY: HQDA DCS, G-3/5/7
CONTROLLED BY: DAMO-OD
CUI CATEGORY: OPSEC
LIMITED DISSEMINATION CONTROL: FEDCON
POC: LTC NYKEBA L. ANTHONY 703-692-2804

SUBJECT: (CUI) FRAGO 10 TO HQDA EXORD 225-21 COVID-19 STEADY STATE
OPERATIONS//

(U) REFERENCES.
REF//A/ THROUGH REF/L/ NO CHANGE.
REF//M/ [RESTATED] (U) FORCE HEALTH PROTECTION SUPPLEMENT 18,
DEPARTMENT OF DEFENSE GUIDANCE FOR PROTECTING ALL PERSONNEL IN DOD
WORKPLACES, 17 MARCH 2021//
REF//N/ THROUGH REF/PP/ NO CHANGE.
REF//QQ/ [ADD] FRAGO 9 TO HQDA EXORD 225-21 COVID-19 STEADY STATE
OPERATIONS, DTG 110232Z NOV 21 //

1. (U) SITUATION. NO CHANGE.

1.A. THROUGH 1.J. NO CHANGE.
```

## UNCLAS CUI

**UNCLAS CUI**

1.K. (U) [ADD] THE PRESIDENT'S VACCINATION MANDATE DIRECTLY SUPPORTS MISSION READINESS. THE VACCINATION EFFORT ALIGNS WITH THE "ACQUIRE" AND "RETAIN" LINES OF EFFORT OF THE ARMY PEOPLE STRATEGY. VACCINATION PROMOTES A HEALTHY WORK ENVIRONMENT AND ENHANCES EMPLOYEE MORALE AND WORKFORCE ENGAGEMENT. THIS DIRECTION IS APPLICABLE TO ALL ARMY CIVILIANS, TO INCLUDE FOREIGN NATIONALS, TO THE EXTENT POSSIBLE WHILE RESPECTING HOST NATION AGREEMENTS AND LAWS.

2. (U) MISSION. NO CHANGE.

3. (U) EXECUTION.

3.A. (U) COMMANDER'S INTENT.

3.A.1. (U) KEY TASKS:

3.A.1.A. THROUGH 3.A.1.E. NO CHANGE.

3.B. (U) CONCEPT OF OPERATION. NO CHANGE.

3.C. (U) TASKS TO ARMY STAFF AND SUBORDINATE COMMANDS. NO CHANGE.

3.C.1. THROUGH 3.C.29. NO CHANGE.

3.C.30. (U) DEPUTY CHIEFS OF STAFF, HEADQUARTERS DEPARTMENT OF THE ARMY (HQDA DCS).

3.C.30.A. (U) HQDA, DEPUTY CHIEF OF STAFF G-1 (HQDA DCS G-1).

3.C.30.A.1. THROUGH 3.C.30.A.4. NO CHANGE.

3.C.30.A.5. [RESCIND].

3.C.30.B. NO CHANGE.

3.C.31. THROUGH 3.C.33. NO CHANGE.

3.D. (U) COORDINATING INSTRUCTIONS.

3.D.1. THROUGH 3.D.7. NO CHANGE.

3.D.8. NO CHANGE.

3.D.8.B. NO CHANGE.

3.D.8.B.1. NO CHANGE.

3.D.8.B.1.A. THROUGH 3.D.8.B.1.D. NO CHANGE.

3.D.8.B.1.E. (U) [CHANGE TO READ] SOLDIERS WHO REFUSE THE MANDATORY VACCINATION ORDER, WHO HAVE NOT SUBMITTED A MEDICAL OR ADMINISTRATIVE EXEMPTION REQUEST, WILL BE FLAGGED AND REMAIN FLAGGED UNDER FLAG CODE "A", ADVERSE ACTIONS, IAW AR 600-8-2. ADMINISTRATIVE EXEMPTION REQUESTS INCLUDE RELIGIOUS EXEMPTIONS.

3.D.8.B.1.E.1. (U) [ADD] SOLDIERS WHO WERE PREVIOUSLY FLAGGED AND WHOSE FLAGS HAVE SINCE BEEN REMOVED, WHO CONTINUE TO REFUSE THE MANDATORY VACCINATION ORDER, WILL BE REFLAGGED IN ACCORDANCE WITH ANNEX YYY.

3.D.8.B.1.E.2. (U) [ADD] SOLDIERS WHO WERE PREVIOUSLY FLAGGED AND WHOSE FLAGS HAVE SINCE BEEN REMOVED, WHO HAVE SUBMITTED A MEDICAL OR

**UNCLAS CUI**

## UNCLAS CUI

ADMINISTRATIVE EXEMPTION, WILL NOT BE REFLAGGED. IF THE EXEMPTION
(AND APPEAL WHEN APPLICABLE) IS DENIED, THE SOLDIER WILL BE FLAGGED
UNTIL THEY ARE FULLY VACCINATED OR SEPARATED FROM SERVICE.

3.D.8.B.1.E.3. (U) [ADD] THE EFFECTIVE DATE OF THE FLAG WILL BE THE
DATE THE SOLDIER MAKES A FINAL DECLINATION OF IMMUNIZATION, FOLLOWING
A MEETING WITH A MEDICAL PROFESSIONAL, AND SECOND ORDER TO RECEIVE
THE VACCINE FROM AN IMMEDIATE COMMANDER. THE FLAG WILL REMAIN IN
PLACE BEYOND COMPLETION OF ANY ENSUING NON-PUNITIVE MEMORANDUM OF
REPRIMAND UNTIL THEY ARE FULLY VACCINATED OR SEPARATED FROM SERVICE.

3.D.8.B.1.E.4. (U) [ADD] FLAG CODE "A" IS A NON-TRANSFERRABLE FLAG
AND THE SOLDIER MAY NOT BE VOLUNTARILY TRANSFERRED TO ANOTHER UNIT.
SOLDIERS WITH A NON-TRANSFERRABLE FLAG MAY BE REASSIGNED ON A
CASE-BY-CASE BASIS IAW AR 600-8-2, PARA 2-8.

3.D.8.B.1.E.5. (U) [ADD] SOLDIERS WHO ARE FLAGGED FOR REFUSING THE
MANDATORY VACCINATION ORDER ARE ELIGIBLE FOR DISABILITY EVALUATION
SYSTEM PROCESSING.

3.D.8.B.1.E.6. (U) [ADD] ADDITIONALLY, SOLDIERS WHO ARE FLAGGED FOR
REFUSING THE MANDATORY VACCINATION ORDER ARE AUTHORIZED TO SUBMIT
RETIREMENT REQUESTS, UNQUALIFIED RESIGNATIONS, OR REQUESTS FOR
SEPARATION UPON EXPIRATION OF TERMS OF SERVICE.

3.D.8.B.1.F. (U) [CHANGE TO READ] COMMANDERS WILL NOT FLAG OR TAKE
ADVERSE ACTION AGAINST SOLDIERS WITH PENDING OR APPROVED EXEMPTION
REQUESTS UNLESS OTHER MISCONDUCT OCCURS.

3.D.8.B.1.G. THROUGH 3.D.13. NO CHANGE.

3.D.14. NO CHANGE.

3.D.14.A. (U) [CHANGE TO READ] COMMANDERS WILL EXECUTE IAW THESE KEY
MILESTONES FOR THE ARMY IMPLEMENTATION TIMELINE:

20 NOV 21: NLT SUPERVISORS MUST ISSUE THE "EMPLOYEE NOTIFICATION,
MANDATORY COVID-19 VACCINATION FOR FEDERAL EMPLOYEES" TO ALL ARMY
EMPLOYEES, TO INCLUDE THOSE WHO PREVIOUSLY COMPLETED THE DD FORM
3175.
22 NOV 21: NLT DOD CIVILIAN FULLY VACCINATED MANDATE.
24 NOV 21: NLT 100% COMPLETION OF DOD CIVILIAN EMPLOYEE VERIFICATION
ON MILCONNECT OR HARD COPY DD FORM 3175 (IF UNABLE TO ACCESS
MILCONNECT).
24 NOV 21: NLT 100% COMPLETION OF SUPERVISOR VERIFICATION FOR THEIR
DOD CIVILIAN EMPLOYEES ON MILCONNECT OR HARD COPY DD FORM 3175(IF
UNABLE TO ACCESS MILCONNECT).
24 NOV 21: NLT DOD CIVILIAN EXEMPTION REQUEST SUBMISSIONS DUE.
24 NOV 21: BEGIN 100% SCREENING TESTING FOR ALL SOLDIERS AND DOD
CIVILIANS WHO ARE UNVACCINATED.
3 DEC 21: NLT ENSURE 100% OF ALL DD FORMS 3175 ARE CAPTURED IN
MILCONNECT.
6 DEC 21: SENIOR MISSION COMMANDERS AND FACILITY MANAGERS BEGIN
CONDUCTING 100% SCREENING OF OFFICIAL VISITORS BEFORE GAINING ACCESS
TO A DOD FACILITY FOR OFFICIAL BUSINESS. THE OFFICIAL VISITOR WILL
ATTEST ON THE DD FORM 3150. SENIOR MISSION COMMANDERS CONFIRM THAT
UNVACCINATED (OR THOSE THAT CHOOSE NOT TO DISCLOSE) PROVIDE A
NEGATIVE COVID-19 TEST RESULT NO MORE THAN 72 HOURS PRIOR TO
ACCESSING THE FACILITY.
18 JAN 22: MANDATE FOR DOD CONTRACTORS' FULL VACCINATION. DOD
VENDORS MUST VERIFY THAT THEIR CONTRACTORS ARE FULLY VACCINATED.
19 JAN 22: BEGIN CONDUCTING 100% SCREENING TESTING FOR CONTRACTORS

## UNCLAS CUI

PAGE 4 OF 15

THAT ARE UNVACCINATED OR CHOOSE NOT TO DISCLOSE A STATUS.

3.D.15. NO CHANGE.

3.D.15.A. NO CHANGE.

3.D.15.B. (U) [CHANGE TO READ] TRAVEL FOR MISSION CRITICAL UNVACCINATED MILITARY MEMBERS WILL REQUIRE APPROVAL FROM THE UNDER SECRETARY OF THE ARMY IAW ANNEX KKK. REQUESTS MUST BE SUBMITTED VIA ETMS2 (FORMALLY TMT) NLT 21 DAYS PRIOR TO TRAVEL. THE TASKER SUBJECT SHOULD READ: "UNVAC TRAVEL: [INSERT ORGANIZATION NAME]"

3.D.15.B.1. (U) [CHANGE TO READ] REQUESTS FOR MISSION CRITICAL TRAVEL OF UNVACCINATED MILITARY MEMBERS MUST INCLUDE A DECISION MEMORANDUM THRU THE VICE DIRECTOR OF THE ARMY STAFF, FOR THE SENIOR OFFICIAL PERFORMING THE DUTIES OF THE UNDER SECRETARY OF THE ARMY AND INCLUDE ENDORSEMENT FROM THE SENIOR MISSION COMMANDER. AN EXAMPLE SENIOR MISSION COMMANDER'S ENDORSEMENT MEMORANDUM IS PROVIDED AS ANNEX VVV. A PROCESS MAP (ANNEX WWW) WILL ASSIST IN DETERMINING IF A TRAVEL REQUEST IS NEEDED AND IF TRAVEL CAN TAKE PLACE. ONCE THE REQUEST IS APPROVED, ALL TRAVELERS MUST PROVIDE A NEGATIVE TEST RESULT WITHIN 72 HOURS OF TRAVEL AND ADHERE TO LOCAL TRAVEL REQUIREMENTS.

3.D.15.B.2. (U) [ADD] TRAVEL FOR MISSION CRITICAL UNVACCINATED MILITARY MEMBERS WILL REQUIRE APPROVAL FROM THE UNDER SECRETARY OF THE ARMY IAW ANNEX KKK. REQUESTS MUST BE SUBMITTED VIA ETMS2 (FORMALLY TMT) NLT 21 DAYS PRIOR TO TRAVEL. THE TASKER SUBJECT SHOULD READ: "UNVAC TRAVEL: [INSERT ORGANIZATION NAME]".

3.D.15.B.3. (U) [ADD] FOR THE PURPOSES OF A SUBMISSION REQUEST FOR UNVACCINATED TRAVEL, EXAMPLES OF MISSION CRITICAL ARE MILITARY DEPLOYMENTS, COVID-19 RESPONSE DEPLOYMENTS OR ACTIVITIES, DIPLOMATS TRAVELING, HIGH-LEVEL INTERNATIONAL NEGOTIATIONS THAT CANNOT OCCUR REMOTELY, OR SIMILAR TASK THAT IS VITAL TO NATIONAL SECURITY THAT CAN ONLY BE ACCOMPLISHED WITH THAT UNVACCINATED INDIVIDUAL TRAVELING.

3.D.15.B.4. (U) [ADD] REQUESTS FOR MISSION CRITICAL TRAVEL OF UNVACCINATED MILITARY MEMBERS, DOD CIVILIANS, AND CONTRACTORS MUST INCLUDE A DECISION MEMORANDUM THRU THE VICE DIRECTOR OF THE ARMY STAFF, FOR THE SENIOR OFFICIAL PERFORMING THE DUTIES OF THE UNDER SECRETARY OF THE ARMY AND INCLUDE ENDORSEMENT FROM THE SENIOR MISSION COMMANDER. AN EXAMPLE SENIOR MISSION COMMANDER'S ENDORSEMENT MEMORANDUM IS PROVIDED AS ANNEX VVV. A PROCESS MAP (ANNEX WWW) WILL ASSIST IN DETERMINING IF A TRAVEL REQUEST IS NEEDED AND IF TRAVEL CAN TAKE PLACE. ONCE THE REQUEST IS APPROVED, ALL TRAVELERS MUST PROVIDE A NEGATIVE TEST RESULT WITHIN 72 HOURS OF TRAVEL AND ADHERE TO LOCAL TRAVEL REQUIREMENTS.

3.D.15.B.5. (U) [ADD] PERSONNEL WITH A PENDING VACCINATION EXEMPTION IN THE PCS WINDOW WILL NEED TO SUBMIT AN ETP TO THE UNDER SECRETARY OF THE ARMY. LOSING UNIT WILL NEED TO NOTIFY GAINING UNIT AND MAKE THEM AWARE OF SOLDIER'S INTENT AND THAT AN ETP REQUEST WILL BE SUBMITTED AND THAT THEY WILL PROVIDE UPDATE ON DECISION.

3.D.15.B.6. (U) [ADD] PERSONNEL WITH AN APPROVED VACCINATION EXEMPTION IN THE PCS WINDOW WILL NOT REQUIRE ETP FROM THE UNDER SECRETARY OF THE ARMY. SOLIDER WILL EXECUTE PCS IAW FHP 20. LOSING UNIT WILL NOTIFY GAINING UNIT THAT SOLIDER HAS AN APPROVED VACCINE EXEMPTION. THUS REDUCING ADMINISTRATIVE BURDEN ON UNITS AND HQDA.

3.D.15.C. [CHANGE TO READ] MEETING REQUEST PACKETS FOR INDOOR AND

OUTDOOR MEETINGS, EVENTS, AND CONFERENCES, THAT ARE SPONSORED BY THE ARMY WITH MORE THAN 50 PARTICIPANTS MUST INCLUDE THREE DOCUMENTS. A DECISION MEMORANDUM THRU THE VICE DIRECTOR OF THE ARMY STAFF, FOR THE SENIOR OFFICIAL PERFORMING THE DUTIES OF THE UNDER SECRETARY OF THE ARMY AND INCLUDE AN ENDORSEMENT FROM THE SENIOR MISSION COMMANDER (AN EXAMPLE SENIOR MISSION COMMANDER'S ENDORSEMENT MEMORANDUM IS PROVIDED AS ANNEX XXX.), A LEGAL OPINE FROM THE SERVICING STAFF JUDGE ADVOCATE OFFICE, AND A HEALTH RISK ASSESSMENT CONDUCTED BY REGIONAL PUBLIC HEALTH COMMAND.

3.D.15.C.1. (U) [CHANGE TO READ] REQUESTS MUST BE SUBMITTED VIA ETMS2 (ALSO KNOWN AS TMT) NLT 21 DAYS PRIOR TO THE MEETING. THE TASKER SUBJECT SHOULD READ: "RFA OVER 50: [INSERT MEETING NAME]".

3.D.15.C.2. (U) [ADD] THE DOCUMENTS MUST BE UPLOADED IN A PDF PORTFOLIO IN THE FOLLOWING ORDER: (1) DECISION MEMO ENDORSED BY SENIOR MISSION COMMANDER; (2) LEGAL OPINE; (3) HEALTH RISK ASSESSMENT; (4) ANY OTHER SUPPORTING DOCUMENTS.

3.D.15.C.3. (U) [ADD] APPROVAL ROUTING IN ETMS2 IS: STAGE 1, DACS-ZDV-ECC; STAGE 2, DACS-ZDV; STAGE 3, DACS-ZD; STAGE 4, SAUS OUSA.

3.D.15.C.4. (U) [ADD] UNITS MAY CONTACT MEDCOM TO REQUEST A HEALTH RISK ASSESSMENT AT: USARMY.APG.MEDCOM-APHC.MBX.COVID-19-TASK-FORCE@MAIL.MIL

3.D.15.D. (U) [CHANGE TO READ] IAW ANNEX KKK, FOR APPROVED IN-PERSON INDOOR OR OUTDOOR MEETINGS, EVENTS, AND CONFERENCES, THE ORGANIZER WILL REQUIRE ALL NON-MILITARY ATTENDEES TO PROVIDED A COMPLETED DD FORM 3150 STATING THAT THEY ARE FULLY VACCINATED OR HAVE AN APPROVED/PENDING EXEMPTION. THE MEETING ORGANIZER WILL VERIFY THE SERVICE MEMBERS VACCINATION STATUS IN MEDPROS OR REQUIRE THE SERVICE MEMBER TO PRESENT PROOF OF VACCINATION. IN-PERSON ATTENDEES, WHO ARE NOT FULLY VACCINATED, OR WHO DECLINE TO PROVIDE INFORMATION ABOUT THEIR VACCINATION STATUS, MAY NOT ATTEND. THOSE INDIVIDUALS WITH AN APPROVED/PENDING AN EXEMPTION MAY ATTEND.

3.D.16. NO CHANGE.

3.D.16.A. (U) [CHANGE TO READ] NLT 24 NOVEMBER 2021 COMMANDERS AND SUPERVISORS WILL ENSURE 100% ACCOUNTABILITY ON COMPLETION OF THE DD FORM 3175, DOD CIVILIAN EMPLOYEE CERTIFICATION OF VACCINATION. NLT 24 NOVEMBER 2021, COMMANDERS WILL ENSURE THAT THEIR SUPERVISORS OR AUTHORIZED HUMAN RESOURCES OFFICES VALIDATE PROOF OF VACCINATION AND COMPLETE THE SECTION B OF THE DD FORM 3175. MILCONNECT IS THE ARMY'S SYSTEM OF RECORD FOR CIVILIAN VACCINATION REPORTING ON DD FORM 3175.

3.D.16.A.1. (U) NO CHANGE.

3.D.16.A.2. (U) [CHANGE TO READ] NLT 24 NOVEMBER 2021 ALL DOD CIVILIAN EMPLOYEES, UNABLE TO ACCESS MILCONNECT MUST COMPLETE HARD COPIES OF THE DD FORM 3175 (ANNEX HHH) AND SUBMIT TO THEIR IMMEDIATE SUPERVISOR.

3.D.16.A.3. (U) [ADD] NLT 24 NOVEMBER 2021 VACCINATED EMPLOYEES MUST ALSO PROVIDE THE REQUIRED EVIDENCE OF VACCINATION TO THEIR SUPERVISOR. SUPERVISORS ARE TO RETAIN EVIDENCE OF VACCINATION AS MEDICAL RECORDS IN ACCORDANCE WITH THE REHABILITATION ACT OF 1973 AND THE PRIVACY ACT OF 1974.

3.D.16.A.4. (U) [ADD] NLT 3 DECEMBER 2021 COMMANDS COMPLETE AN EXCEL

SPREADSHEET FOR REPORTING DD FORM 3175 (DOD CIVILIAN EMPLOYEE CERTIFICATION OF VACCINATION) FOR USE IN BULK UPLOADING AND SUBMITTED TO MR. JOHN BOTT (DASA-CP) AT JOHN.M.BOTT.CIV@ARMY.MIL.
3.D.16.A.4.A. (U) [ADD] COMMANDS WILL MAINTAIN AN EXCEL SPREADSHEET FOR EMPLOYEES WHO ARE UNABLE TO ACCESS MILCONNECT TO REPORT THEIR STATUS WILL BE USED TO ENSURE 100% ACCOUNTABILITY OF THEIR EMPLOYEE STATUS. THESE SPREADSHEETS SHOULD ONLY CONTAIN DATA FOR PERSONNEL WHO ARE NOT IN MILCONNECT IN ORDER TO AVOID DOUBLE-COUNTING. THE STANDARDIZED TEMPLATE, WITH SPECIFIC DATA FIELDS, HAS BEEN PROVIDED TO COMMAND G1 SECTIONS BY DASA-CP.
3.D.16.B. (U) [CHANGE TO READ] NLT 20 NOVEMBER 2021 COMMANDERS/ DIRECTORS WILL ENSURE SUPERVISORS ISSUE A STANDARDIZED NOTICE MEMORANDUM (ANNEX OOO) TO THEIR CIVILIAN EMPLOYEES. THE ASA(M&RA), ASSISTANT G-1 (CIVILIAN PERSONNEL) HAS PROVIDED A NUMBERED MESSAGE (# 2021082) CONTAINING THE STANDARDIZED MEMORANDUM THAT MUST BE USED, SUBJECT: EMPLOYEE NOTIFICATION, MANDATORY COVID-19 VACCINATION FOR FEDERAL EMPLOYEES. EXAMPLE IS PROVIDED AS ANNEX OOO, REFER TO NUMBERED MESSAGE FOR WORKING COPY.

3.D.16.B.1. NO CHANGE.

3.D.16.C. NO CHANGE.

3.D.16.C.1. THROUGH 3.D.16.C.2 NO CHANGE.

3.D.16.C.3. (U) [CHANGE TO READ] EXEMPTIONS.

3.D.16.C.3.A. (U) [ADD] TO ENSURE CONSISTENCY IN THE REVIEW PROCESS AND DECISION OF VACCINE MANDATE EXEMPTION REQUESTS, THE SECRETARY OF THE ARMY AUTHORIZED ESTABLISHMENT OF SUBJECT MATTER EXPERT (SME) TEAMS TO REVIEW MEDICAL AND RELIGIOUS EXEMPTION REQUESTS AND TO PROVIDE INFORMED RECOMMENDATIONS TO THE DESIGNATED DECISION AUTHORITY(S).

3.D.16.C.3.B. (U) [ADD] THE SME TEAMS WILL BE COMPRISED OF EXPERTS WITHIN THE COMMAND TO INCLUDE MEDICAL, LEGAL, CHAPLAIN, HUMAN RESOURCES, AND EQUAL EMPLOYMENT OPPORTUNITY DISCIPLINES, AND ADDITIONAL DEDICATED ADMINISTRATIVE SUPPORT (AS NEEDED). REQUESTS FOR EXCEPTIONS TO SME TEAM COMPOSITION WILL BE SUBMITTED IN WRITING TO THE ASA M&RA.

3.D.16.C.3.B.1. (U) [ADD] THE DECISION AUTHORITY WILL APPOINT MEMBERS OF THE SME TEAM IN WRITING.

3.D.16.C.3.B.2. (U) [ADD] LEGAL: STAFF JUDGE ADVOCATE OR HEAD OF LEGAL OFFICE WILL RECOMMEND CIVILIAN ATTORNEYS OR JUDGE ADVOCATES WHO POSSESS THE APPROPRIATE LEVEL OF EXPERIENCE AND KNOWLEDGE, SKILLS, AND ABILITY TO ADVISE ON EXEMPTION REQUESTS.

3.D.16.C.3.B.3. (U) [ADD] MEDICAL: SERVICING SENIOR MEDICAL OFFICIAL WILL RECOMMEND TWO MEMBERS: 1) A PHYSICIAN, PHYSICIAN'S ASSISTANT, OR NURSE PRACTITIONER, AND 2) A PUBLIC HEALTH OFFICIAL WITH THE APPROPRIATE LEVEL OF MEDICAL EXPERIENCE AND KNOWLEDGE, SKILLS, AND ABILITY TO ADVISE ON EXEMPTION REQUESTS.

3.D.16.C.3.B.4. (U) [ADD] RELIGIOUS: SENIOR CHAPLAIN WILL RECOMMEND CHAPLAINS WHO POSSESS THE APPROPRIATE LEVEL OF EXPERIENCE AND KNOWLEDGE, SKILLS AND ABILITIES TO ADVISE ON EXEMPTION REQUESTS. MUST BE OF THE RANK OF CAPTAIN OR HIGHER OR THE APPROPRIATE CIVILIAN GRADE.

3.D.16.C.3.B.5. (U) [ADD] LABOR MANAGEMENT EMPLOYEE RELATIONS

SPECIALIST - GS 201-13 OR HIGHER.

3.D.16.C.3.B.6. (U) [ADD] EQUAL EMPLOYMENT MANAGER - GS 260-13 OR HIGHER.

3.D.16.C.3.B.7. (U) [ADD] SHOULD REQUIRED EXPERTISE NOT BE RESIDENT IN THE COMMAND, COMMANDERS WILL REQUEST SUPPORT FROM THEIR HIGHER HEADQUARTERS.

3.D.16.C.3.C. (U) [ADD] EACH SUBMITTED REQUEST WILL BE REVIEWED ON AN INDIVIDUAL BASIS. TEAMS WILL PROVIDE WRITTEN ADVICE TO THE DECISION AUTHORITY AS THE DELIVERABLE.

3.D.16.C.3.D. (U) [ADD] THE DECISION AUTHORITY LEVEL FOR CIVILIAN EXEMPTION REQUESTS IS LIEUTENANT GENERAL / TIER 3 SES OR HIGHER WITHIN THE HEADQUARTERS OF AASA, ACOMS, ASCCS, AND DRUS. FOR DRUS WITHOUT A LIEUTENANT GENERAL / TIER 3 SES, DECISION AUTHORITY WILL ALIGN WITH THEIR HIGHER LEVEL REPORTING CHAIN. SPECIFICS WILL BE PUBLISHED. NO FURTHER DELEGATION IS AUTHORIZED.

3.D.16.C.3.E. (U) [ADD] AASA, COMMANDERS OF ACOMS, ASCCS, AND DRUS ARE RESPONSIBLE FOR ESTABLISHING A SINGLE SUBJECT MATTER EXPERT (SME) TEAM COMPRISED OF LEGAL, MEDICAL, RELIGIOUS, EEO, LABOR RELATIONS, AND EMPLOYEE MANAGEMENT RELATIONS PERSONNEL.

3.D.16.C.3.E.1. (U) [ADD] THE SME TEAM WILL MEET AT LEAST WEEKLY TO REVIEW EXEMPTION REQUESTS, DELIBERATE, AND PROVIDE INFORMED ADVICE TO THE RESPECTIVE DECISION AUTHORITY. INCOMPLETE PACKETS WILL BE RETURNED TO THE EMPLOYEES.

3.D.16.C.3.E.2. (U) [ADD] THE SME TEAM ADVICE TO THE DECISION AUTHORITY WILL BE REVIEWED FOR LEGAL SUFFICIENCY, AND THEN SUBMITTED IN WRITING TO THE DECISION AUTHORITY. CRITICAL FORMAT FOR THIS ADVICE TO BE PUBLISHED.

3.D.16.C.3.E.3. (U) [ADD] ACOMS WITH MAJOR SUBORDINATE ORGANIZATIONS LED BY COMMANDING GENERALS/DIRECTORS AT MAJOR GENERAL OR TIER 2 SES OR HIGHER, MAY DELEGATE RESPONSIBILITY TO ESTABLISH ONE SUBORDINATE SME TEAM WITHIN THOSE RESPECTIVE ORGANIZATIONS, COMPRISED OF LEGAL, MEDICAL, RELIGIOUS, EEO, LABOR RELATIONS, AND EMPLOYEE MANAGEMENT RELATIONS PERSONNEL. ACOM COMMANDERS WHO WISH TO DELEGATE THE AUTHORITY TO ESTABLISH THESE MAJOR GENERAL OR TIER 2 SES-LEVEL ADVISORY SME TEAMS WILL NOTIFY THEIR SUBORDINATE ORGANIZATIONS IN WRITING.

3.D.16.C.3.E.3.A. (U) [ADD] THE SME TEAMS WILL PROVIDE CONSOLIDATED WRITTEN ADVICE TO THEIR RESPECTIVE HHQ DECISION AUTHORITY TO APPROVE OR DISAPPROVE EXEMPTION REQUESTS. THIS ADVICE WILL BE REVIEWED FOR LEGAL SUFFICIENCY, AND THEN SUBMITTED IN WRITING TO THE DECISION AUTHORITY.

3.D.16.C.3.F. (U) [ADD] NO FURTHER DELEGATION OF THIS AUTHORITY IS AUTHORIZED.

3.D.16.C.3.G. (U) [ADD] ADDITIONAL SPECIFIC GUIDANCE REGARDING APPEALS, GRIEVANCES, OR REQUESTS FOR RECONSIDERATION WILL BE PUBLISHED.

3.D.16.C.3.H. (U) [ADD] DECISION AUTHORITIES AND SME TEAM MEMBERS WILL BE TRAINED, THEN CERTIFIED IN WRITING PRIOR TO REVIEWING PACKETS. THIS IS THE PRIMARY DUTY FOR TEAM MEMBERS WHILE THERE ARE SUFFICIENT NUMBERS OF NEW REQUESTS TO CONVENE THE TEAM. THE TEAM

# UNCLAS CUI

WILL MEET AT MINIMUM OF WEEKLY, REGARDLESS OF THE NUMBER OF PACKETS.

3.D.16.C.3.H.1. (U) [ADD] OTJAG WILL PUBLISH STANDARDS FOR A SUBMISSION PACKET WHICH WILL INCLUDE 1) DD FORM 3175, AND 2) DD FORM 3176 OR 3177, AND 3) INFORMATION OUTLINED IN FHP GUIDANCE SUPPLEMENT 23, REVISION 2 (ANNEX GGG).

3.D.16.C.3.I. (U) [ADD] SME TEAM MEMBERS WITH ACCESS TO MANAGEMENT DIRECTIVE 715 REPORTER AUTOMATED SYSTEM WILL MAINTAIN EXEMPTION REQUESTS STATUS ACCURATELY (E.G., RECEIPT OF PACKET, REVIEW OF PACKET WITH SME TEAM, RECOMMENDATION, DECISION) IN THE SYSTEM FOR EACH EXEMPTION THROUGHOUT THE ENTIRE PROCESS. AASA, COMMANDERS OF ACOMS, ASCCS, AND DRUS WILL DESIGNATE REPRESENTATIVES FROM THE SERVICING COMMAND EQUAL EMPLOYMENT OFFICE TO PROVIDE MD 715 REPORTER SUPPORT.

3.D.16.D. THROUGH 3.D.16.D.2 NO CHANGE.

3.D.16.D.3. (U) [CHANGE TO READ] ADDITIONAL GUIDANCE FROM ASA(M&RA) ON DISCIPLINARY ACTIONS (CIVILIAN COVID-19 VACCINATION ENFORCEMENT) TO BE PUBLISHED.

3.D.16.E. THROUGH 3.D.16.F. NO CHANGE.

3.D.16.G. (U) [CHANGE TO READ] COMMANDERS WILL ONLY HIRE NEW DOD CIVILIAN EMPLOYEES THAT ARE FULLY VACCINATED BY THEIR ENTRY ON DUTY UNLESS THERE IS A VALID MEDICAL EXEMPTION FOR NOT RECEIVING THE VACCINE. GUIDANCE ON INTERNAL MOVEMENTS OF UNVACCINATED OR PENDING VACCINATION CIVILIAN EMPLOYEES WITHIN ARMY AND EXTERNAL HIRES TO ARMY WILL BE PUBLISHED.

3.D.17. (U) [CHANGE TO READ] EFFECTIVE 24 NOVEMBER 2021 SENIOR MISSION COMMANDERS AND FACILITY MANAGERS WILL ESTABLISH COVID-19 SCREENING TESTING PROGRAMS FOR UNVACCINATED SERVICE MEMBERS AND DOD CIVILIAN EMPLOYEES WHO ACCESS DOD FACILITIES. THIS APPLIES TO ALL SERVICE MEMBERS AND DOD CIVILIAN EMPLOYEES WHO ARE NOT FULLY VACCINATED.

3.D.17.A. (U) [CHANGE TO READ] COVID-19 SCREENING TESTING WILL BE PERFORMED AT LEAST WEEKLY FOR UNVACCINATED SERVICE MEMBERS AND DOD CIVILIAN EMPLOYEES WHOSE ROUTINE PLACE OF DUTY REQUIRES ACCESS TO DOD FACILITIES. UNVACCINATED SERVICE MEMBERS AND DOD CIVILIAN EMPLOYEES WHO EPISODICALLY ENTER DOD FACILITIES TO PERFORM DUTIES WILL PROVIDE A NEGATIVE COVID-19 TEST RESULT ADMINISTERED NOT GREATER THAN 72 HOURS PRIOR TO ACCESSING A DOD FACILITY.

3.D.17.B. (U) [CHANGE TO READ] EFFECTIVE IMMEDIATELY, COMMANDERS WILL PROCURE COVID-19 TEST KITS FOR SCREENING TESTING FROM THE DEFENSE LOGISTICS AGENCY (DLA). THESE THREE TEST KITS ARE AUTHORIZED: 1) QUICKVUE AT-HOME OTC COVID-19 TEST, 2) ORASURE INTELISWAB COVID-19 ST OTC US, AND 3) ABBOTT BINAXNOW COVID-19 ANTIGEN SELF TEST (REFER TO ANNEX SSS).

3.D.17.B.1. (U) [ADD] COMMANDERS WILL PURCHASE COVID-19 TEST KITS FOR THEIR UNVACCINATED SERVICE MEMBERS AND DOD CIVILIAN EMPLOYEES USING UNIT OPERATING FUNDS. THE MISCELLANEOUS PAY PROCESS IS THE ONLY AUTHORIZED PURCHASING METHOD FOR UNITS. THE PRIMARY SOURCE OF SUPPLY IS THROUGH GCSS-ARMY. USE SUPPLY PROJECT CODE "07S" (ZERO-SEVEN-SIERRA) WHEN ORDERING TEST KITS. THE GOVERNMENT PURCHASE CARD IS NOT AUTHORIZED FOR PURCHASING COVID-19 TEST KITS.

3.D.17.C. (U) [ADD] COMMANDERS/SUPERVISORS WILL DIRECT THAT COVID-19 SCREENING TESTING IS SUPERVISED TO ENSURE THE INTEGRITY OF THE

# UNCLAS CUI

TESTING PROCESS.

