# Exhibit 21

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BENJAMIN COKER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:21-cv-01211-AW-HTC |
| | ) |
| LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### DECLARATION OF LIEUTENANT COLONEL JUSTIN L. LONG

I, Justin L. Long, hereby state and declare as follows:

1. I am a Lieutenant Colonel in the United States Air Force currently assigned as the Chief, Retirements, Separations, Force Management, and Assignment Policy for Military Personnel (A1P). I have been in this position since approximately June 16, 2021. As a part of my duties, I am responsible for developing and interpreting policy related to military retirements, separations, force management, and assignments, to ensure consistency with Congressional statutes, the Office of the Secretary of Defense and Department of the Air Force instructions.

2. I make this declaration in my official capacity as the Chief, Retirements, Separations, Force Management, and Assignment Policy Branch and based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

3. On August 24, 2021, the Secretary of Defense (SecDef) issued a mandate for all members of the Armed Forces under the Department of Defense's authority on active duty or in the Ready Reserve to immediately begin full vaccination against Coronavirus Disease 2019 (COVID-19).

Thereafter, on September 3, 2021, the Secretary of the Air Force (SecAF) provided additional mandatory vaccination guidance for Department of the Air Force (DAF) commanders that they take all steps necessary to ensure all uniformed service members receive the COVID-19 vaccine. This guidance directed Commanders to "take action systematically and as expeditiously as possible to ensure prompt and full vaccination of Service members." The guidance further directed all Active Duty Airmen and Guardians, unless exempted, be fully vaccinated by November 2, 2021 (SecAF Memo, September 3, 2021, Mandatory Coronavirus Disease 19 Vaccine of Department of the Air Force Military Members).  In addition, the Department of the Air Force developed and promulgated a departmental-wide implementation guide, which included guidance on available administrative and medical exemptions.

4. On December 7, 2021, the SecAF provided a memorandum, "Supplemental Coronavirus Disease 2019 Vaccination Policy."  The memo established specific policy and provided guidance applicable to regular Air Force and Space Force members, and Air Force Reserve and Air National Guard members.  The memo included supplemental guidance concerning those who requested separation or retirement prior to November 2, 2021, whose request for medical, religious or administrative exemption from the COVID-19 vaccine are denied, and those who refuse to take the COVID-19 vaccine.

5. This memo states the following regarding pending separation or retirement: "unvaccinated regular Airmen and Guardians who submitted a request to retire or separate prior to 2 November 2021, with a retirement or separation date on or before 1 April 2022, may be granted an administrative exemption from the COVID-19 vaccination requirement until their retirement or separation date."

6. Furthermore, the memo states that "unvaccinated regular Airmen or Guardians with a request for medical, religious, or administrative exemption will be temporarily exempt from the COVID-19 vaccination requirement while their exemption request is under review." In addition, the memo states "Service members who receive a denial of their medical, religious, or administrative exemption request have five (5) calendar days to do one of the following:

> 1) Begin a COVID-19 vaccination regime…;
>
> 2) Submit an appeal to the Final Appeal Authority or request a second opinion [on a medical exemption]. If a final appeal or exemption is denied, the service member will have five (5) calendar days from notice of denial to begin the COVID-19 vaccination regimen; or
>
> 3) If able, based upon the absence of or a limited Military Service Obligation, and consistent with opportunities afforded service members prior to November 2, 2021, request to separate or retire on or before April 1, 2022, or no later than the first day of the fifth month following initial or final appeal denial."

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of January 2022.

LONG.JUSTIN.LAMAR.1255594490
Digitally signed by LONG.JUSTIN.LAMAR.125559449 0
Date: 2022.01.13 08:25:31 -05'00'

JUSTIN L. LONG, Lt Col, USAF  
Chief, Retirement, Separation, Force Management, and Assignment Policy