# Exhibit 23

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BENJAMIN COKER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 3:21-cv-01211-AW-HTC |
| | ) |
| LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### DECLARATION OF MAJOR GENERAL MATTHEW W. DAVIDSON
### [with regard to Joseph D. Connell]

I, Matthew W. Davidson hereby state and declare as follows:

1.   I am a Major General in the United States Air Force currently assigned as the Director of Operations at Headquarters Air Force Special Operations Command, Hurlburt Field, Florida. I have been in this position since June 1, 2021. As a part of my duties, I am responsible for implementing and directing operational command policy for Air Force Special Operations Command's worldwide special operations units including 20,800 personnel, approximately 300 aircraft and $17 billion in assets. I make this declaration in my official capacity as the Director of Operations, and based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

2.   MSgt Joseph D. Connell is an Active Duty Air Force member assigned to Headquarters Air Force Special Operations Command, Directorate of Operations, Standardization and Evaluation Division. The Directorate of Operations is responsible for organizing, equipping, and

training 19,000 command personnel operating 249 combat aircraft. The Standardization and Evaluation Division is directly responsible for evaluating the qualification and operating procedures of command personnel and ensuring the combat readiness of over 3,000 aircrew members. Additionally, this division creates policy and procedures for incorporation into United States Air Force directives and provides key advice to the Commander, Air Force Special Operations Command on flight-related matters. Furthermore, it validates training programs and provides guidance and expertise on aircraft requirements. MSgt Joseph Connell is the sole AC-130W Evaluator Aerial Gunner assigned to the Standardization and Evaluation division and possesses an Air Force Specialty Code of D1A971W. Specifically, as a command flight examiner, he leads, manages and directs the Air Force Special Operations Command standardization and evaluation program for AC-130W aircrew members. In addition, he directs the utilization, training, assignments and readiness of 250 Career Enlisted Aviators across three wings and eight squadrons. He is required to evaluate the readiness, capabilities and performance of aircrew under his purview. MSgt Connell is required to be in close proximity to seven AC-130W crew members when he is performing his examiner duties in flight. Also, he sets headquarters policy, tactics and doctrine for five wings and thirty-nine flying units across the globe. As part of his duties, MSgt Connell is required to maintain currency and qualification in the AC-130W aircraft as part of its seven person crew. In accordance with Air Force Manual 11-202 Volume 2 (30 Aug 21), headquarters flight examiners are required to "maintain qualification and fly at a rate that will maintain an adequate level of proficiency and currency to fulfill the responsibilities of a HHQ [Higher Headquarters] evaluator." Currently, the AC-130W is only based at Cannon Air Force Base, New Mexico. His inability to travel due to lack of vaccination prevents sustainment of aircraft currency and qualification. MSgt Connell risks his qualification

to perform flight duties and when his qualification expires, he will be unable to perform the standardization and evaluation responsibilities as required by his position.  Also, as part of his duties, he may be required to perform world-wide inspection of command aircrew members as directed by either the Director of Operations or the command Inspector General.  In addition, he is required to be world-wide deployable for combat and contingency operations.  Neither requirement can be fulfilled by his current vaccination status.  From the time an individual receives his or her first dose of the FDA-approved COVID vaccine, it takes about one month to become fully vaccinated, and Airmen may need to deploy on a few days' notice. Additionally, the symptoms of the COVID-19 virus (e.g., fever, chills, shortness of breath, fatigue, muscle aches, headaches, etc.) create an unacceptable risk to personnel and substantially increase the risk of mission failure, both in garrison (i.e., a non-deployed setting) and in a deployed environment.  Moreover, headquarters flight examiners often are required to travel to the aircraft system program office to validate aircraft technical manuals, checklists, aircraft modifications and to conduct program management reviews and to liaise with aircraft engineers.  Furthermore, MSgt Connell's primary aircraft, the AC-130W, is scheduled for retirement in summer 2022.  Inability to travel could prevent qualification in another aircraft if the qualification training program is not in the local area.  Finally, in the future if MSgt Connell receives qualification in another aircraft and is no longer assigned to Headquarters Air Force Special Operations Command, he will still need to satisfy the requirements necessary for world-wide deployment and such aircraft movements required to fulfill his unit's mission.  As an aircrew member, travel is an inherent requirement for MSgt Connell, and under current Air Force regulations, vaccination is required for travel.

3.  On September 15, 2021, MSgt Joseph Connell was ordered to provide proof that he was fully vaccinated against COVID-19 or to complete the vaccination series for COVID-19 with a vaccine that has full licensure approval from the FDA and provide proof of vaccination no later than October 19, 2021.  The dates in the order were based on the Secretary of Defense's vaccine mandate issued on August 24, 2021 and the deadline set by the Secretary of the Air Force in his September 3, 2021 memorandum.  Unless exempted, Active Duty Air Force members were required to be fully vaccinated by November 2, 2021.  Alternatively, the order also specified that MSgt Connell could submit a request for religious accommodation or proof of a medical exemption approved by a military medical provider.

4.  On or about September 17, 2021, MSgt Connell requested a religious accommodation from receiving the mandated COVID-19 vaccine.  On September 24, 2021, MSgt Connell met with a military Chaplain concerning the accommodation.  On September 28, 2021, MSgt Connell met with a medical professional for medical counseling.  On September 29, 2021, I counseled MSgt Connell about the adverse impacts to readiness such as deployment, assignment, and international travel as a result of non-compliance with immunization requirements.  On October 16, 2021, the Headquarters AFSOC Religious Resolution Team reviewed the package and made a recommendation to the decision authority, the AFSOC Commander.  After a review of MSgt Connell's religious accommodation request, I made a recommendation to the AFSOC Commander. As of the date of this declaration, MSgt Connell's religious accommodation request is pending the AFSOC Commander's decision.

5.  During my tenure as the Director of Operations, no administrative or disciplinary action has been taken against MSgt Connell relating to the COVID vaccine mandate and he is temporarily exempt from the immunization requirement while his religious accommodation

request is pending decision. To the best of my knowledge, MSgt Connell has previously met all vaccination requirements for his position as an AC-130W Arial Gunner.

6.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of January 2022.

>  DAVIDSON.MATTHEW.W.1122060396
> Digitally signed by DAVIDSON.MATTHEW.W.1122060396
> Date: 2022.01.13 12:08:26 -06'00'
>
> MATTHEW W. DAVIDSON
> Major General, USAF
> Director of Operations