# Exhibit 24

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BENJAMIN COKER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:21-cv-01211-AW-HTC |
| ) | |
| LLOYD AUSTIN, III, in his official ) | |
| capacity as Secretary of Defense, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DECLARATION OF LT COL SARAH J. BREHM**
**[with regard to Sean Cothran]**

I, Sarah J. Brehm, hereby state and declare as follows:

1. I am a Lieutenant Colonel in the United States Air Force currently assigned as the commander of the 34th Special Operations Squadron at Hurlburt Field, Florida. I have been in this position since December 20, 2019. I lead a squadron of 106 active duty, contractor, and civilian members and am responsible for the mission, welfare, and discipline of the organization. The 34th Special Operations Squadron's mission is to fly the U-28A and provide a manned, fixed-wing, on-call/surge capability for improved tactical airborne intelligence, surveillance, and reconnaissance in support of special operations forces. Members of my squadron are required to maintain global readiness in order to support enduring and emerging contingency operations around the world.

2. I make this declaration in my official capacity as the commander and based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

3.     As part of my duties, I am in the supervisory chain of Captain Sean Cothran, who is a U-28A basic aircraft commander and serves in my awards and decorations section.  During the fall of 2020 and in the weeks leading up to my squadron's unit deployment, Captain Cothran tested positive for the coronavirus.  The member subsequently was placed on quarters and missed some of the squadron's final pre-deployment preparations.  Due to numerous health-related restrictions at each of my squadron's deployed locations, Captain Cothran required a waiver to deploy following his positive coronavirus case and a negative test result before he could depart.  Captain Cothran continued to test positive for the coronavirus for nearly two months following his initial positive test and subsequently missed our unit's scheduled deployment departure.  Once he had a negative test result, he was able to deploy and join our unit downrange in late December 2020 to early January 2021 (about one month late).

4.     Throughout 2021 the Department of Defense issued numerous guidance documents related to mitigating the effects of COVID-19 and the virus' continued spread.  I briefed my squadron on a regular basis in-person, via email and a messaging application, Signal, and through a COVID-19 information bulletin board on the impacts of the virus on our ability to conduct our mission.  Once COVID-19 vaccines were approved under the FDA's emergency use authorization and vaccines were available to military members, I encouraged members of my unit to consider voluntarily getting the vaccine.

5.     On August 24, 2021, the Secretary of Defense issued a mandate for all members of the Armed Forces under Department of Defense (DoD) authority on active duty to receive the COVID-19 vaccine.  Subsequently, on September 3, 2021, the Department of the Air Force issued additional guidance with specific timelines for Air Force members to comply.  On September 8, 2021, I issued Captain Cothran a written order to receive the COVID-19 vaccine.

The lawful order outlined the Department of Defense mandate and specific timelines to be in compliance whether through getting the vaccine, refusing the vaccine, or pursuing a medical or religious exemption from the vaccine.

6. Captain Cothran acknowledged my order on September 10, 2021 and notified me on September 15, 2021 that he intended to pursue a medical exemption from the vaccine. He met with his medical provider on September 16, 2021 and on September 17, 2021. I was notified by the 1st Special Operations Group Chief of Medical Staff, Lt Col Michael Zeola, that Captain Cothran did not meet the criteria for medical exemption. I spoke with Captain Cothran in my office on September 17, 2021, to make sure he understood the medical exemption did not get approved and I asked him what he intended to do.

7. On September 22, 2021 I received a COVID-19 vaccine religious exemption request from Captain Cothran via email. I counseled Captain Cothran in my office on September 23, 2021, to discuss his religious exemption memorandum. I briefed the member, in accordance with Department of the Air Force Instruction 52-201, paragraph 6.6.1.1., that non-compliance with immunization requirements may adversely affect readiness for deployment, assignment, domestic and international travel, or may result in other administrative consequences. Captain Cothran expressed to me his strong desire to upgrade to U-28A mission aircraft commander and to deploy with our squadron in 2022 in that crew position. I counseled Captain Cothran that if he does not receive the COVID-19 vaccine that he will be unable to deploy due to theater health requirements and the safety of other members of the unit.

8. Captain Cothran, like other Air Force members, must be worldwide deployable at all times to support contingency operations when called upon. The COVID-19 vaccine is necessary to be fully medically ready for deployment. From the time an individual receives his or her first

3

dose of the FDA-approved COVID vaccine, it takes about one month to become fully vaccinated, and Airmen may need to deploy on a few days' notice. Additionally, the symptoms of the COVID-19 virus (e.g., fever, chills, shortness of breath, fatigue, muscle aches, headaches, etc.) create an unacceptable risk to personnel and substantially increase the risk of mission failure, both in garrison (i.e., a non-deployed setting) and in a deployed environment.

9. Captain Cothran's religious exemption request was submitted to the 1st Special Operations Wing Religious Resolution Team on October 13, 2021. The 1st Special Operations Wing Commander signed her recommendation to include with the Captain Cothran's package on October 28, 2021. The Air Force Special Operations Command Religious Resolution Team processed the accommodation request on November 1, 2021 and the Air Force Special Operations Command legal review reviewed the request on November 22, 2021. On December 11, 2021, the Air Force Special Operations Command Commander denied Captain Cothran's religious accommodation request. Captain Cothran elected to appeal to the Air Force Surgeon General and submitted an updated religious accommodation request on December 21, 2021. As of the date of this declaration, Captain Cothran is awaiting decision on his appeal. No administrative or disciplinary action has been taken against Captain Cothran and he is temporarily exempt from the immunization requirement while the religious accommodation request is pending.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of January 2022.

BREHM.SARAH.J ANE.1240768638
Digitally signed by BREHM.SARAH.JANE.1240768638
Date: 2022.01.13 15:56:42 -06'00'

SARAH J. BREHM, Lt Col, USAF
Commander, 34th Special Operations Squadron