# Exhibit 25

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BENJAMIN COKER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 3:21-cv-01211-AW-HTC |
| | ) |
| LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### **DECLARATION OF LT COL JOSEPH D. LANGAN**
### [with regard to Samuel J. Craymer]

I, Joseph D. Langan, hereby state and declare as follows:

1. I am a Lieutenant Colonel in the United States Air Force currently assigned as the Commander of the 354th Aircraft Maintenance Squadron at Eielson Air Force Base, Alaska. I have been in this position since June 1, 2021.

2. I make this declaration in my official capacity as the Commander of 354th Aircraft Maintenance Squadron and based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

3. Staff Sergeant Samuel J. Craymer is an Air Force Staff Sergeant in the 354th Aircraft Maintenance Squadron at Eielson Air Force Base (EAFB), Alaska. I am SSgt Craymer's Squadron Commander. He is an F-35 Avionics Craftsman. He normally works an eight-hour shift from Monday through Friday, though these hours can increase during exercises or off-station missions. His duties during a normal shift involve working in close proximity to aircraft and other maintenance personnel multiple times per day, if not continuously.

4. Additionally, in his current position, he is part of a combat-coded unit that is subject to worldwide contingency taskings, and is required to maintain personal medical readiness for any potential deployment. The COVID-19 vaccine is necessary to be fully medically ready for deployment. From the time an individual receives his or her first dose of the FDA-approved COVID vaccine, it takes about one month to become fully vaccinated, and Airmen may need to deploy on a few days' notice. Additionally, the symptoms of the COVID-19 virus (e.g., fever, chills, shortness of breath, fatigue, muscle aches, headaches, etc.) create an unacceptable risk to personnel and substantially increase the risk of mission failure, both in garrison (i.e., a non-deployed setting) and in a deployed environment.

5. On August 24, 2021, the Secretary of Defense issued a mandate for all members of the Armed Forces under Department of Defense authority on active duty or in the Ready Reserve, including the National Guard, to receive the COVID-19 vaccine. Subsequently, on September 3, 2021, the Department of the Air Force issued additional guidance requiring all uniformed Airmen and Guardians to be fully vaccinated by November 2, 2021.

6. On September 4, 2021, Colonel David Berkland, 354th Fighter Wing Commander, directed the 354th Medical Group to establish a vaccination line to administer COVID-19 vaccinations at the EAFB, Baker Field House on September 7, 2021, to active duty members assigned to EAFB, Alaska, with a clear expectation that all Airmen accomplish vaccination unless submitting a request for exemption.

7. On September 6, 2021, I gave SSgt Craymer a verbal order to report to the EAFB, Baker Field House on September 7, 2021 to receive the Pfizer COVID-19 vaccine offered by 354th Medical Group during the mandatory mass vaccination event. SSgt Craymer refused the vaccine

on September 7, 2021 and was counseled by 354th Medical Group personnel on the benefits and risks associated with COVID-19 vaccination.

8.     On September 8, 2021, I issued a written lawful order to SSgt Craymer to either receive an initial dose of the mandatory COVID-19 vaccine that received full licensure from the Food and Drug Administration (FDA), to submit to me a completed request for a religious accommodation addressed to the Commander, Pacific Air Forces (PACAF), or to submit to me proof of a medical exemption approved by a military medical provider.  SSgt Craymer was required to provide proof of compliance no later than 1630 (4:30 PM) on September 10, 2021. On September 8, 2021, SSgt Craymer acknowledged receipt of the order and understanding of the required deadlines.

9.     By 1630, on September 10, 2021, SSgt Craymer had not provided documentation to comply with my command.  On September 10, 2021, I conducted a one-on-one counseling session with SSgt Craymer to discuss why he was refusing to receive the COVID-19 vaccine.[1] He delivered to me, in writing, his personal reasons for refusing the vaccine, none of which included religious objections.

10.    On September 15, 2021, Colonel Berkland served SSgt Craymer with an offer of Nonjudicial Punishment (NJP) pursuant to Article 15, Uniform Code of Military Justice (UCMJ), for violation of Article 90, UCMJ, willfully disobeying a superior commissioned officer to receive the required vaccination or submit an exemption request by September 10.  On September 17, 2021 SSgt Craymer responded to the NJP.  In his response, SSgt Craymer alleged he had his request for religious accommodation with him on September 10, 2021, but did not submit it to me.  He alleged that I "made it clear there was no way forward except for pending

---

[1] This was done in accordance with the Department of the Air Force, "COVID-19 Mandatory Vaccination Implementation Guidance for Service Members," 3 September 2021, paragraph 5.3.

administrative action[,]" and that he "[has] since realized that this was always an option and. . . [has] submitted [his] religious accommodation request and [is] awaiting decision." SSgt Craymer attached his Request for Religious Accommodation, dated September 9, 2021, to his response to the Article 15. SSgt Craymer also requested a personal appearance with the Commander.

11. On September 23, 2021, SSgt Craymer met with me in his personal appearance as part of his response to the NJP. I provided a written summary of that appearance to Colonel Berkland. On September 23, 2021, SSgt Craymer also went to the Chapel to initiate an interview with the Chaplain in accordance with the process for requesting religious accommodations.

12. On September 29, 2021, the 354th Fighter Wing Staff Judge Advocate, Lt Col Benjamin Henley, reached out to 354th Fighter Wing Chaplain, Lt Col Erik Harp, to verify whether SSgt Craymer inquired about the religious accommodation process. Lt Col Harp verified that SSgt Craymer had started the waiver process "several days back" but wanted to withdraw his request. Lt Col Harp further elaborated that SSgt Craymer returned on September 28, 2021 wanting to reinitiate his religious accommodation request.

13. On September 29, 2021, SSgt Craymer was provided an additional opportunity to respond to the additional evidence provided to him. On October 4, 2021, SSgt Craymer, through counsel, declined to provide any supplemental response.

14. On October 12, 2021, Colonel Berkland determined the Article 15 was not appropriate and terminated the proceedings. On October 19, 2021, I administered to SSgt Craymer a letter of reprimand for failing to obey my command to receive the required vaccination or submit a request for an exemption by September 10, 2021. SSgt Craymer had three duty days to respond and submit matters for my consideration. After reviewing his response, I maintained the Letter

of Reprimand in his record because his response did not, based on my assessment, provide a compelling reason for failing to comply with my vaccination order.

15. Currently, SSgt Craymer's request for religious accommodation is pending. On November 19, 2021, the Religious Accommodation Resolution Team (RRT) reviewed SSgt Samuel J. Craymer's request for religious accommodation. The RRT requested additional information from me in early December 2021. On December 22, 2021, I provided the additional information to the RRT for consideration. On January 6, 2022, Lt Col Douglas K. Johnson completed and forwarded to me the RRT recommendation. On January 10, 2022, I provided my recommendation and forwarded it for indorsement to Colonel Berkland and further processing. As of the date of this declaration, SSgt Craymer's religious accommodation request is still pending.

16. SSgt Craymer is temporarily exempt from complying with my order to vaccinate against COVID-19 pending the outcome of his request for religious accommodation and any appeal of the decision on his request.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of January 2022.

LANGAN.JOSEPH.D.1270109620
Digitally signed by LANGAN.JOSEPH.D.1270109620
Date: 2022.01.14 11:11:05 -09'00'

JOSEPH D. LANGAN, Lt Col, USAF
Commander
354th Aircraft Maintenance Squadron