# Exhibit 26

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| BENJAMIN COKER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 3:21-cv-01211-AW-HTC |
| | ) |
| LLOYD AUSTIN, III, in his official | ) |
| capacity as Secretary of Defense, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF COLONEL PAUL K. HARMER
**[with regard to Kacy Dixon]**

I, Paul K. Harmer, hereby state and declare as follows:

1.      I am a Colonel in the United States Air Force currently assigned as the Commander, Air University Detachment 1 (AU Det 1) at the Air Force Institute of Technology (AFIT) on Wright-Patterson AFB, Ohio.  I have been in this position since July 2020.  As a part of my duties, I am responsible for the broad range of command responsibilities and oversight over active-duty members assigned to AFIT.  This includes both in-residence students and students earning degrees at various civilian institutions around the world.  Specifically, my authorities include carrying out command responsibilities related to the implementation and enforcement of the Secretary of Defense's vaccine mandate issued on August 24, 2021, and the subsequent deadlines imposed by the Secretary of the Air Force on September 3, 2021.

2.      I make this declaration in my official capacity as the Commander, AU Det 1, and based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

3.      Maj Kacy Dixon is a Judge Advocate in the United States Air Force.  Currently she is assigned as a student attending the Army Judge Advocate General's Legal Center and School in Charlottesville, VA, where she is working towards a Master of Laws (LL.M.) degree. Administratively, she is assigned to AFIT under the Civilian Institutions (CI) program.  I am her assigned Commander.

4.      Maj Dixon, like other Air Force members, must be worldwide deployable at all times to support contingency operations when called upon. The COVID-19 vaccine is necessary to be fully medically ready for deployment. From the time an individual receives his or her first dose of the FDA-approved COVID vaccine, it takes about one month to become fully vaccinated, and Airmen may need to deploy on a few days' notice. Additionally, the symptoms of the COVID-19 virus (e.g., fever, chills, shortness of breath, fatigue, muscle aches, headaches, etc.) create an unacceptable risk to personnel and substantially increase the risk of mission failure, both in garrison (i.e., a non-deployed setting) and in a deployed environment.

5.      On September 20, 2021 I provided Maj Kacy Dixon an order that directed her to receive a first dose of a COVID-19 vaccine and provide proof of the same by September 28, 2021.  The order also required her to receive her second dose of a COVID-19 vaccine (if the vaccination series required it) and provide proof of the same by October 19, 2021.  These dates are based on the Secretary of Defense's vaccine mandate issued on August 24, 2021, and the deadline set by the Secretary of the Air Force in his memorandum issued on September 3, 2021. The Air Force deadline for active duty members to be fully vaccinated was November 2, 2021.

6.      The order also specified that Maj Dixon could alternatively submit a Religious Accommodation Request or proof of a medical exemption by the deadline specified for the first dose of the vaccine.

7.     Maj Dixon received the order by email, and signed acknowledging receipt and understanding of the order on September 22, 2021.

8.     To the best of my knowledge, Maj Dixon has not received any COVID-19 vaccinations.

9.     On September 27, 2021 I received a memorandum from the 88th Medical Group (MDG) at the Wright-Patterson Medical Center stating that Maj Dixon met criteria for a temporary medical exemption from the COVID-19 vaccine, which would expire on November 24, 2021. Maj Dixon was therefore considered exempt from the vaccination requirement through November 24, 2021.

10.     On November 24, 2021, Maj Dixon submitted a new request for medical exemption from the COVID-19 vaccination requirement citing a claimed lack of FDA-approved vaccine supply available.  On December 1, 2021, I was notified that Maj Dixon did not meet criteria for a medical exemption.  A request for a second opinion was submitted to the 88th MDG Commander, who informed me on December 3, 2021 that second opinion also found she did not meet the criteria for a medical exemption.

11.     On December 1, 2021, Maj Dixon submitted a request for a religious accommodation to exempt her from the COVID-19 vaccination requirement.  As part of the process for the religious accommodation request, Maj Dixon received counseling from the 88th Warrior Operational Medicine Clinic on December 1, 2021.  She then received counseling from Lt Col Don Salvatore, Section Commander, AU Det 1, on December 3, 2021, regarding the implications and potential challenges related to the request, including potential impacts related to deployment, assignments, and international travel.  On December 22, 2021 she spoke with a Chaplain from the 88th Air Base Wing at Wright-Patterson AFB, Ohio.  Her request for religious accommodation is still pending review by the Religious Resolution Team and the legal office

before it will be forwarded through the chain of command to the Commander, Air Education and Training Command (AETC/CC), who is the decision authority on her request.

12.     On December 10, 2021, I received an additional request from Maj Dixon for an administrative exemption from the COVID-19 vaccination while legal action is pending after she joined as a plaintiff in the above-captioned case.  On December 13, 2021, I notified Maj Dixon that her request for exemption on the basis of pending legal action was denied.

13.     Due to the various requests for exemption described above, Maj Dixon has been considered temporarily exempt from the COVID-19 vaccination requirement since September 27, 2021.  She remains temporarily exempt from the vaccination requirement at this time until there is a final decision on her request for religious accommodation.

14.     No administrative or disciplinary action has been taken against Maj Dixon for her refusal to begin the COVID-19 vaccination process or for her decision to submit requests for medical exemption, administrative exemption, and religious accommodation.  She will remain temporarily exempt from the immunization requirement while the religious accommodation request is pending.

15.     To the best of my knowledge, Maj Dixon previously met all vaccination requirements for her position as a Judge Advocate in the United States Air Force.

        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of January 2022.


HARMER.PAUL   Digitally signed by
.K.1188115736   HARMER.PAUL.K.1188115736
                Date: 2022.01.13 18:22:56 -05'00'

PAUL K. HARMER, Colonel, USAF, Ph.D.
Commander, Air University Det 1
Air Force Institute of Technology

4