# Exhibit 27

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BENJAMIN COKER, *et al.*<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>LLOYD AUSTIN, III in his official capacity as Secretary of Defense, *et. al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:21-cv-01221-AW-HTC |

### DECLARATION OF MICHAEL W. STEHLE

### [with regard to Major Nicholas Harwood]

I, Michael W. Stehle, hereby state and declare as follows:

　　　　1.　　　I am a Colonel in the United States Marine Corps (USMC), currently assigned as the Chief of Staff, 1st Marine Logistics Group, Fleet Marine Force (1st MLG), located at Camp Pendleton, California. I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

　　　　2.　　　I have been assigned to my current position since June 7, 2021. Prior to my current assignment, I served as the Commanding Officer, Combat Logistics Regiment 1, a subordinate command within 1st MLG. As part of my current duties, I am responsible for assisting the Commanding General, 1st MLG in the administration and oversight of all Service members and civilian personnel within 1st MLG. This includes responsibility for maintaining oversight over COVID-19 related mitigation measures, adherence to COVID-19 policies, and any and all other responsibilities related to the safety and readiness of 1st MLG personnel.

3. Plaintiff Nicholas Harwood is a Major on active duty in the USMC. From March 15, 2021 to December 14, 2021, Major Harwood was assigned as the Executive Officer, 1st Maintenance Battalion, 1st MLG, where he was responsible for assisting the Commanding Officer, 1st Maintenance Battalion in the administration and oversight of all Service members and civilian personnel within that command. On December 14, 2021, following the final adjudication of his administrative exemption request and subsequent refusal to submit to inoculation against COVID-19, he was relieved of duty as the Executive Officer, 1st Maintenance Battalion and reassigned within 1st MLG. Since December 15, 2021, he has been assigned to the 1st MLG Headquarters staff as the Materiel Readiness Branch Head, reporting to the Assistant Chief of Staff, G-4 (Logistics). I am a supervisor within his current reporting chain.

4. Major Harwood, like all Marines, must be worldwide deployable. From the time an individual receives his or her first dose of the FDA-approved COVID-19 vaccine, it takes about one month to become fully vaccinated, or two to four weeks after the first shot of an Emergency Use Authorized COVID-19 vaccine. Marines may need to deploy on a few days' notice. Additionally, the symptoms of the COVID-19 virus (e.g., fever, chills, shortness of breath, fatigue, muscle aches, headaches, etc.) create an unacceptable risk to personnel and substantially increase the risk of mission failure, both in garrison (i.e., a non-deployed setting) and in a deployed environment. Unvaccinated personnel are administratively restricted from entering the 1st MLG command deck because their vaccination status poses an increased risk of COVID-19 infection and retransmission to 1st MLG senior leaders.

5. Major Harwood submitted an administrative exemption request on August 22, 2021, requesting a religious accommodation from the requirement to receive any of the available COVID-19 vaccines. The request was denied by the Marine Corps' Deputy Commandant for

Manpower and Reserve Affairs on September 21, 2021. Major Harwood's subsequent appeal of that decision was disapproved by the Assistant Commandant of the Marine Corps on December 7, 2021. The Commanding Officer, 1st Maintenance Battalion notified Major Harwood of the final decision on his appeal on December 8, 2021, and issued him a written order on that date to submit to inoculation for COVID-19 no later than 12:00 p.m. on Friday, December 10, 2021, through receipt of a U.S. Food and Drug Administration (FDA) licensed and approved COVID-19 vaccine. At that time, Major Harwood indicated his intent not to comply with the order to vaccinate. On Friday, December 10, 2021, at or after 12:01 p.m., the Commanding General, 1st MLG issued Major Harwood an adverse written administrative counseling, documenting Major Harwood's failure to comply with the written order as well as the lawful general orders previously issued by the Secretary of the Navy and Commandant of the Marine Corps contained in ALNAV 062/21 and MARADMIN 462/21, respectively. At no time did Major Harwood request that an FDA-licensed and approved COVID-19 vaccine be made available to him, nor did he ever indicate willingness to accept the Comirnaty vaccine. To the contrary, he informed his chain of command that he would not comply with an order to vaccinate if the only way to comply was through receipt of a vaccine developed through use of or testing on fetal cell lines, which is the case with the Comirnaty vaccine.

8.  Major Harwood also alleges that he faces adverse administrative and disciplinary action, including removal from his position, duty restrictions, adverse performance documentation, and potential separation proceedings via a Board of Inquiry. Major Harwood has not been subject to disciplinary action, nor is disciplinary action contemplated in his case. No adverse administrative actions were taken against Major Harwood during the pendency of his administrative exemption request; however, Major Harwood was restricted from entering the 1st

MLG command deck and was not permitted to temporarily succeed to command of 1st Maintenance Battalion during his commanding officer's absence in September/October 2021. These actions were not adverse in nature, nor were they considered as part of the factual basis for subsequent adverse administrative actions.

After Major Harwood's appeal was denied, the Commanding Officer, 1st Maintenance Battalion issued him a written order to receive the required vaccination. On December 10, 2021 the Commanding General, 1st Marine Logistics Group concluded that Major Harwood had violated that order. Major Harwood subsequently received an adverse administrative counseling and was relieved from his position as Executive Officer, 1st Maintenance Battalion based on his commanding officer's loss of confidence in his ability to lead. He does face adverse performance documentation and may face potential separation proceedings via a Board of Inquiry. Additionally, Major Harwood was selected for promotion to Lieutenant Colonel, but his promotion will be delayed, and possibly withdrawn, pending resolution of these adverse administrative proceedings.

9. Major Harwood has not been subject to any form of discipline or ostracism, nor any form of maltreatment, either as a result of his reluctance to take the vaccine or as a result of this lawsuit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of January, 2022.

*[signature]*

Michael W. Stehle
Colonel, U.S. Marine Corps