# Exhibit 29

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BENJAMIN COKER, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 3:21-cv-01211-AW-HTC |
| LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

### DECLARATION OF LT COL CHARLES C. LOWRY
### [with regard to Jordan Karr]

I, Charles C. Lowry, hereby state and declare as follows:

1. I am a Lieutenant Colonel in the United States Air Force, currently assigned as the Commander of the 371 Special Operations Combat Training Squadron (371 SOCTS), Hurlburt Field, Florida. I have been in this position since December 6, 2021. As a part of my duties, I am responsible for the good order and discipline of my formation, and ensuring Air Commandos receive specialized field skills, intelligence training, and small unmanned aircraft operations training. Lieutenant Colonel Jesse Hamel preceded me as commander of the 371 SOCTS, he was in command from June 26, 2020 to December 6, 2021.

2. I make this declaration in my official capacity as the Commander of the 371 SOCTS andbased upon my personal knowledge and upon information that has been provided to me in the course of those official duties. This information is derived from official sources rather than personal involvement prior to my assumption of command on 6 December 2021.

3. Captain Jordan L. Karr is an Active Duty Air Force member assigned to the 371 SOCTS.The 371 SOCTS is the formal training unit responsible for conducting training of Air Force Special Operations Forces on behalf of Air Force Special Operations Command (AFSOC). The primary mission of this unit is to conduct specialized ground training that enables special operators to conduct special operation taskings, formal intelligence training, and operation of small unmanned aircraft (SUAS). In her current capacity, Captain Karr is an Intelligence Officer and Flight Commander of the Intelligence Formal Training Unit (IFTU) of the 371 SOCTS. As such, she is responsible for leading a

flight of four active duty airmen and 10 contractors who provide intelligence, surveillance, reconnaissance tactical controller (ITC) and processing, exploitation, and dissemination (PED) training for the joint community.  These courses are taught at the secret and top secret classifications; this requires access to classified spaces and material.  While Captain Karr is able to accomplish her administrative as a flight commander via remote and telework.  If she is unable to be physically present she would be unable to provide adequate course oversite and curriculum development due to the classification of the courses she is responsible for.  I have assigned her alternate duties while her religious accommodation request is being processed/adjudicated in the case she is unable to physically be present at the classified facility where the courses are taught.  She continues to provide adequate administrative oversight of her assigned flight, however.  Additionally, she is unable to go on temporary duty assignments (TDY) or attend any in-person courses/events unless they are held outdoors.

4.      Captain Karr, like other Air Force members, must be worldwide deployable at all times to support contingency operations when called upon. The COVID-19 vaccine is necessary to be fully medically ready for deployment. From the time an individual receives his or her first dose of the FDA-approved COVID vaccine, it takes about one month to become fully vaccinated, and Airmen may need to deploy on a few days' notice.

5.      On September 9, 2021, Lieutenant Colonel Hamel provided all 371 SOCTS military personnel, to include Captain Karr, an order directing full vaccination from COVID-19 by November 2, 2021. Additionally, Captain Karr was specifically ordered by Lt Col Hamel on September 10, 2021, and Captain Karr acknowledged receipt of the order on the same date.  The date to vaccinate was based on the Secretary of Defense's vaccine mandate issued on August 24, 2021, and the deadline set by the Secretary of the Air Force in his memorandum issued on September 3, 2021.  Unless exempted, Active Duty Air Force members were required to be fully vaccinated by November 2, 2021.  Alternatively, the order also specified that Capt Karr could submit a request for religious accommodation or proof of a medical exemption approved by a military medical provider.

6.      On September 20, 2021, Captain Karr requested a religious accommodation request from receiving the COVID-19 vaccine and as such, met with a medical professional for medical counseling on

2

September 16, 2021, and met with a military Chaplain on September 24, 2021. On September 28, 2021, Lieutenant Colonel Hamel counseled Captain Karr about the adverse impacts to readiness such as deployment, assignment, and international travel as a result of non-compliance with immunization requirements. On October 22, 2021, The 492 SOW Religious Resolution Team reviewed the package and forwarded it to the decision authority for adjudication.

7.   On October 22, 2021, the 492 SOW Commander signed a recommendation to the approving authority, the AFSOC Commander. On October 25, 2021, Headquarters AFSOC received Captain Karr's religious accommodation package from 492 SOW. As of this date of the declaration, Captain Karr's religious accommodation request is pending a decision.

8.   I have reviewed Captain Karr's personnel record. Captain Karr has no administrative or disciplinary action relating to the COVID-19 vaccine mandate and is temporarily administratively exempt from the immunization requirement while her religious accommodation request is pending decision. To the best of my knowledge, Captain Karr has previously met all vaccination requirements for her position as an Intelligence Officer.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of January 2022.

LOWRY.CHARLES.CHRISTIAN.1111771150
Digitally signed by LOWRY.CHARLES.CHRISTIAN.1111771150
Date: 2022.01.13 18:56:00 -06'00'

CHARLES C. LOWRY, Lt Col, USAF
Commander