# Exhibit 30

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BENJAMIN COKER, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 3:21-cv-01211-AW-HTC ) |
| LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## DECLARATION OF MAJOR JOHNATHAN D. MARBURGER
**[with regard to Nickolas Kupper]**

I, Johnathan D. Marburger, hereby state and declare as follows:

1. I am a Major in the United States Air Force currently assigned as the 56th Component Maintenance Squadron (56 CMS) Commander at Luke Air Force Base, Arizona. I have been in command since July 20, 2020. As a part of my duties, I am responsible for the command of the 56 CMS.

2. I make this declaration in my official capacity as the Commander, 56 CMS, and based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

3. 56 CMS directly supports the 56 Fighter Wing (56 FW) in providing safe and reliable aircraft in training pilots and combat-ready Airmen. I am the immediate commander of MSgt Nickolas Kupper. As our Accessories Flight Chief, MSgt Kupper plays a direct role in ensuring mission success as he leads 178 personnel in 4 maintenance specialties across 7 separate facilities. As Flight Chief, MSgt Kupper is expected to maintain good order and discipline

within those specialties, which requires in-person engagement at all levels.  These engagements can be as small as one-on-one and as large as the entire 178 members in an "All Call."  Also, MSgt Kupper shares an approximately 15 ft by 15 ft work-space with three other personnel for most of the work day as our facilities do not offer seclusion supportive of social distancing. Finally, MSgt Kupper, like other Air Force members, must be worldwide deployable at all times to support contingency operations when called upon. The COVID-19 vaccine is necessary to be fully medically ready for deployment. From the time an individual receives his or her first dose of the FDA-approved COVID vaccine, it takes about one month to become fully vaccinated, and Airmen may need to deploy on a few days' notice. Additionally, the symptoms of the COVID-19 virus (e.g., fever, chills, shortness of breath, fatigue, muscle aches, headaches, etc.) create an unacceptable risk to personnel and substantially increase the risk of mission failure, both in garrison (i.e., a non-deployed setting) and in a deployed environment.  As our active duty members must be available to support different requirements within our multi-capable framework, work from home is not supportable long-term as these requirements would have a negative impact on military readiness, unit cohesion, good order and discipline.

4.      On September 7, 2021, I directed MSgt Kupper, via email, to receive a first dose of a COVID-19 vaccine and provide proof of the same by September 23, 2021. These dates are based on the Secretary of Defense's vaccine mandate issued on August 24, 2021, and the deadline set by the Secretary of the Air Force in his memorandum issued on September 3, 2021. The Air Force deadline for members of the Active Component to be fully vaccinated was November 2, 2021.

5.      The order also specified that MSgt Kupper could alternatively submit a Religious Accommodation Request or proof of a medical exemption by the deadline specified for the first dose of the vaccine.

6.      To the best of my knowledge, MSgt Kupper has not received any COVID-19 vaccinations to the present.

7.      On September 22, 2021, MSgt Kupper submitted a written request for a religious accommodation, which formally initiated the process as required by Air Force regulation, DAFI 52-201.

8.      On September 15, 2021, I met with MSgt Kupper in regards to his religious accommodation request. I informed him that noncompliance with immunization requirements may adversely affect readiness for deployment, assignment, international travel, or may result in administrative consequences in accordance with current guidance and regulations. Also on September 21, 2021 MSgt Kupper met with the medical provider and met with a chaplain on September 22, 2021 as required by current regulations. The request was reviewed by the Religious Resolution Team on October 1, 2021 and is currently being routed through the chain of command for endorsements and recommendations.

9.      While his religious resolution request is pending resolution, MSgt Kupper is temporarily exempt from the requirement to vaccinate.  Accordingly, no administrative or disciplinary action has been, nor will be, taken against MSgt Kupper for not beginning the COVID-19 vaccination process or for expressing a desire to submit a religious accommodation request. To the best of my knowledge, MSgt Kupper has previously met all vaccination requirements for his position as an Air Force member.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of January 2022.

MARBURGER.JOHNATHAN.D.1277542265
Digitally signed by MARBURGER.JOHNATHAN.D.1277542265
Date: 2022.01.14 11:25:03 -07'00'

JOHNATHAN D. MARBURGER, Maj, USAF
Commander