# Exhibit 31

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BENJAMIN COKER, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:21-cv-01211-AW-HTC |
| LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, *et al.*, | ) |
| Defendants. | ) |

### DECLARATION OF LT COL MARC L. CHURCH
[with regard to David Lund]

I, Marc L. Church, hereby state and declare as follows:

1. I am a Lieutenant Colonel in the United States Air Force currently assigned as the commander of the 73d Special Operations Squadron at Hurlburt Field, Florida. I have been in this position since December 3, 2021. I lead a squadron of 173 active duty, contractor, and civilian members and am responsible for the mission, welfare, and discipline of the organization. The 73d Special Operations Squadron's mission is to fly the AC-130J and provide close air support, armed interdiction, on-call/surge capability in support of crisis response and sustained combat operations in support of special operations forces. Members of my squadron are required to maintain global readiness in order to support enduring and emerging contingency operations around the world.

2. I make this declaration in my official capacity as the commander and based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

3.      As part of my duties, I am in the supervisory chain of Master Sergeant David Lund, who is an AC-130 Evaluator Special Mission Aviator and serves in my enlisted superintendent section.

4.      On August 24, 2021, the Secretary of Defense issued a mandate for all members of the Armed Forces under Department of Defense (DoD) authority on active duty to receive the COVID-19 vaccine.  Subsequently, on September 3, 2021, the Department of the Air Force issued additional guidance with specific timelines for Air Force members to comply.  On September 15, 2021, my predecessor in command, Lt Col Clifton Johnson, issued Master Sergeant Lund a written order to receive the COVID-19 vaccine.  The lawful order outlined the Department of Defense mandate and specific timelines to be in compliance whether through getting the vaccine, refusing the vaccine, or pursuing a medical or religious exemption from the vaccine.

5.      Master Sergeant Lund acknowledged the order and notified my predecessor on September 28, 2021 that he intended to pursue a religious accommodation from the vaccine.  He met with the wing's religious resolution team on September 30, 2021 and his medical provider on October 8, 2021.

6.      After I assumed command on December 3, 2021, Master Sergeant Lund requested approval to participate in the DOD SkillBridge program.  This program eases the transition for military members who are retiring or separating from the military by allowing them to participate in training and development with industry and employers.  As Master Sergeant Lund previously requested and was granted his request to retirement from Active Duty, I approved his request to enter the DOD SkillBridge program.  Master Sergeant Lund's SkillBridge internship begins February 2, 2022 and ends June 21, 2022.  Upon completion of his internship, Master Sergeant

Lund begins terminal leave on June 22, 2022, meaning he is not required to be in the workplace while he exhausts his remaining military leave balance until his formal retirement date. His terminal leave ends July 31, 2022 and his retirement date is August 1, 2022.

7. Master Sergeant Lund provided my predecessor with the required documentation as part of the religious accommodation package. As of the date of this declaration, Master Sergeant Lund's religious accommodation package is being staffed through the chain of command for consideration and, to date, command has not reached an approval or denial decision. No administrative or disciplinary action has been taken against Master Sergeant Lund and he is temporarily exempt from the immunization requirement while his religious accommodation request is pending.

8. I am aware that MSgt Lund has notified the court he received the Johnson and Johnson vaccine, Janssen. MSgt Lund has provided the Air Force proof he received that vaccine. MSgt Lund is considered fully vaccinated in accordance with Department of Defense policy.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of January 2022.

CHURCH.MARC.L.1260430900
Digitally signed by CHURCH.MARC.L.1260430900
Date: 2022.01.13 18:30:17 -06'00'

MARC L. CHURCH, Lt Col, USAF
Commander, 73d Special Operations Squadron