# Exhibit 32

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| CAPTAIN BLAKE W. MORGAN, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 3:21-cv-01211 |
| LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF COLONEL WILLIAM D. DEITCH**
**[with regard to Captain Blake W. Morgan]**

I, William D. Deitch, hereby state and declare as follows:

1. I am a Colonel in the United States Air Force currently assigned as the Staff Judge Advocate at the Eglin Air Force Base, Florida. I have been in this position since July 2021. As a part of my duties either I, or a member of my legal team, is responsible for participating in the installation Religious Accommodation request vetting and legal review process.

2. On September 14, 2021, Captain Morgan's commander gave him an order which required him to be fully vaccinated by November 2, 2021, or begin the exemption or accommodation process for the COVID-19 vaccination. Prior to this order, on September 10, 2021, Captain Morgan submitted a religious accommodation request in accordance with DAFI 52-201. On that same day, the commander counseled Captain Morgan on the potential ramifications of not receiving the mandatory COVID-19 vaccine. He also informed him that noncompliance with immunization requirements may adversely affect readiness for deployment, assignment, international travel, or result in other administrative consequences.

3. On September 22, 2021, Captain Morgan met with a Chaplain as required by the religious accommodation process set forth in DAFI 52-201 and they discussed the details of Captain

1

Morgan's religious convictions. On September 30, 2021, Captain Morgan was counseled by a medical provider at the 96 Medical Group. During this counseling session, the medical provider provided specific information about COVID-19, as well as specific information on the COVID-19 vaccine including product constituents, benefits and risks. He was also counseled on the potential risks of infection incurred by unimmunized individuals.

4. On October 8, 2021, the Religious Response Team (RRT) convened to discuss Captain Morgan's request. The RRT submitted its recommendation on October 12, 2021. On October 13, 2021, Captain Morgan's entire religious accommodation package was forwarded to my office for legal review as required by DAFI 52-201. On 15 October 2021, we completed our legal review and sent Captain Morgan's entire package to his commander. The commander pushed his recommendation to the 96 OG and then 96 TW commander on 18 October 2021. I am told that on 30 November 2021, the 96 TW pushed Captain Morgan's religious accommodation request to the Air Force Test Center commander. I have been informed by the Air Force Test Center Staff Judge Advocate that the Air Force Test Center sent this package to Air Force Materiel Command on 20 December 2021. No administrative or punitive actions have been imposed on Captain Morgan for his refusal to begin the COVID-19 vaccination process. Furthermore, no administrative or punitive actions are contemplated pending the outcome of his religious accommodation request. He is currently up to date on all other vaccinations.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of January, 2022.

DEITCH.WILLIAM.DAVID.1088016544
Digitally signed by DEITCH.WILLIAM.DAVID.1088016544
Date: 2022.01.14 11:50:19 -06'00'

WILLIAM D. DEITCH, Colonel, USAF
Staff Judge Advocate