# Exhibit 33

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BENJAMIN COKER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 3:21-cv-01211 |
| | ) |
| LLOYD AUSTIN, III, in his official | ) |
| capacity as Secretary of Defense, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF LIEUTENANT COLONEL GEORGE B. NORMANDIN, III
### [with regard to Taylor Roberts]

I, George B. Normandin, III, hereby state and declare as follows:

1.      I am a Lieutenant Colonel in the United States Air Force currently assigned as the

Commander, 8th Fighter Squadron (8 FS) at Holloman Air Force Base, New Mexico.  I was

appointed to command of the 8 FS on May 25, 2021.  The 8 FS is assigned to the 49th Wing

under Air Education and Training Command.  As a part of my duties, I am responsible for

Captain Taylor Roberts.

2.      I make this declaration in my official capacity as the Commander, 8 FS, and based upon

my personal knowledge and upon information that has been provided to me in the course of my

official duties.

3.      I know Captain Taylor Roberts.  He is the 8 FS Chief of Standardization and Evaluation

and is an F-16 Instructor Pilot.  As an F-16 Instructor Pilot, Capt Roberts is required to spend

time in close proximity to other pilots during flight briefs, flight debriefs, and during academic

sessions.  These periods range from 1 to 3 hours and are conducted in closed rooms due to the

security requirements of the sensitive topics that are discussed.  Flight briefs typically have from 2-4 pilots in them, during which time all members would be considered close contacts as the size of the briefing rooms do not allow for 6 foot spacing to be maintained. In situations where flights are conducted dual, two pilots per aircraft, both pilots are breathing from the aircraft oxygen system. Capt Roberts, like other Air Force members, must be worldwide deployable at all times to support contingency operations when called upon.  The COVID-19 vaccine is necessary to be fully medically ready for deployment.  From the time an individual receives his or her first dose of the FDA-approved COVID vaccine, it takes about one month to become fully vaccinated, and Airmen may need to deploy on a few days' notice.  Additionally, the symptoms of the COVID-19 virus (e.g., fever, chills, shortness of breath, fatigue, muscle aches, headaches, etc.) create an unacceptable risk to personnel and substantially increase the risk of mission failure, both in garrison (i.e., a non-deployed setting) and in a deployed environment.  I first met Captain Roberts while he was stationed at Kunsan Air Base, Republic of Korea, in the Fall of 2016.  I am his immediate commander.

4.      On September 16, 2021, I provided Captain Roberts an order that directed him to receive an initial dose of a COVID-19 vaccine with full licensure approval from the FDA and provide proof by September 21, 2021.  The order also required him to receive a second dose of the same vaccine and provide proof by October 15, 2021.  These dates were based on coordination with the 49th Wing leadership in order to satisfy the Secretary of Defense's vaccine mandate issued on August 24, 2021, and the deadline set by the Secretary of the Air Force in his memorandum

issued on September 3, 2021.  The Air Force deadline for Active Duty Airmen and Guardians to be fully vaccinated, unless exempted, was November 2, 2021.  Captain Roberts was further instructed that the Pfizer COVID-19 vaccine was not the only option available for complying with this order and that he could choose to receive the two-shot Moderna COVID-19 vaccine or the single dose J&J vaccine instead.

5.      As Captain Roberts' immediate commander I have access to mission essential medical information.  I am aware that Captain Roberts had requested a medical exemption to the COVID-19 vaccine mandate, that it was temporarily approved, and then subsequently terminated by the 49 Medical Group.  I am not aware of the reasoning behind either the initial approval or the ultimate termination.

6.      On September 21, 2021, Captain Roberts submitted a written request for a religious accommodation waiver from the COVID-19 immunization.  That written request is still pending a decision from the Approval Authority.  In accordance with Air Force policy Captain Roberts is temporarily exempt from the COVID-19 vaccine mandate while the religious accommodation request is pending.

7.      On September 27, 2021, Captain Roberts submitted an informal request for redress/relief of grievances under Article 138, Uniform Code of Military Justice (UCMJ).  Specifically, he requested (1) that the current order to receive a COVID-19 vaccine be rescinded; (2) that no further orders are issued to receive a COVID-19 vaccine until such a time that there is an available supply of the FDA-approved and licensed, *Comirnaty*; and (3) leadership publishes clarification that all COVID-19 vaccines (other than *Comirnaty*) are voluntary at this time.  On October 12, 2021, I denied his informal request in whole because the relief he requested was not warranted.  I explained that the order I issued was consistent with the guidance provided by the

3

Secretary of the Air Force in his September 3, 2021, memorandum.  Additionally, I stated that the order is not impossible to comply with based on the September 14, 2021, memorandum from Dr. Terry Adirim, Acting Assistant Secretary of Defense for Health Affairs, that clarified Department of Defense health care providers will use both the Pfizer-BioNTech COVID-19 vaccine and the *Comirnaty* COVID-19 vaccine interchangeably for purposes of vaccinating service members consistent with the Secretary of Defense mandate.  The Pfizer-BioNTech COVID-19 vaccine is readily available on-base.  Finally, I also informed Captain Roberts that until his religious accommodation request is acted upon by the Major Command commander I would not issue any further orders to receive a COVID-19 vaccine.

8.      On November 9, 2021, Captain Roberts submitted a formal complaint to Major General Craig D. Wills, Commander, Nineteenth Air Force, under Article 138, UCMJ.  Captain Roberts requested that (1) Major General Wills rescind the order to receive a COVID-19 vaccination until such a time that there is an available supply of FDA-approved and licensed COVID-19 vaccine, *Comirnaty*; (2) that leadership publish clarification that all COVID-19 vaccines (other than BLA-compliant/*Comirnaty)* are voluntary at this time; and (3) that should redress be denied that he be provided clarification on the legal precedent and grounds/governing laws and regulations that allow an EUA labeled vaccine to be ordered.  On November 19, 2021, as the General Court-Martial Convening Authority for the 8 FS, Major General Wills dismissed the request for relief in whole after careful consideration of the facts and circumstances of the case. I notified Captain Roberts of this decision on November 22, 2021.

9.      No administrative or disciplinary action has been taken against Captain Roberts for his refusal to begin the COVID-19 vaccination process or for submitting a religious accommodation

request.  It is my understanding that Captain Roberts has previously met all vaccination requirements for his position as an Air Force Fighter Pilot.

10.     To the best of my knowledge, Captain Roberts has not received any COVID-19 vaccinations to the present.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed this 14th day of January 2022.

NORMANDIN.GEOR   Digitally signed by
GE.B.III.1260080942   NORMANDIN.GEORGE.B.III.12600809
                      42
                      Date: 2022.01.14 12:22:31 -07'00'
GEORGE B. NORMANDIN III, Lt Col, USAF
Commander