# Exhibit 34

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BENJAMIN COKER,** *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>**LLOYD AUSTIN, III, in his official capacity as Secretary of Defense,** *et al.,*<br><br>Defendants. | Case No. 3:21-cv-01221-AW-HTC |

## DECLARATION OF LIEUTENANT COLONEL SHANKAR

### [with regard to CWO3 Kalem Cossette]

I, Arun Shankar, hereby state and declare as follows:

1. I am a Lieutenant Colonel in the U.S. Marine Corps, currently assigned as Commanding Officer of Communication Training Battalion, located at Marine Corps Air-Ground Combat Center, Twentynine Palms, California. I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

2. I have been assigned to my current position since June 2020. Prior to my current assignment, I served in multiple command and staff billets, to include as the Assistant Chief of Staff, G-6, for 1st Marine Division. I have deployed multiple times in support of combat operations in Iraq and Afghanistan. I am a graduate of Naval Postgraduate School and the Marine Corps School of Advanced Warfighting. As part of my current duties as the Commanding Officer of Communication Training Battalion, I am responsible for training and

1

evaluating Marines in individual events according to training and readiness manual standards for the operation and maintenance of Marine Corps communications systems in order to enable Marine Commanders the ability to command and control across the full range of military operations.

3. Plaintiff Kalem Cossette is a Chief Warrant Officer 3 on active duty in the United States Marine Corps and assigned as an Instructor as part of Communication Training Battalion, Marine Corps Communication-Electronics School, U.S. Marine Corps Training Command. I am the Commanding Officer for Chief Warrant Officer 3 Cossette.

4. COVID-19 caused so great a threat to entry level training in the Marine Corps that during most of 2020-21, students in U.S. Marine Corps Training Command ("Training Command"), from the time they departed recruit training until the time they joined their units in the operating forces, were placed on strict leave and liberty restrictions. Marines arriving at Marine Corps Communication-Electronics School ("MCCES") were isolated from outside populations to the maximum extent possible and placed on quarantined flights. Those exposed to outside populations were subjected to a 14-day quarantine period upon arrival. Although clearly burdensome on students and instructors, this measure was necessary in order to ensure the continuous flow of entry-level trained personnel into the operating forces. Even a brief disruption in the flow of new Marines to operating forces could have caused significant ripple effects on mission-ready forces and thus degrade the mission of the Marine Corps in providing for the security of the United States.

    a. The mission of Training Command is to consistently produce officer and enlisted entry-level Marines and Sailors trained in their military occupational specialty, career progression, and career enhancement to meet force generation and operating force requirements,

2

while reinforcing our warfighting ethos and facilitating the growth and resiliency of our permanent personnel, students, and families. As the parent command for MCCES, these mandates are incorporated into the mission of MCCES. Training Command is a vast enterprise, dispersed across bases from Hawaii to Maine, and totaling well over 20,000 active duty Marines and Sailors. MCCES is one of the largest commands within Training Command, totaling approximately 2,500 military and civilian personnel. The mission of MCCES is to train Marines in ground electronics maintenance, tactical communications, and air control/anti-air warfare operations and maintenance in order to ensure that Marine commanders at all levels have the ability to exercise command and control across the full range of military operations. Training Command is the single provider for all entry-level trained Marines, and MCCES is the primary provider for command and control communications specialists for the Corps. The impact that MCCES has on the operating forces of the Marine Corps is greater than most other units in the Marine Corps. For this reason, the imperative that Training Command and MCCES consistently and without interruption fulfill their training and production duties is paramount to the national security of the United States.

  b. Widespread infection of MCCES students would have a disproportionate effect on the health and readiness of the operating forces as compared to most other Marine Corps units. When service members complete their duties with MCCES, they disperse to literally every base and station worldwide at which there are Marines and Sailors. Widespread infection at MCCES would inevitably increase the likelihood of greater infection rates throughout the Marine Corps.

  c. Without vaccinations, the mission of MCCES and Training Command to generate forces in support of operational unit requirements is jeopardized. Emergency COVID-

3

19 mitigation measures during 2020-21 at MCCES included physical isolation of the entry-level student population, restriction of movement orders, prohibitions on commercial travel, social distancing, and telework. These measures were absolutely necessary to ensure the uninterrupted flow of entry-level trained Marines and Sailors, but they had a marked negative impact to the entry level production process at MCCES and Training Command. Vaccination is expected to alleviate these burdensome mitigation measures, and a measure that the Marine Corps judges to be the least restrictive means available to protect the health and strength of the Marine Corps and its vital national security mission. Importantly, the emergency measures taken by MCCES and Training Command in 2020-21 are not sustainable in the long term.

      d. As part of the Training Command mandate, MCCES provides the foundation for entry level Marines' warfighting ethos, which is grounded in the bedrock of good order and discipline. Refusal by some Marines to be vaccinated confuses new Marines who have been trained during boot camp to accept the requirements of military service and work together as a unit to carry out the Marine Corps vital mission. When trainees witness Marines refusing to be vaccinated, the good order and discipline necessary to properly train entry level Marines in their warfighting ethos is seriously harmed.

  5. CWO3 Cossette submitted a request dated September 20, 2021 for religious accommodation exempting him from COVID-19 vaccination requirements. On October 14, 2021, I endorsed this request recommending disapproval and explained my rationale in the endorsement. On October 22, 2021, the Commanding Officer of MCCES endorsed the request, also recommending denial and provided his reasoning. The request is presently pending endorsement by the Commanding General of Training Command. Once it is endorsed by

4

Training Command, the request will be forwarded for decision to the Deputy Commandant of the Marine Corps for Manpower and Reserve Affairs.

6. The Plaintiff remains on active duty at my unit and will be the sole qualified instructor for the next iteration of the annual Data Systems Engineering Officer Course from July to December. He undergoes weekly testing due to the risk posed to the student population by his unvaccinated status. He is not presently pending any adverse administrative or disciplinary action.

7. CWO3 Cossette has not been subject to any form of discipline or disparate treatment, nor any form of maltreatment, either as a result of his reluctance to take the vaccine or as a result of this lawsuit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of January, 2022.

Arun Shankar
Lieutenant Colonel, U.S. Marine Corps

5