# Exhibit 35

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| BENJAMIN COKER, *et al.*<br><br>　　　Plaintifs,<br>vs.<br><br>LLOYD AUSTIN, III, in his official<br>capacity as Secretary of Defense, *et al.*<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)　CIVIL ACTION NO.<br>)　3:21-cv-01211-AW-HTC<br>)<br>)<br>) |

## DECLARATION OF LIEUTENANT COLONEL MARIE E. CARMONA

I, Lieutenant Colonel Marie Carmona, hereby state and declare as follows:

1.　　I am currently employed by the U.S. Army as the Commander of the Raymond W. Bliss Army Health Center (RWBACH) at Fort Huachuca, Arizona. I have held this position since May 2021, and command or supervise approximately 290 soldiers and civilian employees. Among other things, I am responsible for developing leaders and healthcare professionals to ensure the delivery of primary and specialty care to over 9,000 service members and their families stationed at Fort Huachuca, as well as 2,000 other beneficiaries residing in the local area. The RWBACH provides primary care for active duty personnel and TRICARE[1] beneficiaries of all ages—which includes family and military medicine, physical therapy, optometry, audiology, nutritional counseling, behavioral health, and preventive medicine. Pharmacy, laboratory, and radiology services are also available on site. Approximately 2,700 of RWBACH's beneficiaries are soldiers in local units who must remain deployable at all times.

---

[1] TRICARE is the uniformed services health care program for active duty service members, active duty family members, National Guard and Reserve members and their family members, retirees and retiree family members, survivors, and certain former spouses worldwide.

2.	I am generally aware of the allegations set forth in the pleadings filed in this matter.  This declaration is based on my personal knowledge as well as information made available to me in the course of my official duties.

3.	Major (MAJ) Samuel Sigoloff arrived to RWBACH in July 2021 taking up duty as the clinic's Medical Director.  In that position, MAJ Sigoloff is responsible for direct oversight of the Primary Care Clinic. Those duties require him to work in a clinic setting where he is at an increased risk of exposure to all illnesses, including COVID-19.  MAJ Sigoloff's duties require him to provide care to all age groups and beneficiary classes.  MAJ Sigoloff's practice often brings him into contact with patients whose immune systems are weakened through various acute or long-term medical conditions.  While telemedicine is available to patients in some cases, the overwhelming majority of MAJ Sigoloff's patient care requires him to directly interact with those patients.  In addition, given the setting of the RWBACH, MAJ Sigoloff has daily close interactions with staff, patients, and visitors.[2]

4.	As of the date of this declaration, MAJ Sigoloff has declined to receive the mandatory COVID-19 vaccination.  On September 17, 2021, I counseled MAJ Sigoloff in writing to inform him of the recent COVID-19 vaccination mandate.  He was directed to watch the required educational video on the benefits of the vaccination and to meet with a medical professional to discuss the vaccine.  I also informed MAJ Sigoloff of his right to submit a request for a medical or religious exemption.  On September 30, 2021, MAJ Sigoloff submitted a request for a religious exemption.  MAJ Sigoloff has met with a chaplain, and his religious exemption

---

[2] MAJ Sigoloff is currently suspended from his position due to investigations into his conduct and patient care.  He maintains his normal office within the clinic, but performs alternate duties that place him in close personal contact with clinic staff, patients, and visitors.

request has been staffed through command channels to The Surgeon General (TSG) of the Army for a decision.

5. To date, MAJ Sigoloff has not been subjected to any discipline based on his vaccination status. No adverse administrative action will be taken against him while his exemption request is pending.[3] Likewise, he will not be involuntarily immunized under any circumstances.

**************************

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 14, 2022, in Fort Huachuca, Arizona.

CARMONA.MARIE.ELIZABETH.1256662031
Digitally signed by CARMONA.MARIE.ELIZABETH.1256662031
Date: 2022.01.14 07:50:32 -07'00'

Marie E. Carmona
Lieutenant Colonel, U.S. Army
Commander,
Raymond W. Bliss Army Health Center
Fort Huachuca, Arizona

---

[3] MAJ Sigoloff could be subject to adverse action related to the current investigations into his conduct and patient care. However, any adverse action related to those investigations is unrelated to MAJ Sigoloff's request for religious exemption. Similarly, his religious exemption request is being processed without regard to any pending investigations or potential adverse actions that may result from them.

3