# Exhibit 36

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| BENJAMIN COKER, *et al*., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
|         v. | ) No. 3:21-cv-01211 |
| | ) |
| LLOYD AUSTIN, III, in his official | ) |
| capacity as Secretary of Defense, *et al.*, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

**DECLARATION OF LIEUTENANT COLONEL DONALD H. SCHMIDT**
**[with regard to Andrew Snow]**

I, Donald H. Schmidt, hereby state and declare as follows:

1.      I am a Lieutenant Colonel in the United States Air Force currently assigned as the

Commander, 709th Airlift Squadron (709 AS).  I was appointed to command of the 709 AS on

May 15, 2020.  The 709 AS is under the 512th Airlift Wing at Dover AFB, Delaware.  As part of

my duties, I am responsible for one of the plaintiffs in the captioned case, Major Andrew Snow.

2.      I make this declaration in my official capacity as the Commander, 709 AS, and based

upon my personal knowledge and upon information that has been provided to me in the course of

my official duties.

3.      Major Snow is a traditional reservist assigned to the 709 AS, and I am his immediate

commander.  In his Reserve capacity, he is a C-5 Instructor Pilot.  There are at least four

crewmembers, including Major Snow, in the flight deck of a C-5 during taxi and flight

operations.  Training operations of a C-5 require the crew to remain in close quarters for up to 6 hours.

4.      On September 20, 2021, I provided Major Snow an order that directed him to receive a first dose of a COVID-19 vaccine and provide proof of the same by October 17, 2021 (hereinafter "vaccine order").  The order also required him to receive his second dose of a COVID-19 vaccine and provide proof of the same by November 7, 2021.  The due dates were subsequently amended to make the first dose due on October 16, 2021, and second dose due on November 6, 2021, to meet other administrative requirements directed by the Commander, 4th Air Force.  The ordered dosing dates were based on the Secretary of Defense's vaccine mandate issued on August 24, 2021, and the deadline set by the Secretary of the Air Force in his memorandum issued on September 3, 2021.  The Air Force deadline for members of the Reserve to be fully vaccinated was December 2, 2021.

5.      The vaccine order also specified that Major Snow could alternatively submit a Religious Accommodation Request or proof of a medical exemption by the deadline specified for the first dose of the vaccine.

6.      After I issued the vaccine order to him, we had a conversation in my office and discussed the order.  He acknowledged receipt of the order and expressed his understanding of his obligation.

7.      To the best of my knowledge, Major Snow has not received any COVID-19 vaccinations to the present.

8.      He submitted a written Religious Accommodation Request in response to the vaccine mandate on October 15, 2021.  His request formally initiated the process pursuant to Air Force regulation, DAFI 52-201 on October 15, 2021.

9.      When Major Snow and I talked on September 20, 2021, he informed me about his concerns with the vaccine and his intent to pursue a religious accommodation. As best I can recall from the conversation, I asked him if he had ever requested an exemption from a vaccine in the past, which he answered no. I said it may be more challenging if he had never requested one before and to also consider what he might do if the request was disapproved.  I told him that once he provided his written request, it would be staffed to the decision authority, the Commander of the Air Force Reserve Command, for a decision.  I expressed that I was not sure what the final outcome would be for his religious accommodation request.  As best I can recall, at no time did I tell Major Snow that his religious accommodation request would only be approved if he had a previously approved religious accommodation.

10.     On October 15, 2021, I met with Major Snow in regards to his religious accommodation request.  I made it clear that I was not the final decision authority and the package would be processed in accordance with current guidance and regulations.  Also, on October 15, 2021, Maj Snow met with an Air Force medical provider and Air Force chaplain as required by current regulation.  Although DAFI 52-201 calls for a Religious Resolution Team at the wing-level, this requirement was waived by the Commander, Air Force Reserve Command.  The package was routed through command channels for review by a Religious Resolution Team at Headquarters Air Force Reserve Command and decision by the Commander, Air Force Reserve Command, Lieutenant General Richard Scobee.

11.     His request was denied by General Scobee on November 16, 2021, and he was notified of the denial on November 20, 2021.  He submitted an appeal of the initial denial decision on November 23, 2021, and the appeal has been routed to the Air Force Surgeon General (AF/SG) for a decision.  Resolution of the appeal is still pending.

12.     Given the temporary exemption from the mandate, no administrative or disciplinary action has been, or will be, taken against Major Snow for not vaccinating pending resolution of his religious accommodation request; nor has he faced, nor will he face, any administrative or disciplinary action for expressing a desire to submit a religious accommodation request.     To the best of my knowledge, Major Snow has previously met all vaccination requirements for his position as an Air Force Mobility Pilot.


      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of January 2022.

SCHMIDT.DONAL
D.H.1024763354

Digitally signed by
SCHMIDT.DONALD.H.1024763354
DN: c=US, o=U.S. Government,
ou=DoD, ou=PKI, ou=USAF,
cn=SCHMIDT.DONALD.H.1024763354
Date: 2022.01.14 12:21:02 -05'00'

DONALD H. SCHMIDT, Lt Col, USAF
Commander