# Exhibit 37

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| _____ ) | |
| BENJAMIN COKER, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:21-cv-01211-AW-HTC |
| ) | |
| LLOYD AUSTIN, III, in his official ) | |
| capacity as Secretary of Defense, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## DECLARATION OF FIRST LIEUTENANT DANIEL SIXBEY

I, First Lieutenant Daniel Sixbey, hereby state and declare as follows:

1.     I am currently employed by the U.S. Army Reserve as the Commander of 688th Engineer Company, 489th Engineer Battalion, 420th Engineer Brigade, located in Springfield, Missouri.  The 688th Engineer Company is a U.S. Army Reserve unit with the mission to execute mobility, counter mobility, and survivability combat engineering tasks (*e.g.* clearing minefields) in support of active duty Army Brigade Combat Teams.  I have held this positions since April 17, 2021.  In this capacity, I command approximately 90 U.S. Army Reserve Soldiers[1] and civilian employees.  This declaration is based on my personal knowledge as well as information made available to me in the course of my official duties.

---

[1]  This includes U.S. Army Reserve Soldiers in the Active Guard Reserve (AGR) program who, under the authority of 10 U.S.C. § 12301(d), are ordered to serve on active duty.  The purpose of the AGR program is "to provide selected . . . enlisted Soldiers to administer, instruct, organize, recruit and train as needed to meet the full-time support and readiness requirements for . . . [U.S. Army Reserve] projects, programs, and mission," which includes "the maintenance of supplies, equipment, aircraft, and the performance of other coordinating functions as required on a daily basis in the execution of operational missions and readiness."  Army Reg. 135-18, *The Active Guard Reserve Program*, ¶ 1-7 (Oct. 11, 2019).

2.      I am generally aware of the allegations set forth in the pleadings filed in this matter. Sergeant First Class (SFC) Brian D. Stermer is a U.S. Army Reserve Soldier assigned to the 688th Engineer Company and falls under my immediate command.  SFC Stermer is in the AGR program and currently serves on active duty as the company Operations Sergeant.  He has held this position since April 2021.  As the Operations Sergeant, SFC Stermer is responsible for processing, tracking, and filing all training records; requesting and coordinating all land, ammunition, and training aids and resources; coordinating operational and tactical support with adjacent and higher headquarters; and helping schedule Soldiers for professional military education courses, military occupational specialty qualification training, and new field training.  He is also responsible for the unit's monthly training schedules and assisting the command with its yearly training briefs.

3.      In the execution of his duties, SFC Stermer has daily interaction and close contact with other service members and civilians.  The 688th Engineer Company occupies a two-story building shared by the U.S. Navy and Marine Corps and its personnel.  SFC Stermer works in a 16ft x 16ft office space with another Soldier, which is adjacent to other offices in the building. Another position in his office is in the process of being filled, which will add another Soldier to the room.  During monthly "drill" weekends—which is when other U.S. Army Reserve Soldiers in the company report for duty—there is anywhere between 50-80 Soldiers in the immediate area. SFC Stermer's office, including equipment, is shared by others.  When other service members from the Navy or Marine Corps are present, there may be up to 200 personnel in the building. While SFC Stermer is not scheduled to deploy, world events could change and SFC Stermer could be called upon to deploy rapidly and on short notice.

4.      As of the date of this declaration, SFC Stermer has declined to receive the mandatory COVID-19 vaccination.  On October 6, 2021, SFC Stermer submitted a request for a

religious exemption.  On November 7, 2021, I counseled SFC Stermer in writing to acknowledge

his request and inform him of the requirement to meet with a unit chaplain and a medical

professional.  We discussed the potential consequences of refusing the vaccination, such as adverse

impacts on assignments and deployability, and the potential for adverse administrative actions.  I

informed SFC Stermer that he will not be required to be immunized or subjected to adverse action

for refusal to receive the vaccine pending the outcome of his request or any appeal of a denied

request.  On December 5, 2021, SFC Stermer met with a unit chaplain, and on December 17, 2021,

he met with a medical professional.  SFC Stermer's religious exemption request is currently being

staffed through command channels to The Surgeon General (TSG) of the Army.

     5.      To date, SFC Stermer has not been subjected to any discipline based on his

vaccination status.  No adverse administrative action will be taken against him while his request is

pending.  Likewise, he will not be involuntarily immunized under any circumstances.

***************************

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 13, 2022, in Springfield, Missouri.

> Digitally signed by
> SIXBEY.DANIEL.PATRICK.1536202095
> Date: 2022.01.13 16:06:31 -06'00'

Daniel Sixbey
First Lieutenant, U.S. Army Reserve
Commander, 688th Engineer Company
489th Engineer Battalion
420th Engineer Brigade
Springfield, Missouri

**Army Regulation 135–18**

**Army National Guard and Reserve**

# The Active Guard Reserve Program

**Headquarters**
**Department of the Army**
**Washington, DC**
**11 October 2019**

**UNCLASSIFIED**

# *SUMMARY of CHANGE*

AR 135–18
The Active Guard Reserve Program

This regulation is certified current on 11 October 2019. The policy contained in this regulation is effective as of its last issue date. Aside from the following administrative changes, no other changes were made to certify the currency of the regulation—

o    Updates Department of the Army signature authority and the history and distribution statements (title page).

o    Adds a records management (recordkeeping) requirements paragraph (chap 1).

o    Updates references (app A).

o    Moves DA Form 5648 from referenced to prescribed (app A).

**Headquarters
Department of the Army
Washington, DC
11 October 2019**

**\*Army Regulation 135–18**

**Effective 29 October 2017**

**Army National Guard and Reserve**

# The Active Guard Reserve Program

By Order of the Secretary of the Army:

**JAMES C. MCCONVILLE**
*General, United States Army
Chief of Staff*

Official:

**KATHLEEN S. MILLER**
*Administrative Assistant
to the Secretary of the Army*

**History.** This revision is certified current on 11 October 2019. Aside from the changes listed on the summary of change page, no other changes were made to certify the currency of this regulation. No content has been changed.

**Summary.** This regulation establishes policies and prescribes procedures for obtaining, administering, and separating Army National Guard of the United States and U.S. Army Reserve Soldiers serving as members of the Active Guard Reserve Program.

**Applicability.** This regulation applies to Army National Guard/Army National Guard of the United States and U.S. Army Reserve Soldiers serving on active duty or full-time National Guard duty in the Active Guard Reserve Program in support of the Reserve Components of the Army, which consists of the U.S. Army Reserve and the Army National Guard of the United States. It also applies to the Army National Guard/Army National Guard of the United States, and U.S. Army Reserve headquarters, commands, agencies, and units having Active Guard Reserve Soldiers assigned or attached.

**Proponent and exception authority.** The proponent of this regulation is the Deputy Chief of Staff, G–1. The proponent has the authority to approve exceptions or waivers to this regulation that are consistent with controlling law and regulations. The proponent may delegate this approval authority, in writing, to a division chief within the proponent agency or its direct reporting unit or field operating agency, in the grade of colonel or the civilian equivalent. Activities may request a waiver to this regulation by providing justification that includes a full analysis of the expected benefits and must include formal review by the activity's senior legal officer. All waiver requests will be endorsed by the commander or senior leader of the requesting activity and forwarded through their higher headquarters to the policy proponent. Refer to AR 25–30 for specific guidance.

**Army internal control process.** This regulation contains internal control provisions in accordance with AR 11–2 and identifies key internal controls that must be evaluated (see appendix B).

**Supplementation.** Supplementation of this regulation and establishment of command and local forms are prohibited without prior approval from the Deputy Chief of Staff, G–1 (DAPE–MPE–RC), 300 Army Pentagon, Washington, DC 20310–0300.

**Suggested improvements.** Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to the Deputy Chief of Staff, G–1 (DAPE–MPE–RC), 300 Army Pentagon, Washington, DC 20310–0300.

**Distribution.** This regulation is available in electronic media only and is intended for the Regular Army, the Army National Guard/Army National Guard of the United States, and the U.S. Army Reserve.

## Contents (Listed by paragraph and page number)

**Chapter 1**
**Introduction,** *page 1*
Purpose • 1–1, *page 1*
References and forms • 1–2, *page 1*
Explanation of abbreviations and terms • 1–3, *page 1*
Responsibilities • 1–4, *page 1*
Records management (recordkeeping) requirements • 1–5, *page 2*
Statutory authority • 1–6, *page 2*
Objectives • 1–7, *page 3*

**Chapter 2**
**Entry into the Active Guard Reserve Program,** *page 3*

*Section I*
*Eligibility, page 3*

*\*This regulation supersedes AR 135–18, dated 1 November 2004 and AR 140-30, dated 1 September 1994.*

# UNCLASSIFIED

**Contents—Continued**

Qualifications for entry in the Active Guard Reserve Program • 2–1, *page 3*
Submission of applications • 2–2, *page 3*

*Section II*
*Selection Process, page 6*
Selection process • 2–3, *page 6*
Accession policy • 2–4, *page 7*
Length of periods of active duty or full-time National Guard duty • 2–5, *page 7*
Qualifications for continuation on active duty in the Active Guard Reserve Program • 2–6, *page 7*
Military justice • 2–7, *page 8*

**Chapter 3**
**Utilization,** *page 8*

*Section I*
*Functions and Requirements, page 8*
Authorized Active Guard Reserve duties • 3–1, *page 8*
Identification and requirements for Active Guard Reserve positions • 3–2, *page 9*
Job descriptions of Army Reserve Active Guard Reserve Soldier positions • 3–3, *page 9*
Use of Active Guard Reserve Soldiers • 3–4, *page 10*

*Section II*
*Assignments, Reassignments, and Details, page 11*
General • 3–5, *page 11*
Duty assignments and attachments • 3–6, *page 11*
Duty details • 3–7, *page 12*
Presidential call to active duty or mobilization • 3–8, *page 12*

**Chapter 4**
**Professional Education, Evaluation, and Retention,** *page 12*

*Section I*
*Professional Education, page 12*
General • 4–1, *page 12*
Required military training • 4–2, *page 13*
Quotas and funding for resident training courses • 4–3, *page 13*
Permanent change of station and non-permanent change of station courses • 4–4, *page 13*
Appointment as a commissioned or warrant officer • 4–5, *page 14*
Senior service colleges and intermediate level education • 4–6, *page 14*
Officer service school courses • 4–7, *page 14*
Reserve Component courses • 4–8, *page 14*

*Section II*
*Evaluation and Retention, page 14*
Evaluation • 4–9, *page 14*
Retention in the Active Guard Reserve program • 4–10, *page 15*
Active Guard Reserve life cycle (career status) management • 4–11, *page 15*
Enlisted Soldiers appointed as commissioned or warrant officers • 4–12, *page 15*

*Section III*
*Promotions and Reductions, page 15*
Authority for officer promotions • 4–13, *page 15*
Authority for enlisted promotions, reductions, and grade restorations • 4–14, *page 16*

**Chapter 5**
**Separation,** *page 16*
Release from the Active Guard Reserve Program • 5–1, *page 16*

**Contents—Continued**

Retirement service • 5–2, *page 16*
Voluntary separations • 5–3, *page 16*
Involuntary separations • 5–4, *page 16*
Selection for separation • 5–5, *page 17*
Retirements • 5–6, *page 17*

**Appendixes**

**A.**   References, *page 18*

**B.**   Internal Control Evaluation, *page 22*

**Table List**

Table 2–1: Qualifications for entry and subsequent service in the Active Guard Reserve Program, *page 3*
Table 2–2: Waivable disqualifications for entry in the Active Guard Reserve Program, *page 5*
Table 2–3: Nonwaivable disqualifications for entry or continuation in the Active Guard Reserve Program, *page 6*
Table 2–4: Waivable disqualifications for subsequent duty in the Active Guard Reserve Program, *page 7*

**Glossary**

# Chapter 1
# Introduction

## 1–1. Purpose
This regulation prescribes the policy and procedures for the administration of the Active Guard Reserve (AGR) Program. It provides Army policy for the selection, utilization, and administration of Army National Guard of the United States (ARNGUS) and U.S. Army Reserve (USAR) Soldiers ordered to active duty for the purpose of organizing, administering, recruiting, instructing, or training the Army National Guard (ARNG) and Army Reserve. It further prescribes program policy for installations, commands, and other activities to which AGR Soldiers are assigned or attached. This regulation incorporates the principles of the Army Total Force Policy.

