# Exhibit 38

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BENJAMIN COKER,** *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> **LLOYD AUSTIN**, in his official capacity as Secretary of Defense; **XAVIER BECERRA**, in his official capacity as Secretary of Health and Human Services; **FRANK KENDALL**, in his official capacity as Secretary of the Air Force; **CARLOS DEL TORO**, in his official capacity as Secretary of the Navy; **JANET WOODCOCK**, in her official capacity as Acting Commissioner of the U.S. Food and Drug Administration; and **CHRISTINE WORMUTH**, in her official capacity as Secretary of the Army, <br><br> Defendants. | Case No. 1:21-cv-01221-AW-HTC |

## DECLARATION OF JAMES P. DOYLE

### [with regard to MSGT Michael R. Thompson]

I, James P. Doyle, hereby state and declare as follows:

1. I am a Lieutenant Colonel in the United States Marine Corps, currently assigned as Commanding Officer for Marine Wing Headquarters Squadron Two, located on Marine Corps Air Station Cherry Point. I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

2. I have been assigned to my current position since May 22nd 2021. Prior to my current assignment, I served as Plans Officer in Charge, G-3, Marine Wing Headquarters Squadron 2 from August 2019 – May 2020. As part of my current duties, I am responsible for

squadron oversight in administration, awards and records management, individual and unit readiness, squadron logistics, embarkation, supply, fiscal, legal, and family readiness for approximately 465 Marines and Sailors who serve on the Commanding General's staff.

3. Plaintiff Michael Thompson is a Master Sergeant on active duty in the USMC. He is assigned as a counter-intelligence specialist for the entire 2nd Marine Aircraft Wing. Master Sergeant Thompson is one of two assigned counter-intelligence specialists within Marine Wing Headquarters Squadron Two. His daily duties include maintaining units with current counterintelligence threat analysis within 2D Marine Aircraft Wing. He receives and disseminates information on classified networks to the 49 subordinate units across the MAW. Additionally, Master Sergeant Thompson's collateral duties within the Squadron include taking over intelligence oversight of systems while the senior SNCO is away from home station. Because the Squadron has two counter-intelligence specialists, and Master Sergeant Thompson's peer is fully vaccinated, it is possible to permit Master Sergeant Thompson to remain masked and socially distanced while his peer remains both deployable and responsible for duties requiring contact with the unit as a whole. Although possible, this solution is inequitable and unsustainable.

4. Marine Wing Headquarters Squadron Two is a deployable unit. The unit's next scheduled deployment is at the end of February 2022 for a three week exercise. Medical readiness is a requirement of deployment for all Marines and support personnel. Master Sergeant Thompson is not scheduled to deploy at this time. All Squadron Marines must be worldwide deployable at all times in order to meet the unit's mission requirements. Our mission as the Marine Wing Headquarters Squadron is to provide operational, personnel, administrative, training, logistical, and family readiness support in order to facilitate staff functions. Exposure

to the COVID-19 virus can have significant adverse effects on our unit's readiness to complete the mission both in garrison and on deployment. Social distancing and mask wearing, while alternative and additional protections against the spread of COVID-19, are often difficult or impossible when in the practice of one's occupational specialty. The Squadron's offices are currently situated in a series of small portable buildings which poses an additional challenge to social distancing.

5. On 24 August 2021 MARADMIN 462/21 was published and mandates that all Marines receive the FDA-approved COVID-19 vaccine(s) prior to 15 November 2021 unless a qualified exemption applies. Master Sergeant Thompson requested a reasonable accommodation to be exempt from the COVID-19 vaccine mandate based on his religious beliefs. Master Sergeant Thompson argued in his request that persistent mask wearing, hand washing, and social distancing would be a viable alternative means to vaccination and balance both the Marine Corps' and his interests appropriately. Master Sergeant Thompson submitted his request to the Deputy Commandant for Manpower and Reserve Affairs on 17 September 2021 and received a denial of his request on 20 October 2021. Master Sergeant Thompson submitted an appeal for his original request on 9 November 2021 and has not yet received a denial as of 12 January 2022. Master Sergeant Thompson has an approved retirement date of 31 December 2022. He will begin terminal leave on or about 15 September 2022.

7. In the complaint, Master Sergeant Thompson states he was informed that neither Comirnaty nor any BLA-compliant lots of EUA vaccines were available at Marine Corps Air Station Cherry Point or Marine Corps Base Camp Lejeune. He further claims he viewed the medical records for at least one other marine indicate that he or she instead received Comirnaty, but who he alleges received the EUA vaccine. There is no available information to indicate who

Master Sergeant Thompson spoke to about the availability of vaccines. There is no evidence to suggest that Naval Medical Clinic Cherry Point or Naval Hospital Camp Lejeune were fully deprived of Comirnaty or BLA-compliant lots of EUA between September 2021 and January 2022.

8. Master Sergeant Thompson also states he has been rendered non-deployable and that he and other Marines face administrative separation from the USMC. All Marines within a deployable unit must maintain medical readiness at all times. Master Sergeant Thompson is not up-to-date with his medical readiness and thus, is not deployable at this time. Master Sergeant Thompson has received a Page 11 indicating that his refusal of a lawful order is a charge punishable under the Uniform Code of Military Justice and may result in his administrative separation from the Marine Corps. No process for separation of Master Sergeant Thompson has begun.

9. Master Sergeant Thompson has not been subject to any form of discipline or disparate treatment, nor any form of maltreatment, either as a result of his reluctance to take the vaccine or as a result of this lawsuit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of January, 2022.

DOYLE.JAMES.PATRICK.1134055398
Digitally signed by DOYLE.JAMES.PATRICK.1134055398
Date: 2022.01.12 14:51:57 -05'00'

J. P. DOYLE
Lieutenant Colonel, USMC

4