Pritish Vora
27758 Via Santa Marg. Pkwy, #530
Mission Viejo, CA 92691
(949) 292-8359
Amicus Curiae, Pro Se

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| BENJAMIN COKER, et. al., | Case No.: 3:21-cv-1211-AW-HTC |
| Plaintiffs, | **MOTION FOR LEAVE TO FILE** |
| vs. | **AMICUS CURIAE** |
| LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, et. al., | |
| Defendants. | **Hon. Judge Allen Winsor** |

COMES NOW, Pritish Vora, Amicus Curiae, by way of Pro Se, files with the Honorable Court his motion for leave to file an informational brief in the above referenced matter in support of the Plaintiffs to provide factual references that warrant judicial notice, to provide facts that may escape the Court's consideration, and states as follows:

1. Amicus is an individual, concerned U.S. citizen from California and is familiar with the docket entries in this case regarding the implementation of the

"Covid-19 vaccine mandate." Amicus has a PACER account and thus also is aware of other similar cases.

2. Amicus is a Pro Se, is not an attorney, does not hold any law degree, but is aware of the Federal Rules of Civil Procedure. Amicus has filed cases as a Pro Se Plaintiff in the Central District of California in other matters. See, e.g., Vora v. Equifax Information Services, LLC et al., No. 8:19-cv-00302-AG-KES (C.D. Cal. 2019).

3. Notwithstanding "the absence of a specific provision" in the rules authorizing amicus briefs, *"District Courts have long been permitted to allow amicus appearances at their discretion."* See Vigil v. AT&T, 1969 WL 118, at *1 (D.Colo. Sept. 9, 1969).

4. *"The classic role of the amicus curiae is to assist in a case of general public interest, supplement the efforts of counsel, and draw the Court's attention to law or facts that may otherwise escape consideration."* See Miller-Wohl Co., Inc. v. Commissioner of Labor and Indus., 694 F.2d 203, 204 (9th Cir. 1982).

5. The implementation of a vaccine mandate for the Armed Forces is highly contested throughout District Courts, and is a matter of public interest. See, e.g., Navy Seal 1 et.al., v. Joseph R. Biden et.al., No. 8:21-cv-02429-SDM-TGW (M.D. FL 2021); See also US Navy SEALs 1-26 et.al., v. Joseph R. Biden et.al., No. 4:21-cv-01236-O (N.D. TX 2021).

MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

6. The Defendants' motion to dismiss rests largely on the theory of whether this Honorable Court has subject matter jurisdiction. If the Court finds that it does not, and the Plaintiffs are eventually discharged from the military for disobeying an allegedly unlawful order, then any litigation brought in a future Court for reinstatement may find that their claims are nonjusticiable against the military. See Watson v. Arkansas Nat'l Guard, 886 F.2d 1004, 1007 (8th Cir. 1989); See also Meister v. Texas Adjutant General's Dept., 233 F.3d 332 (5th Cir. 2000).

7. Amicus intends to support the Plaintiffs' claim of standing. The attached brief contains 32 (thirty-two) referenced links, most of which are the government's own sites. The brief is divided into five parts as follows:

    a. The COMIRNATY Covid-19 vaccine is not available.

    b. The COMIRNATY Covid-19 vaccine is not interchangeable.

    c. The CDC only lists deaths "with" Covid-19 and NOT "from" Covid-19, thus making the number of deaths "from" Covid-19 unquantifiable.

    d. "DEATH" is a listed adverse event in the FDA-authorized fact sheet provided to vaccine providers, but it is NOT listed as an adverse event in the FDA-authorized fact sheet for recipients.

    e. The PREP Act offers an impenetrable liability shield to protect "covered persons" from being sued for vaccine injuries.

MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

8. Defendants recently filed voluminous declarations in support of their motion to dismiss (See Doc 65). The Court has not made a final determination of the pending motion, and there is no prejudice to the parties to have this information presented before the Court fully decides the respective parties' positions.

WHEREFORE, Amicus respectively requests that the Court GRANT leave to file the Amicus Curiae brief, attached contemporaneously with this motion for leave.

