

Brandon Johnson
Defending the Republic
2911 Turtle Creek Blvd., Ste. 300
Dallas, TX  75219

February 7, 2022

Via ECF
Honorable Allen C. Winsor
United States Courthouse
111 N. Adams St.
Tallahassee, FL  32301

Re: *Coker v. Austin*, 3:21-cv-01211

Dear Judge Winsor,

On Friday evening, Plaintiffs filed their opposition to Defendants' motion to dismiss. A number of exhibits and declarations were included in that filing. The declaration of Plaintiff Kalem Cossette, referenced in Plaintiffs' opposition, was inadvertently left out of Exhibit 1. Additionally, counsel for Plaintiffs had technical difficulties in filing the November 8, 2021 FDA Summary Basis for Regulatory Action, which was to be submitted as Exhibit 7 to Plaintiffs' opposition.

Plaintiffs therefore now provide the Cossette Declaration and the FDA Summary Basis for Regulatory Action with this letter. Plaintiffs confirm that they have already served these documents on February 7, 2022 through e-mail to counsel for Defendants.

Very truly yours,

*Brandon Johnson*

Brandon Johnson