UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **BENJAMIN COKER,** *et al.* | ) |
| **Plaintiffs,** | ) |
| vs. | ) **CIVIL ACTION NO.** |
| | ) **3:21-cv-01211-AW-HTC** |
| **LLOYD AUSTIN, III,** *et al.*, | ) |
| **Defendants.** | ) |

**DECLARATION OF KALEM COSSETTE**

1. I am over 18 years of age and am competent to testify in this matter. All of the statements made in this declaration are true to the beset of my own personal knowledge.

2. My original religious accommodation request is still pending. I have not been approved or denied and have not needed to submit an appeal as of yet. According to DoD instructions, the government has 90 business days to make a decision and at this point it has been well over 120 business days.

3. I had an administrative exemption in the medical system as a result of my RA submission, but that has now expired. According to the Marine Corps order and other documentation, I am exempt while my RA or appeal is pending.

4. I was told by my Group Commander (3 levels up, O6) that "when" my RA is denied, I'll be processed for separation for disobeying an order. Not "if" my RA is denied, but "when."

5. I was also given similar verbal statements from by Company Commander and my Battalion Executive Officer. I have had two leave requests denied due to my unvaccinated status. According to a MARADMIN (Marine Administrative Message) I am not allowed to PCS or be promoted. I am likely going to be selected for promotion this year, but will not be allowed to pin on.  One of my students graduated my class on December 18th 2021, and he has not been allowed to PCS due to his vaccination status. He is still here, and in student status, despite having graduated. He has a pending RA.

6. Due to the timing of my RA submission, I have not been ordered to receive the vaccine yet. Others in my command have been ordered in writing to receive the vaccine, have reported to the immunization's clinic, and verified that Comirnaty is NOT available. I have copies of the orders they received as well as photos that were taken of the vials.  I have (3) Navy Officers that work at my local naval hospital that can confirm that they do not have Comirnaty.

7. The guidance we are receiving is that Comirnaty and Pfizer-BioNTech "are interchangeable," or in some cases "are the same." All vaccines on my base have the EUA label as far as I am aware.

8. I have personally witnessed one of my students log into his medical records portal and demonstrate that the entry in the system said "Comirnaty." His vaccination card said Pfizer-BioNTech. The lot number listed was the same on the card and in the system, and was NOT BLA compliant. Unknown as to what the system says now.

9. I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. I executed this declaration on February 4, 2022.

*Kalem Cossette*