IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

**BENJAMIN COKER,** *et al.***,**

              Plaintiffs,

v.

**LLOYD AUSTIN, III, in his official capacity as Secretary of Defense,** *et al.***,**

             Defendants.

Case No. 3:21-cv-01211-AW-HTC

## JOINT STATUS REPORT

Department of Defense.  Defendant Department of Defense is compiling the administrative record for DoD's vaccination directive and implementation procedures challenged here.  DoD had previously estimated that it could produce a certified administrative record by about Monday, February 28, 2022, but has encountered unanticipated delays.  Compilation of the record requires collection, review, analysis, and indexing (as well as minor redaction) of documents.  DoD now anticipates that it will complete production by March 17, 2022

Food and Drug Administration.  FDA has produced an informal index and of the administrative record for the Biologics License Application (BLA) Approval challenged here.  Using this informal index as a basis for discussions, the parties are working to prioritize what aspects of the administrative record are needed to litigate

1

this case, in order to streamline production of the record and, correspondingly, adjudication of Plaintiffs' claims. FDA anticipates beginning production of the citizen petition portion of the record by March 17, 2022. Pending the parties' negotiation of a protective order to protect the rights of third parties' confidential commercial, personal privacy, and trade secret information, FDA anticipates producing at least aspects of the administrative record that include FDA review and analysis documents. FDA will provide Plaintiffs' counsel an estimate for production of the FDA documents on or before March 14, 2022, and is separately determining the timeline for production of any Pfizer submissions determined to be material to this matter. Defendants' counsel will also provide Plaintiffs' counsel with a sample protective order on or before March 14, 2022.

Dated:  March 9, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

/s/ *Stuart J. Robinson*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
STUART J. ROBINSON

Senior Counsel
ZACHARY A. AVALLONE
COURTNEY D. ENLOW
LIAM C. HOLLAND
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (415) 463-6635
Fax: (415) 436-6632
Email: stuart.robinson@usdoj.gov

*Counsel for Defendants*


/s/ Brandon Johnson
Brandon Johnson
DC Bar No. 491370
/s/ Travis Miller
Travis Miller
Texas Bar No. 24072952
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Tel. (214) 707-1775
Email: bcj@defendingtherepublic.org
Email: traviswmiller@gmail.com

*Counsel for Plaintiffs*

3