IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **BENJAMIN COKER,** *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>**LLOYD AUSTIN, III,** in his official capacity as Secretary of Defense, *et al.*,<br><br>                    Defendants. | Case No. 3:21-cv-01211-AW-HTC |

**PLAINTIFFS' MOTION FOR JOINDER AND**
**MEMORANDUM OF LAW IN SUPPORT THEROEF**

Pursuant to Rule 20(a) of the Federal Rules of Civil Procedure and this Court's February 23, 2022 Scheduling Order, ECF 70, ¶ 5, Plaintiffs' counsel move to join U.S. Army Lieutenant ("LT") Mark Charles Bashaw, U.S. Navy Commander ("CMDR") Michael Peter Bernard, Jr., and U.S. Navy Commander Olivia Karen Degenkolb as Plaintiffs in this proceeding (collectively, "Joined Plaintiffs"). Each of the Joined Plaintiffs asserts a right to relief arising out of the same transaction, occurrence or series of occurrences as all other Plaintiffs, and questions of law and fact common to all Plaintiffs will arise in this action.

Specifically, each of the Joined Plaintiffs is subject to the Department of Defense ("DOD") COVID-19 vaccine mandate ("DOD Mandate"), as implemented by the Army for LT Bashaw and the Navy for CMDR Bernard and CMDR Degenkolb.

1

Further, each of the Joined Plaintiffs objects to the lawfulness of the DOD Mandate, and the Army or Navy implementation thereof, insofar as it impossible to comply with an order to take a vaccine that is fully licensed by the Food and Drug Administration ("FDA") and labeled as such when no FDA-licensed vaccines labeled as such are available and insofar as compliance requires injection of a non-FDA-licensed vaccine subject to an Emergency Use Authorization ("EUA"). The Joined Plaintiffs have pursued available military remedies, including religious accommodation requests ("RAR") and/or appeals, complaints challenging the lawfulness of the mandate, vaccination orders and related matters under Article 138 of the Uniform Code of Military Justice ("UCMJ"), Inspector General ("IG") complaints, and/or medical exemptions.

Further, each current Plaintiff and each of the Joined Plaintiffs asserts a right to declaratory or injunctive relief, jointly or severally, with respect to the foregoing common issues of law and fact. All current Plaintiffs and Joined Plaintiffs seek a declaratory judgment that the following agency actions are unlawful as set forth in the December 10, 2021 Amended Complaint (ECF 56): (1) the DOD Mandate and implementation thereof by the Armed Service in which they currently serve; (2) the FDA Comirnaty approval; and (3) the Defendants' determinations, whether individually or collectively, that FDA-licensed vaccines and non-FDA-licensed, EUA vaccines are interchangeable such that a non-FDA-licensed, EUA vaccine may be

mandated pursuant to the DOD Mandate or the Armed Services implementation thereof through the Armed Services Guidance. The current Plaintiffs and Joined Plaintiffs also seek the same injunctive relief as set forth in the Amended Complaint.

A declaratory judgment is sought on the Amended Complaint's claims that the DOD Mandate and the Armed Services Guidance are unlawful insofar as they direct the current Plaintiffs and Joined Plaintiffs to take a non-FDA-licensed, EUA vaccine in violation of 10 U.S.C. § 1107a, 42 U.S.C. § 262, the DOD Mandate, and other applicable federal laws and regulations will provide the relief requested by Joined Plaintiffs is based on same questions of law and fact. Further, as set forth below, Joined Plaintiffs claims are ripe and have satisfied applicable pleading and exhaustion requirements.

The Joined Plaintiffs easily meet or exceed the requirement for their claims to be logically related. This is a "flexible test that allows for entertaining the broadest possible scope of action consistent with fairness to the parties," which exists if "(1) the claims rest on the same set of facts, or (2) the facts on which one claim rests activate additional legal rights supporting the other claim." 25 Fed. Proc., L. Ed. § 59:169. *Requirements of same transaction or occurrence and common question of law or fact for permissive joinder of plaintiff*. As noted above, the claims arise out of the DOD Mandate and the Army and Navy's implementation and application to the Joined Plaintiffs.

