IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BENJAMIN COKER,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **LLOYD AUSTIN, III, in his official capacity as Secretary of Defense,** *et al.*, <br><br> Defendants. | Case No. 3:21-cv-01211-AW-HTC |

# NOTICE

On March 11, 2022, Plaintiffs filed a Motion for Joinder. ECF No. 72. The parties conferred with respect to this motion on March 10, 2022, and March 11, 2022. But the Certificate of Conference affixed to the motion inaccurately states that Defendants' counsel takes no position on this motion. On March 11, 2022, counsel for Defendants represented to Plaintiffs' counsel that they will not "likely be able to provide a position on [the] motion without seeing what is filed and having an opportunity to review these Plaintiffs' facts and circumstances." Counsel for Defendants told Plaintiffs to "let the Court know that we have conferred, the Government is considering its position on the motion, and will respond within the time permitted under the rules." Defendants hereby notify the Court that they will timely respond to the Motion.

1

Dated: March 15, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

/s/ *Liam C. Holland*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
STUART J. ROBINSON
Senior Counsel
ZACHARY A. AVALLONE
COURTNEY D. ENLOW
LIAM C. HOLLAND
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-4964
Fax: (202) 616-8470
Email: liam.c.holland@usdoj.gov

*Counsel for Defendants*