IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BENJAMIN COKER**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **LLOYD AUSTIN, III**, in his official capacity as Secretary of Defense, *et al.*, <br><br> Defendants. | Case No. 3:21-cv-01211-AW-HTC |

## NOTICE OF APPEARANCE

Liam C. Holland, Trial Attorney at the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as additional counsel for Defendants in the above-captioned matter.

Dated: March 15, 2022

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        ALEXANDER K. HAAS
        Director, Federal Programs Branch

        ANTHONY J. COPPOLINO
        Deputy Director

        */s/ Liam C. Holland*
        LIAM C. HOLLAND
        Trial Attorney
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, N.W.

                          Washington, DC 20005
                          Tel: (202) 514-4964
                          Fax: (202) 616-8470
                          Email: liam.c.holland@usdoj.gov

*Counsel for Defendants*