# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**BENJAMIN COKER, JOSEPH CONNELL, et al.,**

    **Plaintiffs,**

v.                        Case No. 3:21-cv-1211-AW-HTC

**LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING MOTION FOR EXTENSION

Defendants' unopposed Motion for an Extension (ECF No. 75) is GRANTED. The deadline to respond to Plaintiffs' Motion for Joinder (ECF No. 72) is extended until fourteen days after the resolution of the pending motion to dismiss.

SO ORDERED on March 23, 2022.

                                     s/ *Allen Winsor*
                                     United States District Judge