UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BENJAMIN COKER,** *et al.*,

    **Plaintiffs,**

    v.        Case No. 3:21-cv-01211-AW-HTC

**LLOYD AUSTIN, III,** *et al.*,

    **Defendants.**

**PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs, Benjamin Coker, *et al.*, submit this motion requesting leave from the Court to supplement Plaintiffs' Opposition to Defendants' Motion to Dismiss, ECF 68, filed February 4, 2022.

After the briefing on Defendants' Motion to Dismiss, ECF 65, had concluded, Defendants produced to Plaintiffs the complete, certified administrative records for the Department of Defense ("DOD") and the Armed Services (collectively, "Military Defendants") on or about March 17, 2022, which the Court may need to consider in resolving the issues set forth in Defendants' Motion to Dismiss with respect to the Military Defendants.[1]

---

[1] To date, Defendants have produced only a small portion of the administrative record for the Food and Drug Administration ("FDA"), and they have not yet provided the certified index of the FDA record. Counsel for the Defendants and Plaintiffs are actively engaged in discussions regarding the certified index and compilation of the FDA record, a proposed protective order for the FDA record materials, and the schedule for production of the FDA record.

1

Plaintiffs respectfully request leave from the Court to supplement the Plaintiffs' Opposition, ECF 68, by filing with the Court: (1) the Military Defendants' complete, certified administrative records; and (2) a short brief of five pages or less to explain the significance of the record materials to Plaintiffs' claims and the lack of any record materials supporting the Military Defendants' affirmative defense that the DOD vaccine mandate and that the scope of interchangeability is limited to "BLA-compliant" vaccines.

This request is not made for the purposes of delay, but so that the Court can have the benefit of additional information relevant to Plaintiffs' claims and the Military Defendants' affirmative defense in ruling on the pending Motion to Dismiss. Plaintiffs respectfully request the Court grant this motion for leave to file the Military Defendants' administrative records and Plaintiffs' supplemental brief by April 19, 2022, and that the Military Defendants submit their response of five pages or less by April 25, 2022. Plaintiffs note that Defendants have requested a response date of May 2, 2022.

Respectfully submitted,

*s/ Brandon Johnson*
DC Bar No. 491370
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219
Tel. 214-707-1775
Email: bcj@defendingtherepublic.org

## CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Plaintiffs conferred with Counsel for Defendants regarding this motion on April 8, 2022 and April 12-13, 2022, and that Defendants are unopposed except that Defendants have requested a response date of May 2, 2022.

*/s/ Brandon Johnson*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing via CM/ECF on April 13, 2022, which notifies counsel of record of the filing.

*/s/ Brandon Johnson*