IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BENJAMIN COKER, JOSEPH CONNELL, et al.,**

    **Plaintiffs,**

v.                                              Case No. 3:21-cv-1211-AW-HTC

**LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING MOTION FOR SUPPLEMENTAL BRIEFING

Plaintiffs' unopposed motion to provide supplemental briefing in opposition to Defendants' motion to dismiss (ECF No. 77) is GRANTED. By April 22, Plaintiffs may submit the DOD administrative record and a supplemental memorandum of five pages or less. Defendants may (but are not required to) file a response (five pages or less) by May 2.

SO ORDERED on April 15, 2022.

                                              s/ *Allen Winsor*
                                              United States District Judge