**EXHIBIT 1**

| # | Party | BATES# | Description | Statement |
|---|---|---|---|---|
| 1 | DOD | 000001 | Sept. 14, 2021 Memo from Terry Adirim ["Adirim Memo," ECF 31-3] | Previously, on December 11, 2020, the FDA issued an Emergency Use Authorization (EUA) for the Pfizer-BioNTech COVID-19 vaccine, which has the same formulation as the Comimaty vaccine. Per FDA guidance, these two vaccines are "interchangeable" and DoD health care providers should "use doses distributed under the EUA to administer the vaccination series as if the doses were the licensed vaccine." |
| 2 | DOD | 000001 | Same | Consistent with FDA guidance, DoD health care providers will use both the PfizerBioNTech COVID-19 vaccine and the Comimaty COVID-19 vaccine interchangeably for the purpose of vaccinating Service members in accordance with [the August 24, 2021] Secretary of Defense Memorandum … [("SECDEF Memo")]. [ECF 1-3] |
| 3 | DOD | 000002 | Attachment to Adirim Memo | TAB A states that consistent with FDA guidance that Department of Defense (DoD) health care providers will use both the Pfizer-BioNTech coronavirus disease 2019 (COVID-19) vaccine and the Comirnaty COVID-19 vaccine interchangeably for the purpose of vaccinating Service members in accordance with [the SECDEF Memo]. |
| 4 | DOD | 000003 | Unsigned Draft of Adirim Memo | Same as DOD #1. |
| 5 | DOD | 000003 | Same | Same as DOD #2. |
| 6 | DOD | 000021 | FDA August 23, 2021 Fact Sheet [ECF 1-14] | The FDA-approved COMIRNATY (COVID-19 Vaccine, mRNA) and the EUA-authorized Pfizer-BioNTech COVID-19 Vaccine have the same formulation and can be used interchangeably to provide the COVID-19 vaccination series. |
| 7 | DOD | 000021 | Same | [1] The licensed vaccine has the same formulation as the EUA-authorized vaccine and the products can be used interchangeably to provide the vaccination series without presenting any safety or effectiveness concerns. The products are legally distinct with certain differences that do not impact safety or effectiveness. |
| 8 | DOD | DOD 000024 | Same | The FDA-approved COMIRNATY (COVID-19 Vaccine, mRNA) and the EUA-authorized Pfizer-BioNTech COVID-19 Vaccine have the same formulation and can be used interchangeably to provide the COVID-19 vaccination series. |

| # | Party | BATES# | Description | Statement |
|---|---|---|---|---|
| 9 | DOD | DOD 000024 | Same | There are no data available on the interchangeability of the Pfizer-BioNTech COVID-19 Vaccine or COMIRNATY (COVID-19 Vaccine, mRNA) with other COVID-19 vaccines to complete the vaccination series. |
| 10 | DOD | DOD 000024 | Same | Same as DOD #7 above. |
| 11 | DOD | DOD 000032 | Same | COMIRNATY (COVID-19 Vaccine, mRNA) has the same formulation as the Pfizer-BioNTech COVID-19 Vaccine. These vaccines can be used interchangeably to provide the COVID-19 vaccination series. |
| 12 | DOD | DOD 000032 | Same | Same as DOD #7 above. |
| 13 | DOD | DOD 000039 | Same | Same as DOD #8 above. |
| 14 | DOD | DOD 000039 | Same | Same as DOD #9 above. |
| 15 | DOD | DOD 000039 | Same | Same as DOD #7 above. |
| 16 | DOD | DOD 000680 | May 6, 2021 Defense Health Agency Memo | Most COVID-19 vaccines under development are a 2-dose series. Dosing intervals will be in accordance with manufacturing guidance. The vaccines are NOT interchangeable and a vaccine recipient's second-dose must be from the same manufacturer as the first dose. |
| 17 | DOD | DOD 000733 | Army Regulation 40-562 [ECF 31-5] | Diluents are not interchangeable, unless specified by the manufacturer. |

