# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**BENJAMIN COKER,** *et al.*,

    **Plaintiffs,**

    v.                                                         **Case No. 3:21-cv-01211-AW-HTC**

**LLOYD AUSTIN, III,** *et al.*,

    **Defendants.**

## PLAINTIFFS' FILING OF THE MILITARY ADMINISTRATIVE RECORD

Pursuant to the Court's April 15, 2022 order, ECF 78, Plaintiffs are filing with the Court the complete, certified administrative records provided by Defendants Department of Defense ("DOD") (DOD000001-DOD000805), Department of the Air Force (AF_000001-000098), Department of the Army (000001-000460), and the Department of the Navy (DON AR 001-050) (collectively, "Military Defendants"). Plaintiffs have submitted the original PDFs of the administrative records provided by the Military Defendants, and PDF version using Adobe's Optical Character Recognition ("OCR") function to make the documents fully searchable.

                                                                          Respectfully submitted,

                                                                          */s/ Brandon Johnson*
                                                                          DC Bar No. 491370
                                                                          Defending the Republic
                                                                          2911 Turtle Creek Blvd., Suite 300
                                                                          Dallas, TX 75219
                                                                          Tel. 214-707-1775
                                                                          Email: bcj@defendingtherepublic.org

EXHIBIT 2

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing via CM/ECF on April 22, 2022, which notifies counsel of record of the filing, and that the electronic versions of the Military Administrative Records were delivered to the Court by FedEx on April 22, 2022.

*/s/ Brandon Johnson*