UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENJAMIN COKER, *et al.*,

    Plaintiffs,

v.                                Case No. 3:21-cv-01211-AW-HTC

LLOYD AUSTIN, III, *et al.*,

    Defendants.

**PLAINTIFFS' FILING OF THE MILITARY ADMINISTRATIVE RECORD**

Pursuant to the Court's April 15, 2022 order, ECF 78, Plaintiffs are filing with the Court the complete, certified administrative records provided by Defendants Department of Defense ("DOD") (DOD000001-DOD000805), Department of the Air Force (AF_000001-000098), Department of the Army (000001-000460), and the Department of the Navy (DON AR 001-050) (collectively, "Military Defendants"). Plaintiffs have submitted the original PDFs of the administrative records provided by the Military Defendants, and PDF version using Adobe's Optical Character Recognition ("OCR") function to make the documents fully searchable.

                                                    Respectfully submitted,

                                                    */s/ Brandon Johnson*
                                                    DC Bar No. 491370
                                                    Defending the Republic
                                                    2911 Turtle Creek Blvd., Suite 300
                                                    Dallas, TX 75219
                                                    Tel. 214-707-1775
                                                    Email: bcj@defendingtherepublic.org

1

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing via CM/ECF on April 22, 2022, which notifies counsel of record of the filing, and that the electronic versions of the Military Administrative Records were delivered to the Court by FedEx on April 22, 2022.

*/s/ Brandon Johnson*



Back



Front

