UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **BENJAMIN COKER,** *et al.***,**<br><br>　　　　　**Plaintiffs,**<br><br>　v.<br><br>**LLOYD AUSTIN, III, in his official capacity as Secretary of Defense,** *et al.***,**<br><br>　　　　　**Defendants.** | Case No. 3:21-cv-01211-AW-HTC |

## PLAINTIFFS' MOTION TO COMPEL

Plaintiffs file this their Motion to Compel discovery, and in support provide the accompanying memorandum and exhibits.

Dated: May 5, 2022　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　*/s/ Brandon Johnson*
　　　　　　　　　　　　　　　DC Bar No. 491370
　　　　　　　　　　　　　　　Defending the Republic
　　　　　　　　　　　　　　　2911 Turtle Creek Blvd., Suite 300
　　　　　　　　　　　　　　　Dallas, TX 75219
　　　　　　　　　　　　　　　Tel. 214-707-1775
　　　　　　　　　　　　　　　Email: bcj@defendingtherepublic.org

　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on May 5, 2022, I electronically filed the foregoing notice with the Clerk of the Court by using the CM/ECF system, which will notify all attorneys of record of the filing.

*/s/ Brandon Johnson*

## Certificate of Conference

I hereby certify that Plaintiffs conferred by letter on April 20, 2022 in a good faith attempt to resolve issues set forth in the accompanying memorandum. Defendants responded via letter on April 22, 2022 but did not produce the discovery requested by Plaintiffs.

*/s/ Brandon Johnson*