Pritish Vora

27758 Santa Marg. Pkwy, #530

Mission Viejo, CA 92691

(949) 292-8359

Amicus Curiae, Pro Se

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| BENJAMIN COKER, et. al., | Case No.: 3:21-cv-1211-AW-HTC |
|---|---|
| Plaintiffs, | **MOTION FOR LEAVE TO FILE** |
| vs. | **SUPPLEMENT TO AMICUS** |
| LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, et. al., | **CURIAE BRIEF** |
| Defendants. | **Hon. Judge Allen Winsor** |

COMES NOW, Pritish Vora, Amicus Curiae, by way of Pro Se, files with the Honorable Court his motion for leave to file supplement to the Amicus Curiae brief (Doc 66) in support of the Plaintiffs, and states as follows:

1. Amicus fully incorporates by reference his motion for leave as though fully stated herein. (See Doc 66, Motion for leave to file Amicus Curiae brief).

2. Amicus respectfully requests to file a supplement to his Amicus Curiae brief in light of a newly filed claim by Defendants concerning the "FDA

MOTION FOR LEAVE TO FILE SUPPLEMENT TO AMICUS CURIAE BRIEF

approved Moderna Covid-19 vaccine." (See Doc 82 at page 2, Defendants' Response to Plaintiffs' Supplemental Brief).

3. Amicus intends to show, citing publicly available sources, that NO such FDA-approved Moderna Covid-19 vaccine is actually orderable. Thus, it is **<u>not available</u>**. (Emphasis added).

4. Amicus is fully aware that the Defendants' motion to dismiss is ripe for review. (See ORDER, Doc 70, pg. 3).

5. Amicus is requesting leave from the Court to file his supplement of a maximum of five pages, in the interest of fairness and justice. The Court has not made a final determination of the pending motions, and there is no prejudice to the parties to have this information presented before the Court fully decides the respective parties' positions.

WHEREFORE, Amicus respectfully requests that the Court GRANT leave to file the supplement to the Amicus Curiae brief, attached contemporaneously with this motion for leave.

Respectfully submitted on this day of ___May 5, 2022___

By: ___/s/ Pritish Vora___

Pritish Vora, Amicus Curiae, Pro Se

MOTION FOR LEAVE TO FILE SUPPLEMENT TO AMICUS CURIAE BRIEF

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(B), I, Pritish Vora, Amicus Curiae, hereby certify that I sought concurrence with counsel for the respective parties via e-mail prior to filing this motion for leave. I received a response from Plaintiffs' counsel as UNOPPOSED. I received a response from Defendants' counsel that they take no position on the motion.

Respectfully submitted by:

*/s/ Pritish Vora*

Pritish Vora
27758 Santa Marg. Pkwy #530
Mission Viejo, CA  92691
(949) 292-8359
pvora2112@gmail.com

## CERTIFICATE OF SERVICE

I, Pritish Vora, Amicus Curiae, hereby certify that I sent the motion for leave to the Clerk of the Court via FedEx and a copy was sent via U.S. first class mail, postage prepaid, to each of the respective parties below.

Attorneys for the Plaintiffs:

| | |
|---|---|
| Brandon Johnson | Ibrahim Reyes, Esq. |
| DC Bar No. 491370 | Florida Bar No. 581798 |
| Travis Miller | REYES LAWYERS, P.A. |
| Texas Bar No. 24072952 | 236 Valencia Avenue |
| Defending The Republic | Coral Gables, FL  33134 |
| 2911 Turtle Creek Blvd., Suite 300 | Tel: (305) 445-0011 |
| Dallas, TX  75219 | ireyes@reyeslawyers.com |
| Tel: (214) 707-1775 | |
| bcj@defendingtherepublic.org | |
| traviswmiller@gmail.com | |

MOTION FOR LEAVE TO FILE SUPPLEMENT TO AMICUS CURIAE BRIEF

Attorneys for the Defendants:

Amy E. Powell
Senior Trial Counsel
United States Dept. of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Tel: (919) 856-4013
Amy.Powell@usdoj.gov

                                          Respectfully submitted by:

                                          */s/ Pritish Vora*

                                          Pritish Vora
                                          27758 Santa Marg. Pkwy #530
                                          Mission Viejo, CA  92691
                                          (949) 292-8359
                                          pvora2112@gmail.com