Pritish Vora
27758 Santa Marg. Pkwy, #530
Mission Viejo, CA  92691
(949) 292-8359
Amicus Curiae, Pro Se

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| BENJAMIN COKER, et. al.,<br>    Plaintiffs,<br>vs.<br>LLOYD AUSTIN III, in his official capacity as Secretary of Defense, et. al.,<br>    Defendants. | Case No.: 3:21-cv-1211-AW-HTC<br>**SUPPLEMENT TO AMICUS CURIAE BRIEF OF PRITISH VORA, Pro Se**<br><br>Hon. Judge Allen Winsor |

COMES NOW, Pritish Vora, Amicus Curiae, by way of Pro se, files with the Honorable Court his supplement to the Amicus Curiae brief (See PACER, Doc 66, Proposed Amicus Curiae Brief, Attachment 1, also available for free download on CourtListener.com[1] via its RECAP archive), and states as follows:

    Amicus incorporates by reference his Amicus Curiae brief dated January 27, 2022, as though fully stated herein.

---

[1] https://www.courtlistener.com/docket/60630202/coker-v-austin/ (visited May 4, 2022).

## MEMORANDUM

The Eleventh Circuit has stated that *"We acknowledge that the district court's power to control its docket includes the power to dismiss a case."* See Quality Foods v. Latin Am. Agribusiness Devel., 711 F.2d 989, 998 (11th Cir. 1983). However, at the pleading stage, *"the district court is required to view the complaint in the light most favorable to the plaintiff."* See Murphy v. Federal Deposit Ins. Corp., 208 F.3d 959, 962 (11th Cir. 2020). *"Factual questions are not appropriately resolved on a motion to dismiss."* See Shands Teaching Hosp. & Clinic, Inc. v. Beech St. Corp., 899 So.2d 1222, 1228 (Fla. 1st DCA 2005).

The Federal Rules of Civil Procedure apply to ALL parties. Here, counsel for the Plaintiffs have filed a meticulously drafted, 149 paragraph second amended complaint (See Doc 56). See also F.R.Civ.P. 8(a); F.R.Civ.P. 11(b). The Plaintiffs are the brave men and women of the Armed Forces who are facing severe consequences to their careers (and potentially their lives) for simply refusing to take an unlicensed Covid-19 vaccine, which DoD cannot mandate absent a waiver. Now, Defendants are claiming *"Dismissal is even more clearly appropriate now that there is an additional FDA-approved vaccine that Plaintiffs could take in lieu of the Pfizer vaccine."* (See Doc 82, Def. Response to Suppl. Br. at page 2). Amicus informs this Honorable Court that SPIKEVAX, the "FDA approved" Moderna mRNA Covid-19 vaccine, **is not available**, period. (Emphasis added).

**SUPPLEMENT TO AMICUS CURIAE BRIEF OF PRITISH VORA, Pro Se**

To support their position, Defendants rely on a press release by FDA. However, the press release says nothing about the actual **availability** of SPIKEVAX. (Emphasis added). Instead, as it clearly states, FDA approval will *"instill additional confidence in making the decision to get vaccinated."* Defendants also rely on the non-binding case of Coal. For Mercury-Free Drugs v. Sebelius, 671 F.3d 1275, 1280-83 (D.C. Cir. 2012) (explaining that availability of other vaccines eliminated plaintiffs' standing). The key word is "availability." In that case, the Court concluded upon dismissal that Plaintiffs admitted and conceded that there were other alternative versions of the flu shot without the adjuvant Thimerosal.[2] The factual circumstances are completely different when compared to *this* case, and Amicus respectfully requests the Court to disregard it as controlling authority to deny Plaintiffs' standing.

Defendants also state that *"Plaintiffs have not objected to the approval of the Moderna vaccine, and as a result, they lack standing to pursue their challenge to the Pfizer vaccine."* (See Doc 82 at 2). Plaintiffs do not admit to the availability of SPIKEVAX. It is *Defendants* who are making the claim, three months *after* the FDA press release, while rehashing their *ipse dixit* claim of "BLA compliant lots" of the Pfizer-BioNTech Covid-19 vaccine, which apparently are nowhere to be found, despite the DoD having *"hundreds of thousands of doses."*

---

[2] https://casetext.com/case/coalition-for-mercury-free-drugs-v-sebelius (visited May 4, 2022)

SUPPLEMENT TO AMICUS CURIAE BRIEF OF PRITISH VORA, Pro Se

Amicus respectfully requests the Court to take judicial notice of all of the following sites and supporting factual references for each. CDC.gov states as follows, quoted verbatim:

