# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

BENJAMIN COKER, *et al.*,

           **Plaintiffs,**

    v.

LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, *et al.*,

           **Defendants.**

Case No. 3:21-cv-01211-AW-HTC

## NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL

Plaintiffs filed their Motion to Compel on May 5, 2022. ECF 83. Plaintiffs now file this Notice, informing the Court that they are withdrawing that Motion. Plaintiffs continue to confer with Defendants to resolve any outstanding discovery issues, as set forth in the May 9, 2022 status report. *See* ECF 85.

Dated: May 18, 2022

Respectfully submitted,

*/s/ Brandon Johnson*
DC Bar No. 491370
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219
Tel. 214-707-1775
Email: bcj@defendingtherepublic.org

*Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on May 13, 2022, I electronically filed the foregoing notice with the Clerk of the Court by using the CM/ECF system, which will notify all attorneys of record of the filing.

*/s/ Brandon Johnson*