IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BENJAMIN COKER, JOSEPH CONNELL, et al.,**

    **Plaintiffs,**

v.                                        Case No. 3:21-cv-1211-AW-HTC

**LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING WITHDRAWAL OF MOTION

Plaintiffs have filed a motion (ECF No. 86) seeking to withdraw their motion to compel (ECF No. 83). The motion to withdraw is GRANTED.

The motion to compel is deemed withdrawn, and the clerk will terminate ECF No. 83.

SO ORDERED on May 19, 2022.

                                               s/ *Allen Winsor*
                                               United States District Judge