IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BENJAMIN COKER**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **LLOYD AUSTIN, III**, in his official capacity as Secretary of Defense, *et al.*, <br><br> Defendants. | Case No. 3:21-cv-01211-AW-HTC |

## DEFENDANTS' MOTION TO COMPEL

Pursuant to Federal Rule of Civil Procedure 37(a)(3)(B), Defendants respectfully move to compel Plaintiff's full and complete responses to Defendants' Request for Production of Documents No. 2 and Interrogatory Nos. 3-8. The grounds for this motion are fully contained in the accompanying memorandum of law.

## CERTIFICATE OF LOCAL RULE 7.1(B) CONFERENCE

Undersigned counsel hereby certifies that they attempted in good faith to resolve the issues presented in the instant motion with Plaintiffs' counsel by (1) letter on April 29, 2022; (2) telephone conference on May 6, 2022; (3) email on May 16, 2022; and (3) telephone conference on May 18, 2022. While counsel were able to resolve several issues through these conferences, they remained at an impasse on the issues presented here.

1

| | |
|---|---|
| Dated: May 20, 2022 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>ALEXANDER K. HAAS<br>Director, Federal Programs Branch<br><br>ANTHONY J. COPPOLINO<br>Deputy Director<br><br><u>/s/ *Catherine M. Yang*</u><br>ANDREW E. CARMICHAEL<br>AMY E. POWELL<br>Senior Trial Counsel<br>ZACHARY A. AVALLONE<br>CATHERINE M. YANG<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 514-4336<br>Fax: (202) 616-8470<br>Email: catherine.m.yang@usdoj.gov<br><br>*Counsel for Defendants* |