# Exhibit 6

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**BENJAMIN COKER, JOSEPH CONNELL, et al.,**

    Plaintiffs,

v.                                                                          Case No. 3:21-cv-1211-AW-HTC

**LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, et al.,**

    Defendants.

## PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES

Plaintiffs serve the attached initial disclosures pursuant to Rule 26(a)(1).

Respectfully submitted,

*s/ Brandon Johnson*
DC Bar No. 491370
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219
Tel. 214-707-1775
Email: bcj@defendingtherepublic.org

## **CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing to Defendants' counsel via e-mail on January 12, 2022.

*/s/ Brandon Johnson*

## Plaintiffs' Rule 26(a)(1) Initial Disclosures

**Plaintiffs**

| Name | Phone | Address | Documents / ESI | Location |
|---|---|---|---|---|
| Benjamin Coker | (410) 562-6754 | 20 Baldridge Rd. Annapolis, MD 21401 | PR, RA | Personal Records, Personnel Files, and/or Electronic Devices |
| Joseph Connell | (850) 797-1037 | 103 Charlotte Court Fort Walton Beach, FL 32547 | ME, PR, RA | Same |
| Kalem Cossette | (760) 994-3625 | 3416A Daly Street Twenty-nine Palms, CA 92277 | MS, PR, RA | Same |
| Sean Cothran | (937) 216-9980 | 315 Racetrack Rd NW, Unit 6207 Fort Walton Beach, FL 32457 | ME, MS, PR, RA | Same |
| Samuel Craymer | (215) 528-2403 | 728 Kodiak St, Apt. C Eielson AFB, AK 99702 | MS, PR, RA | Same |
| Kacy Dixon | (307) 631-3289 | 410 Ruskin Dr., Apt 404 Charlottesville, VA 22901 | ME, MS, PR, RA | Same |
| Jay Furman | (240) 703-4910 | 4012 Bridle Ridge Rd. Upper Marlboro, MD 20772 | PR, RA | Same |
| Nicholas Harwood | (386) 562-8142 | 240 Pantaneiro Place Fallbrook, CA 92028 | PR, RA | Same |
| Eric Kaltrider | (443) 615-1666 | 189 Willis Lake Drive Jacksonville, NC 28546 | ME, MS, PR, RA | Same |
| Jordan Karr | (321) 604-0891 | 992 West Chase Street Pensacola, FL 32502 | ME, MS, PR, RA | Same |
| Nickolas Kupper | (503) 881-1611 | 17539 W Pershing St Surprise, Arizona 85388 | ME, MS, PR, RA | Same |
| David Lund | (850) 240-2104 | 821 Lark St Ft Walton Beach, FL 32547 | PR, RA | Same |
| Blake Morgan | (321) 394-6405 | 4246 Shadow Lane Niceville, FL 32578 | ME, PR, RA | Same |
| Taylor Roberts | (575) 430-0415 | 2225 Cherry Hills Ct Alamogordo, NM 88310 | ME, MS, PR | Same |
| Samuel Sigoloff | (210) 872-1357 | 4290 S. Silva Sierra Vista, AZ 85650 | ME, MR, MS, PR | Same |
| Andrew Snow | (708) 642-4315 | 717 Green Winged Trl | PR, RA | Same |

| | | Camden Wyoming, DE 19934 | | |
|---|---|---|---|---|
| Brian Stermer | (850) 857-2155 | 19688 Lannigan Rd Waynesville, MO 65583 | ME, MS, PR, RA | Same |
| Michael Thompson | (910) 320-2497 | 348 Station House Rd New Bern, NC 28562 | MS, MR, PR | Same |

**Defendants**

| Name | Title & Agency | Phone | Address | Documents / ESI | Location |
|---|---|---|---|---|---|
| Lloyd J. Austin, III | Secretary of Defense, Department of Defense | (703) 545-6700 | 1000 Defense Pentagon Washington, DC 20301-1000 | All | Agency & Officials Files; Personnel Files |
| Xavier Becerra | Secretary, Department of Human & Health Services | (877) 696-6775 | 200 Independence Avenue, S.W. Washington, DC 20201 | AR, MS | Same |
| Frank Kendall | Secretary of the Air Force, Department of the Air Force | (800) 423-8723 | 1670 Air Force Pentagon Washington, DC 20330-1670 | All | Same |
| Carlos Del Toro | Secretary of the Navy, Department of the Navy | (703) 692-9305 | 1000 Navy Pentagon Washington, DC 20350-1000 | All | Same |
| Janet Woodcock | Acting Commissioner, Food and Drug Administration | (888) 463-6332 | 10903 New Hampshire Ave Silver Spring, MD 20993-0002 | AR, MS | Same |
| Christine E. Wormuth | Secretary of the Army, Department of the Army | (703) 806-4277 | 101 Army Pentagon Washington, DC 20310-0101 | All | Same |

**Document / ESI Categories**
- AR: Administrative record materials
- ME: Medical exemption requests and related documents (e.g., antibody tests)
- MS: Availability/unavailability of Comirnaty or BLA-Complaint Pfizer-BioNTech vaccines
- MR: Medical records
- PR: Personnel Records
- RA: Religious Accommodation Requests, appeals, guidance, etc.