# Exhibit 7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **BENJAMIN COKER,** *et al.*,<br><br>                     **Plaintiffs,**<br><br>     v.<br><br>**LLOYD AUSTIN, III, in his official capacity as Secretary of Defense,** *et al.*,<br><br>                     **Defendants.** | Case No. 3:21-cv-01211-AW-HTC |

**PLAINTIFFS' SUPPLEMENTAL RESPONSES TO DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION**

Plaintiffs, Benjamin Coker, et al., serve these supplemental responses to Defendants' first set of requests for production pursuant to Rule 33 of the Federal Rules of Civil Procedure.

Respectfully submitted,

*s/ Brandon Johnson*
DC Bar No. 491370
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219
Tel. 214-707-1775
Email: bcj@defendingtherepublic.org

## **CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing to Defendant's counsel via e-mail on May 13, 2022.

*/s/ Brandon Johnson*

## PLAINTIFFS' SUPPLEMENTAL RESPONSES TO DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**
Any and all documents used to answer, or provided as answers, or relating to the answers to Defendants' interrogatories.

**RESPONSE: Please see PL00001-00053 and PL00054-00103. Plaintiffs note that Defendants are already in possession of many, if not all, of these documents (e.g., correspondence with armed services personnel).**

**REQUEST FOR PRODUCTION NO. 2:**
Any and all documents identified in your initial disclosures in this action.

**RESPONSE: Plaintiffs' Rule 26(a)(1) disclosures state that Plaintiffs are in possession of: administrative record materials; medical exemption requests and documents related to their medical exemption requests; Plaintiffs' medical records; Plaintiffs' personnel records; and Plaintiffs' religious accommodation requests and appeals, and materials related to those requests or appeals. Defendants are already in possession of those documents. Please also see the documents produced in PL00001-00053 and PL00054-00103.**

**REQUEST FOR PRODUCTION NO. 3:**
Any and all documents that relate, refer to, or support the allegation in paragraph 117 of the Second Amended Complaint that "several Plaintiffs have confirmed that neither Comirnaty, nor any EUA-labeled, BLA-compliant vaccine are available."

**RESPONSE: Please see all responsive documents to this request, if any, in PL00001-00053 and PL00054-00103. Plaintiffs note that Defendants are already in possession of many, if not all, of these documents. Plaintiffs will supplement this response if more information becomes available.**

**REQUEST FOR PRODUCTION NO. 4:**
To the extent not responsive to Request No. 3 above, any and all documents that relate, refer to, or support the allegation in paragraph 16 of the Second Amended Complaint that Plaintiff Sean Cothran "has inquired regarding the availability of Comirnaty or BLA-compliant lots, but he has not received an answer from his base's immunology department."

**RESPONSE: Please see all responsive documents to this request, if any, in PL00001-00053 and PL00054-00103. Plaintiffs note that Defendants are already in possession of many, if not all, of these documents. Plaintiffs will supplement this response if more information becomes available.**

**REQUEST FOR PRODUCTION NO. 5:**
To the extent not responsive to Request No. 3 above, any and all documents that relate, refer to, or support the allegation in paragraph 17 of the Second Amended Complaint that Plaintiff Samuel Craymer "inquired regarding the availability of Comirnaty, and was informed that it was unavailable and that he was required to take the EUA vaccine," and that he "was shown several vials containing the EUA designated label from Pfizer-BioNTech."

**RESPONSE: Please see all responsive documents to this request, if any, in PL00001-00053 and PL00054-00103. Plaintiffs note that Defendants are already in possession of many, if not all, of these documents. Plaintiffs will supplement this response if more information becomes available.**

**REQUEST FOR PRODUCTION NO. 6:**
To the extent not responsive to Request No. 3 above, any and all documents that relate, refer to, or support the allegation in paragraph 18 of the Second Amended Complaint that Plaintiff Kacy Dixon "attempted to obtain the licensed Comirnaty vaccine from pharmacists and other healthcare providers, and [] was informed that it was unavailable."

**RESPONSE: Please see all responsive documents to this request, if any, in PL00001-00053 and PL00054-00103. Plaintiffs note that Defendants are already in possession of many, if not all, of these documents. Plaintiffs will supplement this response if more information becomes available.**

**REQUEST FOR PRODUCTION NO. 7:**
To the extent not responsive to Request No. 3 above, any and all documents that relate, refer to, or support the allegation in paragraph 20 of the Second Amended Complaint that Plaintiff Nicholas Harwood "has confirmed that Comirnaty is not available at his facility."

**RESPONSE: Please see all responsive documents to this request, if any, in PL00001-00053 and PL00054-00103. Plaintiffs note that Defendants are already in possession of many, if not all, of these documents. Plaintiffs will supplement this response if more information becomes available.**

**REQUEST FOR PRODUCTION NO. 8:**
To the extent not responsive to Request No. 3 above, any and all documents that relate, refer to, or support the allegation in paragraph 21 of the Second Amended Complaint that Plaintiff Jordan Karr "has specifically inquired regarding the availability of Comirnaty and BLA-compliant lots, and she has been informed that it is not available."

