# Exhibit 8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BENJAMIN COKER,** *et al.***,**

          **Plaintiffs,**

  v.

**LLOYD AUSTIN, III, in his official capacity as Secretary of Defense,** *et al.***,**

          **Defendants.**

Case No. 3:21-cv-01211-AW-HTC

**PLAINTIFFS' SUPPLEMENTAL RESPONSES TO DEFENDANTS'
FIRST SET OF INTERROGATORIES**

Plaintiffs, Benjamin Coker, et al., serve these supplemental responses to Defendants' first set of interrogatories pursuant to Rule 33 of the Federal Rules of Civil Procedure.

Respectfully submitted,

*s/ Brandon Johnson*
DC Bar No. 491370
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219
Tel. 214-707-1775
Email: bcj@defendingtherepublic.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that I served the foregoing to Defendant's counsel via e-mail on May 13, 2022.

*/s/ Brandon Johnson*

## PLAINTIFFS' SUPPLEMENTAL RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 1:**
Please identify each individual who has assisted you in preparing your responses to these interrogatories.

**RESPONSE: Plaintiffs.**

**INTERROGATORY NO. 2:**
Please identify all documents that you consulted in preparing your responses to these interrogatories.

**RESPONSE: None.**

**INTERROGATORY NO. 3:**
Please identify any and all Plaintiffs who would take Comirnaty, if available.

**RESPONSE: Plaintiffs object because this interrogatory is speculative. Defendants ask Plaintiffs whether they would take Comirnaty "if available," although Comirnaty is not available and Defendants admit they are not in possession of Comirnaty. Plaintiffs are thus required to guess whether they will receive a vaccine that may *never* be available to Plaintiffs. In other words, Plaintiffs must respond to a hypothetical that cannot occur right now and may never occur. Furthermore, this interrogatory requires Plaintiffs to speculate and provide answers without knowing whether or not the Department of Defense COVID-19 vaccine mandate will still be in effect when Comirnaty is "available." And for those Plaintiffs who have pending religious accommodation requests or appeals, they are improperly asked to guess whether they would take Comirnaty without knowing how Defendants might rule on their religious objections.**

**Considering these objections and without waiving same, Plaintiffs respond that they are committed to following lawful orders, subject to their religious beliefs, their rights of refusal, their medical needs, and whether the recommended medical treatments have received lawful and appropriate approval.**

**INTERROGATORY NO. 4:**
Please identify any and all Plaintiffs who would not take Comirnaty, if available.

**RESPONSE: Plaintiffs object because this interrogatory is speculative. Defendants ask Plaintiffs whether they would or would not take Comirnaty "if available," although Comirnaty is not available and Defendants admit they are not in possession of Comirnaty. Plaintiffs are thus required to guess whether they will receive a vaccine that may *never* be available to Plaintiffs. In other words, Plaintiffs must respond to a hypothetical that cannot**

occur right now and may never occur. Furthermore, this interrogatory requires Plaintiffs to speculate and provide answers without knowing whether or not the Department of Defense COVID-19 vaccine mandate will still be in effect when Comirnaty is "available." And for those Plaintiffs who have pending religious accommodation requests or appeals, they are improperly asked to guess whether they would take Comirnaty without knowing how Defendants might rule on their religious objections.

Considering these objections and without waiving same, Plaintiffs respond that they are committed to following lawful orders, subject to their religious beliefs, their rights of refusal, their medical needs, and whether the recommended medical treatments have received lawful and appropriate approval.

**INTERROGATORY NO. 5:**
Please identify any and all Plaintiffs who would take Spikevax, if available.

**RESPONSE: Plaintiffs object because this interrogatory is speculative. Defendants ask Plaintiffs whether they would take Spikevax "if available," although Comirnaty is not available and there is no telling when Spikevax will be available. Plaintiffs are thus required to guess whether they will receive a vaccine that may *never* be available to Plaintiffs. In other words, Plaintiffs must respond to a hypothetical that cannot occur right now and may never occur. Furthermore, this interrogatory requires Plaintiffs to speculate and provide answers without knowing whether or not the Department of Defense COVID-19 vaccine mandate will still be in effect when Spikevax is "available." And for those Plaintiffs who have pending religious accommodation requests or appeals, they are improperly asked to guess whether they would take Spikevax without knowing how Defendants might rule on their religious objections.**

**Considering these objections and without waiving same, Plaintiffs respond that they are committed to following lawful orders, subject to their religious beliefs, their rights of refusal, their medical needs, and whether the recommended medical treatments have received lawful and appropriate approval.**

**INTERROGATORY NO. 6:**
Please identify any and all Plaintiffs who would not take Spikevax, if available.

**RESPONSE: Plaintiffs object because this interrogatory is speculative. Defendants ask Plaintiffs whether they would or would not take Spikevax "if available," although Spikevax is not available and Defendants admit they are not in possession of Spikevax. Plaintiffs are thus required to guess whether they will receive a vaccine that may *never* be available to Plaintiffs. In other words, Plaintiffs must respond to a hypothetical that cannot occur right now and may never occur. Furthermore, this interrogatory requires Plaintiffs to speculate and provide answers without knowing whether or not the Department of Defense COVID-19 vaccine mandate will still be in effect when Spikevax is "available." And for those Plaintiffs who have pending religious accommodation requests or appeals, they are**

**improperly asked to guess whether they would take Spikevax without knowing how Defendants might rule on their religious objections.**

**Considering these objections and without waiving same, Plaintiffs respond that they are committed to following lawful orders, subject to their religious beliefs, their rights of refusal, their medical needs, and whether the recommended medical treatments have received lawful and appropriate approval.**

**INTERROGATORY NO. 7:**
Please identify any and all Plaintiffs who would take a BLA compliant vaccine, if available.

**RESPONSE: Plaintiffs respond that they are committed to following lawful orders, subject to their religious beliefs, medical needs, their rights of refusal, and whether the recommended medical treatments have received lawful and appropriate approval. BLA-compliant vaccines – which Defendants defined as "an EUA-labeled vaccine" are not FDA approved and are thus not subject to the DOD Mandate.**

**INTERROGATORY NO. 8:**
Please identify any and all Plaintiffs who would not take a BLA compliant vaccine, if available.

