# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**BENJAMIN COKER**, *et al.*,

                     **Plaintiffs,**

    **v.**

**LLOYD AUSTIN, III, in his official capacity as**
**Secretary of Defense**, *et al.*,

                     **Defendants.**

**Case No. 3:21-cv-01211-AW-HTC**

## PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT, LLOYD AUSTIN, III

Plaintiffs, Benjamin Coker, et al., serve this their first set of requests for production to Defendant, Lloyd Austin, III, and require that Defendant respond pursuant to Rule 34 of the Federal Rules of Civil Procedure.

Respectfully submitted,

*s/ Brandon Johnson*
DC Bar No. 491370
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219
Tel. 214-707-1775
Email: bcj@defendingtherepublic.org

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served the foregoing to Defendant's counsel via e-mail on February 9, 2022.


*<u>/s/ Brandon Johnson</u>*

### ACRONYMS & DEFINITIONS

| | |
|---|---|
| AFMRA | Air Force Medical Readiness Agency |
| Armed Services | U.S. Air Force, U.S. Army, U.S. Marine Corps, U.S. Navy (including active-duty, reserve and National Guard) |
| BLA | Biologics License Application or Approval |
| BUMED | Navy Bureau of Medicine and Surgery |
| CDC | Centers for Disease Control & Prevention |
| CMS | Center for Medicare and Medicaid Services |
| Command | Any Armed Services Command (including, but not limited to, those listed in this attachment) |
| Component | Any DOD Component (including, but not limited to, those listed in this attachment) |
| DEMD | Defense Medical Epidemiological Database |
| DHA | Defense Health Agency |
| DLA | Defense Logistics Agency |
| DLA-TSM | DLA Troop Support Medical |
| DOC | DOD Vaccine Distribution Ordering Center |
| DOD | Department of Defense |
| DODI | DOD Instruction |
| EUA | Emergency Use Authorization |
| FDA | Food and Drug Administration |
| HCP | Health Care Provider |
| HHS | Department of Health & Human Services |
| JPT | COVID Vaccine Joint Planning Team |
| MTF | Military Treatment Facility |
| NMLA | Naval Medical Logistics Command |

| | |
|---|---|
| OPT | COVID Vaccine Operational Planning Team |
| Task Force | White House Safer Workforce Taskforce |
| USAMMA | U.S. Army Medical Materiel Agency |
| Vaccine | Pfizer-BioNtech COVID-19 Vaccine |
| VA | Department of Veterans Affairs |
| VAERS | Vaccine Adverse Event Reporting System |
| VIALS | Vaccine Information and Logistics System |

## PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT, LLOYD AUSTIN, III

1. For each lot or batch of Vaccines that the Department of Defense ("DOD"), DOD Component, the Armed Services, or any Armed Services Component has ordered, please provide the following documents and/or documents including the following information:

   a. Purchase orders;

   b. Documents identifying the legal category (Approved, BLA-compliant, EUA) of the vaccine or labeling of the vaccine (e.g., Comirnaty, "Purple Cap/Vial," "Gray Cap/Vial," "Orange Cap/Vial,");

   c. Manufacturing and expiration dates;

   d. Shipping manifests, including documents indicating shipping and receipt dates and delivery locations;

   e. Inventory records, including documents indicating delivery and receipt dates and locations; and

   f. Distribution records identifying delivery and receipt dates and locations.

   **Response:**

2. Produce all documents and communications supporting the August 24, 2021 SECDEF Memo and any documents relating to the implementation or administration of this policy. This includes documents relating to the use or administration of EUA-labeled Vaccines, BLA-compliant Vaccines, and/or labeling-specific guidance (*i.e.*, Purple Cap/Vial, Gray Cap/Vial, Orange Cap/Vial).

   **Response:**

3. Produce all documents relating to any cost-benefit analysis or other comparison of the DOD Mandate to the status quo, including but not limited to those which provide comparative evaluations of number of infections, hospitalizations, and mortality for the COVID-19 vaccinated and unvaccinated.

   **Response:**

4. Produce all documents relating to DOD Mandate alternatives considered by the DOD.

   **Response:**

5. Produce all documents relating to the analysis of Comirnaty/Pfizer-BioNTech safety and efficacy, whether it originated with the government or elsewhere.

   **Response:**

6. Produce all Joint Staff planning documents, including those produced by JPT and OPT, related to the adoption or implementation of the DOD Mandate.

   **Response:**

7. Produce all communications regarding the adoption or implementation of the DOD Mandate with:

   a. Members of the White House Safer Workforce Taskforce;

   b. Other federal agencies, including, but not limited to, the FDA, HHS, NIH, NIAID, or CDC; or

   c. Employees or representatives of Pfizer or BioNTech.

   **Response:**

8. Produce all communications with employees or representatives of the FDA regarding:

   a. The "interchangeability" of EUA-labeled and licensed Vaccines;

   b. "BLA-compliant" Vaccines;

   c. Legal, chemical, medical, or manufacturing differences between Comirnaty and EUA-labeled Vaccines;

   d. Differences in terms of safety, effectiveness, potency or purity between Comirnaty and EUA-labeled vaccines;

   e. Differences in terms of safety, effectiveness, potency or purity among different lots of EUA-labeled vaccines or between EUA-labeled Vaccines manufactured at different locations;

   f. The unavailability of Comirnaty; or

   g. Comparing the level of protection or immunity provided by vaccination and previous infection, or natural immunity.

