# EXHIBIT 6

## Coker v. Austin Discovery

From: bcj <bcj@defendingtherepublic.org>

To: Powell, Amy (CIV)<Amy.Powell@usdoj.gov>

CC: Travis Miller<twm@defendingtherepublic.org>Travis Miller<traviswmiller@gmail.com> Yang, Catherine M (CIV)<Catherine.M.Yang@usdoj.gov>

Date: Tuesday, May 24th, 2022 at 10:27 AM

Amy -- Following up on our conversation last week, here are the types of statements that we discussed that could resolve outstanding discovery issues. I am not wedded to the precise language.

- Since the FDA approved Comirnaty on August 23, 2021, each of the DOD and Armed Services have (1) treated all EUA-labeled Pfizer/BioNTech COVID-19 vaccines as interchangeable with the Comirnaty; (2) treated all EUA-labeled Pfizer/BioNTech COVID-19 vaccines "as if" they were FDA licensed Comirnaty; and (3) required service members to take EUA-labeled Pfizer/BioNTech COVID-19 vaccines and treated refusal to take EUA-labeled Pfizer/BioNTech COVID-19 vaccines as non-compliance or refusal to obey a lawful order.

- None of the DOD or Armed Services have adopted policies, procedures, guidance or training (1) limiting the scope of interchangeability to the subset of EUA-labeled vaccines that are "BLA-compliant"; (2) ensuring the availability of sufficient quantities of EUA-labeled, BLA-compliant vaccines to implement the mandate using EUA-labeled, BLA-compliant vaccines; (3) ensuring that only EUA-labeled, BLA-compliant vaccines were administered pursuant to the mandate; or (4) requiring HCPs, MTFs, base immunization, etc. to inform service members that only EUA-labeled, BLA-compliant vaccines may be mandated.

- None of the DOD or Armed Services have adopted policies, procedures, guidance or training (1) limiting the scope of the service members' obligation to comply with the mandate to EUA-labeled, BLA compliant vaccines; or (2) excusing compliance or requiring exemptions to be granted service members where the only vaccines available were EUA-labeled but non-BLA-compliant doses.

- None of the DOD or Armed Services have ever (1) taken delivery of Comirnaty (i.e., vaccines both manufactured in accordance with BLA and labeled as Comirnaty); (2) had Comirnaty in inventory; (3) administered Comirnaty to a service member; or (4) had Comirnaty available to administer to a service member.

- All of the foregoing statements apply to EUA-labeled Morderna COVID-19 vaccine and FDA licensed Spikevax.

Best,
Brandon