IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENJAMIN COKER, *et al.*,

        Plaintiffs,

v.                                        Case No. 3:21-cv-01211-AW-HTC

LLOYD AUSTIN, III, *et al.*,

        Defendants.

## PLAINTIFFS' OPPOSED MOTION FOR PROTECTIVE ORDER

    The undersigned counsel for Plaintiff Master Sergeant ("MSgt") Nickolas Kupper, U.S. Air Force, moves this Honorable Court for a Protective Order to prohibit attorneys from the Department of Justice ("DoJ") or other Defendants from directing MSgt Kupper or other Plaintiffs' Chains of Command to solicit written statements or admissions from, or to make settlement offers to, Plaintiffs. Plaintiffs respectfully request that the Court issue the proposed protective order included as Exhibit 1 hereto, and in support provide the accompanying memorandum and exhibits.

Dated: June 6, 2022                      Respectfully submitted,

                                                */s/ Brandon Johnson*
                                                Brandon Johnson
                                                DC Bar No. 491370
                                                */s/ Travis Miller*
                                                Travis Miller

>Texas Bar No. 24072952
>Defending the Republic
>2911 Turtle Creek Blvd., Suite 300
>Dallas, TX 75219
>Tel. 214-707-1775
>Email: bcj@defendingtherepublic.org
>Email: twm@defendingtherepublic.org
>
>*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2022, I electronically filed the foregoing notice with the Clerk of the Court by using the CM/ECF system, which will notify all attorneys of record of the filing.

<em>/s/ Brandon Johnson</em>

## CERTIFICATE OF CONFERENCE

Plaintiffs' counsel hereby certify that they conferred with Defendants' counsel by email on May 24-25, 2022, *see* Ex. 3, and again on June 5, 2022.

<em>/s/ Brandon Johnson</em>