# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| BENJAMIN COKER, *et al.* )<br>    Plaintiffs, )<br>  vs. )<br> )   NO. 3:21-cv-1211-AW-HTC<br>LLOYD AUSTIN, III, *et al.*, )<br>    Defendants. ) | |

### DECLARATION OF NICKOLAS KUPPER

1. I am over 18 years of age and am competent to testify in this matter.

2. All of the statements made in this declaration are true to the beset of my own personal knowledge.

3. I am Nickolas Kupper, and I make this declaration to inform the Court of the matters described herein.

4. On 12 May 2022, I was ordered by my commander (Maj Marburger), thru 1st Lt Austin, to take a COVID-19 vaccine or apply for separation by 17 May 2022. I sent an email to Lt Austin to clarify if I was being ordered to take only a fully licensed vaccine or also an EUA vaccine. The email exchange from May 12-16, 2022 is included as Attachment 1 to this declaration.

5. On 13 May 2022, Lt Austin emailed back and quoted base legal as stating that I could only be compelled to take a Food and Drug Administration ("FDA") licensed vaccine and that I could choose to wait if there was not any on base. Her email further stated that the base medical group (56th Medical Group or "56 MDG") had "FDA-approved vaccines" available on base. I forwarded that email to the base immunologist (Maj Carlson) asking if we had any vaccine labeled as Comirnaty or SpikeVax on base.

6. On 16 May 2022, I saw Maj Carlson in person where he said he had just emailed me then he visually confirmed that the only vaccine we had on base said "For use under Emergency Use Authorization" on the label. Maj Carlson emailed me confirming that we had no Comirnaty or Spikevax labeled vaccines on base. The only lot available (Lot FL3209) is listed on the CDC website as EUA only with

an EUA NDC Code. Maj Carlson asserted that "The EUA approved Pfizer vaccine including lot 3209 is medically interchangeable with FDA labeled Comirnaty." I forwarded that email to Lt Austin and cc'd my commander and my Chief (CMSgt Perkins) to inform them of what Maj Carlson had said and that I would choose to wait until a fully FDA-licensed vaccine was available as base legal had previously allowed.

7. On 17 May 2022, I spoke with my commander, with the first sergeant present, and Maj Marburger told me that "they" (someone other than him) were offering me a temporary duty ("TDY") to an undisclosed DoD location where I would have the opportunity to take a "BLA-compliant vaccine. He did not define what "BLA-compliant" meant.

8. Maj Marburger further stated that "they" were requiring that I first sign a memo though before sending me TDY. He told me that in the memo I would have to agree to take the "BLA-compliant" vaccine before I would be able to be sent TDY.

9. On 18 or 19 May 22, I spoke with my commander to ask what the memo was going to say. He said he was not going to provide me with a memo, but that I would need to write it. He said I could write it as specifically or generically as I wanted, but that I had to provide it by end of day on 20 May 22.

10. Maj Marburger also clarified that he was not the person who was asking me to write the memo, but that it was someone above him. I called the acting 1st sergeant (TSgt Stout) from my cellphone, while at home, to ask more questions about the memo, and she said she would have to ask and get back to me. TSgt Stout texted me back to say she had some answers, but I was on the phone with my lawyers so I responded to her text and asked her to text me the answers. I did not get a response.

11. On 19 May 2022, Maj Marburger called me on my cellphone and said TSgt Stout had told him that I had some questions about the memo. I asked if I was being ordered to write the memo and he said "no" (*i.e.*, that I was not being ordered to write the memo). He also said I could just verbally tell him if I was going to take the vaccine or not. Maj Marburger called me again (after he spoke with base legal again) to clarify that I was not being ordered to write a memo. He also reiterated that the deadline for providing the written statement was the next day, *i.e.,* Friday, May 20, 2022.

12. During that subsequent phone conversation on 19 May 2022, Maj Marburger

2

confirmed that it was not an order from him, but rather an "offering" from "DOJ [the Department of Justice ("DOJ")] and DoD [the Department of Defense ("DoD")]." I asked if I was not going to be allowed to go TDY if I did not sign a memo and he said "I don't know" and "I think it depends on if you say yes or not." He then told me that he did not know if it was going to be a TDY or if they were going to bring a vaccine to me or what they were going to do. He kept using the term "they." Near the end of the call he said "I'm regurgitating what I'm being told."

13. On 20 May 2022, I asked my commander, with Chief Perkins present, who was telling him to have me write a memo. He said it was coming from above base legal and from above the base commander. I asked if he meant DOJ and DoD and he said "yeah." Additionally during that conversation he said "I am a parrot", he when he was speaking of how he was just passing information to me about the memo request from someone above him. At the end of the day, I sent my commander an email saying that on the advice of counsel I was declining to comment on any memo.

14. On 21 May 2022 I read the Defense's Motion to Compel that had been filed on 20 May 2022. It appeared, as I read the motion, that perhaps the reason that I had been given a deadline of 20 May 2022 to sign a memo saying that I would take a "BLA-compliant" vaccine was because the DOJ was looking to get me to answer that interrogatory before filing their Motion to Compel.

