# EXHIBIT 4

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| ISRAEL ALVARADO, et al., | |
| *Plaintiffs,* | |
| v. | Case No.: 8:22-CV-1149 |
| LLOYD AUSTIN, III, et al., | |
| *Defendants.* | |

## PLAINTIFFS' NOTICE OF RELATED ACTIONS

Pursuant to Local Rule 1.07(c), Plaintiffs identify the following related cases as of this date:

In the Middle District of Florida:

- *Navy Seal 1 v. Austin*, No. 8:21-cv-2429 (M.D. Fla.) (filed Oct. 15, 2021)
- *Crosby v. Austin*, No. 8:21-cv-2730 (M.D. Fla.) (filed Nov. 19, 2021)
- *Bongiovanni v. Austin*, No. 3:22-cv-237 (M.D. Fla.) (filed Mar. 2, 2022)
- *Alvarado v. Austin*, No. 8:22-cv-1149 (M.D. Fla.) (filed May 18, 2022)

In Other Districts:

- *Rudometkin v. Austin*, No. 1:21-cv-220-UNA (D.D.C.) (filed Aug. 17, 2021)
- *Robert v. Austin,* No. 1:21-cv-2228 (D. Colo.) (filed Aug. 17, 2021)
- *Costin v. Biden*, No. 1:21-cv-2484 (D.D.C.) (filed Sept. 23, 2021)
- *Coker v. Austin,* No. 3:21-cv-1211-TWC-HTC (N.D. Fla.) (filed Oct. 6, 2021)
- *Church v. Biden*, No. 21-cv-2815 (D.D.C.) (filed Oct. 24, 2021)
- *U.S. Navy SEALs 1-26 v. Austin*, 4:21-cv-1236-O (N.D. Tex.) (filed Nov. 9, 2021)
- *Guettlein v. U.S. Merchant Marine Academy*, No 2:21-cv-6443 (E.D.N.Y.) (filed Nov. 19, 2021)
- *Oklahoma v. Biden,* No. 5:21-cv-1136 (D. Okla.) (filed Dec. 2, 2021)

- *Vance v. Wormuth,* No. 3:21-cv-730 (W.D. Ky.) (filed Dec. 7, 2021)
- *Poffenbarger v. Kendall,* No. 3:22-cv-1 (S.D. Ohio) (filed Jan. 2, 2022)
- *Abbott v. Biden,* No. 6:22-cv-3 (E.D.Tx.) (filed Jan. 3, 2022)
- *Air Force Officer v. Austin,* No. 5:22-cv-9 (M.D. Ga.) (filed Jan. 3, 2022)
- *Lembo v. Del Toro,* No. 1:22-cv-325 (D.D.C.) (filed Feb. 8, 2022)
- *Dunn v. Austin,* No. 2:22-cv-288 (E.D. Cal.) (filed Feb. 14, 2022)
- *Doster v. Kendall,* No: 1:22-CV-84 (N.D. Ohio) (filed Feb. 16, 2022)
- *Short v. Berger,* No. 2:22-cv-1151 (C.D. Cal.) (filed Feb. 18, 2022)
- *Fletterich v. Austin,* No. 1:21-cv-3193 (D.D.C.) (filed Feb. 22, 2022)
- *Roth v. Austin,* No. 8:22-cv-3038 (D. Neb.) (filed Mar. 8, 2022)
- *Navy SEAL 1 v. Austin,* No 1:22-cv-6888 (D.D.C.) (filed Mar. 11, 2022)
- *Short v. Berger,* No. 2:22-cv-444 (D. Ariz.) (filed Mar. 21, 2022)
- *Chancey v. Biden,* No. 1:22-cv-110 (N.D. Fla.) (filed May 18, 2022)
- *Wilson v. Austin,* No. 4:22-cv-438 (E.D. Tex.) (filed May 23, 2022)
- *Spence v. Austin,* No. 4:22-cv-453 (N.D. Tex.) (filed May 27, 2022)

Dated this 31st day of May 2022.

Respectfully submitted,

*/S/ Arthur A. Schulcz, Sr.*
Arthur A. Schulcz, Sr., Esq.
DC Bar No. 453402
Chaplains Counsel, PLLC
21043 Honeycreeper Place
Leesburg, VA 20175
703-645-4010
art@chaplainscounsel.com

*/S/ J. Andrew Meyer*
J. Andrew Meyer, Esq.
Florida Bar No. 0056766
FINN LAW GROUP, P.A.
8380 Bay Pines Blvd.
St. Petersburg, Florida, 33709
Telephone: (727) 709-7668
ameyer@finnlawgroup.com
pleadings@finnlawgroup.com

/S/ Brandon Johnson
Brandon Johnson,
Esq Bar No.491370
Defending the Republic
2911 Turtle Creek Blvd, Ste. 300
Dallas , Texas, 75219
Telephone: (214) 707-1775
bej@defendingtherepublic.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of May 2022, I electronically filed the foregoing Plaintiffs' Notice of Related Cases via the CM/ECF Portal, which will generate a Notice of Electronic Filing to all parties of record.

*/S/ Arthur A. Schulcz, Sr.*
Arthur A. Schulcz, Sr., Esq.