IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

BENJAMIN COKER, *et al.*,

    Plaintiffs,

v.

LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, *et al.*,

    Defendants.

Case No. 3:21-cv-01211-AW-HTC

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR MOTION TO COMPEL

    Pursuant to Local Rule 7.1(I), and unopposed by Plaintiffs, Defendants respectfully move for leave to file a brief, four-page reply memorandum in support of their motion to compel (Dkt. No. 88). The grounds for this motion are as follows:

    1.    After attempting to resolve their disputes through numerous meet and confer discussions, Defendants moved to compel Plaintiffs' full and complete responses to RFP 2 and Interrogatories 3-8. Dkt. No. 88.

    2.    On the same day Plaintiffs filed their opposition, they also made a small production of additional documents that includes some of the materials responsive to RFP 2. Plaintiffs' opposition did not specify for the Court what additional documents they have produced but acknowledged that their production still is not complete. Plaintiff's additional production did not include any further responses to

1

Interrogatories 3-8, and their opposition complained of a supposed lack of supporting case law for Defendants' position and other new issues.

3. Accordingly, Defendants respectfully request leave to file a brief, four-page reply in support of their motion to compel by Friday, June 10, 2022 (or upon entry of an Order granting leave, whichever is later). The reply will clarify for the Court what remains at issue with respect to RFP 2 following Plaintiff's supplemental production, and will address Plaintiffs' arguments regarding the interrogatories, including with additional case law on evasive and incomplete interrogatory responses.

4. Local Rule 3.01(g) certification: undersigned counsel conferred with Plaintiffs' counsel by email on June 8, 2022. Plaintiffs' counsel does not oppose the relief requested in this motion.

A proposed order is attached for the Court's convenience.

| | |
|---|---|
| Dated: June 8, 2022 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>ALEXANDER K. HAAS<br>Director, Federal Programs Branch<br><br>ANTHONY J. COPPOLINO<br>Deputy Director<br><br><u>/s/ *Catherine M. Yang*</u><br>ANDREW E. CARMICHAEL<br>AMY E. POWELL<br>Senior Trial Counsel<br>ZACHARY A. AVALLONE<br>CATHERINE M. YANG<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 514-4336<br>Fax: (202) 616-8470<br>Email: catherine.m.yang@usdoj.gov<br><br>*Counsel for Defendants* |