IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BENJAMIN COKER, JOSEPH CONNELL, et al.,**

    **Plaintiffs,**

v.                          Case No. 3:21-cv-1211-AW-HTC

**LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY

Defendants' unopposed motion for leave to file a reply in support of their motion to compel (ECF No. 92) is GRANTED. The deadline to file the reply is June 10, 2022.

SO ORDERED on June 9, 2022.

                                         s/ *Allen Winsor*
                                         United States District Judge