IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BENJAMIN COKER,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **LLOYD AUSTIN, III, in his official capacity as Secretary of Defense,** *et al.*, <br><br> Defendants. | Case No. 3:21-cv-01211-AW-HTC |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION

Pursuant to Local Rule 7.1, Defendants respectfully move the Court for a three-day extension of time in which to respond to Plaintiffs' Motion for a Protective Order, ECF No. 91, such that Defendants' response will be due on Friday, June 24, 2022. Under L.R. 7.1(E) and Fed. R. Civ. P. 6(a)(1), the response would otherwise be due Tuesday June 21, 2022. Undersigned counsel conferred with Plaintiffs' counsel, who does not oppose this motion.

Good cause supports this request, including: the June 17, 2022 deadline for Defendants to respond to a Motion to Compel in this matter, ECF No. 89; the upcoming holiday weekend; undersigned counsel's planned leave on Friday; and the

1

considerable press of other business. This is Defendants' first request for an extension of this deadline, and the additional three days should be sufficient to complete a thorough response.

Accordingly, Defendants respectfully request an extension of time to file their memorandum in opposition to the Motion for a Protective Order, such that Defendants' memorandum will be due on or before June 24, 2022.

## CERTIFICATE OF CONFERENCE

Pursuant to L.R. 7.1(B), undersigned counsel conferred with Plaintiffs' counsel by email on June 16, 2022, and Plaintiffs' counsel represented that they do not oppose the relief sought in this motion.

Dated: June 16, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

/s/ *Amy E. Powell*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel

2

STUART J. ROBINSON
Senior Counsel
ZACHARY A. AVALLONE
COURTNEY D. ENLOW
LIAM HOLLAND
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (919) 856-4013
Fax: (202) 616-8470
Email: amy.powell@usdoj.gov

*Counsel for Defendants*