**Table of Exhibits**

| Exhibit Number | Exhibit Description |
|---|---|
| DEX1 | Letter from Z. Avallone to B. Johnson (Apr. 22, 2022) |
| DEX2 | Email Thread (April 20-May 18, 2022), memorializing discussions |
| DEX3 | Table of Comirnaty-labelled Comirnaty in DoD (as of June 16, 2022) |
| DEX4 | Email from A. Powell to T. Miller (May 17, 2022) re: BLA doses |
| DEX5 | Email from A. Powell to T. Miller (June 10, 2022) re: Comirnaty-labelled BLA doses |
| DEX6 | Excerpts from Defs.' Mar. 24, 2022 Production, related to adverse event reporting (5 documents) |
| DEX7 | Excerpt from Defs.' Mar. 24, 2022 Production, DMED paper |