# DEX3

| Location | State | Branch | Total Order | Unit Name | Manufacturer | Total Received | Product Type |
|---|---|---|---|---|---|---|---|
| Fort Detrick, USAMMA (DOC) | MD | AR | 6000 | Doses | Pfizer-BioNtech | 6000 | COMIRNATY (GRAY CAP) |
| Eastover, Army National Guard | SC | AR | 1200 | Doses | Pfizer-BioNtech | 0 | COMIRNATY (GRAY CAP) |
| Fort Detrick, USAMMA (DOC) | MD | AR | 10200 | Doses | Pfizer-BioNtech | 10200 | COMIRNATY (GRAY CAP) |
| Reisterstown, Army National Guard | MD | AR | 300 | Doses | Pfizer-BioNtech | 300 | COMIRNATY (GRAY CAP) |
| Fort Detrick, USAMMA (DOC) | MD | AR | 10200 | Doses | Pfizer-BioNtech | 10200 | COMIRNATY (GRAY CAP) |
| Reisterstown, Army National Guard | MD | AR | 300 | Doses | Pfizer-BioNtech | 300 | COMIRNATY (GRAY CAP) |
| Fort Detrick, USAMMA (DOC) | MD | AR | 10200 | Doses | Pfizer-BioNtech | 10200 | COMIRNATY (GRAY CAP) |
| Camp Shelby | MS | AR | 1800 | Doses | Pfizer-BioNtech | 0 | COMIRNATY (GRAY CAP) |
| Bethesda Naval Medical Center | MD | NV | 300 | Doses | Pfizer-BioNtech | 300 | COMIRNATY (GRAY CAP) |
| Columbus, Army National Guard | OH | AR | 600 | Doses | Pfizer-BioNtech | 600 | COMIRNATY (GRAY CAP) |
| Fort Riley | KS | AR | 300 | Doses | Pfizer-BioNtech | 300 | COMIRNATY (GRAY CAP) |
| Fort Campbell | KY | AR | 300 | Doses | Pfizer-BioNtech | 300 | COMIRNATY (GRAY CAP) |
| Jacksonville, Naval Hospital | FL | NV | 600 | Doses | Pfizer-BioNtech | 600 | COMIRNATY (GRAY CAP) |
| Portsmouth Naval Medical Center | VA | NV | 300 | Doses | Pfizer-BioNtech | 300 | COMIRNATY (GRAY CAP) |
| Maxwell AFB | AL | AF | 300 | Doses | Pfizer-BioNtech | 0 | COMIRNATY (GRAY CAP) |
| Oklahoma City, Army National Guard | OK | AR | 300 | Doses | Pfizer-BioNtech | 0 | COMIRNATY (GRAY CAP) |
| | | | 43200 | | | | |

## Doses Redistributed From Central DoD Supply Site

| LocationTo | LocationToState | Redistributed | ProductID |
|---|---|---|---|
| Portsmouth, USCG ISC | VA | 240 | COMIRNATY (GRAY CAP) |
| Baltimore, USCG Yard Medical | MD | 120 | COMIRNATY (GRAY CAP) |
| Elizabeth City, USCG | NC | 60 | COMIRNATY (GRAY CAP) |
| Kodiak, USCG ISC | AK | 60 | COMIRNATY (GRAY CAP) |
| Quantico NMC | VA | 60 | COMIRNATY (GRAY CAP) |
| Selfridge ANGB, 127 Med Group | MI | 60 | COMIRNATY (GRAY CAP) |
| Petaluma, USCG Training Center | CA | 60 | COMIRNATY (GRAY CAP) |
| Alameda, USCG ISC | CA | 60 | COMIRNATY (GRAY CAP) |
| Seattle, USCG ISC | WA | 120 | COMIRNATY (GRAY CAP) |
| Cape May, USCG | NJ | 180 | COMIRNATY (GRAY CAP) |
| Juneau USCG ISC | AK | 60 | COMIRNATY (GRAY CAP) |
| New London, USCG | CT | 120 | COMIRNATY (GRAY CAP) |
| Cape Cod, USCG | MA | 60 | COMIRNATY (GRAY CAP) |
| Boston, USCG HSWL Field Office | MA | 120 | COMIRNATY (GRAY CAP) |
| Ketchikan USCG ISC | AK | 60 | COMIRNATY (GRAY CAP) |
| San Pedro, USCG ISC | CA | 60 | COMIRNATY (GRAY CAP) |
| Fort Worth, 301 AMDS | TX | 60 | COMIRNATY (GRAY CAP) |
| Houston, USCG Air Station | TX | 60 | COMIRNATY (GRAY CAP) |
| Mobile, USCG HSWL FO District 8 | AL | 60 | COMIRNATY (GRAY CAP) |
| Honolulu, MSST | HI | 60 | COMIRNATY (GRAY CAP) |
| New Orleans, USCG ISC NOLA | LA | 60 | COMIRNATY (GRAY CAP) |
| Puerto Rico, San Juan | PRI | 60 | COMIRNATY (GRAY CAP) |
| Clearwater, USCG | FL | 60 | COMIRNATY (GRAY CAP) |
| North Charleston, USCG | SC | 60 | COMIRNATY (GRAY CAP) |
| F.E. Warren AFB | WY | 60 | COMIRNATY (GRAY CAP) |
| USAF Academy, CO | CO | 60 | COMIRNATY (GRAY CAP) |
| Cherry Point Naval Hospital | NC | 60 | COMIRNATY (GRAY CAP) |
| Fort Bragg | NC | 60 | COMIRNATY (GRAY CAP) |
| Eglin AFB | FL | 60 | COMIRNATY (GRAY CAP) |
| Fort Rucker | AL | 180 | COMIRNATY (GRAY CAP) |
| Sheppard AFB | TX | 360 | COMIRNATY (GRAY CAP) |
|  |  | 3300 |  |