# DEX4

| | |
|---|---|
| **From:** | Powell, Amy (CIV) |
| **To:** | Travis Miller; Yang, Catherine M (CIV) |
| **Cc:** | Brandon Johnson; Carmichael, Andrew E. (CIV); Avallone, Zachary A. (CIV) |
| **Subject:** | RE: [EXTERNAL] Coker v Austin - BLA doses |
| **Date:** | Tuesday, May 17, 2022 11:58:00 AM |

Travis, all:

While it is the Defendants' position that all EUA-authorized Pfizer-BioNTech doses are legally interchangeable for the purposes of the mandate to vaccine, in order to address Plaintiffs' assertions they were unable to obtain a Comirnaty or BLA-manufactured doses, I wanted to confirm in writing that any of the Plaintiffs still subject to the mandate may receive a dose of a BLA-manufactured COVID-19 vaccine described in paragraph 18 of Colonel Rans's Declaration (ECF 65-15).  These are the same doses discussed in the Marks Declaration (ECF 65-14) and the Summary Basis for Regulatory Action (also available on FDA website).  *See* Marks Decl. paragraph 13 & Ex B, pdf pp 51 ("identification of BLA lots"); *see also* HCP Lot Letter & Additional Lot Details, https://www.cvdvaccine-us.com/16-up-yearsold/resources (under "Important Lot Information").   If any of the Plaintiffs wish to do so, please prepare a memorandum for individual's commanding officer committing to taking one of these BLA doses, and we will ensure the request is appropriately transmitted.  Defendants can ensure that the Plaintiff be administered one of those doses.  Please confirm that Plaintiff is willing to receive one of the BLA-manufactured doses described in paragraph 18 of the Rans Declaration.  If not, please let us know that as well.  This is not intended as an offer of compromise and we anticipate informing the Court of the offer and any response.  (If you wish to initiate separate settlement discussions, we would be willing to consider that as well).


Amy Elizabeth Powell
Senior Trial Counsel, Federal Programs Branch
Civil Division, Department of Justice
150 Fayetteville St, Suite 2100
Raleigh, NC 27601
Phone: 919-856-4013
Email:  mailto:amy.powell@usdoj.gov