IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BENJAMIN COKER, JOSEPH CONNELL, et al.,**

    **Plaintiffs,**

v.                                    Case No. 3:21-cv-1211-AW-HTC

**LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING MOTION FOR EXTENSION

Defendants' unopposed motion for extension (ECF No. 95) is GRANTED.

The deadline to respond to the motion for protective order is extended to June 24.

SO ORDERED on June 17, 2022.

                                          s/ *Allen Winsor*
                                          United States District Judge