**Table of Exhibits**

| Exhibit Number | Exhibit Description |
|---|---|
| DEX1 | Decl. of Major Johnathan D. Marburger |
| DEX2 | Email from A. Powell to T. Miller (May 17, 2022) re: BLA doses |
| DEX3 | Emails between FDA and N. Kupper (Dated between Oct. 27, 2021 – Jan. 12, 2022) |