# DEX1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BENJAMIN COKER, *et al.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:21-cv-01211 |
| | ) |
| LLOYD AUSTIN, III, in his official | ) |
| capacity as Secretary of Defense, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DECLARATION OF MAJOR JOHNATHAN D. MARBURGER**
**[with regard to Nickolas Kupper]**

I, Johnathan D. Marburger, hereby state and declare as follows:

1. I am a Major in the United States Air Force currently assigned as the 56th Component Maintenance Squadron (56 CMS) Commander at Luke Air Force Base, Arizona. I have been in command since July 20, 2020. As a part of my duties, I am responsible for the command of the 56 CMS.

2. I make this declaration in my official capacity as the Commander, 56 CMS, and based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

3. 56 CMS directly supports the 56 Fighter Wing (56 FW) in providing safe and reliable aircraft in training pilots and combat-ready Airmen. I am the immediate commander of MSgt Nickolas Kupper. MSgt Kupper is our Accessories Flight Chief

4. On September 7, 2021, I directed MSgt Kupper, via email, to receive a first dose of a COVID-19 vaccine and provide proof of the same by September 23, 2021. These dates are based on the Secretary of Defense's vaccine mandate issued on August 24, 2021, and the deadline set by

1

the Secretary of the Air Force in his memorandum issued on September 3, 2021. The Air Force deadline for members of the Active Component to be fully vaccinated was November 2, 2021.

5.     The order also specified that MSgt Kupper could alternatively submit a Religious Accommodation Request or proof of a medical exemption by the deadline specified for the first dose of the vaccine.

6.     On September 22, 2021, MSgt Kupper submitted a written request for a Religious Accommodation, which formally initiated the process required by Air Force regulation, DAFI 52-201.

7.     The Commander of the Air Education Training Command, Lieutenant General Marshall B. Webb, denied MSgt Kupper's Religious Accommodation on March 29, 2022. MSgt Kupper appealed this decision to the Air Force Surgeon General on April 9, 2022. MSgt Kupper's appeal to the Air Force Surgeon General was denied on May 7, 2022.

8.     After the appeal denial, I ordered him to receive the COVID-19 vaccine or apply for separation on May 12, 2022.  MSgt Kupper refused to receive any COVID-19 vaccine.

9.     On May 16, 2022, MSgt Kupper included me on an email regarding questions about the available vaccines at the installation.  Through that email, I was notified that MSgt Kupper had gone to the 56th Medical Dental Group immunologist, Major Geoffrey Carlson, and requested information on the specific types of vaccines available from the medical clinic. MSgt Kupper requested that Major Carlson provide him documentation of the types of vaccines available in the clinic.

10.    On May 17, 2022, I received a call from the 56th Fighter Wing Staff Judge Advocate, Lieutenant Colonel (Lt Col) Dustin Tipling, concerning an option by the Department of Defense to provide MSgt Kupper with a BLA-compliant dose. He indicated that the Department of Justice would make a formal offer through MSgt Kupper's private counsel and that the Air Force anticipated that MSgt Kupper would make his request through his attorneys.  However, it was

possible that the member would address the offer with the command, so I was being notified of that possibility. Lt Col Tipling then sent an email to me and my staff clarifying the offer: "Just so you have the language of the offer, it is 'BLA-compliant doses are available and if the member submits a memorandum addressed to their commander committing to taking the dose, arrangements will be made to make sure they are provided to the individuals. This is being done in coordination with DoD.'" In light of MSgt Kupper's questions and this new information, I sought additional legal counsel on the situation.

11. Based on MSgt Kupper's questions to the medical group, it appeared MSgt Kupper was attempting to ascertain what vaccines were available to him. Accordingly, on May 17, 2022, I notified MSgt Kupper of the offer and advised him to discuss it with his counsel. I did not otherwise discuss the litigation with him.

12. Throughout the remainder of the week, MSgt Kupper asked me several questions about the offer, including whether it was an official order and what format the memo should be formatted. I explained that it was not an official order to complete a memo and referred him again to his counsel on format requirements.

13. My intent during this time was to address MSgt Kupper's questions about what vaccines were available to him and to provide him time to request a BLA-compliant dose if that was his intent. Based on the order to vaccinate, MSgt Kupper was required to notify me whether he received the first dose by May 17, 2022. After notifying MSgt Kupper of this option on May 17, 2022, I wanted to make sure I gave MSgt Kupper every available opportunity to continue service in the Air Force. I withheld taking any administrative action for failure to vaccinate to ensure he had sufficient time to request the BLA-compliant dose.

14. On May 20, 2022, I received an email from MSgt Kupper that stated, "[o]n the advice of my counsel I will be declining to make any comments in regards to the memo." Based on his

continued failure to vaccinate and his expressed intent to decline the BLA-compliant dose, I started the administrative discipline process by issuing the Letter of Counseling on May 24, 2022.

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of June 2022.

MARBURGER.JOHNATHAN.D.1277542265
Digitally signed by MARBURGER.JOHNATHAN.D.1277542265
Date: 2022.06.23 09:51:19 -07'00'

JOHNATHAN D. MARBURGER, Maj, USAF
Commander