# DEX3

| | |
|---|---|
| **From:** | Sadove, Elizabeth |
| **To:** | KUPPER, NICKOLAS S MSgt USAF AETC 56 MXG/MXMC Flight Chief |
| **Subject:** | RE: [EXTERNAL] RE: EUA Re-issuance |

I apologize, but I cannot comment further because you are a plaintiff in pending litigation.

-----Original Message-----
From: KUPPER, NICKOLAS S MSgt USAF AETC 56 MXG/MXMC Flight Chief <nickolas.kupper@us.af.mil>
Sent: Wednesday, January 12, 2022 5:05 PM
To: Sadove, Elizabeth <Elizabeth.Sadove@fda.hhs.gov>
Subject: RE: [EXTERNAL] RE: EUA Re-issuance

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

| | |
|---|---|
| **From:** | KUPPER, NICKOLAS S MSgt USAF AETC 56 MXG/MXMC Flight Chief |
| **To:** | Sadove, Elizabeth |
| **Subject:** | RE: [EXTERNAL] RE: EUA Re-issuance |
| **Date:** | Wednesday, January 12, 2022 5:05:22 PM |

Good Afternoon,

Thank you so much for your response as I'm sure you all stay quite busy just like us. I will seek a clarification from my chain as to what can satisfy our requirement, but I'd appreciate it if you could answer one question that may have been lost in my original email. I understand that the FDA has said that EUA labeled Pfizer-BioNTech vaccines are interchangeable with Comirnaty as far as they don't present "any safety or effectiveness concerns." However, are EUA labeled Pfizer-BioNTech vaccines interchangeable with Comirnaty legally as far as both vaccines being considered fully licensed and approved? Thank you again for your time and prompt responses.

NICKOLAS S. KUPPER, MSgt, USAF
Accessories Flight Chief
56th CMS, Luke AFB
Comm: 623-856-5567
DSN: 896-5567

**From:** Sadove, Elizabeth <Elizabeth.Sadove@fda.hhs.gov>
**Sent:** Wednesday, January 12, 2022 2:55 PM
**To:** KUPPER, NICKOLAS S MSgt USAF AETC 56 MXG/MXMC Flight Chief <nickolas.kupper@us.af.mil>
**Cc:** O'Shaughnessy, Jacqueline A <Jacqueline.OShaughnessy@fda.hhs.gov>
**Subject:** [Non-DoD Source] RE: [EXTERNAL] RE: EUA Re-issuance

Thank you for your inquiry. Dr. O'Shaughnessy referred your inquiry to me, and I sincerely apologize for the delayed response.

On August 23, 2021, FDA approved a biologics license application for Comirnaty for active immunization to prevent coronavirus disease 2019 (COVID-19) caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) in individuals 16 years of age and older. In an EUA reauthorization letter issued the same day, FDA determined that the EUA-authorized Pfizer-BioNTech COVID-19 Vaccine, which had the same formulation as Comirnaty, could be used interchangeably to provide the vaccination series without presenting safety and effectiveness concerns. On October 29, 2021, FDA authorized a new formulation of the Pfizer-BioNTech vaccine, the Tris formulation, for use in children 5 to 11 years of age when diluted to a lower strength. FDA also authorized the new formulation, without dilution, for individuals 12 years of age and older. On December 16, 2021, FDA approved a supplemental biologics license application for Comirnaty to include the use of the Tris formulation in individuals 16 years of age and older. FDA also determined that for individuals 12 years of age and older, the two formulations of Comirnaty and the two formulations of the Pfizer-BioNTech COVID-19 Vaccine, when prepared according to their respective instructions for use, can be used interchangeably without presenting any safety or effectiveness concerns.

FDA cannot advise you regarding which versions of approved or authorized vaccine may be used to satisfy your vaccination requirement and suggests you pursue your inquiry through chain of command.

Thank you again.

Elizabeth Sadove
Director, MCM Regulatory Policy
Office of Counterterrorism and Emerging Threats
Food and Drug Administration

---

**From:** KUPPER, NICKOLAS S MSgt USAF AETC 56 MXG/MXMC Flight Chief <nickolas.kupper@us.af.mil>
**Sent:** Tuesday, January 11, 2022 12:15 PM
**To:** O'Shaughnessy, Jacqueline A <Jacqueline.OShaughnessy@fda.hhs.gov>
**Subject:** [EXTERNAL] RE: EUA Re-issuance

Good Morning,

This is a follow up on my initial email (below). It has been nearly three months since I initially asked this question and I would greatly appreciate a direct answer from your office. This is a very quick moving pandemic and as such our responses need to be as quick. Thank you and I look forward to your prompt response.

NICKOLAS S. KUPPER, MSgt, USAF
Accessories Flight Chief
56th CMS, Luke AFB
Comm: 623-856-5567
DSN: 896-5567

---

**From:** KUPPER, NICKOLAS S MSgt USAF AETC 56 MXG/MXMC Flight Chief
**Sent:** Wednesday, October 27, 2021 12:33 PM
**To:** jacqueline.oshaughnessy@fda.hhs.gov
**Subject:** EUA Re-issuance

Good Afternoon,

My name is MSgt Kupper and I am a Flight Chief at Luke Air Force Base. I'm writing to you today for some clarification between the EUA labeled Pfizer-BioNTech Covid-19 vaccine and the FDA approved COMIRNATY. Our office just read last week's re-issuance of the EUA for the Pfizer vaccine that you signed and from how it is worded it appears to that the EUA labeled Pfizer Covid-19 vaccine that we have is still under EUA and is not legally approved or licensed the same way that COMIRNATY is. We need to be sure that we are following the order that

the SECDEF put out and that we are only mandating fully licensed vaccines to our members. To that end could you please definitively answer this question for us. If we have EUA labeled Pfizer-BioNTech Covid-19 vaccine available is that legally FDA approved just like the FDA approved COMIRNATY or is it still EUA only and only interchangeable with COMIRNATY as far as safety and efficacy levels? We want to ensure that we are following the letter of the law and that we fully understand the distinction between the EUA and the FDA approved vaccines. Thank you for your prompt attention to this question.

-MSgt Nickolas Kupper
 Flight Chief
 Luke AFB, AZ