Pritish Vora
27758 Santa Marg. Pkwy, #530
Mission Viejo, CA 92691
(949) 292-8359
Amicus Curiae, Pro Se

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| BENJAMIN COKER, et. al.,<br>Plaintiffs,<br>vs.<br>LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, et. al.,<br>Defendants. | Case No.: 3:21-cv-1211-AW-HTC<br>**MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL**<br><br>**Hon. Judge Allen Winsor** |

COMES NOW, Pritish Vora, Amicus Curiae, by way of Pro Se, files with the Honorable Court his motion for leave to file an Amicus Curiae brief in support of the Plaintiffs' motion to compel, and states as follows:

1. Plaintiffs' counsel filed a motion to compel and memorandum in support of motion to compel discovery, or in the alternative, to extend discovery. (See Doc 89 and 89-1, respectively).

FILED USDC FLND PN
JUN 24 '22 PM 12:49

Page 1 of 4

MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

FLND PN
22 PM 12:49

2. Amicus respectfully requests to file an Amicus Curiae brief to support the diligent efforts of Plaintiffs' counsel regarding the motion to compel.[1]

3. Amicus intends to show, citing newly discovered information from publicly available sources, government websites, and using Defendants' own documents, that the alleged "BLA compliant" lots are, in fact, **nonexistent**. (Emphasis added).

4. Amicus also intends to provide useful information for the Court and show that the Defendants' claim of access to the "FDA approved Comirnaty" is subject to further discovery and judicial review.

5. The Court has not made a final determination of the pending motions, and there is no prejudice to the parties to have this information presented before the Court fully decides the respective parties' positions.

WHEREFORE, Amicus respectfully requests that the Court GRANT leave to file the Amicus Curiae brief in support of the Plaintiffs' motion to compel, attached contemporaneously with this motion for leave.

Respectfully submitted on this day of June 23, 2022

By: _Pritsh Vora_

Pritish Vora, Amicus Curiae, Pro Se

---

[1] Plaintiffs' counsel is counsel of record in at least three other cases from a list (See Doc 95-1), and the Amicus Curiae brief will assist in counsel's efforts to streamline litigation.

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(B), I, Pritish Vora, Amicus Curiae, hereby certify that I sought concurrence with counsel for the respective parties via e-mail prior to filing this motion for leave. I received a response from Plaintiffs' counsel as unopposed. I received a response from Defendants' counsel that they take no position on the motion.

Respectfully submitted by:

*/s/ Pritish Vora*

Pritish Vora
27758 Santa Marg. Pkwy #530
Mission Viejo, CA  92691
(949) 292-8359
pvora2112@gmail.com

## CERTIFICATE OF SERVICE

I, Pritish Vora, Amicus Curiae, hereby certify that I sent the motion for leave to the Clerk of the Court via FedEx and a copy was sent via U.S. first class mail, postage prepaid, to each of the respective parties below.

Attorneys for the Plaintiffs:

| | |
|---|---|
| Brandon Johnson | Ibrahim Reyes, Esq. |
| DC Bar No. 491370 | Florida Bar No. 581798 |
| Travis Miller | REYES LAWYERS, P.A. |
| Texas Bar No. 24072952 | 236 Valencia Avenue |
| Defending The Republic | Coral Gables, FL  33134 |
| 2911 Turtle Creek Blvd., Suite 300 | Tel: (305) 445-0011 |
| Dallas, TX  75219 | ireyes@reyeslawyers.com |
| Tel: (214) 707-1775 | |
| bcj@defendingtherepublic.org | |
| traviswmiller@gmail.com | |

Attorneys for the Defendants:

Amy E. Powell
Senior Trial Counsel
United States Dept. of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (919) 856-4013
Amy.Powell@usdoj.gov

Respectfully submitted by:

*[signature: Pritish Vora]*

Pritish Vora
27758 Santa Marg. Pkwy #530
Mission Viejo, CA 92691
(949) 292-8359
pvora2112@gmail.com

**MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF**