**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**BENJAMIN COKER, JOSEPH
CONNELL, et al.,**

      **Plaintiffs,**

**v.**                                    **Case No. 3:21-cv-1211-AW-HTC**

**LLOYD AUSTIN, III, in his official
capacity as Secretary of Defense, et al.,**

      **Defendants.**

_____/

## <u>ORDER TO SET HEARING</u>

The clerk will set a telephonic hearing to address the pending motion to dismiss and the discovery motions. ECF Nos. 65, 88, 89, 91. The hearing will be in the second half of August.

SO ORDERED on July 29, 2022.

s/ *Allen Winsor*_____
United States District Judge