IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENJAMIN COKER, *et al.*,

              **Plaintiffs,**

   v.

LLOYD AUSTIN, III, *et al.*,

              **Defendants.**

**Case No. 3:21-cv-01211-AW-HTC**

## JOINT MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFS

Defendants and Plaintiffs submit this motion requesting leave from the Court to supplement previous briefing on Defendants' January 14, 2022 Motion to Dismiss.  See ECF 65, 68, 79, 82. The Parties submit that good cause exists for additional supplemental briefing to apprise the Court of relevant legal and factual developments in the intervening months and to facilitate discussions of these matters at the August 29, 2022 motion hearing. ECF 103.

The Parties each propose to submit a single ten-page supplemental brief on August 22, 2022 that will address legal and factual developments: Defendants' offer of Comirnaty to Plaintiffs, Plaintiffs' responses, and the legal significance thereof; FDA approval of the Moderna vaccine; availability of Comirnaty-labelled and Spikevax-labelled vaccine; employment and disciplinary status of Plaintiffs; supplemental legal authority; current scientific evidence and regulatory guidance regarding

Omicron; statistics on service members discharge and facing discharge or placement into the inactive ready reserve based on vaccination status; and similar matters related to the motions pending before the Court.

Dated:  August 17, 2022

Respectfully submitted,

/s/ *Brandon Johnson*
Brandon Johnson
DC Bar No. 491370
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219
Tel. 214-707-1775
Email: bcj@defendingtherepublic.org

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

/s/ *Amy E. Powell*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
STUART J. ROBINSON
Senior Counsel
ZACHARY A. AVALLONE
LIAM HOLLAND
CATHERINE YANG
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (919) 856-4013
Email: amy.powell@usdoj.gov

*Counsel for Defendants*