# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**BENJAMIN COKER, JOSEPH CONNELL, et al.,**

 **Plaintiffs,**

**v.**          **Case No. 3:21-cv-1211-AW-HTC**

**LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, et al.,**

 **Defendants.**

_____/

## <u>ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFS</u>

The parties' joint motion for leave to file supplemental briefs (ECF No. 104)

is GRANTED. Each side may file a ten-page brief by August 22.

SO ORDERED on August 18, 2022.

       *s/ Allen Winsor*_____
       United States District Judge