# EXHIBIT 3

| Plaintiff | Branch | Rank | Status Aug 2022 | Status Feb 2022 | RAR Status | Board Status | Adverse Actions Feb 2022 |
|---|---|---|---|---|---|---|---|
| Benjamin Coker | Navy | E-7 | RAR Appeal Pending | RAR Appeal Pending | RAR Appeal Pending | N/A | None |
| Joseph Connell | USAF | E-7 | Med Board Pending | Medical Board | Appeal denied | N/A | None |
| Kalem Cosette | USMC | W-3 | RA Denied Appeal deadline extended | RAR Pending | RAR Denied. | N/A | None |
| Sean Cothran | USAF | Captain O-3 | Separation Package Issued Separation halted by *Doster* PI | Voluntary Separation Submitted | Appeal Denied | N/A | None |
| Samuel Craymer | USAF | Sergeant E-5 | Separation Package Issued Separation halted by *Doster* PI | RAR Pending | Appeal denied | N/a | LOR x2 |
| Kacy Dixon | USAF | Major O-4 | Assignment canceled 5/22 Family moved to new PCS. In limbo with no job. | RAR Pending | RAR Denied RAR Appeal Pending | N/A | None |
| Jay Furman | Navy | Captain O-3 | Retired | | RAR Denied | | |
| Jordan Karr | USAF | Captain O-3 | Discharged May 1, 2022 | Voluntary Separation Withdrawn | RAR Denied No Chance to Appeal | N/A | |
| Nicholas Harwood | USMC | Major O-4 | BOI  Separation with honorable. Awaiting paperwork/out processing | Removed as XO Adverse FITREP Report of Misconduct | Denied Sep 2021 | BOI 7/18/22 | Removed as XO Adverse FITREP Report of Misconduct |
| Eric Kaltrider | USMC | Major O-4 | BOI scheduled  8/29/22 | RAR Appeal Pending | RAR Denied RAR Appeal Pending | BOI 8/29/22 | N/A |
| Nickolas Kupper | USAF | E-7 | Separation Package Issued Separation halted by *Doster* PI | RAR Pending | RAR Denied RAR Appeal Denied BCMR Appeal Pending | Pending Injunction | N/A |
| Blake Morgan | USAF | Captain O-3 | RAR Pending | RAR Pending | RAR Pending | N/A | TDY Restricted |
| Taylor Roberts | USAF | Major O-4 | 2x Vol Sep requests denied Separation halted by *Doster* PI | RAR Pending | RAR Denied | N/A | TDY Restricted |
| Dr. Samuel Sigoloff | Army | MAJ O-4 | Suspended Medical Practice Under Clinical Investigation | RAR Denied | RAR Denied RAR Appeal Denied | NA | |
| Andrew Snow | USAF (AFRC) | MAJ O-4 | Non Voluntary Separation to IRR Halted by *Doster* PI | RAR Appeal Denied | RAR Denied RAR Appeal Denied | N/A | Flight Restricted TDYY Restricted |
| Brian Stermer | Army (AGR) | SFC E7 | RAR Pending | RAR Pending | RAR Pending | N/A | N/A |
| Michael Thompson | USMC | MSgt E8 | RAR Appeal Pending Currently on Skillbridge | RAR Appeal Pending | RAR Denied RAR Appeal Pending | n/a | N/A |

| Plaintiff | Adverse Actions Aug 2022 | Retirement Date | COVID Infection | Medical Exemption/ Medical Condition |
|---|---|---|---|---|
| Benjamin Coker | | 30 April 2023 | Yes May 2022 | |
| Joseph Connell | None | Med Board pending | Neg test Jan 2022 | Denied Twice (Cancer) |
| Kalem Cosette | Travel Restricted Promotion Restricted | N/A | Yes Tested + 1/22 | Clinical Trial Participant |
| Sean Cothran | LOE x2 | N/A | Yes Tested + 9/21 | Denied twice |
| Samuel Craymer | No PCS no Deploy | N/a | Yes Tested + 2/22 | MS (Lack of Supply) Denied NI Exemption Denied |
| Kacy Dixon | Assignment canceled 5/22 Family moved to new PCS. In limbo with no job. | N/A | N/A | Temp ME (Pregnancy) MS (Lack of Supply) Denied Nursing ME Denied |
| Jay Furman | | | | |
| Jordan Karr | Forced Retirement May 2022 | N/A | N/A | Denied (Fertility Disorder) |
| Nicholas Harwood | BOI Found Art 92 violation 2x Conduct unbecoming an officer | N/A | N/A | N/A |
| Eric Kaltrider | Report of Misconduct Commission of Serious Offense Separation/BOI Proceedings | N/A | Yes Tested + 9/21 | MS (Lack of Supply) Denied NI Exemption Denied |
| Nickolas Kupper | LOC LOR | Will apply 1 Sep 22 | Yes Tested + 7/22 | Denied |
| Blake Morgan | TDY Restricted | N/A | Yes Tested+ 8/21 | Denied |
| Taylor Roberts | TDY Restricted | N/A | Yes Jan 2022 | Denied in Sep 2021 |
| Dr. Samuel Sigoloff | Relieved for Cause GOMOR | N/A | Yes November 2021 | Temp ME Denied |
| Andrew Snow | UIF Separation to IRR | N/A | Yes Tested + 3/22 | N/A |
| Brian Stermer | N/A | N/A | Yes | N/A |
| Michael Thompson | N/A | 31 Dec 2022 | | N/A |

Abbreviations

BCMR = Board of Correction of Military Records

BOI = Board of Inquiry

FITREP = Fitness Report

GOMOR = General Officer Memo of Reprimand

IRR = Inactive Ready Reserve

LOC = Letter of Counseling

LOR = Letter of Reprimand

ME = Medical Exemption

NI = Natural Immunity

PCS = Permanent Change of Station

RAR = Religious Accommodation Request

TDY = Temporary Duty (Travel/Training)

XO = Executive Officer