# Table of Exhibits

Defendants' Second Supplemental Memorandum

In Support of Defendants' Motion to Dismiss

| Exhibit Number | Exhibit Description |
|---|---|
| 39 | Declaration of Capt. Kenneth C. Collins, II re: Plaintiff Coker |
| 40 | Declaration of Samuel R. Sager re: Plaintiff Connell |
| 41 | Declaration of Col. Adam L. Jeppe re: Plaintiffs Cossette and Thompson |
| 42 | Declaration of Lt. Col. Jacob P. Fischer re: Plaintiff Cothran |
| 43 | Declaration of Lt. Col. Joseph D. Langan re: Plaintiff Craymer |
| 44 | Declaration of Col. Paul Swenson re: Plaintiffs Dixon, Kupper, Roberts |
| 45 | Declaration of Lt. Col. Charles C. Lowry and Exhibits re: Plaintiff Karr |
| 46 | Declaration of Col. John J. Wiener re: Plaintiff Harwood |
| 47 | Declaration of Col. Koichi Takagi re: Plaintiff Kaltrider |
| 48 | Declaration of 1st Lt. Sara R. McKeever re: Plaintiffs Lund, Cothran |
| 49 | Declaration of Lt. Col. Robert A. Waller re: Plaintiff Morgan |
| 50 | Declaration of Lt. Col. Marie Carmona re: Plaintiff Sigoloff |
| 51 | Declaration of Lt. Col. Brian R. Hint re: Plaintiff Snow |
| 52 | Declaration of Lt. Daniel Sixbey re: Plaintiff Stermer |
| 53 | Second Supp. Declaration of Col. Tonya Rans |
| 54 | CDC, Summary of Guidance for Minimizing the Impact of COVID-19 on Individual Persons, Communities, and Health Care Systems (Aug. 11, 2022), available at https://www.cdc.gov/mmwr/volumes/71/wr/pdfs/mm7133e1-H.pdf. |
| 55 | Email Thread with Counsel (June 10 – August 18, 2022) |