# Exhibit 44

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BENJAMIN COKER, *et al.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:21-cv-01211 |
| | ) |
| LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DECLARATION OF COLONEL PAUL E. SWENSON**

I, Paul E. Swenson, hereby state and declare as follows:

1.    I am a Colonel in the United States Air Force currently assigned as the Director of Manpower, Personnel and Services at the Air Education and Training Command, Joint Base San Antonio-Randolph, Texas.  I have been in this position since June 2020.  As a part of my duties, I am responsible for the development, management, and implementation of personnel, manpower and services plans, policies and procedures for the command, impacting more than 60,000 military and civilian personnel.

2.    I am generally aware of the allegations set forth in the pleadings filed in this matter.  I make this declaration in my official capacity and based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.  I am aware of the vaccination and exemption status for the following Plaintiffs and any subsequent actions taken:

    a.   Master Sergeant (MSgt) Nickolas Kupper

    b.   Major (Maj ) Kacy Dixon

   c. Major (Maj) Taylor Roberts

3. MSgt Nickolas Kupper currently does not have any pending or approved exemptions from the COVID-19 vaccination requirement.  He originally submitted his religious exemption request on September 22, 2021; the Commander, Air Education and Training Command, denied his request, which he subsequently appealed to the Air Force Surgeon General, who denied his appeal on April 12, 2022.  MSgt Kupper was ordered to receive the vaccine, which he refused, and his commander prepared and executed the appropriate disciplinary action, leading to a proposed discharge actions.  MSgt Kupper was notified separation proceedings were being initiated on July 13, 2022.  However, at this time he is being treated as though he is a class member and covered by the class-wide injunction in *Doster v. Kendall* out of the Southern District of Ohio.   Accordingly, all adverse administrative actions, including separation proceedings, have been paused.

4. Major Kacy Dixon currently has an appeal pending decision for a religious accommodation request to be exempt from the COVID-19 vaccination requirement.  She is being treated as though she is a class member and covered by the class-wide injunction in *Doster*.  Accordingly, all adverse administrative actions have been paused.

5. Major Taylor Roberts currently does not have any pending or approved exemptions from the COVID-19 vaccination requirement.  He originally submitted his religious exemption request on September 21, 2021; the Commander, Air Education and Training Command, denied his request, which he subsequently appealed to the Air Force Surgeon General, who denied his appeal on April 12, 2022.  Major Roberts was ordered to receive the vaccine, which he refused, and his commander prepared the appropriate disciplinary action.  However, at this time he is

being treated as though he is a class member and covered by the class-wide injunction in *Doster*. Accordingly, all adverse administrative actions, including disciplinary action, have been paused.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of August 2022.

SWENSON.PAUL.E.1138752263
Digitally signed by SWENSON.PAUL.E.1138752263
Date: 2022.08.20 15:00:49 -05'00'

PAUL E. SWENSON, Colonel, USAF
Director, Manpower, Personnel & Services