# Exhibit 53

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BENJAMIN COKER,** *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 3:21-cv-01211-AW-HTC |
| **LLOYD AUSTIN, III, in his official capacity as Secretary of Defense,** *et al.*, | |
| Defendants. | |

## SUPPLEMENTAL DECLARATION OF COLONEL TONYA RANS

I, Colonel Tonya Rans, hereby state and declare as follows:

1. I am currently employed by the U.S. Air Force as the Chief, Immunization Healthcare Division, Defense Health Agency-Public Health, located in Falls Church, Virginia. I have held the position since June 2017. I am a medical doctor and have been board certified in Allergy/Immunology since 2008 and was a board-certified Pediatrician from 2001-2015.

2. I have previously filed declarations in this matter. This declaration is based on information obtained in the course of my official duties, and is intended to provide additional information relevant to Defendants' Motion to Dismiss.

3. DoD is ordering Pfizer-BioNTech's Comirnaty-labeled, BLA-approved vaccine based on demand at the local level. As of August 22, 2022, there are 5,172 Comirnaty-labeled COVID-19 vaccine vials within DoD available for administration. Further, all remaining Pfizer-BioNTech EUA-labeled COVID-19 vaccine for ages 12 years and older within the DoD supply chain is expected to expire by the end of September 2022. Therefore, from October 2022 forward, we expect that the current formulation of Pfizer-BioNTech COVID-19 vaccine within the DoD supply chain for the 12 year old and older population will have the Comirnaty label. There are no ordering restrictions for this product.

4. Moderna's Spikevax-labeled COVID-19 vaccine became available to order from Health and Human Services in August 2022, and Military Medical Treatment Facilities (MTFs) may now order and receive Spikevax based on local demand. There are no ordering restrictions for this product.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed this 22nd day of August 2022.

RANS.TONYA.SUE. Digitally signed by
1081263031 RANS.TONYA.SUE.1081263031
Date: 2022.08.22 20:13:17 -04'00'

Tonya S. Rans
Colonel, Medical Corps, U.S. Air Force
Chief, Immunization Healthcare Division
Defense Health Agency-Public Health
Falls Church, Virginia