IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **BENJAMIN COKER**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **LLOYD AUSTIN, III**, *et al.*, <br><br> **Defendants.** | **Case No. 3:21-cv-01211-AW-HTC** |

### DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION

#### MOTION

Defendants respectfully request leave to submit the attached supplemental declaration in response to new allegations in Plaintiffs' supplemental filing.

#### MEMORANDUM

This request is supported by good cause. The Court previously permitted supplemental briefing to apprise the Court of relevant legal and factual developments and to facilitate discussion of these matters at the August 29, 2022 motion hearing. *See* ECF Nos. 105, 106, 107. Among other things, Plaintiffs filed a letter from Senator Johnson containing new allegations about a particular lot of vaccine, FW1331, that Plaintiffs seem to believe may not really be BLA-approved, based on allegations from a service member to the Senator. *See* ECF No. 106-2.

1

Plaintiffs' filing demanded that Defendants account for "the provenance of these vials." ECF No. 106 at 3.

The proposed filing, attached here, authenticates FDA records showing that Lot FW1331 was manufactured in Michigan (a manufacturing site included in the approved BLA) and was subject to lot release. *See* attached. It is, therefore, indisputably the BLA-approved vaccine Comirnaty, and properly labelled as such. These records thus show that Plaintiffs' newest factual allegations cannot establish standing or refute mootness. It is thus relevant to the jurisdictional issues pending before the Court, and Plaintiffs will have an opportunity to respond at the hearing.

Local Rule 7.1(B) certification: Undersigned counsel provided a copy of the declaration and exhibits to Plaintiffs' counsel and proposed this motion by email on August 24, 2022. Plaintiffs' counsel responded on August 25 that they "are reviewing what you sent but we do not have a position one way or the other at this time."

Dated: August 26, 2022                                  Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

<u>/s/ *Amy E. Powell*</u>
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
STUART J. ROBINSON
Senior Counsel
ZACHARY A. AVALLONE
LIAM HOLLAND
CATHERINE YANG
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (919) 856-4013
Email: amy.powell@usdoj.gov

*Counsel for Defendants*

Local Rule 7.1(F) certification

I hereby certify that this submission contains 271 words, not including the case style, signature block, and certificate of service, according to Microsoft Word's word count function and thus is in compliance with Local Rule 7.1(F).


/s/ *Amy E. Powell*
AMY E. POWELL