UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BENJAMIN COKER,** *et al.***,**

        **Plaintiffs,**

  v.

**LLOYD AUSTIN, III, in his official capacity as Secretary of Defense,** *et al.***,**

        **Defendants.**

Case No. 3:21-cv-01211-AW-HTC

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 11.1(C), Travis Miller hereby files this motion to the Court for pro hac vice admission in the above-captioned case on behalf of Plaintiffs, stating:

1. Travis Miller is an active member in good standing of the State Bar of Texas. *See* attached certificate of good standing.

2. Mr. Miller does not maintain a regular practice of law in the State of Florida.

3. Mr. Miller has completed the Attorney Admission Tutorial (confirmation number FLND16615350636653), is familiar with the Local Rules of the Northern District of Florida, and confirms he shall comply with them.

4. Mr. Miller represents that, to his knowledge, there are no disciplinary or suspension proceedings pending against him in any court of the United States, or of any State, Territory, or Possession of the United States.

Dated: August 26, 2022

Respectfully submitted,

*/s/ Travis Miller*
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219
Tel: 214-707-1775
Email: twmlegal@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2022, the foregoing document was electronically filed using the CM/ECF system, which electronically serves all parties.

*/s/ Travis Miller*
