# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**BENJAMIN COKER, JOSEPH CONNELL, et al.,**

    **Plaintiffs,**

v.                                                               Case No. 3:21-cv-1211-AW-HTC

**LLOYD AUSTIN, III, in his official
capacity as Secretary of Defense, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING MOTION FOR
## LEAVE TO FILE SUPPLEMENTAL DECLARATION

Defendants' motion for leave to file a supplemental declaration (ECF No. 108) is GRANTED. The supplemental declaration (ECF No. 108-1) is accepted.

SO ORDERED on August 29, 2022.

                                                     s/ *Allen Winsor*
                                                     United States District Judge