Start: 2:00 p.m.
Stop: 3:57 p.m.

## UNITED STATES DISTRICT COURT
### CIVIL MINUTES - GENERAL

Case No:   3:21-cv-1211-AW                                                Date:   8-29-2022
           Coker et al v Austin et al

DOCKET   ENTRY

Telephonic Motion Hearing

PRESENT:      Honorable ALLEN C WINSOR, District Judge

| TiAnn Stark | Lisa Snyder - USDC Tallahassee |
|---|---|
| Deputy Clerk | Court Reporter |
| Brandon Johnson and Travis Miller | Catherne Yang and Amy Powell |
| Attorney for Plaintiff | Attorney for Defendants |

PROCEEDINGS:

**2:00 p.m.**      **Court called to order**

2:01 p.m.       FDA argument presented by Plaintiff

2:12 p.m.       Arguments present by the defendant on Motion to Dismiss, ECF 65

2:58 p.m.       Response by plaintiff on Motion to Dismiss

3:39 p.m.       Rebuttal - Brief due from defendant by 9/12/22 - plaintiff can respond

3:55 p.m.       Discovery issues continued to Friday, Sept 2 at 3:00 p.m.

**3:57 p.m.**      **Court adjourned**