UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENJAMIN COKER, et al.,

    Plaintiffs,

v.           Case No. 3:21cv1211-AW-HTC

LLOYD AUSTIN, III, in his official capacity as
  Secretary of Defense, et al.,

    Defendants.
_____/

## ORDER

This matter is before the Court on attorney Travis Miller's Motion to Appear *Pro Hac Vice*, as co-counsel on behalf of Plaintiffs. ECF Doc. 109. Upon consideration, the Court finds the attorney has met the requirements under Northern District of Florida Local Rule 11.1.

Accordingly, it is ORDERED that the Motion to Appear *Pro Hac Vice* at ECF Doc. 109 is GRANTED, and Travis Miller is hereafter permitted to appear before the Court as co-counsel on behalf of Plaintiffs.

DONE AND ORDERED this 29th day of August 2022.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**