Start: 3:01 p.m.
Stop: 4:12 p.m.

## UNITED STATES DISTRICT COURT
### CIVIL MINUTES - GENERAL

Case No: 3:21-cv-1211-AW  
Coker et al v Austin et al

Date: 9-2-2022

DOCKET ENTRY

Telephonic Motion Hearing

PRESENT: Honorable ALLEN C WINSOR, District Judge

| TiAnn Stark | Lisa Snyder - USDC Tallahassee |
| Deputy Clerk | Court Reporter |

| Brandon Johnson | Catherine Yang and Amy Powell |
| Attorney for Plaintiff | Attorney for Defendants |

PROCEEDINGS:

**3:01 p.m.** **Court called to order**

3:03 p.m. Arguments presented on ECF 88, Defendants' motion to compel - denied as to request for production and granted as to the interrogatories for the reasons stated on the record

3:35 p.m. Arguments presented on ECF 89, motion to compel by Plaintiffs- taken under advisement

4:04 p.m. ECF 91, motion for protective order denied as moot

4:10 p.m. Supplemental brief due in two weeks

**4:12 p.m.** **Court adjourned**