Exhibit 56

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BENJAMIN COKER,** *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 3:21-cv-01211-AW-HTC |
| **LLOYD AUSTIN, III, in his official capacity as Secretary of Defense,** *et al.*, | |
| Defendants. | |

## DECLARATION OF SUZANN BURK

I, Suzann Burk, declare as follows:

1.      I am the Director of the Division of Disclosure and Oversight Management ("DDOM"), Office of Communication Outreach and Development, Center for Biologics Evaluation and Research ("CBER"), United States Food and Drug Administration ("FDA"), in Silver Spring, Maryland.

2.      As the Director of DDOM, I have overall responsibility for the disclosure of documents officially maintained by CBER, the center in FDA that regulates biologic products such as blood, vaccines, gene therapy, and human cells, tissues, and cellular and tissue-based products.  I have been the Director of DDOM since June 24, 2018.  Prior to that date, I was the Team Lead of the Electronic Disclosure Team in DDOM for approximately nine and one-half years.  Prior to that, I was a member of the Congressional and Oversight Branch in DDOM for two years and a member of the Access Litigation and Freedom of Information Branch in

1

DDOM for four years.

3.      In my capacity as Director of DDOM I have access to official CBER documents. I am responsible for disclosing documents in litigation on behalf of CBER.

4.      I submit this declaration in support of Defendants' Motion to Dismiss and I understand this declaration may be used in other cases as well. The statements made in this declaration are based on my personal knowledge and official records available to me in my official capacity.

5.      Attached hereto as Exhibit 1 is a copy of the redacted supplemental approval letter dated January 14, 2022, from FDA to BioNTech Manufacturing GmbH, adding 30 µg Tris/Sucrose formulated drug product manufacturing at the Pharmacia and Upjohn Company LLC facility in Kalamazoo, Michigan. I certify that Exhibit 1 is an official FDA record.

6.      I declare under penalty of perjury that the foregoing Exhibit 1 and the facts contained in this declaration are true and correct pursuant to 28 U.S.C. § 1746.

Suzann H. Burk
-S
Digitally signed by Suzann H.
Burk -S
Date: 2022.09.12 11:10:17
-04'00'

_____
SUZANN BURK
Division Director
Division of Disclosure and Oversight Management
Office of Communication Outreach and Development
Center for Biologics Evaluation and Research
Food and Drug Administration
U.S. Department of Health and Human Services

Executed on September 12, 2022

2

Exhibit 1



Our STN:  BL 125742/44                                         **SUPPLEMENT APPROVAL**
                                                                                January 14 , 2022

BioNTech Manufacturing GmbH
Attention:  Adrienne Stafford
Pfizer Global CMC – Vaccines
4300 Oak Park Road
Sanford, NC 27330

Dear Ms. Stafford:

We have approved your request submitted and received December 17, 2021, to supplement your Biologics License Application (BLA) under section 351(a) of the Public Health Service Act for COVID-19 Vaccine, mRNA to add  30 µg Tris/Sucrose formulated drug product manufacturing in Building (b) (4), with fill and finish operations on Line (b) (4) at the Pharmacia and Upjohn Company LLC facility in Kalamazoo, MI.

We will include information contained in the above-referenced supplement in your BLA file.

                              Sincerely,

                              Carolyn A.
                              Renshaw -S

Digitally signed by Carolyn A. Renshaw -S
DN: c=US, o=U.S. Government, ou=HHS,
ou=FDA, ou=People,
0.9.2342.19200300.100.1.1=1300042810,
cn=Carolyn A. Renshaw -S
Date: 2022.01.14 12:39:41 -05'00'

                              Carolyn Renshaw
                              Acting Director
                              Division of Manufacturing and Product Quality
                              Office of Compliance and Biologics Quality
                              Center for Biologics Evaluation and Research