KKC
18 Oct 21

From:   Chief Warrant Officer 3 Kalem K. Cossette 1281967629/0670
To:     Commanding Officer, Communication Training Battalion

Subj:   REQUEST FOR REDRESS OF WRONGDOING

Ref:    (a) Manual for Courts-Martial
        (b) JAGINST 5800.7F
        (c) 10 U.S.C 809
        (d) 10 U.S.C 897
        (e) MCO 1050.3J

Encl:   (1) Disapproved leave request

1.  Sir, the alleged wrong that I bring to your attention concerns a leave
request that you denied on 15 October 2021 (See enclosure 1).

2.  I allege that the denial of my leave request violates not only the text,
but also the spirit of the leave regulation (See reference e).

        a.  Chapter 2, paragraph 4 of reference (e) states that "Marines
shall be granted leave at any time they request when their presence is not
required to accomplish the command's mission."

        b.  The denied request was for a weekend period during which I had no
additional duties, and would have otherwise been granted regular weekend
liberty. Therefore, granting this leave request would not have impacted the
command's ability to accomplish its mission.

3.  I allege that I am being discriminated against due to my medical status.

        a.  Comments made during the processing of my leave request indicate
that guidance was issued from Colonel Broome and yourself that unvaccinated
Marines are not allowed to take leave outside of a 100-mile radius (See
enclosure 1).

        b.  Limiting travel to 100 miles seems to be arbitrary as I am no
more likely to be exposed to COVID-19 115 miles away while visiting family,
than I am shopping at the Commissary or elsewhere within the city limits of
Twenty-nine Palms.

        c.  Prior to the availability of the vaccine, I was allowed to take
leave to Ohio. In order to be granted leave, I was required to submit a
COVID-19 mitigation plan that included the wearing of a mask, social
distancing, and planning my route based on the overlay of a heat-map showing
the 'COVID-19 hot zones', among other things. These mitigating factors were
viewed as effective and resulted in my leave being approved.  Are these
mitigation methods no longer effective?  If I were to submit to testing (3)
days prior to my return, and again upon my return from leave, would this not
also be an effective and less restrictive means of protecting the force?

Subj:    REQUEST FOR REDRESS OF WRONGDOING

4.  I allege that having a 100-mile radius of allowed travel is punitive action for not having received a COVID-19 vaccine and that this restriction is intended to coerce Marines into receiving said vaccine.

    a.  You are aware that I have a request for religious accommodation pending.  As I understand it, I am to be treated as if in compliance with all vaccination orders until a final disposition of my request has been reached. This restriction could also be considered religious discrimination and/or persecution if the majority of the personnel this restriction applies to are pending a request for religious accommodation. I am NOT making an allegation to that effect at this time.

5.  I allege that this restriction of travel meets the definition of an 'Imposition of restraint' according to 10 U.S.C 809, Article 9, and that this restraint was exercised without probable cause.

6.  I allege that this imposition of restraint was imposed without due process, a hearing, a pre-trial confinement order, or court order.

7.  I allege that this imposition of restraint qualifies as unlawful detention in accordance with 10 U.S.C 897, Article 97.

8.  I hereby request that you reconsider your denial of my leave request.

9.  Please provide a written response to this request for redress, and please include answers to the following questions:

    a.  Who issued the original order imposing the 100-mile travel restriction, and on what authority?

    b.  How many Marines are restricted to a 100-mile radius?

    c.  How many travel-restricted Marines have a pending request for religious accommodation?

    d.  Why are previous COVID-19 mitigation methods no longer effective or appropriate?

    e.  Why is travel to a location 99-miles miles away less likely to result in a COVID-19 infection compared to travel 115-miles away, as per my request.

10.  I can be reached concerning this matter at commercial: (760) 994-3625 or email: kalem.cossette@usmc.mil.

K. K. COSSETTE

2

10/17/21, 4:01 PM                                  View Leave Request



CWO3 KALEM K. COSSETTE | Change Context | MOL Home | Logout | Help

Home » View Request

Print

**COSSETTE, KALEM K. (1281967629)**   Annual Leave     **Approved By:**   **Status:** Disapproved

| | **Departure:** | **Return:** | **# Days** |
|---|---|---|---|
| **Requested:** | 22 Oct 2021 @ 1630 | 25 Oct 2021 @ 0800 | 2 |
| **Actual:** | | | 0 |

**Balance Details**

| | |
|---|---|
| Balance: | 30.0 |
| Used FYTD: | 33.0 |
| Days Pending Charge: | 0.0 |
| Draft: | 0.0 |
| Pending Approval: | 0.0 |
| Approved: | 0.0 |
| In Progress: | 0.0 |
| Completed (Not Posted to LES): | 0.0 |

**« October 2021**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 26 | 27 | 28 | 29 | 30 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |

**November 2021 »**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |

**Organization**

MC COMM ELEC SCHOOL (PERM PERS)
PO BOX 788251
TWENTYNINE PALMS CA 0092278
760-830-6521

**Destination**

9128 Olive St

Temple City, CA 91780
7609943625

**Document Details**

| Date and Time | Contributor | File | Description |
|---|---|---|---|
| 20211015 @ 11:09 | CWO3 COSSETTE, KALEM K. | Leave Route.JPG | |

**REQUEST TRACKING:**

15 Oct 2021 @ 1417  Leave disapproved by LTCOL ARUN SHANKAR 15 Oct 2021 @ 1417

15 Oct 2021 @ 1208  Assigned To: LTCOL ARUN SHANKAR 15 Oct 2021 @ 1208

15 Oct 2021 @ 1208  Leave Request not recommended by 1STSGT MARC A. PEGRAM SNO is not recommended for annual leave. 15 Oct 2021 @ 1208

15 Oct 2021 @ 1126  Assigned To: 1STSGT MARC A. PEGRAM 15 Oct 2021 @ 1126

15 Oct 2021 @ 1126  Leave Request not recommended by MAJ CLINTON L. WOODS Sir, per guidance issued on 24 Sept by both yourself and Colonel Broome, I am non-recommending this leave request due to CWO Cossette not being vaccinated and the request exceeding the 100 mile local liberty for Marines that haven't received vaccines. The requested location is 115 miles (As the crow flies) and 135 miles driving. 15 Oct 2021 @ 1126

15 Oct 2021 @ 0910  Edited Annual Leave: CWO3 KALEM K. COSSETTE Request annual leave to visit my Aunt and Uncle. I will be travelling via POV. My leave route is attached to this request. 15 Oct 2021 @ 0910

15 Oct 2021 @ 0909  File Leave Route.JPG removed by: CWO3 KALEM K. COSSETTE 15 Oct 2021 @ 0909

15 Oct 2021 @ 0909  File Leave Route.JPG added by: CWO3 KALEM K. COSSETTE 15 Oct 2021 @ 0909

15 Oct 2021 @ 0909  Originator : CWO3 KALEM K. COSSETTE 15 Oct 2021 @ 0909

15 Oct 2021 @ 0909  File Leave Route.JPG added by: CWO3 KALEM K. COSSETTE 15 Oct 2021 @ 0909

1.9                              tfas-p2s-03                    Sun Oct 17 15:59:59 PDT 2021

ENCL (1)



**UNITED STATES MARINE CORPS**
COMMUNICATION TRAINING BATTALION
MARINE CORPS COMMUNICATION-ELECTRONICS SCHOOL
BOX 788251
TWENTYNINE PALMS CALIFORNIA 92278-8251

1050
CO/CTB
21 Oct 21

FIRST ENDORSEMENT on CWO3 Cossette's ltr KKC of 18 Oct 21

From: Commanding Officer, Communication Training Battalion
To:   Chief Warrant Officer 3 Kalem K. Cossette 1281967629/0670 USMC

Subj: RESPONSE TO REQUEST FOR REDRESS OF WRONGDOING

1. In response to your redress request of 18 Oct 21 to reconsider denial of the subject leave request, I have carefully considered this matter anew. I have again consulted with the legal adviser for this command regarding your assertions, and concluded that they are without merit. Your leave request is denied.

2. Servicemembers in this command who remain unvaccinated shall not, except in extraordinary circumstances, be granted annual leave outside of the local area, which in this case is established as a 100-mile radius of our duty station. This order was issued by your commander as a lawful means to ensure the readiness and mission accomplishment of the command. Of particular note, this order applies without regard to the reason a servicemember remains unvaccinated. As such, any request for religious accommodation and/or a person's religious beliefs more broadly play no part in the applicability of this order. All unvaccinated servicemembers are required to remain within a 100-mile radius of our duty station. As an aside, the particular data regarding requests for religious accommodation are considered Controlled Unclassified Information and as such may not be released to you.

