IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BENJAMIN COKER,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **LLOYD AUSTIN, III, in his official capacity as Secretary of Defense,** *et al.*, <br><br> Defendants. | Case No. 3:21-cv-01211-AW-HTC |

### DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR AN EVIDENTIARY HEARING

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.1, Defendants respectfully request a one-week extension of time to respond to Plaintiffs' motion for (among other things) an evidentiary hearing, *see* ECF No. 120. The current deadline to respond to the motion is October 11, 2022. *See* Fed. R. Civ. P. 6(a)(1)(C).

On August 29, 2022, the Court heard argument on Defendants' motion to dismiss Plaintiffs' second amended complaint, *see* ECF No. 65. The parties thereafter filed supplemental briefing on the motion, *see* ECF Nos. 117, 118, 119, which is now ripe for decision.

On September 26, 2022, Plaintiffs filed a motion seeking various forms of relief, including that the Court conduct an evidentiary hearing and permit discovery

1

(*e.g.*, multiple depositions) regarding the "provenance and legal status" of a particular lot of Comirnaty, Pfizer, Inc.–BioNTech's FDA-licensed COVID-19 vaccine. The motion also appended eight new exhibits, including two new declarations. *See* ECF Nos. 120-1 to 120-8.

Defendants and undersigned counsel are currently defending numerous related lawsuits in other courts around the country. Most counsel who have appeared on behalf of Defendants in this matter also are currently preparing for trial in a related case in the Middle District of Florida. Given the press of businesses related to this and other related cases, the intervening holiday, and the complexity of Plaintiffs' motion, Defendants respectfully submit that a one-week extension of time to respond to the motion is warranted.

Defendants therefore request that the Court allow them until October 18, 2022, to respond to Plaintiffs' motion for, *inter alia*, an evidentiary hearing. Defendants have conferred with Plaintiffs, and Plaintiffs consent to this request.

Dated:  October 5, 2022         Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

2

<u>/s/ Jody D. Lowenstein</u>
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
STUART J. ROBINSON
Senior Counsel
ZACHARY A. AVALLONE
COURTNEY D. ENLOW
LIAM C. HOLLAND
JODY D. LOWENSTEIN (MT #55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Counsel for Defendants*
