IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BENJAMIN COKER, JOSEPH CONNELL, et al.,**

    **Plaintiffs,**

v.                                                  Case No. 3:21-cv-1211-AW-HTC

**LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, et al.,**

    **Defendants.**

_____/

## **ORDER GRANTING EXTENSION**

Defendants' unopposed motion for extension (ECF No. 122) is GRANTED. The deadline to respond to the motion for evidentiary hearing is extended to October 18.

SO ORDERED on October 6, 2022.

                                                  s/ *Allen Winsor*
                                                  United States District Judge