IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENJAMIN COKER, *et al.*,

    Plaintiffs,

v.

LLOYD AUSTIN, III, *et al.*,

    Defendants.

Case No. 3:21-cv-01211-AW-HTC

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR HEARING**

Pursuant to Local Rule 7.1(I), Plaintiffs respectfully move for this Court to grant Plaintiffs leave to file a reply and supporting memorandum of law to Defendants' October 18, 2022 response in opposition, ECF 124, to Plaintiffs' September 26, 2022 Motion for an Evidentiary Hearing. ECF 120. Good cause exists to grant Plaintiffs' unopposed motion to file a reply brief and supporting documents that demonstrate the need for an evidentiary hearing and that Plaintiffs' claims may not be dismissed as moot.

*First*, contrary to Defendants' repeated denials, Defendants are in fact mandating the new untested and unlicensed "bivalent" Pfizer/BioNTech COVID-19 vaccines that were first granted Emergency Use Authorization ("EUA") on August 31, 2022, and Defendants' response constitutes an admission that the mandated EUA bivalent vaccines are also misbranded as "BLA-approved and Comirnaty-labeled" products. *See* ECF 124-1, Rans Decl., ¶ 4 & Ex. A

1

*Second*, Plaintiffs' statutory claims are not moot because Defendants have once again repeated their violation of the Informed Consent Laws not only by mandating unlicensed EUA "bivalent" vaccines, but also by mandating that fully vaccinated service members take unlicensed EUA booster shots. The mandate of EUA boosters shows that there is a reasonable expectation that Defendants will repeat the same violation against Plaintiffs by requiring them to take EUA vaccines even if they were to become fully vaccinated with an FDA-licensed vaccine.

*Third*, Plaintiffs submit publicly available official records of the Food and Drug Administration ("FDA") demonstrating that the other monovalent Comirnaty-labeled lots possessed by Defendants (Lots FW1330 and FW1333), *see* ECF 124-1, Rans Decl., Ex. A, are unlicensed EUA products that cannot be mandated for the same reasons as Lot FW1331.

*Fourth*, Plaintiffs present official FDA records and sworn declarations contradicting the April 14, 2022 FDA letter purporting to extend the expiration date for monovalent Comirnaty-labeled vaccines, and demonstrating that all doses in Lots FW1330 and FW1331 expired no later than September 30, 2022, and that all lots in FW1331 will expire no later than October 31, 2022.

*Fifth*, the foregoing points demonstrate that over 49,000 of the 50,000 purportedly FDA-licensed vaccines in Defendants' possession are in fact unlicensed and have expired, or will expire no later than November 1, 2022.

Dated: October 25, 2022                                 Respectfully submitted,

*/s/ Brandon Johnson*
DC Bar No. 491370
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219
Tel. (214) 707-1775
Email: bcj@defendingtherepublic.org

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing via CM/ECF on October 25, 2022, which notifies counsel of record of the filing.

*/s/ Brandon Johnson*

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Defendants by email on October 4, 2022, and that Defendants do not oppose Plaintiffs' motion to file a reply.

*/s/ Brandon Johnson*