IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BENJAMIN COKER**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **LLOYD AUSTIN, III, in his official capacity as Secretary of Defense,** *et al.*, <br><br> Defendants. | Case No. 3:21-cv-01211-AW-HTC |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE
PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT
AND FOR DEFENDANTS' RESPONSE THERETO**

Pursuant to Local Rule 7.1, the parties respectfully move the Court to extend the time set forth in this Court's November 8, 2022 Order ("November 8 Order"),[1] ECF 126, for Plaintiffs to file a motion for leave to amend their Second Amended Complaint ("SAC"), ECF 56, until Tuesday, November 29, 2022 (*i.e.*, 21 days from the date the order was issued), and for Defendants to file a response thereto until December 20, 2022, in the event they oppose Plaintiffs' motion.[2] Plaintiffs and Defendants each consent to the requested extensions by the opposing parties.

---

[1] The November 8 Order is dated November 7, 2022, but the parties did not receive email notice that it had been issued until November 8, 2022.

[2] The November 8 Order directs that "[i]f Plaintiffs seek leave to amend, they must do so within 14 days," ECF 126 at 19, which would be Tuesday, November 22, 2022. The docket entry, however, states that Plaintiffs must file their motion for leave to

1

Good cause supports this request. The filing date for Plaintiffs' motion to amend falls right before the Thanksgiving holiday, when the parties' counsel will be out of the office and have long-standing vacation and/or travel plans.

Additionally, it has been nearly one year since the SAC was filed on December 8, 2022, and there have been significant factual and legal developments during this time that impact Plaintiffs' claims and Defendants' defenses. Plaintiffs submit that additional time is needed to evaluate how to amend the SAC in light of the Court's November 8 Order and the relevant changes in fact and law. Moreover, the extension in time will permit Plaintiffs to provide the proposed amended complaint to Defendants in advance of the filing to give Defendants the opportunity to determine whether they oppose the motion, and if they do not, the extension would obviate the need for Defendants to file a response in opposition.

In the event the Court denies the extension of time for Plaintiffs to file a motion to amend, Defendants request a seven-day extension of their time to respond to Plaintiffs' motion to account for the lost workdays (to Tuesday, December 13, for a total of 21 days to respond to the motion to amend). Alternatively, in the event Plaintiffs choose not to amend their complaint, the parties respectfully request that

---

amend the complaint by November 21, 2022. If the Court denies this motion, Plaintiffs request, to the extent necessary, that the Court extend the deadline for filing until 14 days after issuance of the order (*i.e.,* November 22, 2022), as stated in the November 8 Order. Defendants do not oppose this request.

the due date for Defendants' answer, which is currently due Monday, November 28, be extended by 15 days, to Tuesday, December 13.  Defendants request the additional time to file a response to the motion to amend or an answer owing to litigating and agency counsel's leave over the Thanksgiving holiday week and to discovery matters in other Department of Defense COVID-19 vaccine cases.

Dated:  November 17, 2022                Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

/s/ *Courtney D. Enlow*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
STUART J. ROBINSON
Senior Counsel
ZACHARY A. AVALLONE
COURTNEY D. ENLOW
LIAM HOLLAND
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8467
Fax: (202) 616-8460
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendants*

/s/ Brandon Johnson
Brandon Johnson
DC Bar No. 491370
/s/ Travis Miller
Travis Miller
Texas Bar No. 24072952
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Tel. (214) 707-1775
Email: bcj@defendingtherepublic.org
Email: traviswmiller@gmail.com

*Counsel for Plaintiffs*