# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**BENJAMIN COKER, JOSEPH CONNELL, et al.,**

    **Plaintiffs,**

v.                                                Case No. 3:21-cv-1211-AW-HTC

**LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING JOINT MOTION FOR EXTENSION

The parties' joint motion for extension (ECF No. 127) is GRANTED. Plaintiffs' deadline to move for leave to file a third amended complaint is extended to November 29. Defendants' deadline to respond to such a motion is December 20. If Plaintiffs do not seek leave to file a third amended complaint, Defendants' deadline to answer the Second Amended Complaint will be December 13.

SO ORDERED on November 18, 2022.

                                               s/ *Allen Winsor*
                                               United States District Judge