# EXHIBIT 18

## DECLARATION OF FIRST LIEUTENANT MARK C. BASHAW

1.      Pursuant to 28 U.S.C. §1746, I, Mark Charles Bashaw, declare as follows: I am over 18 years of age, and I am not suffering under any mental disability and am competent to make this declaration under penalty of perjury.  I can read and write, and I make this Declaration voluntarily and of my own free will and accord. No one has used any threats, force, pressure, or intimidation to make me sign this Declaration, nor has anyone offered or given to me any monetary or non-monetary compensation or reward for making this Declaration.  I understand that I am making this Declaration under the penalty of perjury.  I have read the statements in this Declaration, and they are my understanding of the facts.  Any medical opinion provided in this Declaration is based upon a reasonable degree of medical certainty.  I have personal knowledge, experience and understanding of these matters, and I make this Declaration in support of the truth of the contents contained herein.

2.      I am an active duty First Lieutenant commissioned Officer in the U.S. Army. I currently serve at the APHC at Aberdeen Proving Ground (APG), Maryland. I serve in the Preventative Medicine (67C) career field and my specialty is Entomology (72B). My official duties include participating in fact-finding inquiries and investigations to determine potential public health risk to DoD personnel from diseases caused by insects and other non-battle related injuries. I received an Associates of Science in Environmental Studies through the Community College of the Air Force (CCAF) in 2010, a Bachelor of Science degree in Management Studies from the University of Maryland, University College in 2013, and a Master of Science in Entomology from the University of Nebraska Lincoln in 2018.

3.      I enlisted in the U.S. Air Force on 17 January 2006 and currently have close to 17 years of total active federal military service (TAFMS). I have served tours overseas to include Japan, Republic of Korea, Germany and multiple deployments to Africa, Middle East, and Central America. I directly commissioned in the U.S. Army Medical Service Corps in September 2019. I initially attended the Direct Commission Course at Fort Sill, OK, followed by the Basic Officer Leadership Course at Fort Sam Houston, TX. I was then stationed at the APHC in January 2020. While at the APHC, I have successfully served as the Headquarters and Headquarters Company (HHC) Commander from May 2020 to July 2021. Currently, I serve in the Entomological Science Division as a Medical Entomologist.

4.      My specific duties at the Entomological Science Division within Army Public Health Center (APHC) required that I participate in fact-finding information regarding entomological threats to public health and safety, and properly communicate the risk to our Soldiers. These threats included insect borne diseases, zoological, and other potential non-battle related issues. I also supervised three enlisted Soldiers (Preventative Medicine Specialists, 68S). Additionally, I worked in a mosquito insectary to help with quality checks and standard operating procedures (SOPs).  My official duties also include supporting the Army Public Health Program (Army Regulation 40-5) by sustaining the readiness of the force by protecting Army personnel from potential and actual harmful exposures to chemical, biological, radiological, nuclear, and high yield explosive (CBRNE) warfare agents; endemic communicable diseases; food, water, and vector-borne diseases; zoonotic diseases; ionizing and nonionizing radiation; combat and

operational stressors; heat, cold, altitude, and other environmental extremes; environmental and occupational hazards; toxic industrial chemicals and toxic industrial materials.

5.      Throughout the implementation of the experimental emergency use authorized (EUA) COVID19 mRNA injections, I was aware of enormous safety signals in the Centers for Disease Control's (CDC) Vaccine Adverse Event Reporting System (VAERS) and the Defense Medical Epidemiological Database (DMED). In September and October of 2021, I started communicating these concerns to the Army Public Health Center COVID19 Task Force to get the "Risk Communication Strategy" changed to include the VAERS data and frontline doctor testimony. I was ignored. Shortly thereafter, I was targeted for not participating with COVID19 experimental emergency use authorized products (masks, tests, and mRNA injections). I was then charged with Article 92 UCMJ and sent to a Special Court Martial (United States v 1LT Mark Bashaw) on 28-29 April 2022. I was convicted and sentenced to "no additional punishment" by the Judge. Currently, after close to 17 years of honorable service, my Commanding General has now initiated an officer elimination (involuntary discharge) against me. The Commanding General cited the court martial conviction as justification for elimination.

6.      On 21 October 2022, I accessed the Defense Health Agency's Defense Medical Epidemiological Database (DMED). The data shows that in 2021, among the Active Component Military Service Members, there was a 1,060% increase in "Adverse effect of other viral vaccines" (ICD10 T50.B95) compared to the last 5 years (2016-2020). The experimental emergency use authorized (EUA) mRNA injections were introduced to Service Members at the end of December 2020 and all through 2021.

7.      On 29 July 2022, I registered for a CDC Vaccine Lot Number and Expiration Date Report Account. The database with the lot listing originally stated the following, *"The files contain all lots for COVID-19 vaccines made available under Emergency Use Authorization (EUA) for distribution in the Unites States."* I noted in my 04 August 2022 declaration that the EUA files contained lot number FW1331.

8.      On 18 October 2022, it was noted in *"Coker v Austin"* that CDC changed the language on their website to the following, *"These files contain lot numbers for COVID-19 vaccines made available under either FDA Biologics License Application (BLA) or FDA Emergency Use Authorization (EUA) for distribution in the United States."* I highlighted lot # FW1331 being on the CDC's EUA Lot listing in my 04 August 2022 declaration. The DOD/DOJ were arguing that lot number FW1331 was an FDA Approved lot, so it seems that they conveniently got the CDC to change the verbiage on their website to match their arguments after it was brought to their attention in court. The fact remains that Service Members were and still are being forced, coerced, and retaliated against to get them to participate with an experimental EUA injections where the data clearly shows that they are NOT safe and efficacious.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 25 October 2022

Signature:

Mark C. Bashaw, 1LT/MS