IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BENJAMIN COKER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, *et al.*, <br><br> Defendants. | Case No. 3:21-cv-01211-AW-HTC |

JOINT MOTION TO STAY ALL PROCEEDINGS
FOR FORTY-FIVE DAYS

The parties hereby jointly move the Court for an order vacating all pending deadlines, including Defendants' deadline for responding to Plaintiffs' motion to file an amended complaint, ECF No. 129, and staying proceedings for forty-five days. A district court "has broad discretion to stay proceedings as an incident to its power to control its own docket[,]" *Clinton v. Jones*, 520 U.S. 681, 706 (1997), and a short stay would preserve judicial and party resources in light of legislative action on military COVID-19 vaccination policy.

On December 6, 2022, the United States House of Representatives Committee on Rules issued Rules Committee Print 117-70, showing the text of the proposed James M. Inhofe National Defense Authorization Act for Fiscal Year 2023. Exhibit

1

1.[1]  Section 525 of the legislation is titled "Rescission of COVID-19 Vaccination Mandate." *Id*.  In full, Section 525 provides:

> Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense shall rescind the mandate that members of the Armed Forces be vaccinated against COVID-19 pursuant to the memorandum dated August 24, 2021, regarding "Mandatory Coronavirus Disease 2019 Vaccination of Department of Defense Service Members".

*Id*.  Since then, this legislation has passed in the House and the Senate.[2]  A short stay would preserve resources while the legislative process concludes and, if Section 525 is signed into law, the provision is implemented.

The parties propose that they file a joint proposed schedule on or before February 3, 2023, proposing next steps.  Defendants would not oppose any motion by Plaintiffs to amend or replace their pending motion for leave to file an amended complaint and proposed amended complaint to address any implementation of Section 525.

Dated:  December 20, 2022              Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

---

[1] The Rules Print and Joint Explanatory Statement (as prepared to be inserted into the Congressional Record) are also available on the Committee's website: https://rules.house.gov/bill/117/hr-7776-sa.

[2] *See, e.g.,* https://www.reuters.com/world/us/us-senate-backs-record-858-billion-defense-bill-voting-continues-2022-12-16/

ANTHONY J. COPPOLINO
Deputy Director

/s/ *Liam C. Holland*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
STUART J. ROBINSON
Senior Counsel
ZACHARY A. AVALLONE
COURTNEY D. ENLOW
LIAM C. HOLLAND
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-4964
Fax: (202) 616-8460
Email: liam.c.holland@usdoj.gov

*Counsel for Defendants*

/s/ Brandon Johnson
Brandon Johnson
DC Bar No. 491370
/s/ Travis Miller
Travis Miller
Texas Bar No. 24072952
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Tel. (214) 707-1775
Email: bcj@defendingtherepublic.org
Email: traviswmiller@gmail.com

*Counsel for Plaintiffs*