# Exhibit 1

DECEMBER 6, 2022

## RULES COMMITTEE PRINT 117–70

## TEXT OF THE HOUSE AMENDMENT TO THE

## SENATE AMENDMENT TO H.R. 7776

**[Showing the text of the James M. Inhofe National Defense Authorization Act for Fiscal Year 2023]**

In lieu of the matter proposed to be inserted by the Senate, insert the following:

1  **SECTION 1. SHORT TITLE.**

2      (a) IN GENERAL.—This Act may be cited as the

3  "James M. Inhofe National Defense Authorization Act for

4  Fiscal Year 2023".

5      (b) REFERENCES.—Any reference in this or any

6  other Act to the "National Defense Authorization Act for

7  Fiscal Year 2023" shall be deemed to be a reference to

8  the "James M. Inhofe National Defense Authorization Act

9  for Fiscal Year 2023".

10  **SEC. 2. ORGANIZATION OF ACT INTO DIVISIONS; TABLE OF**

11          **CONTENTS.**

12      (a) DIVISIONS.—This Act is organized into 11 divi-

13  sions as follows:

14          (1) Division A—Department of Defense Au-

15      thorizations.

407

**SEC. 524. EXPANSION OF MANDATORY CHARACTERIZA-**
**TIONS OF ADMINISTRATIVE DISCHARGES OF**
**CERTAIN MEMBERS ON THE BASIS OF FAIL-**
**URE TO RECEIVE COVID-19 VACCINE.**

Section 736(a) of the National Defense Authorization
Act for Fiscal Year 2022 (Public Law 117–81; 10 U.S.C.
1161 note) is amended—

(1) in the matter preceding paragraph (1), by
striking "During the period of time beginning on
August 24, 2021, and ending on the date that is two
years after the date of the enactment of this Act,
any" and inserting "Any";

(2) in paragraph (1) by striking "; or" and in-
serting a semicolon;

(3) in paragraph (2), by striking the period and
inserting "; or"; and

(4) by adding at the end the following new
paragraph:

"(3) in the case of a covered member receiving
an administrative discharge before completing the
first 180 continuous days of active duty,
uncharacterized.".

**SEC. 525. RESCISSION OF COVID-19 VACCINATION MAN-**
**DATE.**

Not later than 30 days after the date of the enact-
ment of this Act, the Secretary of Defense shall rescind

408

1 the mandate that members of the Armed Forces be vac-
2 cinated against COVID-19 pursuant to the memorandum
3 dated   August   24,   2021,   regarding   "Mandatory
4 Coronavirus Disease 2019 Vaccination of Department of
5 Defense Service Members".

6 **SEC. 526. TEMPORARY EXEMPTION FROM END STRENGTH**
7         **GRADE   RESTRICTIONS   FOR   THE   SPACE**
8         **FORCE.**

9     Section 517 and section 523 (as amended by section
10 501 of this Act) of title 10, United States Code, shall not
11 apply to the Space Force until January 1, 2024.

12 **SEC. 527. NOTIFICATION TO NEXT OF KIN UPON THE**
13         **DEATH   OF   A   MEMBER   OF   THE   ARMED**
14         **FORCES: STUDY; UPDATE; TRAINING; RE-**
15         **PORT.**

16     (a) STUDY.—Not later than 180 days after the date
17 of the enactment of this Act, the Secretary of Defense
18 shall conduct a study on the notification processes of the
19 next of kin upon the death of a member of the Armed
20 Forces. In conducting the study, the Secretary shall iden-
21 tify the following elements:

22     (1) The time it takes for such notification to
23     occur after such death, recovery of remains, and
24     identification of remains. Such time shall be deter-