# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**BENJAMIN COKER, JOSEPH CONNELL, et al.,**

    **Plaintiffs,**

v.                                                  Case No. 3:21-cv-1211-AW-HTC

**LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING JOINT MOTION TO STAY

The parties' joint motion to stay (ECF No. 130) is GRANTED. The matter is STAYED pending further order. The parties must file a joint status report on or before February 3, 2023. Any party may move to lift the stay at any point.

SO ORDERED on December 21, 2022.

                                        s/ *Allen Winsor*
                                        United States District Judge