IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BENJAMIN COKER,** *et al.*, <br>                    Plaintiff, <br> v. <br> **LLOYD AUSTIN, III**, in his official capacity as Secretary of Defense, *et al.*, <br>                    Defendants. | Case No. 3:21-CV-01211-AW-HTC |

## JOINT STATUS REPORT

Pursuant to this Court's order December 21, 2022 order, ECF No. 131, granting the Parties' Joint Motion to Stay this proceeding until February 3, 2023, ECF 130, the parties respectfully submit this Joint Status Report addressing Defendants' implementation of Section 525 of the James M. Inhofe National Defense Authorization Act for Fiscal Year 2023, H.R. 7776, Pub L. No. 117-263, 117th Cong. (2022), 136 Stat. 2395 ("2023 NDAA").

Pursuant to Section 525, the Secretary of Defense issued a memorandum on January 10, 2023, rescinding his memorandum dated August 24, 2021, which required COVID-19 vaccination for members of the military. *See* January 10, 2023 SECDEF Memo ("DoD Rescission Memo") (attached as Ex. A). The rescission memorandum prohibits separations based solely on refusal of the COVID-19 vaccine by service members who sought an exemption from the mandate, and directs the Services to update the records of those service members currently serving to

1

"remove any adverse actions solely associated with denials of such requests, including letters of reprimand." The memorandum halts the processing of requests for exemption to the mandate. Each of the Armed Services is in the process of developing guidance for and implementing the directions in the rescission memorandum.

The parties disagree about the mootness of Plaintiffs' claims, but agree to continue the stay while Plaintiffs evaluate the ongoing implementation of the rescission memorandum. Accordingly, Plaintiffs propose to replace their pending motion for leave to file an amended complaint and proposed amended complaint to address any implementation of Section 525 by March 17, 2023. Defendants will not oppose the motion by Plaintiffs to amend or replace their pending motion for leave to file an amended complaint and proposed amended complaint to address any implementation of Section 525. Defendants are not prepared to take a position on the proposed motion to amend at this time.

Dated: February 3, 2023                     Respectfully submitted,

BRIAN M. BOYNTON                            /s/ *Amy Powell*
Principal Deputy Assistant Attorney         Trial Attorney
General                                     United States Department of Justice
                                            Civil Division, Federal Programs Branch
ALEXANDER K. HAAS                           1100 L Street, N.W.
Director, Federal Programs Branch           Washington, DC 20005
                                            Tel: (919) 856-4013
ANTHONY J. COPPOLINO                        Email: Amy.Powell@usdoj.gov

Deputy Director

*Counsel for Defendants*

*s/ Brandon Johnson*
DC Bar No. 491370
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219
Tel. 214-707-1775
Email: bcj@defendingtherepublic.org

*Counsel for Plaintiff*