IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BENJAMIN COKER, JOSEPH CONNELL, et al.,**

    Plaintiffs,

v.                                         Case No. 3:21-cv-1211-AW-HTC

**LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, et al.,**

    Defendants.

_____/

## ORDER CONTINUING STAY

Having considered the parties' joint status report (ECF No. 132), the court orders that the stay will continue. No later than March 17, the parties must file another status report.

SO ORDERED on February 9, 2023.

                                                           s/ *Allen Winsor*
                                                           United States District Judge