IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BENJAMIN COKER**, *et al.*,<br>                    Plaintiff,<br>v.<br>**LLOYD AUSTIN, III**, in his official capacity as Secretary of Defense, *et al.*,<br>                    Defendants. | Case No. 3:21-CV-01211-AW-HTC |

## JOINT STATUS REPORT

Pursuant to this Court's order February 9, 2023 order, ECF No. 133, following the Parties' Joint Status Report, ECF 132, the parties respectfully submit this Joint Status Report.

As previously reported, Congress directed the rescission of the DoD's COVID-19 vaccination requirement, and the Secretary of Defense rescinded that requirement. *See* ECF Nos. 130, 132. Since the previous Joint Status Report, DoD and the Services report that they have issued additional guidance implementing the rescission, and related policies. On February 24, 2023, the Deputy Secretary of Defense issued a memorandum titled *Guidance for Implementing Rescission of August 24, 2021 and November 30, 2021 Coronavirus Disease 2019 Vaccination Requirements for Members of the Armed Forces*. *See* https://perma.cc/3MXS-2CNR Among other things, the DoD memorandum confirms that the rescission "rendered all DoD Component policies, directives, and guidance implementing those

1

vaccination mandates as no longer in effect as of January 10, 2023," and directs specific procedures for any future vaccination requirements.  It also directed formal rescission of any existing implementation and for component heads to certify compliance by today March 17, 2023.  On January 30, 2023, the Under Secretary of Defense issued a memorandum titled "Consolidated Department of Defense Coronavirus Disease 2019 Force Health Protection Guidance – Revision 4," updating the Consolidated DoD Coronavirus Disease 2019 Force Health Protection Guidance.  *See* https://perma.cc/D5AP-T3HK.  Defendants report that each of the Services has taken implementation action and updated related policies as well.  Defendants intend to file a separate Notice attaching these documents.

   The parties disagree about the mootness of Plaintiffs' claims.  Plaintiffs propose to withdraw their pending motion for leave to file an amended complaint and will file a new motion to amend the complaint by March 24, 2023.  Defendants have not seen the proposed amended complaint and are not prepared to take a position on the proposed motion to amend at this time.

Dated: March 17, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

Respectfully submitted,

/s/ *Amy Powell*
Senior Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (919) 856-4013
Email: Amy.Powell@usdoj.gov

*Counsel for Defendants*


*s/ Brandon Johnson*
DC Bar No. 491370
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219
Tel. 214-707-1775
Email: bcj@defendingtherepublic.org

*Counsel for Plaintiff*