IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BENJAMIN COKER,** *et al.*, <br>           Plaintiff, <br> v. <br> **LLOYD AUSTIN, III**, in his official capacity as Secretary of Defense, *et al.*, <br>           Defendants. | Case No. 3:21-CV-01211-AW-HTC |

## NOTICE OF ADDITIONAL IMPLEMENTATION OF THE RESCISSION OF THE DOD COVID-19 VACCINATION REQUIREMENT

Defendants respectfully notify the Court of additional implementation of the rescission of the DoD COVID-19 vaccination requirement and related policies, which will inform any future proceedings in this matter. The Service-level policies not previously provided to the Court are attached here. Defendants previously informed the Court that Congress directed the rescission of the DoD's COVID-19 vaccination requirement, that the Secretary of Defense rescinded that requirement, and that DoD and the Services have further implemented the rescission. *See* ECF Nos. 130, 132, 134. As noted in the Joint Status Report today, DoD and the Services have issued additional guidance implementing the rescission, and related policies, including, for example, instructions for removal of adverse actions and operational guidance. *See* ECF No. 134. In order to inform the Court about the implementation, and because the Service policy documents are relevant to the parties' current disagreement and any further proceedings in this case, they are attached here, along

with an index.[1]  *See, e.g.,* Ex. 1 (compiled Army documents); Ex. 2 (compiled Navy documents); Ex. 3 (compiled Marine Corps documents); Ex. 4 (compiled Air Force documents); Ex. 5 (compiled National Guard Bureau documents).

Dated: March 17, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

Respectfully submitted,

/s/ *Amy Powell*
Senior Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (919) 856-4013
Email: Amy.Powell@usdoj.gov

*Counsel for Defendants*

---

[1] Plaintiffs' counsel objected to the inclusion of these documents in a Joint Status Report but suggested filing of a separate Defendants' Notice.