**Defendants' Table of Exhibits to March 17, 2023 Notice**

| Exhibit Number | Exhibit Description |
|---|---|
| 1. | Compiled Army Guidance Documents: Fragmentary Orders 35-38 to HQDA EXORD 225-21 (various dates); HQDA EXORD 174-23 (March 7, 2023); *Army Policy Implementing the Secretary of Defense COVID-19 Vaccination Mandate Rescission* (Feb. 24, 2023). |
| 2. | Compiled Department of the Navy and Navy Guidance Documents: NAVADMIN 05/23 (Jan. 11, 2023); ALNAV 009/23 (Jan. 20, 2023); NAVADMIN 038/23 (Feb. 15, 2023); *Department of the Navy Actions to Implement Coronavirus Disease 2019 Vaccine Rescission* (Feb. 24, 2023); NAVADMIN 065/23 (March 7, 2023). |
| 3. | Compiled Marine Corps Guidance Documents: MARADMIN 025/23 (Jan. 18, 2023); MARADMIN 109/23 (Feb. 28, 2023). |
| 4. | Compiled Air Force Guidance Documents: *Mem. Re: Rescission of the 3 September 21 Mandatory COVID-19 Vaccination of DAF Military Members and 7 December 2021 Supplemental COVID-19 Vaccination Policy Memo* (Jan. 23, 2023); *AFR Guidance for COVID-19* (Feb. 10, 2023); *DAF Guidance on Removal of Adverse Actions and Handling of RARs* (Feb. 24, 2023). |
| 5. | Compiled National Guard Bureau Guidance Documents: *Mem. re: Return of Non-Federalized T32 National Guard Service Members* (Jan. 18, 2023); *Updated NGB Official COVID-19 Travel Guidance* (Feb. 3, 2023). |