UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| BEN COKER, *et al.* | ) |
| *Plaintiffs*, | ) |
| vs. | ) |
| | ) CIVIL ACTION NO. |
| LLOYD AUSTIN, III, *et al.*, | ) 3:21-cv-01211-AW-HTC |
| *Defendants*. | ) |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION
FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Plaintiffs, by and through their undersigned counsel, hereby withdraw their November 29, 2022 Motion for Leave to file Third Amended and Supplemental Complaint and Memorandum in Support. ECF 129. The Court has not yet ruled on the motion Plaintiffs seek to withdraw. Plaintiffs will file a motion for leave to file a new Third Amended and Supplemental Complaint to replace the operative December 10, 2021 Second Amended Complaint that reflects subsequent legal and factual developments, in particular, Congress' rescission of the COVID-19 vaccine mandates by Section 525 of the Fiscal Year 2023 National Defense Authorization Act enacted December 23, 2023. Defendants have stated that they would not oppose any motion by Plaintiffs to amend or replace their pending motion for leave to file an amended complaint and proposed amended complaint to address any implementation of Section 525." ECF 130.

Dated: March 24, 2023          Respectfully submitted,

<u>*s/ Brandon Johnson*</u>
Brandon Johnson
DC Bar No. 491370
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219
Tel. 214-707-1775
Email: bcj@defendingtherepublic.org

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing via CM/ECF on March 23, 2023, which notifies counsel of record of the filing.

<u>*/s/ Brandon Johnson*</u>