IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BENJAMIN COKER**, *et al.*,<br><br>                        Plaintiff,<br><br>v.<br><br>**LLOYD AUSTIN, III**, in his official capacity as Secretary of Defense, *et al.*,<br><br>                        Defendants. | Case No. 3:21-CV-01211-AW-HTC |

## DEFENDANTS' NOTICE OF NON-OPPOSITION

Defendants respectfully notify the Court that, having had time to review the proposed complaint, ECF No. 137-1, Defendants do not oppose the pending Motion for Leave to File Third Amended and Supplemental Complaint, ECF No. 137. Defendants reserve all defenses and do not concur with many allegations in Plaintiffs' motion. The parties are separately filing a joint motion to set a briefing schedule for Defendants' Motion to Dismiss.

Dated: March 29, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

Respectfully submitted,

/s/ *Amy Powell*
Senior Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (919) 856-4013
Email: Amy.Powell@usdoj.gov

*Counsel for Defendants*

1