IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BENJAMIN COKER,** *et al.*, <br>                     Plaintiff, <br> v. <br> **LLOYD AUSTIN, III**, in his official capacity as Secretary of Defense, *et al.*, <br>                     Defendants. | Case No. 3:21-CV-01211-AW-HTC |

**JOINT MOTION TO SET BRIEFING SCHEDULE**

Counsel for the parties have conferred and jointly request that the Court set a briefing schedule for a Motion to Dismiss the Third Amended and Supplemental Complaint for Declaratory and Injunctive Relief, as set forth below. Defendants have separately notified the Court of their non-opposition to Plaintiffs' pending Motion to Amend, but the parties continue to disagree about whether Plaintiffs' claims are viable in light of the rescission of the vaccination requirement. In light of the length and complexity of the proposed complaint, the parties agree that the parties and the Court would benefit from additional time to brief a Motion to Dismiss the proposed complaint. The parties respectfully propose the following schedule:

    April 28, 2023 – Defendants will file a Motion to Dismiss;

    May 19, 2023 – Plaintiffs will file an Memorandum in Opposition;

    June 2, 2023 – Defendants will file a Reply Memorandum, if necessary.

1

Dated: March 29, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

Respectfully submitted,

/s/ *Amy Powell*
Senior Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (919) 856-4013
Email: Amy.Powell@usdoj.gov

*Counsel for Defendants*


*s/ Brandon Johnson*
DC Bar No. 491370
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219
Tel. 214-707-1775
Email: bcj@defendingtherepublic.org

*Counsel for Plaintiff*