IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BENJAMIN COKER, JOSEPH CONNELL, et al.,**

    **Plaintiffs,**

v.                                                                     Case No. 3:21-cv-1211-AW-HTC

**LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING MOTION TO AMEND AND SETTING SCHEDULE

The unopposed motion to amend (ECF No. 137) is GRANTED, and Plaintiffs' proposed amended complaint (ECF No. 137-1) is deemed filed as of today.

The parties' joint motion for a briefing schedule (ECF No. 139) is also GRANTED. Defendants' deadline to respond to the new complaint is April 28. Plaintiffs' deadline to respond to any timely filed motion to dismiss is May 19. Defendants may file a reply by June 2.

Plaintiffs' earlier motion to amend (ECF No. 129) is withdrawn (*see* ECF No. 136), and the clerk will terminate it.

SO ORDERED on April 6, 2023.

                                                  s/ *Allen Winsor*
                                                  United States District Judge