IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BENJAMIN COKER,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **LLOYD AUSTIN, III, in his official capacity as Secretary of Defense,** *et al.*, <br><br> Defendants. | Case No. 3:21-cv-01211-AW-HTC |

## JOINT MOTION FOR LEAVE
## TO FILE MEMORANDA EXCEEDING WORD LIMIT

Pursuant to Local Rule 7.1, the parties respectfully move the Court for leave to file memoranda in excess of the 8,000-word limit in connection with Defendants' forthcoming motion to dismiss. Specifically, the parties request that the Court permit them each to file a memorandum in favor of and in opposition to Defendants' motion to dismiss of up to and including 16,000 words and that Defendants be permitted to file up to 6,400 words in the reply that the Court has authorized. *See* ECF No. 140.

Good cause supports this request. In their 86-page Third Amended Complaint ("TAC"), the 18 Plaintiffs assert eight causes of action against the Secretary of Defense, the Secretaries of the Military Services, and the Commissioner of the Food and Drug Administration ("FDA"). ECF No. 141. Plaintiffs seek a nine-pronged declaratory and injunctive order under a variety of legal theories addressing military

1

and FDA decisions arising from the COVID-19 pandemic.  *See id.* ¶¶ 155-283 & Relief Requested.  The Court previously approved 12,000 words for memoranda addressing Defendants' motion to dismiss the Second Amended Complaint ("SAC"), ECF No. 64, which was followed by extensive supplemental briefing.  The TAC is longer and more complex than the SAC.

Given the jurisdictional issues presented in the TAC, the number of Plaintiffs, and multiple claims raised involving important issues, an extension of the word limit is necessary for Defendants to adequately respond to the TAC, and for Plaintiffs to respond to Defendants' memorandum.  The parties will endeavor to be brief, but further respectfully submit that the Court would benefit from a fuller analysis of the issues presented.  The interests of justice will therefore be served by the requested extension.[1]

Dated:  April 26, 2023

                                          Respectfully submitted,

                                          BRIAN M. BOYNTON
                                          Principal Deputy Assistant Attorney General

                                          ALEXANDER K. HAAS
                                          Director, Federal Programs Branch

                                          ANTHONY J. COPPOLINO
                                          Deputy Director

                                          */s/ Liam C. Holland*

---

[1] In accordance with Local Rule 7.1(F), Defendants will attach their proposed memorandum to their motion to dismiss.

        ANDREW E. CARMICHAEL
        AMY E. POWELL
        Senior Trial Counsel
        STUART J. ROBINSON
        Senior Counsel
        ZACHARY A. AVALLONE
        COURTNEY D. ENLOW
        LIAM C. HOLLAND
        Trial Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, N.W.
        Washington, DC 20005
        Tel: (202) 514-4964
        Fax: (202) 616-8470
        Email: liam.c.holland@usdoj.gov

        *Counsel for Defendants*


            <u>/s/ Brandon Johnson</u>
            Brandon Johnson
            DC Bar No. 491370
            <u>/s/ Travis Miller</u>
            Travis Miller
            Texas Bar No. 24072952
            Defending the Republic
            2911 Turtle Creek Blvd., Suite 300
            Tel. (214) 707-1775
            Email: bcj@defendingtherepublic.org
            Email: traviswmiller@gmail.com

        *Counsel for Plaintiffs*