IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BENJAMIN COKER, JOSEPH CONNELL, et al.,**

    Plaintiffs,

v.                             Case No. 3:21-cv-1211-AW-HTC

**LLOYD AUSTIN, III, in his official capacity as Secretary of Defense, et al.,**

    Defendants.

_____/

## ORDER GRANTING MOTION FOR EXPANDED WORD LIMIT

The parties' joint motion for expanded word limits (ECF No. 142) is GRANTED. The motion to dismiss and response may not exceed 16,000 words. The reply may not exceed 6,400 words.

SO ORDERED on April 27, 2023.

                                          s/ *Allen Winsor*
                                          United States District Judge