# Exhibit 14

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BENJAMIN COKER, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:21-cv-01211 |
| ) | |
| LLOYD AUSTIN, III, in his official ) | |
| capacity as Secretary of Defense, *et al.* ) | |
| ) | |

**<u>SUPPLEMENTAL DECLARATION OF LIEUTENANT COMMANDER ANN OAKES</u>**

I, Ann Oakes, United States Navy, declare and state as follows:

1. I am an active-duty Lieutenant Commander currently performing duties as an agency counsel within the General Litigation Division of the Navy's Office of the Judge Advocate General. I have been on active duty in the Navy since January 2012, and I have served in various other roles in the Navy Judge Advocate General's Corps.

2. I am familiar with the allegations made in the above-captioned case. I make this declaration in my official capacity and based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

3. Marine Corps Plaintiff Major Harwood was placed on a promotion hold as a result of his failure to be vaccinated against COVID-19. Plaintiff Major Harwood was subject to a Board of Inquiry (BOI) and a Report of Misconduct (ROM). However, consistent with the guidance above, the Officer Disciplinary Notebook entry was closed without action on 3 February 2023 and none of the material associated with the BOI nor the ROM were entered into his official military personnel file.

4. The Secretary of the Navy approved Plaintiff Major Harwood's promotion to Lieutenant Colonel on 4 May 2023 with an effective date of 1 December 2022. In other words, Plaintiff

Major Harwood's promotion is retroactive, and his record reflects that he was promoted to Lieutenant Colonel on 1 December 2022, the same day he would have been if there had not been a promotion hold in effect.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 30, 2023.

OAKES.ANN.TUDDENHAM.1101628562
Digitally signed by OAKES.ANN.TUDDENHAM.1101628562
Date: 2023.05.30 16:20:27 -04'00'

A.T. OAKES
LCDR JAGC USN