IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BENJAMIN COKER**, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **LLOYD AUSTIN, III, in his official capacity as Secretary of Defense**, *et al.*, <br><br> *Defendants*. | Case No. 3:21-cv-01211-AW-HTC |

### PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 7.1(J), Plaintiffs respectfully provide notice that, on June 12, 2023, the United States Court of Appeals for the Fifth Circuit issued its opinion in *Abbott v. Biden*, No. 22-40399, 2023 WL 3945847 (5th Cir. June 12, 2023). First, the Fifth Circuit rejected Military Defendants' arguments that the rescission of the Department of Defense's COVID-19 vaccine mandate had mooted plaintiff's claims because service members "face the same enforcement measures that [plaintiff] seeks to enjoin. This appeal therefore isn't moot because we can still grant effectual [injunctive] relief." *Id.* at *4. Second, the court held that plaintiff's Administrative Procedure Act ("APA") claim for injunctive relief was justiciable. *Id.* at *5. Third, the court found that "[t]he Government conceded that its erstwhile vaccine mandate is unnecessary to military readiness by repealing it." *Id.* at *23.

1

While the *Abbott* opinion addressed the mandate's enforcement against Texas National Guard members, its holdings regarding mootness and justiciability of APA-based claims for injunctive relief, as well as the Military Defendants' concession that the mandate is no longer necessary for readiness, appear to apply equally to active-duty and reserve members' APA claims for injunctive relief.

Dated: June 14, 2023              Respectfully submitted,

/s/ Brandon Johnson
DC Bar No. 491370
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Dallas, Texas 75219
Tel. (214) 707-1775
Email: bcj@defendingtherepublic.org

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2023, I filed the foregoing Notice using the CM/ECF system, which provides service to all counsel of record.

/s/ Brandon Johnson
Brandon Johnson