3.D.17.C.1. (U) [ADD] BY EXCEPTION ONLY, COMMANDERS MAY AUTHORIZE IN WRITING THAT SOLDIERS AND DOD CIVILIANS MAY CONDUCT UNSUPERVISED TESTING USING SELF-TESTS. SUPERVISORS WILL ESTABLISH PROCEDURES AND INFORM SOLDIERS AND DA CIVILIAN EMPLOYEES HOW TO DOCUMENT PROOF FROM UNSUPERVISED TESTING. SOLDIERS AND DA CIVILIAN EMPLOYEES WITH COMMAND APPROVAL IN WRITING MAY BE AUTHORIZED TO PURCHASE APPROVED KITS TO PERFORM SCREENING TESTING ON THE ECONOMY. COMMANDERS ARE RESPONSIBLE FOR REIMBURSING SOLDIERS AND DA CIVILIANS FOR APPROVED TEST KIT PURCHASES. REIMBURSEMENT WILL TAKE APPROXIMATELY 120 TO 150 DAYS FROM COMPLETION OF SUBMISSION. SEE ANNEX UUU.

3.D.17.C.2. (U) [ADD] COMMANDERS ARE NOT EXPECTED OR REQUIRED TO ESTABLISH SCREENING TESTING AT FACILITY ENTRY POINTS (TURNSTILE-TYPE TESTING). COMMANDERS WILL ESTABLISH TESTING PROCEDURES THAT FIT THEIR UNIT'S NEEDS AND OPERATING MODELS.

3.D.17.C.3. (U) [ADD] COMMANDERS ARE NOT AUTHORIZED TO UTILIZE MEDICAL TREATMENT FACILITY (MTF) CLINICAL TESTING OR SUPPLIES TO EXECUTE COVID-19 SCREENING TESTING FOR THEIR SOLDIERS AND DOD CIVILIANS. MTFS WILL NOT SUPPORT SCREENING TESTING.

3.D.17.D. (U) [ADD] COMMANDERS WILL USE CRITERIA OUTLINED IN ANNEX TTT TO ESTABLISH THEIR SCREENING TESTING PROGRAM.

3.D.17.D.1. (U) [ADD] SOLDIERS AND DOD CIVILIAN EMPLOYEES WHO HAVE RECOVERED FROM A RECENT COVID-19 INFECTION ARE EXEMPTED FROM SCREENING TESTING FOR 90 DAYS FOLLOWING THEIR DOCUMENTED DATE OF RECOVERY FROM A MEDICAL PROVIDER.

3.D.17.D.2. (U) [ADD] SOLDIERS AND DOD CIVILIAN EMPLOYEES WILL BE INSTRUCTED TO PERFORM COVID-19 SCREENING TESTING IN ACCORDANCE WITH THE TEST KIT'S SPECIFIC INSTRUCTIONS FOR USE. SEE ANNEX TTT FOR GENERAL INSTRUCTIONS.

3.D.17.D.3. (U) [ADD] TESTING RESULTS FOR SUPERVISED SCREENING TESTING.

3.D.17.D.3.A. (U) [ADD] SOLDIERS AND DOD CIVILIAN EMPLOYEES WITH A NEGATIVE SCREENING TEST RESULT WILL BE ALLOWED TO PROCEED TO THEIR DESIGNATED WORK AREAS.

3.D.17.D.3.B. (U) [ADD] SOLDIERS AND DOD CIVILIAN EMPLOYEES WITH A POSITIVE SCREENING TEST RESULT WILL ADHERE TO REF M (FHP 18) AND ANNEX I (FHP 15.2) AND BE OFFERED CONFIRMATORY COVID-19 TESTING AT GOVERNMENT EXPENSE. DOD CIVILIAN EMPLOYEES WHO REFUSE THE OFFERED CONFIRMATORY TESTING WILL NOT BE ALLOWED ACCESS TO DOD FACILITIES AND BE REQUIRED TO QUARANTINE.

3.D.17.D.3.B.1. (U) [ADD] CONFIRMATORY COVID-19 TESTING WILL BE PERFORMED BY A CLINICAL LABORATORY IMPROVEMENT PROGRAM (CLIP)/CLINICAL LABORATORY IMPROVEMENT AMENDMENTS (CLIA) APPROVED LABORATORY USING A FDA AUTHORIZED OR APPROVED MOLECULAR TEST. CONFIRMATORY TESTING MAY BE OBTAINED AT AN MTF, A PRIMARY MEDICAL PROVIDER, OR ANOTHER TESTING PROVIDER (URGENT CARE CENTER, LOCAL/STATE HEALTH DEPARTMENTS).

3.D.17.D.3.B.2. (U) [ADD] SOLDIERS AND DOD CIVILIAN EMPLOYEES WITH A NEGATIVE RESULT FROM A VALID CONFIRMATORY COVID-19 TEST WILL BE ALLOWED INTO THE WORKPLACE.

3.D.17.D.3.C. (U) [ADD] SOLDIERS AND DOD CIVILIAN EMPLOYEES WITH AN INVALID SCREENING TEST RESULT WILL CONDUCT ANOTHER SCREENING TEST WITH A DIFFERENT TEST KIT OF THE SAME BRAND.

3.D.18. NO CHANGE.

3.D.19. (U) [ADD] NLT 18 JANUARY 2022 DOD CONTRACTORS WHO HAVE REGULAR ACCESS TO DOD FACILITIES WILL COMPLETE A DD FORM 3150 (ANNEX KK) AND MAINTAIN A CURRENT COPY SO IT MAY BE SHOWN TO AUTHORIZED DOD PERSONNEL UPON REQUEST. NLT 19 JANUARY 2022 DOD CONTRACTORS WHO FAIL TO MAINTAIN A COMPLETED DD FORM 3150 MAY BE DENIED ACCESS TO ARMY FACILITIES.

3.D.19.A. (U) [ADD] DOD CONTRACTOR PERSONNEL WHO ARE UNVACCINATED, OR WHO HAVE NOT ATTESTED WILL PRESENT A NEGATIVE RESULT FROM A FDA AUTHORIZED OR APPROVED COVID-19 TEST ADMINISTERED WITHIN 72 HOURS PRIOR TO ACCESSING DOD FACILITIES.
3.D.20. (U) [ADD] EFFECTIVE 6 DECEMBER 2021 OFFICIAL VISITORS WILL COMPLETE A DD FORM 3150 (ANNEX KK) AND MAINTAIN A CURRENT COPY SO IT MAY BE SHOWN TO AUTHORIZED DOD PERSONNEL UPON REQUEST. OFFICIAL VISITORS WHO FAIL TO MAINTAIN A COMPLETED DD FORM 3150 MAY BE DENIED ACCESS TO ARMY FACILITIES.

3.D.20.A. (U) [ADD] IAW GGG, OFFICIAL VISITORS WHO ARE UNVACCINATED, OR WHO HAVE NOT ATTESTED WILL PRESENT A NEGATIVE RESULT FROM A FDA AUTHORIZED OR APPROVED COVID-19 TEST ADMINISTERED NO GREATER THAN 72 HOURS PRIOR TO ACCESSING DOD FACILITIES.

3.D.20.B. (U) [ADD] OFFICIAL VISITORS WILL CONDUCT COVID-19 TESTING AT THEIR OWN EXPENSE. IF AN OFFICIAL VISITOR IS UNABLE TO SHOW A NEGATIVE COVID-19 TEST RESULT, THE VISITOR WILL BE DENIED ACCESS. OFFICIAL VISITORS WILL NOT BE PROVIDED ONSITE SELF-TESTING.

4. (U) SUSTAINMENT. NOT USED.

5. (U) COMMAND AND SIGNAL.

5.A. (U) COMMAND. NOT USED.

5.B. (U) SIGNAL.

5.B.1. (U) HEADQUARTERS DEPARTMENT OF THE ARMY COVID-19 POINTS OF CONTACT (POC). HQDA COVID-19 OPT AT USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.COVID-OPT@ARMY.MIL;

5.B.1.A. (U) G-1 POC IS COL MICHAEL A. ZWEIFEL, MICHAEL.A.ZWEIFEL.MIL@ARMY.MIL, (703) 697-8469.

5.B.1.B. (U) G-2 POC IS LTC LEON SATCHELL, LEON.R.SATCHELL.MIL@ARMY.MIL, (703)697-5484.

5.B.1.C. (U) G-4 POC IS G4 ALOC USARMY.PENTAGON.HQDA.MBX.AALOCATC@ARMY.MIL, (703) 614-2149.

5.B.1.D. (U) LABORATORY RESPONSE NETWORK POC IS DR. WILLIAM NAUSCHUETZ, LABORATORY BIOPREPAREDNESS COORDINATOR, WILLIAM.F.NAUSCHUETZ.CIV@MAIL.MIL, (210) 295-7269 OR (210) 386-1480.

5.B.1.E. (U) USAMEDCOM PUBLIC HEALTH POC IS COL RICK CHAVEZ, RODRIGO.CHAVEZ5.MIL@MAIL.MIL, (703) 681-9510 OR COL MICHELE A. SOLTIS, MICHELE.A.SOLTIS.MIL@MAIL.MIL, (703) 681- 6043.

PAGE 11 OF 15

5.B.1.F. (U) ARMY PUBLIC HEALTH CENTER POC IS DR. STEVEN CERSOVSKY, STEVEN.B.CERSOVSKY.CIV@MAIL.MIL, (410) 436-4311.

5.B.1.G. (U) ARMY PUBLIC AFFAIRS POC IS LTC TERENCE KELLEY, TERENCE.M.KELLEY.MIL@ARMY.MIL.

5.B.1.H. (U) OFFICE OF THE JUDGE ADVOCATE GENERAL POC LTC JAMES MCINERNEY, JAMES.A.MCINERNEY.MIL@ARMY.MIL, (703) 614-4630,

5.B.1.I. (U) ARMY NATIONAL GUARD POC IS MAJ TIMOTHY MCCORMIC, TIMOTHY.A.MCCORMIC.MIL@MAIL.MIL, (703) 601-7620.

5.B.1.J. (U) UNITED STATES ARMY RESERVES POC IS LTC RAYMOND D. HARPER, RAYMOND.D.HARPER4.MIL@MAIL.MIL, 703.614-5271.

5.B.1.K. (U) OFFICE OF THE SURGEON GENERAL POC IS COL DUBRAY KINNEY, DUBRAY.KINNEY2.MIL@MAIL.MIL, (703) 681-9672.

5.B.1.L. (U) ASSISTANT SECRETARY OF THE ARMY (FINANCIAL MANAGEMENT AND COMPTROLLER) POC IS LTC DALE BERRY, DALE.E.BERRY2.MIL@ARMY.MIL, (703) 614-1680.

5.B.1.M. (U) ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND RESERVE AFFAIRS) POCS ARE MS. CONSTANCE B. RAY, CONSTANCE.B.RAY2.CIV@ARMY.MIL, (703) 344-8047 OR COL BENITO RODRIGUEZ, BENITO.E.RODRIGUEZ.MIL@MAIL.MIL, (703) 695-4402.

5.B.1.N. (U) ARMY CONFERENCES PROGRAM, OFFICE OF THE ADMINISTRATIVE ASSISTANT TO THE SECRETARY OF THE ARMY POC: HQDA.CONFERENCES.INBOX@MAIL.MIL.

5.B.1.O. (U) ASSISTANT SECRETARY OF THE ARMY (ACQUISITION, LOGISTICS AND TECHNOLOGY) POCS ARE LTC RACHAEL M. HOAGLAND, RACHAEL.M.HOAGLAND.MIL@ARMY.MIL, (703) 614-2500 OR COL ROBERT L. VON TERSCH, ROBERT.L.VONTERSCH.MIL@ARMY.MIL, (703) 614-6586.

5.B.1.P. (U) HEADQUARTERS DEPARTMENT OF THE ARMY WATCH: NIPR EMAIL USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@ARMY.MIL, SIPR EMAIL USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@MAIL.SMIL.MIL.

5.B.1.Q. (U) HEADQUARTERS DEPARTMENT OF THE ARMY COVID-19 CRISIS ACTION TEAM INFO:

NIPR PORTAL:

HTTPS://G357.ARMY.PENTAGON.MIL/OD/ODO/ARMYOPCENTER/CAWG/CAT/SITEPAGESCORONAVIRUS%20(COVID-19).ASPX

SIPR PORTAL:

HTTPS://G357.ARMY.PENTAGON.SMIL.MIL/OD/ODO/ARMYOPCENTER/CRISISACTIONPAGE/SITEPAGES/HOME.ASPX

DOMS NIPR OMB:
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.DOMS-OPERATIONS@ARMY.MIL

DOMS SIPR OMB:
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.AOC-DOMS-TEAM@MAIL.SMIL.MIL

6. (U) THE EXPIRATION DATE OF THIS MESSAGE IS 31 DECEMBER 2026, UNLESS FORMALLY RESCINDED OR SUPERSEDED.

**UNCLAS CUI**

ATTACHMENT:
ANNEX A - ARMY INSTALLATION GATING CRITERIA REPORT.
ANNEX B - SECRETARY OF DEFENSE MEMORANDUM, "UPDATE TO
CONDITIONS-BASED APPROACH TO CORONAVIRUS DISEASE 2019 PERSONNEL
MOVEMENT AND TRAVEL RESTRICTIONS," 15 MARCH 2021.
ANNEX C - COVID-19 PERSONAL PROTECTIVE EQUIPMENT, LOGSTAT REPORT.
ANNEX D - HQDA COVID-19 POSITIVE CASE AND ROM TRACKER.
ANNEX E - SECRETARY OF THE ARMY MEMORANDUM, "DELEGATION OF AUTHORITY
TO APPROVE TRAVEL OF ARMY PERSONNEL-TRANSITION FRAMEWORK," 20 APRIL
2021.
ANNEX F - SECRETARY OF DEFENSE MEMORANDUM, "GUIDANCE FOR COMMANDERS'
RISK-BASED RESPONSES AND IMPLEMENTATION OF THE HEALTH PROTECTION
CONDITION (HPCON) FRAMEWORK DURING THE CORONAVIRUS DISEASE 2019
PANDEMIC," 29 APRIL 2021.
ANNEX G - FORCE HEALTH PROTECTION SUPPLEMENT 20, DEPARTMENT OF
DEFENSE GUIDANCE FOR PERSONNEL TRAVELING DURING THE CORONAVIRUS
DISEASE 2019 PANDEMIC, 12 APRIL 2021.
ANNEX H - FORCE HEALTH PROTECTION SUPPLEMENT 16.1, DEPARTMENT OF
DEFENSE GUIDANCE DEPLOYMENT AND REDEPLOYMENT OF INDIVIDUALS AND
UNITS, 04 MAY 2021.
ANNEX I - FORCE HEALTH PROTECTION SUPPLEMENT 15.2, DEPARTMENT OF
DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE 2019 LABORATORY TESTING
SERVICES, 02 JULY 2021.
ANNEX J - IMPLEMENTATION OF REQUIRED COVID-19 PROTECTIONS PUBLIC
AFFAIRS GUIDANCE.
ANNEX K - TIER 4 TESTING CONCEPT AND APPROVAL AUTHORITY.
ANNEX L - DOD COVID TASK FORCE, COVID-19 TESTING PROTOCOLS, 08 MARCH
2021.
ANNEX M - CLMS FORM 1D, CLINICAL LABORATORY IMPROVEMENT PROGRAM
WAIVED COMPLEXITY REGISTRATION/RENEWAL FORM.
ANNEX N - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "METHODS TO ENABLE
AND ENCOURAGE VACCINATION AGAINST CORONAVIRUS DISEASE 2019," 20 MAY
2021.
ANNEX O - [RESCINDED]
ANNEX P - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "CORONAVIRUS
DISEASE 19 VACCINE GUIDANCE," 07 DECEMBER 2020.
ANNEX Q - UNDER SECRETARY OF DEFENSE MEMORANDUM SUPPLEMENTAL GUIDANCE
FOR PROVIDING DOD CORONAVIRUS DISEASE 2019 VACCINE TO DOD CONTRACTOR
EMPLOYEES AND SELECT FOREIGN NATIONALS, 31 DECEMBER 2020.
ANNEX R - SECRETARY OF DEFENSE MEMORANDUM, "SECRETARIAL DESIGNEE
STATUS FOR SELECT DEPARTMENT OF DEFENSE CIVILIAN EMPLOYEE AND
CONTRACTOR EMPLOYEE DEPENDENTS OUTSIDE THE UNITED STATES FOR THE
LIMITED PURPOSE OF RECEIVING CORONAVIRUS DISEASE 2019 VACCINATIONS,"
03 JUNE 2021.
ANNEX S - SECRETARY OF DEFENSE MEMORANDUM, "USE OF MASKS AND OTHER
PUBLIC HEALTH MEASURES," 04 FEBRUARY 2021.
ANNEX T - FORCE HEALTH PROTECTION SUPPLEMENT 17.1, DEPARTMENT OF
DEFENSE GUIDANCE FOR THE USE OF MASKS, PPE, AND NPI, 22 JUNE 2021.
ANNEX U - SECRETARY OF ARMY MEMORANDUM, USE OF MASKS AND DELEGATION
OF AUTHORITY TO GRANT EXCEPTIONS, 24 FEBRUARY 2021.
ANNEX V - [RESCINDED]
ANNEX W - POOLED TESTING GUIDANCE AND STRATEGY, 02 JUNE 2021.
ANNEX X - UNDER SECRETARY OF DEFENSE MEMORANDUM GUIDANCE FOR
PARTICIPATION OF INTERNATIONAL MILITARY STUDENTS AND TRAINEES, 07 MAY
2021.
ANNEX Y - UNDER SECRETARY OF DEFENSE MEMORANDUM, "SUPPLEMENTAL
GUIDANCE ON REQUESTING AUTHORIZATION AND ELIGIBILITY TO OFFER AND
ADMINISTER CORONAVIRUS DISEASE 2019 VACCINATIONS," 08 JUNE 2021.
ANNEX Z - SECRETARY OF THE ARMY MEMORANDUM, "DELEGATION OF AUTHORITY
FOR HEALTH PROTECTION CONDITION (HPCON) IMPLEMENTATION AND OCCUPANCY
REQUIREMENTS," 09 JUNE 2021.
ANNEX AA - UNDER SECRETARY OF DEFENSE (PERSONNEL AND READINESS)

**UNCLAS CUI**

**UNCLAS CUI**

PAGE 13 OF 15

MEMORANDUM, "FORCE HEALTH PROTECTION GUIDANCE (SUPPLEMENT 22) - DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE 2019 SURVEILLANCE AND SCREENING TESTING," 21 JULY 2021.
ANNEX BB - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "UPDATED MASK GUIDANCE FOR ALL DOD INSTALLATIONS AND OTHER FACILITIES," 28 JULY 2021.
ANNEX CC - CDC GUIDANCE FOR IMPLEMENTING COVID-19 PREVENTION STRATEGIES, 27 JULY 2021.
ANNEX DD - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1419, "(J&J) JANSSEN COVID-19 VACCINE SHELF-LIFE EXTENSION," 28 JULY 2021.
ANNEX EE - COVID-19 VACCINATION REQUIREMENT REPORT.
ANNEX FF - MANDATORY CORONAVIRUS DISEASE 2019 VACCINATION OF DEPARTMENT OF DEFENSE SERVICE MEMBERS, 24 AUGUST 2021.
ANNEX GG - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1463, "PFIZER LICENSE AND SHELF LIFE EXTENSION," 24 AUGUST 2021.
ANNEX HH - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21- 1425, "UPDATED COVID-19 VACCINE ORDERING GUIDELINES," 09 AUGUST 2021.
ANNEX II - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1454, "ADDITIONAL DOSE OF COVID 19 VACCINE FOR IMMUNOCOMPROMISED PERSONS," 13 AUGUST 2021.
ANNEX JJ - ASSISTANT SECRETARY OF DEFENSE (HEALTH AFFAIRS) MEMORANDUM, "MANDATORY VACCINATION OF SERVICE MEMBERS USING THE PFIZER-BIONTECH COVID-19 AND COMIRNATY COVID-19 VACCINES," 14 SEPTEMBER 2021.
ANNEX KK - DD FROM 3150, "CONTRACTOR PERSONNEL AND VISITOR CERTIFICATION OF VACCINATION," OCTOBER 2021.
ANNEX LL - VACCINE INFORMATION FACT SHEET
ANNEX MM - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "UPDATED CORONAVIRUS DISEASE 2019 GUIDANCE RELATED TO TRAVEL AND MEETINGS," 24 SEPTEMBER 2021.
ANNEX NN - SAMPLE DA FORM 4856 FOR ENLISTED VACCINE REFUSALS.
ANNEX OO - SAMPLE DA FORM 4856 FOR OFFICER VACCINE REFUSALS.
ANNEX PP - EXECUTIVE ORDER 14043 OF SEPTEMBER 9, 2021, REQUIRING VACCINATION FOR FEDERAL EMPLOYEES.
ANNEX QQ - EXECUTIVE ORDER 14042 OF SEPTEMBER 9, 2021, ENSURING ADEQUATE COVID SAFETY PROTOCOLS FOR FEDERAL CONTRACTORS.
ANNEX RR - ABBOTT BINAXNOW COVID-19 AG CARD PRODUCT EXPIRY UPDATE, MAY 2021.
ANNEX SS - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1538, DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE, 23 SEPTEMBER 2021.
ANNEX TT - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549, PFIZER-BIONTECH/COMIRNATY COVID-19 VACCINE BOOSTER DOSE RECOMMENDATIONS, 27 SEPTEMBER 2021.
ANNEX UU - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549, SUPPLEMENT 1, KEY MESSAGES AND TALKING POINTS, 27 SEPTEMBER 2021.
ANNEX VV - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549, SUPPLEMENT 2, FACT SHEET FOR HEALTHCARE PROVIDERS ADMINISTERING VACCINE (VACCINATION PROVIDERS), 27 SEPTEMBER 2021.
ANNEX WW - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549, SUPPLEMENT 3, VACCINE INFORMATION FACT SHEET FOR RECIPIENTS AND CAREGIVERS ABOUT COMIRNATY (COVID-19 VACCINE, MRNA) AND PFIZER-BIONTECH COVID-19 VACCINE TO PREVENT CORONAVIRUS DISEASE 2019 (COVID-19), 27 SEPTEMBER 2021.
ANNEX XX - REFUSALS AND MEDICAL/RELIGIOUS EXEMPTIONS PROCESS.
ANNEX YY - COVID-19 VACCINATION PERMANENT MEDICAL EXEMPTION REQUEST STANDARD OPERATION PROCEDURE.
ANNEX ZZ - PERMANENT MEDICAL EXEMPTION REQUEST PROCESS ASSIGNMENTS.
ANNEX AAA - REQUEST FOR PERMANENT MEDICAL EXEMPTION TO COVID-19 VACCINATION TEMPLATE MEMORANDUM.
ANNEX BBB - ARMY DIRECTIVE 2021-33 (APPROVAL AND APPEAL AUTHORITIES FOR MILITARY AND MEDICAL ADMINISTRATIVE IMMUNIZATION EXEMPTIONS), 24 SEPTEMBER 2021.

**UNCLAS CUI**

**UNCLAS CUI**

ANNEX CCC - SAFER FEDERAL WORKFORCE TASK FORCE, COVID-19 WORKPLACE SAFETY: AGENCY MODEL SAFETY PRINCIPLES, LAST UPDATED 13 SEPTEMBER 2021.

[CHANGE TO READ] ANNEX DDD - SAFER FEDERAL WORKFORCE TASK FORCE, COVID-19 WORKPLACE SAFETY: GUIDANCE FOR FEDERAL CONTRACTORS AND SUBCONTRACTORS, UPDATED 10 NOVEMBER 2021.

ANNEX EEE - MANDATORY CORONAVIRUS DISEASE 2019 VACCINATION OF DOD CIVILIAN EMPLOYEES, ISSUED 1 OCTOBER 2021.

ANNEX FFF - OFFICE OF PERSONNEL MANAGEMENT (OPM) AND SAFER FEDERAL WORKFORCE TASK FORCE GUIDANCE ON VACCINATION REQUIREMENTS, 5 OCTOBER 2021.

ANNEX GGG - UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND READINESS MEMORANDUM, "FORCE HEALTH PROTECTION GUIDANCE (SUPPLEMENT 23) REVISION 2 - DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE 2019 VACCINATION ATTESTATION, SCREENING TESTING, AND VACCINATION VERIFICATION," 29 OCTOBER 2021.

ANNEX HHH - DD FORM 3175, CIVILIAN EMPLOYEE CERTIFICATION OF VACCINATION, OCTOBER 2021.

ANNEX III - ASSISTANT SECRETARY OF DEFENSE FOR HEALTH AFFAIRS MEMORANDUM, "UPDATED GUIDANCE ON CO-ADMINISTRATION OF CORONAVIRUS DISEASE 2019 VACCINE WITH OTHER VACCINES," 7 OCTOBER 2021.

ANNEX JJJ - UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND READINESS MEMORANDUM, "CORONAVIRUS DISEASE 2019 VACCINATION FOR PREGNANT AND BREASTFEEDING SERVICE MEMBERS," 5 OCTOBER 2021.

ANNEX KKK - SECRETARY OF THE ARMY MEMORANDUM, "DELEGATION OF AUTHORITY-ADDITIONAL CORONAVIRUS DISEASE 2019 GUIDANCE RELATED TO TRAVEL AND MEETINGS," 12 OCTOBER 2021.

ANNEX LLL - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1613, "DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE," 28 OCTOBER 2021.

ANNEX MMM - DEFENSE CIVILIAN PERSONNEL ADVISORY SERVICE MESSAGE, "COVERAGE FOR INJURIES RESULTING FROM THE COVID-19 VACCINATION MANDATE FOR FEDERAL EMPLOYEES," 14 OCTOBER 2021.

ANNEX NNN - ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE AFFAIRS MEMORANDUM, "FORCE HEALTH PROTECTION GUIDANCE (SUPPLEMENT 23) - REVISION 2 - DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE 2019 VACCINATION ATTESTATION, SCREENING TESTING, AND VACCINATION VERIFICATION," 8 NOVEMBER 2021.

ANNEX OOO - ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE AFFAIRS, ASSISTANT G-1 (CIVILIAN PERSONNEL) NUMBERED MESSAGE (# 2021082) ARMY TEMPLATE MEMO FOR EMPLOYEE NOTIFICATION OF COVID-19 VACCINATION REQUIREMENT, "SUBJECT: EMPLOYEE NOTIFICATION, MANDATORY COVID-19 VACCINATION FOR FEDERAL EMPLOYEES."

ANNEX PPP - DD FORM 3176, "REQUEST FOR MEDICAL EXEMPTION OR DELAY TO THE COVID-19 VACCINATION REQUIREMENT," OCTOBER 2021.

ANNEX QQQ - DD FORM 3177, "REQUEST FOR RELIGIOUS EXEMPTION TO THE COVID-19 VACCINATION REQUIREMENT," OCTOBER 2021.

ANNEX RRR - OFFICE OF THE ASSISTANT SECRETARY OF DEFENSE FOR MANPOWER AND RESERVE AFFAIRS MEMORANDUM, "VACCINATION ADVISORY STATEMENT FOR NON-USMEPCOM ACCESSIONS," 22 OCTOBER 21.

ANNEX SSS - DEFENSE LOGISTICS AGENCY, "COVID-19 HOME TEST KITS ORDERING PROCEDURES," 5 NOVEMBER 2021.

[ADD] ANNEX TTT - MEDCOM "GENERAL INSTRUCTIONS FOR ALL SCREENING TESTS OF UNVACCINATED PERSONNEL"

[ADD] ANNEX UUU - ARMY BUDGET OFFICE, "REIMBURSEMENT AND PROCESS FOR EMPLOYEE PURCHASED COVID-19 SELF-TESTS."

[ADD] ANNEX VVV SAMPLE DECISION MEMO REQUESTING APPROVAL OF TRAVEL FOR UNVACCINATED INDIVIDUALS

[ADD] ANNEX WWW PROCESS FOR REQUESTING MISSION ESSENTIAL APPROVAL OF TRAVEL FOR UNVACCINATED INDIVIDUALS

[ADD] ANNEX XXX SAMPLE DECISION MEMO MEETINGS OVER 50 PARTICIPANTS

[ADD] ANNEX YYY - SECRETARY OF THE ARMY MEMORANDUM, "FLAGGING AND BARS TO CONTINUED SERVICE OF SOLDIERS WHO REFUSE THE COVID-19

**UNCLAS CUI**

**UNCLAS CUI**

VACCINATION ORDER," 16 NOVEMBER 2021.

**UNCLAS CUI**

# FRAGO 11 TO HQDA EXORD 225-21 COVID-19 STEADY STATE OPERATIONS

**Originator:** DA WASHINGTON DC

**TOR:** 11/30/2021 23:22:26

**DTG:** 302318Z Nov 21

**Prec:** Priority

**DAC:** General

**To:** ARLINGTON NATIONAL CEMETERY ARLINGTON VA, ARNG NGB COMOPS ARLINGTON VA, ARNG NGB J3 JOC WASHINGTON DC, ARNGRC ARLINGTON VA, ARNGRC WATCH ARLINGTON VA, CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX, CDR ARMY FUTURES COMMAND AUSTIN TX, CDR ATEC ABERDEEN PROVING GROUND MD, CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC, CDR MDW J3 FT MCNAIR DC, CDR MDW JFHQ-NCR FT MCNAIR DC, CDR NETCOM 9THSC FT HUACHUCA AZ, CDR TRADOC CG FT EUSTIS VA, CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA, CDR USAR NORTH FT SAM HOUSTON TX, CDR USARCENT SHAW AFB SC, CDR USASOC COMMAND CENTER FT BRAGG NC, CDR USASOC FT BRAGG NC, CDR USASOC MESSAGE CENTER FT BRAGG NC, CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC, CDRAMC REDSTONE ARSENAL AL, CDRFORSCOM FT BRAGG NC, CDRHRC G3 DCSOPS FT KNOX KY, CDRINSCOM FT BELVOIR VA, CDRINSCOMIOC FT BELVOIR VA, CDRMDW WASHINGTON DC, CDRUSACE WASHINGTON DC, CDRUSACIDC FT BELVOIR VA, CDRUSACYBER FT BELVOIR VA, CDRUSACYBER G3 FT BELVOIR VA, CDRUSACYBER G33 FT BELVOIR VA, CDRUSAEIGHT G3 CUROPS SEOUL KOR, CDRUSAEIGHT SEOUL KOR, CDRUSAMEDCOM FT SAM HOUSTON TX, CDRUSARC G33 READ FT BRAGG NC, CDRUSARCYBER WATCH OFFICER FT BELVOIR VA, CDRUSARPAC CG FT SHAFTER HI, CDRUSARPAC FT SHAFTER HI, COMDT USAWC CARLISLE BARRACKS PA, HQ IMCOM FT SAM HOUSTON TX, HQ INSCOM IOC FT BELVOIR VA, HQ SDDC CMD GROUP SCOTT AFB IL, HQ SDDC OPS MSG CNTR SCOTT AFB IL, HQ USARSO FT SAM HOUSTON TX, HQ USARSO G3 FT SAM HOUSTON TX, HQDA ARMY STAFF WASHINGTON DC, HQDA CSA WASHINGTON DC, HQDA EXEC OFFICE WASHINGTON DC, HQDA IMCOM OPS DIV WASHINGTON DC, HQDA SEC ARMY WASHINGTON DC, HQDA SECRETARIAT WASHINGTON DC, HQDA SURG GEN WASHINGTON DC, MEDCOM HQ EOC FT SAM HOUSTON TX, NETCOM G3 CURRENT OPS FT HUACHUCA AZ, NGB WASHINGTON DC, SMDC ARSTRAT CG ARLINGTON VA, SMDC ARSTRAT G3 ARLINGTON VA, SUPERINTENDENT USMA WEST POINT NY, SURGEON GEN FALLS CHURCH VA, USAR AROC FT BRAGG NC, USAR CMD GRP FT BRAGG NC, USAR DCS G33 OPERATIONS FT BRAGG NC, USARCENT G3 FWD, USARPAC COMMAND CENTER FT SHAFTER HI, CDR USAREUR-AF WIESBADEN GE, CDR SETAF-AF VICENZA IT

**CC:** HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC, HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC, HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC

**Attachments:** (U) ANNEX AAAA COVID 19 VACCINATION FOR NATIONAL GUARD AND THE READY RESERVE 30 NOVEMBER 2021.pdf, (U) ANNEX ZZZ SOLDIER COVID 19 VACCINATION REFUSALS REPORT.xlsx

PAAUZATZ RUEADWD1035 3342322-UUUU--RUIAAAA RUEADWD.