## 1–2. References and forms
See appendix A.

## 1–3. Explanation of abbreviations and terms
See the glossary.

## 1–4. Responsibilities
The implementation, maintenance, and support of the AGR Program are command responsibilities. The success of the program is dependent on effective leadership, vigorous command involvement, and aggressive support at all levels.

*a.* The Secretary of the Army (SECARMY) will—

(1) Determine if requests to exceed AGR ceilings established by higher authority are to be supported.

(2) Determine procedures for the selection, appointment, and use of military executives to the Army Reserve Forces Policy Committee.

(3) Authorize the addition or deletion of AGR positions within the Army Secretariat, at the Office of the Secretary of Defense and Joint Chiefs of Staff, at unified or specified (excluding U.S. Forces Command) command headquarters levels, and at billets located outside the continental United States.

(4) Serve as Army proponent for the AGR Program.

*b.* The Chief of Staff, Army (CSA) will—

(1) Authorize the addition, deletion, and periodic validation of all AGR positions on the Army Staff and at Headquarters, Department of the Army (HQDA), field operating agencies (FOAs), direct reporting units (DRUs) and staff support agencies (SSA).

(2) Direct tables of distribution and allowances (TDA) documentation of AGR positions of the Army Staff and its FOA and SSA.

*c.* The Assistant Secretary of the Army (Manpower and Reserve Affairs) (ASA (M&RA)) will—

(1) Exercise authority and oversight over the AGR Program and AGR life cycle management.

(2) Serve as the waiver approval authority for management of AGR commissioned and warrant officers to mandatory removal date (MRD) or retention control point (RCP) in accordance with ASA (M&RA) policies.

*d.* The Deputy Chief of Staff, G–1 (DCS, G–1), as the proponent for AGR personnel policy, will—

(1) Advise the ASA (M&RA) on AGR personnel matters.

(2) Advise the CSA on AGR personnel matters pertaining to those AGR positions on the Army Staff and at HQDA FOAs and DRUs.

(3) Ensure the Director Military Personnel Management, DCS, G–1 (DAPE–MP)—

*(a)* Promulgates overall AGR personnel policies and serves as the policy coordinator for the AGR Program.

*(b)* Resolves AGR personnel policy and jurisdictional issues.

*(c)* Exercises where not otherwise delegated, waiver approval authority as cited in tables 2–1 thru 2–4.

(4) Ensure the Commanding General, U.S. Army Human Resources Command (CG, HRC)—

*(a)* Develops and implements processes and procedures for efficient life cycle management and effective use of the USAR AGR personnel force in accordance with Chief, Army Reserve (CAR) guidance. Such policies will be within the guidelines of the program prescribed by this regulation.

*(b)* Administers centralized USAR AGR Program functions.

*(c)* Plans, programs, and budgets for resources needed to support the USAR AGR promotion system.

*(d)* Issues orders for entry on active duty, assignment or reassignment, permanent change of station (PCS), temporary duty (TDY), reenlistment and release from active duty (REFRAD) for USAR AGR Program participants. Formats of orders will be as prescribed by AR 600–8–105.

*(e)* Issues USAR AGR promotion orders.

*(f)* Administers the USAR AGR enlisted and officer promotion systems.

*(g)* Administers ARNGUS AGR officer promotion, other than warrant and commissioned warrant officers, unless promoted sooner under the unit vacancy process.

*(h)* Plans, programs, and budgets for resources needed to support centralized USAR AGR Program personnel administrative functions.

*(i)* Exercises where not otherwise delegated, waiver approval authority as cited in tables in tables 2–1 through 2–4.

*e.* The Chief, National Guard Bureau (CNGB) will—

(1) Advise the SECARMY, the CSA, the ASA (M&RA), and the DCS, G–1 on ARNGUS AGR personnel matters.

(2) Plan, program, and budget to support ARNGUS AGR requirements.

(3) Develop and implement policies and procedures for efficient management and effective use of the ARNGUS AGR personnel force. Such policies will be within the guidelines of the program prescribed by this regulation.

(4) Accomplish ARNGUS AGR personnel strength reporting.

(5) Establish policy, governing prioritization of units for resource distribution.

(6) Issue orders for entry on active duty, assignment or reassignment, attachment or reattachment, PCS, and REFRAD for ARNGUS AGR Program participants. Formats of orders will be as prescribed by AR 600–8–105.

(7) Exercise where not otherwise delegated, waiver approval authority as cited in tables 2–1 through 2–4.

*f.* The CAR will—

(1) Advise the DCS, G–1 and provide policy and procedures guidance to the CG, HRC on USAR AGR personnel matters.

(2) Plan, program, and budget to support USAR AGR requirements.

(3) In conjunction with DCS, G–1 and as executed by HRC, develop and implement policies and procedures for efficient management and effective use of the USAR AGR personnel force. Such policies will be within the guidelines of the program prescribed by this regulation.

(4) Accomplish USAR AGR personnel strength reporting.

(5) Establish policy, governing prioritization of units for resource distribution.

(6) Nominate AGR Soldiers for assignment according to current Army polices that prescribe nominative assignments. These positions are capable of having direct influence in shaping the future of the Army. Additionally, incumbents have direct impact over daily operations and have influence of shaping the future of units or commands.

(7) Exercise where not otherwise delegated, waiver approval authority as cited in tables 2–1 through 2–4.

*g.* Commanders of Army commands, Army service component commands, or direct reporting units will—

(1) Provide support services for AGR personnel within their area of responsibility identical to those services provided to Regular Army Soldiers.

(2) Plan, program, and budget for resources needed to support the AGR force.

(3) Ensure that AGR Soldiers are—

*(a)* Aware of the duties that they are expected to perform.

*(b)* Assigned or attached to those duties permitted by this regulation.

## 1–5. Records management (recordkeeping) requirements

The records management requirement for all record numbers, associated forms and reports required by this regulation are addressed in the Army Records Retention Schedule-Army (RRS–A). Detailed information for all related record numbers, forms, and reports are located in ARIMS/RRS–A at https://www.arims.army mil. If any record numbers, forms, and reports are not current, addressed, and/or published correctly in ARIMS/RRS–A, see DA Pam 25–403 for guidance.

## 1–6. Statutory authority

*a.* Pursuant to Section 12301(d), Title 10, United States Code (10 USC 12301(d)) order to active duty of the Reserve Component (RC).

*b.* Pursuant to 10 USC 12310 for the purpose of organizing, administering, recruiting, instructing, or training the RC.

*c.* Pursuant to 10 USC 10211 for the purpose of serving at the seat of the Government, and at headquarters responsible for Reserve affairs, to participate in preparing and administering the policies and regulations affecting the RCs.

*d.* Pursuant to 10 USC 10302(h), which directs that there shall be not less than 10 officers of the ARNGUS and the Army Reserve on duty with the Army Staff, one-half of whom shall be from each of those components.

*e.* Pursuant to 10 USC 12402(a), which provides that the President may, with their consent, order commissioned officers of the ARNGUS to active duty for the purpose of serving at the National Guard Bureau (NGB).

*f.* Pursuant to 32 USC 502(f), ARNGUS Soldiers may be ordered to full-time National Guard duty (FTNGD) for training or other duty in addition to that prescribed in 32 USC 502(a) (required drills and field exercises).

## 1–7.  Objectives

The objective of the AGR Program is to provide selected officers, warrant officers, and enlisted Soldiers to administer; instruct; organize; recruit and train as needed to meet the full-time support and readiness requirements for ARNGUS, ARNG, and USAR projects, programs, and missions. This includes but is not limited to the maintenance of supplies, equipment, aircraft; and the performance of other coordinating functions as required on a daily basis in the execution of operational missions and readiness. This regulation provides for—

*a.* A career program offering opportunities that encourages retention through promotion, professional development, and assignments or attachments to positions of increased responsibility; this includes but is not limited to command and principal staff assignments.

*b.* Selecting the best-qualified Soldiers to enter on active duty or FTNGD as participants in the AGR Program. Soldiers that may obtain an active Federal service retirement or may qualify for a non-regular retirement are not exempt from consideration.

*c.* Lateral entry into the program at all grade levels without hindering the career development of incumbents.

*d.* Entry into the program of Soldiers who desire to serve only initial or occasional AGR tours, as well as Soldiers who serve in a career status that may lead to a military retirement after attaining the required years of qualifying service.

# Chapter 2
# Entry into the Active Guard Reserve Program

## Section I

## Eligibility

### 2–1.  Qualifications for entry in the Active Guard Reserve Program

*a.* For initial entry in the AGR Program, an applicant must possess the qualifications prescribed in table 2–1. ARNGUS and ARNG AGR candidates must also meet any additional requirements prescribed by the CNGB.

*b.* Soldiers on active duty under the provisions of 10 USC 12301(d) or FTNGD 32 USC 502(f), who are ordered to active duty under the provisions of 10 USC 12301(a), 10 USC 12302, or 10 USC 12304 are not considered as having a break in service from an AGR status.

### 2–2.  Submission of applications

*a.* Soldiers may submit applications for initial entry in the AGR Program, or subsequent reentry in the AGR Program following a break, in accordance with paragraph 2–1, to the authorities indicated below unless exempted by the CG, HRC or CNGB. These authorities will announce the procedures and the files or records required for inclusion with the application on the HRC website. Each application packet must include, but is not limited to DA Form 5646 (Statement of conditions of Service-Active Guard Reserve (AGR)).

*b.* Applications from Soldiers who do not qualify under table 2–1 or table 2–2 or, for ARNGUS/ARNG Soldiers, who fail to meet any additional requirements prescribed by CNGB, will be disapproved and returned to the applicant. Soldiers who require a waiver for entry will submit a request for the appropriate waiver through their command in a memorandum format per AR 25–50 enclosed with their application. Soldiers applying for FTNGD in AGR status will apply as prescribed by procedures issued by CNGB. USAR Soldiers will submit requests for the appropriate waiver through their command in a memorandum format per AR 25–50 enclosed with their applications to HRC as directed in the board announcement on the HRC website. NGB or HRC will offer a conditional AGR position pending adjudication of the waiver request. Once the waiver is received, CNGB or HRC will either extend an offer to enter the AGR Program or rescind the conditional offer. USAR recruiting duty applicants must meet the provisions of AR 601–1.