Respectfully submitted on this day of ___Jan. 27, 2022___

By: _____

Pritish Vora, Amicus Curiae, Pro Se

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(B), I, Pritish Vora, Amicus Curiae, hereby certify that I sought concurrence with counsel for the respective parties via e-mail in plenty of time prior to filing this motion for leave. I received a response from the Defendants' counsel that the government took no position on the motion. I did not receive a response from any of Plaintiffs' counsel.

Respectfully submitted by:

_____
Pritish Vora, Amicus Curiae, Pro Se
27758 Santa Marg. Pkwy #530
Mission Viejo, CA 92691
pvora2112@gmail.com

# CERTIFICATE OF SERVICE

I, Pritish Vora, Amicus Curiae, hereby certify that I sent the motion for leave to the Clerk of the Court via FedEx on January 27, 2022, and a copy was sent via U.S. first class mail, postage prepaid, to each of the respective parties below.

Respectfully submitted by:

*Pritl Vra*

Pritish Vora, Amicus Curiae, Pro Se
27758 Santa Marg. Pkwy #530
Mission Viejo, CA 92691
(949) 292-8359
pvora2112@gmail.com

Attorneys for the Plaintiffs:

Brandon Johnson
DC Bar No. 491370
Travis Miller
Texas Bar No. 24072952
Defending The Republic
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219
Tel: (214) 707-1775
bcj@defendingtherepublic.org
traviswmiller@gmail.com

Ibrahim Reyes, Esq.
Florida Bar No. 58798
REYES LAWYERS, P.A.
236 Valencia Avenue
Coral Gables, FL 33134
Tel: (305) 445-0011
ireyes@reyeslawyers.com

Attorneys for the Defendants:

Amy E. Powell
Senior Trial Counsel
United States Dept. of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (919) 856-4013
Amy.Powell@usdoj.gov

Pritish Vora
27758 Santa Marg. Pkwy #530
Mission Viejo, CA 92691

US COURTHOUSE
CLERK OF THE COURT
1 NORTH PALAFOX ST.
PENSACOLA, FL 32502

# Extremely Urgent

**For FedEx Express® Shipments Only**

Contents should be compatible with the container and p...
For shipping terms and conditions and our limits of liabi...
applicable FedEx Express shipping document, the curren...
Guide, or conditions of carriage.

For more information on FedEx Express services, soluti...
locations, go to **fedex.com**, or contact your nearest Fe...

© 2018 FedEx 155475/155476 REV 3/18



See how FedEx connects the world in responsible and ...
**environment.fedex.com**. Join our efforts by recyclin...



ORIGIN ID:JORA (949) 292-8359
PRITISH VORA
27758 SANTA MARGARITA PKWY #530
MISSION VIEJO, CA 92691
UNITED STATES US

SHIP DATE: 27JAN22
ACTWGT: 0.75 LB
CAD: 6992013/SSF02220

BILL CREDIT CARD

TO US COURTHOUSE
CLERK OF THE COURT
1 NORTH PALAFOX ST

PENSACOLA FL 32502
(850) 435-8440          REF:
INV:
PO:                     DEPT:

FedEx Express E

TRK# 2892 1946 8777
0201

FRI - 28 JAN 4:30P
STANDARD OVERNIGHT

XH PNSA          32502
                 FL-US  BFM

Align top of FedEx Express® shipping label here.

ORIGIN ID:JORA (949) 292-8359
PRITISH VORA

27758 SANTA MARGARITA PKWY #530

MISSION VIEJO, CA 92691
UNITED STATES US

SHIP DATE: 27JAN22
ACTWGT: 0.75 LB
CAD: 6992013/SSF02220

BILL CREDIT CARD

TO  US COURTHOUSE
    CLERK OF THE COURT
    1 NORTH PALAFOX ST

    PENSACOLA FL 32502
(850) 435-8440        REF:
INV:
PO:                   DEPT:

FedEx Express
E

TRK# 2892 1946 8777
0201
FRI - 28 JAN 4:30P
STANDARD OVERNIGHT

XH PNSA          32502
                 FL-US  BFM

RT 539
FZ      6
        16:30  B
               8777
               01.28