3

**LT BASHAW**

Army LT Bashaw is stationed at the Army Public Health Center ("APHC") at Aberdeen Proving Ground, Maryland, and he has nearly 16 years of active-duty service in the U.S. Army and U.S. Air Force. Among other credentials, he has a Master of Science Degree in Entomology from the University of Lincoln, Nebraska, and he serves in Preventive Medicine, with a specialty in Entomology. LT Bashaw is responsible for investigations into the public health risks to DOD personnel caused by insects, insect-borne diseases, and other non-battle related injuries, including vaccine-related injuries

As part of these duties, he monitored and analyzed data from the Vaccine Adverse Event Reporting System ("VAERS"). He also received access to the Defense Health Agency ("DHA") Defense Medical Epidemiological Database ("DMED"), which he used to corroborate the massive increases in cancers, neurological disorders, fertility issues, and cardiovascular disorders in 2021 compared to the 2016-2020 period among service members. LT Bashaw was alarmed by the large number of deaths and vaccine injuries reported in VAERS, and he requested that this information be included in APHC's COVID-19 risk communication strategy.

On November 26, 2021, he submitted an Article 138 complaint challenging the lawfulness of the DOD Mandate, the use of EUA products, and the discriminatory testing requirements to which he was subject based on his vaccination status.

4

On November 30, 2021, while his Article 138 complaint and RAR were pending, LT Bashaw was counseled and his access and clearance for APHC was suspended. LT Bashaw provided testimony to Senator Ron Johnson that is protected under the Military Whistleblower Protection Act. 10 U.S.C. § 1034. The February 1, 2022 letter from Senator Johnson to Secretary Austin, included as Exhibit 12 to Plaintiffs' February 4, 2022 response to Defendants' motion to dismiss, ECF 68 & 68-12, was based in part on LT Bashaw's data and testimony.

### CMDR BERNARD

Navy CMDR Bernard is stationed at Naval Air Station Joint Reserve Base Fort Worth, and he is domiciled in Escambia County, Florida. CMDR Bernard is a 2004 graduate of the U.S. Naval Academy, and he has served for over 17 years. He is an EA-18G pilot with over 2,000 flight hours in 25 different aircraft and 288 career arrested aircraft carrier landings. CMDR Bernard submitted his initial RAR on August 25, 2021, which was denied on October 20, 2021, and he submitted his appeal on November 1, 2021, which was denied on January 31, 2022. He has repeatedly and consistently objected to the DOD Mandate and Navy implementation thereof insofar as it unlawfully requires him to be inoculated with an EUA vaccine, rather than a fully FDA-licensed vaccine labeled as such, in violation of federal law and the DOD Mandate's express terms.

On January 10, 2022, he filed an Article 138 complaint challenging the lawfulness of the mandate and his order to be vaccinated, which was denied on March 9, 2022. On January 31, 2022, after denial of his RAR appeal, CMDR Bernard was ordered to be vaccinated or face separation from the Navy. CMDR Bernard then obtained a memorandum, signed by the Immunization Chief that the Branch Health Clinic Fort Worth, stating that that clinic does not have an FDA-approved vaccine, and that the clinic only stocks EUA vaccines. Based on the continued unavailability of the FDA-licensed vaccine, CMDR Bernard responded that he was unable to comply with the vaccination order.