| # | Party | BATES# | Description | Statement |
|---|---|---|---|---|
| 1 | Air Force | AF_000006 | "COVID-19 Mandatory Vaccination Implementation Guidance for Service Members" (Sept. 3, 2021) [ECF 1-7] | The FDA approved COMIRNATY® and the FDA authorized Pfizer-BioNTech COVID-19 vaccine under emergency use authorization have the same formulation and can be used interchangeably. |
| 2 | Air Force | AF_000012 | Same | (Note: IAW FDA guidance, COMIRNATY® has the same formulation and can be used interchangeably with the FDA-authorized Pfizer-BioNTech COVID-19 Vaccine. Providers can use doses distributed under the EUA to administer the vaccination series as if the doses were the licensed vaccine.) |
| 3 | Air Force | AF_000019 | Same | Same as AF #2 above. |
| 4 | Air Force | AF_000035 | "COVID-19 Mandatory Vaccination Implementation Guidance for DAF Service Members" (Mar. 14, 2022) | [T]he FDA issued an Emergency Use Authorization (EUA) for the Pfizer-BioNTech COVID-19 vaccine, which has the same formulation as the Comirnaty vaccine. Per FDA guidance, these two vaccines are "interchangeable," when prepared according to their respective instructions, and DoD health care providers should "use doses distributed under the EUA to administer the vaccination series as if the doses were the licensed vaccine." |
| 5 | Air Force | AF_000035 | Same | [T]he FDA issued an EUA for the Moderna COVID-19 vaccine, which has the same formulation as the Spikevax vaccine. Per FDA guidance, these two vaccines are "interchangeable" and DoD health care providers should "use doses distributed under the EUA to administer the vaccination series as if the doses were the licensed vaccine." |
| 6 | Air Force | AF_000048 | Same | (Note: IAW FDA guidance, Comirnaty (Pfizer) has the same formulation and can be used interchangeably with the FDA-authorized Pfizer-BioNTech COVID-19 vaccine; … |
| 7 | Air Force | 000048 | Same | Spikevax (Moderna) has the same formulation and can be used interchangeably with the FDA-authorized Moderna COVID-19 vaccine. Providers can use doses distributed under the EUA to administer the vaccination series as if the doses were the licensed vaccine.) |

| # | Party | BATES# | Description | Statement |
|---|---|---|---|---|
| 1 | Army | 000104 | Army Regulation 600-8-2 | Although subject and suspect are often used interchangeably, the subject of an investigation may not be suspected of violating a criminal law, but rather failure to comply with a duty, obligation, regulation, or other requirement that could result in adverse action. |
| 2 | Army | 000114 | AR 40-562 [ECF 31-5] | Same as DOD #17 above. |
| 3 | Army | 000432 | Sept. 3, 2021 Air Force Guidance [Same as AF #1 & ECF 1-7] | Same as Air Force #1. |
| 4 | Army | 000438 | Same | Same as AF #2 above. |
| 5 | Army | 000445 | Same | Same as AF #3 above. |
| 6 | Army | 000455 | Adirim Memo [ECF 31-3] | Same as DOD #1 above. |
| 7 | Army | 000455 | Same | Same as DOD #2 above. |
| 1 | Navy |  | TOC – Tab F | BUMED Memo Ser M00/21M00035, *Interchangeability of FDA-Approved Pfizer-BioNTech Vaccine Comirnaty and FDA-Authorized Pfizer-BioNTech Vaccine Under EUA* (Sept. 3, 2021) |
| 2 | Navy | DON AR 012 | ALNAVRESFOR 010/21, Mandatory Vaccination Coronavirus Disease 2019 for Navy Reserve Force Personnel | REF L is BUMED Memo 6300, Interchangeability of food and drug administration-approved Pfizer-BioNTech vaccine Comirnaty and Food and Drug Administration-authorized Pfizer-BioNTech vaccine under emergency use authorization.// |
| 3 | Navy | DON AR 013 | Same | Per ref (l), the FDA-approved Comirnaty vaccine, and the FDA-Emergency Use Authorization (EUA) Pfizer-BioNTech vaccine, have the same formulation, and can be used interchangeably to provide the COVID-19 vaccination series without presenting any safety or effectiveness concerns. Navy medical providers can use Pfizer-BioNTech doses distributed under the EUA to administer mandatory vaccinations. |
| 4 | Navy | DON AR 027 | BUMED Memo 6300 (Sept. 3, 2021) | Subj: INTERCHANGABILITY OF FOOD AND DRUG ADMINISTRATION-APPROVED PFIZER-BIONTECH VACCINE COMIRNATY® AND FOOD AND DRUG ADMINISTRATION-AUTHORIZED PFIZER-BIONTECH VACCINE UNDER EMERGENCY USE AUTHORIZATION |

| # | Party | BATES# | Description | Statement |
|---|-------|--------|-------------|-----------|
| 5 | Navy | DON AR 027 | Same | 1. Purpose. Address the interchangeability of the Food and Drug Administration (FDA)-approved Comirnaty® and FDA-authorized Pfizer-BioNTech Coronavirus Disease 2019 (COVID-19) vaccine. |
| 6 | Navy | DON AR 027 | Same | 3. The FDA-approved vaccine, and the vaccine used under the EUA, have the same formulation, and can be used interchangeably to provide the COVID-19 vaccination series without presenting any safety or effectiveness concerns. Navy medical providers can use Pfizer-BioNTech doses previously distributed under the EUA to administer mandatory vaccinations. |