*"**SPIKEVAX products are not orderable at this time**. NDCs are listed per FDA Structured Product Label (SPL) document for the BLA licensed product. **These codes are not included in CDC Vaccine Code Set files at this time.** Moderna has provided the following statement regarding SPIKEVAX branded NDCs and labels: Moderna received FDA BLA license on January 31, 2022, for its COVID-19 vaccine SPIKEVAX (COVID-19 Vaccine, mRNA) for use in individuals 18 and older. At that time, the FDA published a BLA package insert that included the new approved trade name SPIKEVAX and listed 2 new NDCs (80777-100-99, 80777-100-98). **At present, Moderna does not plan to produce any product with these new NDCs and labels over the next few months while EUA authorized Moderna COVID-19 Vaccine product is still available and being made available for U.S. Distribution.** As such, the CDC, AMA, and drug compendia may delay publishing these new codes **until Moderna has determined when the product will be produced with the BLA labels.**"*[3]  (Emphasis added).

Obviously, the phrase *"not orderable"* speaks for itself. Also, the CDC used the same language regarding COMIRNATY. (See Amicus Br. Doc 66 at 6:9-15).

---

[3] https://www.cdc.gov/vaccines/programs/iis/covid-19-related-codes.html (visited May 4, 2022).

FDA.gov publishes the EUA ("Emergency Use Authorization") fact sheet.[4] Once again, recipients are led to believe they have a choice, being *"offered"* **either** SPIKEVAX **or** the EUA Moderna COVID-19 mRNA vaccine. (Emphasis added). "Either/or" suggests TWO products. However, since SPIKEVAX is not available, the Armed Forces are left with taking the EUA version of Moderna.

NIH.gov publishes the information regarding the cartons of vials.[5] The EUA label on the Moderna Covid-19 vaccine means what it says and says what it means: The product is **not FDA approved**. (Emphasis added).

## CONCLUSION

Based on the foregoing, Defendants' claim of *"an additional FDA-approved vaccine that Plaintiffs could take"* is unsupported, both in law and in fact. Absent an evidentiary hearing, the FDA "bait and switch" works as long as one *believes* that SPIKEVAX is available, even though it is not.

WHEREFORE, Amicus respectfully requests that Defendants' motion to dismiss be DENIED.

Respectfully submitted on this day of: _May 5, 2022_

By: _Pritsh Vora_

Pritish Vora, Amicus Curiae, Pro Se

---

[4] https://www.fda.gov/media/144638/download (visited May 4, 2022).

[5] https://dailymed.nlm.nih.gov/dailymed/drugInfo.cfm?setid=e0651c7a-2fe2-459d-a766-0d59e919f058 (visited May 4, 2022).

## **CERTIFICATE OF COMPLIANCE**

I, Pritish Vora, Amicus Curiae, hereby certify that this Supplement to Amicus Brief contains 970 words according to Microsoft Word in 14-point font, double-spaced, and when added to the 4,656 word count of the Amicus Brief, it is thus in compliance with Florida Northern District Court Local Rule 5.1(C) regarding format, and Rule 7.1(F) regarding 8,000 word count maximum.

Respectfully submitted by:

*Pritish Vora*

Pritish Vora, Amicus Curiae, Pro Se
27758 Santa Marg. Pkwy #530
Mission Viejo, CA  92691
(949) 292-8359
pvora2112@gmail.com

# CERTIFICATE OF SERVICE

I, Pritish Vora, Amicus Curiae, hereby certify that I sent the Supplement to the Amicus Brief to the Clerk of the Court via FedEx on May 5, 2022, and a copy was mailed via U.S. Postal Service, first class prepaid, to the following parties:

Respectfully submitted by:

*/s/ Pritish Vora*

Pritish Vora, Amicus Curiae, Pro Se
27758 Santa Marg. Pkwy #530
Mission Viejo, CA 92691
(949) 292-8359
pvora2112@gmail.com

Attorneys for the Plaintiffs:

Brandon Johnson
DC Bar No. 491370
Travis Miller
Texas Bar No. 24072952
Defending The Republic
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219
Tel: (214) 707-1775
bcj@defendingtherepublic.org
traviswmiller@gmail.com

Ibrahim Reyes, Esq.
Florida Bar No. 58798
REYES LAWYERS, P.A.
236 Valencia Avenue
Coral Gables, FL 33134
Tel: (305) 445-0011
ireyes@reyeslawyers.com

Attorneys for the Defendants:

Amy E. Powell
Senior Trial Counsel
United States Dept. of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (919) 856-4013
Amy.Powell@usdoj.gov

Pritish Vora
27758 Santa Margarita Pkwy
#530
Mission Viejo, CA 92691

US COURTHOUSE
CLERK of THE COURT
1 N. PALAFOX ST.
PENSACOLA, FL 32502