**RESPONSE: Please see all responsive documents to this request, if any, in PL00001-00053 and PL00054-00103. Plaintiffs note that Defendants are already in possession of many, if not**

all, of these documents. Plaintiffs will supplement this response if more information becomes available.

**REQUEST FOR PRODUCTION NO. 9:**
To the extent not responsive to Request No. 3 above, any and all documents that relate, refer to, or support the allegation in paragraph 23 of the Second Amended Complaint that Plaintiff Nickolas Kupper "has confirmed with his base immunologist that his base does not have Comirnaty or any BLA-complaint lots," and "also confirmed with a Pfizer representative that Comirnaty is unavailable, Pfizer does not know when Comirnaty would be available, and that any EUA-labeled vials are not fully FDA approved."

**RESPONSE: Please see all responsive documents to this request, if any, in PL00001-00053 and PL00054-00103. Plaintiffs note that Defendants are already in possession of many, if not all, of these documents. Plaintiffs will supplement this response if more information becomes available.**

**REQUEST FOR PRODUCTION NO. 10:**
To the extent not responsive to Request No. 3 above, any and all documents that relate, refer to, or support the allegation in paragraph 24 of the Second Amended Complaint that "the licensed Comirnaty Vaccine was not available" to Plaintiff David Lund.

**RESPONSE: Please see all responsive documents to this request, if any, in PL00001-00053 and PL00054-00103. Plaintiffs note that Defendants are already in possession of many, if not all, of these documents. Plaintiffs will supplement this response if more information becomes available.**

**REQUEST FOR PRODUCTION NO. 11:**
To the extent not responsive to Request No. 3 above, any and all documents that relate, refer to, or support the allegation in paragraph 28 of the Second Amended Complaint that Plaintiff Andrew Snow "has confirmed that his base does not have Comirnaty."

**RESPONSE: Please see all responsive documents to this request, if any, in PL00001-00053 and PL00054-00103. Plaintiffs note that Defendants are already in possession of many, if not all, of these documents. Plaintiffs will supplement this response if more information becomes available.**

**REQUEST FOR PRODUCTION NO. 12:**
To the extent not responsive to Request No. 3 above, any and all documents that relate, refer to, or support the allegation in paragraph 30 of the Second Amended Complaint that Plaintiff Michael Thompson "has inquired as to the availability of both Comirnaty and 'BLA-compliant' lots at Marine Corps facilities in North Carolina, including Camp LeJeune and Cherry Point MCAS, and

has been informed that neither Comirnaty nor any BLA-compliant lots of EUA vaccines were available (except for some doses from an expired BLA-compliant lot)."

**RESPONSE: Please see all responsive documents to this request, if any, in PL00001-00053 and PL00054-00103. Plaintiffs note that Defendants are already in possession of many, if not all, of these documents. Plaintiffs will supplement this response if more information becomes available.**

**REQUEST FOR PRODUCTION NO. 13:**
To the extent not responsive to Request Nos. 3-12 above, any and all documents regarding any and all effort(s) by any Plaintiff to obtain a BLA-compliant vaccine, whether through the Department of Defense or another provider, including but not limited to any interest in receiving a BLA-compliant vaccine, any inquiry as to the availability of a BLA-compliant vaccine, and any response to such inquiry.

**RESPONSE: Please see all responsive documents to this request, if any, in PL00001-00053 and PL00054-00103. Plaintiffs note that Defendants are already in possession of many, if not all, of these documents. Plaintiffs will supplement this response if more information becomes available.**

**REQUEST FOR PRODUCTION NO. 14:**
To the extent not responsive to Request Nos. 3-12 above, any and all documents regarding any effort by any Plaintiff to obtain Comirnaty, whether through the Department of Defense or another provider, including but not limited to any interest in receiving Comirnaty, any inquiry as to the availability of Comirnaty, and any response to such inquiry.

**RESPONSE: Please see all responsive documents to this request, if any, in PL00001-00053 and PL00054-00103. Plaintiffs note that Defendants are already in possession of many of these documents. Plaintiffs will supplement this response if more information becomes available.**

**REQUEST FOR PRODUCTION NO. 15:**
To the extent not responsive to Request Nos. 3-12 above, any and all documents regarding any effort by any Plaintiff to obtain Spikevax, whether through the Department of Defense or another provider, including but not limited to any interest in receiving Spikevax, any inquiry as to the availability of Spikevax, and any response to such inquiry.

**RESPONSE: Please see all responsive documents to this request, if any, in PL00001-00053 and PL00054-00103. Plaintiffs note that Defendants are already in possession of many of these documents. Plaintiffs will supplement this response if more information becomes available.**