**RESPONSE:  Plaintiffs respond that they are committed to following lawful orders, subject to their religious beliefs, medical needs, their rights of refusal, and whether the recommended medical treatments have received lawful and appropriate approval. BLA-compliant vaccines – which Defendants defined as "an EUA-labeled vaccine" are not FDA approved and are thus not subject to the DOD Mandate.**

**INTERROGATORY NO. 9:**
Please identify any and all Plaintiffs who have inquired as to the availability of Comirnaty, whether through the Department of Defense or another provider, and any response to such inquiry.

**RESPONSE: So far, these Plaintiffs have inquired about the availability of Comirnaty. These are summaries of the responses they have been given. Plaintiffs will update this response as more information becomes available.**
1. **Joseph Connell inquired as to the availability of Comirnaty at the base immunization's clinic at Hurlburt Field. He was informed it was not available. He also reached out to Eglin Air Force Base and was informed they do not have Comirnaty. He has contacted several local pharmacies, including CVS and Walgreens, who told him they are not in possession of Comirnaty.**
2. **Kalem Cossette was informed that Comirnaty was not available at his Medical Treatment Facility or in his local area.**
3. **Sean Cothran inquired about the availability of Comirnaty at Hurlburt Field. He was informed it was not available.**

4. **Nick Harwood asked about the availability of Comirnaty at Area 13 Base Medical Clinic in December 2021. He was informed they did not have Comirnaty. In February 2022, he inquired through the unit medical officer who confirmed they did not have any product labeled Comirnaty on the base.**
5. **Jordan Karr has inquired about the availability of Comirnaty at her base. She was informed that they did not have Comirnaty.**
6. **Kacy Dixon inquired about the available of Comirnaty to the Department of Defense. They did not respond. She has asked local pharmacies if they carried Comirnaty. They all responded in the negative.**
7. **Nickolas Kupper has asked Pfizer representatives about the availability of Comirnaty. They have all responded that they have not manufactured any Comirnaty-labeled vaccines. He has also asked his base immunologist about the availability of Comirnaty, and has been informed that the base does not possess Comirnaty.**
8. **Andrew Snow asked his medical clinic at Dover Air Force Base whether they have Comirnaty. He was informed they have "Pfizer, and it is interchangeable."**
9. **Brian Stermer asked his local Walgreens about whether Comirnaty was available. He was informed they have nothing with that label.**
10. **Taylor Roberts was informed by the local Medical Treatment Facility that they did not have Comirnaty.**
11. **Michael Thompson has confirmed that Pfizer has not manufactured Comirnaty.**
12. **Eric Kaltrider inquired about the availability of Comirnaty at Camp Lejeune's immunization clinic, and was informed they do not carry Comirnaty.**

**INTERROGATORY NO. 10:**
Please identify any and all Plaintiffs who have inquired as to the availability of Spikevax, whether through the Department of Defense or another provider, and any response to such inquiry.

**RESPONSE:** So far, these Plaintiffs have inquired about the availability of Spikevax. These are summaries of the responses they have been given. Plaintiffs will update this response as more information becomes available.
1. **Michael Thompson has confirmed that Spikevax is currently unavailable.**
2. **Nickolas Kupper was provided lot numbers of the vaccines that were on base in January 2022. None were Spikevax.**
3. **Kacy Dixon is aware through the CDC website that Spikevax will not be created while EUA products are still available.**
4. **Jordan Karr has been informed that her base does not have Spikevax.**
5. **Sean Cothran inquired about the availability of Spikevax at Hurlburt Field. He was informed they have no vials labeled Spikevax.**
6. **Eric Kaltrider inquired about the availability of Spikevax at Camp Lejeune's medical center, and was informed they do not carry Spikevax.**

**INTERROGATORY NO. 11:**

Please identify any and all Plaintiffs who have inquired as to the availability of a BLA compliant vaccine, whether through the Department of Defense or another provider, and any response to such inquiry.

**RESPONSE: So far, these Plaintiffs have inquired about the availability of BLA-compliant vaccines. These are summaries of the responses they have been given. Plaintiffs will update this response as more information becomes available.**

1. **Kalem Cossette has confirmed no BLA-approved lots are available at his Medical Treatment Facility or in his local area.**
2. **Sean Cothran inquired about the availability of BLA-compliant vaccines at Hurlburt Field. He was informed they have none.**
3. **Jordan Karr has been informed that her base does not have BLA-compliant vaccines.**
4. **Kacy Dixon inquired with a local pharmacy regarding their vaccines. They did not have any BLA-compliant lots.**
5. **Nickolas Kupper was provided lot numbers of the vaccines that were on base in January 2022. None were BLA-compliant.**
6. **Brian Stermer asked his local Walgreens about BLA-compliant vaccines. They were unsure.**
7. **Taylor Roberts was provided lot numbers by the local Medical Treatment Facility. These confirm that they did not have BLA-compliant vaccines.**