   **Response:**

9. Produce all communications with employees or representatives of Pfizer or BioNtech regarding all of the foregoing topics plus the following:

   a. The rationale for not selling or distributing Comirnaty; or

   b. Requests to order Comirnaty or inquiries regarding future availability of Comirnaty.

   **Response:**

10. Produce all communications with employees or representatives of the DOJ regarding the July 6, 2021 Office of Legal Counsel memorandum regarding 10 U.S.C. § 1107a and the need for a Presidential waiver referenced on pages 16-18 of said memorandum.

    **Response:**

11. For each Armed Service, produce all documents related to denials of medical exemption requests for COVID-19 vaccines.

    **Response:**

12. For each Armed Service, produce, all documents related to denials of religious exemption requests for COVID-19 vaccines.

    **Response:**

13. For each Armed Service, produce, produce all documents related to denials of administrative exemption requests for COVID-19 vaccines.

    **Response:**

14. For each Armed Service, produce, produce all documents related to the granting of medical exemption requests for COVID-19 vaccines.

    **Response:**

15. For each Armed Service, produce all documents related to the granting of religious exemption requests for COVID-19 vaccines.

    **Response:**

16. For each Armed Service, produce all documents related to the granting of administrative exemption requests for COVID-19 vaccines.

    **Response:**

17. Mandatory Vaccination Guidance and training materials promulgated by the DOD and Armed Services and medical/immunization commands (AFRMA, BUMED, DHA, USAMMA, etc.) regarding:

    a. Vaccination policy and compliance with DOD Mandate;

    b. Exceptions or exemptions from DOD Mandate or other applicable policies;

    c. Guidance for refusal management;

    d. Reporting of adverse effects or injuries to VAERS, DMED or other databases or medical record systems.

**Response:**

18. Produce copies of training materials or guidance provided to HCPs, MTFs and other medical personnel on the following issues:

    a. Compliance with informed consent requirements;

    b. How to explain distinction between Comirnaty, EUA and "BLA-compliant" doses;

    c. How to explain differences between Vaccines with Purple Cap/Vial, Gray Cap/Vial, and Orange Cap/Vial; or

    d. How to respond to questions whether EUA-labeled vaccines are FDA licensed;

**Response:**

19. Produce copies of any policies or procedures governing the following:

    a. Compliance with requirement that only BLA-compliant, EUA-labeled vaccines may be mandate.

    b. Reporting of Vaccine adverse effects or injuries to VAERS, DMED or other databases or medical reporting systems.

**Response:**

20. Produce all documents relating to the DODI 6205.02 procedures including but not limited to:

    a. Documents generated by the officials identified in Section 2 ("Responsibilities") in connection with the adoption and implementation of the DOD Mandate;

    b. Guidance documents related to the use of FDA-license vaccines, BLA-compliant vaccines, and EUA vaccines;

    c. Immunization guidance documents, as set forth in Section 3.1 ("Immunization Guidance");

    d. Documents related to Section 3.3 ("Exceptions to Policy") guidance regarding FDA-approved immunizations and non-FDA-approved immunizations; and

    e. Any studies or analyses produced pursuant to any requirement under DODI 6205.02;

**Response:**

21. Produce all documents and communications related to the AR 40-562 exemptions for previous documented infections, pregnancy or lactation, and other medical conditions including the following:

    a. Elimination or denial of exemptions for previous documented infections;

    b. Changes in the procedures for granting medical exemptions identified under AR 40-562; or

    c. Documents addressing the relative levels of immunity or protection provided by COVID-19 vaccination compared to natural immunity.

**Response:**

22. Produce all reports regarding Vaccine efficacy, safety, side effects and/or injuries from DMED, or any other database maintained by AFRMA, DHA, BUMED, or any other DOD Component or Armed Services Command.

**Response:**

23. Produce all reports regarding Vaccine efficacy, safety, side effects and injuries from VAERS, CMS databases, or any other public or private database provided to DOD, any Armed Service, any DOD Component, or any Armed Services Command.

**Response:**

24. Produce all documents relating to disciplinary policies or actions, from January 1, 2020 to the present, for violation of the DOD Mandate or any other policy related to COVID-19 vaccination.

**Response:**

25. For all other vaccine mandates, provide documents for the time period January 1, 2010 to the present showing statistics or figures on disciplinary actions, administrative separations, involuntary dismissals, and discharges due to vaccine refusal or non-compliance.

**Response:**

26. Produce all other documents considered directly or indirectly in the creation of the DOD Mandate.

**Response:**

27. Produce all other implementation and guidance procedures relating to the DOD Mandate.

**Response:**

28. Produce all documents you intend to use at trial.

**Response:**

29. Produce all documents relating to any defense that has been or will be raised, whether affirmative or otherwise.

   **Response:**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| **BENJAMIN COKER, *et al.*,** | |
| **Plaintiffs,** | |
| **v.** | **Case No. 3:21-cv-01211-AW-HTC** |
| **LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, *et al.*,** | |
| **Defendants.** | |

## PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT, CARLOS DEL TORO

Plaintiffs, Benjamin Coker, et al., serve this their first set of requests for production to

Defendant, Carlos Del Toro, and require that Defendant respond pursuant to Rule 34 of the Federal

Rules of Civil Procedure.