15. On 23 May 2022, Maj Marburger came into my office to ask if I had sent any email other than the one declining to comment and I said no.

16. On 24 May 2022, Maj Marburger issued me a letter of counseling (LOC) for disobeying the order to take the COVID-19 vaccine. The LOC said, in part, "Your vaccination refusal despite verbal and written acknowledgment is in direct violation of Article 92, *Failure to Obey Order or Regulation* of the UCMJ."

17. On 31 May 2022 I sent my response to the LOC stating that I had not refused to obey the order, but that I had only refused to take an EUA vaccine.

18. On 2 Jun 2022 I had a meeting with my commander in his office, with the first sergeant present, to discuss why Maj Marburger had decided to still give me the LOC even though I had not refused a fully licensed vaccine. During that meeting Maj Marburger again asserted that he had not been the entity that had "offered" me a "BLA-compliant" vaccine if I would have signed a memo agreeing to take it.

19. I am not submitting the LOC as an attachment to this declaration because it has been marked by base Legal as Controlled Unclassified Information (CUI). In my 2 Jun 2022 meeting with Maj Marburger and the first sergeant (MSgt Savage) I asked why the LOC was marked CUI and MSgt Savage said he did not know why. He said that all paperwork relating to COVID was coming directly from Legal and was already marked as CUI when it was sent to him from Legal.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. I executed this declaration on this 3rd day of June, 2022.

KUPPER.NICKOLAS.SCOTT.1266938078
Digitally signed by KUPPER.NICKOLAS.SCOTT.1266938078
Date: 2022.06.03 11:39:21 -07'00'

NICKOLAS S. KUPPER

# ATTACHMENT 1

## KUPPER, NICKOLAS S MSgt USAF AETC 56 MXG/MXMC

| | |
|---|---|
| **From:** | KUPPER, NICKOLAS S MSgt USAF AETC 56 MXG/MXMC |
| **Sent:** | Monday, May 16, 2022 10:33 AM |
| **To:** | AUSTIN, KATELYNN R 1st Lt USAF AETC 56 CMS/CSS |
| **Cc:** | MARBURGER, JOHNATHAN D Maj USAF AETC 56 CMS/CC; PERKINS, STEVEN R JR CMSgt USAF AETC 56 CMS/CCC |
| **Subject:** | FW: Covid-19 Vaccine Order Clarification |

Lt Austin,

Major Carlson, in his email below, has confirmed that the clinic here at Luke AFB does not have any FDA-approved COVID-19 vaccine available. As I discussed in my email to him on 13 May 22 the Luke clinic only has Pfizer lot number FL3209 which Major Carlson acknowledges is only Emergency Use Authorized (EUA), not FDA-approved. I met Major Carlson in person this morning and he visually verified that the Pfizer lot number they have is FL3209 and that it says "Emergency Use Authorization" on the vaccine label. While Major Carlson notes that the Pfizer EUA vaccine and the FDA-approved Comirnaty vaccine are "medically interchangeable" he does not state that they are legally interchangeable. My previous email from 13 May 22 proves that they are not legally interchangeable. Additionally since the labeling on the vaccine vials at the Luke clinic does not say Comirnaty or SpikeVax and does say "Emergency Use Authorization" they do not meet the approved labeling requirement laid out by Secretary Austin in his 24 Aug 22 order.

Do to the fact that the vaccine that we have available to us here at Luke AFB has not received full licensure from the FDA nor is it labeled as such I will exercise my right, as laid out by Legal in your previous email, to wait for adequate supply of a fully licensed COVID-19 vaccine at a DoD facility. Thank you.

NICKOLAS S. KUPPER, MSgt, USAF
Accessories Flight Chief
2A6X6 Base Functional Manager
56th CMS, Luke AFB
Comm: 623-856-5567
DSN: 896-5567


-----Original Message-----
From: Carlson, Geoffrey S Maj USAF 56 MDG (USA)
<geoffrey.s.carlson.mil@mail.mil>
Sent: Monday, May 16, 2022 9:56 AM
To: KUPPER, NICKOLAS S MSgt USAF AETC 56 MXG/MXMC
<nickolas.kupper@us.af.mil>; CARLSON, GEOFFREY S Maj USAF 56 MDG 56
HEALTHCARE OPS SQ/SGOMA <geoffrey.carlson.1@us.af.mil>
Cc: AUSTIN, KATELYNN R 1st Lt USAF AETC 56 CMS/CSS
<katelynn.austin@us.af.mil>; MARBURGER, JOHNATHAN D Maj USAF AETC 56 CMS/CC
<johnathan.marburger@us.af.mil>; PERKINS, STEVEN R JR CMSgt USAF AETC 56

CMS/CCC <steven.perkins@us.af.mil>
Subject: RE: Covid-19 Vaccine Order Clarification

MSgt Kupper,
  The Pfizer vaccine that the Immunizations clinic at Luke AFB has is Lot 3209.  No "Cominarty" or "SpikeVax" labeled vaccines are currently available.  The EUA approved Pfizer vaccine including lot 3209 is medically interchangeable with the FDA labeled Cominarty.  We are taking walk-ins for the COVID-19 vaccine for any members who are currently red on their IMR.