3. The vaccinations mandated by MARADMIN 462/21 directly further a compelling government interest that would be significantly eroded if servicemembers are allowed at their discretion to avoid the least restrictive means of protecting the force. Per MCO 1730.9, it is well established that "[t]he Marine Corps requires immunizations for all Marines, based upon our compelling interest in military readiness and the health and safety of the Total Force." As applied to the case of COVID-19 vaccinations by MARADMIN 462/21, "[m]aximum vaccination of the force will reduce transmission of disease, reduce severity of disease among personnel who become infected, preserve medical resources, and facilitate mission accomplishment at the individual, unit, and organizational levels."

4. Vaccination is now the least restrictive means to further this compelling government interest. COVID-19 mitigation measures, to include physical isolation of the entry-level student population, restriction of movement orders, prohibitions on commercial travel, social distancing, and telework, have negatively impacted the entry level production process at this command. Vaccination alleviates these burdensome mitigation measures and is now the least restrictive means available to further the subject interests. Previous COVID-19 mitigation measures are no longer the least restrictive or most effective way to protect the command.

5. The purpose of the subject order is to protect the readiness and mission accomplishment of the command as a whole. As such, your characterization of the 100-mile limit as arbitrary entirely misapprehends the purpose of the

ENCL (1)

Subj:          RESPONSE TO REQUEST FOR REDRESS OF WRONGDOING

order.  The order takes into consideration the individual and the cumulative
effects of granting leave requests on unit mission accomplishment as a
whole.  In the case of the COVID-19 vaccination mandate, the cumulative
adverse impact of granting out-of-area leave requests for those not in
compliance places an unacceptable risk on the compelling government interests
at stake.  There is a scientifically undeniable correlation between increased
travel and greater instances of COVID-19 infection.  For this reason, a key
factor underpinning the order in this case is the cumulative negative effect
on entry-level training from granting similar leave requests.


A. SHANKAR

Encl (1)



# DEPARTMENT OF THE AIR FORCE
## 56TH FIGHTER WING (AETC)
## LUKE AIR FORCE BASE AZ 85309-1629

13 Jun 2022

MEMORANDUM FOR  SECAF

FROM:  MSgt Nickolas S. Kupper
         (17539 W. Pershing St., Surprise, AZ 85388)

SUBJECT:  Formal Article 138, Uniform Code of Military Justice, Complaint

1.  I, Nickolas S. Kupper, am currently assigned to 56 CMS.  On 29 March 2022, AETC/CC, committed the following wrongs against me:

a. Lt Gen Marshall B. Webb did not make a decision on my religious accommodation request in a timely manner. Specifically DAFI 52-201 requires that all parties review requests for religious accommodation with final action taken no later than a total of 90 days from Service member submission.  I submitted my request on 22 September 2021 and he did not take final action on my request until 188 days later; more than twice as long as allowed by the regulation.  Due to being left in a state of pending action for six months I was not afforded any opportunity to PCS or go TDY without a HAF level waiver.

b. Lt Gen Marshall B. Webb did not properly adjudicate my request for religious accommodation to the COVID-19 vaccine.  He acknowledged that my belief was sincere, but denied accommodation to me based partly off the supposition that I am required to perform physical labor in close proximity with others.  As an Accessories Flight Chief, I do not perform physical maintenance or maintenance of any kind nor have I been in a position to perform such maintenance since October of 2016.  Without knowing what job I perform, he was not able to perform a thorough analysis of all the factors of the request as required in DAFI 52-201.  His failure to know what job I perform on a daily basis helped ensure that my accommodation request was denied which has led to me being faced with involuntary separation just shy of being able to retire.

c. Lt Gen Marshall B. Webb did not apply the least restrictive means possible of accomplishing the mission when he denied my religious accommodation.  As an unvaccinated member at Luke AFB, I am not required to wear a mask, socially distance or perform weekly COVID-19 screening tests.  There are no differences between unvaccinated members and fully vaccinated members at Luke AFB.  Therefore, the least restrictive means are already employed.  By denying my accommodation request he violated the requirement in DAFI 52-201 that he approve my request unless there is a "real (not theoretical) adverse impact on military readiness, unit cohesion, good order and discipline, health or safety of the member or the unit."  Due to this, I am facing involuntary discharge at nearly 19 years in service.

2.  Lt Gen Marshall B. Webb relinquished command of AETC on 20 May 2022, the day after I submitted my informal Article 138 complaint to him, due to his pending retirement on 30 Jun 2022.  You are the general court-martial convening authority.

3.  I submitted my informal complaint under Article 138, Uniform Code of Military Justice, on 19 May 2022, but my commander did not grant the requested relief in that he dismissed my complaint in full because there is an appeal process for religious accommodations through the AF/SG.  However, my complaint was about the initial process being fraught with regulatory failures, which should have resulted in my religious accommodation never having been sent to the AF/SG for appeal.  Additionally Lt Gen Brian S. Robinson was the commander who responded to my complaint however, Lt Gen Webb has not yet retired and therefore per AFI 51-505, paragraphs 3.1.1 and 3.1.2 Lt Gen Robinson does not meet the requirement to respond to my complaint and Lt Gen Webb was still required by AFI to respond.

4.  I therefore respectfully request that you follow the intent of DAFI 52-201, DoDI 1300.17, AFI 51-505 and the Religious Restoration Freedom Act when reviewing my complaint. I request that you overturn the denial of my religious accommodation request for the above reasons and since the DoD and AF have already determined that, I currently do not need any accommodations to perform my job as an unvaccinated airman.

5.  I have attached all the evidence available to me.


                                   NICKOLAS S. KUPPER, MSgt, USAF
                                   Accessories Flight Chief

Attachments:
1. Informal Complaint under Article 138, Uniform Code of Military Justice (with all attachments)
2. Respondent Commander's Response to the Informal Complaint under Article 138, Uniform Code of Military Justice



**DEPARTMENT OF THE AIR FORCE**
**56TH FIGHTER WING (AETC)**
**LUKE AIR FORCE BASE AZ 85309-1629**

19 May 2022

MEMORANDUM FOR  HQ AETC/CC

FROM:  MSgt Nickolas S. Kupper
          (17539 W. Pershing St., Surprise, AZ 85388)

SUBJECT:  Informal complaint under Article 138, Uniform Code of Military Justice

1.  I, Nickolas S. Kupper, am currently assigned to 56 CMS.  On 29 March 2022, while assigned to HQ AETC, you committed the following wrongs against me:

a.  You did not make a decision on my religious accommodation request in a timely manner. Specifically DAFI 52-201 requires that requests for religious accommodation be reviewed by all parties with final action taken no later than a total of 90 days from Service member submission. I submitted my request on 22 September 2021 and you did not take final action on my request until 188 days later; more than twice as long as allowed by the regulation.  Due to being left in a state of pending action for six months I was not afforded any opportunity to PCS or go TDY without a HAF level waiver.

b.  You did not properly adjudicate my request for religious accommodation to the COVID-19 vaccine.  You acknowledged that my belief was sincere, but denied accommodation to me based partly off the supposition that I am required to perform physical labor in close proximity with others.  As an Accessories Flight Chief I do not perform physical maintenance or maintenance of any kind nor have I been in a position to perform such maintenance since October of 2016. Without knowing what job I perform you were not able to perform a thorough analysis of all the factors of the request as required in DAFI 52-201.  Your failure to know what job I perform on a daily basis helped ensure that my accommodation request was denied which has led to me being faced with involuntary separation just shy of being able to retire.

c.  You did not apply the least restrictive means possible of accomplishing the mission when you denied my religious accommodation.  As an unvaccinated member at Luke AFB I am not required to wear a mask, socially distance or perform weekly COVID-19 screening tests.  There are no differences between unvaccinated members and fully-vaccinated members at Luke AFB. Therefore the least restrictive means are already employed.  By denying my accommodation request you have violated the requirement in DAFI 52-201 that you approve my request unless there is a "real (not theoretical) adverse impact on military readiness, unit cohesion, good order and discipline, health or safety of the member or the unit."  Due to this I am facing involuntary discharge at nearly 19 years in service.

2.  I have attached all the evidence available to me.

3.  I request the following relief under Article 138, Uniform Code of Military Justice:

a.  I request that you review my request for religious accommodation from the COVID-19 vaccine again and perform the review in the timeline required by DAFI 52-201.

b.  I request that you fully acquaint yourself with my position in the Air Force and make a decision based off of the job I actually perform.

c.  I request that you follow the intent of the DAFI, DoDI 1300.17 and the Religious Restoration Freedom Act when reviewing my request and that you approve it since the DoD and AF have already determined that I currently to not need any accommodations to perform my job as an unvaccinated airman.