ZNR UUUUU
P 302318Z NOV 21
FM DA WASHINGTON DC
TO RUIAAAA/ARLINGTON NATIONAL CEMETERY ARLINGTON VA
RUIAAAA/ARNG NGB COMOPS ARLINGTON VA
RUIAAAA/ARNG NGB J3 JOC WASHINGTON DC
RUIAAAA/ARNGRC ARLINGTON VA
RUIAAAA/ARNGRC WATCH ARLINGTON VA
RUIAAAA/CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX
RUIAAAA/CDR ARMY FUTURES COMMAND AUSTIN TX
RUIAAAA/CDR ATEC ABERDEEN PROVING GROUND MD
RUJAAAA/CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC
RUJAAAA/CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC
RUJAAAA/CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC
RUJAAAA/CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC
RUIAAAA/CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC
RUIAAAA/CDR MDW J3 FT MCNAIR DC
RUIAAAA/CDR MDW JFHQ-NCR FT MCNAIR DC
RUIAAAA/CDR NETCOM 9THSC FT HUACHUCA AZ
RUIAAAA/CDR TRADOC CG FT EUSTIS VA
RUIAAAA/CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA

**UNCLAS CUI**

# UNCLAS CUI

```
RUIAAAA/CDR USAR NORTH FT SAM HOUSTON TX
RUIAAAA/CDR USARCENT SHAW AFB SC
RUIAAAA/CDR USASOC COMMAND CENTER FT BRAGG NC
RUIAAAA/CDR USASOC FT BRAGG NC
RUIAAAA/CDR USASOC MESSAGE CENTER FT BRAGG NC
RUIAAAA/CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC
RUIAAAA/CDRAMC REDSTONE ARSENAL AL
RUIAAAA/CDRFORSCOM FT BRAGG NC
RUIAAAA/CDRHRC G3 DCSOPS FT KNOX KY
RUIAAAA/CDRINSCOM FT BELVOIR VA
RUIAAAA/CDRINSCOMIOC FT BELVOIR VA
RUIAAAA/CDRMDW WASHINGTON DC
RUIAAAA/CDRUSACE WASHINGTON DC
RUIAAAA/CDRUSACIDC FT BELVOIR VA
RUIAAAA/CDRUSACYBER FT BELVOIR VA
RUIAAAA/CDRUSACYBER G3 FT BELVOIR VA
RUIAAAA/CDRUSACYBER G33 FT BELVOIR VA
RUIAAAA/CDRUSAEIGHT G3 CUROPS SEOUL KOR
RUIAAAA/CDRUSAEIGHT SEOUL KOR
RUIAAAA/CDRUSAMEDCOM FT SAM HOUSTON TX
RUIAAAA/CDRUSARC G33 READ FT BRAGG NC
RUIAAAA/CDRUSARCYBER WATCH OFFICER FT BELVOIR VA
RUIAAAA/CDRUSARPAC CG FT SHAFTER HI
RUIAAAA/CDRUSARPAC FT SHAFTER HI
RUIAAAA/COMDT USAWC CARLISLE BARRACKS PA
RUIAAAA/HQ IMCOM FT SAM HOUSTON TX
RUIAAAA/HQ INSCOM IOC FT BELVOIR VA
RUIAAAA/HQ SDDC CMD GROUP SCOTT AFB IL
RUIAAAA/HQ SDDC OPS MSG CNTR SCOTT AFB IL
RUIAAAA/HQ USARSO FT SAM HOUSTON TX
RUIAAAA/HQ USARSO G3 FT SAM HOUSTON TX
RUEADWD/HQDA ARMY STAFF WASHINGTON DC
RUEADWD/HQDA CSA WASHINGTON DC
RUEADWD/HQDA EXEC OFFICE WASHINGTON DC
RUEADWD/HQDA IMCOM OPS DIV WASHINGTON DC
RUEADWD/HQDA SEC ARMY WASHINGTON DC
RUEADWD/HQDA SECRETARIAT WASHINGTON DC
RUEADWD/HQDA SURG GEN WASHINGTON DC
RUIAAAA/MEDCOM HQ EOC FT SAM HOUSTON TX
RUIAAAA/NETCOM G3 CURRENT OPS FT HUACHUCA AZ
RUIAAAA/NGB WASHINGTON DC
RUIAAAA/SMDC ARSTRAT CG ARLINGTON VA
RUIAAAA/SMDC ARSTRAT G3 ARLINGTON VA
RUIAAAA/SUPERINTENDENT USMA WEST POINT NY
RUIAAAA/SURGEON GEN FALLS CHURCH VA
RUIAAAA/USAR AROC FT BRAGG NC
RUIAAAA/USAR CMD GRP FT BRAGG NC
RUIAAAA/USAR DCS G33 OPERATIONS FT BRAGG NC
RUIAAAA/USARCENT G3 FWD
RUIAAAA/USARPAC COMMAND CENTER FT SHAFTER HI
RUIAAAA/CDR USAREUR-AF WIESBADEN GE
RUIPAAA/CDR SETAF-AF VICENZA IT
INFO RUIAAAA/HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC
BT
UNCLAS CUI
SUBJ/FRAGO 11 TO HQDA EXORD 225-21 COVID-19 STEADY STATE OPERATIONS
CONTROLLED BY: HQDA DCS, G-3/5/7
CONTROLLED BY: DAMO-OD
CUI CATEGORY: OPSEC
LIMITED DISSEMINATION CONTROL: FEDCON
```

# UNCLAS CUI

## UNCLAS CUI

POC: LTC NYKEBA L. ANTHONY 703-692-2804

SUBJECT: (CUI) FRAGO 11 TO HQDA EXORD 225-21 COVID-19 STEADY STATE OPERATIONS//

(U) REFERENCES.
REF//A/ THROUGH REF/QQ/ NO CHANGE.
REF//RR/ [ADD] FRAGO 10 TO HQDA EXORD 225-21 COVID-19 STEADY STATE OPERATIONS, DTG 190336Z NOV 21 //

1. (U) SITUATION. NO CHANGE.

1.A. THROUGH 1.K. NO CHANGE.

2. (U) MISSION. NO CHANGE.

3. (U) EXECUTION.

3.A. (U) COMMANDER'S INTENT. NO CHANGE.

3.B. (U) CONCEPT OF OPERATION. NO CHANGE.

3.C. (U) TASKS TO ARMY STAFF AND SUBORDINATE COMMANDS.

3.C.1. (U) COMMANDERS, ALL ARMY COMMANDS (ACOM), ARMY SERVICE COMPONENT COMMANDS (ASCC), AND DIRECT REPORTING UNITS (DRU).

3.C.1.A. THROUGH 3.C.1.D. NO CHANGE.

3.C.1.E. (U) [ADD] REPORT NUMBER OF SOLDIERS WHO HAVE REFUSED COVID-19 VACCINATION AND HAVE NOT REQUESTED OR RECEIVED AN APPROVED EXEMPTION. REPORT INFORMATION IN ANNEX ZZZ NLT MONDAY, 06 DECEMBER 2021, WITH SUBSEQUENT REPORTS DUE EVERY TUESDAY NLT 1000R BEGINNING ON
14 DECEMBER 2021. REPORT INFORMATION BY ACOM/ASCC/DRU IN CONSOLIDATED

FORMAT. ACOM/ASCC/DRUS WILL SUBMIT CONSOLIDATED REPORT TO
THE HQDA COVID-19 OPT AT USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.COVID-OPT@ARMY.MIL.

3.C.1.E.1. (U) (U) [ADD] MEDPROS DOES NOT HAVE A DECLINE OR REFUSAL OPTION FOR INDIVIDUAL RECORDS KEEPING. THEREFORE, WE RELY SOLELY ON COMMAND REPORTING. EFFECTIVELY IMMEDIATELY, ONLY SOLDIER REFUSALS WILL BE RECORDED AS "BLANK" IN MEDPROS TO ENSURE ACCURATE NUMBER OF REFUSALS ARE REFLECTED IN THE SYSTEM OF RECORD.

3.C.2. THROUGH 3.C.33. NO CHANGE.

3.D. (U) COORDINATING INSTRUCTIONS.

3.D.1. THROUGH 3.D.20. NO CHANGE.

3.D.21. (U) [ADD] READ AND COMPLY WITH SECRETARY OF DEFENSE MEMORANDUM, "CORONAVIRUS DISEASE 2019 VACCINATION FOR MEMBERS OF THE NATIONAL GUARD AND THE READY RESERVE," DATED 30 NOVEMBER 2021 (ANNEX AAAA).

4. (U) SUSTAINMENT. NOT USED.

5. (U) COMMAND AND SIGNAL.

5.A. (U) COMMAND. NOT USED.

## UNCLAS CUI

# UNCLAS CUI

5.B. (U) SIGNAL.

5.B.1. (U) HEADQUARTERS DEPARTMENT OF THE ARMY COVID-19 POINTS OF CONTACT (POC). HQDA COVID-19 OPT AT USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.COVID-OPT@ARMY.MIL;

5.B.1.A. (U) G-1 POC IS COL MICHAEL A. ZWEIFEL, MICHAEL.A.ZWEIFEL.MIL@ARMY.MIL, (703) 697-8469.

5.B.1.B. (U) G-2 POC IS LTC LEON SATCHELL, LEON.R.SATCHELL.MIL@ARMY.MIL, (703)697-5484.

5.B.1.C. (U) G-4 POCS ARE LTC KYLE FERRARINI (MEDLOG TF), KYLE.FERRARINI2.MIL@ARMY.MIL, (703) 693-6704 OR ALOC USARMY.PENTAGON.HQDA.MBX.AALOCATC@ARMY.MIL, (703) 614-2159.

5.B.1.D. (U) LABORATORY RESPONSE NETWORK POC IS DR. WILLIAM NAUSCHUETZ, LABORATORY BIOPREPAREDNESS COORDINATOR, WILLIAM.F.NAUSCHUETZ.CIV@MAIL.MIL, (210) 295-7269 OR (210) 386-1480.

5.B.1.E. (U) USAMEDCOM PUBLIC HEALTH POC IS COL RICK CHAVEZ, RODRIGO.CHAVEZ5.MIL@MAIL.MIL, (703) 681-9510 OR COL MICHELE A. SOLTIS, MICHELE.A.SOLTIS.MIL@MAIL.MIL, (703) 681- 6043.

5.B.1.F. (U) ARMY PUBLIC HEALTH CENTER POC IS DR. STEVEN CERSOVSKY, STEVEN.B.CERSOVSKY.CIV@MAIL.MIL, (410) 436-4311.

5.B.1.G. (U) ARMY PUBLIC AFFAIRS POC IS LTC TERENCE KELLEY, TERENCE.M.KELLEY.MIL@ARMY.MIL.

5.B.1.H. (U) OFFICE OF THE JUDGE ADVOCATE GENERAL POC LTC JAMES MCINERNEY, JAMES.A.MCINERNEY.MIL@ARMY.MIL, (703) 614-4630,

5.B.1.I. (U) ARMY NATIONAL GUARD POC IS MAJ TIMOTHY MCCORMIC, TIMOTHY.A.MCCORMIC.MIL@MAIL.MIL, (703) 601-7620.

5.B.1.J. (U) UNITED STATES ARMY RESERVES POC IS LTC RAYMOND D. HARPER, RAYMOND.D.HARPER4.MIL@MAIL.MIL, 703.614-5271.

5.B.1.K. (U) OFFICE OF THE SURGEON GENERAL POC IS COL DUBRAY KINNEY, DUBRAY.KINNEY2.MIL@MAIL.MIL, (703) 681-9672.

5.B.1.L. (U) ASSISTANT SECRETARY OF THE ARMY (FINANCIAL MANAGEMENT AND COMPTROLLER) POC IS LTC DALE BERRY, DALE.E.BERRY2.MIL@ARMY.MIL, (703) 614-1680.

5.B.1.M. (U) ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND RESERVE AFFAIRS) POCS ARE MS. CONSTANCE B. RAY, CONSTANCE.B.RAY2.CIV@ARMY.MIL, (703) 344-8047 OR COL BENITO RODRIGUEZ, BENITO.E.RODRIGUEZ.MIL@MAIL.MIL, (703) 695-4402.

5.B.1.N. (U) ARMY CONFERENCES PROGRAM, OFFICE OF THE ADMINISTRATIVE ASSISTANT TO THE SECRETARY OF THE ARMY POC: HQDA.CONFERENCES.INBOX@MAIL.MIL.

5.B.1.O. (U) ASSISTANT SECRETARY OF THE ARMY (ACQUISITION, LOGISTICS

AND TECHNOLOGY) POCS ARE LTC RACHAEL M. HOAGLAND, RACHAEL.M.HOAGLAND.MIL@ARMY.MIL, (703) 614-2500 OR COL ROBERT L. VON

# UNCLAS CUI

# UNCLAS CUI

TERSCH,
ROBERT.L.VONTERSCH.MIL@ARMY.MIL, (703) 614-6586.

5.B.1.P. (U) HEADQUARTERS DEPARTMENT OF THE ARMY WATCH: NIPR EMAIL
USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@ARMY.MIL, SIPR EMAIL
USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@MAIL.SMIL.MIL.

5.B.1.Q. (U) HEADQUARTERS DEPARTMENT OF THE ARMY COVID-19 CRISIS
ACTION TEAM INFO:

NIPR PORTAL:
HTTPS://G357.ARMY.PENTAGON.MIL/OD/ODO/ARMYOPCENTER/CAWG/CAT/SITEPAGES
ORONAVIRUS%20(COVID-19).ASPX

SIPR PORTAL:
HTTPS://G357.ARMY.PENTAGON.SMIL.MIL/OD/ODO/ARMYOPCENTER/CRISISACTIONP
GE/SITEPAGES/HOME.ASPX

DOMS NIPR OMB:
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.DOMS-OPERATIONS@ARMY.MIL

DOMS SIPR OMB:
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.AOC-DOMS-TEAM@MAIL.SMIL.MIL

6. (U) THE EXPIRATION DATE OF THIS MESSAGE IS 31 DECEMBER 2026,
UNLESS FORMALLY RESCINDED OR SUPERSEDED.


ATTACHMENT:
ANNEX A - ARMY INSTALLATION GATING CRITERIA REPORT.
ANNEX B - SECRETARY OF DEFENSE MEMORANDUM, "UPDATE TO
CONDITIONS-BASED
APPROACH TO CORONAVIRUS DISEASE 2019 PERSONNEL MOVEMENT AND TRAVEL
RESTRICTIONS," 15 MARCH 2021.
ANNEX C - COVID-19 PERSONAL PROTECTIVE EQUIPMENT, LOGSTAT REPORT.
ANNEX D - HQDA COVID-19 POSITIVE CASE AND ROM TRACKER.
ANNEX E - SECRETARY OF THE ARMY MEMORANDUM, "DELEGATION OF AUTHORITY
TO APPROVE TRAVEL OF ARMY PERSONNEL-TRANSITION FRAMEWORK," 20 APRIL
2021.
ANNEX F - SECRETARY OF DEFENSE MEMORANDUM, "GUIDANCE FOR COMMANDERS'
RISK-BASED RESPONSES AND IMPLEMENTATION OF THE HEALTH PROTECTION
CONDITION (HPCON) FRAMEWORK DURING THE CORONAVIRUS DISEASE 2019
PANDEMIC," 29 APRIL 2021.
ANNEX G - FORCE HEALTH PROTECTION SUPPLEMENT 20, DEPARTMENT OF
DEFENSE
GUIDANCE FOR PERSONNEL TRAVELING DURING THE CORONAVIRUS DISEASE 2019
PANDEMIC, 12 APRIL 2021.
ANNEX H - FORCE HEALTH PROTECTION SUPPLEMENT 16.1, DEPARTMENT OF
DEFENSE GUIDANCE DEPLOYMENT AND REDEPLOYMENT OF INDIVIDUALS AND
UNITS,
04 MAY 2021.
ANNEX I - FORCE HEALTH PROTECTION SUPPLEMENT 15.2, DEPARTMENT OF
DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE 2019 LABORATORY TESTING
SERVICES, 02 JULY 2021.
ANNEX J - IMPLEMENTATION OF REQUIRED COVID-19 PROTECTIONS PUBLIC
AFFAIRS GUIDANCE.
ANNEX K - TIER 4 TESTING CONCEPT AND APPROVAL AUTHORITY.
ANNEX L - DOD COVID TASK FORCE, COVID-19 TESTING PROTOCOLS, 08 MARCH
2021.
ANNEX M - CLMS FORM 1D, CLINICAL LABORATORY IMPROVEMENT PROGRAM
WAIVED
COMPLEXITY REGISTRATION/RENEWAL FORM.

# UNCLAS CUI

**UNCLAS CUI**

ANNEX N - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "METHODS TO ENABLE
AND ENCOURAGE VACCINATION AGAINST CORONAVIRUS DISEASE 2019," 20 MAY
2021.
ANNEX O - [RESCINDED]
ANNEX P - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "CORONAVIRUS
DISEASE
19 VACCINE GUIDANCE," 07 DECEMBER 2020.
ANNEX Q - UNDER SECRETARY OF DEFENSE MEMORANDUM SUPPLEMENTAL GUIDANCE

FOR PROVIDING DOD CORONAVIRUS DISEASE 2019 VACCINE TO DOD CONTRACTOR
EMPLOYEES AND SELECT FOREIGN NATIONALS, 31 DECEMBER 2020.
ANNEX R - SECRETARY OF DEFENSE MEMORANDUM, "SECRETARIAL DESIGNEE
STATUS FOR SELECT DEPARTMENT OF DEFENSE CIVILIAN EMPLOYEE AND
CONTRACTOR EMPLOYEE DEPENDENTS OUTSIDE THE UNITED STATES FOR THE
LIMITED
PURPOSE OF RECEIVING CORONAVIRUS DISEASE 2019 VACCINATIONS," 03 JUNE
2021.
ANNEX S - SECRETARY OF DEFENSE MEMORANDUM, "USE OF MASKS AND OTHER
PUBLIC HEALTH MEASURES," 04 FEBRUARY 2021.
ANNEX T - FORCE HEALTH PROTECTION SUPPLEMENT 17.1, DEPARTMENT OF
DEFENSE GUIDANCE FOR THE USE OF MASKS, PPE, AND NPI, 22 JUNE 2021.
ANNEX U - SECRETARY OF ARMY MEMORANDUM, USE OF MASKS AND DELEGATION
OF
AUTHORITY TO GRANT EXCEPTIONS, 24 FEBRUARY 2021.
ANNEX V - [RESCINDED]
ANNEX W - POOLED TESTING GUIDANCE AND STRATEGY, 02 JUNE 2021.
ANNEX X - UNDER SECRETARY OF DEFENSE MEMORANDUM GUIDANCE FOR
PARTICIPATION OF INTERNATIONAL MILITARY STUDENTS AND TRAINEES, 07 MAY

2021.
ANNEX Y - UNDER SECRETARY OF DEFENSE MEMORANDUM, "SUPPLEMENTAL
GUIDANCE ON REQUESTING AUTHORIZATION AND ELIGIBILITY TO OFFER AND
ADMINISTER CORONAVIRUS DISEASE 2019 VACCINATIONS," 08 JUNE 2021.
ANNEX Z - SECRETARY OF THE ARMY MEMORANDUM, "DELEGATION OF AUTHORITY
FOR HEALTH PROTECTION CONDITION (HPCON) IMPLEMENTATION AND OCCUPANCY
REQUIREMENTS," 09 JUNE 2021.
ANNEX AA - UNDER SECRETARY OF DEFENSE (PERSONNEL AND READINESS)
MEMORANDUM, "FORCE HEALTH PROTECTION GUIDANCE (SUPPLEMENT 22) -
DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE 2019
SURVEILLANCE
AND SCREENING TESTING," 21 JULY 2021.
ANNEX BB - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "UPDATED MASK
GUIDANCE FOR ALL DOD INSTALLATIONS AND OTHER FACILITIES," 28 JULY
2021.
ANNEX CC - CDC GUIDANCE FOR IMPLEMENTING COVID-19 PREVENTION
STRATEGIES, 27 JULY 2021.
ANNEX DD - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1419, "
(J&J) JANSSEN COVID-19 VACCINE SHELF-LIFE EXTENSION," 28 JULY 2021.
ANNEX EE - COVID-19 VACCINATION REQUIREMENT REPORT.
ANNEX FF - MANDATORY CORONAVIRUS DISEASE 2019 VACCINATION OF
DEPARTMENT OF DEFENSE SERVICE MEMBERS, 24 AUGUST 2021.
ANNEX GG - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1463,
"PFIZER LICENSE AND SHELF LIFE EXTENSION," 24 AUGUST 2021.
ANNEX HH - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21- 1425,
"UPDATED COVID-19 VACCINE ORDERING GUIDELINES," 09 AUGUST 2021.
ANNEX II - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1454,
"ADDITIONAL DOSE OF COVID 19 VACCINE FOR IMMUNOCOMPROMISED PERSONS,"
13 AUGUST 2021.
ANNEX JJ - ASSISTANT SECRETARY OF DEFENSE (HEALTH AFFAIRS)
MEMORANDUM,
"MANDATORY VACCINATION OF SERVICE MEMBERS USING THE PFIZER-BIONTECH
COVID-19 AND COMIRNATY COVID-19 VACCINES," 14 SEPTEMBER 2021.

**UNCLAS CUI**

**UNCLAS CUI**

ANNEX KK - DD FROM 3150, "CONTRACTOR PERSONNEL AND VISITOR
CERTIFICATION OF VACCINATION," OCTOBER 2021.
ANNEX LL - VACCINE INFORMATION FACT SHEET
ANNEX MM - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "UPDATED
CORONAVIRUS DISEASE 2019 GUIDANCE RELATED TO TRAVEL AND MEETINGS," 24

SEPTEMBER 2021.
ANNEX NN - SAMPLE DA FORM 4856 FOR ENLISTED VACCINE REFUSALS.
ANNEX OO - SAMPLE DA FORM 4856 FOR OFFICER VACCINE REFUSALS.
ANNEX PP - EXECUTIVE ORDER 14043 OF SEPTEMBER 9, 2021, REQUIRING
VACCINATION FOR FEDERAL EMPLOYEES.
ANNEX QQ - EXECUTIVE ORDER 14042 OF SEPTEMBER 9, 2021, ENSURING
ADEQUATE COVID SAFETY PROTOCOLS FOR FEDERAL CONTRACTORS.
ANNEX RR - ABBOTT BINAXNOW COVID-19 AG CARD PRODUCT EXPIRY UPDATE,
MAY
2021.
ANNEX SS - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1538,
DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE, 23 SEPTEMBER 2021.
ANNEX TT - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549,
PFIZER-BIONTECH/COMIRNATY COVID-19 VACCINE BOOSTER DOSE
RECOMMENDATIONS, 27 SEPTEMBER 2021.
ANNEX UU - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549,
SUPPLEMENT 1, KEY MESSAGES AND TALKING POINTS, 27 SEPTEMBER 2021.
ANNEX VV - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549,
SUPPLEMENT 2, FACT SHEET FOR HEALTHCARE PROVIDERS ADMINISTERING
VACCINE (VACCINATION PROVIDERS), 27 SEPTEMBER 2021.
ANNEX WW - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549,
SUPPLEMENT 3, VACCINE INFORMATION FACT SHEET FOR RECIPIENTS AND
CAREGIVERS ABOUT COMIRNATY (COVID-19 VACCINE, MRNA) AND PFIZER-
BIONTECH
COVID-19 VACCINE TO PREVENT CORONAVIRUS DISEASE 2019 (COVID-19), 27
SEPTEMBER 2021.
ANNEX XX - REFUSALS AND MEDICAL/RELIGIOUS EXEMPTIONS PROCESS.
ANNEX YY - COVID-19 VACCINATION PERMANENT MEDICAL EXEMPTION REQUEST
STANDARD OPERATION PROCEDURE.
ANNEX ZZ - PERMANENT MEDICAL EXEMPTION REQUEST PROCESS ASSIGNMENTS.
ANNEX AAA - REQUEST FOR PERMANENT MEDICAL EXEMPTION TO COVID-19
VACCINATION TEMPLATE MEMORANDUM.
ANNEX BBB - ARMY DIRECTIVE 2021-33 (APPROVAL AND APPEAL AUTHORITIES
FOR MILITARY AND MEDICAL ADMINISTRATIVE IMMUNIZATION EXEMPTIONS), 24
SEPTEMBER 2021.
ANNEX CCC - SAFER FEDERAL WORKFORCE TASK FORCE, COVID-19 WORKPLACE
SAFETY: AGENCY MODEL SAFETY PRINCIPLES, LAST UPDATED 13 SEPTEMBER
2021.
[CHANGE TO READ] ANNEX DDD - SAFER FEDERAL WORKFORCE TASK FORCE,
COVID-19 WORKPLACE SAFETY: GUIDANCE FOR FEDERAL CONTRACTORS AND
SUBCONTRACTORS, UPDATED 10 NOVEMBER 2021.
ANNEX EEE - MANDATORY CORONAVIRUS DISEASE 2019 VACCINATION OF DOD
CIVILIAN EMPLOYEES, ISSUED 1 OCTOBER 2021.
ANNEX FFF - OFFICE OF PERSONNEL MANAGEMENT (OPM) AND SAFER FEDERAL
WORKFORCE TASK FORCE GUIDANCE ON VACCINATION REQUIREMENTS, 5 OCTOBER
2021.
ANNEX GGG - UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND READINESS
MEMORANDUM, "FORCE HEALTH PROTECTION GUIDANCE (SUPPLEMENT 23)
REVISION
2 - DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE 2019
VACCINATION ATTESTATION, SCREENING TESTING, AND VACCINATION
VERIFICATION," 29 OCTOBER 2021.
ANNEX HHH - DD FORM 3175, CIVILIAN EMPLOYEE CERTIFICATION OF
VACCINATION, OCTOBER 2021.
ANNEX III - ASSISTANT SECRETARY OF DEFENSE FOR HEALTH AFFAIRS
MEMORANDUM, "UPDATED GUIDANCE ON CO-ADMINISTRATION OF CORONAVIRUS

**UNCLAS CUI**

**UNCLAS CUI**

DISEASE 2019 VACCINE WITH OTHER VACCINES," 7 OCTOBER 2021.
ANNEX JJJ - UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND READINESS
MEMORANDUM, "CORONAVIRUS DISEASE 2019 VACCINATION FOR PREGNANT AND
BREASTFEEDING SERVICE MEMBERS," 5 OCTOBER 2021.
ANNEX KKK - SECRETARY OF THE ARMY MEMORANDUM, "DELEGATION OF
AUTHORITY-ADDITIONAL CORONAVIRUS DISEASE 2019 GUIDANCE RELATED TO
TRAVEL AND MEETINGS," 12 OCTOBER 2021.
ANNEX LLL - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1613,
"DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE," 28 OCTOBER 2021.
ANNEX MMM - DEFENSE CIVILIAN PERSONNEL ADVISORY SERVICE MESSAGE,
"COVERAGE FOR INJURIES RESULTING FROM THE COVID-19 VACCINATION
MANDATE
FOR FEDERAL EMPLOYEES," 14 OCTOBER 2021.
ANNEX NNN - ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE
AFFAIRS MEMORANDUM, "FORCE HEALTH PROTECTION GUIDANCE (SUPPLEMENT 23)

- REVISION 2 - DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS
DISEASE 2019 VACCINATION ATTESTATION, SCREENING TESTING, AND
VACCINATION VERIFICATION," 8 NOVEMBER 2021.
ANNEX OOO - ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE
AFFAIRS, ASSISTANT G-1 (CIVILIAN PERSONNEL) NUMBERED MESSAGE (#
2021082) ARMY TEMPLATE MEMO FOR EMPLOYEE NOTIFICATION OF COVID-19
VACCINATION REQUIREMENT, "SUBJECT: EMPLOYEE NOTIFICATION, MANDATORY
COVID-19 VACCINATION FOR FEDERAL EMPLOYEES."
ANNEX PPP - DD FORM 3176, "REQUEST FOR MEDICAL EXEMPTION OR DELAY TO
THE COVID-19 VACCINATION REQUIREMENT," OCTOBER 2021.
ANNEX QQQ - DD FORM 3177, "REQUEST FOR RELIGIOUS EXEMPTION TO THE
COVID-19 VACCINATION REQUIREMENT," OCTOBER 2021.
ANNEX RRR - OFFICE OF THE ASSISTANT SECRETARY OF DEFENSE FOR MANPOWER

AND RESERVE AFFAIRS MEMORANDUM, "VACCINATION ADVISORY STATEMENT FOR
NON-USMEPCOM ACCESSIONS," 22 OCTOBER 21.
ANNEX SSS - DEFENSE LOGISTICS AGENCY, "COVID-19 HOME TEST KITS
ORDERING PROCEDURES," 05 NOVEMBER 2021.
ANNEX TTT - MEDCOM "GENERAL INSTRUCTIONS FOR ALL SCREENING TESTS OF
UNVACCINATED PERSONNEL"
ANNEX UUU - ARMY BUDGET OFFICE, "REIMBURSEMENT AND PROCESS FOR
EMPLOYEE PURCHASED COVID-19 SELF-TESTS."
ANNEX VVV SAMPLE DECISION MEMO REQUESTING APPROVAL OF TRAVEL FOR
UNVACCINATED INDIVIDUALS
ANNEX WWW PROCESS FOR REQUESTING MISSION ESSENTIAL APPROVAL OF TRAVEL

FOR UNVACCINATED INDIVIDUALS
ANNEX XXX SAMPLE DECISION MEMO MEETINGS OVER 50 PARTICIPANTS
ANNEX YYY - SECRETARY OF THE ARMY MEMORANDUM, "FLAGGING AND BARS TO
CONTINUED SERVICE OF SOLDIERS WHO REFUSE THE COVID-19 VACCINATION
ORDER," 16 NOVEMBER 2021.
[ADD] ANNEX ZZZ - SOLDIER COVID 19 VACCINATION REFUSALS REPORT
[ADD] ANNEX AAAA - CORONAVIRUS DISEASE 2019 VACCINATION FOR MEMBERS
OF
THE NATIONAL GUARD AND THE READY RESERVE, 30 NOVEMBER 2021.

BT
#1035


NNNN
Received from AUTODIN 302322Z Nov 21

**UNCLAS CUI**

**UNCLAS CUI**

# FRAGO 12 TO HQDA EXORD 225-21 COVID-19 STEADY STATE OPERATIONS

**Originator:** DA WASHINGTON DC

**TOR:** 12/03/2021 23:04:55

**DTG:** 032302Z Dec 21

**Prec:** Priority

**DAC:** General

**To:** ARLINGTON NATIONAL CEMETERY ARLINGTON VA, ARNG NGB COMOPS ARLINGTON VA, ARNG NGB J3 JOC WASHINGTON DC, ARNGRC ARLINGTON VA, ARNGRC WATCH ARLINGTON VA, CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX, CDR ARMY FUTURES COMMAND AUSTIN TX, CDR ATEC ABERDEEN PROVING GROUND MD, CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC, CDR MDW J3 FT MCNAIR DC, CDR MDW JFHQ-NCR FT MCNAIR DC, CDR NETCOM 9THSC FT HUACHUCA AZ, CDR TRADOC CG FT EUSTIS VA, CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA, CDR USAR NORTH FT SAM HOUSTON TX, CDR USARCENT SHAW AFB SC, CDR USASOC COMMAND CENTER FT BRAGG NC, CDR USASOC FT BRAGG NC, CDR USASOC MESSAGE CENTER FT BRAGG NC, CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC, CDRAMC REDSTONE ARSENAL AL, CDRFORSCOM FT BRAGG NC, CDRHRC G3 DCSOPS FT KNOX KY, CDRINSCOM FT BELVOIR VA, CDRINSCOMIOC FT BELVOIR VA, CDRMDW WASHINGTON DC, CDRUSACE WASHINGTON DC, CDRUSACIDC FT BELVOIR VA, CDRUSACYBER FT BELVOIR VA, CDRUSACYBER G3 FT BELVOIR VA, CDRUSACYBER G33 FT BELVOIR VA, CDRUSAEIGHT G3 CUROPS SEOUL KOR, CDRUSAEIGHT SEOUL KOR, CDRUSAMEDCOM FT SAM HOUSTON TX, CDRUSARC G33 READ FT BRAGG NC, CDRUSARCYBER WATCH OFFICER FT BELVOIR VA, CDRUSARPAC CG FT SHAFTER HI, CDRUSARPAC FT SHAFTER HI, COMDT USAWC CARLISLE BARRACKS PA, HQ IMCOM FT SAM HOUSTON TX, HQ INSCOM IOC FT BELVOIR VA, HQ SDDC CMD GROUP SCOTT AFB IL, HQ SDDC OPS MSG CNTR SCOTT AFB IL, HQ USARSO FT SAM HOUSTON TX, HQ USARSO G3 FT SAM HOUSTON TX, HQDA ARMY STAFF WASHINGTON DC, HQDA CSA WASHINGTON DC, HQDA EXEC OFFICE WASHINGTON DC, HQDA IMCOM OPS DIV WASHINGTON DC, HQDA SEC ARMY WASHINGTON DC, HQDA SECRETARIAT WASHINGTON DC, HQDA SURG GEN WASHINGTON DC, MEDCOM HQ EOC FT SAM HOUSTON TX, NETCOM G3 CURRENT OPS FT HUACHUCA AZ, NGB WASHINGTON DC, SMDC ARSTRAT CG ARLINGTON VA, SMDC ARSTRAT G3 ARLINGTON VA, SUPERINTENDENT USMA WEST POINT NY, SURGEON GEN FALLS CHURCH VA, USAR AROC FT BRAGG NC, USAR CMD GRP FT BRAGG NC, USAR DCS G33 OPERATIONS FT BRAGG NC, USARCENT G3 FWD, USARPAC COMMAND CENTER FT SHAFTER HI, CDR USAREUR-AF WIESBADEN GE, CDR SETAF-AF VICENZA IT

**CC:** HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC, HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC, HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC

**Attachments:** (U) ANNEX BBBB COVID 19 TEST KITS ORDERING PROCESS IN FEDMALL.pdf, (U) ANNEX SSS DLA COVID NON CLINICAL TEST KITS ORDERING INFORMATION 19 NOVEMBER 2021.pdf

PAAUZATZ RUEADWD1464 3372304-UUUU--RUIAAAA RUEADWD.
ZNR UUUUU
P 032302Z DEC 21
FM DA WASHINGTON DC
TO RUIAAAA/ARLINGTON NATIONAL CEMETERY ARLINGTON VA
RUIAAAA/ARNG NGB COMOPS ARLINGTON VA
RUIAAAA/ARNG NGB J3 JOC WASHINGTON DC
RUIAAAA/ARNGRC ARLINGTON VA
RUIAAAA/ARNGRC WATCH ARLINGTON VA
RUIAAAA/CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX
RUIAAAA/CDR ARMY FUTURES COMMAND AUSTIN TX
RUIAAAA/CDR ATEC ABERDEEN PROVING GROUND MD
RUJAAAA/CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC
RUJAAAA/CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC
RUIAAAA/CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC
RUJAAAA/CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC
RUIAAAA/CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC
RUIAAAA/CDR MDW J3 FT MCNAIR DC
RUIAAAA/CDR MDW JFHQ-NCR FT MCNAIR DC
RUIAAAA/CDR NETCOM 9THSC FT HUACHUCA AZ
RUIAAAA/CDR TRADOC CG FT EUSTIS VA
RUIAAAA/CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA

**UNCLAS CUI**

**UNCLAS CUI**

```
RUIAAAA/CDR USAR NORTH FT SAM HOUSTON TX
RUIAAAA/CDR USARCENT SHAW AFB SC
RUIAAAA/CDR USASOC COMMAND CENTER FT BRAGG NC
RUIAAAA/CDR USASOC FT BRAGG NC
RUIAAAA/CDR USASOC MESSAGE CENTER FT BRAGG NC
RUIAAAA/CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC
RUIAAAA/CDRAMC REDSTONE ARSENAL AL
RUIAAAA/CDRFORSCOM FT BRAGG NC
RUIAAAA/CDRHRC G3 DCSOPS FT KNOX KY
RUIAAAA/CDRINSCOM FT BELVOIR VA
RUIAAAA/CDRINSCOMIOC FT BELVOIR VA
RUIAAAA/CDRMDW WASHINGTON DC
RUIAAAA/CDRUSACE WASHINGTON DC
RUIAAAA/CDRUSACIDC FT BELVOIR VA
RUIAAAA/CDRUSACYBER FT BELVOIR VA
RUIAAAA/CDRUSACYBER G3 FT BELVOIR VA
RUIAAAA/CDRUSACYBER G33 FT BELVOIR VA
RUIAAAA/CDRUSAEIGHT G3 CUROPS SEOUL KOR
RUIAAAA/CDRUSAEIGHT SEOUL KOR
RUIAAAA/CDRUSAMEDCOM FT SAM HOUSTON TX
RUIAAAA/CDRUSARC G33 READ FT BRAGG NC
RUIAAAA/CDRUSARCYBER WATCH OFFICER FT BELVOIR VA
RUIAAAA/CDRUSARPAC CG FT SHAFTER HI
RUIAAAA/CDRUSARPAC FT SHAFTER HI
RUIAAAA/COMDT USAWC CARLISLE BARRACKS PA
RUIAAAA/HQ IMCOM FT SAM HOUSTON TX
RUIAAAA/HQ INSCOM IOC FT BELVOIR VA
RUIAAAA/HQ SDDC CMD GROUP SCOTT AFB IL
RUIAAAA/HQ SDDC OPS MSG CNTR SCOTT AFB IL
RUIAAAA/HQ USARSO FT SAM HOUSTON TX
RUIAAAA/HQ USARSO G3 FT SAM HOUSTON TX
RUEADWD/HQDA ARMY STAFF WASHINGTON DC
RUEADWD/HQDA CSA WASHINGTON DC
RUEADWD/HQDA EXEC OFFICE WASHINGTON DC
RUEADWD/HQDA IMCOM OPS DIV WASHINGTON DC
RUEADWD/HQDA SEC ARMY WASHINGTON DC
RUEADWD/HQDA SECRETARIAT WASHINGTON DC
RUEADWD/HQDA SURG GEN WASHINGTON DC
RUIAAAA/MEDCOM HQ EOC FT SAM HOUSTON TX
RUIAAAA/NETCOM G3 CURRENT OPS FT HUACHUCA AZ
RUIAAAA/NGB WASHINGTON DC
RUIAAAA/SMDC ARSTRAT CG ARLINGTON VA
RUIAAAA/SMDC ARSTRAT G3 ARLINGTON VA
RUIAAAA/SUPERINTENDENT USMA WEST POINT NY
RUIAAAA/SURGEON GEN FALLS CHURCH VA
RUIAAAA/USAR AROC FT BRAGG NC
RUIAAAA/USAR CMD GRP FT BRAGG NC
RUIAAAA/USAR DCS G33 OPERATIONS FT BRAGG NC
RUIAAAA/USARCENT G3 FWD
RUIAAAA/USARPAC COMMAND CENTER FT SHAFTER HI
RUIAAAA/CDR USAREUR-AF WIESBADEN GE
RUIPAAA/CDR SETAF-AF VICENZA IT
INFO RUIAAAA/HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC
BT
UNCLAS CUI
SUBJ/FRAGO 12 TO HQDA EXORD 225-21 COVID-19 STEADY STATE OPERATIONS
CONTROLLED BY: HQDA DCS, G-3/5/7
CONTROLLED BY: DAMO-OD
CUI CATEGORY: OPSEC
LIMITED DISSEMINATION CONTROL: FEDCON
```

**UNCLAS CUI**

**UNCLAS CUI**

POC: LTC NYKEBA L. ANTHONY 703-692-2804

SUBJECT: (CUI) FRAGO 12 TO HQDA EXORD 225-21 COVID-19 STEADY STATE
OPERATIONS//

(U) REFERENCES.