**Table 2–1**
**Qualifications for entry and subsequent service in the Active Guard Reserve Program**

| Rule | Qualification | For entry in the AGR Program, a Soldier— |
|------|---------------|------------------------------------------|
| A | Membership | 1. Must be in a Ready Reserve status and— |

**Table 2–1**
**Qualifications for entry and subsequent service in the Active Guard Reserve Program—Continued**

| | | |
|---|---|---|
| | | a. Be a member of the RC of the Army to which the application for entry in the AGR Program is made.<br>b. When applying for an AGR position on FTNGD under State control, must be a federally recognized ARNGUS Soldier.<br>2. If a member of the Regular Army, must agree to accept discharge from the Regular Army with concurrent appointment, or enlistment, in the ARNG or USAR. Appointment or enlistment must be completed prior to reporting to an initial AGR entry point.<br>3. If a member of the ARNGUS, must agree to accept—<br>a. Withdrawal of State appointment (officer).<br>b. Discharge from the ARNG of the appropriate State with concurrent transfer to the USAR (enlisted).<br>4. If a member of the USAR, must agree to accept transfer from the USAR with concurrent appointment or enlistment, in the National Guard of the appropriate State. |
| B | Physical and medical | 1. Prior to entry on active duty or FTNGD in the AGR Program, must be medically certified as drug free and meet standards in AR 600–110 in reference to human immunodeficiency virus.<br>2. Must meet the body composition standards prescribed in AR 600–9.<br>3. When appropriate, the Soldier must also meet the medical fitness standards for flying duty per AR 40–501, or the medical fitness standards for miscellaneous purposes per AR 40–501. If physical, upper, lower, hearing, eyes, psychiatric numerical indicator of P3 or P4, then the requirements of AR 635–40 must be met prior to accessioning into the AGR Program.<br>4. Must be able to perform functional activities, including living in an austere environment, without worsening the medical condition as outlined in AR 635–40.<br>5. Must have passed a record Army Physical Fitness Test within the last 6 months. |
| C | Military education (see table 2–2, rule A for waiver of items 1b through 1e only) | 1. Noncommissioned officers must be professional military education qualified for their grade.<br>2. If an officer in the grade of—<br>a. Lieutenant or captain, with less than 5 years time in grade must have completed Basic Officer Leaders Course.<br>b. Captain, with at least 5 years' time in grade, must have completed a Captains Career Course.<br>c. Major, with at least 5 years time in grade, must have completed Intermediate Level Education (ILE) – Common Core or its equivalent, as specified in AR 135–155.<br>3. If a warrant officer or commissioned warrant officer, in the grade of—<br>a. Warrant officer one or chief warrant officer two must have completed a warrant officer basic course or received military occupational specialty (MOS) proponent equivalent credit.<br>b. In the grade of chief warrant officer three, or above, must have completed a warrant officer advanced course or received MOS proponent equivalent credit.<br>4. If an enlisted Soldier, must have completed initial entry training and be currently qualified in an Army MOS.<br>5. Special branch officers must meet the military education requirements of AR 135–155. |
| D | Mandatory separation or removal | Must be able to complete a 3-year initial tour of active duty or FTNGD prior to the date of mandatory removal from an active status based on age, or service (without any extensions), under any provisions of law or regulation, as prescribed by current directives. |
| E | Grade and specialty (see table 2–2, rule E) | 1. If an officer—<br>a. Must possess the grade equal to or below that authorized for the AGR duty position.<br>b. Must possess the branch area of concentration (AOC) commensurate with the AGR duty position. If MOS is mismatched, the HRC career manager must approve prior to assignment.<br>c. And, if assignment or attachment, as an aviator; Army medical department, chaplain, Judge Advocate General's Corps, or warrant officer duty position in the AGR Program, the assignment or attachment, must not be restricted by AR 140–10, NGR (AR) 600–100, or NGR 600–101.<br>2. If an ARNGUS—<br>a. Staff sergeant, or above, must possess the required grade and MOS level, authorized for the AGR duty position.<br>b. Sergeant, or below, must have the potential to become MOS qualified in the first 12 months or be released from active duty/FTNGD.<br>c. Enlisted Soldiers, in the duty position of recruiting and retention, must become MOS qualified no later than 6 months after entry onto active duty/FTNGD, or be released from active |

**Table 2–1**
**Qualifications for entry and subsequent service in the Active Guard Reserve Program—Continued**

| | | |
|---|---|---|
| | | duty/FTNGD. (This is subject to the availability of MOS qualification school quotas and funding).<br>3. If a USAR—<br>a. Staff sergeant, or above, must possess the grade equal to, or one below, that required for the AGR duty position. If Soldier is non-MOS qualified for AGR duty position, HRC AGR accessions team, force alignment division (AHRC–EPF–AG) must approve prior to assignment.<br>b. Enlisted Soldiers must hold a grade of E–4 through E–7.<br>c. Sergeant in MOS 79R or 79V, may be attached to a sergeant first class position. |
| F | Reenlistment or extension<br>(see table 2–2, rule F) | If an enlisted Soldier, must be eligible for reenlistment or extension per NGR 600–200 (ARNGUS) or AR 140–111 (USAR)'s provisions pertaining to AGR Soldiers. |
| G | Administrative requirements | When required by policy promulgated under paragraph 1–4, must sign an appropriate certificate of agreement and understanding relative to service on AGR status. |
| H | Security clearance | Must possess a valid national agency check with local records and credit check and have a favorable background screening prior to entry into the AGR Program and security clearance required for the grade, MOS/AOC and AGR duty position. |

**Table 2–2**
**Waivable disqualifications for entry in the Active Guard Reserve Program**

| Rule | Unless waived, entry in to the AGR Program will be denied, if a Soldier— | Waiver approval authority is– |
|---|---|---|
| A | Does not meet the military educational requirements for his or her grade. | CNGB–ARNGUS<br>CAR–USAR |
| B | Is entitled to military retired pay (applied for and is receiving retired pay). | SECARMY<br>(10 USC 10145 (d)) |
| C | Is an—<br>a. ARNGUS staff sergeant, or above, who possesses the MOS (or one in line of normal progression) of that authorized for the AGR duty position, and is one or two grades below that required, for the AGR duty position(see table 2–3, rule D).<br>b. ARNGUS sergeant, or below, who has a grade within two grades of that authorized for the AGR duty position (see table 2–3, rule D).<br>c. USAR specialist, within two grades of that authorized for the AGR duty position (see table 2–3, rule D). | CNGB (10 USC)<br>State Adjutant General (32 USC)<br>CAR–USAR |
| D | Is an enlisted Soldier ineligible for reenlistment or extension per NGR 600–200 (ARNGUS) or AR 140–111 (USAR), unless the disqualification for reenlistment or extension can be waived under these regulations. | As cited in the appropriate regulation |
| E | Has been relieved for cause from any duty position, including but not limited to relief from command, in the 36-month period preceding the date of application for the AGR Program, or the scheduled date of entry in the AGR Program. | CNGB–ARNGUS<br>CAR–USAR |
| F | Is an officer or warrant officer who has received a referred officer evaluation report under the AR 623–3, in the 36-month period preceding the date of application for the AGR Program, or the scheduled date of entry in the AGR Program. | CNGB–ARNG<br>US CAR–USAR |
| G | Was (involuntarily) removed or a 2 X non-select for promotion from active duty in any Service, USAR AGR Program or FTNGD, including duty in an AGR status. | CNGB–ARNG<br>US CAR–USAR |
| H | Has been involuntarily removed from a unit (Selected Reserve) assignment. A waiver is not required if a Soldier was involuntarily removed for unsatisfactory participation and following this action, served 36 months in the Selected Reserve and has no derogatory information in their Army Military Human Resource Record (AMHRR) and does not have an evaluation report that would lead to a possible action for removal under a quality management board (that is, Qualitative Management Program). Below are some (not all) types of releases that are considered to be involuntarily removed from an active status: Unsatisfactory participation, unsatisfactory performance, parenthood, misconduct, failure to meet Army body composition, entry level performance and conduct, conviction by civil court, Qualitative Retention Board, Qualitative Management Program, and Qualitative Service Program. | NGB–ARNGUS CAR–USAR |
| I | Is, or should be, as determined by CNGB or the CG, HRC under a current suspension of favorable personnel actions (flagged) per AR 600–8–2. | CNGB–ARNGUS<br>CAR–USAR |

**Table 2–3**
**Nonwaivable disqualifications for entry or continuation in the Active Guard Reserve Program**

| Rule | Entry in the AGR Program will be denied if a Soldier— |
|------|-------------------------------------------------------|
| A | Does not meet the membership qualifications. |
| B | Does not meet the physical and medical requirements. |
| C | Is an enlisted Soldier barred from reenlistment in the ARNGUS or USAR, or on whom a bar to reenlistment has been initiated. |
| D | Is an enlisted Soldier ineligible for reenlistment or extension, per NGR 600–200 (ARNGUS) or AR 140–111 (USAR) and the disqualification(s) for reenlistment or extension has not been waived under these regulations. |
| E | Is an officer or warrant officer who would be ineligible for an original appointment under AR 135–100, unless the disqualification(s) for appointment can be waived under AR 135–100. |
| F | Does not possess a valid security clearance required for the grade and MOS/AOC. |
| G | Does not meet the military education requirements that has not been waived by the approval authority. |
| H | Is disqualified from entry on AGR status under table 2–2 and the disqualification has not been waived by the proper authority. |
| I | Is a Soldier who does not receive a favorable suitability screening during the accessions process as outlined in applicable service component regulations. |
| J | Is eligible for a Quality Management Program separation (that is, Qualitative Management Program) based upon performance in current grade. |

## Section II
## Selection Process

### 2–3. Selection process

The CNGB for ARNGUS and/or ARNG Soldiers and CG, HRC for USAR Soldiers will consider applicants for initial entry or subsequent reentry into the AGR Program, following a break in either status. Validated applicants will be placed on a list of Soldiers eligible and available for active duty or FTNGD in AGR status. If the application is selected, requests for waivers will be forwarded through the Soldier's Army command for endorsement and recommendation to the approving authority. Such requests must be approved before accession into the AGR Program.

*a.* CNGB, is the proponent for the ARNG AGR accession process. As such, in the accession process, CNGB will develop and implement policies and procedures for the efficient management of the selection process.

*b.* CG, HRC in conjunction with the CAR, are the HQDA proponents for the USAR AGR accession process. As such, in the accession process, they will develop and implement policies and procedures for the efficient management of the selection process.

*c.* USAR Soldiers selected for entry to the AGR Program will be ordered to active duty under the provisions of 10 USC 12301(d) for an initial probationary period of 3 years. The active duty orders of USAR Soldiers selected for assignment under the provisions of 10 USC 10211 or 10 USC 10302(h) will reflect both 10 USC 12301(d) and 10 USC 10211 or 10 USC 10302(h) as authority for active duty.

*d.* Former AGR Soldiers who are selected to reenter the program will start a new initial 3-year tour.

*e.* Names of Soldiers who are recommended for AGR assignment will be retained on the approved recommended list until one of the following actions occurs:

(1) One year has lapsed since applying.

(2) They are ordered to active duty.

(3) They request their name be removed from the list.

*f.* An applicant who HRC determines has refused a valid assignment may—

(1) Be removed from the list if the Soldier does not provide a valid reason for refusing the assignment. Valid reasons for refusing an assignment may be but are not limited to a temporary medical condition or a currently deployed/mobilized Soldier.

(2)  Be moved to the bottom of the list if a valid reason exists for being unable to report in a time period for the assignment.

(3)  Be programmed for the next assignment for which qualified, if an issue of short duration beyond the control of the Soldier exists and the assignment reporting date cannot be extended.

*g.*  HRC may authorize special accession panel procedures to consider Soldiers to fill specific vacancies when the following occurs:

(1)  The approved HRC panel list does not contain the name of an eligible Soldier in the required MOS and grade.

(2)  There is no eligible Soldier currently in the AGR Program available for reassignment to that vacancy.

## 2–4.  Accession policy

*a.*  Orders will be published according to guidance issued by CNGB (ARNGUS and/or ARNG Soldiers) and CG, HRC (USAR Soldiers) and in accordance with the appropriate prescribed format in AR 600–8–105.

*b.*  CNGB (ARNGUS and/or ARNG Soldiers) and CG, HRC (USAR Soldiers) will publish orders placing personnel on active duty AGR status.

*c.*  The CNGB and Office of the Chief, Army Reserve (OCAR) will establish, by grade and skill, the maximum number of Soldiers that may enter the AGR Program each year based on statutory and budgetary constraints.