On February 2, 2022, CMDR Bernard's flight surgeon granted him a temporary, 30-day medical exemption for lack of vaccine supply (*i.e.*, the unavailability of any FDA-approved vaccine, which rendered compliance impossible). He sought to renew his exemption based on the continued unavailability of an FDA-approved vaccine, but his flight surgeon informed CMDR Bernard that his leadership had prohibited him from extending CMDR Bernard's exemption. On March 9, 2022, he was asked to provide proof of vaccination, despite the continued unavailability of any FDA-approved vaccine, and he was informed that he would be separated by March 28, 2022. On March 10, 2022, he met with the Officer-in-Charge of the Branch Health Clinic Fort Worth who informed him that there had been discussions regard-

ing sending some "BLA-compliant" lots to the clinic, but that they had never received them, and the OIC refused to sign another memorandum of vaccine availability to support an extension of CMDR Bernard's temporary medical exemption.

### **CMDR DEGENKOLB**

Navy CMDR Degenkolb is stationed at Joint Base Anacostia-Bolling, and she is domiciled in Escambia County, Florida. CMDR Degenkolb received her degree in Nuclear Engineering and Engineering Physics from Rensselaer Polytechnic Institute, and she completed training as a Naval Flight Officer. She has served for more than 20 years, and most recently, as a Foreign Area Officer for the U.S. Pacific Fleet as China and Taiwan Desk Officer. CMDR Degenkolb was selected to serve as the Naval Attaché Designate to Beijing, China. In August 2021, after completing language and Attaché training, she was informed that, due to her vaccination status, she would be placed on indefinite operational hold.

CMDR Degenkolb submitted her initial RAR on November 10, 2021, which was denied on December 8, 2021, and she submitted her appeal on December 28, 2021, which is still pending. She also sought medical exemption based on risks of cancer, infertility, allergic responses, and other medical issues, but she was informed by military medical personnel that they could not support any exemption requests.

CMDR Degenkolb challenged the lawfulness of the DOD Mandate and the Navy's implementation requiring inoculation with a non-FDA-approved, EUA vaccine. On October 5, 2021, CMDR Degenkolb contacted Walter Reed Immunology, which initially stated that it only carried the EUA vaccines and did not have Comirnaty or any other FDA-licensed vaccine. She was then referred to the COVID Vaccine Hotline, which informed her that the hospital had in fact started to receive Comirnaty. She called again to confirm availability of Comirnaty, and she was once again informed that Walter Reed had Comirnaty, and scheduled an appointment for September 15, 2021. At the September 15, 2021 appointment, a Walter Reed senior non-commissioner officer signed a written statement confirming the availability of Comirnaty and that Walter Reed would administer FDA-approved Comirnaty vaccines. Walter Reed personnel subsequently informed her that the only vaccines available were Pfizer-BioNTech EUA vaccines, and they then provided CMDR Degenkolb with a written statement that no FDA-licensed Comirnaty was available. She sent further inquiries in November 2021 and February 2022 regarding the availability of Comirnaty or other FDA-licensed vaccines labeled as such, and she was informed that they are not available.

On October 27, 2021, CMDR Degenkolb filed a complaint with the DOD Inspector General ("IG") regarding the misrepresentation of vaccines available at Walter Reed. She has had multiple subsequent conversations with Navy IG personnel,

8

but she has been informed that they are unable to provide responses due to ongoing legal actions.

## CONCLUSION

In conclusion, and for these reasons, Plaintiffs respectfully request grant the relief requested herein and join LT Bashaw, CMDR Bernard, and CMDR Degenkolb as Plaintiffs to this proceeding.

/s/ Brandon Johnson
Brandon Johnson
DC Bar No. 491370
/s/ Travis Miller
Travis Miller
Texas Bar No. 24072952
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Tel. (214) 707-1775
Email: bcj@defendingtherepublic.org
Email: traviswmiller@gmail.com

*Counsel for Plaintiffs*

## Certificate of Conference

I hereby certify that on March 10, 2022, I conferred with counsel for Defendants regarding this filing, and Defendants' counsel takes no position on this motion.

*/s/ Brandon Johnson*

## Certificate of Service

I hereby certify that on March 11, 2022, I electronically filed the foregoing notice with the Clerk of the Court by using the CM/ECF system, which will notify all attorneys of record of the filing.

*/s/ Brandon Johnson*