Respectfully submitted,

*s/ Brandon Johnson*
DC Bar No. 491370
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219
Tel. 214-707-1775
Email: bcj@defendingtherepublic.org

## **CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing to Defendant's counsel via e-mail on February 9, 2022.


*/s/ Brandon Johnson*

## ACRONYMS & DEFINITIONS

| | |
|---|---|
| AFMRA | Air Force Medical Readiness Agency |
| Armed Services | U.S. Air Force, U.S. Army, U.S. Marine Corps, U.S. Navy (including active-duty, reserve and National Guard) |
| BLA | Biologics License Application or Approval |
| BUMED | Navy Bureau of Medicine and Surgery |
| CDC | Centers for Disease Control & Prevention |
| CMS | Center for Medicare and Medicaid Services |
| Command | Any Armed Services Command (including, but not limited to, those listed in this attachment) |
| Component | Any DOD Component (including, but not limited to, those listed in this attachment) |
| DEMD | Defense Medical Epidemiological Database |
| DHA | Defense Health Agency |
| DLA | Defense Logistics Agency |
| DLA-TSM | DLA Troop Support Medical |
| DOC | DOD Vaccine Distribution Ordering Center |
| DOD | Department of Defense |
| DODI | DOD Instruction |
| EUA | Emergency Use Authorization |
| FDA | Food and Drug Administration |
| HCP | Health Care Provider |
| HHS | Department of Health & Human Services |
| JPT | COVID Vaccine Joint Planning Team |
| MTF | Military Treatment Facility |
| NMLA | Naval Medical Logistics Command |

| | |
|---|---|
| OPT | COVID Vaccine Operational Planning Team |
| Task Force | White House Safer Workforce Taskforce |
| USAMMA | U.S. Army Medical Materiel Agency |
| Vaccine | Pfizer-BioNtech COVID-19 Vaccine |
| VA | Department of Veterans Affairs |
| VAERS | Vaccine Adverse Event Reporting System |
| VIALS | Vaccine Information and Logistics System |

## PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT, CARLOS DEL TORO

1. For each lot or batch of Vaccines that the Navy or any Navy Component has ordered, please provide the following documents and/or documents including the following information:

   a. Purchase orders;

   b. Documents identifying the legal category (Approved, BLA-compliant, EUA) of the vaccine or labeling of the vaccine (e.g., Comirnaty, "Purple Cap/Vial," "Gray Cap/Vial," "Orange Cap/Vial,");

   c. Manufacturing and expiration dates;

   d. Shipping manifests, including documents indicating shipping and receipt dates and delivery locations;

   e. Inventory records, including documents indicating delivery and receipt dates and locations; and

   f. Distribution records identifying delivery and receipt dates and locations.

   **Response:**

2. Produce all documents relating to the implementation or administration of the August 24, 2021 DOD Mandate policy. This includes documents relating to the use or administration of EUA-labeled Vaccines, BLA-compliant Vaccines, and/or labeling-specific guidance (*i.e.*, Purple Cap/Vial, Gray Cap/Vial, Orange Cap/Vial).

   **Response:**

3. Produce all documents relating to any cost-benefit analysis or other comparison of the DOD Mandate to the status quo, including but not limited to those which provide comparative evaluations of number of infections, hospitalizations, and mortality for the COVID-19 vaccinated and unvaccinated.

   **Response:**

4. Produce all documents relating to the analysis of Comirnaty/Pfizer-BioNTech safety and efficacy, whether it originated with the government or elsewhere.

   **Response:**

5. Produce all documents related to the adoption or implementation of the DOD Mandate.

   **Response:**

6. Produce all communications regarding the adoption or implementation of the DOD Mandate with:

     a.  The DOD;

     b.  Members of the White House Safer Workforce Taskforce;

     c.  Other federal agencies, including, but not limited to, the FDA, HHS, NIH, NIAID, or CDC; or

     d.  Employees or representatives of Pfizer or BioNTech.

**Response:**

7.  Produce all communications with employees or representatives of the FDA regarding:

     a.  The "interchangeability" of EUA-labeled and licensed Vaccines;

     b.  "BLA-compliant" Vaccines;

     c.  Legal, chemical, medical, or manufacturing differences between Comirnaty and EUA-labeled Vaccines;

     d.  Differences in terms of safety, effectiveness, potency or purity between Comirnaty and EUA-labeled vaccines;

     e.  Differences in terms of safety, effectiveness, potency or purity among different lots of EUA-labeled vaccines or between EUA-labeled Vaccines manufactured at different locations;

     f.  The unavailability of Comirnaty; or

     g.  Comparing the level of protection or immunity provided by vaccination and previous infection, or natural immunity.