V/r,

GEOFFREY S. CARLSON, O-4, USAF
Allergist/Immunologist
56th Medical Group

-----Original Message-----
From: KUPPER, NICKOLAS S MSgt USAF AETC 56 MXG/MXMC <nickolas.kupper@us.af.mil>
Sent: Friday, May 13, 2022 8:04 AM
To: CARLSON, GEOFFREY S Maj USAF 56 MDG 56 HEALTHCARE OPS SQ/SGOMA <geoffrey.carlson.1@us.af.mil>
Cc: Austin, Katelynn R 1ST LT USAF 56 MXG (USA) <katelynn.austin@us.af.mil>; Marburger, Johnathan D Maj USAF 509 MXG (USA) <johnathan.marburger@us.af.mil>; Perkins, Steven R Jr CMSgt USAF (USA) <steven.perkins@us.af.mil>
Subject: FW: Covid-19 Vaccine Order Clarification

Maj Carlson,

Lt Austin, in the below email, says that she has confirmed with your office that your clinic has "FDA-approved" COVID-19 vaccines available. The last time we spoke the only vaccine you had was Pfizer lot number FL3209 which is labeled as Emergency Use Authorization (EUA) not FDA-approved. I have attached our email communication from 6 April 22 stating this. Do you now have a vaccine labeled Comirnaty or SpikVax (the only two FDA-approved vaccines with approved NDC codes)? I've attached the CDC's list of NDC codes for COVID-19 vaccines from their website accessed yesterday. You'll note that the only FDA-approved NDC codes for Pfizer are 0069-1000-01 and 0069-2025-01 (highlighted). Lot number FL3209 does not correspond to either of those approved NDC codes, it's NDC code (59267-1000-1) is only for EUA. I've also attached the lot number listing directly from the CDC's website (accessed 11 May 22) showing the NDC code for lot number FL3209. This is a very time-sensitive issue since I only have a few days to comply with this order so your expedient response is appreciated.

NICKOLAS S. KUPPER, MSgt, USAF
Accessories Flight Chief
2A6X6 Base Functional Manager
56th CMS, Luke AFB
Comm: 623-856-5567
DSN: 896-5567

-----Original Message-----
From: AUSTIN, KATELYNN R 1st Lt USAF AETC 56 CMS/CSS <katelynn.austin@us.af.mil>
Sent: Friday, May 13, 2022 7:31 AM
To: KUPPER, NICKOLAS S MSgt USAF AETC 56 MXG/MXMC <nickolas.kupper@us.af.mil>
Subject: RE: Covid-19 Vaccine Order Clarification

MSgt Kupper,

Per Legal,

"To comply with the mandate, Service members may elect to receive any COVID-19
vaccine that is FDA-approved, has an FDA Emergency Use Authorization (EUA), or is on the World Health Organization (WHO) Emergency Use Listing (EUL). Service members may
only be compelled to take FDA-approved vaccines. Currently, Comirnaty (Pfizer)
and Spikevax (Moderna) are FDA-approved. If supplies are limited, members can choose to get vaccinated on their own or wait for adequate supply at a DoD facility. MTFs will have adequate vaccine supplies to meet the SecAF's vaccination timeline."

I confirmed with 56 MDG, they have FDA-approved vaccines available on a walk-in basis at immunizations.

If the member wants to leave the country to get a WHO vaccine, let me know, but generally they can do that (common are Canada/Mexico).

See attached for reference at #19 on page 5:

V/R


KATELYNN R. AUSTIN, 1st Lt, USAF
Section Commander, 56 CMS
DSN 896-5759 / Comm (623) 856-5759
Luke AFB, AZ


-----Original Message-----
From: KUPPER, NICKOLAS S MSgt USAF AETC 56 MXG/MXMC <nickolas.kupper@us.af.mil>
Sent: Thursday, May 12, 2022 11:34 AM
To: AUSTIN, KATELYNN R 1st Lt USAF AETC 56 CMS/CSS <katelynn.austin@us.af.mil>
Subject: Covid-19 Vaccine Order Clarification

Lt Austin,

Could you provide me with a little clarification on the order that you issued to me today? Your order stated that you are ordering me to receive an initial dose of "a COVID-19 vaccine" however, that is a little vague. References (a) and (b) of your order both state that mandatory vaccination against COVID-19 will only use "vaccines that receive full licensure from the Food and Drug Administration (FDA)." As such, am I only being ordered to take a vaccine that has received "full licensure from the Food and Drug Administration" or am I also being ordered to take a vaccine that has obtained U.S. Food and Drug Administration Emergency Use Authorization (EUA)? Thank you.

NICKOLAS S. KUPPER, MSgt, USAF
Accessories Flight Chief
2A6X6 Base Functional Manager
56th CMS, Luke AFB
Comm: 623-856-5567
DSN: 896-5567