                                        NICKOLAS S. KUPPER, MSgt, USAF
                                        Accessories Flight Chief

Attachments:
Kupper Religious Accommodation Request
MSgt Nickolas Kupper (56 FW) - Religious Accommodation Request
MSgt Nickolas Kupper RAR Denial Appeal
MSgt Kupper Immunologist Endorsement (Signed)

22 Sep 2021

Master Sergeant Nickolas S. Kupper, USAF
Accessories Flight Chief
56 CMS
14440 W Starfighter St
Luke AFB, AZ 85309


Lieutenant General Marshall B. Webb, USAF
Commander, Air Education and Training Command
AETC Command
Joint Base San Antonio, Texas 78150


Dear Lieutenant General Webb,

I request a religious accommodation waiver for the SARS-CoV-2 (COVID-19) vaccination
requirement mandated by the Department of Defense (DoD). My DoD ID number is
1266938078. My Specialty Code is 2A676.

I am seeking this exemption because, first and foremost, I cannot in good conscience take a
medical treatment that is not medically necessary for my health, especially when considering that
everyone who has been vaccinated, but lacks natural immunity from a prior COVID-19
infection, has been proven by science to be less protected than I am. Taking the vaccine at this
point, with all the current data, would be an admission that it is medically necessary, and that
would be a lie going against the science that God created.

I have been a practicing Christian since I was saved at the age of 16. I have been a Sunday
School teacher, youth group leader and technology director at various churches around the
country and in Europe while stationed at RAF Mildenhall. Additionally my family and I have
attended church nearly every Sunday for my entire 17 year marriage, even while on vacations or
deployments. I strive to follow the teachings of Jesus Christ, and although I fail from time to
time, as we all do, I sincerely try my best to always do what God has guided me to do and what I
know in my heart to be right and true. As Proverbs 12:22 states, "The Lord detests lying lips, but
he delights in people who are trustworthy." I choose to delight my Lord. An example: when God
called my wife and me to adopt a severely disabled child from Armenia while living in England,
we did so without hesitation. For the past five years, we have been the proud parents of the most
joyful little Armenian girl because of our obedience. My faith isn't a hobby for me or something
I use to make myself feel like a good person; I actually practice my faith and go where I feel God
is calling me.

Many people believe that science and God do not go together, but I fully believe that God
created everything, to include science, and as such science only serves to prove God's existence.
I first started believing this at age 17 when a teacher suggested that the reason the Bible doesn't
distinctly call out dinosaurs is because God left us with a history of how the world would have
formed if he had allowed physics to run its course as with the Big Bang Theory. Colossians 1:16

states, "For by him all things were created, in heaven and on earth, visible and invisible, whether thrones or dominions or rulers or authorities—all things were created through him and for him." Since God can do anything, and has created everything, he surely can leave a breadcrumb trail of how this world would have formed if he hadn't just snapped his fingers and made it so. I've been operating on this belief system of science going hand in hand with religion for the past 19 years.

I first attempted to procure a medical exemption for the COVID-19 vaccine, based on my proven natural immunity, instead of a religious exemption because a medical exemption would only require the time of a single medical provider, but a religious accommodation would take up a massive amount of time from the medical team, chaplains and commanders. I was blocked however, from seeking the natural immunity exemption afforded to me in joint regulation AFI 48-110. The joint regulation states, "Health care providers will determine a medical exemption… General examples of medical exemptions include the following—Evidence of immunity based on serologic tests, documented infection, or similar circumstances." I became infected with COVID-19 at the end of January 2021 and since then I have taken two serologic tests off-base at one and four months post-infection and an additional test on-base at five months post-infection. All three tests reported that I was positive for COVID-19 antibodies. The test on-base specifically stated that I had the same spike protein antibodies created by the vaccines.

This was not my first time seeking a medical exemption based on natural immunity. My personal medical record lists multiple vaccinations (Hep A/B, MMR and Varicella) as "positive titer" because I was able to prove immune status through serological testing and was therefore prevented from further unnecessary vaccination. The DoD has set a decades-long precedent of allowing for serological testing to prove immune status and exempt military members from further vaccination. Yet with this vaccine, the DoD has thrown out that precedent in direct contradiction to the overwhelming scientific evidence supporting it.

I have exchanged multiple emails and had two in-person appointments with the base immunologist, Major Geoffrey Carlson. He has agreed that my understanding of both the science and the regulation is accurate. Additionally, he has directly informed me that, based on the studies, I am more immune than anyone who has only received the vaccine. He also mentioned that outside of one or two doctors, I am the most knowledgeable person he's spoken with about COVID-19. He indicated however, that he is being prevented from granting me a natural immunity medical exemption at the direction of the SECAF — even though I meet the medical and regulatory standard for the exemption. We discussed that the SECDEF and SECAF are basing their natural immunity exemption denials on the CDC's recommendation that everyone be vaccinated, regardless of natural immunity.

I believe that God has given us all talents and abilities and that he leads us on certain paths. 1 Peter 4:10 says, "As each has received a gift, use it to serve one another, as good stewards of God's varied grace." God has given me certain talents with researching being one of them along with comprehending what I've researched. This is likely why, even though I'm not a doctor, Major Carlson acknowledges my thorough understanding of COVID-19. In my research of COVID-19 I've discovered over 15 studies that prove natural immunity to be longer-lasting and more protective than vaccination alone. I have provided many of these studies to Major Carlson and can provide them to you at your request.

Two studies out of Italy and Switzerland show that natural immunity is seven times more protective against all COVID-19 variants than vaccination alone. Another study out of Israel last month confirms those two findings and highlights that natural immunity is 13 times more protective against infection with the Delta variant and 27 times more protective against symptomatic infection than vaccination alone. The CDC has not provided a single study that refutes these studies and has not been able to provide any evidence for their recommendation that naturally immune individuals need a vaccine. The only data the CDC has highlighted is a study out of Kentucky comparing naturally-immune individuals with and without a single vaccine dose. They provide zero comparisons between natural immunity and vaccine-only immunity yet continue to claim that vaccine-only immunity is superior. If I were to take the COVID-19 vaccine I would be accepting a blatant disregard for the body of scientific evidence supporting natural immunity. Disregarding the science that God created would not be honoring Him and would not fit with the teachings of 1 Samuel 2:30b, "for those who honor Me I will honor, and those who despise Me will be lightly esteemed.'" I will not despise God.

As further evidence of the immunity that prior infection provides, Spectrum Health hospital system in Michigan announced recently that it is exempting its employees from mandatory COVID-19 vaccination if they can provide serological evidence of antibodies. Unfortunately, the CDC's recommendation of vaccines for everyone — ignoring natural immunity's superiority — is incorrectly driving the DoD's vaccine mandate. The CDC is not listening to the wealth of data supporting natural immunity and as such comes across as foolish, according to the Bible. As Solomon writes in Proverbs 12:15, "The way of fools seems right to them, but the wise listen to advice." I choose to follow the teachings of the Bible and listen to the advice of all the scientific studies, and not the advice of those who disregard them.

Over the past 18 years, I have had an exemplary career with no disciplinary issues. I have twice won the Tuskegee Airman Inc. SNCO annual award, twice been recruiter of the year and won SNCO of the year. In 2016, I was one of the Ten Outstanding Young American national award winners, and in 2017, I was the Air Force Times Airman of the Year Honorable Mention. Additionally, in 2019, I was twice nominated by AMC to the positions of Superintendent to the VCSAF and SECAF and again in 2020 was Luke AFB's nomination to Superintendent to the SECAF. I have even honorably represented the military on the television show American Ninja Warrior. I have been married for 17 years and have four children, one of whom, our adopted daughter, has 11 special needs. I mention all of this to give you a background on who I am and to highlight that I have not come to this decision lightly. I know what is at stake, but I also know what is right and wrong and I cannot go against my beliefs even if it means that I could lose my career and retirement.

If I were to take the vaccine at this point, with all the data in my favor, I would only be taking it for the money and benefits that come from retirement. Money is an abhorrent reason to receive a medical treatment, and no one should be asked to go against their beliefs for any amount of money. This conforms to Paul's teaching in Hebrews 13:5 where he says, "Keep your lives free from the love of money and be content with what you have, because God has said, 'Never will I leave you; never will I forsake you.'" I am believing that God will be with me in my righteous pursuit of what is scientifically accurate and that He will never leave nor forsake me.