REF//A/ THROUGH REF/RR/ NO CHANGE.
REF//SS/ [ADD] FRAGO 11 TO HQDA EXORD 225-21 COVID-19 STEADY STATE
OPERATIONS, DTG 302318Z NOV 21 //

1. (U) SITUATION. NO CHANGE.

2. (U) MISSION. NO CHANGE.

3. (U) EXECUTION.

3.A. (U) COMMANDER'S INTENT. NO CHANGE.

3.B. (U) CONCEPT OF OPERATION. NO CHANGE.

3.C. (U) TASKS TO ARMY STAFF AND SUBORDINATE COMMANDS. NO CHANGE.

3.D. (U) COORDINATING INSTRUCTIONS.

3.D.1. THROUGH

3.D.13. NO CHANGE.

3.D.14. NO CHANGE.

3.D.14.A. (U) [CHANGE TO READ] COMMANDERS WILL EXECUTE IAW THESE KEY
MILESTONES FOR THE ARMY IMPLEMENTATION TIMELINE:

3 DEC 21: NLT ENSURE 100% OF ALL DD FORMS 3175 ARE CAPTURED IN
MILCONNECT.
6 DEC 21: SENIOR MISSION COMMANDERS AND FACILITY MANAGERS BEGIN
CONDUCTING 100% SCREENING OF ALL OFFICIAL VISITORS BEFORE VISITORS
ARE AUTHORIZED ACCESS TO A DOD FACILITY FOR
OFFICIAL BUSINESS. THE OFFICIAL VISITOR WILL PROVIDE THEIR
ATTESTATION ON DD FORM 3150. SENIOR MISSION COMMANDERS CONFIRM THAT
UNVACCINATED (OR THOSE THAT CHOOSE NOT TO DISCLOSE)
PROVIDE A NEGATIVE COVID-19 TEST RESULT NO MORE THAN 72 HOURS PRIOR
TO ACCESSING THE FACILITY.
10 DEC 21: NLT DECIDING AUTHORITIES APPOINT SUBJECT MATTER EXPERTS
(SME) AND SME ADMINISTRATORS IN WRITING FOR CIVILIAN EXEMPTION
REVIEWS.
14 DEC 21: DESIGNATED SUPERVISORS OR MANAGEMENT OFFICIALS FORWARD DOD
CIVILIAN EXEMPTION REQUESTS WITH COMPLETED IMPACT ASSESSMENT THROUGH
DESIGNATED EEO REPRESENTATIVE TO THE SME
ADMINISTRATOR.
18 JAN 22: NLT FOR DOD CONTRACTORS SUBJECT TO SECTION 2(A) OF
PRESIDENTIAL EXECUTIVE ORDER 14042 TO FULLY VACCINATE. COVERED
CONTRACTORS MUST ENSURE THAT ALL CONTRACTOR EMPLOYEES
ARE FULLY VACCINATED, UNLESS THE EMPLOYEE IS BEING ACCOMMODATED.
19 JAN 22: BEGIN CONDUCTING 100% SCREENING TESTING FOR CONTRACTORS
THAT ARE UNVACCINATED OR CHOOSE NOT TO DISCLOSE A STATUS.

3.D.15. NO CHANGE.

3.D.15.A. NO CHANGE.

3.D.15.B. (U) [CHANGE TO READ] OFFICIAL TRAVEL FOR MISSION CRITICAL

**UNCLAS CUI**

# UNCLAS CUI

UNVACCINATED MILITARY MEMBERS, DOD CIVILIANS, AND CONTRACTORS WILL
REQUIRE APPROVAL FROM THE UNDER SECRETARY OF
THE ARMY IAW ANNEX KKK. REQUESTS MUST BE SUBMITTED VIA ETMS2
(FORMALLY TMT) NLT 21 DAYS PRIOR TO TRAVEL. THE TASKER SUBJECT SHOULD
READ: "UNVAC TRAVEL: [INSERT ORGANIZATION NAME]".
TRAVEL REQUESTS SHOULD BE ROUTED IN ETMS2 AS FOLLOWS: STAGE 1,
DACS-ZDV-ECC; STAGE 2, DACS-ZDV; STAGE 3, DACS-ZD; STAGE 4, SAUS
OUSA.

3.D.15.B.1. (U) [RESCIND]

3.D.15.B.2. (U) [RESCIND]

3.D.15.B.3. THROUGH

3.D.15.B.6. NO CHANGE.

3.D.15.C. (U) [CHANGE TO READ] MEETING REQUEST PACKETS FOR INDOOR
AND OUTDOOR MEETINGS, EVENTS, AND CONFERENCES, THAT ARE SPONSORED BY
THE ARMY WITH MORE THAN 50 PARTICIPANTS MUST
BE SUBMITTED THRU THE VICE DIRECTOR OF THE ARMY STAFF(VDAS) FOR THE
SENIOR OFFICIAL PERFORMING THE DUTIES OF THE UNDER SECRETARY OF THE
ARMY.

3.D.15.C.1. NO CHANGE.

3.D.15.C.2. (U) [CHANGE TO READ] DECISION MEMORANDUM FOR THE EVENT
MUST ADHERE TO THE RECOMMENDATIONS PROVIDED IN THE HEALTH RISK
ASSESSMENT CONDUCTED BY REGIONAL OR ARMY PUBLIC
HEALTH COMMAND. THE DECISION MEMORANDUM WILL BE TAB A (AN EXAMPLE
SENIOR MISSION COMMANDER'S ENDORSEMENT MEMORANDUM IS PROVIDED AS
ANNEX XXX), THE LEGAL OPINE FROM THE LOCAL OFFICE
OF THE STAFF JUDGE ADVOCATE (OSJA) WILL BE TAB B, AND THE HEALTH RISK
ASSESSMENT WILL BE TAB C. THESE REQUEST PACKETS SHOULD BE MARKED AS
VERY HIGH PRIORITY IN ETMS2. CONFERENCE
REQUESTS MUST COMPLY WITH THE REQUIREMENTS OF AR 1-50.

3.D.15.C.3. NO CHANGE.

3.D.15.C.4. (U) [CHANGE TO READ] UNITS MAY CONTACT MEDCOM AT LEAST
10 DAYS IN ADVANCE OF THE REQUIRED SUSPENSE TO VDAS TO REQUEST A
HEALTH RISK ASSESSMENT AT: USARMY.APG.MEDCOM-
APHC.MBX.COVID-19-TASK-FORCE@MAIL.MIL.

3.D.15.D. (U) [CHANGE TO READ] IAW ANNEX KKK, FOR APPROVED IN-PERSON
INDOOR OR OUTDOOR ARMY-SPONSORED MEETINGS, EVENTS (E.G., HOLIDAY
SOCIALS OR GATHERINGS), OR CONFERENCES, THE
ORGANIZER WILL REQUIRE ALL NON-MILITARY ATTENDEES AGED 16 YEARS AND
OLDER TO PROVIDE A) COMPLETED DD FORM 3150 STATING THAT THEY ARE
FULLY VACCINATED OR B) HAVE AN APPROVED/PENDING
EXEMPTION AS WELL AS A NEGATIVE TEST RESULT DATED WITHIN 72 HOURS
PRIOR TO THE MEETING, EVENT, OR CONFERENCE. ATTENDEES AGED 15 YEARS
OR YOUNGER WHO ARE NOT FULLY VACCINATED MUST
HAVE A NEGATIVE TEST RESULT DATED NO MORE THAN 72 HOURS PRIOR TO THE
EVENT. THE ORGANIZER WILL VERIFY EACH SERVICE MEMBER'S VACCINATION
STATUS IN MEDPROS OR REQUIRE THE SERVICE
MEMBER TO PRESENT A) PROOF OF VACCINATION OR B) HAVE AN
APPROVED/PENDING EXEMPTION AS WELL AS A NEGATIVE TEST RESULT DATED
WITHIN 72 HOURS PRIOR TO THE MEETING, EVENT, OR
CONFERENCE. IN-PERSON ATTENDEES, WHO ARE NOT FULLY VACCINATED, OR WHO
DECLINE TO PROVIDE INFORMATION ABOUT THEIR VACCINATION STATUS, MAY
NOT ATTEND.

# UNCLAS CUI

**UNCLAS CUI**

3.D.16. NO CHANGE.

3.D.16.A. NO CHANGE.

3.D.16.A.1. THROUGH

3.D.16.A.3. NO CHANGE.

3.D.16.A.4. NO CHANGE.

3.D.16.A.4.A. (U) [CHANGE TO READ] COMMANDS WILL MAINTAIN AN EXCEL
SPREADSHEET FOR EMPLOYEES WHO ARE UNABLE TO ACCESS MILCONNECT TO
REPORT THEIR STATUS, ENSURING 100%
ACCOUNTABILITY OF THEIR EMPLOYEE STATUS. THESE SPREADSHEETS SHOULD
ONLY CONTAIN DATA FOR PERSONNEL WHO ARE NOT IN MILCONNECT IN ORDER TO
AVOID DOUBLE-COUNTING. THE STANDARDIZED
TEMPLATE WITH SPECIFIC DATA FIELDS HAS BEEN PROVIDED TO COMMAND G-1
SECTIONS BY DASA-CP. THE EXCEL SPREADSHEET WILL BE MAINTAINED IN
ACCORDANCE WITH THE PRIVACY REQUIREMENTS
DETAILED IN ATTACHMENT 9 OF ANNEX GGG.

3.D.16.B. NO CHANGE.

3.D.16.C. NO CHANGE.

3.D.16.C.1. (U) [CHANGE TO READ] EMPLOYEES REQUESTING AN EXEMPTION
WERE REQUIRED TO SUBMIT A REQUEST FOR EXEMPTION TO THEIR IMMEDIATE
SUPERVISOR NO LATER THAN 24 NOVEMBER 2021.
EMPLOYEES WHO DID NOT SUBMIT AN EXEMPTION REQUEST BY 24 NOVEMBER MUST
PROVIDE A TIMELINE FOR SUBMISSION OF AN EXEMPTION TO THEIR SUPERVISOR
EITHER VERBALLY OR IN WRITING.
SUPERVISORS WILL ACKNOWLEDGE RECEIPT OF THE TIMELINE.

3.D.16.C.2. (U) [RESCIND]

3.D.16.C.3. (U) [CHANGE TO READ] CIVILIAN EXEMPTIONS.

3.D.16.C.3.A. NO CHANGE.

3.D.16.C.3.B. NO CHANGE.

3.D.16.C.3.B.1. (U) [CHANGE TO READ] COMMANDS WILL IDENTIFY SMES IN
WRITING.

3.D.16.C.3.B.2. THROUGH 3.D.16.C.3.B.5. NO CHANGE.

3.D.16.C.3.B.6. (U) [CHANGE TO READ] EQUAL EMPLOYMENT OPPORTUNITY
(EEO) REPRESENTATIVE - GS 260-13 OR HIGHER.

3.D.16.C.3.B.7. (U) [ADD] SME ADMINISTRATOR IN THE GRADE OF GS-14,
O-5 MILITARY MEMBER, OR HIGHER. THE SME ADMINISTRATOR IS RESPONSIBLE
FOR ENSURING THE DECISION AUTHORITY HAS ALL
REQUIRED INFORMATION.

3.D.16.C.3.B.8. (U) [ADD] SHOULD REQUIRED EXPERTISE NOT BE RESIDENT
IN THE COMMAND, COMMANDERS WILL REQUEST SUPPORT FROM THEIR HIGHER
HEADQUARTERS.

3.D.16.C.3.C. (U) [CHANGE TO READ] THE SMES MAY NOT BE USED TO
DEVELOP A GROUP OR CONSENSUS RECOMMENDATION OR DECISION. SMES ARE
STRICTLY ADVISORY.

**UNCLAS CUI**

**UNCLAS CUI**

3.D.16.C.3.D. NO CHANGE.

3.D.16.C.3.E. NO CHANGE.

3.D.16.C.3.E.1. THROUGH 3.D.16.C.3.E.2. NO CHANGE.

3.D.16.C.3.E.3. NO CHANGE.

3.D.16.C.3.E.3.A. (U) [RESCIND]

3.D.16.C.3.F. NO CHANGE.

3.D.16.C.3.G. (U) [RESCIND]

3.D.16.C.3.H. NO CHANGE.

3.D.16.C.3.H.1. (U) [RESCIND]

3.D.16.C.3.I. (U) [RESCIND]

3.D.16.C.4. (U) [ADD] CIVILIAN EMPLOYEE EXEMPTION PROCESS: COMMANDS
WILL FOLLOW THIS PROCESS TO CONDUCT AN INDIVIDUALIZED ASSESSMENT OF
CIVILIAN EMPLOYEE REQUESTS FOR EXEMPTION
FROM THE COVID-19 VACCINATION REQUIREMENT.

3.D.16.C.4.A. (U) [ADD] INFORMATION COLLECTED FROM INDIVIDUALS,
INCLUDING VACCINATION INFORMATION, TEST RESULTS, AND MEDICAL OR
RELIGIOUS INFORMATION SUPPORTING VACCINE EXEMPTION
REQUESTS, WILL BE TREATED IN ACCORDANCE WITH APPLICABLE LAWS AND
POLICIES IN THE PRIVACY ACT OF 1974 AND IN DOD INSTRUCTION 5400.11,
"DOD PRIVACY AND CIVIL LIBERTIES PROGRAMS,"
JANUARY 29, 2019 (REFERENCE (N), THE REHABILITATION ACT OF 1973, AS
AMENDED (REHABILITATION ACT OF 1973, AS AMENDED ("REHABILITATION
ACT") AND 5 CFR PART 293, SUBPART E.

3.D.16.C.4.B. (U) [ADD] CIVILIAN EMPLOYEES REQUESTING AN EXEMPTION
SHOULD SUBMIT A COMPLETED DD FORM 3176 OR 3177 OR PROVIDE THE
INFORMATION DETAILED IN ANNEX GGG FOR SUBMITTING
SUCH A REQUEST TO THEIR SUPERVISOR. THE SUPERVISOR WILL CONFIRM
RECEIPT IN WRITTEN ACKNOWLEDGEMENT TO THE EMPLOYEE.

3.D.16.C.4.C. (U) [ADD] A SUPERVISOR OR MANAGEMENT OFFICIAL WILL
REVIEW REQUESTS AND ENGAGE IN AN INTERACTIVE PROCESS WITH EMPLOYEES
AS DETAILED IN AR 690-12, APPENDIX C,
PARAGRAPH 3-C, "PROCESSING REQUESTS FOR REASONABLE ACCOMMODATION."
SUPERVISORS WILL ENSURE COMPLETENESS OF THE EMPLOYEE'S REQUEST AND
FULL UNDERSTANDING OF THE EMPLOYEE'S DUTIES.
COMPLETE REQUESTS WILL INCLUDE EITHER A COMPLETED DD FORM 3176 OR
3177 OR MEET THE REQUIREMENTS ESTABLISHED IN ANNEX GGG. FOR ORAL
EXEMPTION REQUESTS, THE SUPERVISOR WILL WORK WITH
THE EMPLOYEE TO PUT THE REQUEST INTO WRITING. SUPERVISORS OR
MANAGEMENT OFFICIALS WILL CONTACT THEIR COMMAND EEO OFFICE FOR
QUESTIONS OR CONCERNS ABOUT THE INTERACTIVE PROCESS.
ADDITIONAL GUIDANCE ON PROCESSING TIMELINES FOR EXEMPTION REQUESTS
WILL BE FORTHCOMING.

3.D.16.C.4.C.1. (U) [ADD] WHEN NECESSARY, COMMANDS MAY ALSO APPOINT
A HIGHER LEVEL SUPERVISOR OR MANAGEMENT OFFICIAL IN AN EMPLOYEE'S
CHAIN OF SUPERVISION TO REVIEW EXEMPTION
REQUESTS.

**UNCLAS CUI**

**UNCLAS CUI**

3.D.16.C.4.C.2. (U) [ADD] THE SUPERVISOR OR MANAGEMENT OFFICIAL WILL
COMPLETE AN IMPACT ASSESSMENT FOR EACH EMPLOYEE REQUESTING A
VACCINATION EXEMPTION. THE IMPACT ASSESSMENT WILL
INCLUDE: 1) THE BASIS FOR THE REQUEST, 2) THE NATURE OF THE
EMPLOYEE'S JOB RESPONSIBILITIES, AND 3) THE REASONABLY FORESEEABLE
EFFECTS OF A POTENTIAL EXEMPTION ON THE AGENCY'S
OPERATIONS. EFFECTS ON THE AGENCY'S OPERATIONS SHOULD INCLUDE AN
ASSESSMENT FOR PROTECTING OTHER AGENCY EMPLOYEES AND THE PUBLIC FROM
COVID-19 IF THE EMPLOYEE REMAINS UNVACCINATED.

3.D.16.C.4.C.3. (U) [ADD] THE SUPERVISOR OR MANAGEMENT OFFICIAL IN
THE EMPLOYEE'S CHAIN OF SUPERVISION WILL FORWARD THE REQUEST AND THE
COMPLETED IMPACT ASSESSMENT TO THE
REPRESENTATIVE FROM THE COMMAND'S DESIGNATED EEO OFFICE.

3.D.16.C.4.D. (U) [ADD] THE UNIT'S DESIGNATED EEO OFFICE
REPRESENTATIVE WILL REVIEW THE REQUEST AND IMPACT ASSESSMENT FOR
COMPLETENESS AND REQUEST ANY ADDITIONAL INFORMATION OR
CLARIFICATION FROM THE SUPERVISOR OR MANAGEMENT OFFICIAL IN THE
EMPLOYEE'S CHAIN OF SUPERVISION FOR ANY CORRECTIONS. THE UNIT'S
DESIGNATED EEO OFFICE REPRESENTATIVE WILL ENTER THE
REQUEST AND THE IMPACT ASSESSMENT INTO THE MANAGEMENT DIRECTIVE (MD)
715 REPORTER AUTOMATED SYSTEM. THE DESIGNATED EEO OFFICE
REPRESENTATIVE WILL FORWARD THE REQUEST AND THE IMPACT
ASSESSMENT TO THE SME ADMINISTRATOR AND UPDATE THE STATUS OF THE
REQUEST IN THE MD 715 REPORTER AUTOMATED SYSTEM.

3.D.16.C.4.E. (U) [ADD] THE SME ADMINISTRATOR WILL REVIEW THE
REQUEST AND IMPACT ASSESSMENT FOR COMPLETENESS AND REQUEST ANY
ADDITIONAL INFORMATION OR CLARIFICATION FROM THE
SUPERVISOR OR MANAGEMENT OFFICIAL IN THE EMPLOYEE'S CHAIN OF
SUPERVISION FOR ANY CORRECTIONS.

3.D.16.C.4.E.1. (U) [ADD] THE SME ADMINISTRATOR WILL COORDINATE WITH
THE APPROPRIATE SMES FOR THEIR INDIVIDUAL ADVICE, TO INCLUDE IN THE
EXEMPTION REQUEST PACKET. THE SME
ADMINISTRATOR WILL PREPARE AN EXECUTIVE SUMMARY OF THE REQUEST,
IMPACT ASSESSMENT, AND ANY SME ADVICE. THE SME ADMINISTRATOR WILL
PRESENT THE EXECUTIVE SUMMARY WITH THE REQUEST AND
IMPACT ASSESSMENT TO THE DECISION AUTHORITY. THE SME ADMINISTRATOR
WILL ENSURE THE STATUS IS KEPT CURRENT IN THE MD 715 REPORTER
APPLICATION TOOL BY UPDATING THE DESIGNATED EEO
OFFICE REPRESENTATIVE OF THE STATUS OF THE REQUEST.

3.D.16.C.4.F. (U) [ADD] THE DECISION AUTHORITY WILL REVIEW THE
EXEMPTION REQUEST PACKET AND REQUEST NECESSARY ADDITIONAL
INFORMATION. THE DECISION AUTHORITY, IN CONSULTATION WITH
THE SERVICING LEGAL OFFICE, WILL MAKE AN INDIVIDUALIZED ASSESSMENT OF
EACH REQUEST. THE DECISION AUTHORITY WILL PROVIDE THEIR DECISION TO
THE SME ADMINISTRATOR. THE SME
ADMINISTRATOR WILL THEN ENSURE THE DECISION MEMORANDUM IS GENERATED
FOR THE DECISION AUTHORITY FOR REVIEW AND SIGNATURE. EACH DECISION
WILL BE DOCUMENTED IN WRITING AND SIGNED BY
THE DECISION AUTHORITY. ANY DENIAL OF A REQUEST WILL CONTAIN THE
APPLICABLE AVENUES OF REDRESS.

3.D.16.C.4.F.1. (U) [ADD] AVENUES OF REDRESS, OR APPELLATE RIGHTS
FOR DENIALS OF EXEMPTION REQUESTS WILL FOLLOW THE PROCEDURES
ESTABLISHED IN THE ARMY'S ADMINISTRATIVE GRIEVANCE
PROCESS, AR 690-12, OR APPLICABLE COLLECTIVE BARGAINING AGREEMENTS.

3.D.16.C.4.G. (U) [ADD] THE WRITTEN DECISION WILL BE PROVIDED TO THE

**UNCLAS CUI**

**UNCLAS CUI**

PAGE 8 OF 15

SUPERVISOR AND WILL BE UPDATED IN THE MD 715 REPORTER. IF THE
EXEMPTION IS APPROVED, THE EMPLOYEE AND
SUPERVISOR WILL IMPLEMENT THE APPROVED EXEMPTION. IF THE EXEMPTION IS
DENIED, THE SUPERVISOR WILL INFORM THE EMPLOYEE OF THE REQUIREMENT TO
COMPLY WITH THE VACCINATION DIRECTIVE
AND TO GET THE FIRST DOSE OF THE VACCINE WITHIN 14 DAYS. THE
DESIGNATED EEO OFFICE REPRESENTATIVE WILL UPDATE THE DECISION AND ANY
SUBSEQUENT ACCOMMODATION IN THE MD 715 REPORTER.

3.D.16.D. (U) [CHANGE TO READ] ANY OF THE FOLLOWING ACTIONS
CONSTITUTE A FAILURE TO FOLLOW AN ORDER FOR CIVILIAN EMPLOYEES: 1)
FAILURE TO FOLLOW THE ORDER AS DIRECTED IN ANNEX
OOO, 2) FAILURE OR REFUSAL BY A CIVILIAN EMPLOYEE TO ATTEST TO THEIR
VACCINATION STATUS ON DD FORM 3175, AND/OR 3) FAILURE TO PROVIDE
ADMINISTRATIVELY ACCEPTABLE EVIDENCE OF
VACCINATION ABSENT A REQUEST FOR EXEMPTION.

3.D.16.D.1. NO CHANGE.

3.D.16.D.2. (U) [CHANGE TO READ] SUPERVISORS SHOULD CONSULT WITH
THEIR SERVICING LABOR AND MANAGEMENT EMPLOYEE RELATIONS SPECIALIST
AND LABOR COUNSELOR BEFORE TAKING ANY
DISCIPLINARY ACTION AGAINST A CIVILIAN EMPLOYEE.

3.D.16.D.3. (U) [CHANGE TO READ] COMMANDS WILL COMMUNICATE WITH THE
APPROPRIATE UNION REPRESENTATIVE AS SOON AS POSSIBLE AND SATISFY ANY
APPLICABLE LABOR RELATIONS OBLIGATIONS
UNDER THE LAW AT THE EARLIEST OPPORTUNITY, INCLUDING ON A
POST-IMPLEMENTATIONS BASIS, WHERE APPROPRIATE.

3.D.16.D.3.A. (U) [ADD] SUPERVISORS WITH BARGAINING UNIT EMPLOYEES
SHOULD COORDINATE WITH THE SERVICING CIVILIAN PERSONNEL ADVISORY
CENTER (CPAC) AND LABOR ATTORNEY FOR ASSISTANCE
IN APPLYING THESE PROCEDURES AND ENSURING THEIR LABOR OBLIGATIONS ARE
SATISFIED.

3.D.16.D.4. (U) [ADD] ABSENT EXTRAORDINARY CIRCUMSTANCES,
ENFORCEMENT ACTIONS BEYOND COUNSELING AND EDUCATION RELATED TO THE
VACCINATION REQUIREMENT WILL NOT BEGIN BEFORE 03
JANUARY 2022.

3.D.16.D.4.A. (U) [ADD] DISCIPLINARY ACTIONS NOT RELATED TO THE
COVID-19 VACCINATION REQUIREMENT MAY CONTINUE.

3.D.16.D.4.B. (U) [ADD] PROGRESSIVE DISCIPLINE FOR EMPLOYEES WHO
FAIL TO FOLLOW THE INSTRUCTIONS REGARDING THE VACCINATION MANDATE
MUST BEGIN WITH A COUNSELING AND EDUCATION
PERIOD OF NO LESS THAN FIVE DAYS. FURTHER PROGRESSIVE DISCIPLINE FOR
CONTINUED FAILURE TO FOLLOW INSTRUCTIONS COULD INCLUDE REPRIMAND,
SUSPENSION, AND REMOVAL. SUPERVISORS MUST
CONSULT WITH THEIR SERVICING CPAC AND LABOR COUNSELOR REGARDING
EMPLOYEES WITH ADDITIONAL OR UNRELATED MISCONDUCT.

3.D.16.D.4.C. (U) [ADD] SUPERVISORS WILL USE TEMPLATES PROVIDED BY
ASSISTANT G-1(CIVILIAN PERSONNEL) (AG1CP) TO CONDUCT COUNSELING AND
EDUCATION. THE TEMPLATE MUST BE TAILORED FOR
EACH EMPLOYEE'S SPECIFIC SITUATION. ARMY PROCEDURES REQUIRE
MANAGEMENT TO COORDINATE WITH THEIR SERVICING CPAC AND LABOR ATTORNEY
WHEN INITIATING FORMAL DISCIPLINARY OR ADVERSE
ACTION.

3.D.16.E. THROUGH 3.D.16.F. NO CHANGE.

**UNCLAS CUI**

## UNCLAS CUI

3.D.16.G. (U) [CHANGE TO READ] THE ASA(M&RA) AND AG1CP WILL PROVIDE
ADDITIONAL GUIDANCE REGARDING VACCINATION REQUIREMENTS FOR NEWLY
HIRED CIVILIAN EMPLOYEES.

3.D.17. NO CHANGE.

3.D.17.A. NO CHANGE.

3.D.17.B. (U) [CHANGE TO READ] COMMANDERS WILL ENSURE SUFFICIENT
TESTING SUPPLIES ARE ON HAND AND AVAILABLE FOR THEIR UNIT. ANNEX SSS
DETAILS THE APPROVED TEST KITS.

3.D.17.B.1. (U) [CHANGE TO READ] COMMANDERS WILL PURCHASE COVID-19
TEST KITS FOR THEIR UNVACCINATED SERVICE MEMBERS AND DOD CIVILIAN
EMPLOYEES USING UNIT OPERATING FUNDS. UNITS
WILL USE COVID-19 FCA CODE F4873 FOR TRACKING EXPENDITURES. THE
PRIMARY SOURCE OF SUPPLY IS A GPC CARD PURCHASE IN FEDMALL WITH THE
USE OF A SINGLE LINE DA FORM 3953 (PURCHASE
REQUISITION & COMMITMENT(PR&C) FORM). COVID-19 TEST KITS ARE THE ONLY
AUTHORIZED LINE ON THE PR&C FORM. ADDITIONAL FEDMALL INFORMATION MAY
BE FOUND IN ANNEX BBBB. GCSS-ARMY IS A
SECONDARY METHOD OF PURCHASING COVID TEST KITS. USE SUPPLY PROJECT
CODE "3AZ" (THREE-APLHA-ZULU) WHEN ORDERING TEST KITS.

3.D.17.B.2. (U) [ADD] COMMANDS WITH ESTABLISHED CLVIII ACCOUNTS MAY
USE INSTALLATION MEDICAL SUPPORT ACTIVITIES(IMSA) TO ORDER SCREENING
TESTING SUPPLIES.

3.D.17.B.3. (U) [ADD] THERE IS NO CENTRALIZED FUNDING FOR THE
PURCHASE OF SCREENING TESTING SUPPLIES. UNITS WILL NOT BE REIMBURSED.

3.D.17.C. NO CHANGE.

3.D.17.C.1. THROUGH 3.D.17.C.2. NO CHANGE.

3.D.17.C.3. (U) [CHANGE TO READ] COMMANDERS ARE NOT AUTHORIZED TO
UTILIZE MEDICAL TREATMENT FACILITY (MTF) CLINICAL TESTING OR CLINICAL
SUPPLIES TO EXECUTE COVID-19 SCREENING
TESTING FOR THEIR SOLDIERS OR DOD CIVILIANS. MTFS WILL NOT PERFORM
SCREENING TESTING FOR NON-MTF PERSONNEL.

3.D.17.D. NO CHANGE.

3.D.17.D.1. THROUGH 3.D.17.D.3. NO CHANGE.

3.D.17.D.4. (U) [ADD] IAW ANNEX GGG (FHP 23.2) DOD CIVILIAN
EMPLOYEES MAY BE BARRED FROM THE WORKSITE IF THEY REFUSE REQUIRED
SCREENING TESTING. THEY MAY NOT BE BARRED DUE TO LACK
OF SUPPLY AVAILABILITY. DETAILS ON BARRING ACTIONS FOR ADDRESSING
CIVILIAN ACCESS TO FACILITIES WILL BE FORTHCOMING.

3.D.18. THROUGH 3.D.19. NO CHANGE.

3.D.20. NO CHANGE.

3.D.20.A. THROUGH 3.D.20.B. NO CHANGE.

3.D.20.C. (U) [ADD] FOR PURPOSES OF THIS ORDER, NON-DOD WITNESSES
CALLED BY EITHER THE GOVERNMENT OR DEFENSE FOR A COURT-MARTIAL AT A
DOD INSTALLATION ARE CONSIDERED TO BE
ACCESSING DOD FACILITIES FOR AN AD HOC PURPOSE. VACCINATION

## UNCLAS CUI

## UNCLAS CUI

ATTESTATION, SCREENING, AND VERIFICATION REQUIREMENTS FOR VISITORS TO
DOD INSTALLATIONS AND FACILITIES DO NOT APPLY TO
THESE INDIVIDUALS, HOWEVER ALL OTHER FORCE HEALTH PROTECTION
REQUIREMENTS REMAIN IN EFFECT (I.E., MASKING).

3.D.21. NO CHANGE.

4. (U) SUSTAINMENT. NOT USED.

5. (U) COMMAND AND SIGNAL.

5.A. (U) COMMAND. NOT USED.

5.B. (U) SIGNAL.

5.B.1. (U) HEADQUARTERS DEPARTMENT OF THE ARMY COVID-19 POINTS OF
CONTACT (POC). HQDA COVID-19 OPT AT
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.COVID-OPT@ARMY.MIL;

5.B.1.A. (U) G-1 POC IS COL MICHAEL A. ZWEIFEL,
MICHAEL.A.ZWEIFEL.MIL@ARMY.MIL, (703) 697-8469.

5.B.1.B. (U) G-2 POC IS LTC LEON SATCHELL,
LEON.R.SATCHELL.MIL@ARMY.MIL, (703)697-5484.

5.B.1.C. (U) G-4 POCS ARE LTC KYLE FERRARINI (MEDLOG TF),
KYLE.FERRARINI2.MIL@ARMY.MIL, (703) 693-6704 OR ALOC
USARMY.PENTAGON.HQDA.MBX.AALOCATC@ARMY.MIL, (703) 614-2159.

5.B.1.D. (U) LABORATORY RESPONSE NETWORK POC IS DR. WILLIAM
NAUSCHUETZ, LABORATORY BIOPREPAREDNESS COORDINATOR,
WILLIAM.F.NAUSCHUETZ.CIV@MAIL.MIL, (210) 295-7269 OR (210) 386-
1480.

5.B.1.E. (U) USAMEDCOM PUBLIC HEALTH POC IS COL RICK CHAVEZ,
RODRIGO.CHAVEZ5.MIL@MAIL.MIL, (703) 681-9510 OR COL MICHELE A.
SOLTIS, MICHELE.A.SOLTIS.MIL@MAIL.MIL, (703) 681- 6043.

5.B.1.F. (U) ARMY PUBLIC HEALTH CENTER POC IS DR. STEVEN CERSOVSKY,
STEVEN.B.CERSOVSKY.CIV@MAIL.MIL, (410) 436-4311.

5.B.1.G. (U) ARMY PUBLIC AFFAIRS POC IS LTC TERENCE KELLEY,
TERENCE.M.KELLEY.MIL@ARMY.MIL.

5.B.1.H. (U) OFFICE OF THE JUDGE ADVOCATE GENERAL POC MAJ NORBERTO
DALUZ, NORBERTO.O.DALUZ.MIL@MAIL.MIL, (703) 693-4961.

5.B.1.I. (U) ARMY NATIONAL GUARD POC IS MAJ TIMOTHY MCCORMIC,
TIMOTHY.A.MCCORMIC.MIL@MAIL.MIL, (703) 601-7620.