*d.*  USAR enlisted Soldiers promoted prior to AGR entry may be considered for AGR duty at the higher grade without further board action, consistent with the needs of the AGR Program. Soldiers are required to furnish a copy of promotion orders to HRC before consideration at the higher grade. Advancement prior to AGR entry does not guarantee availability of an AGR position and may result in the Soldier not being offered an AGR position.

## 2–5.  Length of periods of active duty or full-time National Guard duty

*a.*  AGR Soldiers will be ordered to active duty (10 USC) or FTNGD (32 USC) for an initial 3-year period. AGR Soldiers on a one-time occasional tour will be discharged at the end of their current order.

*b.*  Soldiers who do not achieve an acceptable level of performance during their initial AGR probationary period may be released in accordance with chapter 5. Subsequent periods of duty for AGR Soldiers, will be for an indefinite period as limited by the earlier of the Soldier's expiration term of service, RCP, or MRD, unless sooner under other provisions of NGR 600–5, AR 135–178, AR 135–175, AR 600–8–24 or AR 635–200.

*c.*  ARNGUS and/or ARNG Soldiers will REFRAD or be discharged only under the provisions of AR 600–8–24, AR 635–200, or NGR 600–5, respectively. Subsequent periods of active duty for AGR Soldiers will be for an indefinite period as limited by the earlier of the Soldier's expiration term of service, RCP, or MRD, unless sooner released from active duty under other provisions of AR 600–8–24, AR 635–200, or NGR 600–5.

*d.*  USAR AGR Soldiers will REFRAD or be discharged only under the provisions of AR 600–8–24 or AR 635–200 respectively. Subsequent periods of active duty for USAR AGR Soldiers will be for an indefinite period as limited by the earlier of the Soldier's expiration term of service, RCP, or MRD, unless sooner released from active duty under other provisions of AR 600–8–24 or AR 635–200.

*e.*  An AGR Soldier who accepts continuation of active duty in the AGR Program is subject to involuntary reassignment or reattachment when the needs of the Army dictate.

## 2–6.  Qualifications for continuation on active duty in the Active Guard Reserve Program

After initial entry or re-entry into the AGR Program, and while serving on active duty or FTNGD, ARNGUS Soldiers serving in 32 USC status not serving on a one-time occasional tour, will be considered for active duty continuation prior to the issuance of subsequent assignment orders. Prior to the issuance of subsequent active duty orders, retention criteria will be based on table 2–1 or 2–4.

**Table 2–4**
**Waivable disqualifications for subsequent duty in the Active Guard Reserve Program**

| Rule | Unless waived, subsequent duty in the AGR Program will be denied if a Soldier— | Waiver approval authority is— |
|---|---|---|
| A | 1. Is an ARNGUS staff sergeant or above who possesses the required MOS, or has the potential to gain the MOS within 12 months, and is one or two grades below that required for the AGR duty position.<br>2. Is a USAR Soldier, except for MOS 79R, MOS 79V and detailed recruiters, whose grade and MOS exceed the total USAR AGR Program authorizations, for that grade and MOS, but does not exceed the total USAR AGR Program authorizations for that MOS in all enlisted grades combined. | CNGB–ARNGUS<br>CAR–USAR |

**Table 2–4**
**Waivable disqualifications for subsequent duty in the Active Guard Reserve Program—Continued**

| B | Is an enlisted Soldier ineligible for reenlistment or extension under NGR 600–200 (ARNGUS) or AR 140–111 (USAR), and the disqualification for reenlistment or extension has not been waived under these regulations. | As cited in the appropriate regulation. |
|---|---|---|
| C | During the current period of AGR duty, has received non-judicial punishment that was filed in the performance section of the AMHRR. | CNGB–ARNGUS<br>CAR–USAR |
| D | Has been relieved for cause from any duty position, including but not limited to relief from a leadership position, in the 36-month period preceding the termination date of the current tour of duty in the AGR Program. | CNGB–ARNGUS<br>CAR–USAR |
| E | Is an officer, who received a referred officer evaluation report, while in the AGR Program. | CNGB–ARNGUS<br>CAR–USAR |
| F | A Soldier who has academically failed a required Officer Education System (OES), Warrant Officer Education System (WOES), Noncommissioned Officer Education System (NCOES) or MOS qualification producing school to include release from school for failure to maintain military standards or discipline. | CNGB–ARNGUS<br>CAR–USAR |
| G | Does not meet the military education requirements for his or her grade. | CNGB–ARNGUS<br>CNGB–ARNGUS (10 USC) State Adjutant General – ARNGUS (32 USC) |

## 2–7. Military justice

*a.* Refer to AR 27–10 for guidance on the administration of the Uniform Code of Military Justice (UCMJ) for Title 10 USC AGR personnel.

*b.* ARNG personnel serving on FTNGD under Title 32 USC are not subject to the administration of the UCMJ, but are subject to any code of military justice established by their State.

*c.* AGR Soldiers may be only involuntary retained past their current tour if pending court martial. Any such extensions must be completed pursuant to the provisions of AR 135–200, chapter 7. AR 27–10, paragraph 20–4 also provides guidance on extending RC Soldiers on active duty.

# Chapter 3
# Utilization

## Section I

## Functions and Requirements

## 3–1. Authorized Active Guard Reserve duties

Personnel in the AGR Program will serve in modified table of organization and equipment (MTOE) or table of distribution and allowance (TDA) positions for the purpose of organizing, administering, recruiting, instructing, or training the RC. The RCs of the Army are the ARNGUS and the USAR. These duties, assignments, and attachments are based on law as follows:

*a.* ARNGUS—

(1) Officers serving under 10 USC 10211, 10302(h), and 12402 are attached at the seat of Government, at headquarters responsible for Reserve affairs, on the Army Staff, or at NGB. They actively participate in the formulation, coordination, and administration of policies, plans, programs, and regulations pertaining to the RCs of the Army. These Soldiers serve in a Federal status.

(2) Officers and enlisted personnel ordered to active duty in an AGR status under 10 USC 12301(d) are attached to positions at all levels related to organizing, administering, recruiting, instructing, or training the RCs of the Army.

*b.* USAR Officers serving under 10 USC 10211, 10302(h), and 12402 are assigned at the seat of Government, at headquarters responsible for Reserve affairs, on the Army Staff, or OCAR. They actively participate in the formulation, coordination, and administration of policies, plans, programs, and regulations pertaining to the RCs of the Army. Officers and

enlisted personnel ordered to active duty in an AGR status under 10 USC 12301(d) are assigned to positions at all levels related to organizing, administering, recruiting, instructing, or training the RCs of the Army.

*c.* When serving on active duty ARNGUS and USAR authorized duties under 10 USC 12310(b) may include the following to the extent that the performance of those duties does not interfere with the performance of the Reserve's primary Active Guard and Reserve duties:

(1)  Supporting operations or missions assigned in whole or in part to RCs.

(2)  Supporting operations or missions performed or to be performed by a multicomponent unit or a joint forces unit that includes one or more RC units, or a member of a RC who is assigned or attached to a position in an element of the joint forces unit.

(3)  Advising the Secretary of Defense (the Secretary of the military departments), The Joint Chiefs of Staff, and the combatant commanders regarding RC matters.

(4)  Instructing or training in the United States or the Commonwealth of Puerto Rico or possessions of the United States of—

*(a)*  Active-duty members of the armed forces;

*(b)*  Members of foreign military forces (under the same authorities and restrictions applicable to active-duty members providing such instruction or training);

*(c)*  Department of Defense contractor personnel; or

*(d)*  Department of Defense Civilian employees.

*d.*  Pursuant to 10 USC 12310(c), while assigned to a RC weapons of mass destruction civil support team, personnel ordered to active duty in an AGR status under 10 USC 12301(d), may perform duties in support of emergency preparedness programs to prepare for, or to respond to, any emergency involving the use or threatened use of a weapon of mass destruction; a terrorist attack or threatened terrorist attack in the United States that results, or could result, in catastrophic loss of life or property; the intentional or unintentional release of nuclear, biological, radiological, or toxic or poisonous chemical materials in the United States that results, or could result, in catastrophic loss of life or property; or a natural or manmade disaster in the United States that results in, or could result in, catastrophic loss of life or property.

*e.*  ARNGUS Soldiers serving on active duty within the AGR Program under the provisions of 32 USC 502(f)(2) are in positions related to organizing, administering, recruiting, instructing, or training the ARNGUS. These personnel serve in a State status on FTNGD.

## 3–2.  Identification and requirements for Active Guard Reserve positions

*a.*  Commands, headquarters, and agencies responsible for USAR AGR matters must identify and justify requirements for USAR AGR positions per approved manpower requirements determination procedures under the provisions of AR 570–4 and appropriate sections of 10 USC with respect to use. Requirements will be submitted to HQDA through force integration channels and documented in The Army Authorization Documents System (TAADS). Remarks code 92 and 89 will denote USAR AGR positions and NGB positions respectively.

*b.*  Requests for new or changed requirements will be incorporated into the Planning, Programming, Budgeting, and Execution (PPBE) System. Commands, headquarters, and agencies will develop a management decision package (MDEP) that supports their requested USAR AGR requirements. It will be submitted in their command Program Analysis Resource Review. MDEPs will compete in the HQDA program objective memorandum cycle under the sponsorship of the functional HQDA staff proponent.

*c.*  The CAR will consolidate, and coordinate all funded MDEPs for USAR AGR requirements and prepare the budget request.

*d.*  10 USC 12402 provides for ARNGUS officers to serve on active duty in the NGB. The number of officers of the ARNGUS in grades below brigadier general who are ordered to active duty in the NGB may not be more than 40 percent of the number of officers of the Army authorized for duty at the NGB.

## 3–3.  Job descriptions of Army Reserve Active Guard Reserve Soldier positions

*a.*  A job description will be maintained for each approved position, except for full-time staff unit-level positions, to identify the unique purpose and function of that AGR position. The organization with the position must submit and prepare a job description on DA Form 5648 (AGR Job Authorization (Request/Change)) to OCAR (DAAR–FTS) for approval. Ensure each job description is dated and contains the TDA/MTOE identification information.

(1)  Positions must be essential to organizing, administering, recruiting, instructing, or training the RC.

(2)  For the purpose of serving at the seat of the Government, and at headquarters responsible for Reserve affairs, to participate in preparing and administering the policies and regulations affecting the RCs.

(3)  For the purpose of serving on the Army Staff.

*b.* DA Form 5648 will be used for preparing job descriptions. Each job description will be dated and will be consistent with those authorized for the AOC/MOS.

*c.* Job descriptions will be made available on request, for inspection or review by inspectors general or higher head-quarters.

*d.* Agencies receiving space authorizations for previously approved requirements will prepare documentation necessary to add new positions to their TDA/MTOE per AR 71–32. TDA and MTOE documentation must be approved by the appropriate chain of command approval authority and supported by space authorizations and senior grade level ceiling restrictions. Full-time staff position requirement requests developed for USAR unit support must include the following:

(1) Position title.

(2) Unit or agency name and unit identification code.

(3) Geographic location of duty position.

(4) Budget category.

(5) Authorized grade(s).

(6) AOC/MOS.

(7) Number of positions authorized.

## 3–4. Use of Active Guard Reserve Soldiers

It is intended that the headquarters and agencies concerned will benefit from AGR Soldiers possessing current experience and knowledge of the characteristics and operations of the ARNG or USAR. AGR Soldiers will participate actively in the formulation, coordination, administration, and implementation of policies, plans, programs, and regulations pertaining to the ARNG or USAR or within the agency's area of responsibility. AGR Soldiers will not be used to make-up for actual or perceived shortages in the Regular Army or civilian personnel. This does not preclude the use of AGR Soldiers for additional roster-type duties in the organization concerned.