**Response:**

8.  Produce all communications with employees or representatives of Pfizer or BioNtech regarding all of the foregoing topics plus the following:

     a.  The rationale for not selling or distributing Comirnaty; or

     b.  Requests to order Comirnaty or inquiries regarding future availability of Comirnaty.

**Response:**

9.  Produce all communications with employees or representatives of the DOJ regarding the July 6, 2021 Office of Legal Counsel memorandum regarding 10 U.S.C. § 1107a and the need for a Presidential waiver referenced on pages 16-18 of said memorandum.

**Response:**

10. Produce all documents related to denials of medical exemption requests for COVID-19 vaccines.

   **Response:**

11. Produce all documents related to denials of religious exemption requests for COVID-19 vaccines.

   **Response:**

12. Produce all documents related to denials of administrative exemption requests for COVID-19 vaccines.

   **Response:**

13. Produce all documents related to the granting of medical exemption requests for COVID-19 vaccines.

   **Response:**

14. Produce documents related to the granting of religious exemption requests for COVID-19 vaccines.

   **Response:**

15. Produce all documents related to the granting of administrative exemption requests for COVID-19 vaccines.

   **Response:**

16. Produce all documents regarding:

   a. Vaccination policy and compliance with DOD Mandate;

   b. Exceptions or exemptions from DOD Mandate or other applicable policies;

   c. Guidance for refusal management;

   d. Reporting of adverse effects or injuries to VAERS, DMED or other databases or medical record systems.

   **Response:**

17. Produce copies of training materials or guidance provided to personnel on the following issues:

   a. Compliance with informed consent requirements;

   b. How to explain distinction between Comirnaty, EUA and "BLA-compliant" doses;

c. How to explain differences between Vaccines with Purple Cap/Vial, Gray Cap/Vial, and Orange Cap/Vial; or

d. How to respond to questions whether EUA-labeled vaccines are FDA licensed;

**Response:**

18. Produce copies of any policies or procedures governing the following:

a. Compliance with requirement that only BLA-compliant, EUA-labeled vaccines may be mandate.

b. Reporting of Vaccine adverse effects or injuries to VAERS, DMED or other databases or medical reporting systems.

**Response:**

19. Produce all documents relating to the DODI 6205.02 procedures including but not limited to:

a. Documents generated by the officials identified in Section 2 ("Responsibilities") in connection with the adoption and implementation of the DOD Mandate;

b. Guidance documents related to the use of FDA-license vaccines, BLA-compliant vaccines, and EUA vaccines;

c. Immunization guidance documents, as set forth in Section 3.1 ("Immunization Guidance");

d. Documents related to Section 3.3 ("Exceptions to Policy") guidance regarding FDA-approved immunizations and non-FDA-approved immunizations; and

e. Any studies or analyses produced pursuant to any requirement under DODI 6205.02;

**Response:**

20. Produce all documents and communications related to the AR 40-562 exemptions for previous documented infections, pregnancy or lactation, and other medical conditions including the following:

a. Elimination or denial of exemptions for previous documented infections;

b. Changes in the procedures for granting medical exemptions identified under AR 40-562; or

c. Documents addressing the relative levels of immunity or protection provided by COVID-19 vaccination compared to natural immunity.

**Response:**

21. Produce all reports regarding Vaccine efficacy, safety, side effects and injuries.

**Response:**

22. Produce all documents relating to disciplinary policies or actions, from January 1, 2020 to the present, for violation of the DOD Mandate or any other policy related to COVID-19 vaccination.

**Response:**

23. For all other vaccine mandates, provide documents for the time period January 1, 2010 to the present showing statistics or figures on disciplinary actions, administrative separations, involuntary dismissals, and discharges due to vaccine refusal or non-compliance.

**Response:**

24. Produce all other implementation and guidance procedures relating to the DOD Mandate.

**Response:**

25. Produce all documents and communications in possession of Vice Admiral William Merz regarding the Navy's implementation of mandatory vaccination for COVID-19.

**Response:**

26. Produce all documents and communications in possession of Vice Admiral William Merz regarding the Navy's policies and procedures for implementation and enforcement of the DOD Mandate.

**Response:**

27. Produce all documents and communications in possession of Lieutenant General David Furness regarding the U.S. Marine Corps' implementation of mandatory vaccination for COVID-19.

**Response:**

28. Produce all documents and communications in possession of Lieutenant General David Furness regarding the U.S. Marine Corps' policies and procedures for implementation and enforcement of the DOD Mandate.

**Response:**

29. Produce all documents you intend to use at trial.

**Response:**

30. Produce all documents relating to any defense that has been or will be raised, whether affirmative or otherwise.

   **Response:**

31. Produce all service branch correspondence relating to the DOD Mandate.

   **Response:**

32. Produce all service branch correspondence relating to COVID-19 vaccination medical accommodation requests or religious accommodation requests.

   **Response:**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| **BENJAMIN COKER,** *et al.*, | |
| **Plaintiffs,** | |
| **v.** | **Case No. 3:21-cv-01211-AW-HTC** |
| **LLOYD AUSTIN, III, in his official capacity as Secretary of Defense,** *et al.*, | |
| **Defendants.** | |

## PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT, FRANK KENDALL

Plaintiffs, Benjamin Coker, et al., serve this their first set of requests for production to Defendant, Frank Kendall, and require that Defendant respond pursuant to Rule 34 of the Federal Rules of Civil Procedure.