I am a great Airman, father and Christian, but I would be a failure in all if I could not hold true to my sincerely-held beliefs. In John 8:31-32, Jesus said, "If you hold to my teaching, you are really my disciples. Then you will know the truth, and the truth will set you free." I choose to know the truth, as directed by Jesus, and the truth is that this vaccine is not medically necessary for me. As such, I wholeheartedly ask that you honor my request for exemption from this vaccine and allow me to continue my career in the same excellent manner that I always have.

If my request is denied I understand that I can appeal to the Air Force Surgeon General, and if it is further denied, I understand that I may face an early separation and loss of my retirement. I hold my beliefs so firmly that I am willing to make that sacrifice if necessary. While not on the same level, Jesus made the ultimate sacrifice for God's children, and I must be willing to make this sacrifice if forced.

I understand that I must arrange an in-person counseling by my Squadron Commander and a medical provider and interview with an Air Force Senior Installation Chaplain as part of the process for requesting an immunization waiver based on religious accommodation.
I understand that I have a temporary exemption from receiving the immunization while my request is processing (DAFI 52-201, Para 2.12).

If my request is disapproved, I understand I must comply with the required immunization and vaccination standards or face the consequences for failing to comply. I understand that an approved accommodation continues throughout my career, but may be suspended, modified or revoked by appropriate authorities when required by military necessity. The point of contact for this request is the undersigned at 503-881-1611 or nickolas.kupper@us.af.mil.

KUPPER.NICKO
LAS.SCOTT.126
6938078

Digitally signed by
KUPPER.NICKOLAS.SCOT
T.1266938078
Date: 2021.09.22 13:54:58
-07'00'

Nickolas S. Kupper
MSgt, USAF



**DEPARTMENT OF THE AIR FORCE**
**AIR EDUCATION AND TRAINING COMMAND**

29 March 2022

MEMORANDUM FOR  MASTER SERGEANT NICKOLAS S. KUPPER

FROM:  HQ AETC/CC
        1 F Street, Suite 1
        JBSA Randolph TX  78150-4324

SUBJECT: Decision Regarding Religious Accommodation Request

   I have received your accommodation request for exemption from the COVID-19 immunization requirement based on your religious beliefs.  After careful consideration of the specific facts and circumstances, I deny your request for exemption from Air Force COVID-19 immunization standards based on the recommendations from your chain of command and the Religious Resolution Team (any other religious exemption that you seek must be addressed in a separate, specific request).  A copy of this decision memorandum will be placed in your automated personnel records.

   I thoroughly reviewed your request, examined the comments and recommendations from the functional and legal experts, and considered the impact on you personally, the Airmen with whom you work and the mission.  I find that your request, while sincere, does not meet the threshold necessary for an exemption.

   First, the Air Force's compelling government interest outweighs your individual belief and no lesser means satisfy the government's interest.  For the past 18 months, the Air Education and Training Command fought through the COVID pandemic by implementing several extreme measures and processes to ensure the health, safety and welfare of our Airmen.  These measures included maximum telework, workplace occupancy limitations, extreme adjustments to Basic Military Training to include multiple training sites and modified training, and remote learning for most Professional Military Education to name just a few actions.  Similar measures for the medical community included telehealth consultations and reduced in-person appointments.  Despite these efforts, the Air Force remained in this posture until vaccinations became available and administered, and only then did our pandemic numbers begin to decrease.  Continuing to implement these drastic measures detracts from the readiness, efficiency, good order and discipline of the force, and is unsustainable as the long-term solution.

   When I reviewed your request, I used the same method as I did for requests from other similarly situated individuals, taking into account factors such as your duty position and rank.  In your particular position as an Accessories Flight Chief, there is a compelling government interest for you to receive the vaccine.  Specifically, you are required to perform physical labor in close proximity with others in order to perform your duties.  An exemption could cause the perception of favoritism to similarly situated individuals, eroding good order and discipline.  Mitigating measures will negatively impact unit cohesion by shifting the burden of work to other members

in the unit.  Your personal lack of readiness will impact your ability to deploy, perform temporary duties away from your home station, and be transferred overseas.  Even if you are permitted to travel on official orders with an exemption, your ability to perform the mission may be limited due to restriction of movement and isolation requirements that are inapplicable to vaccinated members.  Finally, remaining unvaccinated increases the risk to your health and safety and that of those you interact with while performing your duties.

Lesser means to accomplish the government's compelling interest are insufficient.  You cannot accomplish your duties via telework as you are required to have close contact with others. Further, you cannot lead as effectively if you must interact virtually or while remaining socially distanced.  Finally, mask wear alone is an insufficient intervention.

Upon receipt of this decision, I expect you will take every action necessary to comply with the requirement for COVID-19 immunization as soon as possible.  You have five (5) calendar days from receipt of this memorandum to accomplish one of the following:  (1) receive an approved COVID-19 vaccination and provide proof of vaccination to your commander; (2) submit for retirement or separation; or (3) appeal this decision to the Air Force Surgeon General.  Should you elect to appeal this decision, follow the procedures in AFI 52-201, *Religious Freedom in the Department of the Air Force*, Chapter 6.  If you appeal this decision, submit your appeal to your commander in writing.  Include in your appeal any additional matters you wish for the AF/SG to consider.  Your commander will forward your appeal and any additional matters to HQ AETC/SG for further processing.

If you have any questions, contact your local Chaplain's office.

MARSHALL B. WEBB
Lieutenant General, USAF
Commander

cc:
Member's Unit
Member's Servicing FSS



**DEPARTMENT OF THE AIR FORCE**
**56TH COMPONENT MAINTENANCE SQUADRON (AETC)**
**LUKE AIR FORCE BASE, ARIZONA**

9 April 2022

MEMORANDUM FOR: DAF/SG

FROM:  MSGT NICKOLAS S. KUPPER

SUBJECT:  Appeal for Religious Accommodation Denial

1.  First and foremost, thank you for the opportunity to appeal my religious accommodation denial.  I will do my best to keep this succinct since I know that you have been inundated with appeal requests.  However, since this is my only appeal opportunity I must do my absolute best to cover all the reasons why my appeal request should be approved.  Additionally I have attached a letter of endorsement from my base immunologist, Major Geoffrey Carlson.  If nothing else, this first page and Major Carlson's letter more than suffice as justification for my approval.

2.  At Luke Air Force Base (AFB), my duty location, there are no restrictions placed on me (e.g., masking, testing or social distancing) due to my unvaccinated status.  I have already been accommodated, therefore approval of my appeal is warranted as lesser restrictive means are currently being achieved.  In the event something unexpected occurs, my circumstances change and I need accommodation in the future, Department of the Air Force Instruction (DAFI) 52-201 has a solution:  paragraph 5.7.2. states; "there may be a change in circumstances that requires the accommodation to be reevaluated in the future (e.g., deployment, new duties, or other material change in circumstances)."

3.  Although my present duty assignment does require contact with others, there are no restrictions placed on me therefore I do not need to telework or socially distance.  Futhermore, while all members are theoretically deployable, my unit does not have a deployment mission and any speculation of deployment would not meet the DAFI threshold of "(not theoretical)."  As far as my leadership position is concerned; I do not need to telework temporarily or permenantly.  Since all restrictions have been removed for unvaccinated members at my location, my status will not be detrimental to readiness, good order and discipline, and unit cohesion.  While there is the theoretical possibility that the DAF may need to leverage its forces on short notice, I am not "non-immunized."  In his letter of endorsement, Major Carlson acknowledges that I have been immunized from COVID-19.  Additionally, with only months remaining until I begin my civilian transition, I will not place health and safety, unit cohesion, and readiness at risk.  With no restrictions in place at my duty location and no deployement orders in hand I will not have a real adverse impact on military readiness and public health and safety.  In my circumstance, at Luke AFB, less restrictive means to futher the government's compelling interest are uneccesary because all restrictions have already been removed.  For the aforementioned reasons, this appeal should be officially approved.

4.  As of 4 Apr 2022 the DAF publicly listed approval of 1,045 medical and 1,275 administrative exemptions.  That is a total of 2,320 unvaccinated members who are serving side by side with vaccinated members without being discharged.  At the same time the DAF listed only 35 approved religious exemptions across the Total Force; although at least 6 Active Duty have already separated or retired since their approval.  Regardless of exemption type an unvaccinated airman is still an unvaccinated airman.  There is no difference in risk profile based solely on exemption type therefore religious exemptions should be approved at roughly the same percentages as medical and administrative exemptions.