5.B.1.J. (U) UNITED STATES ARMY RESERVES POC IS LTC RAYMOND D.
HARPER, RAYMOND.D.HARPER4.MIL@MAIL.MIL, 703.614-5271.

5.B.1.K. (U) OFFICE OF THE SURGEON GENERAL POC IS COL DUBRAY KINNEY,
DUBRAY.KINNEY2.MIL@MAIL.MIL, (703) 681-9672.

5.B.1.L. (U) ASSISTANT SECRETARY OF THE ARMY (FINANCIAL MANAGEMENT
AND COMPTROLLER) POC IS LTC DALE BERRY, DALE.E.BERRY2.MIL@ARMY.MIL,
(703) 614-1680.

5.B.1.M. (U) ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND RESERVE
AFFAIRS) POCS ARE MS. CONSTANCE B. RAY,

## UNCLAS CUI

## UNCLAS CUI

PAGE 11 OF 15

CONSTANCE.B.RAY2.CIV@ARMY.MIL, (703) 344-8047 OR COL BENITO
RODRIGUEZ,
BENITO.E.RODRIGUEZ.MIL@MAIL.MIL, (703) 695-4402.

5.B.1.N. (U) ARMY CONFERENCES PROGRAM, OFFICE OF THE ADMINISTRATIVE
ASSISTANT TO THE SECRETARY OF THE ARMY POC:
HQDA.CONFERENCES.INBOX@MAIL.MIL.

5.B.1.O. (U) ASSISTANT SECRETARY OF THE ARMY (ACQUISITION, LOGISTICS
AND TECHNOLOGY) POCS ARE LTC RACHAEL M. HOAGLAND,
RACHAEL.M.HOAGLAND.MIL@ARMY.MIL, (703) 614-2500 OR COL
ROBERT L. VON TERSCH, ROBERT.L.VONTERSCH.MIL@ARMY.MIL, (703)
614-6586.

5.B.1.P. (U) HEADQUARTERS DEPARTMENT OF THE ARMY WATCH: NIPR EMAIL
USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@ARMY.MIL, SIPR EMAIL
USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@MAIL.SMIL.MIL.

5.B.1.Q. (U) HEADQUARTERS DEPARTMENT OF THE ARMY COVID-19 CRISIS
ACTION TEAM INFO:

NIPR PORTAL:

HTTPS://G357.ARMY.PENTAGON.MIL/OD/ODO/ARMYOPCENTER/CAWG/CAT/SITEPAGES
CORONAVIRUS%20(COVID-19).ASPX

SIPR PORTAL:

HTTPS://G357.ARMY.PENTAGON.SMIL.MIL/OD/ODO/ARMYOPCENTER/CRISISACTIONP
AGE/SITEPAGES/HOME.ASPX

DOMS NIPR OMB:
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.DOMS-OPERATIONS@ARMY.MIL

DOMS SIPR OMB:
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.AOC-DOMS-TEAM@MAIL.SMIL.MIL

6. (U) THE EXPIRATION DATE OF THIS MESSAGE IS 31 DECEMBER 2026,
UNLESS FORMALLY RESCINDED OR SUPERSEDED.


ATTACHMENT:
ANNEX A - ARMY INSTALLATION GATING CRITERIA REPORT.
ANNEX B - SECRETARY OF DEFENSE MEMORANDUM, "UPDATE TO
CONDITIONS-BASED APPROACH TO CORONAVIRUS DISEASE 2019 PERSONNEL
MOVEMENT AND TRAVEL RESTRICTIONS," 15 MARCH 2021.
ANNEX C - COVID-19 PERSONAL PROTECTIVE EQUIPMENT, LOGSTAT REPORT.
ANNEX D - HQDA COVID-19 POSITIVE CASE AND ROM TRACKER.
ANNEX E - SECRETARY OF THE ARMY MEMORANDUM, "DELEGATION OF AUTHORITY
TO APPROVE TRAVEL OF ARMY PERSONNEL-TRANSITION FRAMEWORK," 20 APRIL
2021.
ANNEX F - SECRETARY OF DEFENSE MEMORANDUM, "GUIDANCE FOR COMMANDERS'
RISK-BASED RESPONSES AND IMPLEMENTATION OF THE HEALTH PROTECTION
CONDITION (HPCON) FRAMEWORK DURING THE
CORONAVIRUS DISEASE 2019 PANDEMIC," 29 APRIL 2021.
ANNEX G - FORCE HEALTH PROTECTION SUPPLEMENT 20, DEPARTMENT OF
DEFENSE GUIDANCE FOR PERSONNEL TRAVELING DURING THE CORONAVIRUS
DISEASE 2019 PANDEMIC, 12 APRIL 2021.
ANNEX H - FORCE HEALTH PROTECTION SUPPLEMENT 16.1, DEPARTMENT OF
DEFENSE GUIDANCE DEPLOYMENT AND REDEPLOYMENT OF INDIVIDUALS AND

## UNCLAS CUI

## UNCLAS CUI

UNITS, 04 MAY 2021.
ANNEX I - FORCE HEALTH PROTECTION SUPPLEMENT 15.2, DEPARTMENT OF
DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE 2019 LABORATORY TESTING
SERVICES, 02 JULY 2021.
ANNEX J - IMPLEMENTATION OF REQUIRED COVID-19 PROTECTIONS PUBLIC
AFFAIRS GUIDANCE.
ANNEX K - TIER 4 TESTING CONCEPT AND APPROVAL AUTHORITY.
ANNEX L - DOD COVID TASK FORCE, COVID-19 TESTING PROTOCOLS, 08 MARCH
2021.
ANNEX M - CLMS FORM 1D, CLINICAL LABORATORY IMPROVEMENT PROGRAM
WAIVED COMPLEXITY REGISTRATION/RENEWAL FORM.
ANNEX N - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "METHODS TO ENABLE
AND ENCOURAGE VACCINATION AGAINST CORONAVIRUS DISEASE 2019," 20 MAY
2021.
ANNEX O - [RESCINDED]
ANNEX P - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "CORONAVIRUS
DISEASE 19 VACCINE GUIDANCE," 07 DECEMBER 2020.
ANNEX Q - UNDER SECRETARY OF DEFENSE MEMORANDUM SUPPLEMENTAL GUIDANCE
FOR PROVIDING DOD CORONAVIRUS DISEASE 2019 VACCINE TO DOD CONTRACTOR
EMPLOYEES AND SELECT FOREIGN NATIONALS,
31 DECEMBER 2020.
ANNEX R - SECRETARY OF DEFENSE MEMORANDUM, "SECRETARIAL DESIGNEE
STATUS FOR SELECT DEPARTMENT OF DEFENSE CIVILIAN EMPLOYEE AND
CONTRACTOR EMPLOYEE DEPENDENTS OUTSIDE THE UNITED
STATES FOR THE LIMITED PURPOSE OF RECEIVING CORONAVIRUS DISEASE 2019
VACCINATIONS," 03 JUNE 2021.
ANNEX S - SECRETARY OF DEFENSE MEMORANDUM, "USE OF MASKS AND OTHER
PUBLIC HEALTH MEASURES," 04 FEBRUARY 2021.
ANNEX T - FORCE HEALTH PROTECTION SUPPLEMENT 17.1, DEPARTMENT OF
DEFENSE GUIDANCE FOR THE USE OF MASKS, PPE, AND NPI, 22 JUNE 2021.
ANNEX U - SECRETARY OF ARMY MEMORANDUM, USE OF MASKS AND DELEGATION
OF AUTHORITY TO GRANT EXCEPTIONS, 24 FEBRUARY 2021.
ANNEX V - [RESCINDED]
ANNEX W - POOLED TESTING GUIDANCE AND STRATEGY, 02 JUNE 2021.
ANNEX X - UNDER SECRETARY OF DEFENSE MEMORANDUM GUIDANCE FOR
PARTICIPATION OF INTERNATIONAL MILITARY STUDENTS AND TRAINEES, 07 MAY
2021.
ANNEX Y - UNDER SECRETARY OF DEFENSE MEMORANDUM, "SUPPLEMENTAL
GUIDANCE ON REQUESTING AUTHORIZATION AND ELIGIBILITY TO OFFER AND
ADMINISTER CORONAVIRUS DISEASE 2019 VACCINATIONS,"
08 JUNE 2021.
ANNEX Z - SECRETARY OF THE ARMY MEMORANDUM, "DELEGATION OF AUTHORITY
FOR HEALTH PROTECTION CONDITION (HPCON) IMPLEMENTATION AND OCCUPANCY
REQUIREMENTS," 09 JUNE 2021.
ANNEX AA - UNDER SECRETARY OF DEFENSE (PERSONNEL AND READINESS)
MEMORANDUM, "FORCE HEALTH PROTECTION GUIDANCE (SUPPLEMENT 22) -
DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS
DISEASE 2019 SURVEILLANCE AND SCREENING TESTING," 21 JULY 2021.
ANNEX BB - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "UPDATED MASK
GUIDANCE FOR ALL DOD INSTALLATIONS AND OTHER FACILITIES," 28 JULY
2021.
ANNEX CC - CDC GUIDANCE FOR IMPLEMENTING COVID-19 PREVENTION
STRATEGIES, 27 JULY 2021.
ANNEX DD - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1419,
"(J&J) JANSSEN COVID-19 VACCINE SHELF-LIFE EXTENSION," 28 JULY 2021.
ANNEX EE - COVID-19 VACCINATION REQUIREMENT REPORT.
ANNEX FF - MANDATORY CORONAVIRUS DISEASE 2019 VACCINATION OF
DEPARTMENT OF DEFENSE SERVICE MEMBERS, 24 AUGUST 2021.
ANNEX GG - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1463,
"PFIZER LICENSE AND SHELF LIFE EXTENSION," 24 AUGUST 2021.
ANNEX HH - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21- 1425,
"UPDATED COVID-19 VACCINE ORDERING GUIDELINES," 09 AUGUST 2021.

## UNCLAS CUI

# UNCLAS CUI

ANNEX II - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1454,
"ADDITIONAL DOSE OF COVID 19 VACCINE FOR IMMUNOCOMPROMISED PERSONS,"
13 AUGUST 2021.
ANNEX JJ - ASSISTANT SECRETARY OF DEFENSE (HEALTH AFFAIRS)
MEMORANDUM, "MANDATORY VACCINATION OF SERVICE MEMBERS USING THE
PFIZER-BIONTECH COVID-19 AND COMIRNATY COVID-19
VACCINES," 14 SEPTEMBER 2021.
ANNEX KK - DD FROM 3150, "CONTRACTOR PERSONNEL AND VISITOR
CERTIFICATION OF VACCINATION," OCTOBER 2021.
ANNEX LL - VACCINE INFORMATION FACT SHEET
ANNEX MM - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "UPDATED
CORONAVIRUS DISEASE 2019 GUIDANCE RELATED TO TRAVEL AND MEETINGS," 24
SEPTEMBER 2021.
ANNEX NN - SAMPLE DA FORM 4856 FOR ENLISTED VACCINE REFUSALS.
ANNEX OO - SAMPLE DA FORM 4856 FOR OFFICER VACCINE REFUSALS.
ANNEX PP - EXECUTIVE ORDER 14043 OF SEPTEMBER 9, 2021, REQUIRING
VACCINATION FOR FEDERAL EMPLOYEES.
ANNEX QQ - EXECUTIVE ORDER 14042 OF SEPTEMBER 9, 2021, ENSURING
ADEQUATE COVID SAFETY PROTOCOLS FOR FEDERAL CONTRACTORS.
ANNEX RR - ABBOTT BINAXNOW COVID-19 AG CARD PRODUCT EXPIRY UPDATE,
MAY 2021.
ANNEX SS - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1538,
DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE, 23 SEPTEMBER 2021.
ANNEX TT - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549,
PFIZER-BIONTECH/COMIRNATY COVID-19 VACCINE BOOSTER DOSE
RECOMMENDATIONS, 27 SEPTEMBER 2021.
ANNEX UU - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549,
SUPPLEMENT 1, KEY MESSAGES AND TALKING POINTS, 27 SEPTEMBER 2021.
ANNEX VV - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549,
SUPPLEMENT 2, FACT SHEET FOR HEALTHCARE PROVIDERS ADMINISTERING
VACCINE (VACCINATION PROVIDERS), 27 SEPTEMBER
2021.
ANNEX WW - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549,
SUPPLEMENT 3, VACCINE INFORMATION FACT SHEET FOR RECIPIENTS AND
CAREGIVERS ABOUT COMIRNATY (COVID-19 VACCINE,
MRNA) AND PFIZER-BIONTECH COVID-19 VACCINE TO PREVENT CORONAVIRUS
DISEASE 2019 (COVID-19), 27 SEPTEMBER 2021.
ANNEX XX - REFUSALS AND MEDICAL/RELIGIOUS EXEMPTIONS PROCESS.
ANNEX YY - COVID-19 VACCINATION PERMANENT MEDICAL EXEMPTION REQUEST
STANDARD OPERATION PROCEDURE.
ANNEX ZZ - PERMANENT MEDICAL EXEMPTION REQUEST PROCESS ASSIGNMENTS.
ANNEX AAA - REQUEST FOR PERMANENT MEDICAL EXEMPTION TO COVID-19
VACCINATION TEMPLATE MEMORANDUM.
ANNEX BBB - ARMY DIRECTIVE 2021-33 (APPROVAL AND APPEAL AUTHORITIES
FOR MILITARY AND MEDICAL ADMINISTRATIVE IMMUNIZATION EXEMPTIONS), 24
SEPTEMBER 2021.
ANNEX CCC - SAFER FEDERAL WORKFORCE TASK FORCE, COVID-19 WORKPLACE
SAFETY: AGENCY MODEL SAFETY PRINCIPLES, LAST UPDATED 13 SEPTEMBER
2021.
[CHANGE TO READ] ANNEX DDD - SAFER FEDERAL WORKFORCE TASK FORCE,
COVID-19 WORKPLACE SAFETY: GUIDANCE FOR FEDERAL CONTRACTORS AND
SUBCONTRACTORS, UPDATED 10 NOVEMBER 2021.
ANNEX EEE - MANDATORY CORONAVIRUS DISEASE 2019 VACCINATION OF DOD
CIVILIAN EMPLOYEES, ISSUED 1 OCTOBER 2021.
ANNEX FFF - OFFICE OF PERSONNEL MANAGEMENT (OPM) AND SAFER FEDERAL
WORKFORCE TASK FORCE GUIDANCE ON VACCINATION REQUIREMENTS, 5 OCTOBER
2021.
ANNEX GGG - UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND READINESS
MEMORANDUM, "FORCE HEALTH PROTECTION GUIDANCE (SUPPLEMENT 23)
REVISION 2 - DEPARTMENT OF DEFENSE GUIDANCE FOR
CORONAVIRUS DISEASE 2019 VACCINATION ATTESTATION, SCREENING TESTING,
AND VACCINATION VERIFICATION," 29 OCTOBER 2021.

# UNCLAS CUI

PAGE 14 OF 15

ANNEX HHH - DD FORM 3175, CIVILIAN EMPLOYEE CERTIFICATION OF VACCINATION, OCTOBER 2021.
ANNEX III - ASSISTANT SECRETARY OF DEFENSE FOR HEALTH AFFAIRS MEMORANDUM, "UPDATED GUIDANCE ON CO-ADMINISTRATION OF CORONAVIRUS DISEASE 2019 VACCINE WITH OTHER VACCINES," 7 OCTOBER 2021.
ANNEX JJJ - UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND READINESS MEMORANDUM, "CORONAVIRUS DISEASE 2019 VACCINATION FOR PREGNANT AND BREASTFEEDING SERVICE MEMBERS," 5 OCTOBER 2021.
ANNEX KKK - SECRETARY OF THE ARMY MEMORANDUM, "DELEGATION OF AUTHORITY-ADDITIONAL CORONAVIRUS DISEASE 2019 GUIDANCE RELATED TO TRAVEL AND MEETINGS," 12 OCTOBER 2021.
ANNEX LLL - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1613, "DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE," 28 OCTOBER 2021.
ANNEX MMM - DEFENSE CIVILIAN PERSONNEL ADVISORY SERVICE MESSAGE, "COVERAGE FOR INJURIES RESULTING FROM THE COVID-19 VACCINATION MANDATE FOR FEDERAL EMPLOYEES," 14 OCTOBER 2021.
ANNEX NNN - ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE AFFAIRS MEMORANDUM, "FORCE HEALTH PROTECTION GUIDANCE (SUPPLEMENT 23) - REVISION 2 - DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE 2019 VACCINATION ATTESTATION, SCREENING TESTING, AND VACCINATION VERIFICATION," 8 NOVEMBER 2021.
ANNEX OOO - ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE AFFAIRS, ASSISTANT G-1 (CIVILIAN PERSONNEL) NUMBERED MESSAGE (# 2021082) ARMY TEMPLATE MEMO FOR EMPLOYEE NOTIFICATION OF COVID-19 VACCINATION REQUIREMENT, "SUBJECT: EMPLOYEE NOTIFICATION, MANDATORY COVID-19 VACCINATION FOR FEDERAL EMPLOYEES."
ANNEX PPP - DD FORM 3176, "REQUEST FOR MEDICAL EXEMPTION OR DELAY TO THE COVID-19 VACCINATION REQUIREMENT," OCTOBER 2021.
ANNEX QQQ - DD FORM 3177, "REQUEST FOR RELIGIOUS EXEMPTION TO THE COVID-19 VACCINATION REQUIREMENT," OCTOBER 2021.
ANNEX RRR - OFFICE OF THE ASSISTANT SECRETARY OF DEFENSE FOR MANPOWER AND RESERVE AFFAIRS MEMORANDUM, "VACCINATION ADVISORY STATEMENT FOR NON-USMEPCOM ACCESSIONS," 22 OCTOBER 21.
[CHANGE TO READ] ANNEX SSS - DEFENSE LOGISTICS AGENCY, "COVID-19 HOME TEST KITS ORDERING PROCEDURES," 19 NOVEMBER 2021.
ANNEX TTT - MEDCOM "GENERAL INSTRUCTIONS FOR ALL SCREENING TESTS OF UNVACCINATED PERSONNEL"
ANNEX UUU - ARMY BUDGET OFFICE, "REIMBURSEMENT AND PROCESS FOR EMPLOYEE PURCHASED COVID-19 SELF-TESTS."
ANNEX VVV SAMPLE DECISION MEMO REQUESTING APPROVAL OF TRAVEL FOR UNVACCINATED INDIVIDUALS
ANNEX WWW PROCESS FOR REQUESTING MISSION ESSENTIAL APPROVAL OF TRAVEL FOR UNVACCINATED INDIVIDUALS
ANNEX XXX SAMPLE DECISION MEMO MEETINGS OVER 50 PARTICIPANTS
ANNEX YYY - SECRETARY OF THE ARMY MEMORANDUM, "FLAGGING AND BARS TO CONTINUED SERVICE OF SOLDIERS WHO REFUSE THE COVID-19 VACCINATION ORDER," 16 NOVEMBER 2021.
ANNEX ZZZ - SOLDIER COVID 19 VACCINATION REFUSALS REPORT.
ANNEX AAAA - SECRETARY OF DEFENSE MEMORANDUM, "CORONAVIRUS DISEASE 2019 VACCINATION FOR MEMBERS OF THE NATIONAL GUARD AND THE READY RESERVE," 30 NOVEMBER 2021.
[ADD] ANNEX BBBB - COVID 19 TEST KITS ORDERING PROCESS IN FEDMALL.

BT
#1464

**UNCLAS CUI**

NNNN
Received from AUTODIN 032304Z Dec 21

**UNCLAS CUI**

**UNCLAS CUI**

# FRAGO 13 TO HQDA EXORD 225-21 COVID-19 STEADY STATE OPERATIONS

**Originator:** DA WASHINGTON DC//AOC//

**TOR:** 12/14/2021 00:26:52

**DTG:** 140020Z Dec 21

**Prec:** Priority

**DAC:** General

**To:** ARLINGTON NATIONAL CEMETERY ARLINGTON VA, ARNG NGB COMOPS ARLINGTON VA, ARNG NGB J3 JOC WASHINGTON DC, ARNGRC ARLINGTON VA, ARNGRC WATCH ARLINGTON VA, CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX, CDR ARMY FUTURES COMMAND AUSTIN TX, CDR ATEC ABERDEEN PROVING GROUND MD, CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC, CDR MDW J3 FT MCNAIR DC, CDR MDW JFHQ-NCR FT MCNAIR DC, CDR NETCOM 9THSC FT HUACHUCA AZ, CDR TRADOC CG FT EUSTIS VA, CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA, CDR USAR NORTH FT SAM HOUSTON TX, CDR USARCENT SHAW AFB SC, CDR USASOC COMMAND CENTER FT BRAGG NC, CDR USASOC FT BRAGG NC, CDR USASOC MESSAGE CENTER FT BRAGG NC, CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC, CDRAMC REDSTONE ARSENAL AL, CDRFORSCOM FT BRAGG NC, CDRHRC G3 DCSOPS FT KNOX KY, CDRINSCOM FT BELVOIR VA, CDRINSCOMIOC FT BELVOIR VA, CDRMDW WASHINGTON DC, CDRUSACE WASHINGTON DC, CDRUSACIDC FT BELVOIR VA, CDRUSACYBER FT BELVOIR VA, CDRUSACYBER G3 FT BELVOIR VA, CDRUSACYBER G33 FT BELVOIR VA, CDRUSAEIGHT G3 CUROPS SEOUL KOR, CDRUSAEIGHT SEOUL KOR, CDRUSAMEDCOM FT SAM HOUSTON TX, CDRUSARC G33 READ FT BRAGG NC, CDRUSARCYBER WATCH OFFICER FT BELVOIR VA, CDRUSARPAC CG FT SHAFTER HI, CDRUSARPAC FT SHAFTER HI, COMDT USAWC CARLISLE BARRACKS PA, HQ IMCOM FT SAM HOUSTON TX, HQ INSCOM IOC FT BELVOIR VA, HQ SDDC CMD GROUP SCOTT AFB IL, HQ SDDC OPS MSG CNTR SCOTT AFB IL, HQ USARSO FT SAM HOUSTON TX, HQ USARSO G3 FT SAM HOUSTON TX, HQDA ARMY STAFF WASHINGTON DC, HQDA CSA WASHINGTON DC, HQDA EXEC OFFICE WASHINGTON DC, HQDA IMCOM OPS DIV WASHINGTON DC, HQDA SEC ARMY WASHINGTON DC, HQDA SECRETARIAT WASHINGTON DC, HQDA SURG GEN WASHINGTON DC, MEDCOM HQ EOC FT SAM HOUSTON TX, NETCOM G3 CURRENT OPS FT HUACHUCA AZ, NGB WASHINGTON DC, SMDC ARSTRAT CG ARLINGTON VA, SMDC ARSTRAT G3 ARLINGTON VA, SUPERINTENDENT USMA WEST POINT NY, SURGEON GEN FALLS CHURCH VA, USAR AROC FT BRAGG NC, USAR CMD GRP FT BRAGG NC, USAR DCS G33 OPERATIONS FT BRAGG NC, USARCENT G3 FWD, USARPAC COMMAND CENTER FT SHAFTER HI, CDR USAREUR-AF WIESBADEN GE, CDR SETAF-AF VICENZA IT

**CC:** HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC, HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC, HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC

**Attachments:** (U) ANNEX BBBB COVID 19 TEST KITS ORDERING PROCESS IN FEDMALL.pdf, (U) ANNEX CCCC TEMPLATE NOTIFICATION OF EXEMPTION RECEIPT.pdf, (U) ANNEX DDDD TEMPLATE MEMO FOR EMPLOYEE NOTIFICATION OF CV19 TESTING REQUIREMENT.pdf, (U) ANNEX EEEE TEMPLATE MEMO COUNSELING AND EDUCATION PERIOD NOTIFICATION.pdf

```
PAAUZATZ RUEADWD2588 3480026-UUUU--RUIAAAA RUEADWD.
ZNR UUUUU
P 140020Z DEC 21
FM DA WASHINGTON DC//AOC//
TO RUIAAAA/ARLINGTON NATIONAL CEMETERY ARLINGTON VA
RUIAAAA/ARNG NGB COMOPS ARLINGTON VA
RUIAAAA/ARNG NGB J3 JOC WASHINGTON DC
RUIAAAA/ARNGRC ARLINGTON VA
RUIAAAA/ARNGRC WATCH ARLINGTON VA
RUIAAAA/CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX
RUIAAAA/CDR ARMY FUTURES COMMAND AUSTIN TX
RUIAAAA/CDR ATEC ABERDEEN PROVING GROUND MD
RUJAAAA/CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC
RUJAAAA/CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC
RUIAAAA/CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC
RUJAAAA/CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC
RUIAAAA/CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC
RUIAAAA/CDR MDW J3 FT MCNAIR DC
RUIAAAA/CDR MDW JFHQ-NCR FT MCNAIR DC
RUIAAAA/CDR NETCOM 9THSC FT HUACHUCA AZ
RUIAAAA/CDR TRADOC CG FT EUSTIS VA
```

**UNCLAS CUI**

**UNCLAS CUI**

```
RUIAAAA/CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA
RUIAAAA/CDR USAR NORTH FT SAM HOUSTON TX
RUIAAAA/CDR USARCENT SHAW AFB SC
RUIAAAA/CDR USASOC COMMAND CENTER FT BRAGG NC
RUIAAAA/CDR USASOC FT BRAGG NC
RUIAAAA/CDR USASOC MESSAGE CENTER FT BRAGG NC
RUIAAAA/CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC
RUIAAAA/CDRAMC REDSTONE ARSENAL AL
RUIAAAA/CDRFORSCOM FT BRAGG NC
RUIAAAA/CDRHRC G3 DCSOPS FT KNOX KY
RUIAAAA/CDRINSCOM FT BELVOIR VA
RUIAAAA/CDRINSCOMIOC FT BELVOIR VA
RUIAAAA/CDRMDW WASHINGTON DC
RUIAAAA/CDRUSACE WASHINGTON DC
RUIAAAA/CDRUSACIDC FT BELVOIR VA
RUIAAAA/CDRUSACYBER FT BELVOIR VA
RUIAAAA/CDRUSACYBER G3 FT BELVOIR VA
RUIAAAA/CDRUSACYBER G33 FT BELVOIR VA
RUIAAAA/CDRUSAEIGHT G3 CUROPS SEOUL KOR
RUIAAAA/CDRUSAEIGHT SEOUL KOR
RUIAAAA/CDRUSAMEDCOM FT SAM HOUSTON TX
RUIAAAA/CDRUSARC G33 READ FT BRAGG NC
RUIAAAA/CDRUSARCYBER WATCH OFFICER FT BELVOIR VA
RUIAAAA/CDRUSARPAC CG FT SHAFTER HI
RUIAAAA/CDRUSARPAC FT SHAFTER HI
RUIAAAA/COMDT USAWC CARLISLE BARRACKS PA
RUIAAAA/HQ IMCOM FT SAM HOUSTON TX
RUIAAAA/HQ INSCOM IOC FT BELVOIR VA
RUIAAAA/HQ SDDC CMD GROUP SCOTT AFB IL
RUIAAAA/HQ SDDC OPS MSG CNTR SCOTT AFB IL
RUIAAAA/HQ USARSO FT SAM HOUSTON TX
RUIAAAA/HQ USARSO G3 FT SAM HOUSTON TX
RUEADWD/HQDA ARMY STAFF WASHINGTON DC
RUEADWD/HQDA CSA WASHINGTON DC
RUEADWD/HQDA EXEC OFFICE WASHINGTON DC
RUEADWD/HQDA IMCOM OPS DIV WASHINGTON DC
RUEADWD/HQDA SEC ARMY WASHINGTON DC
RUEADWD/HQDA SECRETARIAT WASHINGTON DC
RUEADWD/HQDA SURG GEN WASHINGTON DC
RUIAAAA/MEDCOM HQ EOC FT SAM HOUSTON TX
RUIAAAA/NETCOM G3 CURRENT OPS FT HUACHUCA AZ
RUIAAAA/NGB WASHINGTON DC
RUIAAAA/SMDC ARSTRAT CG ARLINGTON VA
RUIAAAA/SMDC ARSTRAT G3 ARLINGTON VA
RUIAAAA/SUPERINTENDENT USMA WEST POINT NY
RUIAAAA/SURGEON GEN FALLS CHURCH VA
RUIAAAA/USAR AROC FT BRAGG NC
RUIAAAA/USAR CMD GRP FT BRAGG NC
RUIAAAA/USAR DCS G33 OPERATIONS FT BRAGG NC
RUIAAAA/USARCENT G3 FWD
RUIAAAA/USARPAC COMMAND CENTER FT SHAFTER HI
RUIAAAA/CDR USAREUR-AF WIESBADEN GE
RUIPAAA/CDR SETAF-AF VICENZA IT
INFO RUIAAAA/HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC
BT
UNCLAS CUI
SUBJ/FRAGO 13 TO HQDA EXORD 225-21 COVID-19 STEADY STATE OPERATIONS
CUI//
CONTROLLED BY: HQDA DCS, G-3/5/7
CONTROLLED BY: DAMO-OD
```

**UNCLAS CUI**

# UNCLAS CUI

CUI CATEGORY: OPSEC
LIMITED DISSEMINATION CONTROL: FEDCON
POC: LTC NYKEBA L. ANTHONY 703-692-2804

SUBJECT: (CUI) FRAGO 13 TO HQDA EXORD 225-21 COVID-19 STEADY STATE
OPERATIONS//

(U) REFERENCES.
REF//A/ THROUGH REF/SS/ NO CHANGE.
REF//TT/ [ADD] FRAGO 12 TO HQDA EXORD 225-21 COVID-19 STEADY STATE
OPERATIONS, DTG 032302Z DEC 21 //

1. (U) SITUATION. NO CHANGE.

2. (U) MISSION. NO CHANGE.

3. (U) EXECUTION.

3.A. (U) COMMANDER'S INTENT. NO CHANGE.

3.B. (U) CONCEPT OF OPERATION. NO CHANGE.

3.C. (U) TASKS TO ARMY STAFF AND SUBORDINATE COMMANDS. NO CHANGE.

3.D. (U) COORDINATING INSTRUCTIONS.

3.D.1. THROUGH 3.D.7. NO CHANGE.

3.D.8. NO CHANGE.

3.D.8.A. NO CHANGE.

3.D.8.B. NO CHANGE.

3.D.8.B.1. NO CHANGE.

3.D.8.B.1.A. THROUGH 3.D.8.B.1.D. NO CHANGE.

3.D.8.B.1.E. NO CHANGE.

3.D.8.B.1.E.1. THROUGH 3.D.8.B.1.E.5. NO CHANGE.

3.D.8.B.1.E.6. (U) [CHANGE TO READ] IAW AR 600-8-2, PARAGRAPH 3-1H,
SOLDIERS WHO ARE FLAGGED FOR REFUSING THE MANDATORY VACCINATION ORDER

ARE AUTHORIZED TO SUBMIT RETIREMENT REQUESTS, UNQUALIFIED
RESIGNATIONS, OR REQUESTS FOR SEPARATION UPON EXPIRATION OF TERMS OF
SERVICE. IAW AR 600-8-2, PARAGRAPH 2-2, COMMANDERS WILL VERIFY THAT
SOLDIERS REQUIRING MORE THAN ONE FLAG (VACCINE REFUSAL PLUS
ADDITIONAL
FLAG ACTION) ARE PROPERLY FLAGGED. WHEN PROCESSING ANY RETIREMENT,
RESIGNATION, OR SEPARATION, THE COMMAND WILL NOTE, IN ANY REQUIRED
RECOMMENDATION, IF THE SOLDIER IS FLAGGED SOLELY FOR COVID-19
VACCINATION REFUSAL. ADDITIONALLY, COMMANDERS SHOULD NOTIFY THE
APPROPRIATE APPROVAL AUTHORITY IF THE SOLDIER IS SUBSEQUENTLY FLAGGED

FOR ANY ADDITIONAL REASON AFTER SUBMISSION OF THE RETIREMENT,
RESIGNATION, OR SEPARATION REQUEST. THIS WILL ASSIST THE APPROPRIATE
APPROVAL AUTHORITY IN DETERMINING THE PROPER DISPOSITION OF
SEPARATION
OR RETIREMENT REQUEST OF THE SOLDIER.

# UNCLAS CUI

# UNCLAS CUI

3.D.8.B.1.E.7.

3.D.8.B.1.F. THROUGH 3.D.8.B.1.H. NO CHANGE.

3.D.8.B.2. THROUGH 3.D.8.B.9. NO CHANGE.

3.D.8.C. THROUGH 3.D.8.Q. NO CHANGE.

3.D.9. NO CHANGE.

3.D.9.A. NO CHANGE.

3.D.9.B. (U) [ADD] FOR EDUCATION AND INFORMATION PURPOSES, COMMANDERS
ARE ENCOURAGED TO USE THE VIDEO "CURRENT COVID-19 VACCINE MYTHS AND
FACTS" (YOUTUBE: https://www.youtube.com/watch?v=fG031rbMMlM OR AT
MILTUBE: https://www.milsuite.mil/video/watch/video/49285) TO EDUCATE

THEIR FORMATIONS ON THE COVID-19 VACCINE. THE VIDEO FEATURES U.S. ARMY
MEDICAL EXPERTS ADDRESSING SOME OF THE MOST COMMON QUESTIONS ABOUT THE
COVID-19 VACCINE TO HELP DISPEL MYTHS.

3.D.10. THROUGH 3.D.13. NO CHANGE.

3.D.14. NO CHANGE.

3.D.14.A. (U) [CHANGE TO READ] COMMANDERS WILL EXECUTE IAW THESE KEY

MILESTONES FOR THE ARMY IMPLEMENTATION TIMELINE. THIS SUPERSEDES
PREVIOUS PUBLISHED TIMELINES:

20 DEC 21: NLT COMMANDS WILL IDENTIFY DECISION AUTHORITIES, THE LEGAL

ADVISOR TO THE DECISION AUTHORITIES, THE SME ADMINISTRATOR AND SMES.
21 DEC 21: NLT COMMANDS WILL PROVIDE THE NAMES OF THE DECISION
AUTHORITIES, LEGAL ADVISORS, SME ADMINISTRATORS AND SMES TO DEPUTY
ASSISTANT SECRETARY OF THE ARMY-CIVILIAN PERSONNEL (DASA-CP) IN
ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND RESERVE AFFAIR)
ASA(M&RA) BY EMAIL (SEE 5.B.1.M.).
22 DEC 21: NLT ASA(M&RA) WILL PROVIDE THE NAMES OF THE DECISION
AUTHORITIES, LEGAL ADVISORS, SME ADMINISTRATORS AND SMES TO OFFICE OF

THE JUDGE ADVOCATE GENERAL (OTJAG).

3.D.15. NO CHANGE.

3.D.16. NO CHANGE.

3.D.16.A. NO CHANGE.

3.D.16.A.1. THROUGH 3.D.16.A.4. NO CHANGE.