*a.* The CAR in conjunction with the CG, HRC has responsibility for AGR Soldiers and the operation of the AGR Program for the USAR. The CAR (DAAR–FTS) will take appropriate action to disestablish or change positions not properly utilized. The CNGB has responsibility for AGR Soldiers and the operation of the AGR Program for the ARNGUS.

*b.* Commanders and agency heads will—

(1) Define missions and functions requiring support by AGR Soldiers.

(2) Prepare the necessary budget requests for the support of the AGR Program. This includes funds for mission-related TDY, clerical, and administrative support.

(3) Prioritize approved and projected AGR positions.

(4) Ensure that AGR Soldiers are assigned properly per approved priorities and used per this regulation.

(5) Request TDA/MTOE changes to reflect current authorizations and use.

(6) Establish policies and procedures to continually monitor and review the use of AGR Soldiers per this and other applicable regulations.

*c.* Supervisors will—

(1) Provide operational and technical supervision for AGR Soldiers.

(2) Seek advice from AGR Soldiers on RC matters.

(3) Assign responsibilities, duties, and tasks to AGR Soldiers based on the Soldiers' position descriptions and needs of the organization.

(4) Initiate changes needed to support revised RC programs, policies, and priorities.

(5) Budget for AGR TDY costs.

*d.* The OCAR (DAAR–FTS) will identify positions that will be designated as USAR advisers to Regular Army elements. The USAR advisers' mission is to provide timely USAR advice and perspectives to the commander or agency head on a wide range of issues affecting the USAR. The unit of assignment has responsibility for operational and technical supervision of advisers on a day-to-day basis.

*e.* The USAR adviser is responsible for facilitating the timely flow of USAR related information. Advisers may coordinate directly with the CAR, their staff, commanders, and other USAR advisers on USAR-related matters.

*f.* USAR AGR Soldiers will be integrated into the unit structure to perform USAR functions and missions per this regulation.

*g.* Commanders and agency heads at all levels are encouraged to use inspectors general and other appropriate review and inspection means to examine the use and the welfare of AGR Soldiers.

*h.* Supervisors will clearly annotate on the AGR Soldiers' support form and officer evaluation report/noncommissioned officer evaluation report those tasks that were performed that directly supported the Soldiers' RCs.

**Section II**

**Assignments, Reassignments, and Details**

**3–5. General**

*a.* The needs of the ARNG and USAR, as established by the CAR for USAR AGR Soldiers, in conjunction with CG, HRC and the CNGB respectively, are the main consideration in selecting Soldiers for assignments and reassignments. Some examples of programs that consideration will be given to are the following:

(1) AGR Program requirements and annual AGR Program budget approval (program end strength).

(2) Position requirements.

(3) Successive reassignments to positions of increased responsibility, when possible.

(4) Married Army Couples and Joint Domicile Programs. Refer to AR 614–100 and AR 614–200 for these programs.

(5) Compassionate reassignment.

(6) Current Army stabilization or reassignment programs to include terminal assignment considerations.

(7) The potential unit of assignment requests, in writing, that the Soldier not be assigned to the unit when the unit believes that the Soldier does not possess the necessary qualifications to perform the job or for other cogent reasons. Complete justification must be provided which will be reviewed on a case-by-case basis.

*b.* Nominative assignments will be recommended by the CAR or CNGB against specifically identified positions. The potential unit or agency of assignment will accept or reject the nominated Soldier. Rejections must be explained in writing.

*c.* Soldiers' request for deletion or deferment from assignments must be forwarded through the chain of command.

(1) Within 30 days of receipt of the orders, or

(2) Within 30 days from when the Soldier became aware of the reasons for deletion or deferment from the assignment.

*d.* Realignments, regardless of unit identification code, constitute a reassignment from one duty position to another. The CG, HRC will update the Active Guard Reserve Management Information System (AGRMIS) and publish orders formats 440 or 452, as appropriate.

*e.* Only one PCS is authorized within a fiscal year unless needs of the Army dictate a PCS move, a unit is inactivated, or the agency with the position is moved and there is no other appropriate assignment available in the same geographic area. DODI 1315.18 and AR 614–30 contain some examples of reasons for PCS in the same fiscal year.

*f.* A terminal tour assignment allows the Soldier the opportunity to serve in a position located near a designated home of retirement. Such an assignment is encouraged as much as possible within Army requirements and the effective use of personnel and funds. However, reassignment within the continental United States will not be made solely for retirement purposes. Soldiers who desire assignment consideration for a terminal tour that will precede retirement should indicate their preference of duty station in the comments section on DA Form 4187 (Personnel Action). A minimum of 24 months remaining time in service is required upon arrival at new duty station to be eligible for assignment within the continental United States. If the Servicemember is currently serving an overseas tour, a completed prescribed overseas tour is required.

**3–6. Duty assignments and attachments**

Reassignments and reattachments are a necessary function of effective career management.

*a.* AGR personnel managers will consider each AGR Soldier for assignment or attachment to progressively more responsible positions.

(1) Soldiers serving in the AGR Program under 10 USC status may be reattached or reassigned on a worldwide basis.

(2) Reassignments or subsequent attachments will be considered as the needs of the Army dictate. Priority may be given to voluntary requests for reassignments or subsequent attachments that meet the needs of the Army.

*b.* CNGB and CG, HRC will establish guidelines to constrain PCS costs at the minimum essential level necessary to accomplish the objectives of the AGR Program. AGR Soldiers will normally be reassigned subsequent attachments in conjunction with—

(1) Service school attendance.

(2) Promotion.

(3) Completion of a normal outside the continental United States assignment or attachments as prescribed in AR 614–30.

(4) Force structure changes resulting in the loss of an authorization.

*c.* ARNGUS Soldiers on FTNGD under 32 USC 502(f) may not be assigned for duty at the seat of Government; at headquarters responsible for Reserve affairs; on the Army Staff; NGB; Regular Army agencies, headquarters, or units (to include any other HQDA agencies), or FOAs.

*d.* AGR Soldiers serving in positions for which they are over-graded and those pending promotion will be subsequently attached or reassigned to positions commensurate with their grade.

*e.* AGR Soldiers are subject to the Regular Army assignment guidance of AR 614–100 (officers) and AR 614–200 (enlisted Soldiers).

*f.* Soldiers who experience the death of a spouse or child are automatically stabilized for a period of not less than 12 months. Once stabilized, Soldiers may request to extend their stabilization period to 24 months or to terminate their stabilization at any time. Soldiers must make extension or termination requests in writing through their chain of command to the Commander, U.S. Army Human Resources Command, 1600 Spearhead Division Ave, Fort Knox, KY 40122.

*g.* As a condition of future or continued employment within the 10 USC AGR Program, CNGB may require a respective AGR Soldier to serve on tour(s) of duty under the 32 USC AGR Program within a State for career development or for the needs of the Army. These command directed reassignments or career development positions are on approved ARNGUS MTOEs and/or TDAs. Prior to assignment to a tour of duty under the 32 USC AGR Program, the CNGB must provide the Soldier and the gaining organization, under the 10 USC AGR Program, the Soldier's specific follow-on assignment within the 10 USC AGR Program.

### 3–7. Duty details
*a.* AGR details are as follows:

(1) The first general officer in a Soldier's chain of command, may detail by memorandum, an AGR Soldier for less than 180 days by informing and coordinating with the Army command, Army service component command, or direct reporting unit, as appropriate. The coordination must be in writing and within a local commuting distance.

(2) CNGB; CG, U.S. Army Reserve Command; or their designees are the only agencies that can detail more than 180 days.

(3) The local commands will use the interactive personnel electronic records management system (iPERMS) to submit a copy of the memorandum of detail for all details over 30 days for inclusion in the Soldiers AMHRR.

(4) The location to which the Soldier is to be detailed will be within commuting distance according to the Joint Travel Regulation.

(5) The commander who details an AGR Soldier is responsible for providing either transportation or reimbursement for travel expenses when the detailed duty station is different from the duty station, as authorized by applicable finance regulations and the Joint Travel Regulation.

(6) Colonels, promotable lieutenant colonels, chief warrant officers five, promotable chief warrant officers four, command sergeants major, sergeants major and promotable master sergeants will not be detailed for any period without the prior coordination and approval by CNGB or CAR.

(7) The Soldier must perform RCs related tasks/functions during the entire length of the detail.

(8) If detail is for 90 days or more, an officer evaluation report/noncommissioned officer evaluation report is required.

*b.* Any variation to the above stated policy must be requested and submitted to CNGB or CG, U.S. Army Reserve Command for approval.

### 3–8. Presidential call to active duty or mobilization
*a.* USAR AGR Soldiers are members of the Selected Reserve and as such may be involuntarily ordered to active duty under a Presidential Reserve Call-up (10 USC 12304), partial (10 USC 12302), or full mobilization (10 USC 12301(a)).

*b.* The SECARMY may involuntarily mobilize any unit of the Selected Reserve under the authority of 10 USC 12304b. USAR AGR Soldiers will mobilize with their unit of assignment.

*c.* 10 USC AGR ARNGUS Soldiers may be recalled by their State for assignment to a unit for mobilization.

## Chapter 4
## Professional Education, Evaluation, and Retention

### Section I

### Professional Education

### 4–1. General
*a.* AGR Soldiers require professional development that provides progressively more responsible duty assignments or attachments and maximum use of military schooling. A well-managed program with opportunities for military education, progressively responsible assignments or attachments, and timely promotion is essential to attract and retain qualified personnel.

*b.* The OES, WOES, and NCOES are integral parts of the RCs promotion system. Soldiers in the AGR Program must have opportunities for continuing military education. AGR Soldiers are eligible to attend professional development, skill

qualification, MOS reclassification, and refresher courses at accredited U.S. Army Training and Doctrine Command (TRADOC) and other services' approved schools. Personnel managers should identify those Soldiers qualified for schooling and schedule their attendance in consonance with management and school selection policies and this regulation.

*c.* CNGB and CAR will plan, program, and budget for a sufficient number of OES, WOES, and NCOES courses in a residence status to satisfy a portion of the AGR Program requirements. Equivalent nonresident school attendance is authorized for AGR Soldiers pursuant to operational requirements.

## 4–2. Required military training
AGR Soldiers must complete the same training prerequisites for promotion and AOC/MOS qualification that are required of other Soldiers of the USAR as prescribed in AR 135–155 and AR 600–8–19. To the extent possible, AGR Soldiers will attend these courses in residence. However, each Soldier must coordinate with their AGR personnel manager to ensure that these requirements are accomplished in a timely manner through nonresident means when Soldiers cannot attend resident training courses.

*a.* CNGB is the approval authority for ARNG AGRs.

*b.* For Army Reserve AGRs, HRC is the decision authority as to whether a Soldier will attend a school that is also offered in a traditional RC blend of distance learning and resident phase vice a school where resident attendance is expected (that is, Captains Career Course).

*c.* Resident verses nonresident course attendance varies based on several factors not limited solely on Soldier hardship (for example, funding, career development, promotion timing and others). Personal choice and/or convenience of the Soldier is not a deciding factor.

*d.* AR 350–1 outlines training requirements.

## 4–3. Quotas and funding for resident training courses
*a.* The OCAR will project requirements, obtain quotas, initiate budget requests, and conduct selection boards as appropriate for the following courses:

(1) Senior service colleges (SSCs).
(2) Logistics Executive Development Course and other equivalent level management courses.
(3) ILE and equivalent level courses (resident courses only).
(4) Sergeants Major Academy.
(5) NCOES (resident or distance learning courses).