Respectfully submitted,

*s/ Brandon Johnson*
DC Bar No. 491370
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219
Tel. 214-707-1775
Email: bcj@defendingtherepublic.org

## **CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing to Defendant's counsel via e-mail on February 9, 2022.

*/s/ Brandon Johnson*

## ACRONYMS & DEFINITIONS

| | |
|---|---|
| AFMRA | Air Force Medical Readiness Agency |
| Armed Services | U.S. Air Force, U.S. Army, U.S. Marine Corps, U.S. Navy (including active-duty, reserve and National Guard) |
| BLA | Biologics License Application or Approval |
| BUMED | Navy Bureau of Medicine and Surgery |
| CDC | Centers for Disease Control & Prevention |
| CMS | Center for Medicare and Medicaid Services |
| Command | Any Armed Services Command (including, but not limited to, those listed in this attachment) |
| Component | Any DOD Component (including, but not limited to, those listed in this attachment) |
| DEMD | Defense Medical Epidemiological Database |
| DHA | Defense Health Agency |
| DLA | Defense Logistics Agency |
| DLA-TSM | DLA Troop Support Medical |
| DOC | DOD Vaccine Distribution Ordering Center |
| DOD | Department of Defense |
| DODI | DOD Instruction |
| EUA | Emergency Use Authorization |
| FDA | Food and Drug Administration |
| HCP | Health Care Provider |
| HHS | Department of Health & Human Services |
| JPT | COVID Vaccine Joint Planning Team |
| MTF | Military Treatment Facility |
| NMLA | Naval Medical Logistics Command |

| | |
|---|---|
| OPT | COVID Vaccine Operational Planning Team |
| Task Force | White House Safer Workforce Taskforce |
| USAMMA | U.S. Army Medical Materiel Agency |
| Vaccine | Pfizer-BioNtech COVID-19 Vaccine |
| VA | Department of Veterans Affairs |
| VAERS | Vaccine Adverse Event Reporting System |
| VIALS | Vaccine Information and Logistics System |

## PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT, FRANK KENDALL

1. For each lot or batch of Vaccines that the Air Force or any Air Force Component has ordered, please provide the following documents and/or documents including the following information:

    a.  Purchase orders;

    b.  Documents identifying the legal category (Approved, BLA-compliant, EUA) of the vaccine or labeling of the vaccine (e.g., Comirnaty, "Purple Cap/Vial," "Gray Cap/Vial," "Orange Cap/Vial,");

    c.  Manufacturing and expiration dates;

    d.  Shipping manifests, including documents indicating shipping and receipt dates and delivery locations;

    e.  Inventory records, including documents indicating delivery and receipt dates and locations; and

    f.  Distribution records identifying delivery and receipt dates and locations.

    **Response:**

2. Produce all documents relating to the implementation or administration of the August 24, 2021 DOD Mandate policy. This includes documents relating to the use or administration of EUA-labeled Vaccines, BLA-compliant Vaccines, and/or labeling-specific guidance (*i.e.*, Purple Cap/Vial, Gray Cap/Vial, Orange Cap/Vial).

    **Response:**

3. Produce all documents relating to any cost-benefit analysis or other comparison of the DOD Mandate to the status quo, including but not limited to those which provide comparative evaluations of number of infections, hospitalizations, and mortality for the COVID-19 vaccinated and unvaccinated.

    **Response:**

4. Produce all documents relating to the analysis of Comirnaty/Pfizer-BioNTech safety and efficacy, whether it originated with the government or elsewhere.

    **Response:**

5. Produce all documents related to the adoption or implementation of the DOD Mandate.

    **Response:**

6. Produce all communications regarding the adoption or implementation of the DOD

Mandate with:

    a.  The DOD;

    b.  Members of the White House Safer Workforce Taskforce;

    c.  Other federal agencies, including, but not limited to, the FDA, HHS, NIH, NIAID, or CDC; or

    d.  Employees or representatives of Pfizer or BioNTech.

**Response:**

7.  Produce all communications with employees or representatives of the FDA regarding:

    a.  The "interchangeability" of EUA-labeled and licensed Vaccines;

    b.  "BLA-compliant" Vaccines;

    c.  Legal, chemical, medical, or manufacturing differences between Comirnaty and EUA-labeled Vaccines;

    d.  Differences in terms of safety, effectiveness, potency or purity between Comirnaty and EUA-labeled vaccines;

    e.  Differences in terms of safety, effectiveness, potency or purity among different lots of EUA-labeled vaccines or between EUA-labeled Vaccines manufactured at different locations;

    f.  The unavailability of Comirnaty; or

    g.  Comparing the level of protection or immunity provided by vaccination and previous infection, or natural immunity.

**Response:**

8.  Produce all communications with employees or representatives of Pfizer or BioNtech regarding all of the foregoing topics plus the following:

    a.  The rationale for not selling or distributing Comirnaty; or

    b.  Requests to order Comirnaty or inquiries regarding future availability of Comirnaty.