5.  Specifically in my command (AETC) ASIMS lists 99 medical, 10 administrative and 3 religious exemptions being approved as of 8 April 2022.  AETC has 55,311 members assigned and their approved religious exemptions account for only 0.0054% of those members.  If my religious exemption were to be approved it would only increase to 0.0072% of AETC personnel.  In contrast to that impossibly low number medical and administrative exemptions combine to account for 36 times as many approved exemptions in AETC.  If we as a service can survive with that many medical and administrative exemptions, then surely we can survive with that many religious exemptions.

6.  As noted earlier, an unvaccinated member with a medical or administrative exemption is the same as an unvaccinated member with a religious exemption.  However, not all unvaccinated members are created equal.  Some unvaccinated members currently have serological proof of immunity whereas others have no immunity.  Clearly that is a significant delineator.  I had Covid at the end of January 2021 and have subsequently taken seven Covid antibody tests at one, four, five, eight, 12, 13 and 14 months post infection.  All seven tests came back positive for Covid antibodies.  Furthermore my tests at 12, 13 and 14 months (most recently 23 March 2022) returned results of >2,500 U/ml.  As the AF/SG I am positive that you are aware of the myriad of studies, including peer reviewed, that have proven that people who have antibodies from prior infection are better protected than those who have antibodies from a two-dose vaccination series alone.

7.  The Covid vaccines, while once promising, are not the miracle cure we had hoped they would be.  Unfortunately the vaccines have shown significantly waning effectiveness based on time since injection and new variants.  The efficacy has waned and the variants have evolved to such a point as to nullify the vaccines' power to prevent infection.  In my Flight specifically there are 156 airmen, 14 of whom are unvaccinated, and in the month of January 2022 18% of my total Flight became infected with Covid.  Since this was during the peak of the Omicron wave that is not a surprising number.  However, what is surprising is that only 7% of my unvaccinated airmen caught Covid whereas 19% of my vaccinated airmen became infected.  The odds of infection for my vaccinated airmen were 2.7 times greater than for my unvaccinated airmen.  In fact, during my 11 months as Flight Chief only two of my unvaccinated airmen have been infected with Covid.

8.  The most logical reason for such low numbers of unvaccinated infections is that most of these unvaccinated airmen must already have immunity from a previous infection.  Like them I indeed have infection conferred immunity which was abundantly evident during the Omicron wave.  I share a roughly 19ft by 17ft office with three other airmen and we all sit more than six feet away from each other.  During January while Omicron was spreading rapidly all three of my office mates became infected even though they were all fully vaccinated.  In fact one of them had even taken the booster shot. Even with so much Covid infection around me I never tested positive or had symptoms due to my continued infection induced immunity.  Since my initial infection in January 2021 I have not had Covid again and my antibody levels remain off the chart.

9.  Now this may come across as simply anecdotal, but there is a wealth of evidence that confirms the futility of the current vaccines.  The Covid vaccine was first administered to airmen on 14 December 2020.  At that time the DAF had seen a total of 17,355 Covid cases with a 0% vaccination rate for the force.  As of 4 April 2022 the DAF is 96.6% fully vaccinated yet cases have climbed to 92,924 for military members.  From the start of the pandemic until the first vaccine was administered in the DAF 9 months elapsed for a monthly average of 1,928 cases.  Since that first vaccine another 16 months have passed bringing 75,569 more cases for a monthly average of 4,723 cases.  This shows that since the vaccine was introduced DAF monthly cases increased 2.4 fold.

10.  As alarming as that may seem the picture gets worse once the vaccine mandate was introduced.  The DAF Covid vaccine mandate was implemented 3 September 2021.  At that time the DAF had seen 39,933 cases and had a fully vaccinated rate of 62%.  This equated to a monthly case rate of 2,282 cases per month.  Over the next 7 months the DAF added an additional 52,991 cases and increased its fully vaccinated rate to 96.6%.  Since the mandate the DAF has seen an average of 7,570 cases per month.  Even with the fully vaccinated rate increasing from 62% to 96.6% the monthly case rate increased 3.3 fold.  This obviously seems counterintuitive when dealing with a successful vaccination campaign which indicates that these vaccines have not been able to hold up to time and new variants.

11.  Of course cases are not the most concerning factor in a pandemic; deaths are much more concerning.  If we apply the same logic to the death count though we find a similar trend.  As of 4 April 2022 the DAF publically acknowledged 15 Total Force Covid deaths, but as of 31 August 2021 (3 days before the DAF mandate) five airmen had died of Covid. At that time two Air National Guardsmen, two Active Duty Airmen and one Air Force Reservist had succumbed to Covid infection for an average of 0.29 deaths per month since the beginning of the pandemic.  In the following 7 months to present another 10 airmen have fallen to Covid for an average of 1.43 deaths per month.  Since the DAF vaccine mandate the monthly Covid death rate has increased 5 fold.  Just like the case rate, the death rate has also not lowered after the vaccine mandate, but has actually significantly increased.

12.  Simply looking at our death rate from that perspective paints quite the dire situation, but let's look at it for what it is.  The DAF is comprised of 501,000 Total Force airmen and in

25 months has seen only 15 of them die due to Covid. Based on that death count from 92,924 current total cases we can surmise that if every single airman became infected we would see a total of 81 deaths from Covid. While even a single death is unbelievably devastating, if we are looking at it purely from a readiness perspective (as my denial noted multiple times) then it is a statistically insignificant number. As of 4 April 2022 the DAF had already discharged 250 airmen due to vaccine denial. That is nearly 17 times as many airmen as have died from Covid during this pandemic and more than 3 times as many airmen as would be projected to die from Covid if the entire force became infected. From solely a readiness perspective the discharges are of much graver concern when looking at the strength of our force.

13. I understand that many factors must be looked at when considering a religious accommodation including work environment, length of service remaining, level of immunity, etc. As previously mentioned my workspace is already socially distanced as I sit 10ft, 13ft and 18ft away from my office mates. Additionally I have highlighted my robust antibody levels which have sustained at least 14 months thus far. As for my length of service remaining; I intend to retire on 1 September 2023. I have already spoken to my commander about Skillbridge and I plan on taking my leave on the front end before Skillbridge. With the 87 days of leave I will have accumulated I will be done reporting to an Air Force base in December of 2022. That leaves only 8 months, from now, for which I will need an accommodation. If I were not so near retirement or in a position where I was required to perform physical labor in close proximity with others then that could potentially present different issues. However, as a Flight Chief my job is tied to a desk and those circumstances do not apply to me.

14. DAFI 52-201 is very clear in its intent when it comes to the approval of religious accommodations. Paragraph 2.3 says, "The Department of the Air Force will approve a member's request for religious accommodation unless the request would have a real (not theoretical) adverse impact on military readiness, unit cohesion, good order, discipline, health and safety." I have clearly highlighted how I will not be a "real" threat to health and safety in my final 8 months; especially since I have already been on a temporary exemption these past 7 months without catching or spreading this disease even as my vaccinated coworkers fell ill. I have not even missed a single day of work due to Covid; not for the illness, or even as a close contact in the 2 years we have been dealing with this pandemic. Further, during the past 7 months while exempted I have not adversely impacted unit cohesion, good order or discipline. I have been able to keep my Flight (the largest Accessories Flight in AETC) running smoothly and following all Covid protocols required by the DAF based on my status. I have even managed the weekly screening testing of the 14 unvaccinated Airmen in my Flight without a hiccup.

15. With regard to readiness I have already covered this, but it bears some further discussion. As a Flight Chief I am not in a position that would typically deploy, in fact I have not deployed since 2008. Additionally I work in a training wing that has no deployment mission and with only 8 months until I begin my civilian transition the odds are infinitesimally small of receiving any deployment tasking. Most importantly though is that any possibility of a deployment tasking for me is purely theoretical unless I were to

have an actual deployment order in hand.  As a theoretical exercise it does not meet the requirement laid out in DAFI 52-201 for an accommodation denial.  Although some countries have started implementing vaccination requirements for entry that is also not a "real" readiness issue either, unless our SOFA (or other such legal agreement) with them says that we are to fall under their laws for that situation.  Once again it is a theoretical exercise until deployment orders are in hand and the legal agreements have been looked through.

16. When I originally filed my religious accommodation request on 22 September 2021 our country was coming down from the peak of the Delta wave.  As of 9 April 2022 we are well beyond the Omicron wave with no new or dangerous variants on the horizon.  For example, when comparing their first eight weeks BA.2 has produced 25 times fewer cases than BA.1.1.  The CDC has not even counted a single Delta case in two weeks.  The CDC, DoD and DAF recognize this and have removed all precautions at my base (and most others) except for at the medical clinic where masks are still required regardless of vaccination status.  No longer does the CDC, DoD, DAF or even the virus, differentiate between vaccinated and unvaccinated as none of us have to wear masks, socially distance or perform screening testing.  There is literally no difference between me and any of my coworkers at this point at my duty location.