3.D.16.A.5. (U) [ADD] THE FUNCTIONALITY FOR MILITARY SUPERVISORS TO
REVIEW AND VERIFY DD FORM 3175 (CIVILIAN EMPLOYEE CERTIFICATION OF
VACCINATION) OF THEIR CIVILIAN EMPLOYEES IN MILCONNECT IS NOW ACTIVE.

PER 3.D.16.A., MILITARY SUPERVISORS MUST ENTER MILCONNECT AND COMPLETE
SECTION B OF THE DD FORM 3175. ALL SUPERVISORS MUST ENSURE THE
CORRECTNESS OF THE ADMINISTRATIVE HIERARCHY SOURCED FROM DEFENSE

# UNCLAS CUI

**UNCLAS CUI**

CIVILIAN PERSONNEL DATA SYSTEM (DCPDS) AND VIEWABLE IN MYBIZ. FOR ASSISTANCE WITH ACCESS TO THE SYSTEM CONTACT YOUR COMMAND G1 ON PROCEDURES FOR SUBMITTING A SERVICE NOW TICKET AT HTTPS://HR.CHRA.ARMY.MIL/HOME.

3.D.16.A.6. (U) [ADD] SUPERVISORS MUST ENSURE THE DD FORM 3175 IS UPDATED WHEN AN EMPLOYEE'S VACCINATION STATUS CHANGES.

3.D.16.B. NO CHANGE.

3.D.16.C. NO CHANGE.

3.D.16.C.1. NO CHANGE.

3.D.16.C.2. (U) [ADD] AFTER CONSULTATION WITH THEIR COMMAND SERVICING
EEO OFFICER OR OFFICE OF DEPUTY ASSISTANT SECRETARY OF THE ARMY EQUITY
AND INCLUSION (DASA-E&I), COMMANDS WILL DESIGNATE AN EEO REPRESENTATIVE FROM THEIR SERVICING EEO OFFICE WHO WILL RECEIVE ALL EXEMPTION REQUESTS FROM SUPERVISORS AND ENTER THEM IN THE MD 715 TRACKER NO EARLIER THAN 21 DECEMBER 2021. THE EEO REPRESENTATIVE ENTERING THE EXEMPTION REQUESTS IN THE MD 715 TRACKER WILL NOT BE THE

EEO SME ASSISTING THE DECISION AUTHORITY.

3.D.16.C.2.A. (U) [ADD] ABSENT EXTRAORDINARY CIRCUMSTANCES, SUPERVISORS OR MANAGEMENT OFFICIALS WILL FORWARD ON-HAND EXEMPTION REQUESTS TO THE COMMAND'S DESIGNATED EEO REPRESENTATIVE NOT LATER THAN
TWO BUSINESS DAYS AFTER COORDINATION WITH THE DESIGNATED EEO REPRESENTATIVE.

3.D.16.C.3. NO CHANGE.

3.D.16.C.3.A. THROUGH 3.D.16.C.3.C. NO CHANGE.

3.D.16.C.3.D. (U) [CHANGE TO READ] THE DECISION AUTHORITY LEVEL FOR CIVILIAN EXEMPTION REQUESTS IS LIEUTENANT GENERAL / TIER 3 SES OR HIGHER WITHIN THE HEADQUARTERS OF AASA, ACOMS, ASCCS, AND DRUS. NO FURTHER DELEGATION IS AUTHORIZED. DRUS NOT LED OR COMMANDED BY A 3-STAR OR TIER 3 SES WILL CONTACT DASA-CP (SEE 5.B.1.M.) REGARDING THE DESIGNATION OF DECISION AUTHORITIES FOR REQUESTS FOR EXEMPTIONS FROM THEIR ORGANIZATIONS.

3.D.16.C.3.E. NO CHANGE.

3.D.16.C.3.E.1 [RESCIND]

3.D.16.C.3.E.2. THROUGH 3.D.16.C.3.E.3. NO CHANGE.

3.D.16.C.3.F. NO CHANGE.

3.D.16.C.3.H. (U) [CHANGE TO READ] SME TRAINING WILL NOT BEGIN IN DECEMBER. INITIAL TRAINING DEPENDS ON THE RELEASE OF DOD GUIDANCE AND

SUBSEQUENT ASSESSMENT OF POTENTIAL IMPACT TO THE PROCESSING OF REQUESTS FOR EXEMPTIONS. ONCE PUBLISHED, TRAINING WILL BE SCHEDULED AND CONDUCTED BY OTJAG THROUGH MICROSOFT TEAMS.

3.D.16.C.3.H.1. (U) [ADD] ONCE DOD PROVIDES ESSENTIAL GUIDANCE, OTJAG

**UNCLAS CUI**

## UNCLAS CUI

LABOR AND EMPLOYMENT LAW DIVISION WILL PUBLISH SEPARATELY A PROGRAM OF
INSTRUCTION AND ADDITIONAL INFORMATION ON TRAINING DATES.

3.D.16.C.4. NO CHANGE.

3.D.16.C.4.A. THROUGH 3.D.16.C.4.B. NO CHANGE.

3.D.16.C.4.C. NO CHANGE.

3.D.16.C.4.C.1. THROUGH 3.D.16.C.4.C.2. NO CHANGE.

3.D.16.C.4.C.3. (U) [CHANGE TO READ] ABSENT EXTRAORDINARY
CIRCUMSTANCES, REQUESTS FOR EXEMPTIONS RECEIVED BY SUPERVISORS IN THE

FUTURE WILL BE FORWARDED TO THE COMMAND'S DESIGNATED EEO
REPRESENTATIVE NOT LATER THAN TWO BUSINESS DAYS AFTER RECEIPT.

3.D.16.C.4.C.3.A. (U) [ADD] SUPERVISORS WILL NOTIFY EMPLOYEES IN
WRITING, USING THE TEMPLATE PROVIDED SEPARATELY IN AN UPCOMING
ASSISTANT G-1(CIVILIAN PERSONNEL) (AG1CP) NUMBERED MESSAGE AND IN
ANNEX CCCC, THAT THEIR REQUEST HAS BEEN RECEIVED, FORWARDED TO THE
DESIGNATED EEO REPRESENTATIVE, AND THAT NO FORMAL DISCIPLINE RELATED
TO THEIR VACCINATION STATUS WILL BE TAKEN UNTIL THEIR REQUEST IS
ACTED
UPON.

3.D.16.C.4.D. (U) [CHANGE TO READ] THE COMMAND'S DESIGNATED EEO
OFFICE REPRESENTATIVE WILL REVIEW THE REQUEST AND IMPACT ASSESSMENT
FOR COMPLETENESS AND REQUEST ANY ADDITIONAL INFORMATION OR
CLARIFICATION FROM THE SUPERVISOR OR MANAGEMENT OFFICIAL IN THE
EMPLOYEE'S CHAIN OF SUPERVISION, FOR ANY CORRECTIONS. THE COMMAND'S
DESIGNATED EEO OFFICE REPRESENTATIVE WILL ENTER THE REQUEST AND THE
IMPACT ASSESSMENT INTO THE MANAGEMENT DIRECTIVE (MD) 715 REPORTER
AUTOMATED SYSTEM NO EARLIER THAN 21 DECEMBER 2021. NO FURTHER
PROCESSING OR FORWARDING OF REQUESTS WILL BE PERFORMED UNTIL FURTHER
GUIDANCE IS PUBLISHED.

3.D.16.C.4.E. NO CHANGE.

3.D.16.C.4.F. NO CHANGE.

3.D.16.C.4.F.1. (U) [CHANGE TO READ] AVENUES OF REDRESS, OR
APPELLATE
RIGHTS FOR DENIALS OF EXEMPTION REQUESTS, WILL FOLLOW THE PROCEDURES
ESTABLISHED IN DODI 1400.25 VOLUME 771, AS IMPLEMENTED BY ASA(M&RA)
ADMINISTRATIVE GRIEVANCE PROCESS MEMORANDA, AR 690-12, AR 690-600, OR

APPLICABLE NEGOTIATED GRIEVANCE PROCEDURES, AND WILL BE DISCUSSED IN
THE UPCOMING TRAINING FROM OTJAG.

3.D.16.C.4.G. NO CHANGE.

3.D.16.D. (U) [CHANGE TO READ] ANY OF THE FOLLOWING ACTIONS
CONSTITUTE A FAILURE TO FOLLOW INSTRUCTIONS FOR CIVILIAN EMPLOYEES:
1)
FAILURE TO FOLLOW THE ORDER AS DIRECTED IN ANNEX OOO, 2) FAILURE OR
REFUSAL BY A CIVILIAN EMPLOYEE TO ATTEST TO THEIR VACCINATION STATUS
ON DD FORM 3175, 3) FAILURE TO PROVIDE ADMINISTRATIVELY ACCEPTABLE
EVIDENCE OF VACCINATION ABSENT A REQUEST FOR EXEMPTION, AND/OR 4)
FAILURE TO FOLLOW INSTRUCTIONS REGARDING TESTING REQUIREMENTS AS
DIRECTED IN ANNEX DDDD.

## UNCLAS CUI

3.D.16.D.1. THROUGH 3.D.16.D.3. NO CHANGE.

3.D.16.D.4. (U) [CHANGE TO READ] ABSENT EXTRAORDINARY CIRCUMSTANCES,

FURTHER ENFORCEMENT STEPS OR DISCIPLINE FOR EMPLOYEES FAILING TO
FOLLOW INSTRUCTIONS WITH REGARD TO THE VACCINE MANDATE OR TESTING
WILL
NOT BEGIN UNTIL AFTER 3 JANUARY 22, AND WILL ONLY BE TAKEN AFTER
CONSULTATION WITH SERVICING CIVILIAN PERSONNEL ADVISORY CENTERS(CPAC)

AND LABOR COUNSELORS.

3.D.16.D.4.A. NO CHANGE.

3.D.16.D.4.B. (U) [CHANGE TO READ] DISCIPLINE FOR CIVILIAN EMPLOYEES

WHO FAIL TO FOLLOW INSTRUCTIONS REGARDING THE VACCINE MANDATE AND
TESTING MUST BEGIN WITH A COUNSELING AND EDUCATION PERIOD OF NO LESS
THAN 5 DAYS. CONTINUED FAILURE TO FOLLOW INSTRUCTIONS WILL BE
ADDRESSED USING PROGRESSIVE DISCIPLINE WHICH MAY INCLUDE REPRIMAND,
SUSPENSION, AND REMOVAL. SUPERVISORS MUST CONSULT WITH THEIR
SERVICING
CPAC AND LABOR COUNSELOR BEFORE TAKING ANY DISCIPLINARY ACTIONS AND
BEFORE ADDRESSING ISSUES REGARDING EMPLOYEES WITH ADDITIONAL OR
UNRELATED MISCONDUCT. THE COUNSELING TEMPLATE FOR EMPLOYEES WHO FAIL
TO COMPLY WITH THE VACCINE REQUIREMENT AS DETAILED IN ANNEX OOO WILL
BE IN WRITING USING THE TEMPLATE PROVIDED SEPARATELY THRU AN UPCOMING

AG1CP NUMBERED MESSAGE AND IN ANNEX EEEE. THE CIVILIAN EMPLOYEES
COUNSELING TEMPLATE DETAILING TESTING REQUIREMENTS IS EXPLAINED IN
PARAGRAPH 3.D.16.D.5.

3.D.16.D.4.C. NO CHANGE.

3.D.16.D.5. (U) [ADD] ORGANIZATIONS WITH SUFFICIENT QUANTITIES OF
TESTS FOR THEIR POPULATIONS OF CIVILIAN EMPLOYEES WHO ARE NOT FULLY
VACCINATED WILL NOTIFY THOSE EMPLOYEES OF THE REQUIREMENT TO TEST IN
ORDER TO ENTER THE WORKPLACE. THIS NOTICE WILL BE IN WRITING USING
THE
TEMPLATE PROVIDED SEPARATELY THRU AN UPCOMING AG1CP NUMBERED MESSAGE
AND IN ANNEX DDDD. ORGANIZATIONS LACKING SUFFICIENT SUPPLIES FOR
TESTING CIVILIAN EMPLOYEES WHO ARE NOT FULLY VACCINATED, MAY NOT
REQUIRE TESTING FOR CIVILIAN EMPLOYEES.

3.D.16.D.5.A. (U) [ADD] PENDING FURTHER GUIDANCE, COMMANDS WILL NOT
PLACE EMPLOYEES FAILING TO TEST IN A NON-PAID STATUS (LEAVE WITHOUT
PAY; AWOL, ETC.). EMPLOYEES MAY BE SUBJECT TO FURTHER DISCIPLINE FOR
FAILING TO FOLLOW INSTRUCTIONS AND ADDITIONAL OR UNRELATED
MISCONDUCT.

3.D.16.E. THROUGH 3.D.16.F. NO CHANGE.

3.D.16.G. (U) [CHANGE TO READ] NEW HIRES: EXECUTIVE ORDER 14043
(ANNEX
PP) AND OFFICE OF PERSONNEL MANAGEMENT (OPM) GUIDANCE DIRECT FEDERAL
EMPLOYEES TO BE FULLY VACCINATED AGAINST COVID-19 NO LATER THAN 22
NOVEMBER 2021. ALL APPLICANTS TO DA POSITIONS MUST ATTEST TO THEIR
VACCINATION STATUS DURING THE APPLICATION PROCESS.

3.D.16.G.1. (U) [ADD] SELECTEES MUST PROVIDE PROOF OF COVID-19
VACCINATION AND A COPY OF A COMPLETED DD FORM 3175 TO THE HIRING

MANAGER FOR VERIFICATION OF VACCINATION STATUS. ONCE FULLY VACCINATED

STATUS IS VERIFIED, THE HIRING MANAGER WILL NOTIFY THE CIVILIAN PERSONNEL ADVISORY CENTER (CPAC) TO COMPLETE ANY REMAINING PRE-EMPLOYMENT REQUIREMENTS AND ESTABLISH THE ENTRY ON DUTY (EOD) DATE. ADDITIONAL GUIDANCE ON EXEMPTION REQUESTS FOR NEW HIRES WILL BE FORTHCOMING. CPACS WILL CONTINUE TO FOLLOW EXISTING PROCEDURES FOR ON-
BOARDING NEW HIRES AFTER VACCINATION STATUS OF NEW HIRES IN VERIFIED BY THE HIRING MANAGER.

3.D.16.G.1. (U) [ADD] THE ASA(M&RA) AND AG1CP WILL PROVIDE ADDITIONAL
GUIDANCE REGARDING VACCINATION REQUIREMENTS FOR INTERNAL SELECTIONS/PLACEMENTS.

3.D.17. (U) [CHANGE TO READ] SENIOR MISSION COMMANDERS AND FACILITY MANAGERS ESTABLISHED COVID-19 SCREENING TESTING PROGRAMS FOR UNVACCINATED SERVICE MEMBERS AND DOD CIVILIAN EMPLOYEES WHO ACCESS DOD
FACILITIES. THIS APPLIES TO ALL SERVICE MEMBERS AND DOD CIVILIAN EMPLOYEES WHO ARE NOT FULLY VACCINATED. SENIOR MISSION COMMANDERS AND

FACILITY MANAGERS WILL NOT IMPLEMENT SCREENING TESTS UNTIL THEY HAVE SUFFICIENT SUPPLIES ON HAND TO TEST THEIR UNVACCINATED POPULATION EVENLY AND PREDICTABLY.

3.D.17.A. THROUGH 3.D.17.D. NO CHANGE.

3.D.18. THROUGH 3.D.19. NO CHANGE.

3.D.20. NO CHANGE.

3.D.20.A. THROUGH 3.D.20.B. NO CHANGE.

3.D.20.C. (U) [CHANGE TO READ] NON-DOD WITNESSES CALLED BY EITHER THE
GOVERNMENT OR DEFENSE FOR A COURT-MARTIAL OR MAGISTRATE COURT PROCEEDINGS AT A DOD INSTALLATION ARE CONSIDERED TO BE ACCESSING DOD FACILITIES FOR AN AD HOC PURPOSE. VACCINATION ATTESTATION, SCREENING,

AND VERIFICATION REQUIREMENTS FOR VISITORS TO DOD INSTALLATIONS AND FACILITIES DO NOT APPLY TO THESE INDIVIDUALS, HOWEVER ALL OTHER FORCE

HEALTH PROTECTION REQUIREMENTS REMAIN IN EFFECT (I.E., MASKING).

3.D.20.D. (U) [ADD] INDIVIDUALS RECEIVING PATIENT CARE AND THEIR ESCORTS/SPONSORS IN A DOD FACILITY ARE CONSIDERED TO BE ACCESSING DOD

FACILITIES FOR AN AD HOC PURPOSE. VACCINATION ATTESTATION, SCREENING,

AND VERIFICATION REQUIREMENTS FOR VISITORS TO DOD INSTALLATIONS AND FACILITIES DO NOT APPLY TO THESE INDIVIDUALS, HOWEVER ALL OTHER FORCE

HEALTH PROTECTION REQUIREMENTS REMAIN IN EFFECT (I.E., MASKING). PERSONNEL ACCESSING PATIENT CARE FACILITIES FOR OTHER OFFICIAL BUSINESS WILL STILL COMPLY WITH REQUIREMENTS FOR OFFICIAL VISITORS.

3.D.21. NO CHANGE.

3.D.21.A. [ADD] THE TERM ARMY NATIONAL GUARD (ARNG) APPLIES TO SERVICE

# UNCLAS CUI

MEMBERS UNDER TITLE 32. THE COMPLETION GOAL FOR ARNG VACCINATION
MANDATE COMPLIANCE IS 30 JUNE 2022. IMPLEMENTATION OF ANNEX AAAA WILL

BE EXECUTED NO EARLIER THAN 1 JULY 2022. ARNG SERVICE MEMBERS MUST BE

FULLY VACCINATED IMMEDIATELY UNLESS OTHERWISE EXEMPTED.

3.D.21.B. [ADD] READY RESERVE INCLUDES RESERVE MEMBERS IN THE
SELECTED
RESERVE (SELRES) AND INDIVIDUAL READY RESERVE (IRR).

3.D.21.B.1. [ADD] ANNEX AAAA APPLIES TO MEMBERS OF THE SELRES AND
MEMBERS OF THE IRR IN THE FOUR CONTROL GROUPS LISTED IN PARAGRAPH
3.D.21.D. ANNEX AAAA DOES NOT APPLY TO MEMBERS OF THE IRR IN OTHER
CONTROL GROUPS.

3.D.21.C. [ADD] ANNEX AAAA ALSO APPLIES TO MEMBERS OF THE STANDBY
RESERVE IN THE ACTIVE STATUS CATEGORY IN PARAGRAPH 3.D.21.D.

3.D.21.D. [ADD] EFFECTIVE 1 JULY 2022, THE BELOW CONTROL GROUPS MUST
SHOW PROOF OF FULL VACCINATION STATUS BEFORE PERFORMING ACTIVE OR
INACTIVE DUTY (E.G. ADOS, MOBILIZATION, AT, IDT, IADT, ETC.):

3.D.21.D.1. [ADD] ANNUAL TRAINING (CURORG K)

3.D.21.D.2. [ADD] REINFORCEMENT (CURORG L)

3.D.21.D.3. [ADD] OFFICER ACTIVE DUTY OBLIGOR (OADO) (CURORG M)

3.D.21.D.4. [ADD] STANDBY RESERVE (ACTIVE STATUS LIST) (CURORG O)

3.D.21.E. [ADD] EFFECTIVE 1 JULY 2022, UNLESS OTHERWISE EXEMPT IN
ACCORDANCE WITH ARMY POLICY, IN ORDER TO PARTICIPATE IN DRILLS,
TRAINING, AND OTHER DUTY CONDUCTED, WITHIN A TITLE 10 OR TITLE 32
STATUS, ALL MEMBERS OF THE ARMY NATIONAL GUARD, READY RESERVE, AND
STANDBY RESERVE (ACTIVE STATUS LIST) WILL BE FULLY VACCINATED AGAINST

COVID-19.

3.D.21.F. [ADD] EFFECTIVE 1 JULY 2022, NO CREDIT OR EXCUSED ABSENCE
SHALL BE AFFORDED TO MEMBERS OF THE ARMY NATIONAL GUARD, READY
RESERVE, AND STANDBY RESERVE (ACTIVE STATUS LIST) WHO DO NOT
PARTICIPATE IN DRILLS, TRAINING, OR OTHER DUTY DUE TO FAILURE TO BE
FULLY VACCINATED AGAINST COVID-19.

3.D.21.G. [ADD] EFFECTIVE 1 JULY 2022, UNLESS OTHERWISE EXEMPT, NO
DEPARTMENT OF DEFENSE FUNDING WILL BE ALLOCATED FOR PAYMENT OF DUTIES

PERFORMED BY MEMBERS OF THE ARMY NATIONAL GUARD, READY RESERVE, AND
STANDBY RESERVE (ACTIVE STATUS LIST) WHO DO NOT COMPLY WITH
DEPARTMENT
OF DEFENSE COVID-19 VACCINATION REQUIREMENTS.

4. (U) SUSTAINMENT. NOT USED.

5. (U) COMMAND AND SIGNAL.

5.A. (U) COMMAND. NOT USED.

5.B. (CUI) SIGNAL.

5.B.1. (CUI) HEADQUARTERS DEPARTMENT OF THE ARMY COVID-19 POINTS OF

# UNCLAS CUI

# UNCLAS CUI

CONTACT (POC). HQDA COVID-19 OPT AT USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.COVID-OPT@ARMY.MIL;

5.B.1.A. (CUI) G-1 POC IS COL MICHAEL A. ZWEIFEL, MICHAEL.A.ZWEIFEL.MIL@ARMY.MIL, (703) 697-8469.

5.B.1.B. (CUI) G-2 POC IS LTC LEON SATCHELL, LEON.R.SATCHELL.MIL@ARMY.MIL, (703)697-5484.

5.B.1.C. (CUI) G-4 POCS ARE LTC KYLE FERRARINI (MEDLOG TF), KYLE.FERRARINI2.MIL@ARMY.MIL, (703) 693-6704 OR ALOC USARMY.PENTAGON.HQDA.MBX.AALOCATC@ARMY.MIL, (703) 614-2159.

5.B.1.D. (CUI) LABORATORY RESPONSE NETWORK POC IS DR. WILLIAM NAUSCHUETZ, LABORATORY BIOPREPAREDNESS COORDINATOR, WILLIAM.F.NAUSCHUETZ.CIV@MAIL.MIL, (210) 295-7269 OR (210) 386-1480.

5.B.1.E. (CUI) USAMEDCOM PUBLIC HEALTH POC IS COL RICK CHAVEZ, RODRIGO.CHAVEZ5.MIL@MAIL.MIL, (703) 681-9510 OR COL MICHELE A. SOLTIS, MICHELE.A.SOLTIS.MIL@MAIL.MIL, (703) 681- 6043.

5.B.1.F. (CUI) ARMY PUBLIC HEALTH CENTER POC IS DR. STEVEN CERSOVSKY, STEVEN.B.CERSOVSKY.CIV@MAIL.MIL, (410) 436-4311.

5.B.1.G. (CUI) ARMY PUBLIC AFFAIRS POC IS LTC TERENCE KELLEY, TERENCE.M.KELLEY.MIL@ARMY.MIL.

5.B.1.H. (CUI) OFFICE OF THE JUDGE ADVOCATE GENERAL POC MAJ NORBERTO

DALUZ, NORBERTO.O.DALUZ.MIL@MAIL.MIL, (703) 693-4961.

5.B.1.I. (CUI) ARMY NATIONAL GUARD POC IS MAJ TIMOTHY MCCORMIC, TIMOTHY.A.MCCORMIC.MIL@MAIL.MIL, (703) 601-7620.

5.B.1.J. (CUI) UNITED STATES ARMY RESERVES POC IS LTC RAYMOND D. HARPER, RAYMOND.D.HARPER4.MIL@MAIL.MIL, 703.614-5271.

5.B.1.K. (CUI) OFFICE OF THE SURGEON GENERAL POC IS COL DUBRAY KINNEY, DUBRAY.KINNEY2.MIL@MAIL.MIL, (703) 681-9672.

5.B.1.L. (CUI) ASSISTANT SECRETARY OF THE ARMY (FINANCIAL MANAGEMENT

AND COMPTROLLER) POC IS LTC DALE BERRY, DALE.E.BERRY2.MIL@ARMY.MIL, (703) 614-1680.

5.B.1.M. (CUI) [CHANGE TO READ] ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND RESERVE AFFAIRS), DEPUTY ASSISTANT SECRETARY OF THE ARMY-CIVILIAN PERSONNEL (DASA-CP) POC IS MS. CONSTANCE B. RAY, CONSTANCE.B.RAY2.CIV@ARMY.MIL, (703) 344-8047.

5.B.1.N. (CUI) ARMY CONFERENCES PROGRAM, OFFICE OF THE ADMINISTRATIVE ASSISTANT TO THE SECRETARY OF THE ARMY POC: HQDA.CONFERENCES.INBOX@MAIL.MIL.

5.B.1.O. (CUI) ASSISTANT SECRETARY OF THE ARMY (ACQUISITION, LOGISTICS AND TECHNOLOGY) POCS ARE LTC RACHAEL M. HOAGLAND, RACHAEL.M.HOAGLAND.MIL@ARMY.MIL, (703) 614-2500 OR COL ROBERT L. VON TERSCH, ROBERT.L.VONTERSCH.MIL@ARMY.MIL, (703) 614-6586.

# UNCLAS CUI

## UNCLAS CUI

5.B.1.P. (CUI) [ADD] ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND
RESERVE AFFAIRS), DEPUTY ASSISTANT SECRETARY OF THE ARMY-MILITARY
PERSONNEL (DASA-MP) POC IS COL BENITO RODRIGUEZ,
BENITO.E.RODRIGUEZ.MIL@MAIL.MIL, (703) 695-4402.

5.B.1.Q. (CUI) HEADQUARTERS DEPARTMENT OF THE ARMY WATCH: NIPR EMAIL

USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@ARMY.MIL, SIPR EMAIL
USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@MAIL.SMIL.MIL.

5.B.1.R. (CUI) HEADQUARTERS DEPARTMENT OF THE ARMY COVID-19 CRISIS
ACTION TEAM INFO:

NIPR PORTAL:
HTTPS://G357.ARMY.PENTAGON.MIL/OD/ODO/ARMYOPCENTER/CAWG/CAT/SITEPAGES
ORONAVIRUS%20(COVID-19).ASPX

SIPR PORTAL:
HTTPS://G357.ARMY.PENTAGON.SMIL.MIL/OD/ODO/ARMYOPCENTER/CRISISACTIONP
GE/SITEPAGES/HOME.ASPX

DOMS NIPR OMB:
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.DOMS-OPERATIONS@ARMY.MIL

DOMS SIPR OMB:
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.AOC-DOMS-TEAM@MAIL.SMIL.MIL

6. (U) THE EXPIRATION DATE OF THIS MESSAGE IS 31 DECEMBER 2026,
UNLESS FORMALLY RESCINDED OR SUPERSEDED.


ATTACHMENT:
ANNEX A - ARMY INSTALLATION GATING CRITERIA REPORT.
ANNEX B - SECRETARY OF DEFENSE MEMORANDUM, "UPDATE TO
CONDITIONS-BASED
APPROACH TO CORONAVIRUS DISEASE 2019 PERSONNEL MOVEMENT AND TRAVEL
RESTRICTIONS," 15 MARCH 2021.
ANNEX C - COVID-19 PERSONAL PROTECTIVE EQUIPMENT, LOGSTAT REPORT.
ANNEX D - HQDA COVID-19 POSITIVE CASE AND ROM TRACKER.
ANNEX E - SECRETARY OF THE ARMY MEMORANDUM, "DELEGATION OF AUTHORITY
TO APPROVE TRAVEL OF ARMY PERSONNEL-TRANSITION FRAMEWORK," 20 APRIL
2021.
ANNEX F - SECRETARY OF DEFENSE MEMORANDUM, "GUIDANCE FOR COMMANDERS'
RISK-BASED RESPONSES AND IMPLEMENTATION OF THE HEALTH PROTECTION
CONDITION (HPCON) FRAMEWORK DURING THE CORONAVIRUS DISEASE 2019
PANDEMIC," 29 APRIL 2021.
ANNEX G - FORCE HEALTH PROTECTION SUPPLEMENT 20, DEPARTMENT OF
DEFENSE
GUIDANCE FOR PERSONNEL TRAVELING DURING THE CORONAVIRUS DISEASE 2019
PANDEMIC, 12 APRIL 2021.
ANNEX H - FORCE HEALTH PROTECTION SUPPLEMENT 16.1, DEPARTMENT OF
DEFENSE GUIDANCE DEPLOYMENT AND REDEPLOYMENT OF INDIVIDUALS AND
UNITS,
04 MAY 2021.
ANNEX I - FORCE HEALTH PROTECTION SUPPLEMENT 15.2, DEPARTMENT OF
DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE 2019 LABORATORY TESTING
SERVICES, 02 JULY 2021.
ANNEX J - IMPLEMENTATION OF REQUIRED COVID-19 PROTECTIONS PUBLIC
AFFAIRS GUIDANCE.
ANNEX K - TIER 4 TESTING CONCEPT AND APPROVAL AUTHORITY.
ANNEX L - DOD COVID TASK FORCE, COVID-19 TESTING PROTOCOLS, 08 MARCH
2021.

## UNCLAS CUI

# UNCLAS CUI

PAGE 12 OF 15

ANNEX M - CLMS FORM 1D, CLINICAL LABORATORY IMPROVEMENT PROGRAM WAIVED
COMPLEXITY REGISTRATION/RENEWAL FORM.
ANNEX N - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "METHODS TO ENABLE AND ENCOURAGE VACCINATION AGAINST CORONAVIRUS DISEASE 2019," 20 MAY 2021.
ANNEX O - [RESCINDED]
ANNEX P - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "CORONAVIRUS DISEASE
19 VACCINE GUIDANCE," 07 DECEMBER 2020.
ANNEX Q - UNDER SECRETARY OF DEFENSE MEMORANDUM SUPPLEMENTAL GUIDANCE
FOR PROVIDING DOD CORONAVIRUS DISEASE 2019 VACCINE TO DOD CONTRACTOR EMPLOYEES AND SELECT FOREIGN NATIONALS, 31 DECEMBER 2020.
ANNEX R - SECRETARY OF DEFENSE MEMORANDUM, "SECRETARIAL DESIGNEE STATUS FOR SELECT DEPARTMENT OF DEFENSE CIVILIAN EMPLOYEE AND CONTRACTOR EMPLOYEE DEPENDENTS OUTSIDE THE UNITED STATES FOR THE LIMITED PURPOSE OF RECEIVING CORONAVIRUS DISEASE 2019 VACCINATIONS," 03 JUNE 2021.
ANNEX S - SECRETARY OF DEFENSE MEMORANDUM, "USE OF MASKS AND OTHER PUBLIC HEALTH MEASURES," 04 FEBRUARY 2021.
ANNEX T - FORCE HEALTH PROTECTION SUPPLEMENT 17.1, DEPARTMENT OF DEFENSE GUIDANCE FOR THE USE OF MASKS, PPE, AND NPI, 22 JUNE 2021.
ANNEX U - SECRETARY OF ARMY MEMORANDUM, USE OF MASKS AND DELEGATION OF
AUTHORITY TO GRANT EXCEPTIONS, 24 FEBRUARY 2021.
ANNEX V - [RESCINDED]
ANNEX W - POOLED TESTING GUIDANCE AND STRATEGY, 02 JUNE 2021.
ANNEX X - UNDER SECRETARY OF DEFENSE MEMORANDUM GUIDANCE FOR PARTICIPATION OF INTERNATIONAL MILITARY STUDENTS AND TRAINEES, 07 MAY 2021.
ANNEX Y - UNDER SECRETARY OF DEFENSE MEMORANDUM, "SUPPLEMENTAL GUIDANCE ON REQUESTING AUTHORIZATION AND ELIGIBILITY TO OFFER AND ADMINISTER CORONAVIRUS DISEASE 2019 VACCINATIONS," 08 JUNE 2021.
ANNEX Z - SECRETARY OF THE ARMY MEMORANDUM, "DELEGATION OF AUTHORITY FOR HEALTH PROTECTION CONDITION (HPCON) IMPLEMENTATION AND OCCUPANCY REQUIREMENTS," 09 JUNE 2021.
ANNEX AA - UNDER SECRETARY OF DEFENSE (PERSONNEL AND READINESS) MEMORANDUM, "FORCE HEALTH PROTECTION GUIDANCE (SUPPLEMENT 22) - DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE 2019 SURVEILLANCE AND SCREENING TESTING," 21 JULY 2021.
ANNEX BB - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "UPDATED MASK GUIDANCE FOR ALL DOD INSTALLATIONS AND OTHER FACILITIES," 28 JULY 2021.
ANNEX CC - CDC GUIDANCE FOR IMPLEMENTING COVID-19 PREVENTION STRATEGIES, 27 JULY 2021.
ANNEX DD - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1419, " (J&J) JANSSEN COVID-19 VACCINE SHELF-LIFE EXTENSION," 28 JULY 2021.
ANNEX EE - COVID-19 VACCINATION REQUIREMENT REPORT.
ANNEX FF - MANDATORY CORONAVIRUS DISEASE 2019 VACCINATION OF DEPARTMENT OF DEFENSE SERVICE MEMBERS, 24 AUGUST 2021.
ANNEX GG - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1463, "PFIZER LICENSE AND SHELF LIFE EXTENSION," 24 AUGUST 2021.
ANNEX HH - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21- 1425, "UPDATED COVID-19 VACCINE ORDERING GUIDELINES," 09 AUGUST 2021.
ANNEX II - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1454, "ADDITIONAL DOSE OF COVID 19 VACCINE FOR IMMUNOCOMPROMISED PERSONS," 13 AUGUST 2021.
ANNEX JJ - ASSISTANT SECRETARY OF DEFENSE (HEALTH AFFAIRS) MEMORANDUM,
"MANDATORY VACCINATION OF SERVICE MEMBERS USING THE PFIZER-BIONTECH

# UNCLAS CUI

**UNCLAS CUI**

COVID-19 AND COMIRNATY COVID-19 VACCINES," 14 SEPTEMBER 2021.
ANNEX KK - DD FROM 3150, "CONTRACTOR PERSONNEL AND VISITOR
CERTIFICATION OF VACCINATION," OCTOBER 2021.
ANNEX LL - VACCINE INFORMATION FACT SHEET
ANNEX MM - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "UPDATED
CORONAVIRUS DISEASE 2019 GUIDANCE RELATED TO TRAVEL AND MEETINGS," 24

SEPTEMBER 2021.
ANNEX NN - SAMPLE DA FORM 4856 FOR ENLISTED VACCINE REFUSALS.
ANNEX OO - SAMPLE DA FORM 4856 FOR OFFICER VACCINE REFUSALS.
ANNEX PP - EXECUTIVE ORDER 14043 OF SEPTEMBER 9, 2021, REQUIRING
VACCINATION FOR FEDERAL EMPLOYEES.