*b.* The CG, HRC in coordination with the OCAR and the appropriate command, will project requirements, obtain quotas, initiate budget requests, and select Soldiers to attend the following resident courses:

(1) Officer advanced courses.
(2) Basic leader course.
(3) All other officer and enlisted courses of instruction requiring a PCS.
(4) Other courses of 30 days or more duration that provide professional development for AGR Soldiers.
(5) Resident courses of instruction, regardless of length, if the training is a prerequisite for attachment to a specific AGR position or to qualify an AGR Soldier in another AOC/MOS for the purpose of retention in the AGR Program.

*c.* The CG, HRC in coordination with OCAR, will establish and publish selection procedures to be used for all resident courses in paragraph 4–3.

*d.* CG, HRC will notify eligible Soldiers of the procedures and dates to apply.

## 4–4. Permanent change of station and non-permanent change of station courses
When a Soldier is attached to a resident course, the following will occur:

*a.* The CG, HRC or CNGB will publish the attachment orders.

*b.* Resident courses of 139 days or less are non-PCS courses. When a Soldier attends a resident course, in a TDY status, the following will occur:

(1) CG, HRC and CNGB will publish orders for Soldiers selected to attend non-PCS courses.
(2) AGR Soldiers will remain attached to their normal AGR position while attending non-PCS courses. The CG, HRC will determine when Soldiers attending courses in connection with a PCS are to be attached to the gaining unit. AGR Soldiers may be attached to an individual's account per current Department of the Army (DA) guidance.

**4–5.  Appointment as a commissioned or warrant officer**

*a.*  AGR Soldiers may not apply for Officer Candidate School under AR 140–50, but may request appointment as commissioned or warrant officers under AR 135–100. Additionally, officers appointed into the Army Medical Department must meet the provisions of AR 135–101.

(1)  The application will specifically state whether or not the Soldier desires a concurrent AGR attachment in the new grade on commission if the appointment is made.

(2)  If a concurrent AGR attachment is the condition for accepting a commission or appointment, the application will not be processed unless a vacancy or projected vacancy exists for the timeframe of commission or appointment. The vacancy must be in the proper AOC/MOS and grade, and a qualified AGR Soldier or applicant must not be projected for that vacancy.

*b.*  On appointment as a commissioned or warrant officer, Soldiers will be discharged from their former USAR status. With their consent, these Soldiers may be concurrently ordered to active duty in an AGR status in their new grade. Once appointed—

(1)  Board action is not required for the officer to remain in the AGR Program in the new grade. However, the Soldier will start an initial 3-year tour in the new status, even if previously selected for continuation in their former status.

(2)  Soldiers may be re-attached to a different command or agency at the time of appointment.

(3)  Soldiers may request release from the AGR Program to be concurrent with their appointment.

*c.*  Appointment as warrant officer with a concurrent order to active duty in the new grade will be made.

**4–6.  Senior service colleges and intermediate level education**

*a.*  AGR officers will be selected for ILE and SSC courses by boards (USAR) or panels (ARNGUS). Zones of consideration and application procedures will be announced annually. The CNGB will approve memorandums of instructions for ILE and SSC selection.

*b.*  Boards convened to consider candidates for resident SSC courses will also consider applicants for the Army War College Distance Education Program.

*c.*  AGR officers may complete ILE courses through web-based courses if not selected for resident attendance.

**4–7.  Officer service school courses**

*a.*  The CNGB and CAR will plan, program, and budget for a sufficient number of Service school seats to satisfy AGR Program requirements.

*b.*  AGR commissioned and warrant officers will attend the initial branch advanced courses in residence. The preferred method for other skill producing courses is resident training. Exceptions may be made by CNGB and HRC when mission requirements or other factors make it impractical for an officer to attend resident instruction.

**4–8.  Reserve Component courses**

*a.*  AGR Soldiers assigned to duties related to recruiting or retention will complete courses programmed and funded by NGB and OCAR. USAR recruiters will attend courses prescribed by the U.S. Army Recruiting Command. AGR Soldiers assigned or attached to units of the Selected Reserve are required to attend appropriate instruction and additional processing at the: National Guard Professional Education Center, Camp Robinson, Arkansas, for ARNGUS Soldiers; and Army Reserve Readiness Training Center, Fort McCoy, Wisconsin, for USAR Soldiers.

*b.*  AGR Soldiers assigned or attached to Selected Reserve units as operators or maintenance personnel of new or displaced equipment will be scheduled for training by commanders and personnel managers. Soldiers will attend the appropriate Service school course or other training approved by TRADOC in conjunction with reassignment or reattachment when possible.

**Section II**

**Evaluation and Retention**

**4–9.  Evaluation**

The AGR Soldiers will be integrated into their assigned or attached organization's officer evaluation report rating scheme based on position, or duty and chain of command. Evaluations will be processed in accordance with AR 623–3 and DA Pam 623–3.

**4–10. Retention in the Active Guard Reserve program**

The RC has a continuing need to retain qualified Soldiers in the AGR Program. Eligible Soldiers should be encouraged to remain in AGR service. The provisions of this paragraph do not apply to AGR Soldiers serving on occasional tours unless the Soldier is continued on active duty immediately subsequent to the tour and, therefore, enters into career status.

*a.* At the end of the initial probationary period, ARNGUS and/or ARNG AGR Soldiers who are not disqualified for subsequent service and satisfy continuation requirements as determined by NGB will remain on active duty or FTNGD under paragraph 2–6.

*b.* At the end of the initial probationary period, USAR AGR Soldiers who are not disqualified under table 2–3 will remain on active duty under paragraph 2–6, unless on a one-time occasional tour.

*c.* The subsequent period of active duty will commence immediately on expiration of the probationary period.

*d.* AGR Soldiers who do not possess the qualifications for continued service within the AGR Program will be released from active duty or FTNGD, or discharged, under the regulatory provisions listed in paragraph 5–1.

*e.* Procedures for issuing orders for subsequent periods of active duty or FTNGD in an AGR status are detailed within paragraph 2–6.

*f.* AGR officers covered by the retention provisions of 10 USC 12646(e) will be retained on active duty or FTNGD until completion of a minimum of 20 years of qualifying service for retirement under 10 USC 3911, unless release is voluntary or approved by the SECARMY.

*g.* AGR Soldiers covered by the retention provisions of 10 USC 12686 will be retained on active duty until completion of a minimum of 20 years of qualifying service for retirement, unless release is voluntary or approved by the SECARMY.

*h.* AGR officers who will be eligible by age (60 or a reduced age) and years of service to immediately receive non-regular retired pay, but who have not yet attained their statutory MRD for age, and desiring to continue service in the AGR Program past the date they are eligible to begin receiving non-regular retired pay, may request the SECARMY retain them pursuant to 10 USC 12308. Requests for retention must be routed through the NGB (NGB–ARH) to the DCS, G–1, (DAPE–MP) (for ARNGUS); and through the unit of assignment and CG, HRC to the DCS, G–1 (DAPE–MP) (for USAR).

**4–11. Active Guard Reserve life cycle (career status) management**

*a.* AGR commissioned and warrant officers will be managed to MRD or RCP under policy promulgated by the ASA (M&RA).

(1) Time in grade requirements for retirement purposes will be in accordance with the provisions of 10 USC 1370.

(2) DCS, G–1 (DAPE–MPO)—

*(a)* Will manage the retention board process by adhering to Department of Army board procedures.

*(b)* Is responsible for reviewing the memoranda of instruction, recessing boards, and processing the results to CNGB, the CAR, or the ASA (M&RA), as appropriate.

*b.* Commissioned officers and warrant officers will not be retained in an active status beyond their established MRD.

*c.* All enlisted AGR Soldiers will be career-managed until they reach their RCP. All enlisted Soldiers will be released from active duty upon achieving the RCP for their grade (regardless of availability of controlled grade), unless an exception to policy is granted under the provisions of AR 601–280.

*d.* ARNGUS AGR Soldiers with at least 18 years of active service may be reviewed by an Active Service Management Board as directed by the CNGB, for 10 USC Soldiers, or the State Adjutant General, for 32 USC Soldiers.

**4–12. Enlisted Soldiers appointed as commissioned or warrant officers**

Enlisted Soldiers in the program who applied and received appointment as commissioned or warrant officers may be continued on AGR duty in the AGR Program, provided a position commensurate with their grade and skill is available. These Soldiers are not required to be released from the program and reapply for reentry, provided an AGR position is currently vacant or projected. Initial commissioned or warrant officer training will be accomplished per paragraph 4–1. However, participation as an officer-trainee, other than warrant officer candidate school or warrant officer basic course, while serving on duty in an AGR status under 10 USC, is not authorized.

**Section III**

**Promotions and Reductions**

**4–13. Authority for officer promotions**

*a.* AGR officers will be considered and selected for promotion per AR 135–155.

*b.* Removal of an officer from a promotion list will be governed by AR 135–155.

**4–14.  Authority for enlisted promotions, reductions, and grade restorations**

*a.*  Eligibly criteria for promotion consideration, promotion boards, selection for promotion, promotion lists, and promotion are in AR 135–155 and AR 600–8–19.

*b.*  AGR enlisted Soldiers are in a separate promotion category and will compete among themselves for promotion under the best-qualified method of selection to fill current and projected vacancies within the AGR Program.

*c.*  Reduction and restoration of grade is also discussed in AR 600–8–19.

# Chapter 5
# Separation

## 5–1.  Release from the Active Guard Reserve Program

*a.*  Separation from the AGR Program, as prescribed by this regulation, is an all-inclusive term which is applied to personnel actions resulting in REFRAD, discharge, retirement, dropped from the rolls, release from military control, death, or transfer/reassignment to the Individual Ready Reserve.

*b.*  All separations, voluntary or involuntary, from the AGR Program will be governed by the following regulations:

(1)  ARNGUS Soldiers, released from active duty, while serving in the AGR Program under the provisions of 10 USC are subject to separation under the provisions of AR 600–8–24 (officers) or AR 635–200 (enlisted), and will be reported to the appropriate State Adjutant General on REFRAD from AGR status.

(2)  ARNGUS Soldiers released from active duty, while serving in the Title 32 AGR Program under the provisions of 32 USC are subject to separation under provisions of AR 135–175 (officers) or AR 135–178 (enlisted), and as further provided under provisions of NGR 600–5.

*c.*  USAR Soldiers released from active duty, while serving in the AGR Program under the provisions of 10 USC are subject to separation per AR 600–8–24 (officers) or AR 635–200 (enlisted).

## 5–2.  Retirement service

*a.*  Service in an AGR status (either active duty or FTNGD) is creditable as qualifying service for both active service (10 USC 1293, 3911, or 3914) and non-regular service retirement (10 USC 12731).

*b.*  Selected Reserve Soldiers will normally reach eligibility for non-regular retirement before reaching eligibility for active service retirement.

*c.*  Once a Soldier reaches eligibility for an active service retirement, he or she is no longer eligible for a 10 USC 12731 non-regular retirement, unless eligible under 10 USC 12741(a). We add however, that notwithstanding the provisions of 10 USC 12731(a), 10 USC 12741(a) provides that a person may elect to receive non-regular retired pay instead of regular retired pay if—

(1)  They satisfy 10 USC 12731(a)(1) (that is, age) and (2) (that is, 20 good years).

(2)  Have served in an active status in the Selected Reserve becoming eligible for regular retired pay.

(3)  Have completed at least 2 years of satisfactory service in such active status excluding any period of active service.

## 5–3.  Voluntary separations

*a.*  Soldiers may request voluntarily early REFRAD as prescribed in this regulation and in AR 600–8–24 (officers) or AR 635–200 (enlisted). Such releases will be consistent with the needs of the Service and the law and regulations providing for the retention of reservists on active duty.