**Response:**

9.  Produce all communications with employees or representatives of the DOJ regarding the July 6, 2021 Office of Legal Counsel memorandum regarding 10 U.S.C. § 1107a and the need for a Presidential waiver referenced on pages 16-18 of said memorandum.

**Response:**

10. Produce all documents related to denials of medical exemption requests for COVID-19 vaccines.

    **Response:**

11. Produce all documents related to denials of religious exemption requests for COVID-19 vaccines.

    **Response:**

12. Produce all documents related to denials of administrative exemption requests for COVID-19 vaccines.

    **Response:**

13. Produce all documents related to the granting of medical exemption requests for COVID-19 vaccines.

    **Response:**

14. Produce documents related to the granting of religious exemption requests for COVID-19 vaccines.

    **Response:**

15. Produce all documents related to the granting of administrative exemption requests for COVID-19 vaccines.

    **Response:**

16. Produce all documents regarding:

    a. Vaccination policy and compliance with DOD Mandate;

    b. Exceptions or exemptions from DOD Mandate or other applicable policies;

    c. Guidance for refusal management;

    d. Reporting of adverse effects or injuries to VAERS, DMED or other databases or medical record systems.

    **Response:**

17. Produce copies of training materials or guidance provided to personnel on the following issues:

    a. Compliance with informed consent requirements;

b. How to explain distinction between Comirnaty, EUA and "BLA-compliant" doses;

c. How to explain differences between Vaccines with Purple Cap/Vial, Gray Cap/Vial, and Orange Cap/Vial; or

d. How to respond to questions whether EUA-labeled vaccines are FDA licensed;

**Response:**

18. Produce copies of any policies or procedures governing the following:

a. Compliance with requirement that only BLA-compliant, EUA-labeled vaccines may be mandate.

b. Reporting of Vaccine adverse effects or injuries to VAERS, DMED or other databases or medical reporting systems.

**Response:**

19. Produce all documents relating to the DODI 6205.02 procedures including but not limited to:

a. Documents generated by the officials identified in Section 2 ("Responsibilities") in connection with the adoption and implementation of the DOD Mandate;

b. Guidance documents related to the use of FDA-license vaccines, BLA-compliant vaccines, and EUA vaccines;

c. Immunization guidance documents, as set forth in Section 3.1 ("Immunization Guidance");

d. Documents related to Section 3.3 ("Exceptions to Policy") guidance regarding FDA-approved immunizations and non-FDA-approved immunizations; and

e. Any studies or analyses produced pursuant to any requirement under DODI 6205.02;

**Response:**

20. Produce all documents and communications related to the AR 40-562 exemptions for previous documented infections, pregnancy or lactation, and other medical conditions including the following:

a. Elimination or denial of exemptions for previous documented infections;

b. Changes in the procedures for granting medical exemptions identified under AR 40-562; or

c. Documents addressing the relative levels of immunity or protection provided by

COVID-19 vaccination compared to natural immunity.

**Response:**

21. Produce all reports regarding Vaccine efficacy, safety, side effects and injuries.

    **Response:**

22. Produce all documents relating to disciplinary policies or actions, from January 1, 2020 to the present, for violation of the DOD Mandate or any other policy related to COVID-19 vaccination.

    **Response:**

23. For all other vaccine mandates, provide documents for the time period January 1, 2010 to the present showing statistics or figures on disciplinary actions, administrative separations, involuntary dismissals, and discharges due to vaccine refusal or non-compliance.

    **Response:**

24. Produce all other implementation and guidance procedures relating to the DOD Mandate.

    **Response:**

25. Produce all documents and communications in possession of Colonel Tonya Rans, M.D. relating to the Air Force's rational for requiring COVID-19 vaccination.

    **Response:**

26. Produce all documents and communications in possession of Colonel Tonya Rans, M.D. relating to COVID-19 impact on military readiness.

    **Response:**

27. Produce all documents and communications in possession of Colonel Tonya Rans, M.D. relating to the Air Force's implementation of the DOD Mandate.

    **Response:**

28. Produce all documents and communications in possession of Colonel Artemio Chapa regarding the Air Force's implementation of medical exemptions for mandatory vaccination for COVID-19.

    **Response:**

29. Produce all documents and communications in possession of Chaplain, Major Matthew Street regarding the Air Force's implementation of religious exemptions for mandatory vaccination for COVID-19.

**Response:**

30. Produce all documents and communications in possession of Colonel Elizabeth Hernandez regarding the Air Force's enforcement of the DOD Mandate.

    **Response:**

31. Produce all documents and communications in possession of Lieutenant Colonel Tameka Alderman regarding the Air Force's implementation of mandatory vaccination for COVID-19.

    **Response:**

32. Produce all documents and communications in possession of Lieutenant Colonel Tameka Alderman regarding the policies and procedures for implementation and enforcement of the DOD Mandate.

    **Response:**

33. Produce all documents and communications in possession of Lieutenant Colonel Justin Long regarding the Air Force's implementation of mandatory vaccination for COVID-19.

    **Response:**

34. Produce all documents and communications in possession of Lieutenant Colonel Justin Long regarding the policies and procedures for implementation and enforcement of the DOD Mandate.