17. For all the reasons listed and since it has been confirmed that I do indeed have a sincerely held belief, and that I am no more risk to the force than any other airman, I respectfully request that you grant my appeal.  If after making a completely fact based assessment you still feel I cannot be accommodated in my current location then I request the opportunity to be reassigned or reclassified.  DAFI 52-201 states that if the DAF cannot provide an accommodation they may look at reassignment or reclassification.  I currently hold two Air Force Specialty Codes (AFSC) in the recruiting field and could easily be reclassified to those AFSCs again.  The recruiting field provides the ultimate opportunity for social distancing and lack of deployment if needed.  However, as I have explicitly proven I am already in a position that does not even need accommodation.

18. Lieutenant General Miller, I will do whatever it takes to save my career and retire next year so long as I do not have to violate my beliefs in the process.  I want to thank you again for the opportunity to appeal my religious accommodation denial and I pray that you will make the right decision and approve this request.  If you have any questions or concerns regarding this matter you can reach me at (623) 856-5567 or nickolas.kupper@us.af.mil.

NICKOLAS S. KUPPER, MSgt, USAF
Accessories Flight Chief

Attachment:
Immunologist Endorsement Memo, 5 Apr 22



**DEPARTMENT OF THE AIR FORCE**
**56TH FIGHTER WING (AETC)**
**LUKE AIR FORCE BASE AZ 85309-1629**

5 April 2022

MEMORANDUM FOR  AF/SG

FROM:  MAJ GEOFFREY S. CARLSON

SUBJECT:  Factual Support of MSgt Nickolas S. Kupper's Appeal

1.  This letter serves to state the medical facts for MSgt Nickolas Kupper's request for an appeal to his Religious Accommodation Request (RAR) denial.  I currently serve as the Immunologist for Luke AFB and have met, and corresponded, with MSgt Kupper on multiple occasions since June of 2021.  In my interactions with MSgt Kupper I have found him to be a pleasant and well informed individual.

2.  MSgt Kupper has not received any COVID-19 vaccinations and as such is categorized as unvaccinated by Air Force standards.  Although unvaccinated, MSgt Kupper is not COVID-19 naïve.  His last three tests dated January, February and March of 2022 all show antibody results of >2,500 U/ml using the Roche Elecsys Anti-SARS-CoV-2 S test which confirms prior infection with COVID-19, given that he has not been vaccinated.  After recovering from an infection with COVID-19 an individual gains some level of immunity against future COVID-19 infections.  Based on his prior COVID-19 infection (confirmed with positive antibody test results) MSgt Kupper has a greater level of protection from COVID-19 infection than do members who are unvaccinated against COVID-19 and have not recovered from a prior COVID-19 infection.  Additionally MSgt Kupper took 12 COVID-19 PCR tests between 3 December 2021 and 8 March 2022 which all came back negative.  From the data available to me he has not been re-infected with COVID-19 since his initial infection in January of 2021.

3.  MSgt Kupper is currently not required by Air Force guidance to perform COVID-19 screening testing, wear masks or socially distance at Luke AFB per CDC guidance.  To my knowledge, there are no medical reasons which prevent MSgt Kupper from being able to perform his duties on Luke AFB without any additional accommodations.  In the event that he does have a positive to COVID-19 as defined by the CDC, he would have to quarantine for 5 days.  However, this is not unique to MSgt Kupper.  Even individuals who completed vaccination with the primary series but are not currently "up-to-date" are also required to quarantine for 5 days.

4.  If you have any questions regarding this letter, I can be contacted at (623) 856-2273 or at geoffrey.s.carlson.mil@mail.mil.

CARLSON.GEOFFR
EY.S.1385035264
Digitally signed by
CARLSON.GEOFFREY.S.13850352
64
Date: 2022.04.05 15:27:02 -07'00'

GEOFFREY S. CARLSON, Maj, USAF
Allergist/Immunologist



**DEPARTMENT OF THE AIR FORCE**
AIR EDUCATION AND TRAINING COMMAND



JUN 0 6 2022

MEMORANDUM FOR  MSGT NICKOLAS S. KUPPER

FROM:  AETC/CC
         1 F Street, Suite 1
         JBSA-Randolph TX  78150-4324

SUBJECT:  Response to Informal Complaint under Article 138, Uniform Code of Military Justice
          (UCMJ)

1.  In accordance with Air Force Instruction (AFI) 51-505, *Complaints of Wrongs under Article 138,
Uniform Code of Military Justice*, paragraph 3.2., I am the respondent commander for your informal
complaint under Article 138, UCMJ.  I have thoroughly reviewed and carefully considered your
complaint, dated 19 May 2022, and its four attachments.  I have also obtained the required
consultation from my servicing staff judge advocate.

2.  You have alleged that Lt Gen Marshall B. Webb, while assigned as AETC/CC, wronged you by
1) failing to take action on your religious accommodation request from the COVID-19 vaccination
within 90 days from submission, 2) failing to properly adjudicate your request for religious
accommodation, and 3) failing to apply the least restrictive means possible for accomplishing the
mission when denying your religious accommodation.

3.  In accordance with AFI 51-505, paragraph 1.3.3.8., your complaint is dismissed in full because
you may seek redress through other forums that provide you notice, opportunity to be heard, and
review by an appellate authority (or reviewing authority) superior to me, which you did on 9 April
2022, through your appeal to AF/SG for religious accommodation. Following that appeal, you may
also request redress through the Air Force Board for the Correction of Military Records in
accordance with AFI 36-2603, *Air Force Board for Correction of Military Records.*

4.  Therefore, your complaint raises a matter outside the scope of Article 138, and I am returning the
submission to you without a decision on the merits of the wrong alleged in accordance with AFI 51-
505, paragraph 4.2.1.  To submit a formal complaint of wrongs under Article 138, UCMJ, you must
request Secretary of the Air Force review within 30 days of receiving this written denial of your
informal complaint for redress by emailing your complaint to AF.JAJIWorkflow@us.af.mil.

BRIAN S. ROBINSON
Lieutenant General, USAF
Commander



**DEPARTMENT OF THE ARMY**
U.S. ARMY MEDICAL DEPARTMENT ACTIVITY
2240 EAST WINROW AVENUE
FORT HUACHUCA, ARIZONA  85613-7079

MCXO-CDR                                                      25 January 2022

MEMORANDUM FOR MAJ Samuel Sigoloff, Raymond. W. Bliss Army Health Center, Fort Huachuca, AZ 85613

SUBJECT:  Constructive Request for Redress and Notification of Decision

1. I am in receipt of your 14 January email entitled "Informal Article 138 Complaint of Wrongs (10 USC 938)," in which you notify me, LTC Brent Hayward, and CPT Jennifer LaFalce, Medical Company commander, of your intent to file an Article 138 complaint. The Article 138 process is described in Army Regulation (AR) 27-10, Military Justice, and IAW paragraph 19-6, a complainant must first seek request for redress from the respondent commander. As the respondent commander, I consider your 14 January submission a constructive request for redress.

2. I hereby deny the requested redress for failure to meet subject matter requirements listed in para 19-4c of AR 27-10. The wrongs complained off are not violations of law or regulation, beyond the legitimate authority of the commanding officer, arbitrary, capricious, or an abuse of discretion, nor materially unfair.

3. I will forward your email and memorandum to the appropriate General Court-Martial Convening Authority.  POC for this memorandum is the undersigned at (520) 533-9026.

MARIE CARMONA
LTC, AN
Commanding



**DEPARTMENT OF THE ARMY**
**688TH ENGINEER COMPANY**
**1110 N. FREMONT AVENUE**
**SPRINGFIELD MO  65802**

July 13 2021

SFC Brian D. Stermer
1110 N. Fremont Ave
Springfield, MO 65802

MG Matthew Baker

I am writing to you in order address grievances I have with the General Orders, Operations Orders and Guidance as it relates to COVID-19 response. Military courts have ruled in the past on unlawful orders, and the key guidelines to these rulings are that any order that is arbitrary or capricious have been determined to be unlawful.

One of the founding ideals this nation has is Freedom. As a service member and like all others, I hear the phrase often "thank you for defending our freedom". Yet since the start of this pandemic, there has been an over reach of policy makers both civilian and military into the everyday lives of everyone in the country. These policies and mandates have been dictates by the top level of leadership with the everyday Americans and Soldiers having little to no choice in the way that they go about living their everyday lives. This is antithetical to the ideal of Freedom that we are supposed to be defending. The Pandemic has infected everything.