ANNEX QQ - EXECUTIVE ORDER 14042 OF SEPTEMBER 9, 2021, ENSURING
ADEQUATE COVID SAFETY PROTOCOLS FOR FEDERAL CONTRACTORS.
ANNEX RR - ABBOTT BINAXNOW COVID-19 AG CARD PRODUCT EXPIRY UPDATE,
MAY
2021.
ANNEX SS - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1538,
DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE, 23 SEPTEMBER 2021.
ANNEX TT - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549,
PFIZER-BIONTECH/COMIRNATY COVID-19 VACCINE BOOSTER DOSE
RECOMMENDATIONS, 27 SEPTEMBER 2021.
ANNEX UU - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549,
SUPPLEMENT 1, KEY MESSAGES AND TALKING POINTS, 27 SEPTEMBER 2021.
ANNEX VV - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549,
SUPPLEMENT 2, FACT SHEET FOR HEALTHCARE PROVIDERS ADMINISTERING
VACCINE (VACCINATION PROVIDERS), 27 SEPTEMBER 2021.
ANNEX WW - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549,
SUPPLEMENT 3, VACCINE INFORMATION FACT SHEET FOR RECIPIENTS AND
CAREGIVERS ABOUT COMIRNATY (COVID-19 VACCINE, MRNA) AND PFIZER-
BIONTECH COVID-19 VACCINE TO PREVENT CORONAVIRUS DISEASE 2019 (COVID-
19), 27 SEPTEMBER 2021.
ANNEX XX - REFUSALS AND MEDICAL/RELIGIOUS EXEMPTIONS PROCESS.
ANNEX YY - COVID-19 VACCINATION PERMANENT MEDICAL EXEMPTION REQUEST
STANDARD OPERATION PROCEDURE.
ANNEX ZZ - PERMANENT MEDICAL EXEMPTION REQUEST PROCESS ASSIGNMENTS.
ANNEX AAA - REQUEST FOR PERMANENT MEDICAL EXEMPTION TO COVID-19
VACCINATION TEMPLATE MEMORANDUM.
ANNEX BBB - ARMY DIRECTIVE 2021-33 (APPROVAL AND APPEAL AUTHORITIES
FOR MILITARY AND MEDICAL ADMINISTRATIVE IMMUNIZATION EXEMPTIONS), 24
SEPTEMBER 2021.
ANNEX CCC - SAFER FEDERAL WORKFORCE TASK FORCE, COVID-19 WORKPLACE
SAFETY: AGENCY MODEL SAFETY PRINCIPLES, LAST UPDATED 13 SEPTEMBER
2021.
ANNEX DDD - SAFER FEDERAL WORKFORCE TASK FORCE, COVID-19 WORKPLACE
SAFETY: GUIDANCE FOR FEDERAL CONTRACTORS AND SUBCONTRACTORS, UPDATED
10 NOVEMBER 2021.
ANNEX EEE - MANDATORY CORONAVIRUS DISEASE 2019 VACCINATION OF DOD
CIVILIAN EMPLOYEES, ISSUED 1 OCTOBER 2021.
ANNEX FFF - OFFICE OF PERSONNEL MANAGEMENT (OPM) AND SAFER FEDERAL
WORKFORCE TASK FORCE GUIDANCE ON VACCINATION REQUIREMENTS, 5 OCTOBER
2021.
ANNEX GGG - UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND READINESS
MEMORANDUM, "FORCE HEALTH PROTECTION GUIDANCE (SUPPLEMENT 23)
REVISION
2 - DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE 2019
VACCINATION ATTESTATION, SCREENING TESTING, AND VACCINATION
VERIFICATION," 29 OCTOBER 2021.
ANNEX HHH - DD FORM 3175, CIVILIAN EMPLOYEE CERTIFICATION OF
VACCINATION, OCTOBER 2021.
ANNEX III - ASSISTANT SECRETARY OF DEFENSE FOR HEALTH AFFAIRS
MEMORANDUM, "UPDATED GUIDANCE ON CO-ADMINISTRATION OF CORONAVIRUS

**UNCLAS CUI**

## UNCLAS CUI

DISEASE 2019 VACCINE WITH OTHER VACCINES," 7 OCTOBER 2021.
ANNEX JJJ - UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND READINESS
MEMORANDUM, "CORONAVIRUS DISEASE 2019 VACCINATION FOR PREGNANT AND
BREASTFEEDING SERVICE MEMBERS," 5 OCTOBER 2021.
ANNEX KKK - SECRETARY OF THE ARMY MEMORANDUM, "DELEGATION OF
AUTHORITY-ADDITIONAL CORONAVIRUS DISEASE 2019 GUIDANCE RELATED TO
TRAVEL AND MEETINGS," 12 OCTOBER 2021.
ANNEX LLL - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1613,
"DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE," 28 OCTOBER 2021.
ANNEX MMM - DEFENSE CIVILIAN PERSONNEL ADVISORY SERVICE MESSAGE,
"COVERAGE FOR INJURIES RESULTING FROM THE COVID-19 VACCINATION
MANDATE
FOR FEDERAL EMPLOYEES," 14 OCTOBER 2021.
ANNEX NNN - ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE
AFFAIRS MEMORANDUM, "FORCE HEALTH PROTECTION GUIDANCE (SUPPLEMENT 23)

- REVISION 2 - DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE

2019 VACCINATION ATTESTATION, SCREENING TESTING, AND VACCINATION
VERIFICATION," 8 NOVEMBER 2021.
ANNEX OOO - ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE
AFFAIRS, ASSISTANT G-1 (CIVILIAN PERSONNEL) NUMBERED MESSAGE (#
2021082) ARMY TEMPLATE MEMO FOR EMPLOYEE NOTIFICATION OF COVID-19
VACCINATION REQUIREMENT, "SUBJECT: EMPLOYEE NOTIFICATION, MANDATORY
COVID-19 VACCINATION FOR FEDERAL EMPLOYEES."
ANNEX PPP - DD FORM 3176, "REQUEST FOR MEDICAL EXEMPTION OR DELAY TO
THE COVID-19 VACCINATION REQUIREMENT," OCTOBER 2021.
ANNEX QQQ - DD FORM 3177, "REQUEST FOR RELIGIOUS EXEMPTION TO THE
COVID-19 VACCINATION REQUIREMENT," OCTOBER 2021.
ANNEX RRR - OFFICE OF THE ASSISTANT SECRETARY OF DEFENSE FOR MANPOWER

AND RESERVE AFFAIRS MEMORANDUM, "VACCINATION ADVISORY STATEMENT FOR
NON-USMEPCOM ACCESSIONS," 22 OCTOBER 2021.
ANNEX SSS - DEFENSE LOGISTICS AGENCY, "COVID-19 HOME TEST KITS
ORDERING PROCEDURES," 19 NOVEMBER 2021.
ANNEX TTT - MEDCOM "GENERAL INSTRUCTIONS FOR ALL SCREENING TESTS OF
UNVACCINATED PERSONNEL"
ANNEX UUU - ARMY BUDGET OFFICE, "REIMBURSEMENT AND PROCESS FOR
EMPLOYEE PURCHASED COVID-19 SELF-TESTS."
ANNEX VVV SAMPLE DECISION MEMO REQUESTING APPROVAL OF TRAVEL FOR
UNVACCINATED INDIVIDUALS
ANNEX WWW PROCESS FOR REQUESTING MISSION ESSENTIAL APPROVAL OF TRAVEL

FOR UNVACCINATED INDIVIDUALS
ANNEX XXX SAMPLE DECISION MEMO MEETINGS OVER 50 PARTICIPANTS
ANNEX YYY - SECRETARY OF THE ARMY MEMORANDUM, "FLAGGING AND BARS TO
CONTINUED SERVICE OF SOLDIERS WHO REFUSE THE COVID-19 VACCINATION
ORDER," 16 NOVEMBER 2021.
ANNEX ZZZ - SOLDIER COVID 19 VACCINATION REFUSALS REPORT.
ANNEX AAAA - SECRETARY OF DEFENSE MEMORANDUM, "CORONAVIRUS DISEASE
2019 VACCINATION FOR MEMBERS OF THE NATIONAL GUARD AND THE READY
RESERVE," 30 NOVEMBER 2021.
[CHANGE TO READ] ANNEX BBBB - COVID 19 TEST KITS ORDERING PROCESS IN
FEDMALL.
[ADD] ANNEX CCCC - ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND
RESERVE AFFAIRS, ASSISTANT G-1(CIVILIAN PERSONNEL) ARMY TEMPLATE MEMO

FOR EMPLOYEE NOTIFICATION OF COVID-19 VACCINATION REQUIREMENT,
"SUBJECT: ACKNOWLEDGEMENT OF RECEIPT OF REQUEST FOR EXEMPTION FROM
THE
COVID-19 VACCINATION REQUIREMENT (NAME OF EMPLOYEE)."
[ADD] ANNEX DDDD - ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND

## UNCLAS CUI

**UNCLAS CUI**

```
RESERVE AFFAIRS, ASSISTANT G-1(CIVILIAN PERSONNEL) ARMY TEMPLATE MEMO

FOR EMPLOYEE NOTIFICATION OF COVID-19 VACCINATION REQUIREMENT,
"SUBJECT: EMPLOYEE ORDER, MANDATORY CORONAVIRUS 19(COVID-19)
TESTING."
[ADD] ANNEX EEEE - ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND
RESERVE AFFAIRS, ASSISTANT G-1(CIVILIAN PERSONNEL) ARMY TEMPLATE MEMO

FOR EMPLOYEE NOTIFICATION OF COVID-19 VACCINATION REQUIREMENT,
"SUBJECT: COUNSELING AND EDUCATION PERIOD NOTIFICATION, MANDATORY
COVD-19 VACCINATION FOR FEDERAL EMPLOYEES."
BT
#2588




NNNN
Received from AUTODIN 140026Z Dec 21
```

**UNCLAS CUI**

## UNCLAS CUI

# FRAGO 14 TO HQDA EXORD 225-21 COVID-19 STEADY STATE OPERATIONS

**Originator:** DA WASHINGTON DC
**TOR:** 01/12/2022 00:40:08
**DTG:** 120038Z Jan 22
**Prec:** Priority
**DAC:** General
**To:** ARLINGTON NATIONAL CEMETERY ARLINGTON VA, ARNG NGB COMOPS ARLINGTON VA, ARNG NGB J3 JOC WASHINGTON DC, ARNGRC ARLINGTON VA, ARNGRC WATCH ARLINGTON VA, CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX, CDR ARMY FUTURES COMMAND AUSTIN TX, CDR ATEC ABERDEEN PROVING GROUND MD, CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC, CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC, CDR MDW J3 FT MCNAIR DC, CDR MDW JFHQ-NCR FT MCNAIR DC, CDR NETCOM 9THSC FT HUACHUCA AZ, CDR TRADOC CG FT EUSTIS VA, CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA, CDR USAR NORTH FT SAM HOUSTON TX, CDR USARCENT SHAW AFB SC, CDR USASOC COMMAND CENTER FT BRAGG NC, CDR USASOC FT BRAGG NC, CDR USASOC MESSAGE CENTER FT BRAGG NC, CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC, CDRAMC REDSTONE ARSENAL AL, CDRFORSCOM FT BRAGG NC, CDRHRC G3 DCSOPS FT KNOX KY, CDRINSCOM FT BELVOIR VA, CDRINSCOMIOC FT BELVOIR VA, CDRMDW WASHINGTON DC, CDRUSACE WASHINGTON DC, CDRUSACIDC FT BELVOIR VA, CDRUSACYBER FT BELVOIR VA, CDRUSACYBER G3 FT BELVOIR VA, CDRUSACYBER G33 FT BELVOIR VA, CDRUSAEIGHT G3 CUROPS SEOUL KOR, CDRUSAEIGHT SEOUL KOR, CDRUSAMEDCOM FT SAM HOUSTON TX, CDRUSARC G33 READ FT BRAGG NC, CDRUSARCYBER WATCH OFFICER FT BELVOIR VA, CDRUSARPAC CG FT SHAFTER HI, CDRUSARPAC FT SHAFTER HI, COMDT USAWC CARLISLE BARRACKS PA, HQ IMCOM FT SAM HOUSTON TX, HQ INSCOM IOC FT BELVOIR VA, HQ SDDC CMD GROUP SCOTT AFB IL, HQ SDDC OPS MSG CNTR SCOTT AFB IL, HQ USARSO FT SAM HOUSTON TX, HQ USARSO G3 FT SAM HOUSTON TX, HQDA ARMY STAFF WASHINGTON DC, HQDA CSA WASHINGTON DC, HQDA EXEC OFFICE WASHINGTON DC, HQDA IMCOM OPS DIV WASHINGTON DC, HQDA SEC ARMY WASHINGTON DC, HQDA SECRETARIAT WASHINGTON DC, HQDA SURG GEN WASHINGTON DC, MEDCOM HQ EOC FT SAM HOUSTON TX, NETCOM G3 CURRENT OPS FT HUACHUCA AZ, NGB WASHINGTON DC, SMDC ARSTRAT CG ARLINGTON VA, SMDC ARSTRAT G3 ARLINGTON VA, SUPERINTENDENT USMA WEST POINT NY, SURGEON GEN FALLS CHURCH VA, USAR AROC FT BRAGG NC, USAR CMD GRP FT BRAGG NC, USAR DCS G33 OPERATIONS FT BRAGG NC, USARCENT G3 FWD, USARPAC COMMAND CENTER FT SHAFTER HI, CDR USAREUR-AF WIESBADEN GE, CDR SETAF-AF VICENZA IT
**CC:** HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC, HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC, HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC
**Attachments:** (U) ANNEX FFFF ARNG COVID-19 EXEMPTION REQUEST REPORT.pdf, (U) ANNEX GGG OUSD(PR) FHP 23 REV 3 VACCINATION ATTESTATION VERIFICATION 20 DEC 2021.pdf, (U) ANNEX GGGG USAR COVID-19 EXEMPTION REQUEST REPORT.pdf, (U) ANNEX HHHH ARMY COVID 19 VACCINATION EXEMPTION REPORT.pdf

```
PAAUZATZ RUEADWD0034 0120039-UUUU--RUIAAAA RUEADWD.
ZNR UUUUU
P 120038Z JAN 22
FM DA WASHINGTON DC
TO RUIAAAA/ARLINGTON NATIONAL CEMETERY ARLINGTON VA
RUIAAAA/ARNG NGB COMOPS ARLINGTON VA
RUIAAAA/ARNG NGB J3 JOC WASHINGTON DC
RUIAAAA/ARNGRC ARLINGTON VA
RUIAAAA/ARNGRC WATCH ARLINGTON VA
RUIAAAA/CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX
RUIAAAA/CDR ARMY FUTURES COMMAND AUSTIN TX
RUIAAAA/CDR ATEC ABERDEEN PROVING GROUND MD
RUJAAAA/CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT BRAGG NC
RUJAAAA/CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC
RUIAAAA/CDR FORSCOM DCS G3 CURRENT OPS FT BRAGG NC
RUJAAAA/CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC
RUIAAAA/CDR FORSCOM DCS G3 WATCH OFFICER FT BRAGG NC
RUIAAAA/CDR MDW J3 FT MCNAIR DC
RUIAAAA/CDR MDW JFHQ-NCR FT MCNAIR DC
RUIAAAA/CDR NETCOM 9THSC FT HUACHUCA AZ
RUIAAAA/CDR TRADOC CG FT EUSTIS VA
```

## UNCLAS CUI

## UNCLAS CUI

```
RUIAAAA/CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA
RUIAAAA/CDR USAR NORTH FT SAM HOUSTON TX
RUIAAAA/CDR USARCENT SHAW AFB SC
RUIAAAA/CDR USASOC COMMAND CENTER FT BRAGG NC
RUIAAAA/CDR USASOC FT BRAGG NC
RUIAAAA/CDR USASOC MESSAGE CENTER FT BRAGG NC
RUIAAAA/CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC
RUIAAAA/CDRAMC REDSTONE ARSENAL AL
RUIAAAA/CDRFORSCOM FT BRAGG NC
RUIAAAA/CDRHRC G3 DCSOPS FT KNOX KY
RUIAAAA/CDRINSCOM FT BELVOIR VA
RUIAAAA/CDRINSCOMIOC FT BELVOIR VA
RUIAAAA/CDRMDW WASHINGTON DC
RUIAAAA/CDRUSACE WASHINGTON DC
RUIAAAA/CDRUSACIDC FT BELVOIR VA
RUIAAAA/CDRUSACYBER FT BELVOIR VA
RUIAAAA/CDRUSACYBER G3 FT BELVOIR VA
RUIAAAA/CDRUSACYBER G33 FT BELVOIR VA
RUIAAAA/CDRUSAEIGHT G3 CUROPS SEOUL KOR
RUIAAAA/CDRUSAEIGHT SEOUL KOR
RUIAAAA/CDRUSAMEDCOM FT SAM HOUSTON TX
RUIAAAA/CDRUSARC G33 READ FT BRAGG NC
RUIAAAA/CDRUSARCYBER WATCH OFFICER FT BELVOIR VA
RUIAAAA/CDRUSARPAC CG FT SHAFTER HI
RUIAAAA/CDRUSARPAC FT SHAFTER HI
RUIAAAA/COMDT USAWC CARLISLE BARRACKS PA
RUIAAAA/HQ IMCOM FT SAM HOUSTON TX
RUIAAAA/HQ INSCOM IOC FT BELVOIR VA
RUIAAAA/HQ SDDC CMD GROUP SCOTT AFB IL
RUIAAAA/HQ SDDC OPS MSG CNTR SCOTT AFB IL
RUIAAAA/HQ USARSO FT SAM HOUSTON TX
RUIAAAA/HQ USARSO G3 FT SAM HOUSTON TX
RUEADWD/HQDA ARMY STAFF WASHINGTON DC
RUEADWD/HQDA CSA WASHINGTON DC
RUEADWD/HQDA EXEC OFFICE WASHINGTON DC
RUEADWD/HQDA IMCOM OPS DIV WASHINGTON DC
RUEADWD/HQDA SEC ARMY WASHINGTON DC
RUEADWD/HQDA SECRETARIAT WASHINGTON DC
RUEADWD/HQDA SURG GEN WASHINGTON DC
RUIAAAA/MEDCOM HQ EOC FT SAM HOUSTON TX
RUIAAAA/NETCOM G3 CURRENT OPS FT HUACHUCA AZ
RUIAAAA/NGB WASHINGTON DC
RUIAAAA/SMDC ARSTRAT CG ARLINGTON VA
RUIAAAA/SMDC ARSTRAT G3 ARLINGTON VA
RUIAAAA/SUPERINTENDENT USMA WEST POINT NY
RUIAAAA/SURGEON GEN FALLS CHURCH VA
RUIAAAA/USAR AROC FT BRAGG NC
RUIAAAA/USAR CMD GRP FT BRAGG NC
RUIAAAA/USAR DCS G33 OPERATIONS FT BRAGG NC
RUIAAAA/USARCENT G3 FWD
RUIAAAA/USARPAC COMMAND CENTER FT SHAFTER HI
RUIAAAA/CDR USAREUR-AF WIESBADEN GE
RUIPAAA/CDR SETAF-AF VICENZA IT
INFO RUIAAAA/HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC
BT
UNCLAS CUI
SUBJ/FRAGO 14 TO HQDA EXORD 225-21 COVID-19 STEADY STATE OPERATIONS
(1 of 2)
CONTROLLED BY: HQDA DCS, G-3/5/7
CONTROLLED BY: DAMO-OD
```

## UNCLAS CUI

# UNCLAS CUI

CUI CATEGORY: OPSEC
LIMITED DISSEMINATION CONTROL: FEDCON
POC: LTC NYKEBA L. ANTHONY 703-692-2804

SUBJECT: (CUI) FRAGO 14 TO HQDA EXORD 225-21 COVID-19 STEADY STATE
OPERATIONS//

(U) REFERENCES.
REF//A/ THROUGH REF/L/ NO CHANGE.
REF//M/ [RESCIND] //
REF//N/ THROUGH REF/SS/ NO CHANGE.
REF//TT/ [ADD] FRAGO 13 TO HQDA EXORD 225-21 COVID-19 STEADY STATE
OPERATIONS, DTG 140020Z DEC 21 //
REF//UU/ [ADD] UNDER SECRETARY OF DEFENSE (PERSONNEL AND READINESS)
MEMORANDUM, "TOOLS TO MITIGATE THE THREAT OF THE OMICRON VARIANT OF
CORONAVIRUS DISEASE 2019 IN THE DEPARTMENT OF DEFENSE," 30 DEC 2021
//

1. (U) SITUATION.

1.A. THROUGH 1.K. NO CHANGE.

1.L. (U) [ADD] THIS ORDER IMPLEMENTS ANNEX GGG, THE UNDER SECRETARY
OF DEFENSE FOR PERSONNEL AND READINESS PUBLISHED FORCE HEALTH
PROTECTION GUIDANCE SUPPLEMENT 23, REVISION 3 (FHP 23.3). THIS ORDER
ALSO IMPLEMENTS UPDATED GUIDANCE IN ANNEX I, THE UNDER SECRETARY OF
DEFENSE FOR PERSONNEL AND READINESS PUBLISHED FORCE HEALTH PROTECTION
GUIDANCE SUPPLEMENT 15, REVISION 3 (FHP 15.3), AND ANNEX LLLL, THE
UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND READINESS PUBLISHED
FORCE HEALTH PROTECTION GUIDANCE SUPPLEMENT 18, REVISION 1 (FHP
18.1), WHICH COVERS CDC'S UPDATED GUIDANCE FOR QUARANTINE AND
ISOLATION. IT ALSO DESCRIBES THE OBJECTIVES, RESPONSIBILITIES, AND
SCHEDULING FOR SUBJECT MATTER EXPERT (SME) TEAM AND DECISION
AUTHORITY TRAINING PROGRAM FOR CIVILIAN EXEMPTIONS.

2. (U) MISSION. NO CHANGE.

3. (U) EXECUTION.

3.A. (U) COMMANDER'S INTENT. NO CHANGE.

3.B. (U) CONCEPT OF OPERATION.

3.B.1. THROUGH 3.B.3. NO CHANGE.

3.B.4. (U) [CHANGE TO READ] THIS FRAGO IMPLEMENTS ANNEX GGG, FHP
23.3, AND INFORMS COMMANDERS AND SUPERVISORS OF THE SPECIFIC DOD
DATES FOR MEETING CIVILIAN VACCINATION REQUIREMENTS.

3.B.5. THROUGH 3.B.6. NO CHANGE.

3.C. (U) TASKS TO ARMY STAFF AND SUBORDINATE COMMANDS. NO CHANGE.

3.C.1. (U) COMMANDERS, ALL ARMY COMMANDS (ACOM), ARMY SERVICE
COMPONENT COMMANDS (ASCC), AND DIRECT REPORTING UNITS (DRU).

3.C.1.A. NO CHANGE.

3.C.1.A.1. (U) [CHANGE TO READ] PROVIDE A COMMANDER'S CONDITIONS
ASSESSMENT FOR THE LISTED INSTALLATIONS/FACILITIES/LOCATIONS IN
ACCORDANCE WITH (IAW) ANNEX A, "INSTALLATION GATING CRITERIA REPORT."
SUBMIT TO:

# UNCLAS CUI

## UNCLAS CUI

USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.DOMS.OPERATIONS@ARMY.MIL WEEKLY
NLT 1500Z ON MONDAYS. THIS REPORT UPDATES THE "DOD COVID-19 TRAVEL
RESTRICTION INSTALLATION STATUS UPDATE" LOCATED AT:
HTTPS://WWW.DEFENSE.GOV/SPOTLIGHTS/CORONAVIRUS-DOD-RESPONSE/

3.C.1.B. THROUGH 3.C.1.D. NO CHANGE.

3.C.1.E. (U) [CHANGE TO READ] REPORT NUMBER OF SOLDIERS WHO HAVE
REFUSED COVID-19 VACCINATION AND HAVE NOT REQUESTED AN EXEMPTION OR
RECEIVED AN APPROVED EXEMPTION. REPORT INFORMATION IN ANNEX ZZZ IS
DUE EVERY MONDAY NLT 1800R. REPORT INFORMATION BY ACOM/ASCC/DRU IN
CONSOLIDATED FORMAT. ARMY NATIONAL GUARD WILL REPORT ALL COMPO 2
SOLDIERS, U.S. ARMY RESERVE COMMAND WILL REPORT ALL COMPO 3 SOLDIERS,
AND ALL OTHER ACOM/ASCC/DRUS WILL REPORT ONLY COMPO 1 SOLDIERS.
ACOM/ASCC/DRUS WILL SUBMIT CONSOLIDATED REPORT BY EMAIL TO THE HQDA
COVID-19 OPT AT
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.COVID-OPT@ARMY.MIL.

3.C.1.E.1. (U) [CHANGE TO READ] MEDPROS DOES NOT HAVE A DECLINE OR
REFUSAL OPTION FOR INDIVIDUAL RECORDS KEEPING. THEREFORE, WE RELY
SOLELY ON COMMAND REPORTING. EFFECTIVE IMMEDIATELY, ONLY SOLDIER
REFUSALS WILL BE RECORDED AS "BLANK" IN MEDPROS TO ENSURE ACCURATE
NUMBER OF REFUSALS ARE REFLECTED IN THE SYSTEM OF RECORD. THE ONLY
MEDPROS RECORDS THAT WILL BE LEFT INTENTIONALLY BLANK SHOULD BE COVID
REFUSALS.

3.C.2. (U) THE DIRECTOR OF THE ARMY NATIONAL GUARD (DARNG).

3.C.2.A. THROUGH 3.C.2.H. NO CHANGE.

3.C.2.I. (U) [ADD] COMMANDERS WILL HAVE SOLDIERS SUBMIT APPLICABLE
COVID-19 VACCINATION MANDATE EXEMPTION PACKETS NLT 1 MARCH 2022.

3.C.2.J. (U) [ADD] NLT 1800R 18 JANUARY 2022, REPORT ARNG SOLDIER
PERMANENT MEDICAL AND RELIGIOUS EXEMPTION STATUS USING ANNEX FFFF.
SUBSEQUENT REPORTS ARE DUE EVERY MONDAY NLT 1800R. SUBMIT
CONSOLIDATED REPORT TO THE HQDA COVID-19 OPT AT
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.COVID-OPT@ARMY.MIL.

3.C.3. (U) THE CHIEF OF ARMY RESERVE (OCAR)/COMMANDING GENERAL
UNITED STATES ARMY RESERVE COMMAND (USARC).

3.C.3.A. THROUGH 3.C.3.H. NO CHANGE.

3.C.3.I. (U) [ADD] COMMANDERS WILL HAVE SOLDIERS SUBMIT APPLICABLE
COVID-19 VACCINATION MANDATE EXEMPTION PACKETS NLT 1 MARCH 2022.

3.C.3.J. (U) [ADD] NLT 1800R 18 JANUARY 2022, REPORT USARC SOLDIER
PERMANENT MEDICAL AND RELIGIOUS EXEMPTION STATUS USING ANNEX GGGG.
SUBSEQUENT REPORTS ARE DUE EVERY MONDAY NLT 1800R. SUBMIT
CONSOLIDATED REPORT TO THE HQDA COVID-19 OPT AT
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.COVID-OPT@ARMY.MIL.

3.C.4. THROUGH 3.C.15. NO CHANGE.

3.C.16. (U) COMMANDER, U.S. ARMY MEDICAL COMMAND (MEDCOM).

3.C.16.A. THROUGH 3.C.16.R. NO CHANGE.

3.C.16.S. (U) [ADD] NLT 1800R 18 JANUARY 2022, REPORT ARMY SERVICE
MEMBER PERMANENT MEDICAL AND RELIGIOUS EXEMPTION REQUEST STATUS USING
ANNEX HHHH. SUBSEQUENT REPORTS ARE DUE EVERY MONDAY NLT 1800R. SUBMIT

## UNCLAS CUI

# UNCLAS CUI

CONSOLIDATED REPORT TO THE HQDA COVID-19 OPT AT
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.COVID-OPT@ARMY.MIL.

3.C.17. NO CHANGE.

3.C.18. (U) SUPERINTENDENT, U.S. MILITARY ACADEMY (USMA).

3.C.18.A. NO CHANGE.

3.C.18.B. (U) [ADD] NLT 1800R 18 JANUARY 2022, PROVIDE USMA CADET
COVID-19 VACCINATION STATUS REPORT. USE ANNEX IIII TO REPORT CADETS
WHO HAVE AN ABBREVIATED MEDPROS STATUS THAT DOES NOT INCLUDE COVID-19
VACCINATION STATUS. SUBSEQUENT REPORTS DUE EVERY MONDAY NLT 1800R.
SUBMIT CONSOLIDATED REPORT TO THE HQDA COVID-19 OPT AT
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.COVID-OPT@ARMY.MIL.

3.C.19. THROUGH 3.C.33. NO CHANGE.

3.D. (U) COORDINATING INSTRUCTIONS.

3.D.1. THROUGH 3.D.3. NO CHANGE.

3.D.4. (U) [CHANGE TO READ] READ AND COMPLY WITH DOD FORCE HEALTH
PROTECTION GUIDANCE SUPPLEMENT 15 REVISION 3 (ANNEX I) AND DOD FHP
SUPPLEMENT 18 REVISION 1 (ANNEX LLLL). COMMANDERS AND SUPERVISORS
WILL CONTINUE TO FOLLOW PRESCRIBED PROCEDURES AND STANDARDS FOR
PROTECTING THE WORKPLACE THROUGH TESTING AND QUARANTINE OF CLOSE
CONTACTS OF A CASE (AS DETERMINED BY CONTACT TRACING). COMMANDERS AND
SUPERVISORS ARE AUTHORIZED TO IMPOSE LONGER ISOLATION AND QUARANTINE
REQUIREMENTS BASED ON SITE-SPECIFIC VULNERABILITIES AND MISSION
REQUIREMENTS. ADDITIONAL INFORMATION ON TOOLS TO MITIGATE THE THREAT
FROM COVID-19 OMICRON VARIANT CAN BE FOUND IN REFERENCE UU.

3.D.5. THROUGH 3.D.15. NO CHANGE.

3.D.16. (U) [CHANGE TO READ] THIS ORDER IMPLEMENTS ANNEX GGG, FHP
23.3. THIS MEMORANDUM INFORMS COMMANDERS AND SUPERVISORS OF THE
SPECIFIC CIVILIAN VACCINATION REQUIREMENTS.

3.D.16.A. THROUGH 3.D.16.B. NO CHANGE.

3.D.16.C. NO CHANGE.

3.D.16.C.1. NO CHANGE.

3.D.16.C.2. (U) [CHANGE TO READ] AFTER CONSULTATION WITH COMMAND
SERVICING EEO OFFICER OR OFFICE OF DEPUTY ASSISTANT SECRETARY OF THE
ARMY EQUITY AND INCLUSION (DASA-E&I), COMMANDS WILL DESIGNATE AN EEO
REPRESENTATIVE FROM THEIR COMMAND EEO OFFICE WHO WILL RECEIVE ALL
EXEMPTION REQUESTS FROM SUPERVISORS AND ENTER THEM IN THE MD 715
TRACKER. THE EEO REPRESENTATIVE ENTERING THE EXEMPTION REQUESTS IN
THE MD 715 TRACKER WILL NOT BE THE EEO SME ASSISTING THE DECISION
AUTHORITY.

3.D.16.C.2.A. NO CHANGE.

3.D.16.C.3. NO CHANGE.

3.D.16.C.3.A. NO CHANGE.

3.D.16.C.3.B. NO CHANGE.

# UNCLAS CUI

## UNCLAS CUI

3.D.16.C.3.B.1. THROUGH 3.D.16.C.3.B.2. NO CHANGE.

3.D.16.C.3.B.3. (U) [CHANGE TO READ] MEDICAL: SERVICING SENIOR
MEDICAL OFFICIAL WILL RECOMMEND A PHYSICIAN, PHYSICIAN ASSISTANT, OR
NURSE PRACTITIONER WITH THE APPROPRIATE LEVEL OF MEDICAL EXPERIENCE
AND KNOWLEDGE, SKILLS, AND ABILITY TO ADVISE ON EXEMPTION REQUESTS.
MEDICAL PROVIDER WILL NOT BE USED AS A SECOND OPINION OR ADJUDICATOR
OF MEDICAL DETERMINATION MADE BY EMPLOYEE'S HEALTHCARE PROVIDER, BUT
IS AVAILABLE TO CONSULT AS NEEDED TO CLARIFY STATED CONDITIONS OR
MEDICAL POLICY.

3.D.16.C.3.B.4. THROUGH 3.D.16.C.3.B.8. NO CHANGE.

3.D.16.C.3.C. THROUGH 3.D.16.C.3.G. NO CHANGE.

3.D.16.C.3.H. (U) [CHANGE TO READ] ATTORNEY, SME, SME ADMINISTRATOR,
AND DECISION AUTHORITY TRAINING WILL BE CONDUCTED VIA MICROSOFT
TEAMS, AS OUTLINED BELOW. DECISION AUTHORITIES, SME ADMINISTRATORS,
AND SMES WILL BE ENROLLED IN THE APPROPRIATE COHORT(S) AND WILL BE
SCHEDULED AND INVITED TO TRAINING VIA MICROSOFT TEAMS INVITATION.
COMMANDS MUST ENSURE THE NAMES OF ALL DECISION AUTHORITIES, SME
ADMINISTRATORS, AND SMES ARE SUBMITTED IN ACCORDANCE WITH FRAGO 13
PARAGRAPH 3.D.14.A TO ENSURE APPROPRIATE COHORT ASSIGNMENT.

3.D.16.C.3.H.1. (U) [CHANGE TO READ] OBJECTIVE: TRAIN ALL
RESPONSIBLE INDIVIDUALS TO UNDERSTAND THE EXEMPTION REVIEW PROCESS,
ROLES AND RESPONSIBILITIES WITHIN THE PROCESS, AND THE PROPER
ANALYSIS METHODOLOGY AND THE ACCEPTED STANDARD OF REVIEW.

3.D.16.C.3.H.2. (U) [ADD] INDIVIDUALS FOR REQUIRED TRAINING WILL
SPLIT INTO THE FOLLOWING COHORTS:

3.D.16.C.3.H.2.A. (U) [ADD] COHORT 1 WILL CONSIST OF ATTORNEYS WHO
ARE LABOR COUNSELORS.

3.D.16.C.3.H.2.B. (U) [ADD] COHORT 1K WILL CONSIST OF ALL ATTORNEYS
INVOLVED IN THE EXEMPTION REVIEW PROCESS LOCATED IN KOREA OR JAPAN.

3.D.16.C.3.H.2.C. (U) [ADD] COHORT 2 WILL CONSIST OF ATTORNEYS WHO
ARE SMES AND DECISION AUTHORITY LEGAL ADVISORS.

3.D.16.C.3.H.2.D. (U) [ADD] COHORT 3 WILL CONSIST OF DECISION
AUTHORITIES, SME ADMINISTRATORS, AND LEGAL ADVISORS TO DECISION
AUTHORITIES.

3.D.16.C.3.H.2.E. (U) [ADD] COHORT 4 WILL CONSIST OF SMES, TO
INCLUDE ATTORNEYS WHO ARE SMES.