*b.*  Requests for voluntary early release will be forwarded in writing through command channels to the first general officer commander or their designated representative, and then to the approval authority contained in AR 600–8–24 (officers) or AR 635–200 (enlisted). Requests from Soldiers attached to full-time staff positions will go through the area commander. Requests will specify a desired release date.

*c.*  Approved requests for termination of AGR status normally will result in a REFRAD for continued service in the USAR if eligible. Soldiers will be discharged or retired only if they are eligible and apply.

*d.*  Approval authorities may disapprove early release and require Soldiers to comply with valid active duty orders.

## 5–4.  Involuntary separations

*a.*  AGR Soldiers may be released involuntarily from active duty at any time per AR 600–8–24 (officers), AR 635–200 (enlisted), and NGR 600–5.

*b.*  Unless otherwise specified in this regulation, the procedures and approval authorities cited in AR 600–8–24 and AR 635–200 apply. Administrative instructions per AR 600–8–24 (for example, DA active duty board actions should be forwarded through appropriate command channels to the CG, HRC for action or routing to the appropriate authority).

*c.* Release of officers from active duty resulting from nonselection for retention in the AGR Program by a DA continuation or selective separation board is considered to be an involuntary REFRAD, for purposes of determining eligibility for separation pay or reentry to the AGR Program.

## 5–5. Selection for separation

*a.* The CAR will monitor and manage the number of AGR Soldiers in each grade and ensure that the grade structure is consistent with and will support the overall readiness objectives of the USAR. When the CAR determines that there are or may be an excess number of AGR Soldiers for any grade, he may initiate the necessary action to reduce such numbers. Consideration will be given to the following type actions:

(1) Reduction or termination of AGR accessions.

(2) Request for a temporary over-strength if the excessive numbers are considered to be a temporary condition that can be resolved through normal attrition.

*b.* When the above actions are not sufficient or appropriate with respect to AGR officers, the CAR may request that the DCS, G–1 (DAPE–MP) convene a DA active duty board under AR 600–8–24, to reduce the numbers in any officer grade. The CAR will provide input to the DCS, G–1 (DAPE–MP) for the memorandum of instruction to the board.

*c.* When the actions in paragraph 5–5*a* are not sufficient or appropriate with respect to AGR enlisted Soldiers, the CAR may request Soldiers to be separated early from active duty due to reduction in force, strength limitations, or budgetary constraints per AR 635–200, except that the CG, HRC will implement the program and provide information and instructions for USAR AGR enlisted Soldiers in lieu of HRC.

*d.* Enlisted Soldiers considered under paragraph 5–5*c* will be notified in writing that their records, and any other available information, are being forwarded to the AGR enlisted active duty board for consideration, and they will be informed of the criteria under which records were submitted. The memorandum of notification will outline the criteria furnished by the board for guidance in selecting Soldiers for separation. Each enlisted Soldier will have the right to submit appropriate written material for the board's consideration. The Soldier concerned (or a designee) will be afforded the opportunity to review their personnel records and any other written material that will be submitted to the board for evaluation.

*e.* Releases resulting from a board convened under paragraph 5–5*b* or 5–5*c* are dictated by the needs of the Service. Members involuntarily released under paragraph 5–5*b* or 5–5*c* are not considered ineffective or substandard in duty performance.

*f.* Soldiers released under paragraph 5–5*b* or 5–5*c* are eligible to apply for reentry into the AGR Program, if subsequent accession announcements include requirements for their grade and AOC/MOS. For purposes of determining reentry eligibility, time in the AGR Program is service in the Selected Reserve of the USAR.

## 5–6. Retirements

*a.* AGR Soldiers who have completed at least 20 years of active Federal service and are otherwise eligible may, upon application and at the discretion of the SECARMY, be retired. The provisions of AR 600–8–24 (officers) and AR 635–200 (enlisted) apply.

*b.* AGR Soldiers who are qualified for a non-regular retirement may apply under AR 135–180.

*c.* Soldiers covered by the retention provision of 10 USC 12686 or 12646 (and are within 2 years of becoming eligible for military retirement) will be retained on active duty until they qualify for retired or retainer pay unless their REFRAD is voluntary or approved by the SECARMY.

## Appendix A

## References

**Section I**

**Required Publications**

**AR 27–10**
Military Justice (Cited in para 2–7*a*.)

**AR 40–501**
Standards of Medical Fitness  (Cited in table 2–1.)

**AR 135–100**
Appointment of Commissioned and Warrant Officers of the Army (Cited in table 2–3.)

**AR 135–155**
Promotion of Commissioned Officers and Warrant Officers Other than General Officers (Cited in table 2–1.)

**AR 135–175**
Separation of Officers (Cited in para 2–5*b*.)

**AR 135–178**
Enlisted Administrative Separations (Cited in para 2–5*b*.)

**AR 135–200**
Active Duty for Missions, Projects, and Training for Reserve Component Soldiers (Cited in para 2–7*c*.)

**AR 140–10**
Assignments, Attachments, Details, and Transfers (Cited in table 2–1.)

**AR 140–111**
U.S. Army Reserve Reenlistment Program (Cited in table 2–1.)

**AR 600–8–2**
Suspension of Favorable Personnel Actions (Flag) (Cited in table 2–2.)

**AR 600–8–24**
Officer Transfers and Discharges  (Cited in para 2–5*b*.)

**AR 600–8–105**
Military Orders (Cited in para 1–4*d*(4)(*d*).)

**AR 600–9**
The Army Body Composition Program (Cited in table 2–1.)

**AR 600–110**
Identification, Surveillance, and Administration of Personnel Infected with Human Immunodeficiency Virus (Cited in table 2–1.)

**AR 614–30**
Overseas Service  (Cited in para 3–5*e*.)

**AR 623–3**
Evaluation Reporting System (Cited in table 2–2.)

**AR 635–40**
Disability Evaluation for Retention, Retirement, or Separation (Cited in table 2–1.)

**AR 635–200**
Active Duty Enlisted Administrative Separations (Cited in para 2–5*b*.)

**NGR 600–5**
The Active Guard Reserve (AGR) Program Title 32, Full Time National Guard Duty (FTNGD) Management (Cited in para 2–5*b*.) (Available at http://www ngbpdc ngb.army.mil/)

**NGR (AR) 600–100**
Commissioned Officers - Federal Recognition and Related Personnel Actions (Cited in table 2–1.) (Available at http://www ngbpdc ngb.army.mil/publications htm.)

**NGR 600–101**
Warrant Officers - Federal Recognition and Related Personnel Actions (Cited in table 2–1.) (Available at http://www ngbpdc ngb.army.mil/publications htm.)

**10 USC 1293**
Twenty years or more: Warrant Officers (Cited in para 5–2*a*.) (Available at http://uscode house.gov/.)

**10 USC 1370**
Commissioned officers: general rule; exceptions (Cited in para 4–11*a*(1).) (Available at http://uscode house.gov/.)

**10 USC 3911**
Twenty years or more: regular or reserve commissioned officers (Cited in para 4–10*f*.) (Available at http://uscode house.gov/.)

**10 USC 3914**
Twenty to thirty years: enlisted members (Cited in para 5–2*a*.) (Available at http://uscode house.gov/.)

**10 USC 10145 (d)**
Ready Reserve: placement in (Cited in table 2–2.) (Available at http://uscode.house.gov/.)

**10 USC 10211**
Policies and regulations: participation of Reserve officers in preparation and administration (Cited in para 1–6*c*.) (Available at http://uscode.house.gov/.)

**10 USC 10302(h)**
Army Reserve Forces Policy Committee (Cited in para 1–6*d*.) (Available at http://uscode house.gov/.)

**10 USC 12301**
Reserve components generally (Cited in para 1–6*a*.) (Available at http://uscode house.gov/.)

**10 USC 12302**
Ready Reserve (Cited in para 2–1*b*.) (Available at http://uscode house.gov/.)

**10 USC 12304**
Selected Reserve and certain Individual Ready Reserve members; order to active duty other than during war or national emergency (Cited in para 2–1*b*.) (Available at http://uscode.house.gov/.)

**10 USC 12308**
Retention after becoming qualified for retired pay (Cited in para 4–10*h*.) (Available at http://uscode house.gov/.)

**10 USC 12310**
Reserves: for organizing, administering, etc., reserve components (Cited in para 1–6*b*.) (Available at http://uscode house.gov/.)

**10 USC 12402**
Army and Air National Guard of the United States: commissioned officers; duty in National Guard Bureau (Cited in para 1–6*e*.) (Available at http://uscode.house.gov/.)

**10 USC 12646**
Commissioned officers: retention of after completing 18 or more, but less than 20, years of service (Cited in para 4–10*f*.) (Available at http://uscode.house.gov/.)

**10 USC 12686**
Reserves on active duty within two years of retirement eligibility: limitation on release from active duty (Cited in para 4–10*g*.) (Available at http://uscode.house.gov/.)

**10 USC 12731**
Age and service requirements (Cited in para 5–2*a*.) (Available at http://uscode house.gov/.)

**32 USC**
National Guard (Cited in para 1–6*f*.) (Available at http://uscode.house.gov/.)

**32 USC 502**
Required drills and field exercises (Cited in para 1–6*f*.) (Available at http://uscode house.gov/.)

**Section II**

**Related Publications**

A related publication is a source of additional information. The user does not have to read a related publication to understand this regulation. Unless otherwise stated, all publications are available at https://armypubs.army mil/. The USC is available at http://uscode house.gov/.

**AR 11–2**
Managers' Internal Control Program

**AR 25–30**
Army Publishing Program

**AR 25–50**
Preparing and Managing Correspondence

**AR 71–32**
Force Development and Documentation Consolidated Policies

**AR 135–101**
Appointment of Reserve Commissioned Officers for Assignment to Army Medical Department Branches

**AR 135–180**
Retirement for Non-Regular Service

**AR 140–50**
Officer Candidate School, Army Reserve

**AR 350–1**
Army Training and Leader Development

**AR 570–4**
Manpower Management

**AR 600–8–19**
Enlisted Promotions and Reductions

**AR 600–8–22**
Military Awards

**AR 601–1**
Assignment of Enlisted Personnel to the U.S. Army Recruiting Command

**AR 601–280**
Army Retention Program

**AR 614–100**
Officer Assignment Policies, Details, and Transfers

**AR 614–200**
Enlisted Assignments and Utilization Management

**AR 670–1**
Wear and Appearance of Army Uniforms and Insignia

**DA Pam 611–21**
Military Occupational Classification and Structure

**DA Pam 623–3**
Evaluation Reporting System

**DODI 1205.18**
Full-Time Support (FTS) to the Reserve Components (Available at https://www.esd.whs mil/.)

**DODI 1315.18**
Procedures for Military Personnel Assignments (Available at https://www.esd.whs mil/.)

**NGR 600–200**
Enlisted Personnel Management

**NGR 635–100**
Termination of Appointment and Withdrawal of Federal Recognition (Available at http://www.ngbpdc.ngb.army mil/.)

**10 USC**
Armed Forces

**10 USC Chapter 367**
Retirement for Length of Service (Available at http://uscode.house.gov/.)

**10 USC Chapter 1223**
Retired Pay for Non-Regular Service (Available at http://uscode house.gov/.)

**10 USC 10301**
Reserve Forces Policy Board (Available at http://uscode house.gov/.)

**32 USC 708**
Property and fiscal officers (Available at http://uscode.house.gov/.)

**50 USC**
Appendix, 460(b)(2) (Available at http://uscode.house.gov/.)

**50 USC 3809(b)(2)**
Selective Service System (Military Selective Service Act) (Available at http://uscode.house.gov/.)

## Section III

### Prescribed Forms
Unless otherwise indicated, DA Forms are available on the Army Publishing Directorate website (http://armypubs.army mil/).