    **Response:**

35. Produce all documents you intend to use at trial.

    **Response:**

36. Produce all documents relating to any defense that has been or will be raised, whether affirmative or otherwise.

    **Response:**

37. Produce all service branch correspondence relating to the DOD Mandate.

    **Response:**

38. Produce all service branch correspondence relating to COVID-19 vaccination medical accommodation requests or religious accommodation requests.

    **Response:**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| **BENJAMIN COKER,** *et al.*,<br><br>    **Plaintiffs,**<br><br>    **v.**<br><br>**LLOYD AUSTIN, III, in his official capacity as**<br>**Secretary of Defense,** *et al.*,<br><br>    **Defendants.** | **Case No. 3:21-cv-01211-AW-HTC** |

**PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION TO**
**DEFENDANT, CHRISTINE WORMUTH**

Plaintiffs, Benjamin Coker, et al., serve this their first set of requests for production to

Defendant, Christine Wormuth, and require that Defendant respond pursuant to Rule 34 of the

Federal Rules of Civil Procedure.

Respectfully submitted,

*s/ Brandon Johnson*
DC Bar No. 491370
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219
Tel. 214-707-1775
Email: bcj@defendingtherepublic.org

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I served the foregoing to Defendant's counsel via e-mail on February 9, 2022.

*<u>/s/ Brandon Johnson</u>*

## ACRONYMS & DEFINITIONS

| | |
|---|---|
| AFMRA | Air Force Medical Readiness Agency |
| Armed Services | U.S. Air Force, U.S. Army, U.S. Marine Corps, U.S. Navy (including active-duty, reserve and National Guard) |
| BLA | Biologics License Application or Approval |
| BUMED | Navy Bureau of Medicine and Surgery |
| CDC | Centers for Disease Control & Prevention |
| CMS | Center for Medicare and Medicaid Services |
| Command | Any Armed Services Command (including, but not limited to, those listed in this attachment) |
| Component | Any DOD Component (including, but not limited to, those listed in this attachment) |
| DEMD | Defense Medical Epidemiological Database |
| DHA | Defense Health Agency |
| DLA | Defense Logistics Agency |
| DLA-TSM | DLA Troop Support Medical |
| DOC | DOD Vaccine Distribution Ordering Center |
| DOD | Department of Defense |
| DODI | DOD Instruction |
| EUA | Emergency Use Authorization |
| FDA | Food and Drug Administration |
| HCP | Health Care Provider |
| HHS | Department of Health & Human Services |
| JPT | COVID Vaccine Joint Planning Team |
| MTF | Military Treatment Facility |
| NMLA | Naval Medical Logistics Command |

| | |
|---|---|
| OPT | COVID Vaccine Operational Planning Team |
| Task Force | White House Safer Workforce Taskforce |
| USAMMA | U.S. Army Medical Materiel Agency |
| Vaccine | Pfizer-BioNtech COVID-19 Vaccine |
| VA | Department of Veterans Affairs |
| VAERS | Vaccine Adverse Event Reporting System |
| VIALS | Vaccine Information and Logistics System |

## PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT, CHRISTINE WORMUTH

1. For each lot or batch of Vaccines that the Army or any Army Component has ordered, please provide the following documents and/or documents including the following information:

    a. Purchase orders;

    b. Documents identifying the legal category (Approved, BLA-compliant, EUA) of the vaccine or labeling of the vaccine (e.g., Comirnaty, "Purple Cap/Vial," "Gray Cap/Vial," "Orange Cap/Vial,");

    c. Manufacturing and expiration dates;

    d. Shipping manifests, including documents indicating shipping and receipt dates and delivery locations;

    e. Inventory records, including documents indicating delivery and receipt dates and locations; and

    f. Distribution records identifying delivery and receipt dates and locations.

    **Response:**

2. Produce all documents relating to the implementation or administration of the August 24, 2021 DOD Mandate policy. This includes documents relating to the use or administration of EUA-labeled Vaccines, BLA-compliant Vaccines, and/or labeling-specific guidance (*i.e.*, Purple Cap/Vial, Gray Cap/Vial, Orange Cap/Vial).

    **Response:**

3. Produce all documents relating to any cost-benefit analysis or other comparison of the DOD Mandate to the status quo, including but not limited to those which provide comparative evaluations of number of infections, hospitalizations, and mortality for the COVID-19 vaccinated and unvaccinated.

    **Response:**

4. Produce all documents relating to the analysis of Comirnaty/Pfizer-BioNTech safety and efficacy, whether it originated with the government or elsewhere.

    **Response:**

5. Produce all documents related to the adoption or implementation of the DOD Mandate.

    **Response:**

6. Produce all communications regarding the adoption or implementation of the DOD

Mandate with:

    a. The DOD;

    b. Members of the White House Safer Workforce Taskforce;

    c. Other federal agencies, including, but not limited to, the FDA, HHS, NIH, NIAID, or CDC; or

    d. Employees or representatives of Pfizer or BioNTech.