I understand that in the beginning of the spread of the SARS CoV-2 virus that we did not know enough about the disease and that measures should have been taken to help protect the public. I was stationed at Fort Leonard wood at the time of the outbreak and had the concern that I am sure everyone did as to the seriousness of a novel possibly deadly disease spreading. I had read the initial Warning Order from the Post Garrison that had what seemed to be a very systematic approach to deal with an outbreak of SARS CoV-2 on Fort Leonard Wood. It listed that if there was a confirmed positive case then testing procedures would be introduced, if there was 1000 cases then the post would shut training down and so on. It seemed very methodical and case based approach, yet I had one question that wasn't addressed in the Warning Order. A system was in place for dealing with a higher and higher threat level, but what was the system in place to come back down? What was it going to take to get back to normal? Then in early March 2020, the orders came down from the DoD to stop all movement and everything pretty much just shut down, skipping all of the gradual steps that I was reading about in the Warning Order issued for Fort Leonard Wood.

I became extremely concerned with where these General Orders could lead after General Order 5 was issued 23 Dec 2020 by BG James Bonner. The order specifically stated "All Service Members are prohibited from patronizing any off-post private or

commercial business that does not mandate mask use for both employees and customers while on the premises of said business." The official Fort Leonard Wood website elaborated on this stating "whether the establishment was essential or not". While the State of Missouri was under a "mask advisory only" if the businesses were not going to comply then the soldiers would not have anywhere to go. The businesses off-post are 50-90% sustained by the service members on post and of course most changed their mandates to comply with the General Order. This was a direct or indirect compulsion by the General to civilian population off-post. I had a gym owner tell me that he was always waiting for the next General order to be published to see what he could and could not do, and this owner had never spent a day in uniform.

When I came to the 688th Engineer Company I learned about the travel restrictions that were set in place by the 416th Theater Engineer Command (TEC) Guidance. The command was back to conducting in person Battle Assembly yet any movement of troops need an Exception to Policy for soldier traveling to training. One problem that I saw was having a policy in place for restrictions, yet you're going to constantly accept all provided exceptions to it. When I did the research into the current DoD and Army guidance I found out that the Army Reserve was trailing behind on the updated guidance to lift travel restrictions. HQDA EXORD 210-20 Coronavirus (COVID-19) Transition FRAGO 22 par 3.D.13., Secretary of Defense Memorandum Update to Conditions-Based Approach to Coronavirus Disease 2019 Personnel Movement and Travel Restriction dated 15 March 2021, DoD Force Health Protection Guidance (Supplement 20) dated 12 April 2021 all stated a process for lifting travel restrictions. Around 90% of Active Duty posts had lifted all travel restrictions yet there was no coordination done by the Army Reserves to fit into the framework until almost 2-3 months later.

A new Operations Order dated 6 June 2021 was pushed out by the 416th TEC to update the guidance now that the vaccine has been rolled out. The Commanders Intent reads "Essential to the success of this mission is maximum vaccination of the USAR Force, DoD Civilians and their dependents". All hope lays with the vaccine that legally cannot be mandated under EUA. There is a saying that I grew up with in the military "two is one and one is none". When this information was being push down through the chain we were informed that if Soldiers were not vaccinated then they still needed to be wearing masks an following the strict guidelines that we have been following for over a year. It was stated that the vaccination record was in the Soldiers record and anyone can check, so make sure everyone is doing the right thing. So now we treat soldiers differently based on their informed consent decisions, and they funny thing was that the famous case Plessy v Ferguson came up in that same conversation and no connection was made.

Now we are dealing with a "New DELTA Variant" and along with the CDC, all commanders are reversing course for all personnel to wear masks regardless of vaccination status. I fear the Army Reserves will go back to social distancing guidelines that bring us out of in person Battle Assemblies and actual training and back to virtual everything or nothing at all. I wonder if the Chinese Communist Party did in fact release

this virus on the world, would they want the American military depleted of the will to fight or so distracted that we are not ready to address them as this nation's number one threat. The looming mandate of the vaccine and repercussions of not getting it seem to be pointless if we are going to continue to spread the virus anyway and have to live our lives this way every time we see a new "variant".

The fact is that all of these guidelines are seemingly out of the hands of even the Commanders issuing them. They are a replication of whatever the CDC decides to push out at the time and it is based out of a one sided and arbitrary set of facts. Is the risk truly categorized high enough for members of the military to be concerned to the point of implementing the most extensive set of controls ever through threat of reprimand or arrest? I can definitively say that 17 months into the pandemic that we have the answers that should change the course of what and how we think about the disease. The risk of COVID-19 to 99.98% of Americans under the age of 65 is low to non-existent. The real problem is not the virus but the testing. If we want to bring ourselves out of this Pandemic then we need to treat this virus the same way that we would have treated the Flu. Test only if a person is truly sick (not just been around someone who also just tested positive with no symptoms), and let the doctors treat patients. Somehow we have stepped into a world where asymptomatic cases matter more than they should and treat everyone as if they are Lepers with the suspicion that they got someone killed because they didn't do their part.

I want to quote the first code of conduct that I have had memorized from when I was new in the Marine Corps, "I am an American. Fighting in the forces which guard my country and our way of life. I am prepared to give my life in their defense". I note specifically that I am defending our way of life. I am an American that doesn't want to see his son who was born just before the mask mandate hit to finally be old enough where he will be mandated to wear one too, or locked up in a CDC "Green Zone". I serve this nation as the last defense for freedom. Therefore I must make this complaint pursuant to requesting an Article 138 in accordance with AR 27-10 Chapter 19 and US Code Title 10 Chapter 47 Uniformed Code of Military Justice. Please review the documents I have attached to this letter, and thank you for your time Sir.

Sincerely,

BRIAN D. STERMER
SFC/USA
AGR Operations SGT

Enclosure:
FLW Reinstatement of Public Health Emergency
FLW GO #5
OPORD 416-21-011

-4-

DoDI 6200.3 28 March 2019
USC Title 42 ss 270-273
Memorandum for the Force, Heath Protection Guidance
FDA EUA Guidance
FLW Case and Hospitalizations Chart
CDC Shielding Approach to Prevent COVID-19



**DEPARTMENT OF THE ARMY**
**688TH ENGINEER COMPANY**
**1110 N. FREMONT AVENUE**
**SPRINGFIELD MO 65802**

December 1, 2021

SFC Brian D. Stermer
1110 N. Fremont Ave
Springfield, MO 65802

To the GCMCA Concerned,

I am submitting this Article 138 due to the unlawfulness of the COVID-19 orders and guidance. These orders have been issued by Secretary of Defense Lloyd Austin, each Service Secretary and General Officers throughout the services to include MG Matthew Baker and BG James Bonner. I have sent a redress letter to MG Baker on 24 August 2021 and did not receive a response, therefore I am assuming that my redress has been denied. The criteria outlined in AR 27-10 chapter 19 covers what would constitute an unlawful order through (1) being in violation of a law or regulation (2) beyond the legitimate authority of the officer issuing the orders (3) arbitrary, capricious or an abuse of discretion and (4) materially unfair. The entire basis for my speculation that all the orders issued during the pandemic being unlawful is rooted in my oath that I took to the constitution and the 1st code of conduct for prisoners of war. Protecting both our supreme rule of law and our way of life as Americans is the most important and urgent action that must be taken.

All the orders issued throughout DoD during the Covid-19 pandemic have been issued in the name of an "Emergency". The term emergency is defined as "a serious situation or occurrence that happens unexpectedly and demands immediate action". At some point there will no longer be an emergency that would call for immediate or rash decision. Decisions can then be well thought through, and the effects of the initial reaction and the way forward need to be addressed and carefully considered.

The basis for all measures taken were that the public health centers were going to be overrun with very sick and dying patients and the curve needed to be flattened in order to help the healthcare facilities deal with the extreme overflow of those patients. A very short time after that, it became apparent the emergency facilities that were put into place to deal with this emergency (like the medical ship USS Mercy in NYC) were barely being used for Covid-19 patients. Now, after 19 months of ongoing measures we have continued to change the definition of the emergency to what seems like a pandemic of the number of positive tests. If we look at the attached chart from Fort Leonard Wood, it is clear that the number of hospitalizations does not even appear on the chart and what is even more clear is that the number of cumulative cases through a 15-month timeline.