3.D.16.C.3.H.3. (U) [ADD] COHORTS WILL ADHERE TO THE FOLLOWING
TRAINING SCHEDULE:

Training: Processing Requests for Exemptions
Date Time Task Trainer Audience Remarks
11-Jan 0900 EST
1500 CET Exemption Process Training OTJAG L&E Law COHORT 1:
Attorneys who are local Labor Counselors Germany, Italy, and CONUS
East Coast
11-Jan 0700 HST
0900 PST
1100 CST
1200 EST Exemption Process Training OTJAG L&E Law COHORT 2:
Attorneys who are SMEs and Decision Authority legal advisors CONUS

## UNCLAS CUI

# UNCLAS CUI

Central, West and Hawaii
12-Jan 0800 EST
1400 CET Exemption Process Training OTJAG L&E Law COHORT 2:
Attorneys who are SMEs and Decision Authority legal advisors
Germany, Italy, and CONUS East Coast
12-Jan 0700 HST
0900 PST
1100 CST
1200 EST Exemption Process Training OTJAG L&E Law COHORT 1:
Attorneys who are local Labor Counselors CONUS Central, West and
Hawaii
12/13-Jan 1800 EST
0800 KST Exemption Process Training OTJAG L&E Law COHORT 1K: local
Labor Counselors, attorneys who are SMEs and DA legal advisors
located in Korea Korea
18-Jan 1000 EST
1600 CET Exemption Process Training OTJAG L&E Law COHORT 3:
Decision Authorities, SME Administrators, and the Decision
Authorities' Legal Advisors Germany, Italy, and CONUS East Coast
18-Jan 0930 HST
1130 PST
1330 CST
1430 EST Exemption Process Training OTJAG L&E Law COHORT 4: SMEs,
to include attorneys who are SMEs CONUS Central, West and Hawaii
18/19-Jan 1800 EST
0800 KST Exemption Process Training OTJAG L&E Law COHORT 4: SMEs,
to include attorneys who are SMEs Korea
20-Jan 0900 EST
1500 CET Exemption Process Training OTJAG L&E Law COHORT 4: SMEs,
to include attorneys who are SMEs Germany, Italy, and CONUS East
Coast
20-Jan 0930 HST
1130 PST
1330 CST
1430 EST Exemption Process Training OTJAG L&E Law COHORT 3:
Decision Authorities, SME Administrators, and the Decision
Authorities' Legal Advisors CONUS Central, West and Hawaii
20/21-Jan 1800 EST
0800 KST Exemption Process Training OTJAG L&E Law COHORT 3:
Decision Authorities, SME Administrators, and the Decision
Authorities' Legal Advisors Korea

NOTE 1: All classes will be 90 minutes. Estimated 60 minutes of
instruction and 30 minutes of Q&A
NOTE 2: Q&A will be administered in the "CHAT" function on Teams
NOTE 3: Post-training questions will be communicated through the SME
Administrator to OTJAG L&E
NOTE 4: Training attendance will be verified by OTJAG L&E, and
certified by DASA-CP

3.D.16.C.3.H.3.A. (U) [ADD] ALL PUBLISHED TRAINING TIMES ARE SUBJECT
TO CHANGE. UPDATED TIMES WILL PUBLISHED VIA MICROSOFT TEAMS MESSAGES
AND EMAIL.

3.D.16.C.3.H.4. (U) [ADD] OFFICE OF THE JUDGE ADVOCATE GENERAL,
LABOR AND EMPLOYMENT LAW DIVISION (OTJAG L&E) WILL PROVIDE READ AHEAD
MATERIAL AND ADDITIONAL INFORMATION ON TRAINING DATES AND TIMES TO
APPOINTED PERSONNEL THROUGH THE MICROSOFT TEAMS PLATFORM.

3.D.16.C.3.H.5. (U) [ADD] QUESTIONS OR CONCERNS REGARDING TRAINING
SHOULD BE SENT TO
usarmy.pentagon.hqda-otjag.mbx.labor-counselor-helpdesk@army.mil.

# UNCLAS CUI

PAGE 8 OF 14

3.D.16.C.3.I. NO CHANGE.

3.D.16.C.4. NO CHANGE.

3.D.16.C.4.A. THROUGH 3.D.16.C.4.B. NO CHANGE.

3.D.16.C.4.C. NO CHANGE.

3.D.16.C.4.C.1. NO CHANGE.

3.D.16.C.4.C.2. (U) [CHANGE TO READ] SUPERVISORS SHOULD IMMEDIATELY
BEGIN COMPLETING AN IMPACT ASSESSMENT FOR ALL EMPLOYEES WHO REQUESTED
AN EXEMPTION. SUPERVISORS AND MANAGEMENT OFFICIALS SHOULD USE THE
TEMPLATE IMPACT ASSESSMENT (ANNEX KKKK) AND THE INSTRUCTIONS FOUND IN
ANNEX JJJJ TO BEGIN THE INTERACTIVE PROCESS FOR ANY EMPLOYEE WHO
REQUESTED AN EXEMPTION FROM THE VACCINATION REQUIREMENT. SUPERVISORS
OR MANAGEMENT OFFICIALS SHOULD CONSULT WITH THEIR COMMAND EEO ADVISOR
AND/OR SERVICING LABOR AND EMPLOYMENT ATTORNEY WITH ANY QUESTIONS ON
COMPLETING THE IMPACT ASSESSMENT.

3.D.16.C.4.C.2.A. (U) [CHANGE TO READ] SUPERVISORS WILL REVIEW ALL
PREVIOUSLY SUBMITTED IMPACT ASSESSMENTS. SUPERVISORS WILL UPDATE A
PREVIOUSLY SUBMITTED IMPACT ASSESSMENT IF IT DOES NOT FULFILL THE
REQUIREMENTS IN ANNEX JJJJ. IF A PREVIOUSLY SUBMITTED IMPACT
ASSESSMENT FULFILLS REQUIREMENTS FROM ANNEX JJJJ, NO FURTHER ACTION
IS REQUIRED.

3.D.16.C.4.C.3. NO CHANGE.

3.D.16.C.4.C.3.A. (U) [CHANGE TO READ] SUPERVISORS WILL NOTIFY
EMPLOYEES IN WRITING, USING THE TEMPLATE PROVIDED IN ANNEX CCCC, THAT
THEIR REQUEST HAS BEEN RECEIVED, FORWARDED TO THE DESIGNATED EEO
REPRESENTATIVE, AND THAT NO FORMAL DISCIPLINE RELATED TO THEIR
VACCINATION STATUS WILL BE TAKEN UNTIL THEIR REQUEST IS ACTED UPON.

3.D.16.C.4.C.4. (U) [ADD] IF AN EMPLOYEE WITH A REQUEST FOR
EXEMPTION FROM THE VACCINATION REQUIREMENT SUBMITS A REQUEST FOR
EXEMPTION FROM TESTING, MASKING, OR ANY RELATED MITIGATION MEASURES,
THOSE REQUESTS WILL BE COMBINED FOR PROCESSING. SUPERVISORS WILL
COMPLETE A SEPARATE IMPACT ASSESSMENT FOR EACH REQUEST FOR EXEMPTION.

3.D.16.C.4.D. (U) [CHANGE TO READ] THE COMMAND'S DESIGNATED EEO
OFFICE REPRESENTATIVE WILL REVIEW THE REQUEST AND IMPACT ASSESSMENT
FOR COMPLETENESS AND REQUEST ANY ADDITIONAL INFORMATION OR
CLARIFICATION FROM THE SUPERVISOR OR MANAGEMENT OFFICIAL IN THE
EMPLOYEE'S CHAIN OF SUPERVISION, FOR ANY CORRECTIONS. THE COMMAND'S
DESIGNATED EEO OFFICE REPRESENTATIVE WILL ENTER THE REQUEST INTO THE
MANAGEMENT DIRECTIVE (MD) 715 REPORTER AUTOMATED SYSTEM.

3.D.16.C.4.E. THROUGH 3.D.16.C.4.G. NO CHANGE.

3.D.16.D. THROUGH 3.D.16.G. NO CHANGE.

3.D.17. NO CHANGE.

3.D.17.A. THROUGH 3.D.17.C. NO CHANGE.

3.D.17.D. NO CHANGE.

3.D.17.D.1. THROUGH 3.D.17.D.2. NO CHANGE.

# UNCLAS CUI

3.D.17.D.3. NO CHANGE.

3.D.17.D.3.A. NO CHANGE.

3.D.17.D.3.B. (U) [CHANGE TO READ] SOLDIERS AND DOD CIVILIAN EMPLOYEES WITH A POSITIVE SCREENING TEST RESULT WILL ADHERE TO ANNEX LLLL AND ANNEX I AND BE OFFERED CONFIRMATORY COVID-19 TESTING AT GOVERNMENT EXPENSE. DOD CIVILIAN EMPLOYEES WHO REFUSE THE OFFERED CONFIRMATORY TESTING WILL NOT BE ALLOWED ACCESS TO DOD FACILITIES AND BE REQUIRED TO QUARANTINE.

3.D.17.D.3.B.1. THROUGH 3.D.17.D.3.B.2. NO CHANGE.

3.D.17.D.3.C. NO CHANGE.

3.D.17.D.4. (U) [CHANGE TO READ] IAW ANNEX GGG DOD CIVILIAN EMPLOYEES MAY BE BARRED FROM THE WORKSITE IF THEY REFUSE REQUIRED SCREENING TESTING. THEY MAY NOT BE BARRED DUE TO LACK OF SUPPLY AVAILABILITY. DETAILS ON BARRING ACTIONS FOR ADDRESSING CIVILIAN ACCESS TO FACILITIES WILL BE FORTHCOMING.

3.D.18. THROUGH 3.D.21. NO CHANGE.

4. (U) SUSTAINMENT. NOT USED.

5. (U) COMMAND AND SIGNAL.

5.A. (U) COMMAND. NOT USED.

5.B. (CUI) SIGNAL.

5.B.1. (CUI) HEADQUARTERS DEPARTMENT OF THE ARMY COVID-19 POINTS OF CONTACT (POC). HQDA COVID-19 OPT AT USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.COVID-OPT@ARMY.MIL;

5.B.1.A. (CUI) G-1 POC IS COL MICHAEL A. ZWEIFEL, MICHAEL.A.ZWEIFEL.MIL@ARMY.MIL, (703) 697-8469.

5.B.1.B. (CUI) G-2 POC IS LTC LEON SATCHELL, LEON.R.SATCHELL.MIL@ARMY.MIL, (703)697-5484.

5.B.1.C. (CUI) G-4 POCS ARE LTC KYLE FERRARINI (MEDLOG TF), KYLE.FERRARINI2.MIL@ARMY.MIL, (703) 693-6704 OR ALOC USARMY.PENTAGON.HQDA.MBX.AALOCATC@ARMY.MIL, (703) 614-2159.

5.B.1.D. (CUI) LABORATORY RESPONSE NETWORK POC IS DR. WILLIAM NAUSCHUETZ, LABORATORY BIOPREPAREDNESS COORDINATOR, WILLIAM.F.NAUSCHUETZ.CIV@MAIL.MIL, (210) 295-7269 OR (210) 386-1480.

5.B.1.E. (CUI) USAMEDCOM PUBLIC HEALTH POC IS COL RICK CHAVEZ, RODRIGO.CHAVEZ5.MIL@MAIL.MIL, (703) 681-9510 OR COL MICHELE A. SOLTIS, MICHELE.A.SOLTIS.MIL@MAIL.MIL, (703) 681- 6043.

5.B.1.F. (CUI) ARMY PUBLIC HEALTH CENTER POC IS DR. STEVEN CERSOVSKY, STEVEN.B.CERSOVSKY.CIV@MAIL.MIL, (410) 436-4311.

5.B.1.G. (CUI) ARMY PUBLIC AFFAIRS POC IS LTC TERENCE KELLEY, TERENCE.M.KELLEY.MIL@ARMY.MIL.

5.B.1.H. (CUI) OFFICE OF THE JUDGE ADVOCATE GENERAL POC MAJ NORBERTO DALUZ, NORBERTO.O.DALUZ.MIL@MAIL.MIL, (703) 693-4961.

# UNCLAS CUI

## UNCLAS CUI

PAGE 10 OF 14

5.B.1.I. (CUI) ARMY NATIONAL GUARD POC IS MAJ TIMOTHY MCCORMIC, TIMOTHY.A.MCCORMIC.MIL@MAIL.MIL, (703) 601-7620.

5.B.1.J. (CUI) UNITED STATES ARMY RESERVES POC IS LTC RAYMOND D. HARPER, RAYMOND.D.HARPER4.MIL@MAIL.MIL, 703.614.5271.

5.B.1.K. (CUI) OFFICE OF THE SURGEON GENERAL POC IS COL DUBRAY KINNEY, DUBRAY.KINNEY2.MIL@MAIL.MIL, (703) 681-9672.

5.B.1.L. (CUI) ASSISTANT SECRETARY OF THE ARMY (FINANCIAL MANAGEMENT AND COMPTROLLER) POC IS LTC DALE BERRY, DALE.E.BERRY2.MIL@ARMY.MIL, (703) 614-1680.

5.B.1.M. (CUI) [CHANGE TO READ] ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND RESERVE AFFAIRS), DEPUTY ASSISTANT SECRETARY OF THE ARMY-CIVILIAN PERSONNEL (DASA-CP) POC IS MS. CONSTANCE B. RAY, CONSTANCE.B.RAY2.CIV@ARMY.MIL, (703) 344-8047.

5.B.1.N. (CUI) ARMY CONFERENCES PROGRAM, OFFICE OF THE ADMINISTRATIVE ASSISTANT TO THE SECRETARY OF THE ARMY POC: HQDA.CONFERENCES.INBOX@MAIL.MIL.

5.B.1.O. (CUI) ASSISTANT SECRETARY OF THE ARMY (ACQUISITION, LOGISTICS AND TECHNOLOGY) POCS ARE LTC RACHAEL M. HOAGLAND, RACHAEL.M.HOAGLAND.MIL@ARMY.MIL, (703) 614-2500 OR COL ROBERT L. VON TERSCH, ROBERT.L.VONTERSCH.MIL@ARMY.MIL, (703) 614-6586.

5.B.1.P. (CUI) [ADD] ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND RESERVE AFFAIRS), DEPUTY ASSISTANT SECRETARY OF THE ARMY-MILITARY PERSONNEL (DASA-MP) POC IS COL BENITO RODRIGUEZ, BENITO.E.RODRIGUEZ.MIL@MAIL.MIL, (703) 695-4402.

5.B.1.Q. (CUI) HEADQUARTERS DEPARTMENT OF THE ARMY WATCH: NIPR EMAIL USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@ARMY.MIL, SIPR EMAIL USARMY.PENTAGON.HQDA.MBX.ARMYWATCH@MAIL.SMIL.MIL.

5.B.1.R. (CUI) HEADQUARTERS DEPARTMENT OF THE ARMY COVID-19 CRISIS ACTION TEAM INFO:

NIPR PORTAL:

HTTPS://G357.ARMY.PENTAGON.MIL/OD/ODO/ARMYOPCENTER/CAWG/CAT/SITEPAGES CORONAVIRUS%20(COVID-19).ASPX

SIPR PORTAL:

HTTPS://G357.ARMY.PENTAGON.SMIL.MIL/OD/ODO/ARMYOPCENTER/CRISISACTIONP AGE/SITEPAGES/HOME.ASPX

DOMS NIPR OMB:
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.DOMS-OPERATIONS@ARMY.MIL

DOMS SIPR OMB:
USARMY.PENTAGON.HQDA-DCS-G-3-5-7.MBX.AOC-DOMS-TEAM@MAIL.SMIL.MIL

6. (U) THE EXPIRATION DATE OF THIS MESSAGE IS 31 DECEMBER 2026, UNLESS FORMALLY RESCINDED OR SUPERSEDED.

ATTACHMENT:

## UNCLAS CUI

## UNCLAS CUI

ANNEX A - ARMY INSTALLATION GATING CRITERIA REPORT.
ANNEX B - SECRETARY OF DEFENSE MEMORANDUM, "UPDATE TO
CONDITIONS-BASED APPROACH TO CORONAVIRUS DISEASE 2019 PERSONNEL
MOVEMENT AND TRAVEL RESTRICTIONS," 15 MARCH 2021.
ANNEX C - COVID-19 PERSONAL PROTECTIVE EQUIPMENT, LOGSTAT REPORT.
ANNEX D - HQDA COVID-19 POSITIVE CASE AND ROM TRACKER.
ANNEX E - SECRETARY OF THE ARMY MEMORANDUM, "DELEGATION OF AUTHORITY
TO APPROVE TRAVEL OF ARMY PERSONNEL-TRANSITION FRAMEWORK," 20 APRIL
2021.
ANNEX F - SECRETARY OF DEFENSE MEMORANDUM, "GUIDANCE FOR COMMANDERS'
RISK-BASED RESPONSES AND IMPLEMENTATION OF THE HEALTH PROTECTION
CONDITION (HPCON) FRAMEWORK DURING THE CORONAVIRUS DISEASE 2019
PANDEMIC," 29 APRIL 2021.
ANNEX G - FORCE HEALTH PROTECTION SUPPLEMENT 20, DEPARTMENT OF
DEFENSE GUIDANCE FOR PERSONNEL TRAVELING DURING THE CORONAVIRUS
DISEASE 2019 PANDEMIC, 12 APRIL 2021.
ANNEX H - FORCE HEALTH PROTECTION SUPPLEMENT 16.1, DEPARTMENT OF
DEFENSE GUIDANCE DEPLOYMENT AND REDEPLOYMENT OF INDIVIDUALS AND
UNITS, 04 MAY 2021.
[CHANGE TO READ] ANNEX I - UNDER SECRETARY OF DEFENSE (PERSONNEL AND
READINESS) MEMORANDUM, "FORCE HEALTH PROTECTION (SUPPLEMENT 15)
REVISION 3 - DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE
2019 LABORATORY TESTING SERVICES," 30 DECEMBER 2021.
ANNEX J - IMPLEMENTATION OF REQUIRED COVID-19 PROTECTIONS PUBLIC
AFFAIRS GUIDANCE.
ANNEX K - TIER 4 TESTING CONCEPT AND APPROVAL AUTHORITY.
ANNEX L - DOD COVID TASK FORCE, COVID-19 TESTING PROTOCOLS, 08 MARCH
2021.
ANNEX M - CLMS FORM 1D, CLINICAL LABORATORY IMPROVEMENT PROGRAM
WAIVED COMPLEXITY REGISTRATION/RENEWAL FORM.
ANNEX N - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "METHODS TO ENABLE
AND ENCOURAGE VACCINATION AGAINST CORONAVIRUS DISEASE 2019," 20 MAY
2021.
ANNEX O - [RESCINDED]
ANNEX P - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "CORONAVIRUS
DISEASE 19 VACCINE GUIDANCE," 07 DECEMBER 2020.
ANNEX Q - UNDER SECRETARY OF DEFENSE MEMORANDUM SUPPLEMENTAL GUIDANCE
FOR PROVIDING DOD CORONAVIRUS DISEASE 2019 VACCINE TO DOD CONTRACTOR
EMPLOYEES AND SELECT FOREIGN NATIONALS, 31 DECEMBER 2020.
ANNEX R - SECRETARY OF DEFENSE MEMORANDUM, "SECRETARIAL DESIGNEE
STATUS FOR SELECT DEPARTMENT OF DEFENSE CIVILIAN EMPLOYEE AND
CONTRACTOR EMPLOYEE DEPENDENTS OUTSIDE THE UNITED STATES FOR THE
LIMITED PURPOSE OF RECEIVING CORONAVIRUS DISEASE 2019 VACCINATIONS,"
03 JUNE 2021.
ANNEX S - SECRETARY OF DEFENSE MEMORANDUM, "USE OF MASKS AND OTHER
PUBLIC HEALTH MEASURES," 04 FEBRUARY 2021.
ANNEX T - FORCE HEALTH PROTECTION SUPPLEMENT 17.1, DEPARTMENT OF
DEFENSE GUIDANCE FOR THE USE OF MASKS, PPE, AND NPI, 22 JUNE 2021.
ANNEX U - SECRETARY OF ARMY MEMORANDUM, USE OF MASKS AND DELEGATION
OF AUTHORITY TO GRANT EXCEPTIONS, 24 FEBRUARY 2021.
ANNEX V - [RESCINDED]
ANNEX W - POOLED TESTING GUIDANCE AND STRATEGY, 02 JUNE 2021.
ANNEX X - UNDER SECRETARY OF DEFENSE MEMORANDUM GUIDANCE FOR
PARTICIPATION OF INTERNATIONAL MILITARY STUDENTS AND TRAINEES, 07 MAY
2021.
ANNEX Y - UNDER SECRETARY OF DEFENSE MEMORANDUM, "SUPPLEMENTAL
GUIDANCE ON REQUESTING AUTHORIZATION AND ELIGIBILITY TO OFFER AND
ADMINISTER CORONAVIRUS DISEASE 2019 VACCINATIONS," 08 JUNE 2021.
ANNEX Z - SECRETARY OF THE ARMY MEMORANDUM, "DELEGATION OF AUTHORITY
FOR HEALTH PROTECTION CONDITION (HPCON) IMPLEMENTATION AND OCCUPANCY
REQUIREMENTS," 09 JUNE 2021.
ANNEX AA - UNDER SECRETARY OF DEFENSE (PERSONNEL AND READINESS)

## UNCLAS CUI

## UNCLAS CUI

MEMORANDUM, "FORCE HEALTH PROTECTION GUIDANCE (SUPPLEMENT 22) - DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE 2019 SURVEILLANCE AND SCREENING TESTING," 21 JULY 2021.

ANNEX BB - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "UPDATED MASK GUIDANCE FOR ALL DOD INSTALLATIONS AND OTHER FACILITIES," 28 JULY 2021.

ANNEX CC - CDC GUIDANCE FOR IMPLEMENTING COVID-19 PREVENTION STRATEGIES, 27 JULY 2021.

ANNEX DD - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1419, "(J&J) JANSSEN COVID-19 VACCINE SHELF-LIFE EXTENSION," 28 JULY 2021.

ANNEX EE - COVID-19 VACCINATION REQUIREMENT REPORT.

ANNEX FF - MANDATORY CORONAVIRUS DISEASE 2019 VACCINATION OF DEPARTMENT OF DEFENSE SERVICE MEMBERS, 24 AUGUST 2021.

ANNEX GG - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1463, "PFIZER LICENSE AND SHELF LIFE EXTENSION," 24 AUGUST 2021.

ANNEX HH - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21- 1425, "UPDATED COVID-19 VACCINE ORDERING GUIDELINES," 09 AUGUST 2021.

ANNEX II - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1454, "ADDITIONAL DOSE OF COVID 19 VACCINE FOR IMMUNOCOMPROMISED PERSONS," 13 AUGUST 2021.

ANNEX JJ - ASSISTANT SECRETARY OF DEFENSE (HEALTH AFFAIRS) MEMORANDUM, "MANDATORY VACCINATION OF SERVICE MEMBERS USING THE PFIZER-BIONTECH COVID-19 AND COMIRNATY COVID-19 VACCINES," 14 SEPTEMBER 2021.

ANNEX KK - DD FROM 3150, "CONTRACTOR PERSONNEL AND VISITOR CERTIFICATION OF VACCINATION," OCTOBER 2021.

ANNEX LL - VACCINE INFORMATION FACT SHEET

ANNEX MM - DEPUTY SECRETARY OF DEFENSE MEMORANDUM, "UPDATED CORONAVIRUS DISEASE 2019 GUIDANCE RELATED TO TRAVEL AND MEETINGS," 24 SEPTEMBER 2021.

ANNEX NN - SAMPLE DA FORM 4856 FOR ENLISTED VACCINE REFUSALS.

ANNEX OO - SAMPLE DA FORM 4856 FOR OFFICER VACCINE REFUSALS.

ANNEX PP - EXECUTIVE ORDER 14043 OF SEPTEMBER 9, 2021, REQUIRING VACCINATION FOR FEDERAL EMPLOYEES.

ANNEX QQ - EXECUTIVE ORDER 14042 OF SEPTEMBER 9, 2021, ENSURING ADEQUATE COVID SAFETY PROTOCOLS FOR FEDERAL CONTRACTORS.

ANNEX RR - ABBOTT BINAXNOW COVID-19 AG CARD PRODUCT EXPIRY UPDATE, MAY 2021.

ANNEX SS - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1538, DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE, 23 SEPTEMBER 2021.

ANNEX TT - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549, PFIZER-BIONTECH/COMIRNATY COVID-19 VACCINE BOOSTER DOSE RECOMMENDATIONS, 27 SEPTEMBER 2021.

ANNEX UU - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549, SUPPLEMENT 1, KEY MESSAGES AND TALKING POINTS, 27 SEPTEMBER 2021.

ANNEX VV - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549, SUPPLEMENT 2, FACT SHEET FOR HEALTHCARE PROVIDERS ADMINISTERING VACCINE (VACCINATION PROVIDERS), 27 SEPTEMBER 2021.

ANNEX WW - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1549, SUPPLEMENT 3, VACCINE INFORMATION FACT SHEET FOR RECIPIENTS AND CAREGIVERS ABOUT COMIRNATY (COVID-19 VACCINE, MRNA) AND PFIZER-BIONTECH COVID-19 VACCINE TO PREVENT CORONAVIRUS DISEASE 2019 (COVID-19), 27 SEPTEMBER 2021.

ANNEX XX - REFUSALS AND MEDICAL/RELIGIOUS EXEMPTIONS PROCESS.

ANNEX YY - COVID-19 VACCINATION PERMANENT MEDICAL EXEMPTION REQUEST STANDARD OPERATION PROCEDURE.

ANNEX ZZ - PERMANENT MEDICAL EXEMPTION REQUEST PROCESS ASSIGNMENTS.

ANNEX AAA - REQUEST FOR PERMANENT MEDICAL EXEMPTION TO COVID-19 VACCINATION TEMPLATE MEMORANDUM.

ANNEX BBB - ARMY DIRECTIVE 2021-33 (APPROVAL AND APPEAL AUTHORITIES FOR MILITARY AND MEDICAL ADMINISTRATIVE IMMUNIZATION EXEMPTIONS), 24 SEPTEMBER 2021.

## UNCLAS CUI

## UNCLAS CUI

ANNEX CCC - SAFER FEDERAL WORKFORCE TASK FORCE, COVID-19 WORKPLACE SAFETY: AGENCY MODEL SAFETY PRINCIPLES, LAST UPDATED 13 SEPTEMBER 2021.

ANNEX DDD - SAFER FEDERAL WORKFORCE TASK FORCE, COVID-19 WORKPLACE SAFETY: GUIDANCE FOR FEDERAL CONTRACTORS AND SUBCONTRACTORS, UPDATED 10 NOVEMBER 2021.

ANNEX EEE - MANDATORY CORONAVIRUS DISEASE 2019 VACCINATION OF DOD CIVILIAN EMPLOYEES, ISSUED 1 OCTOBER 2021.

ANNEX FFF - OFFICE OF PERSONNEL MANAGEMENT (OPM) AND SAFER FEDERAL WORKFORCE TASK FORCE GUIDANCE ON VACCINATION REQUIREMENTS, 5 OCTOBER 2021.

[CHANGE TO READ] ANNEX GGG - UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND READINESS MEMORANDUM, "FORCE HEALTH PROTECTION GUIDANCE (SUPPLEMENT 23) REVISION 3 - DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE 2019 VACCINATION ATTESTATION, SCREENING TESTING, AND VACCINATION VERIFICATION," 20 DECEMBER 2021.

ANNEX HHH - DD FORM 3175, CIVILIAN EMPLOYEE CERTIFICATION OF VACCINATION, OCTOBER 2021.

ANNEX III - ASSISTANT SECRETARY OF DEFENSE FOR HEALTH AFFAIRS MEMORANDUM, "UPDATED GUIDANCE ON CO-ADMINISTRATION OF CORONAVIRUS DISEASE 2019 VACCINE WITH OTHER VACCINES," 7 OCTOBER 2021.

ANNEX JJJ - UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND READINESS MEMORANDUM, "CORONAVIRUS DISEASE 2019 VACCINATION FOR PREGNANT AND BREASTFEEDING SERVICE MEMBERS," 5 OCTOBER 2021.

ANNEX KKK - SECRETARY OF THE ARMY MEMORANDUM, "DELEGATION OF AUTHORITY-ADDITIONAL CORONAVIRUS DISEASE 2019 GUIDANCE RELATED TO TRAVEL AND MEETINGS," 12 OCTOBER 2021.

ANNEX LLL - MEDICAL MATERIAL QUALITY CONTROL MESSAGE, MMQC-21-1613, "DISPOSITION GUIDANCE FOR MODERNA COVID VACCINE," 28 OCTOBER 2021.

ANNEX MMM - DEFENSE CIVILIAN PERSONNEL ADVISORY SERVICE MESSAGE, "COVERAGE FOR INJURIES RESULTING FROM THE COVID-19 VACCINATION MANDATE FOR FEDERAL EMPLOYEES," 14 OCTOBER 2021.

ANNEX NNN - ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE AFFAIRS MEMORANDUM, "FORCE HEALTH PROTECTION GUIDANCE (SUPPLEMENT 23) - REVISION 2 - DEPARTMENT OF DEFENSE GUIDANCE FOR CORONAVIRUS DISEASE 2019 VACCINATION ATTESTATION, SCREENING TESTING, AND VACCINATION VERIFICATION," 8 NOVEMBER 2021.

ANNEX OOO - ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE AFFAIRS, ASSISTANT G-1 (CIVILIAN PERSONNEL) NUMBERED MESSAGE (# 2021082) ARMY TEMPLATE MEMO FOR EMPLOYEE NOTIFICATION OF COVID-19 VACCINATION REQUIREMENT, "SUBJECT: EMPLOYEE NOTIFICATION, MANDATORY COVID-19 VACCINATION FOR FEDERAL EMPLOYEES."

ANNEX PPP - DD FORM 3176, "REQUEST FOR MEDICAL EXEMPTION OR DELAY TO THE COVID-19 VACCINATION REQUIREMENT," OCTOBER 2021.

ANNEX QQQ - DD FORM 3177, "REQUEST FOR RELIGIOUS EXEMPTION TO THE COVID-19 VACCINATION REQUIREMENT," OCTOBER 2021.

ANNEX RRR - OFFICE OF THE ASSISTANT SECRETARY OF DEFENSE FOR MANPOWER AND RESERVE AFFAIRS MEMORANDUM, "VACCINATION ADVISORY STATEMENT FOR NON-USMEPCOM ACCESSIONS," 22 OCTOBER 2021.

ANNEX SSS - DEFENSE LOGISTICS AGENCY, "COVID-19 HOME TEST KITS ORDERING PROCEDURES," 19 NOVEMBER 2021.

ANNEX TTT - MEDCOM "GENERAL INSTRUCTIONS FOR ALL SCREENING TESTS OF UNVACCINATED PERSONNEL"

ANNEX UUU - ARMY BUDGET OFFICE, "REIMBURSEMENT AND PROCESS FOR EMPLOYEE PURCHASED COVID-19 SELF-TESTS."

ANNEX VVV SAMPLE DECISION MEMO REQUESTING APPROVAL OF TRAVEL FOR UNVACCINATED INDIVIDUALS

ANNEX WWW PROCESS FOR REQUESTING MISSION ESSENTIAL APPROVAL OF TRAVEL FOR UNVACCINATED INDIVIDUALS

ANNEX XXX SAMPLE DECISION MEMO MEETINGS OVER 50 PARTICIPANTS

ANNEX YYY - SECRETARY OF THE ARMY MEMORANDUM, "FLAGGING AND BARS TO CONTINUED SERVICE OF SOLDIERS WHO REFUSE THE COVID-19 VACCINATION

## UNCLAS CUI

## UNCLAS CUI

ORDER," 16 NOVEMBER 2021.
ANNEX ZZZ - SOLDIER COVID 19 VACCINATION REFUSALS REPORT.
ANNEX AAAA - SECRETARY OF DEFENSE MEMORANDUM, "CORONAVIRUS DISEASE
2019 VACCINATION FOR MEMBERS OF THE NATIONAL GUARD AND THE READY
RESERVE," 30 NOVEMBER 2021.
ANNEX BBBB - COVID 19 TEST KITS ORDERING PROCESS IN FEDMALL.
ANNEX CCCC - ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE
AFFAIRS, ASSISTANT G-1(CIVILIAN PERSONNEL) ARMY TEMPLATE MEMO FOR
EMPLOYEE NOTIFICATION OF COVID-19 VACCINATION REQUIREMENT, "SUBJECT:
ACKNOWLEDGEMENT OF RECEIPT OF REQUEST FOR EXEMPTION FROM THE COVID-19
VACCINATION REQUIREMENT (NAME OF EMPLOYEE)."
ANNEX DDDD - ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE
AFFAIRS, ASSISTANT G-1(CIVILIAN PERSONNEL) ARMY TEMPLATE MEMO FOR
EMPLOYEE NOTIFICATION OF COVID-19 VACCINATION REQUIREMENT, "SUBJECT:
EMPLOYEE ORDER, MANDATORY CORONAVIRUS 19(COVID-19) TESTING."
ANNEX EEEE - ASSISTANT SECRETARY OF THE ARMY FOR MANPOWER AND RESERVE
AFFAIRS, ASSISTANT G-1(CIVILIAN PERSONNEL) ARMY TEMPLATE MEMO FOR
EMPLOYEE NOTIFICATION OF COVID-19 VACCINATION REQUIREMENT, "SUBJECT:
COUNSELING AND EDUCATION PERIOD NOTIFICATION, MANDATORY COVD-19
VACCINATION FOR FEDERAL EMPLOYEES."
[ADD] ANNEX FFFF ARNG COVID-19 EXEMPTION REQUEST REPORT.
[ADD] ANNEX GGGG USAR COVID-19 EXEMPTION REQUEST REPORT.
[ADD] ANNEX HHHH ARMY COVID 19 VACCINATION EXEMPTION REPORT.
[ADD] ANNEX IIII USMA CADET COVID-19 VACCINATION STATUS REPORT.
[ADD] ANNEX JJJJ IMPACT ASSESSMENT INSTRUCTIONS FOR CIVILIAN
EXEMPTION REQUESTS.
[ADD] ANNEX KKKK IMPACT ASSESSMENT TEMPLATE FOR CIVILIAN EXEMPTION
REQUESTS.
[ADD] ANNEX LLLL UNDER SECRETARY OF DEFENSE (PERSONNEL AND READINESS)
MEMORANDUM, "FORCE HEALTH PROTECTION (SUPPLEMENT 18) REVISION 1 -
DEPARTMENT OF DEFENSE GUIDANCE FOR PROTECTING ALL PERSONNEL IN
DEPARTMENT OF DEFENSE WORKPLANES DURING THE CORONAVIRUS DISEASE 2019
PANDEMIC," 6 JANUARY 2022.
BT
#0034

NNNN
Received from AUTODIN 120040Z Jan 22

## UNCLAS CUI