**DA Form 5646**
Statement of Conditions of Service – Active Guard Reserve (AGR) (Prescribed in para 2–2*a.*)

**DA Form 5648**
AGR Job Authorization (Request/Change) (Prescribed in para 3–3*a.*)

## Section IV

### Referenced Forms
Unless otherwise indicated, DA forms are available on the Army Publishing Directorate website (https://armypubs.army mil/).

**DA Form 11–2**
Internal Control Evaluation Certification

**DA Form 2028**
Recommended Changes to Publications and Blank Forms

**DA Form 4187**
Personnel Action

**DD Form 4**
Enlistment/Reenlistment Document Armed Forces of the United States (Available at http://www.esd.whs mil/directives/.)

**Appendix B**

**Internal Control Evaluation**

**B–1.  Function**
The function covered by this evaluation is full-time support in the AGR Program for the USAR and the ARNG

**B–2.  Purpose**
The purpose of this evaluation is to assist commanders and accessions personnel to determine if the most qualified Soldiers are being selected for service in the AGR Program.

**B–3.  Instructions**
Answers must be based on the actual testing of key internal controls (for example, document analysis, direct observation, sampling, simulation, or other). Answers that indicate deficiencies must be explained and the corrective action identified in supporting documentation. These internal controls must be evaluated at least once every 5 years. Certification that the evaluation has been conducted must be accomplished on DA Form 11–2 (Internal Control Evaluation Certification).

**B–4.  Test questions**
   *a.*  Are commanders identifying the need for a waiver to enter the AGR Program and are they submitting it with their application?
   *b.*  Are commander recommending the Soldiers most qualified to serve in the AGR Program and is the accessions processes selecting the best candidates?
   *c.*  Are HRC and NGB properly screening records prior to issuance of a continuation after the probationary period?

**B–5.  Supersession**
Not Applicable.

**B–6.  Comments**
Help make this a better tool for evaluating internal controls. Submit comments to the Deputy Chief of Staff, G–1 (DAPE–MPE–IP), 300 Army Pentagon, Washington, DC 20310–0300.

## Glossary

**Section I**

**Abbreviations**

**AGR**
Active Guard Reserve

**AGRMIS**
Active Guard Reserve Management Information System

**AMHRR**
Army Military Human Resource Record

**AOC**
area of concentration

**AR**
Army Regulation

**ARNG**
Army National Guard

**ARNGUS**
Army National Guard of the United States

**ASA (M&RA)**
Assistant Secretary of the Army (Manpower and Reserve Affairs)

**CAR**
Chief, Army Reserve

**CG**
commanding general

**CNGB**
Chief, National Guard Bureau

**CSA**
Chief of Staff, Army

**DA**
Department of the Army

**DCS**
Deputy Chief of Staff

**DD**
Department of Defense (form)

**DODI**
Department of Defense instruction

**DRU**
direct reporting unit

**FOA**
field operating agency

**FTNGD**
full-time National Guard duty

**HQDA**
Headquarters, Department of the Army

**HRC**
Human Resources Command

**ILE**
intermediate level education

**MDEP**
management decision package

**MOS**
military occupational specialty

**MRD**
mandatory removal date

**MTOE**
modified table of organization and equipment

**NCOES**
Noncommissioned Officer Education System

**NGB**
National Guard Bureau

**NGR**
National Guard regulation

**OCAR**
Office of the Chief, Army Reserve

**OES**
Officer Education System

**PCS**
permanent change of station

**PPBE**
planning, programming, budgeting and execution

**RC**
Reserve Component

**RCP**
retention control point

**REFRAD**
release from active duty

**SECARMY**
Secretary of the Army

**SSA**
staff support agency

**SSC**
senior service college

**TAADS**
The Army Authorization Documents System

**TDA**
table of distribution and allowances

**TDY**
temporary duty

**TRADOC**
U.S. Army Training and Doctrine Command

**UCMJ**
Uniform Code of Military Justice

**USAR**
U.S. Army Reserve

**USC**
United States Code

**WOES**
Warrant Officer Education System

## Section II

### Terms

The following terms have been tailored to fit this regulation and as such may not be completely applicable to this regulations.

**Active duty**
As used in this regulation, the term applies to all ARNGUS and USAR Soldiers ordered to duty under Title 10 USC, other than for training. It does not include AGR personnel in a FTNGD status under Title 32 USC.

**Active Guard and Reserve Duty**
Active duty performed by a member of a RC of the Army, Navy, Air Force, or Marine Corps, or Full-time National Guard duty performed by a member of the National Guard pursuant to an order to full-time National Guard duty, for a period of 180 consecutive days or more for the purpose of organizing, administering, recruiting, instructing, or training the RCs. Active Guard and Reserve Duty does not include the following:
a. Duty performed as a member of the Reserve Forces Policy Board provided for under 10 USC 10301.
b. Duty performed as a property and fiscal officer under 32 USC 708.
c. Duty performed for the purpose of interdiction and counter-drug activities for which funds have been provided under 32 USC 112.
d. Duty performed as a general or flag officer.
e. Service as a State director of the Selective Service System under Section 10(b)(2) of the Military Selective Service Act (50 USC 3809(b)(2)).

**Active Guard Reserve**
"Active Guard and Reserve" means a member of a RC (ARNGUS or USAR) who is on active duty pursuant to 10 USC 12301(d) or, if a member of the Army National Guard or Air National Guard, is on full-time National Guard duty pursuant to 32 USC 502(f) and who is performing Active Guard and Reserve duty.

**Applicant**
A member of the Regular Army, ARNGUS, or Army Reserve who applies voluntarily for order to active duty or FTNGD in the AGR Program.

**Area command**
A geographic area of commands with RC functions and responsibilities.

**Army**
a. The Regular Army, the Army National Guard of the United States, the Army National Guard while in the service of the United States, and the Army Reserve; and
b. All persons appointed or enlisted in, or conscripted into, the Army without component.

**Army command**
An Army force, designated by the SECARMY, performing multiple Army Service Title 10 USC functions across multiple disciplines. Responsibilities are those established by the SECARMY.

**Army National Guard**
That part of the organized militia of the several states and Territories, Puerto Rico, and the District of Columbia, active and inactive, that—
a. Is a land force.
b. Is trained, and has its officers appointed, under the sixteenth clause of section 8, article I, of the Constitution.
c. Is organized, armed, and equipped wholly or partly at Federal expense.
d. Is federally recognized.

**Army National Guard of the United States**
The RC of the Army, all of whose members are members of the ARNG that consists of—

a. Federally recognized units and organizations of the ARNG, and
b. Members of the ARNG who are also Reserves of the Army.

**Army Reserve**
The Army Reserve includes all Reserves of the Army who are not members of the ARNGUS and who are in a Ready, Standby, or Retired Reserve category. It is a Federal force, consisting of individual reinforcements and combat, combat support, and training type units organized and maintained to provide military training in peacetime, and a reservoir of trained units and individual reservists to be ordered to active duty in the event of a national emergency.

**Army service component command**
An Army force, designated by the SECARMY, comprised primarily of operational organizations serving as the Army component of a combatant command or subunified command.

**Child**
An unmarried person under the age of 18 who is eligible for care through a DOD medical treatment program and for whom the Soldier is legally responsible. The term child means a biological child, adopted child, stepchild, foster child, or ward. The term also includes an individual of any age who is incapable of self-support because of a mental or physical incapacity and for whom care in a military medical treatment program is authorized.

**Combatant commander**
A unified or specified command with a broad continuing mission under a single commander established and so designated by the President, through the Secretary of Defense and with the advice and assistance of the Chairman of the Joint Chiefs of Staff. Combatant commands typically have geographic or functional responsibilities.

**Direct reporting unit**
An Army organization comprised of one or more units with institutional or operational support functions, designated by the SECARMY, normally to provide broad general support to the Army in a single, unique discipline not otherwise available elsewhere in the Army. DRUs report directly to a HQDA principal and/or Army command and operate under authorities established by the SECARMY

**Discharge**
Complete severance from all military status gained by the enlistment or induction concerned.

**Enlistment**
a. Army National Guard. An original or first voluntary term of military service in the ARNGUS consummated by subscription to the oath of office (DD Form 4 (Enlistment/Reenlistment Document Armed Forces of the United States)). When eligible pursuant to applicable laws and regulations, persons authorized enlistment are personnel without prior service or personnel with prior service in any of the other U.S. Armed Forces except the Air National Guard.
b. Army Reserve. A voluntary enrollment in the USAR as an enlisted Soldier. An enlistment is consummated by subscription to the prescribed oath of enlistment. The term "enlistment" includes enlistment of both non-prior Service and prior Service personnel with the latter category also including prior USAR personnel and personnel with prior service in any of the other U.S. Armed Forces.

**Full–time National Guard duty**
Training or other duty, other than inactive duty, performed by a member of the ARNGUS or the Air National Guard of the United States in the member's status as a member of the National Guard of a State or territory, the Commonwealth of Puerto Rico, or the District of Columbia under section 32 USC 316, 502, 503, 504, or 505, which the member is entitled to pay from the United States or for which the member has waived pay from the United States.

**Joint Force**
A force composed of elements, assigned or attached, of two or more military departments operating under a single joint force commander.

**Multicomponent unit**
Units that have members and organizations from the Regular Army along with members and organizations of the Army National Guard or Army Reserve.

**Officer**
Includes commissioned officers, warrant officers (warrant officer one) and commissioned warrant officers (chief warrant officer two through chief warrant officer five), unless otherwise specified.

**Professional development**
A function of individual training, education, and experience to sustain a combat ready force.

**Reenlistment**
Is described as follows:
a. All voluntary enrollments after the initial enlistment/induction.
b. A second or subsequent voluntary enrollment when used to identify reentry into the military service form civilian status as a prior service applicant.
c. Reentry into the ARNG of an individual who has had a break in ARNG Service or has been discharged from one State for the purpose of joining the ARNG of another State, regardless of break in service, or in joining the ARNG from the Air National Guard.

**Release from active duty**
Termination of active duty status and transfer or reversion to a RC not on active duty

**Reserve Components of the Army**
The ARNGUS and the Army Reserve.

**Reserve of the Army**
Members of the ARNGUS and the Army Reserve.

**Retired pay**
Is described as follows:
a. Pay granted Soldiers retired under the provisions of 10 USC 367.
b. Pay granted Soldiers on attaining age 60 who were retired under the provisions of 10 USC Chapter 3.

**Selected Reserve**
The Selected Reserve of the Army consists of those units and individuals in the Ready Reserve designated as so essential to initial wartime missions that they have priority over all other Reserves. The Selected Reserve includes officers, warrant officers, and enlisted Soldiers who are—
a. Members of the ARNGUS.
b. Assigned to troop program units of the Army Reserve.
c. Serving on active duty (10 USC 12301(d)) or full-time duty (32 USC 502f) in an AGR status.
d. Individual mobilization augmentees.

**Separation**
An all-inclusive term which is applied to personnel actions resulting in REFRAD, discharge, retirement, dropped from the rolls, release from military control of personnel without a military status, death, or discharge from the ARNGUS with concurrent transfer to the Individual Ready, Standby, or Retired Reserve. Reassignments between the various categories of the Army Reserve (Selected, Ready, Standby, or Retired) are not considered as separations.

**Soldier**
A commissioned officer, commissioned warrant officer, warrant officer, noncommissioned officer, or enlisted person of the United States Army (Active or RCs).

**Troop program unit**
A TOE or TDA unit of the Army Reserve organization that serves as a unit on mobilization or one that is assigned a mobilization mission. The "unit" in this case is the largest separate unit prescribed by the TOE or TDA.

### Section III

### Special Abbreviations and Terms
This section contains no entries.

**UNCLASSIFIED**