**Response:**

7. Produce all communications with employees or representatives of the FDA regarding:

    a. The "interchangeability" of EUA-labeled and licensed Vaccines;

    b. "BLA-compliant" Vaccines;

    c. Legal, chemical, medical, or manufacturing differences between Comirnaty and EUA-labeled Vaccines;

    d. Differences in terms of safety, effectiveness, potency or purity between Comirnaty and EUA-labeled vaccines;

    e. Differences in terms of safety, effectiveness, potency or purity among different lots of EUA-labeled vaccines or between EUA-labeled Vaccines manufactured at different locations;

    f. The unavailability of Comirnaty; or

    g. Comparing the level of protection or immunity provided by vaccination and previous infection, or natural immunity.

**Response:**

8. Produce all communications with employees or representatives of Pfizer or BioNtech regarding all of the foregoing topics plus the following:

    a. The rationale for not selling or distributing Comirnaty; or

    b. Requests to order Comirnaty or inquiries regarding future availability of Comirnaty.

**Response:**

9. Produce all communications with employees or representatives of the DOJ regarding the July 6, 2021 Office of Legal Counsel memorandum regarding 10 U.S.C. § 1107a and the need for a Presidential waiver referenced on pages 16-18 of said memorandum.

**Response:**

10. Produce all documents related to denials of medical exemption requests for COVID-19 vaccines.

    **Response:**

11. Produce all documents related to denials of religious exemption requests for COVID-19 vaccines.

    **Response:**

12. Produce all documents related to denials of administrative exemption requests for COVID-19 vaccines.

    **Response:**

13. Produce all documents related to the granting of medical exemption requests for COVID-19 vaccines.

    **Response:**

14. Produce documents related to the granting of religious exemption requests for COVID-19 vaccines.

    **Response:**

15. Produce all documents related to the granting of administrative exemption requests for COVID-19 vaccines.

    **Response:**

16. Produce all documents regarding:

    a. Vaccination policy and compliance with DOD Mandate;

    b. Exceptions or exemptions from DOD Mandate or other applicable policies;

    c. Guidance for refusal management;

    d. Reporting of adverse effects or injuries to VAERS, DMED or other databases or medical record systems.

    **Response:**

17. Produce copies of training materials or guidance provided to personnel on the following issues:

    a. Compliance with informed consent requirements;

    b. How to explain distinction between Comirnaty, EUA and "BLA-compliant" doses;

    c. How to explain differences between Vaccines with Purple Cap/Vial, Gray Cap/Vial, and Orange Cap/Vial; or

    d. How to respond to questions whether EUA-labeled vaccines are FDA licensed;

**Response:**

18. Produce copies of any policies or procedures governing the following:

    a. Compliance with requirement that only BLA-compliant, EUA-labeled vaccines may be mandate.

    b. Reporting of Vaccine adverse effects or injuries to VAERS, DMED or other databases or medical reporting systems.

**Response:**

19. Produce all documents relating to the DODI 6205.02 procedures including but not limited to:

    a. Documents generated by the officials identified in Section 2 ("Responsibilities") in connection with the adoption and implementation of the DOD Mandate;

    b. Guidance documents related to the use of FDA-license vaccines, BLA-compliant vaccines, and EUA vaccines;

    c. Immunization guidance documents, as set forth in Section 3.1 ("Immunization Guidance");

    d. Documents related to Section 3.3 ("Exceptions to Policy") guidance regarding FDA-approved immunizations and non-FDA-approved immunizations; and

    e. Any studies or analyses produced pursuant to any requirement under DODI 6205.02;

**Response:**

20. Produce all documents and communications related to the AR 40-562 exemptions for previous documented infections, pregnancy or lactation, and other medical conditions including the following:

    a. Elimination or denial of exemptions for previous documented infections;

    b. Changes in the procedures for granting medical exemptions identified under AR 40-562; or

    c. Documents addressing the relative levels of immunity or protection provided by

COVID-19 vaccination compared to natural immunity.

**Response:**

21. Produce all reports regarding Vaccine efficacy, safety, side effects and injuries.

    **Response:**

22. Produce all documents relating to disciplinary policies or actions, from January 1, 2020 to the present, for violation of the DOD Mandate or any other policy related to COVID-19 vaccination.

    **Response:**

23. For all other vaccine mandates, provide documents for the time period January 1, 2010 to the present showing statistics or figures on disciplinary actions, administrative separations, involuntary dismissals, and discharges due to vaccine refusal or non-compliance.

    **Response:**

24. Produce all other implementation and guidance procedures relating to the DOD Mandate.

    **Response:**

25. Produce all documents and communications in possession of Major Scott Stanley, Ph.D. relating to COVID-19 impacts on the Army.

    **Response:**

26. Produce all documents and communications in possession of Colonel Michele Soltis, M.D. relating to the Army's implementation of mandatory vaccination for COVID-19.

    **Response:**

27. Produce all documents and communications in possession of Colonel Michele Soltis, M.D. relating to the Army's policies and procedures for implementation and enforcement of the DOD Mandate.

    **Response:**

28. Produce all documents you intend to use at trial.

    **Response:**

29. Produce all documents relating to any defense that has been or will be raised, whether affirmative or otherwise.

    **Response:**

30. Produce all service branch correspondence relating to the DOD Mandate.

    **Response:**

31. Produce all service branch correspondence relating to COVID-19 vaccination medical accommodation requests or religious accommodation requests.

    **Response:**