This is most indicative that we are over testing people that are either (1) asymptomatic or (2) not sick enough to be admitted to the hospital. Even more important is that the number of deaths are so low in the area that it is not even mentioned on the chart. So when considering what actions to take, the fact that there is no risk to 99.997% of personnel from hospitalization or death has not been considered. The disease has not and has never been an extreme threat to military personnel or an overwhelming majority of the country.

Currently, I have been required to operate with a template DD form 2977 Risk Management Worksheet that has a hazard listed at the top "General Threat to Exposure to Covid-19". The hazard list those that are at high risk such as "individuals 60 years and over", "pregnant women" and "individuals with preexisting comorbidities". These categories are nonsense in that the mandatory retirement age (given that very few service members stay in that long) is 60-year-old, pregnant women in the military are far and few between and there are maybe a few more at any given time if you count dependents (based on my personal observation), and medical separation boards are constantly being held for individuals that have health issues that inhibit their ability to further serve in the military. Regardless of these categories, the initial risk listed for this hazard is HIGH, yet with the longest list of controls that I have ever seen been used (such as mask wear and social distancing) the residual risk is still listed as HIGH. If the goal was to stop or mitigate the risk, then how is the residual risk still HIGH? ATP 5-19 Risk Management contains a clear chart that is widely used to assist with analyzing risk. I cannot figure out how "General Threat of Exposure" fits into any other severity category other than "Negligible" given the information I have referred to previously. The primary issue with making the residual risk for Covid-19 "HIGH", is it take the ability to accept risk and conduct everyday operations out of the hands of the local commander on the ground. The further we remove the ability to accept risk from the commanders on the ground, the harder it is for local commanders to conduct their daily operations. As an example, the Commander of the 420th EN BDE is out of Bryan, TX and will be the required O6 signature authority for the units spread out over several states like Arkansas, Missouri, Illinois, and Oklahoma. All those locations have different infection rates and communities that are affected differently. Yet, this example extends further to the DoD directing the daily mitigation of the total force spread out among the United States and abroad. The risk level here is not justified by an actual threat to the force and if we continue to perceive the threat as "general exposure" or "case rate" then we will never be able to get back to normal.

DoDI 6200.03 has been referenced as the authority for the commanders to issue their General Orders. The DoDI states that local commanders have the authority to declare public health emergencies. In this instruction a public health emergency (PHE) is defined (see DoDI 6200.03 Glossary). Each of the points of a PHE have not been sustained or met over any length of this extended period. In fact, the last point of the definition "severe degradation of mission capabilities or normal activities" itself is a direct

3

effect of the mitigation and vaccination measures issued in these orders. There is very specific guidance that requires commanders to be share information and coordinating with local government. Yet in GO #5 for FLW (see attachment), the commander clearly made decisions that affected local commerce. There is a direct effect on local businesses in an area like Waynesville/St. Robert, MO when 50-90% of patrons in those towns are service members stationed at FLW. This was beyond the legitimate authority of the commander, having a direct impact on the civilian population.

There are a wide range of restrictions that are arbitrary and capricious that cover attending local churches, shutting down all (or most) activities on post, travel restrictions, mask wear. Currently the FLW guidance is that 2 year of age and older require masks inside any facility regardless of vaccination status. After briefly researching other installations like Fort Bragg, NC, statements were made on its FAQs page that church attendance could only be done by service members and their families as long as they were following local Covid Guidance or mask wear. Church attendance is inalienable secured by the First Amendment of the US Constitution, not "allowable" by local authorities or installation commanders.

Restriction of travel (for the Army Reserve) was arbitrary and capricious, as well as caused severe degradation of mission capabilities or normal activities. Before heading back to in person Battle Assembly, training was severely inhibited to online "Microsoft Teams events" and could not possibly encourage mission accomplishment or soldier readiness. When returning to in person Battle Assemblies, the restriction of travel could be negated by an exception to policy could be signed off and was never not approved, making the point of the restriction pointless.

All the restrictions cause severe degradation of mission capabilities or normal activities of the military. Even if returned to work the extra time spent on Covid-19 mitigation or submitting exceptions to policy took away from the mission or tasks at hand. Around August of 2021 my BN Commander issued his training guidance (see attached) that stated in the conclusion that even though his guidance is in place, "TY22 will no doubt reveal anticipated and unforeseen challenges and we must negotiate these in a fiscally and COVID-19 constrained environment".

The Operations Order issued by the 416th TEC goes beyond the legitimate authority of a commander. Not only was the vaccine at the time still under EUA with no approval in sight, but the commander's intent was to promote maximum vaccination of dependents as well as service members and DA civilians. The intent of an order should never include the promotion family participation in private medical decisions. One could derive that the goal of a military mandate would be to promote the vaccination of the general public.

The DoD has issued nearly 23 Supplements to the total Force Health Protection guidance. All of which add to and take away from previous supplements that are ever changing, and all have no real goal to end the hysteria. The most recent Supplement 23 establishes rules that are arbitrary and capricious, as well as materially unfair. It states that service members and DoD civilians that are unvaccinated regardless of exemption status (whether approved or pending) must be subjected to weekly testing in order to obtain access to their places of work. This is a coercive tactic in order to get those who have applied for exemptions (due to their sincerely held religious beliefs) to eventually get the vaccine.

When my complaint was initially submitted, the vaccine mandate had not been issued, but I eluded that it was "looming". I have attached a notarized statement of Navy CDR Jay Furman and I agree with his statements. CDR Furman references Navy guidance specifically, yet the individual services are not too far out of alignment. There can be no mandate with a designated and arbitrary timeline when there is no "fully licensed" product available. Speaking about the Army Reserve specifically, there is no product being provided at all and service members are subject to meet the deadlines with whatever is available in their local areas. When the orders states that service members may "voluntarily take EUA products" and the situation provides that Moderna or Jansen (J&J) are the only products available (even if I were conceding that Pfizer was fully approved), the timeline itself coerces service members to take products still under emergency use. I would add these products do not even meet the DoD definition of a vaccine under DoDI 6205.02, "a preparation that contains one or more components of a biological agent or toxin and induces a protective immune response against that agent when administered to an individual". (1) The mRNA is not the biological agent itself but a synthetic code introduced to the body in order for the body to create the piece of that biological agent and (2) people that have been fully "vaccinated" have still continued to contract and spread the disease to include extreme illness and death.

I have seen religious accommodation request denials across the force, and they have been blanket statements that do not point to a specific compelling government interest. The argument is circular when the compelling interest is only "military readiness, unit cohesion, good order and discipline, and the health and safety of the member and unit". I would conclude that the extended lockdowns and mitigation that degraded military readiness would then be the causation for the mandate in which military readiness would be the compelling government interest to trample over the beliefs of thousands of service members. The question would also rise out of separating thousands of service members as a degradation of military readiness as well.

The largest argument that I have is that all these orders have opened an opportunity for anyone in the future to decide that the government has the authority to suspend the constitutional norms in American society for whatever emergency they want

5

(for however long they want). The power that is entrusted to the military is a great responsibility. If we currently look at Australia (an ally in Democracy), we can see that their government has started to use the military for Martial Law in order to forcefully move their citizens to quarantine camps. Officials have met their citizens with an overt distain and any dissent gets them put in jail.

A quote from Dr. Fauci in a recent November interview on CBS he stated that he "doesn't understand this misplaced perception of people's right to make a decision that supersedes the social safety". It was Benjamin Franklin that made the statement that safety should never supersede liberty. Basic American history has been forgotten by those that have been in charge during this "emergency" and the decisions being made are not in line with upholding the constitution. The US constitution was written in order to restrict government. What these orders have done has set up a system of health governance that enables unelected officials to be accountable to no one. Pursuant to US Code Title 10, UCMJ Article 138 and AR 27-10, I must submit this complaint.

Sincerely,

BRIAN D. STERMER
SFC/USA
AGR Operations SGT

Enclosure:
Letter of Redress to MG Baker
FLW Reinstatement of Public Health Emergency
FLW GO #5
OPORD 416-21-011
DoDI 6200.3 28 March 2019
DoDI 6205.02 July 2019
USC Title 42 ss 270-273
Memorandum for the Force, Heath Protection Guidance
FDA EUA Guidance
FLW Case and Hospitalizations Chart
CDC Shielding Approach to Prevent COVID-19
DoD FHP Guidance Supplement 23 Rev 2
FDA Pfizer Letter of Approval Sep 22 2021
Pfizer Fact Sheet October 29 2021
Air Force RA Denial 1
Air Force RA Denial 2
AR 40-562 October 2013

6

FRAGO 1 OPORD 21-075 USAR Mandatory Covid-19 Vaccination
USN CDR Jay Furman Complaint